**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | * | CHAPTER 11 |
|  | * |  |
| YOUFIT HEALTH CLUBS, LLC, *et al.,* | * | CASE NO.  20-12841-MFW |
|  | * |  |
| DEBTOR | * | JOINTLY ADMINISTERED |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE**
**OF NOTICES, PLEADINGS AND OTHER FORMS**

PLEASE TAKE NOTE that the undersigned counsel of Iurillo Law Group, P.A. and Womble Bond Dickinson (US) LLP hereby appear as counsel on behalf of Creditor, Juanita Aguilar.

PLEASE TAKE FURTHER NOTICE that Iurillo Law Group, P.A. and Womble Bond Dickinson (US) LLP hereby request and demand that notice of any action taken or any motions filed by any parties be sent to it through its undersigned counsel at the addresses set forth below.

The foregoing request includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, proposed sales, auction sales, settlements and compromises, hearings, answering or reply papers, memoranda or briefs in support of the foregoing, whether formal or informal, whether written or oral and transmitted or conveyed in any manner, and any other documents brought in this Court with respect to these proceedings.

Dated:  December 2, 2020

Respectfully submitted,

WOMBLE BOND DICKINSON (US) LLP

*/s/ Kevin J. Mangan*
Kevin J. Mangan (DE No. 3810)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
(302) 252-4320 telephone
kevin.mangan@wbd-us.com

-and-

IURILLO LAW GROUP, P.A.

/s/ *Camille J. Iurillo*
Camille J. Iurillo, Esq.
Fla. Bar No. 902225
Kevin L. Hing, Esq.
Fla. Bar No. 0071976
5628 Central Avenue
St. Petersburg, FL 33707
(727) 895-8050 telephone
(727) 895-8057 facsimile
ciurillo@iurillolaw.com
khing@iurillolaw.com

Attorneys for Juanita Aguilar

1638144v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of December 2020, a copy of the foregoing has been furnished electronically through the Court's CM/ECF electronic notification system to all counsel of record.

*/s/ Kevin J. Mangan*
Kevin J. Mangan (DE No. 3810)

1638144v1