IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION TO
MOTION OF THE DEBTORS FOR ENTRY OF INTERIM AND
FINAL ORDERS (A) AUTHORIZING THE MAINTENANCE OF
BANK ACCOUNTS AND CONTINUED USE OF EXISTING BUSINESS
FORMS AND CHECKS, (B) AUTHORIZING THE CONTINUED USE
OF CASH MANAGEMENT SYSTEM, (C) WAIVING CERTAIN INVESTMENT
AND DEPOSIT GUIDELINES, AND (D) GRANTING ADMINISTRATIVE
EXPENSE STATUS TO POSTPETITION INTERCOMPANY CLAIMS**

The undersigned proposed counsel to the debtors and debtors-in-possession (the "**Debtors**") in the above-captioned case, hereby certifies that:

1. On November 9, 2020, the Debtors each filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

2. On November 9, 2020, the Debtors filed the *Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks, (B) Authorizing the Continued Use of Cash Management System, (C) Waiving Certain Investment and Deposit Guidelines, and (D) Granting Administrative Expense Status to Postpetition Intercompany Claims* [Docket No. 15] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

3. On November 10, 2020 the Court entered the *Interim Order (A) Authorizing the*

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

*Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks, (B) Authorizing the Continued Use of Cash Management System, (C) Waiving Certain Investment and Deposit Guidelines, and (D) Granting Administrative Expense Status to Postpetition Intercompany Claims* [Docket No. 47].

4. Pursuant to the *Omnibus Notice of First Day Pleadings, Entry of Certain Interim Orders, and Final Hearing Thereon* [Docket No. 62], objections to approval of the Motion on a final basis were to be filed and served no later than November 30, 2020 at 4:00 p.m. (prevailing Eastern Time).

5. As of the date hereof, the undersigned counsel has not received any answers, objections or other responsive pleadings to the Motion.

6. The Debtors therefore respectfully request that the Court enter the proposed form of final order that was attached to the Motion at its earliest convenience.

Dated: December 2, 2020

GREENBERG TRAURIG, LLP
*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: melorod@gtlaw.com

-and-

Nancy A. Peterman (admitted *pro hac vice*)
Eric Howe (admitted *pro hac vice*)
Nicholas E. Ballen (admitted *pro hac vice*)
77 West Wacker Dr., Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email:   petermann@gtlaw.com
          howee@gtlaw.com
          ballenn@gtlaw.com

*Proposed Counsel for the Debtors and Debtors in Possession*