IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF COUNSEL REQUESTING ENTRY OF
ORDER AUTHORIZING DEBTORS TO EMPLOY AND
RETAIN FOCALPOINT SECURITIES, LLC AS INVESTMENT
BANKER, EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

The undersigned proposed counsel to the above-captioned debtors and debtors in possession (the "Debtors") in the above-captioned cases, hereby certifies that:

1. On November 9, 2020, the Debtors each filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

2. On November 13, 2020, the Debtors filed the *Debtors' Application to Employ and Retain FocalPoint Securities, LLC as Investment Banker, Effective* Nunc Pro Tunc *to the Petition Date* [Docket No. 81] (the "Application") with the U.S. Bankruptcy Court for the District of Delaware (the "Court").

3. Pursuant to the *Notice of Application* [Docket No. 81-2], objections to the Application were to be filed and served no later than November 30, 2020 at 4:00 p.m. (prevailing Eastern Time).

4. The Debtors received informal comments to the Application from the Office of the United States Trustee. No other objections or comments were received.

5. Attached hereto as **Exhibit A** is a proposed order granting the Application, which

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

proposed order includes comments received from the Office of the United States Trustee and reflects the filing of a supplemental declaration in support of the Application.

6. Attached hereto as **Exhibit B** is a blackline of the proposed order against the version originally filed with the Court.

7. The Debtors therefore request that the Court enter the revised proposed order attached hereto as **Exhibit A** at its earliest convenience. Counsel is available at the request of the Court.

Dated: December 3, 2020

GREENBERG TRAURIG, LLP

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: melorod@gtlaw.com

-and-

Nancy A. Peterman (admitted *pro hac vice*)
Eric Howe (admitted *pro hac vice*)
Nicholas E. Ballen (admitted *pro hac vice*)
77 West Wacker Dr., Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email:    petermann@gtlaw.com
          howee@gtlaw.com
          ballenn@gtlaw.com

*Proposed Counsel for the Debtors and Debtors in Possession*