IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF COUNSEL REQUESTING ENTRY OF
ORDER AUTHORIZING THE RETENTION AND PAYMENT OF PROFESSIONALS
UTILIZED BY THE DEBTORS IN THE ORDINARY COURSE OF BUSINESS**

The undersigned proposed counsel to the above-captioned debtors and debtors in possession (the "Debtors") in the above-captioned cases, hereby certifies that:

1. On November 9, 2020, the Debtors each filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

2. On November 13, 2020, the Debtors filed the *Motion of the Debtors for Entry of an Order Authorizing the Retention and Payment of Professionals Utilized by the Debtors in the Ordinary Course of Business* [Docket No. 77] (the "Motion") with the U.S. Bankruptcy Court for the District of Delaware (the "Court").

3. Pursuant to the *Notice of Motion* [Docket No. 77-2], objections to the Motion were to be filed and served no later than November 30, 2020 at 4:00 p.m. (prevailing Eastern Time).

4. The Debtors received informal comments to the Motion from the Office of the United States Trustee. No other objections or comments were received.

5. Attached hereto as **Exhibit A** is a proposed order granting the Motion, which proposed order includes the comments received from the Office of the United States Trustee.

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

ACTIVE 54021000v2

6. Attached hereto as **Exhibit B** is a blackline of the proposed order against the version originally filed with the Court.

7. The Debtors therefore request that the Court enter the revised proposed order attached hereto as **Exhibit A** at its earliest convenience. Counsel is available at the request of the Court.

Dated: December 3, 2020

GREENBERG TRAURIG, LLP

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: melorod@gtlaw.com

-and-

Nancy A. Peterman (admitted *pro hac vice*)
Eric Howe (admitted *pro hac vice*)
Nicholas E. Ballen (admitted *pro hac vice*)
77 West Wacker Dr., Suite 3100
Chicago, Illinois 60601
Telephone:  (312) 456-8400
Facsimile:   (312) 456-8435
Email:      petermann@gtlaw.com
            howee@gtlaw.com
            ballenn@gtlaw.com

*Proposed Counsel for the Debtors and
Debtors in Possession*

2

ACTIVE 54021000v2