**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 83** |

**SUPPLEMENTAL DECLARATION OF NANCY A. PETERMAN IN
SUPPORT OF APPLICATION OF THE DEBTORS FOR ENTRY OF AN
ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
GREENBERG TRAURIG, LLP AS COUNSEL FOR THE DEBTORS AND
DEBTORS-IN-POSSESSION, *NUNC PRO TUNC* TO THE PETITION DATE**

I, Nancy A. Peterman, hereby declare, under penalty of perjury, as follows:

1.      I am a shareholder at the law firm of Greenberg Traurig, LLP ("**Greenberg
Traurig**") and am resident located at 77 West Wacker Drive, Suite 3100, Chicago, Illinois 60601.

2.      I am admitted in, practicing in, and a member in good standing of the bar of the
State of Illinois.  I also am a member in good standing of the bars of the State of New York and
the United States District Court for the Northern District of Illinois.  Except as otherwise noted, I
have personal knowledge of the matters set forth herein.[2]

3.      I submit this supplemental declaration (the "**Supplemental Declaration**") on
behalf of Greenberg Traurig in support of the *Application of the Debtors for Entry of an Order
Authorizing Retention and Employment of Greenberg Traurig, LLP as Counsel for the Debtors*

---

[1]      The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607.  Due to the large number
of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their
federal tax identification numbers is not provided herein.  A complete list of such information may be obtained
on the website of the claims and noticing agent at www.donlinrecano.com/yfhc.  The mailing address for the
debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach,
FL 33442.

[2]      Certain of the disclosures herein relate to matters within the knowledge of other attorneys at Greenberg Traurig.

*and Debtors in Possession, Nunc Pro Tunc as of the Petition Date* [Docket No. 83] (the "**Application**") filed by the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") on November 13, 2020 following the filing of the Debtors' petitions under chapter 11 of title 11 of the United States Code on November 9, 2020.

4.      I submitted a declaration in support of the Application (the "**Original Declaration**"), which was attached as <u>Exhibit B</u> to the Application.

5.      The Court has not yet entered an order regarding the Application.  I submit this Supplemental Declaration in further support of the Application and to supplement the disclosures that were included in the Original Declaration.  This Supplemental Declaration does not replace anything set forth in the Application or the Original Declaration, except as expressly set forth herein.

6.      In connection with the preparation of the Application and the Original Declaration, I caused to be submitted for review by our conflicts system, as more fully described in the Original Declaration, the names of all known potential parties in interest (the "**Potential Parties in Interest**") in these chapter 11 cases.  The list of Potential Parties in Interest searched was attached as Attachment 1 to the Original Declaration.

7.      Greenberg Traurig's inquiry, as more fully described in the Original Declaration, revealed that certain of the Potentially Interested Parties are current or former (within the last three (3) years) clients of Greenberg Traurig and a list of such parties (the "**Original Client Match List**") was attached as Attachment 2 to the Original Declaration.  Through the information generated from the above-mentioned computer inquiry, and through follow-up inquiries with Greenberg Traurig attorneys responsible for certain clients listed on the Original Client Match List, to the extent necessary, Greenberg Traurig determined that its representation of those clients on

2

the Original Client Match List concerns matters unrelated to the Debtors and these chapter 11 cases.

8.      Although not included in the list of Potential Parties in Interest, Greenberg Traurig also evaluated whether any professional of Greenberg Traurig who will work on this engagement is related or connected to any Bankruptcy Judge, staff or Clerk of the United States Bankruptcy Court for the District of Delaware or any employee in the Office of the United States Trustee for the District of Delaware.  The specific list of additional parties reviewed is attached hereto as **Attachment 1** (the "**Additional Potential Parties in Interest**").

9.      In addition, as part of our ongoing conflicts check, we conducted an expanded inquiry into the affiliates of the governmental units included on the Potential Parties In Interest.

10.     Based on the foregoing, a list of the results of the additional conflicts check is attached hereto as **Attachment 2** (the "**Supplemental Client Match List**").   Through the information generated from the additional conflicts check, Greenberg Traurig has determined that its representation of those additional clients on the Supplemental Client Match List concerns matters unrelated to the Debtors and these chapter 11 cases.

11.     Based on the conflicts searches conducted to date and described in the Original Declaration and herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) Greenberg Traurig is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 328(c) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Greenberg Traurig has no connection to the Debtors, their creditors, or other parties-in-interest, except as may be disclosed in the Original Declaration and herein.

