## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 229** |

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2020, I caused the *CH Realty VII/R Orlando Altamonte, L.L.C.'s Objection to Proposed Cure Amount and Reservation of Rights with Respect to Notice of Potential Assumption and Assignment* [Docket No. 229] to be served on the attached service list in the manner indicated.

Dated: December 7, 2020

*/s/ Megan E. Kenney*
Megan E. Kenney (No. 6426)

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, for which joint administration has been requested, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the proposed claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

RLF1 24415360v.1

| Name1 | Name2 | Address1 | Address2 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|
| WILES & WILES LLP | VICTOR W NEWMARK,ESQ | 800 KENNESAW AVE.,STE 400 | | MARIETTA | GA | 30060-7946 | BANKRUPTCY@EVICT.NET |
| WINSTON & STRAWN LLP | MICHAEL T LEARY | 333 SOUTH GRAND AVE.,38TH FLOOR | | LOS ANGELES | CA | 90071 | MTLEARY@WINSTON.COM |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M | 1000 NORTH KING ST | | WILMINGTON | DE | 19801 | JBARRY@YCST.COM;AMAGAZINER@YCST.COM;JMULVIHILL@YCST.COM;BANKFILINGS@YCST.COM |
| LAW OFFICES OF KENNETH L BAUM LLC | KENNETH L BAUM.ESQ | 167 MAIN ST | | HACKENSACK | NJ | 07601 | KBAUM@KENBAUMDEBTSOLUTIONS.COM |
| WESTERNBURG & THORNTON PC | STEVEN THORNTON | 10440 N CENTRAL EXPRESSWAY STE 800 | | DALLAS | TX | 75231 | STEVE@MWTLAW.COM |
| BROWARD COUNTY ATTORNEY | SCOTT ANDRON,ASSISTANT COUNTY ATTORNEY | GOVERNMENT CENTER STE 423 | 115 SOUTH ANDREWS AVE | FORT LAUDERDALE | FL | 33301 | SANDRON@BROWARD.ORG |
| IURILLO LAW GROUP PA | CAMILLE J IURILLO;KEVIN L HING | 5628 CENTRAL AVE | | ST PETERSBURG | FL | 33707 | CIURILLO@IURILLOLAW.COM;KHING@IURILLOLAW.COM |
| WOMBLE BOND DICKINSON (US)LLP | KEVIN J MANGAN | 1313 NORTH MARKET ST.,STE 1200 | | WILMINGTON | DE | 19801 | KEVIN.MANGAN@WBD-US.COM |
| FERRY JOSEPH P.A. | RICK S MILLER,ESQ | 824 MARKET ST.,STE 1000 | P O BOX 1351 | WILMINGTON | DE | 19899-1351 | RMILLER@FERRYJOSEPH.COM |
| BALLARD SPAHR LLP | LESLIE C HEILMAN;LAUREL D ROGLEN | 919 N MARKET ST.,11TH FLOOR | | WILMINGTON | DE | 19801-3034 | HEILMANL@BALLARDSPAHR.COM;ROGLENL@BALLARDSPAHR.COM |
| BALLARD SPAHR LLP | DAVID L POLLACK; LINDSEY ZIONTS | 1735 MARKET ST.,51ST FLOOR | | PHILADELPHIA | PA | 19103=7599 | POLLACK@BALLARDSPAHR.COM; ZIONTSL@BALLARDSPAHR.COM |
| STARK & STARK PC | JOSEPH H LEMKIN,ESQ | P O BOX 5315 | | PRINCETON | NJ | 08543 | JLEMKIN@STARK-STARK.COM |
| BIELLI & KLAUDER LLC | DAVID M KLAUDER,ESQ | 1204 N KING ST | | WILMINGTON | DE | 19801 | DKLAUDER@BK-LEGAL.COM |
| MONZACK MERSKY BROWDER AND HOCHMAN PA | RACHEL B MERSKY | 1201 N ORANGE ST.,STE 400 | | WILMINGTON | DE | 19801 | RMERSKY@MONLAW.COM |
| RICHARDS LAYTON & FINGER PA | JOHN H KNIGHT;MARISA A TERRANOVA FISSEL | ONE RODNEY SQUARE | 920 NORTH KING ST | WILMINGTON | DE | 19801 | KNIGHT@RLF.COM;TERRANOVAFISSEL@RLF.COM |
| KELLEY DRYE & WARREN LLP | ROBERT L LEHANE;MARK SCOTT | 101 PARK AVE | | NEW YORK | NY | 10178 | RLEHANE@KELLEYDRYE.COM;MASCOTT@KELLEYDRYE.COM; KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM |
| COLEMAN & DEMPSEY LLP | ARLENE L COLEMAN | TWO RAVINIA DRIVE STE 1250 | | ATLANTA | GA | 30346 | ACOLEMAN@COLEMAN-DEMPSEY.COM |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | EBONEY COBB | 500 E BORDER ST.,STE 640 | | ARLINGTON | TX | 76010 | ECOBB@PBFCM.COM |
| BARCLAY DAMON LLP | KEVIN M NEWMAN | BARCLAY DAMON TOWER | 125 EAST JEFFERSON ST | SYRACUSE | NY | 13202 | KNEWMAN@BARCLAYDAMON.COM |
| BARCLAY DAMON LLP | SCOTT L FLEISCHER | 1270 AVENUE OF THE AMERICAS STE 501 | | NEW YORK | NY | 10020 | SFLEISCHER@BARCLAYDAMON.COM |

