## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

## GLOBAL NOTES, RESERVATIONS OF RIGHTS, AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") are filing their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**" and together with the Schedules, the "**Schedules and Statements**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

Brian Gleason has signed each set of the Schedules and Statements. Mr. Gleason serves as the Chief Restructuring Officer for each of the Debtors and is an authorized signatory for each of the Debtors with respect to the Schedules and Statements. In reviewing and signing the Schedules and Statements, Mr. Gleason has necessarily relied upon the efforts, statements, and representations of various personnel of the Debtors and the Debtors' legal and financial advisors. Given the scale of the Debtors' business and the complexity of the Debtors' records, Mr. Gleason has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including, without limitation, statements and representations concerning amounts owed to creditors, the classification of such amounts, and creditor addresses.

The Debtors' management team prepared the Schedules and Statements with the assistance of the Debtors' financial and legal advisors and other professionals. The Schedules and Statements are unaudited and subject to potential amendment or supplementation. In preparing the Schedules and Statements, the Debtors relied on financial data derived from the Debtors' books and records that was available at the time of preparation. The Debtors have made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible under the

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

circumstances and based upon such information as was available at the time of preparation. Inadvertent errors or omissions may exist, and subsequent receipt or discovery of information or further review and analysis of the Debtors' books and records or other information may result in changes or updates to information contained in the Schedules and Statements. The Debtors reserve the right to update, amend, or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate. The Debtors, on behalf of themselves, their officers, employees, advisors, and other agents, disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and otherwise reserve all rights with respect to the Schedules and Statements.

## Global Notes and Overview of Methodology

1.    **Description of Cases.**  On November 9, 2020 (the "**Petition Date**"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On November 10, 2020, the Court entered the *Order Authorizing and Directing the Joint Administration of the Debtors' Chapter 11 Cases for Procedural Purposes Only* [Docket No. 37]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own set of Schedules and Statements. On November 18, 2020, the United States Trustee for the District of Delaware appointed an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code.

2.    **Global Notes Control.**  These *Global Notes, Reservations of Rights, and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes should be referred to and referenced in connection with any review of the Schedules and Statements. In the event that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

The fact that the Debtors have prepared a Global Note with respect to a particular Schedule or Statement, or a particular part or item therein, and not as to others, does not reflect and should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any or all of the remaining Schedules or Statements, or other parts or items therein, as appropriate. Disclosure of information in one Schedule, one Statement, or an exhibit or attachment thereto, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment, as the case may be.

3.    **Basis of Presentation.**  The Schedules and Statements are unaudited and do not purport to be financial statements prepared in accordance with generally accepted accounting principles in the United States of America ("**GAAP**"), nor were they reconciled with the Debtors' financial statements. These Schedules and Statements represent a good faith attempt to comply with the requirements of the Bankruptcy Code and Bankruptcy Rules using commercially reasonable efforts and resources available and are subject to further review and potential adjustment.

The Debtors used reasonable efforts to attribute the assets and liabilities, certain required financial information, and various cash disbursements to each particular Debtor entity. Because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes rather than for reporting by legal entity, it is possible that not all assets and liabilities have been recorded with the correct legal entity on the Schedules and Statements. Accordingly, the Debtors reserve all rights to supplement and amend the Schedules and Statements in this regard, including with respect to reallocation of assets or liabilities to any particular entity.

4.    **Reporting Date.**    Unless otherwise noted herein or in the Schedules and Statements, all asset values (other than for cash holdings and deposits) contained in the Schedules and Statements and herein are as of October 31, 2020. Values of cash holdings and deposits are as of the Petition Date. In addition, the values of most prepayments are as of October 31, 2020, but the values for professional retainers are as of the Petition Date. Furthermore, the values of the Debtors' liabilities are as of the Petition Date; however, certain liability values have been adjusted for authorized payments made under the First Day Orders (as defined below).

5.    **Reservation of Rights.**    The Debtors and their advisors who assisted in the preparation of the Schedules and Statements do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by errors or omissions, negligent or otherwise, in preparing, collecting, reporting, or communicating the information contained herein. The Debtors and their advisors do not have an obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party upon such revisions. In no event shall the Debtors or their advisors be liable to any third party for any direct, indirect, incidental, consequential, or other damages (including, but not limited to, damages arising from the disallowance of a potential claim against a Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their advisors are advised of the possibility of such damages. The Debtors reserve all rights to amend and/or supplement the Schedules and Statements from time to time as is necessary and appropriate.

The failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve their rights to dispute, or to assert offsets or defenses to, any claim reflected on the Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." The Debtors reserve all of their rights to amend the Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

The Debtors have made commercially reasonable efforts to correctly characterize, classify, categorize or designate certain claims, assets, executory contracts, among other items reported in the Schedules and Statements. Nevertheless, the Debtors may have improperly characterized, classified, categorized, or designated certain items. The listing of a claim on Schedule D as "secured," on Schedule E/F (Part 1) as "priority," on Schedule E/F (Part 2) as "nonpriority" or the listing of a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors as to the legal rights of the claimant or a waiver of the Debtors' rights to re-characterize or re-classify such claim or contract pursuant to an amendment to the Schedules, a

claim objection, or otherwise. The Debtors thus reserve all of their rights to recharacterize, reclassify, recategorize, or re-designate items reported in the Schedules and Statements at a later time as necessary or appropriate as additional information becomes available.

The Debtors' accounting system was designed and maintained to manage the consolidated treasury and cash management systems of the Debtors, as well as report the Debtors' financial results on a consolidated basis. Additionally, the Debtors' accounting and finance staff were trained to follow procedures consistent with these primary objectives. Accordingly, neither the Debtors nor their advisors can ensure that transactions recorded in the Debtors' books and records with respect to one Debtor do not inadvertently reflect activity of another Debtor.

Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the foregoing general reservation of rights.

6.    **Valuation.** It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, the Schedules and Statements reflect net book values as of October 31, 2020. Cash is reported based on the balances of the Debtors' bank accounts as of the Petition Date. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined" and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements. In some instances, the Debtors have used estimates where actual data was not available. The Debtors have not hired a third party to value their assets for purposes of completing the Schedules and Statements.

7.    **Currency.** All amounts shown in the Schedules and Statements are in U.S. Dollars.

8.    **Quantification of Claims.** Amounts that were not readily quantifiable by the Debtors are reported as "undetermined," "unknown," or "N/A" and any such designation is not intended to reflect the magnitude or materiality of any claim.