3

12.     If Greenberg Traurig discovers additional information that requires disclosure, Greenberg Traurig promptly will file a supplemental disclosure with the Court as required by Bankruptcy Rule 2014.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: December 3, 2020                                  */s/ Nancy A. Peterman*
                                                         Nancy A. Peterman
                                                         Shareholder, Greenberg Traurig, LLP

## <u>ATTACHMENT 1</u>

### Additional Potential Parties in Interest

### <u>Bankruptcy Judges and Staff and Clerk of the Court of Delaware</u>

| | |
|---|---|
| Honorable Christopher S. Sontchi | Lauren Attix |
| Honorable Ashely M. Chan | David Buchbinder |
| Honorable John T. Dorsey | Linda Casey |
| Honorable Karen B. Owens | Denis Cooke |
| Honorable Brendan L. Shannon | Holly Dice |
| Honorable Laurie S. Silverstein | Shakima L. Dortch |
| Honorable Mary F. Walrath | Timothy J. Fox, Jr. |
| Cacia Batts | Diane Giordano |
| Rachel Bello | Christine Green |
| Claire Brady | Benjamin Hackman |
| Laurie Capp | Nyanquoi Jones |
| Robert Cavello | Jane Leamy |
| Catherine Farrell | Hannah M. McCollum |
| Danielle Gadson | Joseph McMahon |
| Donna Grottini | James R. O'Malley |
| Laura Haney | Michael Panacio |
| Lora Johnson | Linda Richenderfer |
| Marquietta Lopez | Juliet Sarkessian |
| Janet Moore | Richard Schepacarter |
| Sherry Scaruzzi | Edith A. Serrano |
| Karen Strupczewski | Rosa Sierra |
| Cheryl Szymanski | Karen Starr |
| Jill Walker | David Villagrana |
| Rachel Werkheiser | Ramona Vinson |
| Una O'Boyle | Dion Wynn |
| T. Patrick Tinker | |

## ATTACHMENT 2

### Additional Client Match List – Potentially Interested Parties (or Affiliated Entities) Who are Current Clients or Were Clients Within the Last Three Years

Greenberg Traurig may currently represent or within the last three years may have represented the following Potentially Interested Parties or persons or entities that may be related to or affiliated with the Potentially Interested Parties. Other than as set forth in the Peterman Declaration, such representations were in matters unrelated to the Debtors and their chapter 11 cases.

Due to the similarity of names of certain entities, Greenberg Traurig has on the Client Match List certain parties-in-interest that may be current or former clients or affiliates of current or former clients. Greenberg Traurig may amend this Attachment to remove clients/client affiliates that it discovers are not related to parties-in-interest. However, out of an abundance of caution and in the interest of providing timely disclosures, Greenberg Traurig has listed these parties herein.

| Name of Entity Searched | Brief Description of Relationship |
|---|---|
| Arizona Department of Revenue | Affiliate of Current Client |
| Broward County Water & Waste Water Service | Affiliate of Current Client |
| City of Boca Raton – Utilities | Affiliate of Current Client |
| City of Hollywood – Utilities | Affiliate of Current Client |
| City of Houston – ARA Alarm Administration | Affiliate of Current Client |
| City of Sunrise – Utilities | Affiliate of Current Client |
| City of Winter Park – Utilities | Affiliate of Current Client |
| Denver Water | Affiliate of Current Client |
| Doug Belden, Tax Collector (Hillsborough County) | Affiliate of Current Client |
| Florida Department of Revenue | Affiliate of Current Client |
| Fulton County Finance Department | Affiliate of Current Client |
| Georgia Department of Revenue | Affiliate of Current Client |
| Jefferson County Treasurer | Affiliate of Current Client |
| Ken Burton, Jr., Tax Collector (Manatee County) | Affiliate of Current Client |
| Miami-Dade Water & Sewer Department | Affiliate of Current Client |
| Orange County Tax Collector, Scott Randolph | Affiliate of Current Client |
| Palm Beach County | Affiliate of Current Client |
| Pennsylvania Department of Revenue | Affiliate of Current Client |
| Providence Water | Affiliate of Current Client |
| Rhode Island Department of Revenue | Affiliate of Current Client |
| Sarasota County Tax Collector | Affiliate of Current Client |
| Texas Department of Revenue | Affiliate of Current Client |
| Town of Davies False Alarm Reduction Program | Affiliate of Current Client |