| Name1 | Name2 | Address1 | Address2 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|
| SAUL EWING ARNSTEIN & LEHR LLP | MELISSA A MARTINEZ, ESQ | CENTRE SQUARE WEST | 1500 MARKET ST.,38TH | PHILADELPHIA | PA | 19102-2186 | MELISSA.MARTINEZ@SAUL.COM |
| SAUL EWING ARNSTEIN & LEHR LLP | MONIQUE B DISABATINO,ESQ | 1201 NORTH MARKET ST.,STE 2300 | P O BOX 1266 | WILMINGTON | DE | 19899 | MONIQUE.DISABATINO@SAUL.COM |
| SIMON PROPERTY GROUP INC | RONALD M TUCKER,ESQ | 225 WEST WASHINGTON ST | | INDIANAPOLIS | IN | 46204 | RTUCKER@SIMON.COM |
| MCCREARY VESELKA BRAGG & ALLEN PC | TARA LEDAY,ESQ | P O BOX 1269 | | ROUND ROCK | TX | 78680 | TLEDAY@MVBALAW.COM |
| FROST BROWN TODD LLC | RONALD E GOLD;ERIN P SEVERINI;KENDAL HARDISON | 3300 GREAT AMERICAN TOWER | 301 EAST FOURTH ST | CINCINNATI | OH | 45202 | RGOLD@FBTLAW.COM;ESEVERINI@FBTLAW.COM;KHARDISON@FBTLAW.COM |
| BERGER SINGERMAN LLP | MCIHAEL J NILES, ESQ | 313 NORTH MONROE ST.,STE 301 | | TALLAHASSEE | FL | 32301 | MNILES@BERGERSINGERMAN.COM |
| BERGER SINGERMAN LLP | BRIAN G RICH,ESQ | 313 NORTH MONROE ST.,STE 301 | | TALLAHASSEE | FL | 32301 | BRICH@BERGERSINGERMAN.COM |
| WINSTON & STRAWN | GREGORY M GARTLAND | 200 PARK AVENUE | | NEW YORK | NY | 10166 | GGARTLAND@WINSTON.COM |
| WINSTON & STRAWN LLP | CAREY D SCHREIBER | 200 PARK AVENUE | | NEW YORK | NY | 10166 | CSCHREIBER@WINSTON.COM |
| SINGER & LEVICK PC | MICHELLE E SHRIRO,ESQ | 16200 ADDISON RD.,STE 140 | | ADDISON | TX | 75001 | MSHRIRO@SINGERLEVICK.COM |
| GREENBERG TRAURIG LLP | DENNIS A MELORO | 1007 NORTH ORANGE STREET | SUITE 1200 | WILMINGTON | DE | 19801 | MELOROD@GTLAW.COM |
| GREENBERG TRAURIG LLP | NANCY A PETERMAN | 77 WEST WACKER DRIVE | SUITE 3100 | CHICAGO | IL | 60601 | PETERMANN@GTLAW.COM |
| GREENBERG TRAURIG LLP | ERIC HOWE | 77 WEST WACKER DRIVE | SUITE 3100 | CHICAGO | IL | 60601 | HOWEE@GTLAW.COM |
| GREENBERG TRAURIG, LLP | NICHOLAS E BALLEN | 77 WEST WACKER DRIVE | SUITE 3100 | CHICAGO | IL | 60601 | BALLENN@GTLAW.COM |
| HOLLAND & KNIGHT | PHILLIP W NELSON;JOSHUA M SPENCER;ANASTASIA M | 150 N RIVERSIDE PLAZA STE 2700 | | CHICAGO | IL | 60606 | PHILLIP.NELSON@HKLAW.COM;JOSHUA.SPENCER@HKLAW.COM;ANASTASIA.SOTIROPOULOS@HKLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: BRADFORD SANDLER AND COLIN ROBINSON | 919 N. MARKET STREET, 17TH FLOOR | | WILMINGTON | DE | 19801 | BSANDLER@PSZJLAW.COM; CROBINSON@PSZJLAW.COM |