9.    **Claims Paid Pursuant to Court Orders.** Pursuant to several motions filed on the Petition Date (the "**First Day Motions**"), the Debtors sought authority to pay certain outstanding prepetition payables pursuant to court order. The Bankruptcy Court entered certain orders authorizing the Debtors to pay certain of the outstanding prepetition payables it sought to pay under the First Day Motions (the "**First Day Orders**"). Consequently, certain prepetition fixed, liquidated, and undisputed unsecured claims, including, but not limited to, certain claims for employee wages that had accrued in the 180 days prior to the Petition Date, have been paid following the Petition Date. Where and to the extent these claims have been satisfied or are anticipated to be satisfied, they may not be listed in the Schedules and Statements. To the extent the Debtors later pay any amount of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements as is necessary or appropriate.

10. **Prepetition and Postpetition Liabilities.** The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

11. **Agreements with Members.** The Debtor counterparty on all agreements with the Debtors' members and other customers, including membership agreements and other agreements for recurring services, such as personal training services, is YouFit Health Clubs, LLC. All such agreements are property of YouFit Health Clubs, LLC and the payment obligations arising thereunder, which are primarily, but not exclusively, for monthly membership fees, are owed to YouFit Health Clubs, LLC. The payments received from members and other customers under such agreements, the cash proceeds of other transactions with members or other customers, including, without limitation, point-of-service cash sales at the Debtors' clubs of saleable inventory owned by YouFit Health Clubs, LLC, and all other such revenues and proceeds are property of YouFit Health Clubs, LLC.

12. **Club-Level Entities.** The Debtors operate their clubs at leased locations and do not own any real property except for leasehold interests held by those of the Debtors that are the lessees under such leases. Generally, each of the Debtors' clubs has a corresponding legal entity that serves as the lessee under the lease pertaining to the location of the club. While such club-level Debtor entities are liable for rents and other obligations under the leases, the funds actually used by the Debtors to satisfy such obligations, along with any other monetary obligations incurred at the club level, are supplied by YouFit Health Clubs, LLC. The club-level Debtor entities store and use certain business equipment, all of which is owned by YouFit Health Clubs, LLC, at the Debtors' clubs pursuant to intercompany equipment licensing agreements, and use the YouFit mark and other intellectual property, held by YouFit, LLC, pursuant to intercompany licensing agreements.

13. **Intercompany Transactions.** As is more fully set forth in the *Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks, (B) Authorizing the Continued Use of Cash Management System, (C) Waiving Certain Investment and Deposit Guidelines, and (D) Granting Administrative Expense Status to Postpetition Intercompany Claims* [Docket No. 15] (the "**Cash Management Motion**"), in the ordinary course of business, the Debtors maintain business relationships among each other that give rise to certain intercompany transactions, including, for example, cash sweeps and intercompany loans that occur as part of the daily operation of the Debtors' cash management system, as well as payments on account of the obligations of YouFit Health Clubs, LLC to the club-level Debtor entities for rents and other such club-level obligations. Due to historical accounting practices whereby the Debtors, for accounting, reporting, and monitoring purposes only, accounted for revenues at the club level, the Debtors have been unable to ascertain the precise amount of intercompany receivables and payables as of the Petition Date. The listing of any intercompany payables and receivables, even with undetermined amounts, on Schedules A/B or Schedules E/F, as the case may be, is not and should not be construed as an admission of the characterization of any balances between or among the

Debtors as debt, equity, or otherwise.  For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including with respect to the amounts and characterization of any intercompany claims.

14.    **Setoffs.** The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors.  The Debtors reserve all of their rights regarding such credits, allowances, or other adjustments.

15.    **Property and Equipment.**  Nothing in the Schedules or Statements, including, without limitation, the failure to list leased property or equipment as owned property or equipment or vice-versa, constitutes, or shall be construed as, an admission as to the determination of legal status of any lease, including whether any lease is a true lease or financing arrangement, and the Debtors reserve all their rights with respect to such issues.

16.    **Exclusions.**  The Debtors believe that they have identified, but did not necessarily value, all material categories of assets and liabilities in the Schedules and Statements.  The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including employee benefit accruals, accrued accounts payable, and deferred gains. The Debtors also have excluded potential rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage claims may exist. In addition, certain immaterial assets and liabilities may have been excluded.

17.    **Causes of Action.**  The Debtors, despite their reasonable efforts, may not have listed all of their causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant nonbankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any causes of action they may have, whether arising before, on, or after the Petition Date, in contract or in tort, at law or in equity, or pursuant to any other theory of law, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

18.    **Insiders.**  For purposes of the Schedules and Statements, the Debtors defined "insiders" in accordance with the provisions of section 101(31) of the Bankruptcy Code.  Persons listed as "insiders" have been included for informational purposes only, however, and the designation of such persons as "insiders" on the Schedules and Statements does not constitute, and should not be construed as, an admission that such persons constitute insiders within the meaning of section 101(31) of the Bankruptcy Code.  Moreover, these Global Notes and the Schedules and Statements do not take any position with respect to: (a) any person's influence over the control of the Debtors; (b) the management responsibilities or functions of any such person; (c) the decision making or corporate authority of any such person; or (d) whether the Debtors or any person who may have had control over the Debtors could successfully argue that such person is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

19.    **Litigation.**  Certain litigation reflected as claims against one of the Debtors may relate to any of the other Debtors.  The Debtors have made reasonable efforts to accurately record such claims in the Schedules and Statements of the Debtors against whom such claims lie.

20.     **Guarantees and Other Secondary Liability Claims.**  The Debtors have exercised reasonable efforts to locate and identify guarantors, co-obligors, or other secondarily-liable parties under executory contracts, unexpired leases, secured financing agreements, and other such arrangements or agreements.  Where such guarantors or co-obligors have been identified, the Debtors have included them in the relevant Schedules D, E/F, G and/or H for the applicable Debtor.  The Debtors may have inadvertently omitted certain guarantees or other secondary liability embedded in their contractual agreements.

21.     **Totals.**  All totals that are included in the Schedules and Statements represent totals of known amounts only and do not include any undetermined amounts.  To the extent there are unknown or otherwise undetermined amounts, the actual total may be materially different than the listed total.  Due to unliquidated, contingent and/or disputed claims, summary statistics in the Schedules and Statements may significantly understate the Debtors' liabilities.

22.     **Intellectual Property Rights.**  The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

23.     **Confidentiality.**  There may be instances in the Schedules and Statements where the Debtors deemed it necessary and appropriate to omit from the public record information such as individuals' names and addresses.  Typically, the Debtors have used this approach because of an agreement between the Debtors and a third party, concerns of confidentiality and protection of sensitive commercial information, and concerns for the privacy of individuals.  In particular, addresses of members and other customers of the Debtors are generally not included in the Schedules and Statements.