| Name1 | Name2 | Name3 | Address1 | Address2 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| SACKS TIERNEY PA | RANDY NUSSBAUM;PHILIP R RUDD | | 4250 N DRINKWATER BLVD,,4TH FLOOR | | SCOTTSDALE | AZ | 85251 | RANDY.NUSSBAUM@SACKSTIERNEY.COM;PHILIP.RUDD@SACKSTIERNEY.COM |
| MARICOPA COUNTY ATTORNEY'S OFFICE | PETER MUTHIG | | 225 W MADISON ST | | PHOENIX | AZ | 85003 | MUTHIGK@MCAO.MARICOPA.GOV |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ELIZABETH WELLER | | 2777 N STEMMONS FREEWAY STE 1000 | | DALLAS | TX | 75207 | DALLAS.BANKRUPTCY@PUBLICANS.COM; BETHW@PUBLICANS.COM |
| HOGAN LOVELLS US LLP | ATTN: DAVID P. SIMONDS AND CHRISTOPHER R. BRYANT | | 1999 AVENUE OF THE STARS | SUITE 1400 | LOS ANGELES | CA | 90067 | DAVID.SIMONDS@HOGANLOVELLS.COM; CHRIS.BRYANT@HOGANLOVELLS.COM |
| DELAWARE ATTORNEY GENERAL | BANKRUPTCY DEPT | | CARVEL STATE OFFICE BLDG | 820 N FRENCH ST 6TH FL | WILMINGTON | DE | 19801 | ATTORNEY.GENERAL@STATE.DE.US |
| DELAWARE DIVISION OF REVENUE | CHRISTINA ROJAS | | CARVEL STATE OFFICE BUILD 8TH FL | 820 N FRENCH ST | WILMINGTON | DE | 19801 | CHRISTINA.ROJAS@DELAWARE.GOV |
| DELAWARE SECRETARY OF STATE | DIV OF CORPORATIONS FRANCHISE TAX | | PO BOX 898 | | DOVER | DE | 19903 | DOSDOC_FTAX@STATE.DE.US |
| OFFICE OF THE US TRUSTEE | HANNAH MCCOLLUM | | 844 KING ST | STE 2207 | WILMINGTON | DE | 19801 | HANNAH.MCCOLLUM@USDOJ.GOV |
| SECURITIES AND EXCHANGE COMMISSION | SEC OF THE TREASURY OFFICE OF GEN COUNSEL | | 100 F ST NE | | WASHINGTON | DC | 20549 | SECBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION | PHIL OFC   BANKRUPTCY DEPT | | ONE PENN CTR | 1617 JFK BLVD STE 520 | PHILADELPHIA | PA | 19103 | SECBANKRUPTCY@SEC.GOV |
| US ATTORNEY FOR DELAWARE | CHARLES OBERLY  ELLEN SLIGHTS | | 1313 NORTH MARKET ST | | WILMINGTON | DE | 19801 | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| GATOR FLOWER MOUND LLC | MARK SHANDLER | | 7850 NW 146TH ST.,4TH FLOOR | | MIAMI LAKES | FL | 33016 | MSHANDLER@GATORINV.COM |
| HULEN POINTE RETAIL LLC | BO AVERY | | 4801 HARBOR DRIVE | | FLOWER MOUND | TX | 75022 | BO@TRIMARSH.COM |
| JASON BLANK | JOSHUA EGGNATZ; | EGGNATZ PASCUCCI | 7450 GRIFFIN RD.,STE 230 | | DAVIE | FL | 33314 | JEGGNATZ@JUSTICEEARNED.COM |