24.     **Accuracy.**  The financial information disclosed herein was not prepared in accordance with GAAP, federal or state securities laws, or other applicable nonbankruptcy law or in lieu of complying with any periodic reporting requirements thereunder.  Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against the Debtors should evaluate this financial information in light of the purposes for which it was prepared.  The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws.

## Specific Notes to the Schedules of Assets and Liabilities

### Classifications of Claims

Listing a claim on Schedule D as "secured," or on Schedule E/F as "priority" or "nonpriority," or a contract or lease on Schedule G as "executory" or "unexpired," does not, in each case, constitute an admission by the Debtors of the legal rights of the claimant or the legal status of such claim or contract, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract.

### Summary of Assets and Liabilities

For financial reporting purposes, the Debtors ordinarily prepare consolidated financial statements in accordance with GAAP.  The Schedules reflect the assets and liabilities of each

Debtor on a nonconsolidated basis, except where otherwise indicated. Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise, which may reflect consolidation, elimination and step-up in basis adjustments to the financial statements.

**Schedule A/B**

As noted above, despite commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of its causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, but not limited to, causes of action arising under the Bankruptcy Code or any other applicable laws to recover assets or avoid transfers.

### Part 1, Item 3

As is more fully set forth in the Cash Management Motion, the Debtors maintain approximately thirteen (13) bank accounts and utilize a cash management system in the ordinary course of business to efficiently collect, concentrate, and disburse funds generated by their operations. The account holder for six (6) of the Debtors' bank accounts is YouFit Health Clubs, LLC, while other Debtor entities are the account holders for the remaining seven (7) bank accounts. The Debtors have listed each bank account on the Schedules of the Debtor who is the named account holder on such bank account. However, for the reasons set forth in Global Notes 11 and 12 above and the Specific Note on Schedule A/B, Part 5, Item 21 below, all cash deposited and/or held in the bank accounts, regardless of the name on the account, is property of YouFit Health Clubs, LLC.

### Part 2, Items 7 & 8

The Debtors' characterization of an asset listed in Part 2, Items 7 and 8 is not a legal characterization of either a deposit or a prepayment. The Debtors reserve their rights to re-categorize or recharacterize such assets at a later time as appropriate. All prepayments are as of October 31, 2020, except for professional retainer payments which are as of the Petition Date.

### Part 5, Item 21

YouFit Health Clubs, LLC owns certain finished goods inventory, including, without limitation, certain branded and other promotional items, such as t-shirts, towels, water bottles, and other similar products, which inventory is stored and sold at the Debtors' clubs in the ordinary course of business. All such inventory has been scheduled on Schedule A/B for YouFit Health Clubs, LLC, regardless of the location where such inventory was located as of the Petition Date.

### Part 5, Items 39 to 40, 50

YouFit Health Clubs, LLC owns certain business equipment, including gym equipment and office equipment, as well as all fixtures, including certain gym equipment, which is stored and used at the Debtors' clubs in the ordinary course of business pursuant to intercompany licensing agreements. All such equipment and fixtures have been scheduled on Schedule A/B for YouFit Health Clubs, LLC, regardless of the locations where such equipment and fixtures were being stored and used as of the Petition Date.

### Part 9, Item 55

The Debtors account for leasehold improvements at the club-level as the club-level Debtor entities are the lessees under the leases for the locations where the Debtors operate their clubs. Leasehold improvements have therefore been scheduled on Schedules A/B for the various club-level entities.

## Schedule E/F

### Priority/Nonpriority Status

The listing of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code or that the amount of the claim is accurate.  The Debtors reserve their right to dispute the priority status of any claim on any basis.

### Potential Customer Claims

As of the Petition Date, the Debtors had more than 340,000 current members and over 100,000 former members (i.e., those who cancelled their memberships within one year of the Petition Date) (collectively, the "**Customers**").  To schedule such potential liabilities on an individual basis, to the extent possible, would not only be speculative, cost prohibitive, and unduly burdensome, but would also likely cause the Schedules to be dauntingly voluminous.  Therefore, while the Debtors cannot reasonably estimate the value of Customer claims, the Debtors have made a good-faith effort to list an aggregate Customer liability based solely on the Debtors' books and records.  Due to the COVID-19 pandemic and related gym closures, the Debtors have and may continue to receive membership cancellation and refund requests.  As the Debtors cannot know or estimate how many additional membership cancellation and refund requests may be made, the estimate of Customer claims as of the Petition Date may not reflect actual Customer liabilities. Consequently, the estimated aggregate Customer liability included in the Schedules is highly speculative and the facts surrounding any Customer claims will expectantly be Customer-specific. Furthermore, amounts included in the estimated claim amount include amounts that may be satisfied in the ordinary course of business.  Accordingly, the Debtors believe the estimate Customer claims amount likely overstates any actual claims, which amounts cannot be determined with reasonable certainty at this time.

### Claims of Counterparties to Executory Contracts and Unexpired Leases

Schedule E/F reflects the prepetition amounts owing as of the Petition Date to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases.  Additionally, Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Part 1, Item 2**

In the ordinary course of business, the Debtors incur certain personal property and sales tax obligations in the various jurisdictions in which the Debtors operate.  Such personal property tax obligations are assessed based on the equipment and other personal property stored at the locations of the Debtors' clubs.  Sales tax obligations are based on taxable revenue earned by YouFit Health Clubs, LLC.  As set forth above in Global Notes 11 and 12 and the Specific Note on Schedule A/B, Part 5, Item 21, YouFit Health Clubs, LLC owns all the equipment and other personal property and all revenues generated by sales or otherwise; accordingly, all personal property and sales tax obligations have been scheduled on Schedule E/F for YouFit Health Clubs, LLC, regardless of which of the Debtors' names may appear on the tax bills or statements.

**Schedule G**

Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or overinclusion may have occurred in preparing Schedule G.  Omission of a contract, lease or other agreement from Schedule G does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease.  The Debtors hereby reserve all of their rights to (i) dispute the validity, status, or enforceability of any contract, agreement or lease set forth in Schedule G and (ii) amend or supplement such Schedule as necessary.  Furthermore, the Debtors reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument.  The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.  The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, or other documents, instruments, or agreements that may not be listed therein.  Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space, early termination rights, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth on Schedule G.

For unexpired leases, the amounts listed do not reflect the total liability amount that would be required to be recorded under ASC 842, which would require the total of all past and future lease payments to be reflected on the books and records.  Only past due lease payments have been listed in the Schedules.