| Name 1 | Name2 | Name3 | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| GREYLION | PERELLA WEINBERG PARTNERS LP | ELLEN ROSENBERG | 767 FIFTH AVENUE | | NEW YORK | NY | 10153 |
| GREYLION | LATHAM & WATKINS LLP | JOHAN (HANS) V. BRIGHAM | 200 CLARENDON STREET | | BOSTON | MA | 2116 |
| MANATEE COUNTY TAX COLLECTOR , KEN BURTON JR. | ATTN: MICHELLE LEESON, PARALEGAL, COLLECTIONS SPECIALIST | | 1001 3RD AVE WEST | SUITE 240 | BRADENTON | FL | 34205-7863 |
| YOUFIT HEALTH CLUBS, LLC | ATTN: PRESIDENT/CEO | | 1350 E NEWPORT CENTER DR | SUITE 110 | DEERFIELD BEACH | FL | 33442 |
| ARIZONA ATTORNEY GENERAL'S OFFICE | | | PO BOX 6123 | MD 7611 | PHOENIX | AZ | 85005-6123 |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS | | 401 FEDERAL ST STE 4 | | DOVER | DE | 19901 |
| DELAWARE STATE TREASURY | BANKRUPTCY DEPT | | 820 SILVER LAKE BLVD | STE 100 | DOVER | DE | 19904 |
| FRANCHISE TAX BOARD | BANKRUPTCY SECTION MSA340 | | PO BOX 2952 | | SACRAMENTO | CA | 95812-2952 |
| INTERNAL REVENUE SVC | CENTRALIZED INSOLVENCY OPERATION | | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 |
| INTERNAL REVENUE SVC | CENTRALIZED INSOLVENCY OPERATION | | 2970 MARKET ST | MAIL STOP 5 Q30 133 | PHILADELPHIA | PA | 19104-5016 |
| MICHIGAN DEPT OF TREASURY, TAX POL DIV | LITIGATION LIAISON | | 430 WEST ALLEGAN ST | 2ND FL AUSTIN BLDG | LANSING | MI | 48922 |
| SECURITIES AND EXCHANGE COMMISSION | NY REG OFFICE  BANKRUPTCY DEPT | | BROOKFIELD PL | 200 VESEY ST STE 400 | NEW YORK | NY | 10281-1022 |
| SOCIAL SECURITY ADMINISTRATION | OFFICE OF THE GEN COUNSEL REGION 3 | | 300 SPRING GDN ST | | PHILADELPHIA | PA | 19123 |
| US EPA REG 3 | OFFICE OF REG COUNSEL | | 1650 ARCH ST | | PHILADELPHIA | PA | 19103 |
| WESTWOOD PLAZA LLC | STEVEN LEONI | | 2020 WEST PENSACOLA ST.,STE 285 | | TALLAHASSEE | FL | 32304 |