Any and all rights, claims, and causes of action of the Debtors with respect to the agreements listed on Schedule G are hereby reserved and preserved.

<u>**Specific Notes to the Statements of Financial Affairs**</u>

**Part 1, Item 1**

As set forth above in Global Notes 11 and 12 and the Specific Note on Schedule A/B, Part 5, Item 21, YouFit Health Clubs, LLC owns all of the assets that produce revenue from the

business of the Debtors; therefore, the Debtors have listed all gross revenue from the business of the Debtors on the Statement for YouFit Health Clubs, LLC.

### Part 2, Items 3 and 4

As is more fully set forth in the Cash Management Motion, the Debtors satisfy payables through five (5) bank accounts maintained for the purpose of making disbursements.  While YouFit Health Clubs, LLC owns the funds that are the ultimate source of payments made through such disbursement accounts, YouFit Health Clubs, LLC is the named account holder on only one (1) such account.  Therefore, while any transfers of funds are technically transfers of property of YouFit Health Clubs, LLC, such transfers are listed only on the Statement of the Debtor entity who is the named account holder of the disbursement account from which the transfer was made.  Further, all payments to insiders, including payments to insiders made within ninety (90) days of the Petition Date, have been listed under Item 4.

### Part 13, Item 26.b

Historically, the Debtors have conducted an annual certified financial audit of their consolidated financials.  In the course of such audits of the Debtors' consolidated financials, certain testing may have been performed with respect to certain individual Debtor entities; however, no individual certified financial audits were ever produced as to any individual Debtor entities.

### Part 13, Item 26.d

As noted herein, the Debtors ordinarily prepare consolidated financial statements in accordance with GAAP for financial reporting purposes.  The Debtors issue their consolidated financial statements in the ordinary course of business.  It would be a timely and burdensome task for the Debtors to go through their records to identify all financial institutions, creditors, and other parties to whom the Debtors have issued a financial statement within the two (2) years prior to the Petition Date; accordingly, the Debtors have not identified such recipients.

**Fill in this information to identify the case:**

**Debtor name:** Six B-Fit, LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 20-12859

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from Schedule A/B ................................................................................

$152,613.23

    1b. **Total personal property:**
       Copy line 91A from Schedule A/B ............................................................................

$15,000.00

    1c. **Total of all property:**
       Copy line 92 from Schedule A/B ...............................................................................

$167,613.23

| Part 2: | Summary of Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D .................

$88,259,121.01

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of Schedule E/F ........................................

$0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ...........................

+ $11,798.33

4. *Total liabilities*
   Lines 2 + 3a + 3b ...................................................................................................

$88,270,919.34

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** Six B-Fit, LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 20-12859 |

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
| --- | --- |

**1.  Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.

☐ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**2.  Cash on hand**

2.1. _____    $_____

**3.  Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- |
| 3.1. _____ | _____ | _____ | $_____ |

**4.  Other cash equivalents** *(Identify all)*

| Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 4.1. _____ | _____ | _____ | _____ | $_____ |

**5.  Total of part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $0.00 |
| --- |

| **Part 2:** | **Deposits and prepayments** |
| --- | --- |

**6.  Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below

Debtor    **Six B-Fit, LLC**                                                    Case number *(if known)* **20-12859**

**7.** **Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|

7.1.    RENT                                                                    $15,000.00

   INNEX II LLC INVESTMENT INC
   8004 NW 154TH STREET
   SUITE #243
   MIAMI LAKES FL 33016

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|

8.1. _____    $_____

_____

**9.** **Total of part 2**

   Add lines 7 through 8. Copy the total to line 81.                            $15,000.00

| Part 3: | Accounts receivable |
|---|---|

**10.** **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**11.** **Accounts receivable**

| | Face amount | Doubtful or uncollectible accounts | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | $_____ - | $_____ | = ....... → | $_____ |
| | Face amount | Doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | $_____ - | $_____ | = ....... → | $_____ |

**12.** **Total of part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.       $0.00

| Part 4: | Investments |
|---|---|

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock

14.1. _____    _____    $_____

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity                                      % of ownership

15.1. _____    _____%    _____    $_____

Debtor    **Six B-Fit, LLC**                                                                    Case number *(if known)* **20-12859**

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe

16.1.    _____    _____    $_____

**17.** **Total of part 4**

   Add lines 14 through 16. Copy the total to line 83.

|  |
|---|
| $0.00 |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

   ☑ No. Go to Part 6.

   ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| 19.1.    _____ | _____ | $_____ | _____ | $_____ |
| **20.** **Work in progress** | | | | |
| 20.1.    _____ | _____ | $_____ | _____ | $_____ |
| **21.** **Finished goods, including goods held for resale** | | | | |
| 21.1.    _____ | _____ | $_____ | _____ | $_____ |
| **22.** **Other inventory or supplies** | | | | |
| 22.1.    _____ | _____ | $_____ | _____ | $_____ |

**23.** **Total of part 5**

   Add lines 19 through 22. Copy the total to line 84.

|  |
|---|
| $0.00 |

**24.** **Is any of the property listed in Part 5 perishable?**

   ☐ No

   ☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes Book value: $_____    Valuation method: _____    Current value: $_____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☑ No. Go to Part 7.

   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| 28.1.    _____ | $_____ | _____ | $_____ |

Debtor   **Six B-Fit, LLC**                                                                          Case number *(if known)* **20-12859**

**29.**  **Farm animals.**  Examples: Livestock, poultry, farm-raised fish

29.1.  _____   $_____   _____   $_____

**30.**  **Farm machinery and equipment** (Other than titled motor vehicles)

30.1.  _____   $_____   _____   $_____

**31.**  **Farm and fishing supplies, chemicals, and feed**

31.1.  _____   $_____   _____   $_____

**32.**  **Other farming and fishing-related property not already listed in Part 6**

32.1.  _____   $_____   _____   $_____

**33.**  **Total of part 6**

Add lines 28 through 32. Copy the total to line 85.

| | $0.00 |
|---|---|

**34.**  **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

**35.**  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value: $_____  Valuation method: _____  Current value: $_____

**36.**  **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.**  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.**  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.**  **Office furniture**

39.1.  _____   $_____   _____   $_____

**40.**  **Office fixtures**

40.1.  _____   $_____   _____   $_____

**41.**  **Office equipment, including all computer equipment and communication systems equipment and software**

| | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

41.1.  _____   $_____   _____   $_____

Debtor    **Six B-Fit, LLC**                                                    Case number *(if known)* **20-12859**

**42.**    **Collectibles.**  Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1.    _____    $_____    _____    $_____

**43.**    **Total of part 7**

Add lines 39 through 42. Copy the total to line 86.

| | $0.00 |
|---|---|

**44.**    **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☐ Yes

**45.**    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

**Part 8:**    **Machinery, equipment, and vehicles**

**46.**    **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest **(Where available)**<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1.    _____    $_____    _____    $_____

**48.**    **Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1.    _____    $_____    _____    $_____

**49.**    **Aircraft and accessories**

49.1.    _____    $_____    _____    $_____

**50.**    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

50.1.    _____    $_____    _____    $_____

**51.**    **Total of part 8**

Add lines 47 through 50. Copy the total to line 87.

| | $0.00 |
|---|---|

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☐ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

**Part 9:**    **Real property**

**54.**    **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

---

Debtor    **Six B-Fit, LLC**                                                                    Case number *(if known)* **20-12859**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.1. _____<br><br>GYM FACILITY<br><br>CLUB NO. 6441 - PEMBROKE PINES<br>9057 TAFT ST<br>PEMBROKE PINES FL 33024 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |
| 55.2. _____<br><br>GYM FACILITY<br><br>CLUB NO. 6441 - PEMBROKE PINES -<br>LEASEHOLD IMPROVEMENTS<br>9057 TAFT ST<br>PEMBROKE PINES FL 33024 | LEASEHOLD IMPROVEMENTS | $152,613.23 | Net Book Value | $152,613.23 |

**56.**   **Total of part 9**

Add the current value on lines 55. Copy the total to line 88.                                                                     | $152,613.23 |

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☑ Yes

**58.**   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

**59.**   **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **Patents, copyrights, trademarks, and trade secrets** | | |
| 60.1. _____ | $_____ | _____ | $_____ |
| **61.** | **Internet domain names and websites** | | |
| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
| 61.1. _____ | $_____ | _____ | $_____ |
| **62.** | **Licenses, franchises, and royalties** | | |
| 62.1. BROWARD COUNTY, FL - LOCAL BUSINESS TAX RECEIPT - NO. 400-272283, REG. NO. HS6678 | UNDETERMINED | _____ | UNDETERMINED |
| 62.2. CLUB NO. 6441 - SALES TAX LICENSE NO. 16-8013576125-9 | UNDETERMINED | | UNDETERMINED |
| **63.** | **Customer lists, mailing lists, or other compilations** | | |
| 63.1. _____ | $_____ | | $_____ |
| **64.** | **Other intangibles, or intellectual property** | | |
| 64.1. _____ | $_____ | | $_____ |

Debtor    **Six B-Fit, LLC**                                                                    Case number *(if known)* **20-12859**

**65.**    **Goodwill**

65.1. _____    $_____    _____    $_____

**66.**    **Total of part 10**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| UNDETERMINED |

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.**    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:    All other assets**

**70.**    **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | |
|---|---|
| | **Current value of debtor's interest** |

**71.**    **Notes receivable**

| Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | | Current value of debtor's interest |
|---|---|---|---|---|
| 71.1. _____ | $_____ | - $_____ | = ........ → | $_____ |
| _____ | | | | |

**72.**    **Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | Tax refund amount | NOL amount | Tax year | Current value of debtor's interest |
|---|---|---|---|---|
| 72.1. | $_____ | $_____ | _____ | $_____ |

**73.**    **Interests in insurance policies or annuities**

| | Insurance company | Insurance policy No. | Annuity issuer name | Annuity account type | Annuity account No. | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 73.1. | GREAT AMERICAN INSURANCE GROUP | PROPERTY INSURANCE - POLICY NO. MAC 309-60-88-07 | _____ | _____ | | UNDETERMINED |
| 73.2. | GREAT AMERICAN INSURANCE GROUP | GENERAL LIABILITY AND PROPERTY INSURANCE - POLICY NO. PAC 073-81-86-06 | _____ | _____ | | UNDETERMINED |
| 73.3. | GREAT AMERICAN INSURANCE GROUP | UMBRELLA INSURANCE - POLICY NO. UMB 0738187 06 | _____ | _____ | | UNDETERMINED |

Debtor    **Six B-Fit, LLC**                                                                    Case number *(if known)* **20-12859**

| | | | | | | |
|---|---|---|---|---|---|---|
| 73.4. | U.S. SPECIALTY INSURANCE COMPANY | D&O INSURANCE - POLICY NO. 14-MGU-20-A49049 | _____ | _____ | _____ | UNDETERMINED |
| 73.5. | SCOTTSDALE INSURANCE COMPANY | PROPERTY (VACANT) INSURANCE - POLICY NO. CPS7092438 | _____ | _____ | _____ | UNDETERMINED |
| 73.6. | MOUNT VERNON FIRE INS. CO. | PROPERTY (VACANT) INSURANCE - POLICY NO. CP 2636179 | _____ | _____ | _____ | UNDETERMINED |
| 73.7. | TRAVELERS (CHARTER OAK INS. CO.) | WORKERS COMPENSATION INSURANCE - POLICY NO. UB-3L141685 | _____ | _____ | _____ | UNDETERMINED |
| 73.8. | UNITED STATES LIABILITY INSURANCE COMPANY | PROPERTY (VACANT) INSURANCE - POLICY NO. CP 1726145 | _____ | _____ | _____ | UNDETERMINED |
| 73.9. | UNITED STATES LIABILITY INSURANCE COMPANY | PROPERTY (VACANT) INSURANCE - POLICY NO. CP 2636193 | _____ | _____ | _____ | UNDETERMINED |

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

| | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| 74.1. _____ | _____ | $_____ | $_____ |

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| 75.1. _____ | _____ | $_____ | $_____ |

**76.** **Trusts, equitable or future interests in property**

76.1. _____    $_____

**77.** **Other property of any kind not already listed**

Examples: Season tickets, country club membership

77.1.    INTERCOMPANY RECEIVABLE DUE FROM YOUFIT HEALTH CLUBS, LLC          UNDETERMINED

**78.** **Total of part 11**

Add lines 71 through 77. Copy the total to line 90.

| UNDETERMINED |
|---|

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor   **Six B-Fit, LLC**                                           Case number *(if known)* **20-12859**

---

**Part 12:**  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $15,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ....................................................... → | | $152,613.23 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. **All other assets.** *Copy line 78, Part 11.*                    + | UNDETERMINED | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $15,000.00 | + 91b. $152,613.23 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................................   $167,613.23

**Fill in this information to identify the case:**

**Debtor name:** Six B-Fit, LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 20-12859

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1.    Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2.    List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

| 2.1. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

BGC LENDER AND LENDERS REP
CORTLAND CAPITAL MARKET SERVICES,
LLC, AS COLLATERAL AGENT
ALTER DOMUS (US) LLC
225 W. WASHINGTON ST., 9TH FLOOR
CHICAGO IL 60606

ALL ASSETS                                $88,259,121.01    UNDETERMINED

**Describe the lien**

SENIOR SECURED LIEN

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

_____

☑ No

**Date debt was incurred:** 4/16/2019

☐ Yes

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:** Check all that apply.

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Contingent

_____

☐ Unliquidated

_____

☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines: _____

Debtor    **Six B-Fit, LLC**

Case number *(if known)* **20-12859**

| | |
|---|---|
| **2.2.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

FIRESTONE FINANCIAL CORP.
27 CHRISTINA STREET
NEWTON MA 02461

EQUIPMENT LIEN                                    UNDETERMINED  UNDETERMINED

**Describe the lien**

**Creditor's email address, if known**

FL UCC-1 #201309878860

_____

**Is the creditor an insider or related party?**

**Date debt was incurred:** 9/20/2013

☑ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☑ No

☑ No

☐ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

    ☑ No. Specify each creditor, including this creditor, and its relative priority.
    X

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

    ☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Unliquidated

☑ Disputed

**3.**  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    **$88,259,121.01**

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| | Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| 3.1. | HOLLAND & KNIGHT<br>PHILLIP W NELSON; JOSHUA M SPENCER; ANASTASIA M SOTIROPOULOS<br>150 N RIVERSIDE PLAZA STE 2700<br>CHICAGO IL 60606 | Line 2.1 | _____ |
| 3.2. | WINSTON & STRAWN<br>GREGORY M GARTLAND<br>200 PARK AVENUE<br>NEW YORK NY 10166 | Line 2.1 | _____ |
| 3.3. | WINSTON & STRAWN LLP<br>CAREY D SCHREIBER<br>200 PARK AVENUE<br>NEW YORK NY 10166 | Line 2.1 | _____ |
| 3.4. | WINSTON & STRAWN LLP<br>MICHAEL T LEARY<br>333 SOUTH GRAND AVE.,38TH FLOOR<br>LOS ANGELES CA 90071 | Line 2.1 | _____ |

Debtor    **Six B-Fit, LLC**                                                          Case number *(if known)* **20-12859**

| | | | |
|---|---|---|---|
| 3.5. | YOUNG CONAWAY STARGATT & TAYLOR LLP<br>JOSEPH M BARRY; ANDREW L MAGAZINER; JOSEPH M MULVIHILL<br>1000 NORTH KING ST<br>WILMINGTON DE 19801 | Line 2.1 | _____ |

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** Six B-Fit, LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 20-12859 |

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |
| | _____ | *Check all that apply.* | $_____ | $_____ |
| | _____ | ☐ Contingent | | |
| | _____ | ☐ Unliquidated | | **Nonpriority amount** |
| | _____ | ☐ Disputed | | $_____ |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | _____ | | |
| | **Last 4 digits of account number:** __ __ __ __ | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | ☐ No    ☐ Yes | | |

Debtor    **Six B-Fit, LLC**                                                                    Case number *(if known)* **20-12859**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

3.1.    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      **Amount of claim**
*Check all that apply.*

AMERICAN SECURITY & FIRE ALARM SYSTEMS,       ☐ Contingent                                    $303.35
INC
319 NE THIRD AVENUE                                  ☐ Unliquidated
DELARY BEACH FL 33444
                                                     ☐ Disputed

**Date or dates debt was incurred**                  **Basis for the claim:**

VARIOUS                                              OUTSIDESVC

**Last 4 digits of account number:**                 **Is the claim subject to offset?**

                                                     ☒ No
                                                     ☐ Yes


3.2.    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      **Amount of claim**
*Check all that apply.*

CITY OF PEMBROKE PINES UTILITIES                     ☐ Contingent                                    $761.25
PO BOX 269005
PEMBROKE PINES FL 33026                              ☐ Unliquidated

                                                     ☐ Disputed

**Date or dates debt was incurred**                  **Basis for the claim:**

VARIOUS                                              UTILITIES

**Last 4 digits of account number:**                 **Is the claim subject to offset?**

                                                     ☒ No
                                                     ☐ Yes


3.3.    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      **Amount of claim**
*Check all that apply.*

DATTILE & SONS PLUMBING                              ☐ Contingent                                    $575.00
8568 NW 46TH DR
CORAL SPRINGS FL 33067                               ☐ Unliquidated

                                                     ☐ Disputed

**Date or dates debt was incurred**                  **Basis for the claim:**

VARIOUS                                              OUTSIDESVC

**Last 4 digits of account number:**                 **Is the claim subject to offset?**

                                                     ☒ No
                                                     ☐ Yes

Debtor    **Six B-Fit, LLC**                                                                          Case number *(if known)* **20-12859**

| 3.4. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | EWI INC<br>31 SW 16TH ST<br>POMPANO BEACH FL 33060 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $371.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>OUTSIDESVC | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.5. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | FPL<br>GENERAL MAIL FACILITY<br>MIAMI FL 33188-0001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,907.49 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>UTILITIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.6. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | HORIZON AIR CONDITIONING INC<br>2501 WESTGATE AVE<br>#6<br>WEST PALM BEACH FL 33409 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $135.66 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CAPX LHI | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **Six B-Fit, LLC**                                                                                    Case number *(if known)* **20-12859**

---

3.7. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

3.7.

**Nonpriority creditor's name and mailing address**

INNEX II LLC INVESTMENT INC
8004 NW 154TH STREET
SUITE #243
MIAMI LAKES FL 33016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,666.67

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.8.

**Nonpriority creditor's name and mailing address**

MARK TABER
8806 NW 75TH COURT
TAMARAC FL 33321

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$75.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDESVC

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.9.

**Nonpriority creditor's name and mailing address**

MF ATHLETIC
PO BOX 8090
CRANSTON RI 02920-0090

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$133.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDESVC

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **Six B-Fit, LLC**                                                                                            Case number *(if known)* **20-12859**

| 3.10. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THE HOME DEPOT PRO
P. O. BOX 404468
ATLANTA GA 30384-4468

☐ Contingent
☐ Unliquidated
☐ Disputed

$92.96

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDESVC

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.11. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THOMPSON PEST CONTROL, INC
4911 NE 9 AVE SUITE # C
FORT LAUDERDALE FL 33334

☐ Contingent
☐ Unliquidated
☐ Disputed

$53.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDESVC

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.12. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

UNLIMITED PLUMBING INC
P.O. BOX 3953
BOCA RATON FL 33427

☐ Contingent
☐ Unliquidated
☐ Disputed

$760.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDESVC

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Six B-Fit, LLC**                                                                        Case number *(if known)* **20-12859**

| | | |
|---|---|---|
| 3.13. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.13.    **Nonpriority creditor's name and mailing address**

VERITIV OPERATING COMPANY
P.O. BOX 849089
DALLAS TX 75284-9089

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OUTSIDESVC

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$1,962.70

---

3.14.    **Nonpriority creditor's name and mailing address**

YOUFIT HEALTH CLUBS, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

UNKNOWN

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 6 of 7

Debtor    **Six B-Fit, LLC**                                                                 Case number *(if known)* **20-12859**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|   |   |   |   | **Total of claim amounts** |
|---|---|---|---|---|
| **5a.** | **Total claims from Part 1** | 5a. |   | $0.00 |
| **5b.** | **Total claims from Part 2** | 5b. | **+** | $11,798.33 |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. |   | $11,798.33 |

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** Six B-Fit, LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 20-12859 |

☐ Check if this is an amended filing

<u>Official Form 206G</u>

# Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.    Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2.** | **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- |
| 2.1. | **Title of contract** — BILLING SERVICES AGREEMENT<br>**State what the contract or lease is for** — MERCHANT AGREEMENT<br>**Nature of debtor's interest** — CONTRACT PARTY<br>**State the term remaining** — ON 30 - DAYS WRITTEN NOTICE<br>**List the contract number of any government contract** — _____ | ABC FINANCIAL SERVICES LLC<br>MICHAEL ESCOBEDO COO<br>PO BOX 6800<br>N LITTLE ROCK AR 72124 |
| 2.2. | **Title of contract** — INSURANCE<br>**State what the contract or lease is for** — PROPERTY INSURANCE - POLICY NO. MAC 309-60-88-01<br>**Nature of debtor's interest** — INSURED<br>**State the term remaining** — 5/4/2021<br>**List the contract number of any government contract** — _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**<br><br>GREAT AMERICAN INSURANCE GROUP<br>ADMINISTRATIVE OFFICES<br>301 EAST 4TH STREET<br>CINCINNATI OH 45202 |
| 2.3. | **Title of contract** — INSURANCE<br>**State what the contract or lease is for** — GENERAL LIABILITY AND PROPERTY INSURANCE - POLICY NO. PAC 073-81-86-06<br>**Nature of debtor's interest** — INSURED<br>**State the term remaining** — 5/4/2021<br>**List the contract number of any government contract** — _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**<br><br>GREAT AMERICAN INSURANCE GROUP<br>ADMINISTRATIVE OFFICES<br>301 EAST 4TH STREET<br>CINCINNATI OH 45202 |

Debtor   **Six B-Fit, LLC**                                        Case number *(if known)* **20-12859**

| 2.4. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | UMBRELLA INSURANCE - POLICY NO. UMB 0738187 06 | |
| | **Nature of debtor's interest** | INSURED | GREAT AMERICAN INSURANCE GROUP |
| | **State the term remaining** | 5/4/2021 | ADMINISTRATIVE OFFICES |
| | **List the contract number of any government contract** | _____ | 301 EAST 4TH STREET CINCINNATI OH 45202 |

| 2.5. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CLUB NO. 6441 - PEMBROKE PINES REAL PROPERTY LEASE - 9057 TAFT ST, PEMBROKE PINES, FL 33024 | |
| | **Nature of debtor's interest** | LESSEE | INNEX II, LLC |
| | **State the term remaining** | 3/31/2021 | 8004 NW 154 ST STE 243 MIAMI LAKES FL 33016 |
| | **List the contract number of any government contract** | _____ | |

| 2.6. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY (VACANT) INSURANCE - POLICY NO. CP 2636179 | |
| | **Nature of debtor's interest** | INSURED | MOUNT VERNON FIRE INS. CO. |
| | **State the term remaining** | 5/13/2021 | 1190 DEVON PARK DRIVE WAYNE PA 19087 |
| | **List the contract number of any government contract** | _____ | |

| 2.7. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY (VACANT) INSURANCE - POLICY NO. CPS7092438 | |
| | **Nature of debtor's interest** | INSURED | SCOTTSDALE INSURANCE COMPANY |
| | **State the term remaining** | 3/31/2021 | 8877 NORTH GAINEY CENTER DRIVE |
| | **List the contract number of any government contract** | _____ | SCOTTSDALE AZ 85258 |

| 2.8. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WORKERS COMPENSATION INSURANCE - POLICY NO. UB-3L141685 | |
| | **Nature of debtor's interest** | INSURED | TRAVELERS (CHARTER OAK INS. CO.) |
| | **State the term remaining** | 10/1/2021 | ONE TOWER SQUARE HARTFORD CT '06183 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Six B-Fit, LLC**                                                                                                                Case number *(if known)* **20-12859**

| | | | |
|---|---|---|---|
| 2.9. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | D&O INSURANCE - POLICY NO. 14-MGU-20-A49049 | |
| | **Nature of debtor's interest** | INSURED | U.S. SPECIALTY INSURANCE COMPANY |
| | **State the term remaining** | 4/22/2021 | TOKIO MARINE HCC D&O GROUP 8 FOREST PARK DRIVE |
| | **List the contract number of any government contract** | _____ | FARMINGTON CT 06032 |

| | | | |
|---|---|---|---|
| 2.10. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PROPERTY (VACANT) INSURANCE - POLICY NO. CP 1726145 | |
| | **Nature of debtor's interest** | INSURED | UNITED STATES LIABILITY INSURANCE COMPANY |
| | **State the term remaining** | 5/6/2021 | 1190 DEVON PARK DRIVE WAYNE PA 19087 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.11. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PROPERTY (VACANT) INSURANCE - POLICY NO. CP 2636193 | |
| | **Nature of debtor's interest** | INSURED | UNITED STATES LIABILITY INSURANCE COMPANY |
| | **State the term remaining** | 5/15/2021 | 2425 S. YANK CIRCLE LAKEWOOD CO 33308 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.12. | **Title of contract** | LICENSE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LICENSE AGREEMENT | |
| | **Nature of debtor's interest** | _____ | YF SE FLA, LLC |
| | **State the term remaining** | EXPIRED | 1350 E. NEWPORT CENTER DRIVE SUITE 110 DEERFIELD BEACH FL 33442 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.13. | **Title of contract** | LICENSE AGREEMENT - EQUIPMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LICENSE AGREEMENT - EQUIPMENT | |
| | **Nature of debtor's interest** | _____ | YOUFIT, LLC |
| | **State the term remaining** | EXPIRED | 1350 E. NEWPORT CENTER DRIVE SUITE 110 DEERFIELD BEACH FL 33442 |
| | **List the contract number of any government contract** | _____ | |

**Fill in this information to identify the case:**

Debtor name: Six B-Fit, LLC

**United States Bankruptcy Court for the:** District of Delaware

Case number (if known): 20-12859

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.

1.    **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2.    **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1.  B-FIT HEALTH CLUB, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.2.  FIVE B-FIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.3.  FOUR B-FIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.4.  LIME TIME, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.5.  SOUTH FLORIDA HEALTH AND FITNESS, INC. | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.6.  THREE B-FIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |

Debtor    **Six B-Fit, LLC**                                                                  Case number *(if known)* **20-12859**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.7.   YF ADMIN, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.8.   YF ARIZONA LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.9.   YF BETHANNY, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.10.  YF BETHANY TOWNE CENTER, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.11.  YF BOYNTON MALL, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.12.  YF BUFORD, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.13.  YF CACTUS VILLAGE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.14.  YF CARROLLWOOD, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.15.  YF CHANDLER SOUTH, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.16.  YF CONCORD, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.17.  YF CORAL WAY II, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |

Debtor  **Six B-Fit, LLC**                                                    Case number *(if known)* **20-12859**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.18.  YF CORAL WAY, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.19.  YF DANIA POINTE LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.20.  YF DEERFIELD, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.21.  YF DOUGLASVILLE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.22.  YF DUNWOODY, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.23.  YF EAST FOWLER, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.24.  YF FLAGLER LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.25.  YF GATEWAY, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.26.  YF GILBERT NORTH, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.27.  YF GILBERT SOUTH, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |

Debtor    **Six B-Fit, LLC**    Case number *(if known)* **20-12859**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.28.  YF GLENDALE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☒ D ☐ E/F ☐ G |
| 2.29.  YF GREENACRES, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☒ D ☐ E/F ☐ G |
| 2.30.  YF GROUP A, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☒ D ☐ E/F ☐ G |
| 2.31.  YF HAMMOCK LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☒ D ☐ E/F ☐ G |
| 2.32.  YF HANCOCK, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☒ D ☐ E/F ☐ G |
| 2.33.  YF HIALEAH, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☒ D ☐ E/F ☐ G |
| 2.34.  YF HIALEAH-OKEECHOBEE RD., LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☒ D ☐ E/F ☐ G |
| 2.35.  YF HOLLYWOOD, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☒ D ☐ E/F ☐ G |
| 2.36.  YF HORIZON, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☒ D ☐ E/F ☐ G |
| 2.37.  YF HUNTSVILLE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☒ D ☐ E/F ☐ G |
| 2.38.  YF KENDALL, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☒ D ☐ E/F ☐ G |

Debtor    **Six B-Fit, LLC**                                                                      Case number *(if known)* **20-12859**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.39.  YF LAFAYETTE PLACE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D  ☐ E/F  ☐ G |
| 2.40.  YF LAND O LAKES, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D  ☐ E/F  ☐ G |
| 2.41.  YF LANTANA, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D  ☐ E/F  ☐ G |
| 2.42.  YF LARGO PLAZA LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D  ☐ E/F  ☐ G |
| 2.43.  YF LAUDERDALE LAKES, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D  ☐ E/F  ☐ G |
| 2.44.  YF LAUDERHILL, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D  ☐ E/F  ☐ G |
| 2.45.  YF LOCH RAVEN LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D  ☐ E/F  ☐ G |
| 2.46.  YF MARGATE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D  ☐ E/F  ☐ G |
| 2.47.  YF MESA, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D  ☐ E/F  ☐ G |
| 2.48.  YF MIAMI 110TH LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D  ☐ E/F  ☐ G |

Debtor    **Six B-Fit, LLC**                                                    Case number *(if known)* **20-12859**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.49.  YF MIAMI GARDENS, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.50.  YF NOLES, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.51.  YF NORTH LAUDERDALE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.52.  YF NORTH POINT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.53.  YF NORTH PORT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.54.  YF OKEECHOBEE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.55.  YF OLNEY, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.56.  YF PARADISE SQUARE LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.57.  YF PARKLAND, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.58.  YF PINE ISLAND, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.59.  YF PINES BOULEVARD, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |

Debtor    **Six B-Fit, LLC**                                                                  Case number *(if known)* **20-12859**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.60.  YF POMPANO, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.61.  YF PORT CHARLOTTE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.62.  YF QUAIL ROOST, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.63.  YF RACETRACK, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.64.  YF RANDALLSTOWN, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.65.  YF RHODE ISLAND, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.66.  YF RIVERDALE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.67.  YF SANDALFOOT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.68.  YF SCOTTSDALE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.69.  YF SE FLA, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |

Debtor    **Six B-Fit, LLC**                                    Case number *(if known)* **20-12859**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.70. YF SHEA, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.71. YF SHELBY, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.72. YF SHILOH, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.73. YF SINGLETON, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.74. YF SOUTHAVEN, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.75. YF SPRING CREEK, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.76. YF SUWANEE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.77. YF TAMARAC LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.78. YF TOWN CENTER, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.79. YF UNIGOLD, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.80. YF UNIVERSITY VILLAGE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |

Debtor  **Six B-Fit, LLC**                                                      Case number *(if known)* **20-12859**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.81. YF VENICE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.82. YF WELLINGTON, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.83. YF WEST BRANDON, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.84. YF WESTON, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.85. YOU FIT EIGHT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.86. YOU FIT ENTERPRISES, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.87. YOU FIT FIVE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.88. YOU FIT FOUR, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.89. YOU FIT NINE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.90. YOU FIT PINELLAS PARK, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |

Debtor    **Six B-Fit, LLC**                                                                   Case number *(if known)* **20-12859**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.91.  YOU FIT SEVEN, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.92.  YOU FIT SPA, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.93.  YOU FIT-ONE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.94.  YOUFIT HEALTH CLUBS, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.95.  YOUFIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

**Debtor name:** Six B-Fit, LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 20-12859

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12/7/2020
           MM/DD/YYYY

✗  */s/ Brian Gleason* _____
Signature of individual signing on behalf of debtor

Brian Gleason
Printed name

Chief Restructuring Officer
Position or relationship to debtor