## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

## GLOBAL NOTES, RESERVATIONS OF RIGHTS, AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") are filing their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**" and together with the Schedules, the "**Schedules and Statements**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

Brian Gleason has signed each set of the Schedules and Statements.  Mr. Gleason serves as the Chief Restructuring Officer for each of the Debtors and is an authorized signatory for each of the Debtors with respect to the Schedules and Statements.  In reviewing and signing the Schedules and Statements, Mr. Gleason has necessarily relied upon the efforts, statements, and representations of various personnel of the Debtors and the Debtors' legal and financial advisors. Given the scale of the Debtors' business and the complexity of the Debtors' records, Mr. Gleason has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including, without limitation, statements and representations concerning amounts owed to creditors, the classification of such amounts, and creditor addresses.

The Debtors' management team prepared the Schedules and Statements with the assistance of the Debtors' financial and legal advisors and other professionals.  The Schedules and Statements are unaudited and subject to potential amendment or supplementation.  In preparing the Schedules and Statements, the Debtors relied on financial data derived from the Debtors' books and records that was available at the time of preparation.  The Debtors have made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible under the

---

[1]  The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607.  Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc.  The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

circumstances and based upon such information as was available at the time of preparation. Inadvertent errors or omissions may exist, and subsequent receipt or discovery of information or further review and analysis of the Debtors' books and records or other information may result in changes or updates to information contained in the Schedules and Statements. The Debtors reserve the right to update, amend, or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate. The Debtors, on behalf of themselves, their officers, employees, advisors, and other agents, disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and otherwise reserve all rights with respect to the Schedules and Statements.

## Global Notes and Overview of Methodology

1.    **Description of Cases.**  On November 9, 2020 (the "**Petition Date**"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On November 10, 2020, the Court entered the *Order Authorizing and Directing the Joint Administration of the Debtors' Chapter 11 Cases for Procedural Purposes Only* [Docket No. 37].  Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own set of Schedules and Statements.  On November 18, 2020, the United States Trustee for the District of Delaware appointed an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code.

2.    **Global Notes Control.**  These *Global Notes, Reservations of Rights, and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes should be referred to and referenced in connection with any review of the Schedules and Statements.  In the event that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

The fact that the Debtors have prepared a Global Note with respect to a particular Schedule or Statement, or a particular part or item therein, and not as to others, does not reflect and should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any or all of the remaining Schedules or Statements, or other parts or items therein, as appropriate. Disclosure of information in one Schedule, one Statement, or an exhibit or attachment thereto, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment, as the case may be.

3.    **Basis of Presentation.**  The Schedules and Statements are unaudited and do not purport to be financial statements prepared in accordance with generally accepted accounting principles in the United States of America ("**GAAP**"), nor were they reconciled with the Debtors' financial statements.  These Schedules and Statements represent a good faith attempt to comply with the requirements of the Bankruptcy Code and Bankruptcy Rules using commercially reasonable efforts and resources available and are subject to further review and potential adjustment.

The Debtors used reasonable efforts to attribute the assets and liabilities, certain required financial information, and various cash disbursements to each particular Debtor entity. Because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes rather than for reporting by legal entity, it is possible that not all assets and liabilities have been recorded with the correct legal entity on the Schedules and Statements. Accordingly, the Debtors reserve all rights to supplement and amend the Schedules and Statements in this regard, including with respect to reallocation of assets or liabilities to any particular entity.

4.    **Reporting Date.**    Unless otherwise noted herein or in the Schedules and Statements, all asset values (other than for cash holdings and deposits) contained in the Schedules and Statements and herein are as of October 31, 2020. Values of cash holdings and deposits are as of the Petition Date. In addition, the values of most prepayments are as of October 31, 2020, but the values for professional retainers are as of the Petition Date. Furthermore, the values of the Debtors' liabilities are as of the Petition Date; however, certain liability values have been adjusted for authorized payments made under the First Day Orders (as defined below).

5.    **Reservation of Rights.**    The Debtors and their advisors who assisted in the preparation of the Schedules and Statements do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by errors or omissions, negligent or otherwise, in preparing, collecting, reporting, or communicating the information contained herein. The Debtors and their advisors do not have an obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party upon such revisions. In no event shall the Debtors or their advisors be liable to any third party for any direct, indirect, incidental, consequential, or other damages (including, but not limited to, damages arising from the disallowance of a potential claim against a Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their advisors are advised of the possibility of such damages. The Debtors reserve all rights to amend and/or supplement the Schedules and Statements from time to time as is necessary and appropriate.

The failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve their rights to dispute, or to assert offsets or defenses to, any claim reflected on the Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." The Debtors reserve all of their rights to amend the Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

The Debtors have made commercially reasonable efforts to correctly characterize, classify, categorize or designate certain claims, assets, executory contracts, among other items reported in the Schedules and Statements. Nevertheless, the Debtors may have improperly characterized, classified, categorized, or designated certain items. The listing of a claim on Schedule D as "secured," on Schedule E/F (Part 1) as "priority," on Schedule E/F (Part 2) as "nonpriority" or the listing of a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors as to the legal rights of the claimant or a waiver of the Debtors' rights to re-characterize or re-classify such claim or contract pursuant to an amendment to the Schedules, a

3

claim objection, or otherwise. The Debtors thus reserve all of their rights to recharacterize, reclassify, recategorize, or re-designate items reported in the Schedules and Statements at a later time as necessary or appropriate as additional information becomes available.

The Debtors' accounting system was designed and maintained to manage the consolidated treasury and cash management systems of the Debtors, as well as report the Debtors' financial results on a consolidated basis. Additionally, the Debtors' accounting and finance staff were trained to follow procedures consistent with these primary objectives. Accordingly, neither the Debtors nor their advisors can ensure that transactions recorded in the Debtors' books and records with respect to one Debtor do not inadvertently reflect activity of another Debtor.

Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the foregoing general reservation of rights.

6.    **Valuation.** It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, the Schedules and Statements reflect net book values as of October 31, 2020. Cash is reported based on the balances of the Debtors' bank accounts as of the Petition Date. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined" and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements. In some instances, the Debtors have used estimates where actual data was not available. The Debtors have not hired a third party to value their assets for purposes of completing the Schedules and Statements.

7.    **Currency.** All amounts shown in the Schedules and Statements are in U.S. Dollars.

8.    **Quantification of Claims.** Amounts that were not readily quantifiable by the Debtors are reported as "undetermined," "unknown," or "N/A" and any such designation is not intended to reflect the magnitude or materiality of any claim.

9.    **Claims Paid Pursuant to Court Orders.** Pursuant to several motions filed on the Petition Date (the "**First Day Motions**"), the Debtors sought authority to pay certain outstanding prepetition payables pursuant to court order. The Bankruptcy Court entered certain orders authorizing the Debtors to pay certain of the outstanding prepetition payables it sought to pay under the First Day Motions (the "**First Day Orders**"). Consequently, certain prepetition fixed, liquidated, and undisputed unsecured claims, including, but not limited to, certain claims for employee wages that had accrued in the 180 days prior to the Petition Date, have been paid following the Petition Date. Where and to the extent these claims have been satisfied or are anticipated to be satisfied, they may not be listed in the Schedules and Statements. To the extent the Debtors later pay any amount of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements as is necessary or appropriate.

10.    **Prepetition and Postpetition Liabilities.**  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

11.    **Agreements with Members.**  The Debtor counterparty on all agreements with the Debtors' members and other customers, including membership agreements and other agreements for recurring services, such as personal training services, is YouFit Health Clubs, LLC.  All such agreements are property of YouFit Health Clubs, LLC and the payment obligations arising thereunder, which are primarily, but not exclusively, for monthly membership fees, are owed to YouFit Health Clubs, LLC.  The payments received from members and other customers under such agreements, the cash proceeds of other transactions with members or other customers, including, without limitation, point-of-service cash sales at the Debtors' clubs of saleable inventory owned by YouFit Health Clubs, LLC, and all other such revenues and proceeds are property of YouFit Health Clubs, LLC.

12.    **Club-Level Entities.**  The Debtors operate their clubs at leased locations and do not own any real property except for leasehold interests held by those of the Debtors that are the lessees under such leases.  Generally, each of the Debtors' clubs has a corresponding legal entity that serves as the lessee under the lease pertaining to the location of the club.  While such club-level Debtor entities are liable for rents and other obligations under the leases, the funds actually used by the Debtors to satisfy such obligations, along with any other monetary obligations incurred at the club level, are supplied by YouFit Health Clubs, LLC.  The club-level Debtor entities store and use certain business equipment, all of which is owned by YouFit Health Clubs, LLC, at the Debtors' clubs pursuant to intercompany equipment licensing agreements, and use the YouFit mark and other intellectual property, held by YouFit, LLC, pursuant to intercompany licensing agreements.

13.    **Intercompany Transactions.**  As is more fully set forth in the *Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks, (B) Authorizing the Continued Use of Cash Management System, (C) Waiving Certain Investment and Deposit Guidelines, and (D) Granting Administrative Expense Status to Postpetition Intercompany Claims* [Docket No. 15] (the "**Cash Management Motion**"), in the ordinary course of business, the Debtors maintain business relationships among each other that give rise to certain intercompany transactions, including, for example, cash sweeps and intercompany loans that occur as part of the daily operation of the Debtors' cash management system, as well as payments on account of the obligations of YouFit Health Clubs, LLC to the club-level Debtor entities for rents and other such club-level obligations. Due to historical accounting practices whereby the Debtors, for accounting, reporting, and monitoring purposes only, accounted for revenues at the club level, the Debtors have been unable to ascertain the precise amount of intercompany receivables and payables as of the Petition Date.  The listing of any intercompany payables and receivables, even with undetermined amounts, on Schedules A/B or Schedules E/F, as the case may be, is not and should not be construed as an admission of the characterization of any balances between or among the

Debtors as debt, equity, or otherwise.  For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including with respect to the amounts and characterization of any intercompany claims.

14.    **Setoffs.** The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors.  The Debtors reserve all of their rights regarding such credits, allowances, or other adjustments.

15.    **Property and Equipment.**  Nothing in the Schedules or Statements, including, without limitation, the failure to list leased property or equipment as owned property or equipment or vice-versa, constitutes, or shall be construed as, an admission as to the determination of legal status of any lease, including whether any lease is a true lease or financing arrangement, and the Debtors reserve all their rights with respect to such issues.

16.    **Exclusions.**  The Debtors believe that they have identified, but did not necessarily value, all material categories of assets and liabilities in the Schedules and Statements.  The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including employee benefit accruals, accrued accounts payable, and deferred gains. The Debtors also have excluded potential rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage claims may exist. In addition, certain immaterial assets and liabilities may have been excluded.

17.    **Causes of Action.**  The Debtors, despite their reasonable efforts, may not have listed all of their causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant nonbankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any causes of action they may have, whether arising before, on, or after the Petition Date, in contract or in tort, at law or in equity, or pursuant to any other theory of law, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

18.    **Insiders.**  For purposes of the Schedules and Statements, the Debtors defined "insiders" in accordance with the provisions of section 101(31) of the Bankruptcy Code.  Persons listed as "insiders" have been included for informational purposes only, however, and the designation of such persons as "insiders" on the Schedules and Statements does not constitute, and should not be construed as, an admission that such persons constitute insiders within the meaning of section 101(31) of the Bankruptcy Code.  Moreover, these Global Notes and the Schedules and Statements do not take any position with respect to: (a) any person's influence over the control of the Debtors; (b) the management responsibilities or functions of any such person; (c) the decision making or corporate authority of any such person; or (d) whether the Debtors or any person who may have had control over the Debtors could successfully argue that such person is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

19.    **Litigation.**  Certain litigation reflected as claims against one of the Debtors may relate to any of the other Debtors.  The Debtors have made reasonable efforts to accurately record such claims in the Schedules and Statements of the Debtors against whom such claims lie.

20.    **Guarantees and Other Secondary Liability Claims.**  The Debtors have exercised reasonable efforts to locate and identify guarantors, co-obligors, or other secondarily-liable parties under executory contracts, unexpired leases, secured financing agreements, and other such arrangements or agreements.  Where such guarantors or co-obligors have been identified, the Debtors have included them in the relevant Schedules D, E/F, G and/or H for the applicable Debtor.  The Debtors may have inadvertently omitted certain guarantees or other secondary liability embedded in their contractual agreements.

21.    **Totals.**  All totals that are included in the Schedules and Statements represent totals of known amounts only and do not include any undetermined amounts.  To the extent there are unknown or otherwise undetermined amounts, the actual total may be materially different than the listed total.  Due to unliquidated, contingent and/or disputed claims, summary statistics in the Schedules and Statements may significantly understate the Debtors' liabilities.

22.    **Intellectual Property Rights.**  The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

23.    **Confidentiality.**  There may be instances in the Schedules and Statements where the Debtors deemed it necessary and appropriate to omit from the public record information such as individuals' names and addresses.  Typically, the Debtors have used this approach because of an agreement between the Debtors and a third party, concerns of confidentiality and protection of sensitive commercial information, and concerns for the privacy of individuals.  In particular, addresses of members and other customers of the Debtors are generally not included in the Schedules and Statements.

24.    **Accuracy.**  The financial information disclosed herein was not prepared in accordance with GAAP, federal or state securities laws, or other applicable nonbankruptcy law or in lieu of complying with any periodic reporting requirements thereunder.  Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against the Debtors should evaluate this financial information in light of the purposes for which it was prepared.  The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws.

## Specific Notes to the Schedules of Assets and Liabilities

### Classifications of Claims

Listing a claim on Schedule D as "secured," or on Schedule E/F as "priority" or "nonpriority," or a contract or lease on Schedule G as "executory" or "unexpired," does not, in each case, constitute an admission by the Debtors of the legal rights of the claimant or the legal status of such claim or contract, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract.

### Summary of Assets and Liabilities

For financial reporting purposes, the Debtors ordinarily prepare consolidated financial statements in accordance with GAAP.  The Schedules reflect the assets and liabilities of each

Debtor on a nonconsolidated basis, except where otherwise indicated.  Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise, which may reflect consolidation, elimination and step-up in basis adjustments to the financial statements.

**Schedule A/B**

As noted above, despite commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of its causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, but not limited to, causes of action arising under the Bankruptcy Code or any other applicable laws to recover assets or avoid transfers.

**Part 1, Item 3**

As is more fully set forth in the Cash Management Motion, the Debtors maintain approximately thirteen (13) bank accounts and utilize a cash management system in the ordinary course of business to efficiently collect, concentrate, and disburse funds generated by their operations.  The account holder for six (6) of the Debtors' bank accounts is YouFit Health Clubs, LLC, while other Debtor entities are the account holders for the remaining seven (7) bank accounts. The Debtors have listed each bank account on the Schedules of the Debtor who is the named account holder on such bank account.  However, for the reasons set forth in Global Notes 11 and 12 above and the Specific Note on Schedule A/B, Part 5, Item 21 below, all cash deposited and/or held in the bank accounts, regardless of the name on the account, is property of YouFit Health Clubs, LLC.

**Part 2, Items 7 & 8**

The Debtors' characterization of an asset listed in Part 2, Items 7 and 8 is not a legal characterization of either a deposit or a prepayment.  The Debtors reserve their rights to re-categorize or recharacterize such assets at a later time as appropriate.  All prepayments are as of October 31, 2020, except for professional retainer payments which are as of the Petition Date.

**Part 5, Item 21**

YouFit Health Clubs, LLC owns certain finished goods inventory, including, without limitation, certain branded and other promotional items, such as t-shirts, towels, water bottles, and other similar products, which inventory is stored and sold at the Debtors' clubs in the ordinary course of business.  All such inventory has been scheduled on Schedule A/B for YouFit Health Clubs, LLC, regardless of the location where such inventory was located as of the Petition Date.

**Part 5, Items 39 to 40, 50**

YouFit Health Clubs, LLC owns certain business equipment, including gym equipment and office equipment, as well as all fixtures, including certain gym equipment, which is stored and used at the Debtors' clubs in the ordinary course of business pursuant to intercompany licensing agreements.  All such equipment and fixtures have been scheduled on Schedule A/B for YouFit Health Clubs, LLC, regardless of the locations where such equipment and fixtures were being stored and used as of the Petition Date.

### Part 9, Item 55

The Debtors account for leasehold improvements at the club-level as the club-level Debtor entities are the lessees under the leases for the locations where the Debtors operate their clubs. Leasehold improvements have therefore been scheduled on Schedules A/B for the various club-level entities.

### Schedule E/F

#### Priority/Nonpriority Status

The listing of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code or that the amount of the claim is accurate. The Debtors reserve their right to dispute the priority status of any claim on any basis.

#### Potential Customer Claims

As of the Petition Date, the Debtors had more than 340,000 current members and over 100,000 former members (i.e., those who cancelled their memberships within one year of the Petition Date) (collectively, the "**Customers**"). To schedule such potential liabilities on an individual basis, to the extent possible, would not only be speculative, cost prohibitive, and unduly burdensome, but would also likely cause the Schedules to be dauntingly voluminous. Therefore, while the Debtors cannot reasonably estimate the value of Customer claims, the Debtors have made a good-faith effort to list an aggregate Customer liability based solely on the Debtors' books and records. Due to the COVID-19 pandemic and related gym closures, the Debtors have and may continue to receive membership cancellation and refund requests. As the Debtors cannot know or estimate how many additional membership cancellation and refund requests may be made, the estimate of Customer claims as of the Petition Date may not reflect actual Customer liabilities. Consequently, the estimated aggregate Customer liability included in the Schedules is highly speculative and the facts surrounding any Customer claims will expectantly be Customer-specific. Furthermore, amounts included in the estimated claim amount include amounts that may be satisfied in the ordinary course of business. Accordingly, the Debtors believe the estimate Customer claims amount likely overstates any actual claims, which amounts cannot be determined with reasonable certainty at this time.

#### Claims of Counterparties to Executory Contracts and Unexpired Leases

Schedule E/F reflects the prepetition amounts owing as of the Petition Date to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Part 1, Item 2**

In the ordinary course of business, the Debtors incur certain personal property and sales tax obligations in the various jurisdictions in which the Debtors operate. Such personal property tax obligations are assessed based on the equipment and other personal property stored at the locations of the Debtors' clubs. Sales tax obligations are based on taxable revenue earned by YouFit Health Clubs, LLC. As set forth above in Global Notes 11 and 12 and the Specific Note on Schedule A/B, Part 5, Item 21, YouFit Health Clubs, LLC owns all the equipment and other personal property and all revenues generated by sales or otherwise; accordingly, all personal property and sales tax obligations have been scheduled on Schedule E/F for YouFit Health Clubs, LLC, regardless of which of the Debtors' names may appear on the tax bills or statements.

**Schedule G**

Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or overinclusion may have occurred in preparing Schedule G. Omission of a contract, lease or other agreement from Schedule G does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease. The Debtors hereby reserve all of their rights to (i) dispute the validity, status, or enforceability of any contract, agreement or lease set forth in Schedule G and (ii) amend or supplement such Schedule as necessary. Furthermore, the Debtors reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, or other documents, instruments, or agreements that may not be listed therein. Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space, early termination rights, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G.

For unexpired leases, the amounts listed do not reflect the total liability amount that would be required to be recorded under ASC 842, which would require the total of all past and future lease payments to be reflected on the books and records. Only past due lease payments have been listed in the Schedules.

Any and all rights, claims, and causes of action of the Debtors with respect to the agreements listed on Schedule G are hereby reserved and preserved.

## Specific Notes to the Statements of Financial Affairs

**Part 1, Item 1**

As set forth above in Global Notes 11 and 12 and the Specific Note on Schedule A/B, Part 5, Item 21, YouFit Health Clubs, LLC owns all of the assets that produce revenue from the

business of the Debtors; therefore, the Debtors have listed all gross revenue from the business of the Debtors on the Statement for YouFit Health Clubs, LLC.

**Part 2, Items 3 and 4**

As is more fully set forth in the Cash Management Motion, the Debtors satisfy payables through five (5) bank accounts maintained for the purpose of making disbursements.  While YouFit Health Clubs, LLC owns the funds that are the ultimate source of payments made through such disbursement accounts, YouFit Health Clubs, LLC is the named account holder on only one (1) such account.  Therefore, while any transfers of funds are technically transfers of property of YouFit Health Clubs, LLC, such transfers are listed only on the Statement of the Debtor entity who is the named account holder of the disbursement account from which the transfer was made.  Further, all payments to insiders, including payments to insiders made within ninety (90) days of the Petition Date, have been listed under Item 4.

**Part 13, Item 26.b**

Historically, the Debtors have conducted an annual certified financial audit of their consolidated financials.  In the course of such audits of the Debtors' consolidated financials, certain testing may have been performed with respect to certain individual Debtor entities; however, no individual certified financial audits were ever produced as to any individual Debtor entities.

**Part 13, Item 26.d**

As noted herein, the Debtors ordinarily prepare consolidated financial statements in accordance with GAAP for financial reporting purposes.  The Debtors issue their consolidated financial statements in the ordinary course of business.  It would be a timely and burdensome task for the Debtors to go through their records to identify all financial institutions, creditors, and other parties to whom the Debtors have issued a financial statement within the two (2) years prior to the Petition Date; accordingly, the Debtors have not identified such recipients.

**Fill in this information to identify the case:**

**Debtor name:** YouFit Health Clubs, LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 20-12841

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B ........................................................

   | UNDETERMINED |
   |---|

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B ........................................................

   | $17,617,470.53 |
   |---|

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B ........................................................

   | $17,617,470.53 |
   |---|

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D ................

   | $88,259,121.01 |
   |---|

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F ........................................................

   | $335,955.67 |
   |---|

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ..........................

   | + $903,938.77 |
   |---|

4. ***Total liabilities***
   Lines 2 + 3a + 3b ........................................................

   | $89,499,015.45 |
   |---|

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2"><strong>Debtor name:</strong> YouFit Health Clubs, LLC</td></tr>
<tr><td colspan="2"><strong>United States Bankruptcy Court for the:</strong> District of Delaware</td></tr>
<tr><td colspan="2"><strong>Case number (if known):</strong> 20-12841</td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:** | **Cash and cash equivalents**

**1.** **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2.** **Cash on hand**

| | | |
|---|---|---|
| 2.1. | CASH IN REGISTERS | $8,800.00 |
| 2.2. | PETTY CASH | $600.00 |

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | BANK OF AMERICA | REVENUE ACCOUNT | 6225 | $18,415.00 |
| 3.2. | BANK OF AMERICA | REVENUE ACCOUNT | 4652 | $3,000,000.00 |
| 3.3. | BANK OF AMERICA | CONCENTRATION ACCOUNT | 7085 | $699,594.49 |
| 3.4. | BANK OF AMERICA | DISBURSEMENT ACCOUNT | 7098 | $0.00 |
| 3.5. | JP MORGAN CHASE | REVENUE ACCOUNT | 6528 | $7,267.95 |
| 3.6. | JP MORGAN CHASE | DISBURSEMENT ACCOUNT | 7975 | $4,770.75 |
| 3.7. | WELLS FARGO | REVENUE ACCOUNT | 7573 | $10,373.41 |

**4.** **Other cash equivalents** *(Identify all)*

| | Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|---|
| 4.1. | CERTFICATE OF DEPOSIT | BANK OF AMERICA NA PO BOX 15284 WILMINGTON DE 19850 | CASH COLLATERAL INTEREST CHECKING ACCOUNT | 1298 | $50,000.00 |

| Debtor | **YouFit Health Clubs, LLC** | Case number *(if known)* **20-12841** |
|---|---|---|

**5.**  **Total of part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$3,799,821.60

| Part 2: | Deposits and prepayments |
|---|---|

**6.**  **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below

**7.**  **Deposits, including security deposits and utility deposits**

| | Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| 7.1. | UTILITIES | $4,759.00 |
| | FPL<br>GENERAL MAIL FACILITY<br>MIAMI FL 33188-0001 | |
| 7.2. | UTILITIES | $2,336.00 |
| | FPL<br>GENERAL MAIL FACILITY<br>MIAMI FL 33188-0001 | |
| 7.3. | RENT | $17,099.95 |
| | POLYGLASS USA, INC.<br>DEPT 2663<br>PO BOX 122663<br>DALLAS TX 75312 | |
| 7.4. | RENT | $10,056.19 |
| | POLYGLASS USA, INC.<br>DEPT 2663<br>PO BOX 122663<br>DALLAS TX 75312 | |
| 7.5. | RENT | $2,500.00 |
| | POLYGLASS USA, INC.<br>DEPT 2663<br>PO BOX 122663<br>DALLAS TX 75312 | |

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| | Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 8.1. | ALARM | $739.88 |
| | ALL PHASE SECURITY, INC | |
| 8.2. | ALARM | $1,909.95 |
| | AMERICAN SECURITY & FIRE ALARM SYSTEMS, INC | |
| 8.3. | FACILITY REPAIR | $1,306.45 |
| | AMERICAN SECURITY & FIRE ALARM SYSTEMS, INC | |
| 8.4. | FIXED ASSETS | $1,025.00 |
| | AMERICAN SECURITY & FIRE ALARM SYSTEMS, INC | |
| 8.5. | TELEPHONE | $1,499.12 |
| | AT&T - 105262 | |
| 8.6. | TELEPHONE | $136.26 |
| | AT&T - 105503 | |

Debtor   **YouFit Health Clubs, LLC**                                          Case number *(if known)* **20-12841**

**8.        Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| | Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 8.7. | TELEPHONE | $300.95 |
| | AT&T - 5014 | |
| 8.8. | CAR | $1,033.99 |
| | AUDI FINANCIAL SERVICES | |
| 8.9. | TELEPHONE | $793.12 |
| | BLUE STREAM | |
| 8.10. | PROFESSIONAL SERVICES | $4,705.05 |
| | CBIZ MHM, LLC | |
| 8.11. | PROFESSIONAL SERVICES | $10,711.33 |
| | CBRE, INC. | |
| 8.12. | SOFTWARE DEVELOPMENT | $22,123.71 |
| | CLOUD-ONSITE TECHNOLOGIES INC | |
| 8.13. | UTILITIES | $1,659.25 |
| | CORPORATE SERVICES CONSULTANTS | |
| 8.14. | PROFESSIONAL SERVICES | $78,889.74 |
| | DOMO, INC | |
| 8.15. | RETAINER BALANCE | $34,314.00 |
| | DONLIN RECANO & COMPANY | |
| 8.16. | KEY TAGS | $6,098.80 |
| | EI GLOBAL GROUP LLC | |
| 8.17. | ALARM | $1,423.50 |
| | FORTRESS SECURITY LLC | |
| 8.18. | RETAINER BALANCE | $389,326.65 |
| | GREENBERG TRAURIG LLP | |
| 8.19. | COPIERS | $1,628.70 |
| | HGI TECHNOLOGIES | |
| 8.20. | RETAINER BALANCE | $70,642.25 |
| | HILCO REAL ESTATE, LLC | |
| 8.21. | D&O INS | $21,898.75 |
| | MARSH USA INC | |
| 8.22. | FACILITY REPAIR | $1,163.67 |
| | MILLER MECHANICAL, INC | |
| 8.23. | MARKETING | $100,000.00 |
| | MOTUS CREATIVE LLC | |
| 8.24. | EMPLOYEE TRAINING | $3,478.84 |
| | OPENSESAME, INC | |
| 8.25. | RETAINER BALANCE | $280,801.50 |
| | PHOENIX MANAGEMENT SERVICES | |

Debtor   **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

**8.**      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| | Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 8.26. | FIXED ASSETS | $3,700.35 |
| | POWELL AV LLC | |
| 8.27. | FIXED ASSETS | $1,500.00 |
| | PRO REVOLUTION | |
| 8.28. | RETAINER BALANCE | $70,000.00 |
| | RED BANYAN GROUP, LLC | |
| 8.29. | MARKETING | $48,054.06 |
| | SALESFORCE.COM, INC | |
| 8.30. | FIXED ASSETS | $1,995.39 |
| | SPECIALIZED SUPPLIES & SERVICES INC | |
| 8.31. | A/C REPAIR | $855.83 |
| | SUNSTATE AIR CONDITIONING AND HEATING, LLC | |
| 8.32. | SECONDARY REVENUE | $36,602.50 |
| | TIVITY HEALTH | |
| 8.33. | WORKER'S COMP | $38,675.59 |
| | TRAVELERS | |
| 8.34. | FIXED ASSETS | $10,294.00 |
| | TURNSTILES | |
| 8.35. | LEASE | $1,884.84 |
| | UNITED LEASING, INC-CACTUS | |
| 8.36. | TRASH | $4,269.58 |
| | WASTE MANAGEMENT 13648 | |
| 8.37. | TRASH | $399.07 |
| | WASTE MANAGEMENT 660345 | |
| 8.38. | TRASH | $681.26 |
| | WASTE MANAGEMENT 78251 | |
| 8.39. | TRASH | $1,356.79 |
| | WASTE MANAGEMENT 9001054 | |
| 8.40. | TRASH | $13,095.15 |
| | WASTE MANAGEMENT INC OF FLORIDA | |

**9.**      **Total of part 2**

Add lines 7 through 8. Copy the total to line 81.                        $1,307,726.01

**Part 3:**   **Accounts receivable**

**10.**   **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

Debtor    **YouFit Health Clubs, LLC**

Case number *(if known)* **20-12841**

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|

**11.    Accounts receivable**

| | | Face amount | Doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a.[1] | 90 days old or less: | $1,571,623.00 | - $439,511.89 | = ........ → | $1,132,111.11 |

| | | Face amount | Doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11b.[1] | Over 90 days old: | $276,443.00 | - $276,443.00 | = ........ → | $0.00 |

**12.    Total of part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$1,132,111.11

[1]OCT 31, 2020 BALANCE

**Part 4:    Investments**

**13.    Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**14.    Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock

| | | | |
|---|---|---|---|
| 14.1. | _____ | _____ | $_____ |

**15.    Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity | % of ownership | | |
|---|---|---|---|---|
| 15.1. | SEVEN B-FIT, LLC | 100.00% | _____ | UNDETERMINED |
| 15.2. | SOUTH FLORIDA HEALTH AND FITNESS, INC. | 100.00% | _____ | UNDETERMINED |
| 15.3. | YF ADMIN, LLC | 100.00% | _____ | UNDETERMINED |
| 15.4. | YF ARIZONA LLC | 100.00% | _____ | UNDETERMINED |
| 15.5. | YF CORAL WAY II, LLC | 100.00% | _____ | UNDETERMINED |
| 15.6. | YF EAST FOWLER, LLC | 100.00% | _____ | UNDETERMINED |
| 15.7. | YF GROUP A, LLC | 100.00% | _____ | UNDETERMINED |
| 15.8. | YF HAMMOCK LLC | 100.00% | _____ | UNDETERMINED |
| 15.9. | YF HIALEAH, LLC | 100.00% | _____ | UNDETERMINED |
| 15.10. | YF HORIZON, LLC | 100.00% | _____ | UNDETERMINED |
| 15.11. | YF LAFAYETTE PLACE, LLC | 100.00% | _____ | UNDETERMINED |
| 15.12. | YF OLNEY, LLC | 100.00% | _____ | UNDETERMINED |
| 15.13. | YF POMPANO, LLC | 100.00% | _____ | UNDETERMINED |
| 15.14. | YF RANDALLSTOWN, LLC | 100.00% | _____ | UNDETERMINED |
| 15.15. | YF RIVERDALE, LLC | 100.00% | _____ | UNDETERMINED |

| Debtor | **YouFit Health Clubs, LLC** | | Case number *(if known)* **20-12841** |
|---|---|---|---|

| 15.16. | YF SE FLA, LLC | 100.00% | _____ | UNDETERMINED |
|---|---|---|---|---|
| 15.17. | YOU FIT ENTERPRISES, LLC | 100.00% | _____ | UNDETERMINED |
| 15.18. | YOU FIT NINE, LLC | 100.00% | _____ | UNDETERMINED |
| 15.19. | YOU FIT PINELLAS PARK, LLC | 100.00% | _____ | UNDETERMINED |
| 15.20. | YOUFIT, LLC | 100.00% | _____ | UNDETERMINED |

**16.**   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

16.1. _____    _____    $_____

**17.**   **Total of part 4**

Add lines 14 through 16. Copy the total to line 83.

> UNDETERMINED

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18.**   **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.**   **Raw materials**

19.1. _____  _____  $_____  _____  $_____

**20.**   **Work in progress**

20.1. _____  _____  $_____  _____  $_____

**21.**   **Finished goods, including goods held for resale**

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 21.1. | DRINKS, TSHIRTS, TOWELS | 05/2020 | $245,856.97 | PURCHASE PRICE | $245,856.97 |

**22.**   **Other inventory or supplies**

22.1. _____  _____  $_____  _____  $_____

**23.**   **Total of part 5**

Add lines 19 through 22. Copy the total to line 84.

> $245,856.97

**24.**   **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes Book value: $118,190.13 Valuation method: PURCHASE PRICE Current value: $118,190.13

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | **YouFit Health Clubs, LLC** | Case number *(if known)* **20-12841** |
|---|---|---|

---

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

**27.   Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.   Crops—either planted or harvested** | | | |
| 28.1. _____ | $_____ | _____ | $_____ |
| **29.   Farm animals.**  Examples: Livestock, poultry, farm-raised fish | | | |
| 29.1. _____ | $_____ | _____ | $_____ |
| **30.   Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1. _____ | $_____ | _____ | $_____ |
| **31.   Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1. _____ | $_____ | _____ | $_____ |
| **32.   Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1. _____ | $_____ | _____ | $_____ |

**33.   Total of part 6**

Add lines 28 through 32. Copy the total to line 85.

| $0.00 |
|---|

**34.   Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35.   Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value: $_____   Valuation method: _____   Current value: $_____

**36.   Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.   Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

**38.   Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.   Office furniture** | | | |
| 39.1.   SEE, RESPONSE AT PART 7, NO. 40 | $_____ | _____ | $_____ |

Debtor    **YouFit Health Clubs, LLC**                                                                  Case number *(if known)* **20-12841**

**40.**    **Office fixtures**

40.1.    OWNED FURNITURE & EQUIPMENT                    $386,611.76        Net Book Value        $386,611.76

**41.**    **Office equipment, including all computer equipment and communication systems equipment and software**

| | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 41.1. COMPUTER SOFTWARE | $1,476,949.47 | Net Book Value | $1,476,949.47 |

**42.**    **Collectibles.**  Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 42.1. _____ | $_____ | _____ | $_____ |
|---|---|---|---|

**43.**    **Total of part 7**

Add lines 39 through 42. Copy the total to line 86.

| $1,863,561.23 |
|---|

**44.**    **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☑ Yes

**45.**    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.**    **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. _____ | $_____ | _____ | $_____ |
|---|---|---|---|

**48.**    **Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1. _____ | $_____ | _____ | $_____ |
|---|---|---|---|

**49.**    **Aircraft and accessories**

| 49.1. _____ | $_____ | _____ | $_____ |
|---|---|---|---|

**50.**    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| 50.1. | OWNED AND LEASED EQUIPMENT | $8,706,521.08 | Net Book Value | $8,706,521.08 |
|---|---|---|---|---|
| 50.2. | SIGNAGE | $541,327.52 | Net Book Value | $541,327.52 |
| 50.3. | TANNING BEDS | $15,003.01 | Net Book Value | $15,003.01 |

**51.**    **Total of part 8**

Add lines 47 through 50. Copy the total to line 87.

| $9,262,851.61 |
|---|

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

Debtor    **YouFit Health Clubs, LLC**                                                                  Case number *(if known)* **20-12841**

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---|---|

**54.  Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| 55.1. _____ | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |
|---|---|---|---|---|

LEGAL OFFICE

NO. 1000 LEGAL OFFICE
111 2ND AVENUE NE, SUITE 1402
ST PETERSBURG FL 33701

**56.  Total of part 9**

Add the current value on lines 55. Copy the total to line 88.

| UNDETERMINED |
|---|

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.    Patents, copyrights, trademarks, and trade secrets**

| 60.1. _____ | $_____ | _____ | $_____ |
|---|---|---|---|

**61.    Internet domain names and websites**

| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|
| 61.1.   INTERNET DOMAIN NAMES & WEBSITES - ALL | $12,249.76 | Net Book Value | UNDETERMINED |
| 61.2.   ALTAMONTESPRINGS-CRANESROOS-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.3.   ALTAMONTESPRINGS-CRANESROOST-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.4.   ATLANTA-ROSWELL-RD-7440-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.5.   BALTIMORE-NORTHERNPKWY-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.6.   BOCA-RATON-PALMETTO-PARK-RD-6438-YOUFIT.COM | $_____ | _____ | $_____ |

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

**61.**     **Internet domain names and websites**

| | | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|---|
| 61.7. | BOCA-RATON-SANDALFOOT-PLAZA-DR-7444-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.8. | BOCA-TOWN-CENTER-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.9. | BOYNTONBEACH-CONGRESS-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.10. | BRADENTON-CORTEZ-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.11. | COCONUT-GROVE-GRAND-AVE-7743-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.12. | CORAL-SPRINGS-ATLANTIC-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.13. | CORALSPRINGS-WESTVIEW-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.14. | COUNTDOWNTOCHANGE.COM | $_____ | _____ | $_____ |
| 61.15. | DALLAS-BELT-LINE-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.16. | DANIA-BEACH-COMPASS-WAY-7797-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.17. | DAVIE-SR84-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.18. | DEERFIELDBEACH-HILLSBORO-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.19. | DOUGLASVILLE-GA-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.20. | FITBEGINSWITHYOU.COM | $_____ | _____ | $_____ |
| 61.21. | FITBEGINSWITHYOU.INFO | $_____ | _____ | $_____ |
| 61.22. | FITBEGINSWITHYOU.NET | $_____ | _____ | $_____ |
| 61.23. | FITBEGINSWITHYOU.ORG | $_____ | _____ | $_____ |
| 61.24. | GAINESVILLE-34THST-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.25. | GAINSVILLE-34THST-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.26. | GARLAND-BROADWAY-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.27. | GETFITGYMS.COM | $_____ | _____ | $_____ |
| 61.28. | GETFITGYMS.INFO | $_____ | _____ | $_____ |
| 61.29. | GETFITGYMS.NET | $_____ | _____ | $_____ |
| 61.30. | GETFITGYMS.ORG | $_____ | _____ | $_____ |
| 61.31. | GETFITHEALTHCLUBS.COM | $_____ | _____ | $_____ |
| 61.32. | GETFITHEALTHCLUBS.INFO | $_____ | _____ | $_____ |
| 61.33. | GETFITHEALTHCLUBS.NET | $_____ | _____ | $_____ |
| 61.34. | GETFITHEALTHCLUBS.ORG | $_____ | _____ | $_____ |
| 61.35. | GETFITLARGO.COM | $_____ | _____ | $_____ |
| 61.36. | GETFITNESSLARGO.COM | $_____ | _____ | $_____ |
| 61.37. | GETLIMETIME.COM | $_____ | _____ | $_____ |
| 61.38. | GILBERT-HIGLEY-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.39. | GREENACRES-JOG-RD-7434-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.40. | GREENESTGYMONTHEPLANET.COM | $_____ | _____ | $_____ |
| 61.41. | GREENESTGYMONTHEPLANET.INFO | $_____ | _____ | $_____ |
| 61.42. | GREENESTGYMONTHEPLANET.NET | $_____ | _____ | $_____ |
| 61.43. | GREENESTGYMONTHEPLANET.ORG | $_____ | _____ | $_____ |
| 61.44. | GREENISOURCOLOR.COM | $_____ | _____ | $_____ |

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

**61.**    **Internet domain names and websites**

| | | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|---|
| 61.45. | GREENISOURCOLOR.INFO | $_____ | _____ | $_____ |
| 61.46. | GREENISOURCOLOR.NET | $_____ | _____ | $_____ |
| 61.47. | GREENISOURCOLOR.ORG | $_____ | _____ | $_____ |
| 61.48. | GREENISOURTHING.COM | $_____ | _____ | $_____ |
| 61.49. | GREENISOURTHING.NET | $_____ | _____ | $_____ |
| 61.50. | GREENISOURTHING.ORG | $_____ | _____ | $_____ |
| 61.51. | HARVEY-MANHATTAN-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.52. | HIALEAH-16THAVE-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.53. | HOLLYWOOD-OAKWOOD-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.54. | HOUSTON-ANTOINE-DR-7740-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.55. | HUNTSVILLE-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.56. | JACKSONVILLE-BLANDING-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.57. | JACKSONVILLE-NORWOOD-AVE-7442-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.58. | JUSTFITNESSMESQUITE.COM | $_____ | _____ | $_____ |
| 61.59. | KENDALL-112TH-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.60. | KENDALL-72ND-ST-7368-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.61. | KENNESAW-CHEROKEE-ST-7364-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.62. | LANDOLAKES-VILLAGELAKES-7333-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.63. | LANTANA-CONGRESS-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.64. | LARGO-MISSOURI-AVE-7794-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.65. | LAUDERDALELAKES-OAKLANDPARK-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.66. | LAUDERHILL-40THAVE-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.67. | LIMETIME.COM | $_____ | _____ | $_____ |
| 61.68. | LIMETIMEFITNESS.COM | $_____ | _____ | $_____ |
| 61.69. | LIMETIMEFITNESS.INFO | $_____ | _____ | $_____ |
| 61.70. | LIMETIMEFITNESS.NET | $_____ | _____ | $_____ |
| 61.71. | LIMETIMEFITNESS.ORG | $_____ | _____ | $_____ |
| 61.72. | LIMETIMETRAINING.COM | $_____ | _____ | $_____ |
| 61.73. | LIMETIMETRAINING.INFO | $_____ | _____ | $_____ |
| 61.74. | LIMETIMETRAINING.NET | $_____ | _____ | $_____ |
| 61.75. | LIMETIMETRAINING.ORG | $_____ | _____ | $_____ |
| 61.76. | LITTLETON-SOUTH-BROADWAY-7731-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.77. | MARGATE-441-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.78. | MESA-RECKER-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.79. | MESQUITE-GALLOWAY-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.80. | MIAMI-107TH-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.81. | MIAMI-112TH-AVE-7363-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.82. | MIAMI-127TH-AVE-7438-YOUFIT.COM | $_____ | _____ | $_____ |

Debtor   **YouFit Health Clubs, LLC**                                        Case number *(if known)* **20-12841**

**61.**      **Internet domain names and websites**

|  | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|
| 61.83.  MIAMI-152ND-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.84.  MIAMI-24THST-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.85.  MIAMI-26TH-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.86.  MIAMI-79TH-ST-7763-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.87.  MIAMI-87TH-7750-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.88.  MIAMI-FLAGLER-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.89.  MIAMI-HAMMOCKS-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.90.  MIAMIGARDENS-27THAVE-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.91.  MIDLOTHIAN-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.92.  MYYOUFIT.COM | $_____ | _____ | $_____ |
| 61.93.  NEW-ORLEANS-HOLIDAY-DR-7728-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.94.  NORCROSS-SINGLETON-RD-7349-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.95.  NORTH-POMPANO-SAMPLE-RD-7388-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.96.  NORTH-PORT-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.97.  NORTH-PROVIDENCE-SMITH-ST-7741-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.98.  NORTHLAUDERDALE-MCNAB-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.99.  OAKLANDPARK-COMMERCIAL-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.100.  ORLANDO-COLONIAL-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.101.  ORLANDO-ORANGE-AVE-7457-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.102.  PEMBROKE-PINES-PINES-BLVD-7432-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.103.  PEMBROKE-PINES-TAFT-ST-6441-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.104.  PHILADELPHIA-EASTOLNEY-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.105.  PHOENIX-35TH-AVE-7338-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.106.  PHOENIX-BETHANY-HOME-RD-7397-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.107.  PHOENIX-THUNDERBIRD-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.108.  PINELLAS-PARK-66TH-ST-7759-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.109.  POMPANO-BEACH-FEDERAL-HW-6443-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.110.  PORT-CHARLOTTE-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.111.  RANDALLSTOWN-LIBERTY-RD-7781-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.112.  RICHARDSON-BELT-LINE-RD-7752-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.113.  RICHMOND-HULLST-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.114.  RICHMOND-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.115.  RIVERDALE-GA-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.116.  SARASOTA-TUTTLE-AVE-7384-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.117.  SCOTTSDALE-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.118.  SOUTH-GILBERT-AZ-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.119.  STPETERSBURG-9THAVE-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.120.  SUNRISE-13THLN-YOUFIT.COM | $_____ | _____ | $_____ |

Debtor   **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

**61.    Internet domain names and websites**

| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|
| 61.121.   SUNRISE-UNIVERSITY-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.122.   SUWANEE-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.123.   TALLAHASSEE-MAHAN-DR-7394-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.124.   TALLAHASSEE-MONROE-ST-7336-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.125.   TALLAHASSEE-PENSACOLA-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.126.   TAMPA-DALE-MABRY-HWY-7435-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.127.   TAMPA-GANDY-BLVD-7381-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.128.   TAMPA-HILLSBOROUGH-AVE-7389-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.129.   TAMPA-RACE-TRACK-RD-7358-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.130.   THEGREENERTHECOOLER.COM | $_____ | _____ | $_____ |
| 61.131.   THEGREENERTHECOOLER.INFO | $_____ | _____ | $_____ |
| 61.132.   THEGREENERTHECOOLER.NET | $_____ | _____ | $_____ |
| 61.133.   THEGREENERTHECOOLER.ORG | $_____ | _____ | $_____ |
| 61.134.   THEGREENESTGYMONTHEPLANET.COM | $_____ | _____ | $_____ |
| 61.135.   THEGREENESTGYMONTHEPLANET.INFO | $_____ | _____ | $_____ |
| 61.136.   THEGREENESTGYMONTHEPLANET.NET | $_____ | _____ | $_____ |
| 61.137.   THEGREENESTGYMONTHEPLANET.ORG | $_____ | _____ | $_____ |
| 61.138.   UFIT.XXX | $_____ | _____ | $_____ |
| 61.139.   UFITGYMS.CO | $_____ | _____ | $_____ |
| 61.140.   UFITHEALTHCLUB.COM | $_____ | _____ | $_____ |
| 61.141.   UFITHEALTHCLUBS.CO | $_____ | _____ | $_____ |
| 61.142.   UFITHEALTHCLUBS.COM | $_____ | _____ | $_____ |
| 61.143.   UFITHEALTHCLUBS.XXX | $_____ | _____ | $_____ |
| 61.144.   UFITNEWS.CO | $_____ | _____ | $_____ |
| 61.145.   UFITNEWS.COM | $_____ | _____ | $_____ |
| 61.146.   UFITNEWS.INFO | $_____ | _____ | $_____ |
| 61.147.   UFITNEWS.NET | $_____ | _____ | $_____ |
| 61.148.   UFITNEWS.ORG | $_____ | _____ | $_____ |
| 61.149.   VENICE-JACARANDA-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.150.   WEGETFITNESS.COM | $_____ | _____ | $_____ |
| 61.151.   WEGETFITNESS.INFO | $_____ | _____ | $_____ |
| 61.152.   WEGETFITNESS.NET | $_____ | _____ | $_____ |
| 61.153.   WEGETFITNESS.ORG | $_____ | _____ | $_____ |
| 61.154.   WELLINGTON-TRACE-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.155.   WEST-PALM-BEACH-MILITARY-TRL-7387-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.156.   WESTPALMBEACH-OKEECHOBEE-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.157.   WINTER-PARK-UNIVERSITY-BLVD-7360-YOUFIT.COM | $_____ | _____ | $_____ |
| 61.158.   YFLEWISVILLE.COM | $_____ | _____ | $_____ |

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

**61.**        **Internet domain names and websites**

|  | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|
| 61.159.  YFLOUISVILLE.COM | $_____ | _____ | $_____ |
| 61.160.  YFLYNWOOD.COM | $_____ | _____ | $_____ |
| 61.161.  YFYOUCOACH.COM | $_____ | _____ | $_____ |
| 61.162.  YFYOUCOACH.INFO | $_____ | _____ | $_____ |
| 61.163.  YFYOUCOACH.NET | $_____ | _____ | $_____ |
| 61.164.  YFYOUCOACH.ORG | $_____ | _____ | $_____ |
| 61.165.  YOUFIT.COM | $_____ | _____ | $_____ |
| 61.166.  YOUFIT.NET | $_____ | _____ | $_____ |
| 61.167.  YOUFIT.ORG | $_____ | _____ | $_____ |
| 61.168.  YOUFIT.XXX | $_____ | _____ | $_____ |
| 61.169.  YOUFITARIZONA.COM | $_____ | _____ | $_____ |
| 61.170.  YOUFITCALI.COM | $_____ | _____ | $_____ |
| 61.171.  YOUFITCALIFORNIA.COM | $_____ | _____ | $_____ |
| 61.172.  YOUFITCALIFORNIA.NET | $_____ | _____ | $_____ |
| 61.173.  YOUFITCOLORADO.COM | $_____ | _____ | $_____ |
| 61.174.  YOUFITEXPRESS.COM | $_____ | _____ | $_____ |
| 61.175.  YOUFITEXPRESS.NET | $_____ | _____ | $_____ |
| 61.176.  YOUFITEXPRESS.ORG | $_____ | _____ | $_____ |
| 61.177.  YOUFITFLORIDA.COM | $_____ | _____ | $_____ |
| 61.178.  YOUFITFRANCHISE.COM | $_____ | _____ | $_____ |
| 61.179.  YOUFITFRANCHISE.NET | $_____ | _____ | $_____ |
| 61.180.  YOUFITFRANCHISE.ORG | $_____ | _____ | $_____ |
| 61.181.  YOUFITGEORGIA.COM | $_____ | _____ | $_____ |
| 61.182.  YOUFITGETFIT.COM | $_____ | _____ | $_____ |
| 61.183.  YOUFITGETFITNESS.COM | $_____ | _____ | $_____ |
| 61.184.  YOUFITGYM.CO | $_____ | _____ | $_____ |
| 61.185.  YOUFITGYM.COM | $_____ | _____ | $_____ |
| 61.186.  YOUFITGYMS.CO | $_____ | _____ | $_____ |
| 61.187.  YOUFITGYMS.COM | $_____ | _____ | $_____ |
| 61.188.  YOUFITHEALTHCLUB.CO | $_____ | _____ | $_____ |
| 61.189.  YOUFITHEALTHCLUBS.CO | $_____ | _____ | $_____ |
| 61.190.  YOUFITHEALTHCLUBS.XXX | $_____ | _____ | $_____ |
| 61.191.  YOUFITKENTUCKY.COM | $_____ | _____ | $_____ |
| 61.192.  YOUFITLOUISIANA.COM | $_____ | _____ | $_____ |
| 61.193.  YOUFITMAX.COM | $_____ | _____ | $_____ |
| 61.194.  YOUFITMAX.INFO | $_____ | _____ | $_____ |
| 61.195.  YOUFITMAX.NET | $_____ | _____ | $_____ |
| 61.196.  YOUFITMAX.ORG | $_____ | _____ | $_____ |

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

**61.**      **Internet domain names and websites**

|  | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|
| 61.197.  YOUFITMISS.COM | $_____ | _____ | $_____ |
| 61.198.  YOUFITMISSISSIPPI.COM | $_____ | _____ | $_____ |
| 61.199.  YOUFITNEWS.COM | $_____ | _____ | $_____ |
| 61.200.  YOUFITNEWS.INFO | $_____ | _____ | $_____ |
| 61.201.  YOUFITNEWS.NET | $_____ | _____ | $_____ |
| 61.202.  YOUFITNEWS.ORG | $_____ | _____ | $_____ |
| 61.203.  YOUFITNOLA.COM | $_____ | _____ | $_____ |
| 61.204.  YOUFITNOLA.NET | $_____ | _____ | $_____ |
| 61.205.  YOUFITOKLAHOMA.COM | $_____ | _____ | $_____ |
| 61.206.  YOUFITONLINE.COM | $_____ | _____ | $_____ |
| 61.207.  YOUFITRHODEISLAND.COM | $_____ | _____ | $_____ |
| 61.208.  YOUFITTENNESSEE.COM | $_____ | _____ | $_____ |
| 61.209.  YOUFITTEXAS.COM | $_____ | _____ | $_____ |
| 61.210.  YOUFITVIRGINIA.COM | $_____ | _____ | $_____ |
| 61.211.  YOUFITWEAR.COM | $_____ | _____ | $_____ |
| 61.212.  YOUFITWEAR.INFO | $_____ | _____ | $_____ |
| 61.213.  YOUFITWEAR.NET | $_____ | _____ | $_____ |
| 61.214.  YOUFITWEAR.ORG | $_____ | _____ | $_____ |
| 61.215.  YOUFITYOUCOACH.COM | $_____ | _____ | $_____ |
| 61.216.  YOURYOUCOACH.COM | $_____ | _____ | $_____ |

**62.**      **Licenses, franchises, and royalties**

| 62.1.  _____ | $_____ | _____ | $_____ |

**63.**      **Customer lists, mailing lists, or other compilations**

| 63.1.  MEMBERSHIP LISTS, FILES, AND ACCOUNTS, MEMBERSHIP AGREEMENTS, RECURRING SERVICES AGREEMENTS, AND PERSONALLY IDENTIFIABLE INFORMATION OF MEMBERS. | UNDETERMINED | _____ | UNDETERMINED |

**64.**      **Other intangibles, or intellectual property**

| 64.1.  _____ | $_____ | _____ | $_____ |

**65.**      **Goodwill**

| 65.1.  GOODWILL | $202,262.40 | _____ | UNDETERMINED |

**66.**   **Total of part 10**

Add lines 60 through 65. Copy the total to line 89.

UNDETERMINED

**67.**   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☑ Yes

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☑ Yes

Debtor    **YouFit Health Clubs, LLC**                                  Case number *(if known)* **20-12841**

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

**Part 11:    All other assets**

**70.    Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

**Current value of debtor's interest**

**71.    Notes receivable**

| Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | | Current value of debtor's interest |
|---|---|---|---|---|
| 71.1. _____ | $_____ | - $_____ | = ........ → | $_____ |
| _____ | | | | |

**72.    Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | Tax refund amount | NOL amount | Tax year | Current value of debtor's interest |
|---|---|---|---|---|
| 72.1.    CITY OF PHILADELPHIA | $308.00 | $_____ | 2019 | $308.00 |
| 72.2.    STATE OF KENTUCKY | $341.00 | $_____ | 2019 | $341.00 |
| 72.3.    STATE OF RHODE ISLAND | $4,893.00 | $_____ | 2019 | $4,893.00 |

**73.    Interests in insurance policies or annuities**

| Insurance company | Insurance policy No. | Annuity issuer name | Annuity account type | Annuity account No. | Current value of debtor's interest |
|---|---|---|---|---|---|
| 73.1.    GREAT AMERICAN INSURANCE GROUP | PROPERTY INSURANCE - POLICY NO. MAC 309-60-88-01 | _____ | _____ | | UNDETERMINED |
| 73.2.    GREAT AMERICAN INSURANCE GROUP | GENERAL LIABILITY AND PROPERTY INSURANCE - POLICY NO. PAC 073-81-86-06 | _____ | _____ | _____ | UNDETERMINED |
| 73.3.    GREAT AMERICAN INSURANCE GROUP | UMBRELLA INSURANCE - POLICY NO. UMB 0738187 06 | _____ | _____ | _____ | UNDETERMINED |
| 73.4.    U.S. SPECIALTY INSURANCE COMPANY | D&O INSURANCE - POLICY NO. 14-MGU-20-A49049 | _____ | _____ | _____ | UNDETERMINED |
| 73.5.    SCOTTSDALE INSURANCE COMPANY | PROPERTY (VACANT) INSURANCE - POLICY NO. CPS7092438 | _____ | _____ | _____ | UNDETERMINED |
| 73.6.    MOUNT VERNON FIRE INS. CO. | PROPERTY (VACANT) INSURANCE - POLICY NO. CP 2636179 | _____ | _____ | _____ | UNDETERMINED |

Debtor    **YouFit Health Clubs, LLC**                                         Case number *(if known)* **20-12841**

| | | | | | | |
|---|---|---|---|---|---|---|
| 73.7. | TRAVELERS (CHARTER OAK INS. CO.) | WORKERS COMPENSATION INSURANCE - POLICY NO. UB-3L141685 | _____ | _____ | _____ | UNDETERMINED |
| 73.8. | UNITED STATES LIABILITY INSURANCE COMPANY | PROPERTY (VACANT) INSURANCE - POLICY NO. CP 1726145 | _____ | _____ | _____ | UNDETERMINED |
| 73.9. | UNITED STATES LIABILITY INSURANCE COMPANY | PROPERTY (VACANT) INSURANCE - POLICY NO. CP 2636193 | _____ | _____ | _____ | UNDETERMINED |

**74.    Causes of action against third parties (whether or not a lawsuit has been filed)**

| | | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|---|
| 74.1. | MANATEE INVESTMENTS III, LLC AND AGUA CALIENTE INVESTMENTS III, LLC V YF PARADISE SQUARE, LLC (TENANT) | COUNTER-CLAIM | UNDETERMINED | UNDETERMINED |

**75.    Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|---|
| 75.1. | _____ | _____ | $_____ | $_____ |

**76.    Trusts, equitable or future interests in property**

| | | |
|---|---|---|
| 76.1. | _____ | $_____ |

**77.    Other property of any kind not already listed**

Examples: Season tickets, country club membership

| | | |
|---|---|---|
| 77.1. | INTERCOMPANY RECEIVABLE DUE FROM B-FIT HEALTH CLUB, LLC | UNDETERMINED |
| 77.2. | INTERCOMPANY RECEIVABLE DUE FROM FIVE B-FIT, LLC | UNDETERMINED |
| 77.3. | INTERCOMPANY RECEIVABLE DUE FROM FOUR B-FIT, LLC | UNDETERMINED |
| 77.4. | INTERCOMPANY RECEIVABLE DUE FROM LIME TIME, LLC | UNDETERMINED |
| 77.5. | INTERCOMPANY RECEIVABLE DUE FROM SEVEN B-FIT, LLC | UNDETERMINED |
| 77.6. | INTERCOMPANY RECEIVABLE DUE FROM SIX B-FIT, LLC | UNDETERMINED |
| 77.7. | INTERCOMPANY RECEIVABLE DUE FROM SOUTH FLORIDA HEALTH AND FITNESS, INC. | UNDETERMINED |
| 77.8. | INTERCOMPANY RECEIVABLE DUE FROM THREE B-FIT, LLC | UNDETERMINED |
| 77.9. | INTERCOMPANY RECEIVABLE DUE FROM YF ADMIN, LLC | UNDETERMINED |
| 77.10. | INTERCOMPANY RECEIVABLE DUE FROM YF ARIZONA LLC | UNDETERMINED |
| 77.11. | INTERCOMPANY RECEIVABLE DUE FROM YF AURORA, LLC | UNDETERMINED |
| 77.12. | INTERCOMPANY RECEIVABLE DUE FROM YF BETHANNY, LLC | UNDETERMINED |
| 77.13. | INTERCOMPANY RECEIVABLE DUE FROM YF BETHANY TOWNE CENTER, LLC | UNDETERMINED |
| 77.14. | INTERCOMPANY RECEIVABLE DUE FROM YF BOYNTON MALL, LLC | UNDETERMINED |
| 77.15. | INTERCOMPANY RECEIVABLE DUE FROM YF BUFORD, LLC | UNDETERMINED |
| 77.16. | INTERCOMPANY RECEIVABLE DUE FROM YF CACTUS VILLAGE, LLC | UNDETERMINED |
| 77.17. | INTERCOMPANY RECEIVABLE DUE FROM YF CARROLLWOOD, LLC | UNDETERMINED |

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| | | |
|---|---|---|
| 77.18. | INTERCOMPANY RECEIVABLE DUE FROM YF CHANDLER SOUTH, LLC | UNDETERMINED |
| 77.19. | INTERCOMPANY RECEIVABLE DUE FROM YF CONCORD, LLC | UNDETERMINED |
| 77.20. | INTERCOMPANY RECEIVABLE DUE FROM YF CORAL WAY II, LLC | UNDETERMINED |
| 77.21. | INTERCOMPANY RECEIVABLE DUE FROM YF CORAL WAY, LLC | UNDETERMINED |
| 77.22. | INTERCOMPANY RECEIVABLE DUE FROM YF DANIA POINTE LLC | UNDETERMINED |
| 77.23. | INTERCOMPANY RECEIVABLE DUE FROM YF DEERFIELD, LLC | UNDETERMINED |
| 77.24. | INTERCOMPANY RECEIVABLE DUE FROM YF DOUGLASVILLE, LLC | UNDETERMINED |
| 77.25. | INTERCOMPANY RECEIVABLE DUE FROM YF DULUTH, LLC | UNDETERMINED |
| 77.26. | INTERCOMPANY RECEIVABLE DUE FROM YF DUNWOODY, LLC | UNDETERMINED |
| 77.27. | INTERCOMPANY RECEIVABLE DUE FROM YF EAST FOWLER, LLC | UNDETERMINED |
| 77.28. | INTERCOMPANY RECEIVABLE DUE FROM YF ETHAN, LLC | UNDETERMINED |
| 77.29. | INTERCOMPANY RECEIVABLE DUE FROM YF FLAGLER LLC | UNDETERMINED |
| 77.30. | INTERCOMPANY RECEIVABLE DUE FROM YF FULTON RANCH, LLC | UNDETERMINED |
| 77.31. | INTERCOMPANY RECEIVABLE DUE FROM YF GATEWAY, LLC | UNDETERMINED |
| 77.32. | INTERCOMPANY RECEIVABLE DUE FROM YF GERMANTOWN, LLC | UNDETERMINED |
| 77.33. | INTERCOMPANY RECEIVABLE DUE FROM YF GILBERT NORTH, LLC | UNDETERMINED |
| 77.34. | INTERCOMPANY RECEIVABLE DUE FROM YF GILBERT SOUTH, LLC | UNDETERMINED |
| 77.35. | INTERCOMPANY RECEIVABLE DUE FROM YF GILBERT, LLC | UNDETERMINED |
| 77.36. | INTERCOMPANY RECEIVABLE DUE FROM YF GLENDALE, LLC | UNDETERMINED |
| 77.37. | INTERCOMPANY RECEIVABLE DUE FROM YF GREENACRES, LLC | UNDETERMINED |
| 77.38. | INTERCOMPANY RECEIVABLE DUE FROM YF GROUP A, LLC | UNDETERMINED |
| 77.39. | INTERCOMPANY RECEIVABLE DUE FROM YF HAMMOCK LLC | UNDETERMINED |
| 77.40. | INTERCOMPANY RECEIVABLE DUE FROM YF HANCOCK, LLC | UNDETERMINED |
| 77.41. | INTERCOMPANY RECEIVABLE DUE FROM YF HIALEAH, LLC | UNDETERMINED |
| 77.42. | INTERCOMPANY RECEIVABLE DUE FROM YF HIALEAH-OKEECHOBEE RD., LLC | UNDETERMINED |
| 77.43. | INTERCOMPANY RECEIVABLE DUE FROM YF HOLLYWOOD, LLC | UNDETERMINED |
| 77.44. | INTERCOMPANY RECEIVABLE DUE FROM YF HORIZON, LLC | UNDETERMINED |
| 77.45. | INTERCOMPANY RECEIVABLE DUE FROM YF HUNTSVILLE, LLC | UNDETERMINED |
| 77.46. | INTERCOMPANY RECEIVABLE DUE FROM YF KENDALL, LLC | UNDETERMINED |
| 77.47. | INTERCOMPANY RECEIVABLE DUE FROM YF KILLIAN, LLC | UNDETERMINED |
| 77.48. | INTERCOMPANY RECEIVABLE DUE FROM YF LAFAYETTE PLACE, LLC | UNDETERMINED |
| 77.49. | INTERCOMPANY RECEIVABLE DUE FROM YF LAGO MAR, LLC | UNDETERMINED |
| 77.50. | INTERCOMPANY RECEIVABLE DUE FROM YF LAND O LAKES, LLC | UNDETERMINED |
| 77.51. | INTERCOMPANY RECEIVABLE DUE FROM YF LANTANA, LLC | UNDETERMINED |
| 77.52. | INTERCOMPANY RECEIVABLE DUE FROM YF LARGO PLAZA LLC | UNDETERMINED |
| 77.53. | INTERCOMPANY RECEIVABLE DUE FROM YF LAUDERDALE LAKES, LLC | UNDETERMINED |
| 77.54. | INTERCOMPANY RECEIVABLE DUE FROM YF LAUDERHILL, LLC | UNDETERMINED |
| 77.55. | INTERCOMPANY RECEIVABLE DUE FROM YF LOCH RAVEN LLC | UNDETERMINED |
| 77.56. | INTERCOMPANY RECEIVABLE DUE FROM YF LYNNWOOD, LLC | UNDETERMINED |
| 77.57. | INTERCOMPANY RECEIVABLE DUE FROM YF MARGATE, LLC | UNDETERMINED |
| 77.58. | INTERCOMPANY RECEIVABLE DUE FROM YF MESA, LLC | UNDETERMINED |

Debtor    **YouFit Health Clubs, LLC**                                Case number *(if known)* **20-12841**

| | | |
|---|---|---|
| 77.59. | INTERCOMPANY RECEIVABLE DUE FROM YF MESQUITE, LLC | UNDETERMINED |
| 77.60. | INTERCOMPANY RECEIVABLE DUE FROM YF MIAMI 110TH LLC | UNDETERMINED |
| 77.61. | INTERCOMPANY RECEIVABLE DUE FROM YF MIAMI GARDENS, LLC | UNDETERMINED |
| 77.62. | INTERCOMPANY RECEIVABLE DUE FROM YF MOUNT CLARE, LLC | UNDETERMINED |
| 77.63. | INTERCOMPANY RECEIVABLE DUE FROM YF MURRIETA, LLC | UNDETERMINED |
| 77.64. | INTERCOMPANY RECEIVABLE DUE FROM YF NEW PORT RICHEY, LLC | UNDETERMINED |
| 77.65. | INTERCOMPANY RECEIVABLE DUE FROM YF NOLES, LLC | UNDETERMINED |
| 77.66. | INTERCOMPANY RECEIVABLE DUE FROM YF NORTH LAUDERDALE, LLC | UNDETERMINED |
| 77.67. | INTERCOMPANY RECEIVABLE DUE FROM YF NORTH POINT, LLC | UNDETERMINED |
| 77.68. | INTERCOMPANY RECEIVABLE DUE FROM YF NORTH PORT, LLC | UNDETERMINED |
| 77.69. | INTERCOMPANY RECEIVABLE DUE FROM YF OAK HILL, LLC | UNDETERMINED |
| 77.70. | INTERCOMPANY RECEIVABLE DUE FROM YF OKEECHOBEE, LLC | UNDETERMINED |
| 77.71. | INTERCOMPANY RECEIVABLE DUE FROM YF OLNEY, LLC | UNDETERMINED |
| 77.72. | INTERCOMPANY RECEIVABLE DUE FROM YF PALM BAY, LLC | UNDETERMINED |
| 77.73. | INTERCOMPANY RECEIVABLE DUE FROM YF PARADISE SQUARE LLC | UNDETERMINED |
| 77.74. | INTERCOMPANY RECEIVABLE DUE FROM YF PARKLAND, LLC | UNDETERMINED |
| 77.75. | INTERCOMPANY RECEIVABLE DUE FROM YF PINE ISLAND, LLC | UNDETERMINED |
| 77.76. | INTERCOMPANY RECEIVABLE DUE FROM YF PINES BOULEVARD, LLC | UNDETERMINED |
| 77.77. | INTERCOMPANY RECEIVABLE DUE FROM YF POMPANO, LLC | UNDETERMINED |
| 77.78. | INTERCOMPANY RECEIVABLE DUE FROM YF PORT CHARLOTTE, LLC | UNDETERMINED |
| 77.79. | INTERCOMPANY RECEIVABLE DUE FROM YF QUAIL ROOST, LLC | UNDETERMINED |
| 77.80. | INTERCOMPANY RECEIVABLE DUE FROM YF RACETRACK, LLC | UNDETERMINED |
| 77.81. | INTERCOMPANY RECEIVABLE DUE FROM YF RANDALLSTOWN, LLC | UNDETERMINED |
| 77.82. | INTERCOMPANY RECEIVABLE DUE FROM YF RHODE ISLAND, LLC | UNDETERMINED |
| 77.83. | INTERCOMPANY RECEIVABLE DUE FROM YF RIVERDALE, LLC | UNDETERMINED |
| 77.84. | INTERCOMPANY RECEIVABLE DUE FROM YF ROCKWELL, LLC | UNDETERMINED |
| 77.85. | INTERCOMPANY RECEIVABLE DUE FROM YF SANDALFOOT, LLC | UNDETERMINED |
| 77.86. | INTERCOMPANY RECEIVABLE DUE FROM YF SCOTTSDALE, LLC | UNDETERMINED |
| 77.87. | INTERCOMPANY RECEIVABLE DUE FROM YF SE FLA, LLC | UNDETERMINED |
| 77.88. | INTERCOMPANY RECEIVABLE DUE FROM YF SHEA, LLC | UNDETERMINED |
| 77.89. | INTERCOMPANY RECEIVABLE DUE FROM YF SHELBY, LLC | UNDETERMINED |
| 77.90. | INTERCOMPANY RECEIVABLE DUE FROM YF SHILOH, LLC | UNDETERMINED |
| 77.91. | INTERCOMPANY RECEIVABLE DUE FROM YF SINGLETON, LLC | UNDETERMINED |
| 77.92. | INTERCOMPANY RECEIVABLE DUE FROM YF SOUTHAVEN, LLC | UNDETERMINED |
| 77.93. | INTERCOMPANY RECEIVABLE DUE FROM YF SPRING CREEK, LLC | UNDETERMINED |
| 77.94. | INTERCOMPANY RECEIVABLE DUE FROM YF SUWANEE, LLC | UNDETERMINED |
| 77.95. | INTERCOMPANY RECEIVABLE DUE FROM YF TAMARAC LLC | UNDETERMINED |
| 77.96. | INTERCOMPANY RECEIVABLE DUE FROM YF THORNTON PLAZA, LLC | UNDETERMINED |
| 77.97. | INTERCOMPANY RECEIVABLE DUE FROM YF TOWN CENTER, LLC | UNDETERMINED |
| 77.98. | INTERCOMPANY RECEIVABLE DUE FROM YF UNIGOLD, LLC | UNDETERMINED |
| 77.99. | INTERCOMPANY RECEIVABLE DUE FROM YF UNIVERSITY VILLAGE, LLC | UNDETERMINED |

Debtor   **YouFit Health Clubs, LLC**                                                      Case number *(if known)* **20-12841**

| | | |
|---|---|---|
| 77.100. | INTERCOMPANY RECEIVABLE DUE FROM YF VENICE, LLC | UNDETERMINED |
| 77.101. | INTERCOMPANY RECEIVABLE DUE FROM YF WELLINGTON, LLC | UNDETERMINED |
| 77.102. | INTERCOMPANY RECEIVABLE DUE FROM YF WEST BRANDON, LLC | UNDETERMINED |
| 77.103. | INTERCOMPANY RECEIVABLE DUE FROM YF WEST COBB, LLC | UNDETERMINED |
| 77.104. | INTERCOMPANY RECEIVABLE DUE FROM YF WEST VALLEY, LLC | UNDETERMINED |
| 77.105. | INTERCOMPANY RECEIVABLE DUE FROM YF WESTON, LLC | UNDETERMINED |
| 77.106. | INTERCOMPANY RECEIVABLE DUE FROM YOU FIT CRYOSKIN, LLC | UNDETERMINED |
| 77.107. | INTERCOMPANY RECEIVABLE DUE FROM YOU FIT EIGHT, LLC | UNDETERMINED |
| 77.108. | INTERCOMPANY RECEIVABLE DUE FROM YOU FIT ENTERPRISES, LLC | UNDETERMINED |
| 77.109. | INTERCOMPANY RECEIVABLE DUE FROM YOU FIT FIVE, LLC | UNDETERMINED |
| 77.110. | INTERCOMPANY RECEIVABLE DUE FROM YOU FIT FOUR, LLC | UNDETERMINED |
| 77.111. | INTERCOMPANY RECEIVABLE DUE FROM YOU FIT NINE, LLC | UNDETERMINED |
| 77.112. | INTERCOMPANY RECEIVABLE DUE FROM YOU FIT PINELLAS PARK, LLC | UNDETERMINED |
| 77.113. | INTERCOMPANY RECEIVABLE DUE FROM YOU FIT SEVEN, LLC | UNDETERMINED |
| 77.114. | INTERCOMPANY RECEIVABLE DUE FROM YOU FIT SIX, LLC | UNDETERMINED |
| 77.115. | INTERCOMPANY RECEIVABLE DUE FROM YOU FIT SPA, LLC | UNDETERMINED |
| 77.116. | INTERCOMPANY RECEIVABLE DUE FROM YOU FIT, LLC | UNDETERMINED |
| 77.117. | INTERCOMPANY RECEIVABLE DUE FROM YOU FIT-ONE, LLC | UNDETERMINED |
| 77.118. | INTERCOMPANY RECEIVABLE DUE FROM YOU FIT-THREE, LLC | UNDETERMINED |
| 77.119. | INTERCOMPANY RECEIVABLE DUE FROM YOU FIT-TWO, LLC | UNDETERMINED |

**78.**   **Total of part 11**

Add lines 71 through 77. Copy the total to line 90.                                    $5,542.00

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    **YouFit Health Clubs, LLC**                                          Case number *(if known)* **20-12841**

---

**Part 12:**    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $3,799,821.60 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,307,726.01 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,132,111.11 | |
| 83. **Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $245,856.97 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,863,561.23 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $9,262,851.61 | |
| 88. **Real property.** *Copy line 56, Part 9.* ....................................................... → | | UNDETERMINED |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. **All other assets.** *Copy line 78, Part 11.*                               + | $5,542.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $17,617,470.53    + 91b. | UNDETERMINED |

92.   **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................... $17,617,470.53

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td><strong>Debtor name:</strong> YouFit Health Clubs, LLC</td></tr>
<tr><td><strong>United States Bankruptcy Court for the:</strong> District of Delaware</td></tr>
<tr><td><strong>Case number (if known):</strong> 20-12841</td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1.    Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2.    List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.1.    Creditor's name and address**

BGC LENDER AND LENDERS REP
CORTLAND CAPITAL MARKET SERVICES, LLC, AS COLLATERAL AGENT
ALTER DOMUS (US) LLC
225 W. WASHINGTON ST., 9TH FLOOR
CHICAGO IL 60606

**Creditor's email address, if known**

_____

Date debt was incurred: 4/16/2019

Last 4 digits of account number:

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

ALL ASSETS          $88,259,121.01    UNDETERMINED

**Describe the lien**

SENIOR SECURED LIEN

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts**
      **from the Additional Page, if any.**                               $88,259,121.01

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be
listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed,
copy this page.

|  | Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| 3.1. | HOLLAND & KNIGHT<br>PHILLIP W NELSON; JOSHUA M SPENCER; ANASTASIA M SOTIROPOULOS<br>150 N RIVERSIDE PLAZA STE 2700<br>CHICAGO IL 60606 | Line 2.1 | _____ |
| 3.2. | WINSTON & STRAWN<br>GREGORY M GARTLAND<br>200 PARK AVENUE<br>NEW YORK NY 10166 | Line 2.1 | _____ |
| 3.3. | WINSTON & STRAWN LLP<br>CAREY D SCHREIBER<br>200 PARK AVENUE<br>NEW YORK NY 10166 | Line 2.1 | _____ |
| 3.4. | WINSTON & STRAWN LLP<br>MICHAEL T LEARY<br>333 SOUTH GRAND AVE.,38TH FLOOR<br>LOS ANGELES CA 90071 | Line 2.1 | _____ |
| 3.5. | YOUNG CONAWAY STARGATT & TAYLOR LLP<br>JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIHILL<br>1000 NORTH KING ST<br>WILMINGTON DE 19801 | Line 2.1 | _____ |

| Fill in this information to identify the case: |
|---|
| **Debtor name:** YouFit Health Clubs, LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 20-12841 |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☒ Yes. Go to line 2.

2.    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ADAMS COUNTY TREASURER P.O. BOX 869 BRIGHTON CO 80601-0869 | ☐ Contingent | UNKNOWN | UNKNOWN |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | UNKNOWN |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** PROPERTY TAX | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | | | |

| 2.2. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ALABAMA DEPT OF REVENUE 50 N RIPLEY MONTGOMERY AL 36132 | ☐ Contingent | $49.28 | $49.28 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** OCT 1 - NOV 8, 2020 | **Basis for the claim:** SALES TAX | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | | | |

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| 2.3. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ANN HARRIS BENNETT TAX
ASSESSOR-COLLECTOR
TAX ASSESSOR-COLLECTOR
P.O. BOX 4622
HOUSTON TX 77210-4622

UNKNOWN (Total claim)    UNKNOWN (Priority amount)

☐ Contingent
☐ Unliquidated                     **Nonpriority amount**
☐ Disputed                          UNKNOWN

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                              PROPERTY TAX

**Last 4 digits of account number:**     **Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

☐ Yes

---

| 2.4. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ARAPAHOE COUNTY TREASURER
5334 S PRINCE ST.
LITTLETON CO 80120-1136

UNKNOWN (Total claim)    UNKNOWN (Priority amount)

☐ Contingent
☐ Unliquidated                     **Nonpriority amount**
☐ Disputed                          UNKNOWN

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                              PROPERTY TAX

**Last 4 digits of account number:**     **Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

☐ Yes

---

| 2.5. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ARIZONA DEPT OF REVENUE
EDUCATION AND COMPLIANCE
ATTN: EDUCATION AND COMPLIANCE
1600 W MONROE STREET
PHOENIX AZ 85007

$1,648.55 (Total claim)    $1,648.55 (Priority amount)

☐ Contingent
☐ Unliquidated                     **Nonpriority amount**
☐ Disputed                          $0.00

**Date or dates debt was incurred**      **Basis for the claim:**

OCT 1 - NOV 8, 2020                  SALES TAX

**Last 4 digits of account number:**     **Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

☐ Yes

Debtor    **YouFit Health Clubs, LLC**                                                    Case number *(if known)* **20-12841**

| 2.6. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BALTIMORE COUNTY, MD OFFICE: BUDGET & FINANCE 400 WASHINGTON AVE, ROOM 152 TOWSON MD 21204-4665 | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | UNKNOWN | UNKNOWN |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.7.    **Priority creditor's name and mailing address**

BROWARD CNTY TAX COLLECTOR
115 S ANDREWS AVE #A100
FORT LAUDERDALE FL 33301-1895

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNKNOWN | UNKNOWN |

**Nonpriority amount**

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.8.    **Priority creditor's name and mailing address**

CHARLES W. THOMAS, PINELLAS CNTY TAX COLLECTOR
PINELLAS COUNTY TAX COLLECTOR
P. O. BOX 6340
CLEARWATER, FL 33758

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNKNOWN | UNKNOWN |

**Nonpriority amount**

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| | | |
|---|---|---|
| 2.9. | **Priority creditor's name and mailing address** | |

CHARLOTTE CNTY TAX COLLECTOR
18500 MURDOCK CIRCLE
SUTE 203
PORT CHARLOTTE FL 33948

| Total claim | Priority amount |
|---|---|
| UNKNOWN | UNKNOWN |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| UNKNOWN |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

| | |
|---|---|
| 2.10. | **Priority creditor's name and mailing address** |

CHESTERFIELD COUNTY
PO BOX 26725
RICHMOND VA 23261-6725

| Total claim | Priority amount |
|---|---|
| UNKNOWN | UNKNOWN |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| UNKNOWN |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

| | |
|---|---|
| 2.11. | **Priority creditor's name and mailing address** |

CITY OF BALTIMORE MARYLAND
CITY OF BALTIMORE
200 HOLLIDAY STREET
BALTIMORE MD 21202-3618

| Total claim | Priority amount |
|---|---|
| UNKNOWN | UNKNOWN |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| UNKNOWN |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor    **YouFit Health Clubs, LLC**                                          Case number *(if known)* **20-12841**

---

| 2.12. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.12.

**Priority creditor's name and mailing address**

CITY OF GARLAND
COREY WORSHAM RTA
PO BOX 462010
GARLAND TX 75046-2020

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PROPERTY TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNKNOWN | UNKNOWN |
| | **Nonpriority amount** |
| | UNKNOWN |

---

2.13.

**Priority creditor's name and mailing address**

CITY OF MESQUITE TAX OFFICE
757 N. GALLOWAY AVENUE
MESQUITE TX 75149

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PROPERTY TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNKNOWN | UNKNOWN |
| | **Nonpriority amount** |
| | UNKNOWN |

---

2.14.

**Priority creditor's name and mailing address**

CITY OF SUWANEE
330 TOWN CENTER AVE
SUWANEE GA 30024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PROPERTY TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNKNOWN | UNKNOWN |
| | **Nonpriority amount** |
| | UNKNOWN |

---

Debtor   **YouFit Health Clubs, LLC**                                   Case number *(if known)* **20-12841**

| 2.15. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CLAYTON COUNTY TAX COMMISSIONER 121 S MCDONOUGH STREET JONESBORO, GA 30236 | ☐ Contingent ☐ Unliquidated ☐ Disputed | UNKNOWN | UNKNOWN |
| | | | | **Nonpriority amount** |
| | | | | UNKNOWN |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** PROPERTY TAX | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | | | |

| 2.16. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | COBB COUNTY PO BOX 100127 MARIETTA GA 30061-7027 | ☐ Contingent ☐ Unliquidated ☐ Disputed | UNKNOWN | UNKNOWN |
| | | | | **Nonpriority amount** |
| | | | | UNKNOWN |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** PROPERTY TAX | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | | | |

| 2.17. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | DALLAS COUNTY TAX OFFICE COLLECTOR DALLAS COUNTY TAX OFFICE P.O. BOX 139066 DALLAS TX 75313-9066 | ☐ Contingent ☐ Unliquidated ☐ Disputed | UNKNOWN | UNKNOWN |
| | | | | **Nonpriority amount** |
| | | | | UNKNOWN |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** PROPERTY TAX | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | | | |

Debtor   **YouFit Health Clubs, LLC**                                                    Case number *(if known)* **20-12841**

| 2.18. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | DALLAS COUNTY TAX OFFICE - ADD'L (RE TAXES) COLLECTOR DALLAS COUNTY TAX OFFICE P.O. BOX 139066 DALLAS TX 75313-9066 | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | UNKNOWN | UNKNOWN **Nonpriority amount** UNKNOWN |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY TAX

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.19. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | DESOTO COUNTY TAX COLLECTOR JOEY TREADWAY 365 LOSHER ST #110 HERNANDO MS 38632 | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | UNKNOWN | UNKNOWN **Nonpriority amount** UNKNOWN |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY TAX

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.20. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | DORIS MALOY, TAX COLLECTOR P.O. BOX 1835 TALLAHASSEE FL 32302-1835 | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | UNKNOWN | UNKNOWN **Nonpriority amount** UNKNOWN |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY TAX

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **YouFit Health Clubs, LLC**    Case number *(if known)* **20-12841**

---

**2.21.** **Priority creditor's name and mailing address**

DOUG BELDEN, TAX COLLECTOR
(HILLSBOROUGH CNTY TAX
COLLECTOR)
PO BOX 30012
TAMPA FL 33630-3012

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PROPERTY TAX

**Is the claim subject to offset?**

☑ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| UNKNOWN | UNKNOWN |

| | Nonpriority amount |
|---|---|
| | UNKNOWN |

---

**2.22.** **Priority creditor's name and mailing address**

DUVAL COUNTY TAX COLLECTOR
MICHAEL CORRIGAN
PO BOX 44009
JACKSONVILLE FL 32231-4009

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PROPERTY TAX

**Is the claim subject to offset?**

☑ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| UNKNOWN | UNKNOWN |

| | Nonpriority amount |
|---|---|
| | UNKNOWN |

---

**2.23.** **Priority creditor's name and mailing address**

FLORIDA DEPT OF REVENUE
MARSANNE PETTY - LAKE CITY
SERVICE CENTER
1415 W US HWY 90 STE 115
LAKE CITY FL 32055

**Date or dates debt was incurred**

OCT 1 - NOV 8, 2020

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

SALES TAX

**Is the claim subject to offset?**

☑ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $294,014.40 | $294,014.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| 2.24. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | FULTON COUNTY TAX COMMISSIONER ARTHUR E. FERDINAND P.O. BOX 105052 ATLANTA GA 30348-5052 | *Check all that apply.* | UNKNOWN | UNKNOWN |

☐ Contingent

☐ Unliquidated

**Nonpriority amount**

☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

☐ Yes

---

| 2.25. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GARLAND INDEPENDENT SCHOOL DIST. DENISE HOLMES, RTA P.O. BOX 461407 GARLAND TX 75046-1407 | *Check all that apply.* | UNKNOWN | UNKNOWN |

☐ Contingent

☐ Unliquidated

**Nonpriority amount**

☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

☐ Yes

---

| 2.26. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GEORGIA DEPT OF REVENUE P. O. BOX 740391 ATLANTA GA 30374-0391 | *Check all that apply.* | $566.26 | $566.26 |

☐ Contingent

☐ Unliquidated

**Nonpriority amount**

☐ Disputed

$0.00

**Date or dates debt was incurred**

OCT 1 - NOV 8, 2020

**Basis for the claim:**

SALES TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

☐ Yes

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| | | |
|---|---|---|
| 2.27. | **Priority creditor's name and mailing address** | |

| | Total claim | Priority amount |
|---|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN |

GREGORY BAKER-DOUGLAS TAX
COUNTY COMMISSIONER
PO BOX 1177
DOUGLASVILLE GA 30133

☐ Contingent
☐ Unliquidated

**Nonpriority amount**

☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

☐ Yes

---

2.28.    **Priority creditor's name and mailing address**

| | Total claim | Priority amount |
|---|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN |

GWINNETT COUNTY TAX
COMMISSIONER
POST OFFICE BOX 372
LAWRENCEVILLE GA 30046

☐ Contingent
☐ Unliquidated

**Nonpriority amount**

☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

☐ Yes

---

2.29.    **Priority creditor's name and mailing address**

| | Total claim | Priority amount |
|---|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN |

JEFFERSON PARISH SHERIFF'S OFFICE
SALES TAX DIVISION
PO BOX 248
GRETNA LA 70054

☐ Contingent
☐ Unliquidated

**Nonpriority amount**

☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

☐ Yes

Debtor    **YouFit Health Clubs, LLC**                                      Case number *(if known)* **20-12841**

| 2.30. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.30. | **Priority creditor's name and mailing address**

JOEL M. GREENBERG, SEMINOLE COUNTY TAX COLLECTOR
PO BOX 630
SANFORD FL 32772-0630

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNKNOWN | UNKNOWN |

| | **Nonpriority amount** |
|---|---|
| | UNKNOWN |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.31. | **Priority creditor's name and mailing address**

JOHN POWER, TAX COLLECTOR (ALACHUA CNTY)
5830 NW 34TH BLVD
GAINSVILLE FL 32653-2115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNKNOWN | UNKNOWN |

| | **Nonpriority amount** |
|---|---|
| | UNKNOWN |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.32. | **Priority creditor's name and mailing address**

KEN BURTON, JR, MANATEE COUNTY TAX COLLECTOR
PO BOX 25300
BRADENTON FL 34206-5300

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNKNOWN | UNKNOWN |

| | **Nonpriority amount** |
|---|---|
| | UNKNOWN |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor    **YouFit Health Clubs, LLC**                                                      Case number *(if known)* **20-12841**

| | | |
|---|---|---|
| 2.33. | **Priority creditor's name and mailing address** | |

**Priority creditor's name and mailing address**

KENNETH L. MAUN-COLLIN COUNTY TAX COLLECTOR COLLIN COUNTY P.O. BOX 8046 MCKINNEY TX 75070-8046

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PROPERTY TAX

**Is the claim subject to offset?**

☑ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| UNKNOWN | UNKNOWN |

| | Nonpriority amount |
|---|---|
| | UNKNOWN |

---

2.34.    **Priority creditor's name and mailing address**

LOUISIANA DEPT OF REV. 900 MURRAY ST. ALEXANDRIA LA 71301

**Date or dates debt was incurred**

OCT 1 - NOV 8, 2020

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

SALES TAX

**Is the claim subject to offset?**

☑ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $12,671.91 | $12,671.91 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.35.    **Priority creditor's name and mailing address**

MADISON COUNTY TAX COLLECTOR 100 NORTH SIDE SQUARE HUNTSVILLE AL 35801-4820

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PROPERTY TAX

**Is the claim subject to offset?**

☑ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| UNKNOWN | UNKNOWN |

| | Nonpriority amount |
|---|---|
| | UNKNOWN |

Debtor   **YouFit Health Clubs, LLC**                                                                    Case number *(if known)* **20-12841**

| 2.36. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.36.**

**Priority creditor's name and mailing address**

MARICOPA COUNTY TREASURER
P. O. BOX 52133
PHONEIX AZ 85072-2133

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

PROPERTY TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNKNOWN | UNKNOWN |
| | **Nonpriority amount** |
| | UNKNOWN |

---

**2.37.**

**Priority creditor's name and mailing address**

MARICOPA COUNTY TREASURER (RE TAXES)
P. O. BOX 52133
PHONEIX AZ 85072-2133

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

PROPERTY TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNKNOWN | UNKNOWN |
| | **Nonpriority amount** |
| | UNKNOWN |

---

**2.38.**

**Priority creditor's name and mailing address**

MARYLAND DEPT. OF REVENUE
PO BOX 8888
ANNAPOLIS MD 21401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

OCT 1 - NOV 8, 2020

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

SALES TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $244.16 | $244.16 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **YouFit Health Clubs, LLC**                                   Case number *(if known)* **20-12841**

| | | |
|---|---|---|
| 2.39. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**Priority creditor's name and mailing address**

MIAMI-DADE CNTY TAX COLLECTOR
140 W FLAGER ST 14TH FLOOR
MIAMI FL 33130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNKNOWN | UNKNOWN |

**Nonpriority amount**

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.40.    **Priority creditor's name and mailing address**

MIAMI-DADE CNTY TAX COLLECTOR
(2ND AVE)
200 NW 2ND AVENUE
MIAMI FL 33128

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNKNOWN | UNKNOWN |

**Nonpriority amount**

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.41.    **Priority creditor's name and mailing address**

MIAMI-DADE TAX COLLECTOR?
140 W FLAGER ST 14TH FLOOR
MIAMI FL 33130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNKNOWN | UNKNOWN |

**Nonpriority amount**

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor   **YouFit Health Clubs, LLC**                                          Case number *(if known)* **20-12841**

| 2.42. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.42.

**Priority creditor's name and mailing address**

MICHELLE FRENCH-DENTON COUNTY TAX ASSESSOR
MICHELLE FRENCH
P.O. BOX 90223
DENTON TX 76202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PROPERTY TAX

**Is the claim subject to offset?**

☒ No

☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNKNOWN | UNKNOWN |
| | **Nonpriority amount** |
| | UNKNOWN |

---

2.43.

**Priority creditor's name and mailing address**

NORTH PROVIDENCE TOWN HALL
2000 SMITH ST
NORTH PROVIDENCE RI 02911

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PROPERTY TAX

**Is the claim subject to offset?**

☒ No

☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNKNOWN | UNKNOWN |
| | **Nonpriority amount** |
| | UNKNOWN |

---

2.44.

**Priority creditor's name and mailing address**

PASCO COUNTY TAX COLLECTOR
MIKE FASANO
PO BOX 276
DADE CITY FL 33526-0276

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PROPERTY TAX

**Is the claim subject to offset?**

☒ No

☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNKNOWN | UNKNOWN |
| | **Nonpriority amount** |
| | UNKNOWN |

Debtor    **YouFit Health Clubs, LLC**

Case number *(if known)* **20-12841**

| 2.45. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.45.  **Priority creditor's name and mailing address**

PENNSYLVANIA DEPARTMENT OF REVENUE
PO BOX 280504
HARRISBURG PA 17128-0504

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $67.98

**Priority amount**  $67.98

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

OCT 1 - NOV 8, 2020

**Basis for the claim:**

SALES TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.46.  **Priority creditor's name and mailing address**

RICHARDSON ISD TAX OFFICE - RISD
420 S GREENVILLE AVE
RICHARDSON TX 75081

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  UNKNOWN

**Priority amount**  UNKNOWN

**Nonpriority amount**

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.47.  **Priority creditor's name and mailing address**

RICHARDSON ISD TAX OFFICE - RISD - ADD'L (RE TAXES)
420 S GREENVILLE AVE
RICHARDSON TX 75081

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  UNKNOWN

**Priority amount**  UNKNOWN

**Nonpriority amount**

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROPERTY TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor    **YouFit Health Clubs, LLC**                                          Case number *(if known)* **20-12841**

| | | | |
|---|---|---|---|
| 2.48. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

2.48.

**Priority creditor's name and mailing address**

SCOTT RANDOLPH, TAX COLLECTOR (ORANGE CNTY)
PO BOX 545100
ORLANDO FL 32854

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PROPERTY TAX

**Is the claim subject to offset?**

☒ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| UNKNOWN | UNKNOWN |
| | **Nonpriority amount** |
| | UNKNOWN |

---

2.49.

**Priority creditor's name and mailing address**

TARRANT CNTY TAX ASSESSOR-COLLECTOR
WENDY BURGESS
PO BOX 861018
FORT WORTH TX 76161-0018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PROPERTY TAX

**Is the claim subject to offset?**

☒ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| UNKNOWN | UNKNOWN |
| | **Nonpriority amount** |
| | UNKNOWN |

---

2.50.

**Priority creditor's name and mailing address**

TAX COLLECTOR BARBARA FORD-COATES (SARASOTA CNTY)
BARBARA FORD-COATES
101 S WASHINGTON BLVD
SARASOTA FL 34236-6993

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PROPERTY TAX

**Is the claim subject to offset?**

☒ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| UNKNOWN | UNKNOWN |
| | **Nonpriority amount** |
| | UNKNOWN |

Debtor    **YouFit Health Clubs, LLC**                                            Case number *(if known)* **20-12841**

| 2.51. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.51.  **Priority creditor's name and mailing address**

TAX COLLECTOR, PALM BEACH COUNTY
CONSTITUTIONAL TAX COLLECTOR
PO BOX 3353
WEST PALM BEACH FL 33402-3353

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PROPERTY TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNKNOWN | UNKNOWN |
|  | **Nonpriority amount** |
|  | UNKNOWN |

---

2.52.  **Priority creditor's name and mailing address**

TEXAS DEPARTMENT OF REVENUE
PO BOX 13528
AUSTIN TX 78711-3528

**Date or dates debt was incurred**

OCT 1 - NOV 8, 2020

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

SALES TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $26,506.96 | $26,506.96 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

2.53.  **Priority creditor's name and mailing address**

VIRGINIA DEPARTMENT OF REVENUE
1957 WESTMORELAND STREET
RICHMOND VA 23230

**Date or dates debt was incurred**

OCT 1 - NOV 8, 2020

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

SALES TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $186.17 | $186.17 |
|  | **Nonpriority amount** |
|  | $0.00 |

Debtor    **YouFit Health Clubs, LLC**                                Case number *(if known)* **20-12841**

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ABOVE AND BEYOND FITNESS REPAIR, LLC 2473 S HIGLEY RD STE 104-107 GILBERT AZ 85295 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $80.00 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EQUIP REP | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.2. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | AGUA CALIENTE INVESTMENTS III, LLC SACKS TIERNEY PA MICHAEL J HARRIS ESQ RANDY NUSSBAUM ESQ 4250 NORTH DRINKWATER BLVD 4TH FL SCOTTSDALE AZ 85251 | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNKNOWN |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.3. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | AGUILAR, JUANITA MORGAN AND MORGAN JOSEPH ANTHONY KOPACZ 201 N FRANKLIN ST 7TH FLOOR TAMPA FL 33602 | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNKNOWN |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

Debtor    **YouFit Health Clubs, LLC**                                                    Case number *(if known)* **20-12841**

---

| 3.4. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALL STAR LOCK'N DOOR
3423 W WOOLBRIGHT ROAD
BOYNTON BEACH FL 33436

☐ Contingent
☐ Unliquidated
☐ Disputed

$166.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDESVC

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.5. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERICAN EXPRESS
PO BOX 650448
DALLAS TX 75265-0448

☐ Contingent
☐ Unliquidated
☐ Disputed

$703.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AMEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.6. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERICAN FITNESS WHOLESALERS
455 W 21ST STREET
SUITE 107
TEMPE AZ 85282

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,044.72

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PURCHASES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **YouFit Health Clubs, LLC**                                   Case number *(if known)* **20-12841**

| | | |
|---|---|---|

3.7.   **Nonpriority creditor's name and mailing address**

AT&T - 105503
P O BOX 105503
ATLANTA GA 30348-5503

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

UTILITIES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$145.61

---

3.8.   **Nonpriority creditor's name and mailing address**

AT&T - 5014
P O BOX 5014
CAROL STREAM IL 60197-5014

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

UTILITIES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$98.14

---

3.9.   **Nonpriority creditor's name and mailing address**

AT&T MOBILITY 6463
P O BOX 6463
CAROL STREAM IL 60197-6463

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

UTILITIES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$7.87

Debtor    **YouFit Health Clubs, LLC**                                                Case number *(if known)* **20-12841**

| 3.10. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ATO CORP
13010 RIDGELINE BLVD APT 3109
CEDAR PARK TX 78613

☐ Contingent
☐ Unliquidated
☐ Disputed

$16,928.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OUTSIDESVC

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.11. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AXIS SATELLITE & HOME THEATER
5790 ENTERPRISE PARKWAY
FORT MYERS FL 33905

☐ Contingent
☐ Unliquidated
☐ Disputed

$9,521.76

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CAPX FURN

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.12. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BALL, FAY
KEITH HERBERT
PO BOX 6465
MCKINNEY TX 75071

☒ Contingent
☒ Unliquidated
☒ Disputed

UNKNOWN

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **YouFit Health Clubs, LLC**                                          Case number *(if known)* **20-12841**

| 3.13. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BALLESTER-BERMUDEZ, BEATRIZ<br>Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNKNOWN |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>RETENTION / SEVERANCE AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.14. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BALTHAZAR, MARCIA<br>3109 PEMBROOK DRIVE<br>ORLANDO FL 32810-2240 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNKNOWN |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.15. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BERKS-STROSS, CHRISTY<br>5405 LEILANI DR<br>ST PETE BEACH FL 33706 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNKNOWN |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **YouFit Health Clubs, LLC**                                                                  Case number *(if known)* **20-12841**

| | | |
|---|---|---|
| **3.16.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.16.**

**Nonpriority creditor's name and mailing address**

B-FIT HEALTH CLUB, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.17.**

**Nonpriority creditor's name and mailing address**

BINDOR KILLIAN LLC
HORIZON PROPERTIES
18610 NW 87TH ST
STE 204
MIAMI FL 33015

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNKNOWN

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.18.**

**Nonpriority creditor's name and mailing address**

BLANK, JASON
EDWARDS POTTINGER LLC
SETH LEHRMAN
425 NORTH ANDREWS AVE
STE 2
FORT LAUDERDALE FL 33301

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNKNOWN

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **YouFit Health Clubs, LLC**                                            Case number *(if known)* **20-12841**

| | | |
|---|---|---|
| 3.19. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.19.   **Nonpriority creditor's name and mailing address**

BLUMIN-HIGHPOINT LTD
DAVID & GOODMAN
CLINTON J. DAVID
TWO LINCOLN CENTRE
5420 LBJ FREEWAY STE 1200
DALLAS TX 75248

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNKNOWN

---

3.20.   **Nonpriority creditor's name and mailing address**

BRENT ALLAR
119 CONDOR VIEW
WEATHERFORD TX 76087

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

T&E

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$298.34

---

3.21.   **Nonpriority creditor's name and mailing address**

CARCO GROUP, INC.
5000 CORPORATE COURT
SUITE 203
HOLTSVILLE NY 11742

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CAPX LHI

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,588.38

Debtor    **YouFit Health Clubs, LLC**                                                        Case number *(if known)* **20-12841**

| | | |
|---|---|---|
| **3.22.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.22.** | **Nonpriority creditor's name and mailing address**

CASTANO-PEREZ, LILIANA
C/O JUAN ASCONAPE, ESQ.
7111 FAIRWAY DR
STE 105
PALM BEACH GARDENS FL 33418

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNKNOWN

---

**3.23.** | **Nonpriority creditor's name and mailing address**

CBIZ MHM, LLC
PO BOX 953152
ST LOUIS MO 63195-3152

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CAPX FURN

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$5,950.00

---

**3.24.** | **Nonpriority creditor's name and mailing address**

CBRE, INC.
CBRE - 608844
PO BOX 848844
LOS ANGELES CA 90084-8844

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PROF FEES

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$16,067.00

---

Debtor    **YouFit Health Clubs, LLC**                                Case number *(if known)* **20-12841**

| | | | |
|---|---|---|---|
| 3.25. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

CERTIFIED COFFEE SERVICE, INC
PO BOX 23805
FORT LAUDERDALE FL 33304

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,084.35

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDESVC

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.26. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

CLELLAND, KATHERINE
1401 SE 4TH AVENUE
POMPANO BEACH FL 33060-9302

☒ Contingent
☒ Unliquidated
☒ Disputed

UNKNOWN

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.27. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

CLOUD-ONSITE TECHNOLOGIES INC
18851 NE 29 AVE SUITE 700-143
AVENTURA FL 33180

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,473.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

MISC

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| | | |
|---|---|---|
| **3.28.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.28.**

**Nonpriority creditor's name and mailing address**

CMS/NEXTECH
1045 S JOHN RODES BLVD
MELBOURNE FL 32904

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

OUTSIDESVC

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$11,213.99

---

**3.29.**

**Nonpriority creditor's name and mailing address**

COMCAST 530098
PO BOX 530098
ATLANTA GA 30353-0098

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

UTILITIES

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,055.67

---

**3.30.**

**Nonpriority creditor's name and mailing address**

COMMONWEALTH FITNESS SOLUTIONS
6260 FIRE LANE
MECHANICSVILLE VA 23116

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

EQUIP REP

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$3,520.60

---

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| | | |
|---|---|---|
| 3.31. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.31. | **Nonpriority creditor's name and mailing address**

CONSUMER LAW ATTORNEYS CORP
CHRISTOPHER HIXON, ESQ.
2727 ULMERTON RD
STE 270
CLEARWATER FL 33762

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNKNOWN

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.32. | **Nonpriority creditor's name and mailing address**

COTTRELL, DIANE
6130 N MARSHALL ST
PHILADELPHIA PA 19120

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNKNOWN

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.33. | **Nonpriority creditor's name and mailing address**

DAASLY, INC
8004 NW 154 STREET, #632
MIAMI LAKES FL 33016

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$20,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

MISC

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| | | |
|---|---|---|
| 3.34. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.34.    **Nonpriority creditor's name and mailing address**

DAVIS, KURT
RUSSEL A WADE III PA
PO BOX 172
LAKE BUTLER FL 32054-0172

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNKNOWN

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.35.    **Nonpriority creditor's name and mailing address**

DEX IMAGING LLC
PO BAX 17454
CLEAR WATER FL 33762

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,043.38

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OFC & COMP

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.36.    **Nonpriority creditor's name and mailing address**

DOCUGREEN CORPORATION
1809 E BROADWAY STREET # 333
OVIEDO FL 32765

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$60.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OUTSIDESVC

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| 3.37. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | EAST COAST CONSTRUCTION AND REMODELING SERVICES CORP<br>6154 NW 19TH ST<br>MARGATE FL 33063 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,942.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>OUTSIDESVC | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.38. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | EUROPA SPORTS PRODUCTS<br>PO BOX 117200<br>ATLANTA GA 30368-7200 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $99,642.96 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>PURCHASES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.39. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | EVOLUTION RESTORATION SERVICES<br>17111 SW 115 AVE<br>MIAMI FL 33157 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18,006.80 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>OUTSIDESVC | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **YouFit Health Clubs, LLC**                                        Case number *(if known)* **20-12841**

| | | |
|---|---|---|
| 3.40. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

FIRST FITNESS REPAIR & SALES
3828 ASHWICK CT APT 106
PALM HARBOR FL 34685

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,263.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

EQUIP REP

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.41. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

FIT MASTERS
800 OCALA RD 300-273
TALLAHASSEE FL 32304

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$571.59

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

EQUIP REP

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.42. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

FITNESS LOGIC
380 SCARLET BLVD
OLDSMAR FL 34677

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$864.92

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

EQUIP REP

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| 3.43. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FITNESS SERVICES OF FLORIDA INC
4220 NW 120TH AVE
CORAL SPRINGS FL 33065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
EQUIP REP

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,302.31

---

| 3.44. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FITNESS SOURCE
2041 SW 70TH AVENUE D-10
DAVIE FL 33317

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
EQUIP REP

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,773.14

---

| 3.45. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FITNESSMITH INC
3610 QUANTUM BLVD
BOYNTON BEACH FL 33426

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
CAPX FITEQ

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,027.58

---

Debtor    **YouFit Health Clubs, LLC**                                          Case number *(if known)* **20-12841**

---

**3.46.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

FITSERVE MORGAN INTERPRISES, INC
102 WILLIAMS ROAD
MADISONVILLE LA 70447

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,862.77

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

EQUIP REP

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.47.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

FIVE B-FIT, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.48.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

FLORIDA DEPARTMENT OF STATE
500 S. BRONOUGH ST.
TALLAHASSEE FL 32399

☐ Contingent
☐ Unliquidated
☐ Disputed

$120.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LIC & FEES

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **YouFit Health Clubs, LLC**                                   Case number *(if known)* **20-12841**

| 3.49. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FOUR B-FIT, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.50. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FPL
GENERAL MAIL FACILITY
MIAMI FL 33188-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,818.14

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.51. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FREDERICK FOX
602 HOLLOWS CIRCLE
DEERFIELD BEACH FL 33442

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,400.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROF FEES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **YouFit Health Clubs, LLC**                                       Case number *(if known)* **20-12841**

| 3.52. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FREEMOTION FITNESS
P.O. BOX 734122
CHICAGO IL 60673-4122

☐ Contingent
☐ Unliquidated
☐ Disputed

$65.74

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CAPX FITEQ

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.53. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FRONTLINE FITNESS EQUIPMENT
380 JEFFERSON BLVD., UNIT F
WARWICK RI 02886

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,212.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CAPX FITEQ

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.54. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GALER TECH, INC
773 NANTUCKET CIRCLE
LAKE WORTH FL 33467

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,055.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

EQUIP REP

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 36 of 108

Debtor    **YouFit Health Clubs, LLC**                                                                Case number *(if known)* **20-12841**

| | | |
|---|---|---|
| 3.55. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.55.**

**Nonpriority creditor's name and mailing address**

GARCES, CARMEN
2955 SW 78TH AVE
MIAMI FL 33155

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNKNOWN

---

**3.56.**

**Nonpriority creditor's name and mailing address**

GATOR ANTOINE PARTNERS LLLP
BUCK KEENAN
J ROBIN LINDLEY ESQ
2229 SAN FELIPE RD
STE 1000
HOUSTON TX 77019

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNKNOWN

---

**3.57.**

**Nonpriority creditor's name and mailing address**

GATOR FLOWER MOUND LLC
BUCK KEENAN LLP
J ROBIN LINDLEY ESQ
2229 SAN FELIPE RD
STE 1000
HOUSTON TX 77019

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNKNOWN

Debtor   **YouFit Health Clubs, LLC**                                                   Case number *(if known)* **20-12841**

| | | | |
|---|---|---|---|
| 3.58. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | GIFT CARDS VARIOUS | ☐ Contingent ☐ Unliquidated ☑ Disputed | UNKNOWN |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** GIFT CARDS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.59. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | GONZALEZ, JULIA LAW OFFICE OF ROBERT N PELIER PA ROBERT NELSON PELIER 4649 PONCE DE LEON BLVD STE 301 CORAL GABLES FL 33146-2118 | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNKNOWN |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.60. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | GOOGLE, INC DEPT 33654 PO BOX 39000 SAN FRANCISCO CA 94139 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $24,719.47 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** ADV | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

Debtor    **YouFit Health Clubs, LLC**                                                    Case number *(if known)* **20-12841**

| 3.61. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HALPERIN, CYDNEY
14 NE 1ST AVE
MIAMI FL 33132

☑ Contingent
☑ Unliquidated
☑ Disputed

UNKNOWN

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.62. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HALPERIN, CYDNEY
20900 NE 30TH AVE 417
AVENTURA FL 33180

☑ Contingent
☑ Unliquidated
☑ Disputed

UNKNOWN

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.63. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HALPERIN, CYDNEY
31 SAMANA DR
MIAMI FL 33133

☑ Contingent
☑ Unliquidated
☑ Disputed

UNKNOWN

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| | | |
|---|---|---|
| **3.64.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

HALPERIN, CYDNEY
700 71ST ST
MIAMI BEACH FL 33141

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNKNOWN

---

| | | |
|---|---|---|
| **3.65.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

HALPERIN, CYDNEY
KAUFMAN PA
AVI ROBERT KAUFMAN
31 SAMANA DR
MIAMI FL 33133

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNKNOWN

---

| | | |
|---|---|---|
| **3.66.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

HALPERIN, JILLIAN
10493 MARSH ST
WELLINGTON FL 33414

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNKNOWN

---

Debtor    **YouFit Health Clubs, LLC**                                                    Case number *(if known)* **20-12841**

| 3.67. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HELINGER ADVERTISING
4201 CENTRAL AVE
ST PETERSBURG FL 33713

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,427.19

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ADV

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.68. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HGI TECHNOLOGIES
1000 PARK CENTRE BLVD SUITE 128
MIAMI GARDENS FL 33169

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,628.70

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OFC & COMP

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.69. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HIRETECH
200 WESTLAKE PARK PLAZA
SUITE 501
HOUSTON TX 77079

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,027.65

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROF FEES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **YouFit Health Clubs, LLC**                                                      Case number *(if known)* **20-12841**

| | |
|---|---|
| **3.70.** | **Nonpriority creditor's name and mailing address** |

3.70.  **Nonpriority creditor's name and mailing address**

HORIZON AIR CONDITIONING INC
2501 WESTGATE AVE
#6
WEST PALM BEACH FL 33409

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CAPX LHI

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$5,394.00

---

3.71.  **Nonpriority creditor's name and mailing address**

HORNE, DARREN
435 E. CHEYENNE RD.
SAN TAN VALLEY AZ 85143

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNKNOWN

---

3.72.  **Nonpriority creditor's name and mailing address**

IAN BURLEY
1905 LENNOX DR
UNIT 74
ELDERSBURG MD 21784

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

T&E

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$162.16

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| 3.73. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

IGT MEDIA HOLDINGS INC
8395 NE 2ND AVE
MIAMI FL 33138

☐ Contingent
☐ Unliquidated
☐ Disputed

$24,311.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ADV

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.74. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

IGT MEDIA HOLDINGS, INC.
ATTN RICHARD ROTH PRESIDENT
8395 NE 2ND AVE
MIAMI FL 33138

☐ Contingent
☐ Unliquidated
☑ Disputed

UNKNOWN

**Date or dates debt was incurred**

_____

**Basis for the claim:**

SETTLEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.75. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

IMAGENET CONSULTING OF TAMPA LLC
913 NORTH BROADWAY AVE
OKLAHOMA CITY OK 73102

☐ Contingent
☐ Unliquidated
☐ Disputed

$328.93

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CAPX LHI

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **YouFit Health Clubs, LLC**                                                           Case number *(if known)* **20-12841**

| | | |
|---|---|---|
| 3.76. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

IPROMOTEU
DEPT LA 23232
PASADENA CA 91185-3232

**Amount of claim**

$34,060.01

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ADV

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.77.    **Nonpriority creditor's name and mailing address**

IRON GRIP BARBELL COMPANY, INC
4012 GARRY AVE
SANTA ANA CA 92704-6300

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

$1,728.35

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CAPX FITEQ

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.78.    **Nonpriority creditor's name and mailing address**

JOHNSON HEALTH TECH NA INC
1600 LANDMARK DRIVE
COTTAGE GROVE WI 53527

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

$2,126.76

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

EQUIP REP

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **YouFit Health Clubs, LLC**                                          Case number *(if known)* **20-12841**

---

3.79. **Nonpriority creditor's name and mailing address**

JOHNSON, FAWN
PAPA AND GIPE PA
R STANLEY GIPE
1724 GULF TO BAY BLVD
CLEARWATER FL 33755

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNKNOWN |

---

3.80. **Nonpriority creditor's name and mailing address**

JOHNSON, JESSICA
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

RETENTION / SEVERANCE AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNKNOWN |

---

3.81. **Nonpriority creditor's name and mailing address**

JULIANELLI, ROGER
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

RETENTION / SEVERANCE AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNKNOWN |

Debtor    **YouFit Health Clubs, LLC**                                                    Case number *(if known)* **20-12841**

| 3.82. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KALYVAS GROUP, LLC
111 SECOND AVE NE
SUITE 702
ST PETERSBURG FL 33701

☐ Contingent
☐ Unliquidated
☐ Disputed

$608.06

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.83. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

L2 FUTURE CAPITAL LLC
VINCENT SERAFINO
RICHARD G DAFOE
1601 ELM ST
STE 4100
DALLAS TX 75201

☒ Contingent
☒ Unliquidated
☒ Disputed

UNKNOWN

**Date or dates debt was incurred**

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.84. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LAMBETA, AMANDA
1621 TOTEM POLE WAY
LUTZ FL 33559-8681

☒ Contingent
☒ Unliquidated
☒ Disputed

UNKNOWN

**Date or dates debt was incurred**

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| 3.85. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LETO LAW FIRM
201 SOUTH BISCAYNE BLVD
SUITE 2700
MIAMI FL 33131

☐ Contingent
☐ Unliquidated
☐ Disputed

$9,850.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LEGAL

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.86. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LIFE FITNESS, A DIVISION OF BRUNSWICK
CORPORATION
2716 NETWORK PLACE
CHICAGO IL 60673-1271

☐ Contingent
☐ Unliquidated
☐ Disputed

$22,962.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CAPX FITEQ

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.87. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LIME TIME, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **YouFit Health Clubs, LLC**                                          Case number *(if known)* **20-12841**

| | | |
|---|---|---|
| 3.88. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

LISTEN360, INC.
11625 RAINWATER DRIVE, SUITE 645
ALPHARETTA GA 30009

**Amount of claim**

$3,075.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

MISC

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.89.    **Nonpriority creditor's name and mailing address**

LOCAL MANAGEMENT
200 LINDELL BLVD
SUITE #914
DELRAY BEACH FL 33483

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$32,400.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ADV

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.90.    **Nonpriority creditor's name and mailing address**

LYNNWOOD PLACE STATION LLC
PO BOX 645414
PITTSBURGH PA 15264-5414

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$15,668.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| | | |
|---|---|---|
| 3.91. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

MANATEE INVESTMENTS III, LLC
SACKS TIERNEY PA
MICHAEL J HARRIS ESQ RANDY NUSSBAUM
ESQ
4250 NORTH DRINKWATER BLVD
4TH FL
SCOTTSDALE AZ 85251

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNKNOWN

---

3.92.    **Nonpriority creditor's name and mailing address**

MARKHAM & STEIN UNLIMITED, LLC
2424 SOUTH DIXIE HWY
MIAMI FL 33133

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ADV

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$73,909.50

---

3.93.    **Nonpriority creditor's name and mailing address**

MASTER CARD
PO BOX 100647
ATLANTA GA 30384-0647

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AMEX

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$12,025.38

Debtor    **YouFit Health Clubs, LLC**                                          Case number *(if known)* **20-12841**

| 3.94. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.94.  **Nonpriority creditor's name and mailing address**

MASTER MECHANICAL SERVICES
15181 NW 33RD PLACE
MIAMI FL 33054

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$11,850.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDESVC

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.95.  **Nonpriority creditor's name and mailing address**

MAYER, DAVID A
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

UNKNOWN

**Date or dates debt was incurred**

_____

**Basis for the claim:**

RETENTION / SEVERANCE AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.96.  **Nonpriority creditor's name and mailing address**

MCMAHAN GROUP LLC
PO BOX 20206
LOUISVILLE KY 40250-0206

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$153,986.93

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor    **YouFit Health Clubs, LLC**                                                      Case number *(if known)* **20-12841**

---

**3.97.**    **Nonpriority creditor's name and mailing address**

MEMBERSHIP AGREEMENTS
VARIOUS

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

MEMBERSHIP - UNEARNED REVENUE

**Is the claim subject to offset?**

☐ No

☐ Yes

| Amount of claim |
| --- |
| UNKNOWN |

---

**3.98.**    **Nonpriority creditor's name and mailing address**

MERRYMAN, RONALD P
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

RETENTION / SEVERANCE AGREEMENT

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| UNKNOWN |

---

**3.99.**    **Nonpriority creditor's name and mailing address**

MESSAGE MEDIA USA, INC
PO BOX 399197
SAN FRANCISCO CA 94139-9197

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

MISC

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $2,785.03 |

---

Debtor    **YouFit Health Clubs, LLC**                                      Case number *(if known)* **20-12841**

| | | |
|---|---|---|
| 3.100. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.100.   **Nonpriority creditor's name and mailing address**

NATIONAL GYM SUPPLY
PO BOX 748735
LOS ANGELES CA 90074-8735

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,522.67

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

EQUIP REP

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.101.   **Nonpriority creditor's name and mailing address**

NATURAL CLEAN SERVICE, INC
7672 COURTYARD RUN W
BOCA RATON FL 33433

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,868.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDESVC

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.102.   **Nonpriority creditor's name and mailing address**

NEKOLOFF, NICOLE M
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNKNOWN

**Date or dates debt was incurred**

_____

**Basis for the claim:**

RETENTION / SEVERANCE AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **YouFit Health Clubs, LLC**                                             Case number *(if known)* **20-12841**

| | | |
|---|---|---|
| 3.103. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.103.  **Nonpriority creditor's name and mailing address**

NEWMAN, LATISHA
1319 HELLERMAN STREET
PHILADELPHIA PA 19111-5506

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNKNOWN

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.104.  **Nonpriority creditor's name and mailing address**

NITEL, INC.
LOCKBOX DEPT 4929
CAROL STREAM IL 60122-4929

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$18,754.65

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.105.  **Nonpriority creditor's name and mailing address**

OAKES, ALLAN
628114 LAUREL OAK LN
ALTAMONTE SPRINGS FL 32701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNKNOWN

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| | | | |
|---|---|---|---|

**3.106.** **Nonpriority creditor's name and mailing address**

OCTANE FITNESS
PO BOX 101830
PASADENA CA 91189-1830

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$387.24

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CAPX FITEQ

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.107.** **Nonpriority creditor's name and mailing address**

ONE BEAT CPR
3151 EXECUTIVE WAY
MIRAMAR, FL 33025

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,189.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CAPX FURN

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.108.** **Nonpriority creditor's name and mailing address**

PACHECO, JOSE
KENNEDY HODGES LLP
DON J FOTY
4409 MONTROSE BLVD
STE 200
HOUSTON TX 77006

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNKNOWN

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **YouFit Health Clubs, LLC**                                Case number *(if known)* **20-12841**

**3.109.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

PACHECO, JOSE
KENNEDY HODGES LLP
DON J FOTY
4409 MONTROSE BLVD
STE 200
HOUSTON TX 77006

☑ Contingent
☑ Unliquidated
☑ Disputed

UNKNOWN

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.110.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

PATRICE MILANI EXERCISE EQUIPMENT, INC.
6400 FRANKFORD AVENUE UNIT 21
BALTIMORE MD 21206

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,079.63

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

EQUIP REP

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.111.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

PEAK ACTIVITY LLC
1880 N CONGRESS AVE
SUITE 210
BOYNTON BEACH FL 33426

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,884.42

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ADV

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| | |
|---|---|

3.112.   **Nonpriority creditor's name and mailing address**

PERSONAL TRAINING ON THE NET
32107 LINDERO CANYON ROAD
SUITE 233
WESTLAKE VILLAGE CA 91361

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

LIC & FEES

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$3,276.00

---

3.113.   **Nonpriority creditor's name and mailing address**

POLYGLASS USA, INC.
DEPT 2663
PO BOX 122663
DALLAS TX 75312

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

RENT

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$7,275.80

---

3.114.   **Nonpriority creditor's name and mailing address**

POTTS, JASON
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

RETENTION / SEVERANCE AGREEMENT

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNKNOWN

---

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| | | |
|---|---|---|
| **3.115.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.115.    **Nonpriority creditor's name and mailing address**

POWELL AV LLC
10501 SIX MILE CYPRESS PARKWAY
SUITE 113
FORT MYERS FL 33966

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

OUTSIDESVC

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$3,167.84

---

3.116.    **Nonpriority creditor's name and mailing address**

PRECOR INC
PO BOX 3136
CAROL STREAM IL 60132-3136

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

EQUIP REP

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$331.42

---

3.117.    **Nonpriority creditor's name and mailing address**

PRO REVOLUTION
4471 N FEDERAL HWY, #212
POMPANO BEACH FL 33064

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

OUTSIDESVC

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$6,250.00

Debtor    **YouFit Health Clubs, LLC**                                      Case number *(if known)* **20-12841**

| 3.118. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PURCHASE POWER
PO BOX 371874
PITTSBURGH PA 15250-7874

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,250.57

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

MISC

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.119. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROBERT R. MCGILL AIR CONDITIONING, INC
333 SOUTH 3RD STREET
LANTANA FL 33462

☐ Contingent
☐ Unliquidated
☐ Disputed

$129.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OUTSIDESVC

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.120. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

S&S PAINTING AND WATERPROOFING LLC
2801 N POWERLINE ROAD
POMPANO BEACH FL 33069

☐ Contingent
☐ Unliquidated
☐ Disputed

$11,330.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OUTSIDESVC

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **YouFit Health Clubs, LLC**                                          Case number *(if known)* **20-12841**

| | |
|---|---|
| **3.121.** | **Nonpriority creditor's name and mailing address** |

**3.121.**

**Nonpriority creditor's name and mailing address**

SADA SYSTEMS, INC
5250 LANKERSHIM BLVD #620
NORTH HOLLYWOOD CA 91601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LIC & FEES

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$5,844.00

---

**3.122.**

**Nonpriority creditor's name and mailing address**

SALTZMAN, GAYLE MARCY
8637 NW 82ND STREET
TAMARAC FL 33321-1615

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNKNOWN

---

**3.123.**

**Nonpriority creditor's name and mailing address**

SCOTT LEVITT
7539 GREENLAKE WAY
APT B
BOYNTON BEACH FL 33436

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

T&E

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$71.89

Debtor   **YouFit Health Clubs, LLC**                                          Case number *(if known)* **20-12841**

**3.124.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SCROGGINS, LARRY
LONG AND JEAN PA
LYLE LONG
1937 E ATLANTIC BLVD
STE 205
POMPANO BEACH FL 33060

UNKNOWN

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.125.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SECURITY SYSTEMS OF SOUTH FLORIDA
1440 CORAL RIDGE DRIVE
SUITE 497
CORAL SPRINGS FL 33071

$112.35

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MISC

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.126.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SEVEN B-FIT, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

UNKNOWN

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☑ Yes

Debtor    **YouFit Health Clubs, LLC**                                      Case number *(if known)* **20-12841**

| | | | |
|---|---|---|---|
| 3.127. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |

SIX B-FIT, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

| | | | |
|---|---|---|---|
| 3.128. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |

SMITH, STUART
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

_____

**Basis for the claim:**

RETENTION / SEVERANCE AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.129. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |

SNELL AIR CONDITIONING, INC
1449 BANKS ROAD
MARGATE FL 33063

☐ Contingent
☐ Unliquidated
☐ Disputed

$159.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDESVC

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 61 of 108

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| | | | |
|---|---|---|---|
| **3.130.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | SOUTH FLORIDA HEALTH AND FITNESS, INC.<br>1350 E. NEWPORT CENTER DR<br>SUITE 110<br>DEERFIELD BEACH FL 33442 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | INTERCOMPANY PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☐ No<br>☑ Yes | |

| | | | |
|---|---|---|---|
| **3.131.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | STAPLES CONTRACT & COMMERCIAL<br>PO BOX 105748<br>ATLANTA GA 30348-5748 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,577.07 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | OFC & COMP | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.132.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | STAR 2 STAR COMMUNICATIONS LLC<br>PO BOX 97231<br>LAS VEGAS NV 89193-731 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,892.58 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | UTILITIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| | | |
|---|---|---|

**3.133.**    **Nonpriority creditor's name and mailing address**

STEVENSON*MURI
MARK A ENGER
1531 NW 13TH CT
MIAMI FL 33125

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNKNOWN

---

**3.134.**    **Nonpriority creditor's name and mailing address**

STUMP, JACKLYN
MALLARD LAW FIRM PA
DAMIAN DAVID MALLARD
889 N WASHINGTON BLVD
SARASOTA FL 34236-4207

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNKNOWN

---

**3.135.**    **Nonpriority creditor's name and mailing address**

STUMPHAUZER FOSILD SLOMAN ROSS &
KOLAYA
ONE SE 3RD AVENUE SUITE 1820
MIAMI FL 33131

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LEGAL

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$9,900.00

Debtor  **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| | | | |
|---|---|---|---|
| 3.136. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

STYKU, LLC
5462 JILLSON ST
COMMERCE CA 90040

☐ Contingent
☐ Unliquidated
☐ Disputed

$29,880.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CAPX FITEQ

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.137. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

SUNSTATE AIR CONDITIONING AND HEATING, LLC
6636 35TH CT E
SARASOTA FL 34243

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,780.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OUTSIDESVC

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.138. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

THE HOME DEPOT PRO
P. O. BOX 404468
ATLANTA GA 30384-4468

☐ Contingent
☐ Unliquidated
☐ Disputed

$413.13

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OUTSIDESVC

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| | | | |
|---|---|---|---|
| 3.139. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

THE ULTIMATE SOFTWARE GROUP, INC
P.O. BOX 930953
ATLANTA GA 31193-0953

☐ Contingent
☐ Unliquidated
☐ Disputed

$500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROF FEES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.140. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

THOMPSON PEST CONTROL, INC
4911 NE 9 AVE SUITE # C
FORT LAUDERDALE FL 33334

☐ Contingent
☐ Unliquidated
☐ Disputed

$64.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDESVC

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.141. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

THREE B-FIT, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **YouFit Health Clubs, LLC**                                                      Case number *(if known)* **20-12841**

| | | | |
|---|---|---|---|
| 3.142. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

UNLIMITED PLUMBING INC
P.O. BOX 3953
BOCA RATON FL 33427

☐ Contingent

☐ Unliquidated

☐ Disputed

$100.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDESVC

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

| | | | |
|---|---|---|---|
| 3.143. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

US BANK EQUIPMENT FINANCE
PO BOX 790448
ST LOUIS MO 63179-0448

☐ Contingent

☐ Unliquidated

☐ Disputed

$1,915.43

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OFC & COMP

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

| | | | |
|---|---|---|---|
| 3.144. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

VARITECH LLC
1027 FLUSHING AVE
CLEARWATER FL 33764

☐ Contingent

☐ Unliquidated

☐ Disputed

$1,397.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LEGAL

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor   **YouFit Health Clubs, LLC**

Case number *(if known)* **20-12841**

---

| 3.145. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VERIZON - 660108
PO BOX 660108
DALLAS TX 75266-0108

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,084.26

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.146. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

W.W. GAY MECHANICAL CONTRACTOR, INC
524 STOCKTON STREET
JACKSONVILLE FL 32204

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,888.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDESVC

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.147. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WESSON, RICHARD S
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

_____

**Basis for the claim:**

RETENTION / SEVERANCE AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **YouFit Health Clubs, LLC**                                          Case number *(if known)* **20-12841**

---

**3.148.**  **Nonpriority creditor's name and mailing address**

W-PT ARVADA VII LLC
PINE TREE COMMERCIAL REALTY LLC
PROPERTY MANAGEMENT AND GENERAL
COUNSEL
40 SKOKIE BLVD STE 610
NORTHBROOK IL 60062

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNKNOWN

---

**3.149.**  **Nonpriority creditor's name and mailing address**

WW GAY MECHANICAL CONTRACTOR OF
ORLANDO INC.
3220 39TH SREET
ORLANDO FL 32839

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

OUTSIDESVC

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$41,646.83

---

**3.150.**  **Nonpriority creditor's name and mailing address**

YF ADMIN, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

---

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| 3.151. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.151.   **Nonpriority creditor's name and mailing address**

YF ARIZONA LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

---

3.152.   **Nonpriority creditor's name and mailing address**

YF AURORA, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

---

3.153.   **Nonpriority creditor's name and mailing address**

YF BETHANNY, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

---

Debtor    **YouFit Health Clubs, LLC**                                      Case number *(if known)* **20-12841**

**3.154.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.154.**

**Nonpriority creditor's name and mailing address**

YF BETHANY TOWNE CENTER, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

---

**3.155.**

**Nonpriority creditor's name and mailing address**

YF BOYNTON MALL, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

---

**3.156.**

**Nonpriority creditor's name and mailing address**

YF BUFORD, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

Debtor    **YouFit Health Clubs, LLC**                                                    Case number *(if known)* **20-12841**

**3.157.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

YF CACTUS VILLAGE, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.158.** **Nonpriority creditor's name and mailing address**

YF CARROLLWOOD, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.159.** **Nonpriority creditor's name and mailing address**

YF CHANDLER SOUTH, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **YouFit Health Clubs, LLC**                                      Case number *(if known)* **20-12841**

| | |
|---|---|
| 3.160. | **Nonpriority creditor's name and mailing address** |

YF CONCORD, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

---

| | |
|---|---|
| 3.161. | **Nonpriority creditor's name and mailing address** |

YF CORAL WAY II, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

---

| | |
|---|---|
| 3.162. | **Nonpriority creditor's name and mailing address** |

YF CORAL WAY, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| 3.163. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.163.  **Nonpriority creditor's name and mailing address**

YF DANIA POINTE LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

UNKNOWN

---

3.164.  **Nonpriority creditor's name and mailing address**

YF DEERFIELD, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

UNKNOWN

---

3.165.  **Nonpriority creditor's name and mailing address**

YF DOUGLASVILLE, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

UNKNOWN

Debtor   **YouFit Health Clubs, LLC**                                      Case number *(if known)* **20-12841**

| | | | |
|---|---|---|---|
| 3.166. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

YF DULUTH, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| | | | |
|---|---|---|---|
| 3.167. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

YF DUNWOODY, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| | | | |
|---|---|---|---|
| 3.168. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

YF EAST FOWLER, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **YouFit Health Clubs, LLC**                                           Case number *(if known)* **20-12841**

| | | | |
|---|---|---|---|
| 3.169. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

YF ETHAN, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

| | | | |
|---|---|---|---|
| 3.170. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

YF FLAGLER LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

| | | | |
|---|---|---|---|
| 3.171. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

YF FULTON RANCH, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **YouFit Health Clubs, LLC**                                      Case number *(if known)* **20-12841**

**3.172.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

YF GATEWAY, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

UNKNOWN

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**3.173.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

YF GERMANTOWN, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

UNKNOWN

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**3.174.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

YF GILBERT NORTH, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

UNKNOWN

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

---

| 3.175. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.175.

**Nonpriority creditor's name and mailing address**

YF GILBERT SOUTH, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

---

3.176.

**Nonpriority creditor's name and mailing address**

YF GILBERT, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

---

3.177.

**Nonpriority creditor's name and mailing address**

YF GLENDALE, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

---

Debtor    **YouFit Health Clubs, LLC**                                        Case number *(if known)* **20-12841**

---

| 3.178. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

YF GREENACRES, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.179. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

YF GROUP A, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.180. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

YF HAMMOCK LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor   **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| | | |
|---|---|---|
| 3.181. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.181.
**Nonpriority creditor's name and mailing address**

YF HANCOCK, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

---

3.182.
**Nonpriority creditor's name and mailing address**

YF HIALEAH, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

---

3.183.
**Nonpriority creditor's name and mailing address**

YF HIALEAH-OKEECHOBEE RD., LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| | | |
|---|---|---|
| 3.184. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.184. | **Nonpriority creditor's name and mailing address**

YF HOLLYWOOD, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

---

3.185. | **Nonpriority creditor's name and mailing address**

YF HORIZON, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

---

3.186. | **Nonpriority creditor's name and mailing address**

YF HUNTSVILLE, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

Debtor    **YouFit Health Clubs, LLC**                                                    Case number *(if known)* **20-12841**

---

**3.187.**    **Nonpriority creditor's name and mailing address**

YF KENDALL, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
| --- |
| UNKNOWN |

---

**3.188.**    **Nonpriority creditor's name and mailing address**

YF KILLIAN, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
| --- |
| UNKNOWN |

---

**3.189.**    **Nonpriority creditor's name and mailing address**

YF LAFAYETTE PLACE, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
| --- |
| UNKNOWN |

---

Debtor    **YouFit Health Clubs, LLC**                                            Case number *(if known)* **20-12841**

| 3.190. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.190.    **Nonpriority creditor's name and mailing address**

YF LAGO MAR, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

UNKNOWN

---

3.191.    **Nonpriority creditor's name and mailing address**

YF LAND O LAKES, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

UNKNOWN

---

3.192.    **Nonpriority creditor's name and mailing address**

YF LANTANA, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

UNKNOWN

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| | | |
|---|---|---|
| 3.193. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

YF LARGO PLAZA LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.194.    **Nonpriority creditor's name and mailing address**

YF LAUDERDALE LAKES, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.195.    **Nonpriority creditor's name and mailing address**

YF LAUDERHILL, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **YouFit Health Clubs, LLC**                                          Case number *(if known)* **20-12841**

| | | |
|---|---|---|
| 3.196. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.196.**

**Nonpriority creditor's name and mailing address**

YF LOCH RAVEN LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

---

**3.197.**

**Nonpriority creditor's name and mailing address**

YF LYNNWOOD, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

---

**3.198.**

**Nonpriority creditor's name and mailing address**

YF MARGATE, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

---

Debtor    **YouFit Health Clubs, LLC**                                                           Case number *(if known)* **20-12841**

| | | |
|---|---|---|
| 3.199. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.199.**    **Nonpriority creditor's name and mailing address**

YF MESA, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

| Amount of claim |
|---|
| UNKNOWN |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☒ Yes

---

**3.200.**    **Nonpriority creditor's name and mailing address**

YF MESQUITE, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

| Amount of claim |
|---|
| UNKNOWN |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☒ Yes

---

**3.201.**    **Nonpriority creditor's name and mailing address**

YF MIAMI 110TH LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

| Amount of claim |
|---|
| UNKNOWN |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☒ Yes

---

Debtor   **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| 3.202. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.202.**

**Nonpriority creditor's name and mailing address**

YF MIAMI GARDENS, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

UNKNOWN

---

**3.203.**

**Nonpriority creditor's name and mailing address**

YF MOUNT CLARE, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

UNKNOWN

---

**3.204.**

**Nonpriority creditor's name and mailing address**

YF MURRIETA, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

UNKNOWN

Debtor    **YouFit Health Clubs, LLC**                                                      Case number *(if known)* **20-12841**

| 3.205. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.205.   **Nonpriority creditor's name and mailing address**

YF NEW PORT RICHEY, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

---

3.206.   **Nonpriority creditor's name and mailing address**

YF NOLES, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

---

3.207.   **Nonpriority creditor's name and mailing address**

YF NORTH LAUDERDALE, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

Debtor    **YouFit Health Clubs, LLC**                                              Case number *(if known)* **20-12841**

| | | | |
|---|---|---|---|
| 3.208. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

YF NORTH POINT, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

| | | | |
|---|---|---|---|
| 3.209. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

YF NORTH PORT, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

| | | | |
|---|---|---|---|
| 3.210. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

YF OAK HILL, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **YouFit Health Clubs, LLC**                                      Case number *(if known)* **20-12841**

| 3.211. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

YF OKEECHOBEE, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.212. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

YF OLNEY, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.213. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

YF PALM BAY, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor    **YouFit Health Clubs, LLC**                                   Case number *(if known)* **20-12841**

| 3.214. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.214.    **Nonpriority creditor's name and mailing address**

YF PARADISE SQUARE LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.215.    **Nonpriority creditor's name and mailing address**

YF PARKLAND, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.216.    **Nonpriority creditor's name and mailing address**

YF PINE ISLAND, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor  **YouFit Health Clubs, LLC**                                       Case number *(if known)* **20-12841**

---

3.217.  **Nonpriority creditor's name and mailing address**

YF PINES BOULEVARD, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☒ Yes

| Amount of claim |
|---|
| UNKNOWN |

---

3.218.  **Nonpriority creditor's name and mailing address**

YF POMPANO, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☒ Yes

| Amount of claim |
|---|
| UNKNOWN |

---

3.219.  **Nonpriority creditor's name and mailing address**

YF PORT CHARLOTTE, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☒ Yes

| Amount of claim |
|---|
| UNKNOWN |

---

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| 3.220. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

YF QUAIL ROOST, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.221. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

YF RACETRACK, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.222. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

YF RANDALLSTOWN, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **YouFit Health Clubs, LLC**                                        Case number *(if known)* **20-12841**

---

| 3.223. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

YF RHODE ISLAND, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.224. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

YF RIVERDALE, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.225. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

YF ROCKWELL, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor   **YouFit Health Clubs, LLC**                                      Case number *(if known)* **20-12841**

| 3.226. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.226.  **Nonpriority creditor's name and mailing address**

YF SANDALFOOT, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.227.  **Nonpriority creditor's name and mailing address**

YF SCOTTSDALE, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.228.  **Nonpriority creditor's name and mailing address**

YF SE FLA, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| 3.229. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

YF SHEA, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.230. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

YF SHELBY, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.231. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

YF SHILOH, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **YouFit Health Clubs, LLC**                                          Case number *(if known)* **20-12841**

| 3.232. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.232.  **Nonpriority creditor's name and mailing address**

YF SINGLETON, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

---

3.233.  **Nonpriority creditor's name and mailing address**

YF SOUTHAVEN, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

---

3.234.  **Nonpriority creditor's name and mailing address**

YF SPRING CREEK, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

---

Debtor    **YouFit Health Clubs, LLC**                                                    Case number *(if known)* **20-12841**

| | |
|---|---|
| 3.235. | **Nonpriority creditor's name and mailing address** |

3.235.  **Nonpriority creditor's name and mailing address**

YF SUWANEE, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

---

3.236.  **Nonpriority creditor's name and mailing address**

YF TAMARAC LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

---

3.237.  **Nonpriority creditor's name and mailing address**

YF THORNTON PLAZA, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

---

Debtor    **YouFit Health Clubs, LLC**                                      Case number *(if known)* **20-12841**

---

3.238. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

YF TOWN CENTER, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.239. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

YF UNIGOLD, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.240. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

YF UNIVERSITY VILLAGE, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor   **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| | | |
|---|---|---|
| 3.241. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.241.  **Nonpriority creditor's name and mailing address**

YF VENICE, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN


3.242.  **Nonpriority creditor's name and mailing address**

YF WELLINGTON, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN


3.243.  **Nonpriority creditor's name and mailing address**

YF WEST BRANDON, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

Debtor   **YouFit Health Clubs, LLC**                                                          Case number *(if known)* **20-12841**

---

| 3.244. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

YF WEST COBB, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.245. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

YF WEST VALLEY, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.246. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

YF WESTON, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor    **YouFit Health Clubs, LLC**                                   Case number *(if known)* **20-12841**

| 3.247. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

YOU FIT CRYOSKIN, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.248. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

YOU FIT EIGHT, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.249. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

YOU FIT ENTERPRISES, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| 3.250. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.250.   **Nonpriority creditor's name and mailing address**

YOU FIT FIVE, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.251.   **Nonpriority creditor's name and mailing address**

YOU FIT FOUR, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.252.   **Nonpriority creditor's name and mailing address**

YOU FIT NINE, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

3.253. **Nonpriority creditor's name and mailing address**

YOU FIT PINELLAS PARK, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

3.254. **Nonpriority creditor's name and mailing address**

YOU FIT SEVEN, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

3.255. **Nonpriority creditor's name and mailing address**

YOU FIT SIX, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

Debtor    **YouFit Health Clubs, LLC**                                                      Case number *(if known)* **20-12841**

**3.256.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.256.**

**Nonpriority creditor's name and mailing address**

YOU FIT SPA, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

---

**3.257.**

**Nonpriority creditor's name and mailing address**

YOU FIT-ONE, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

---

**3.258.**

**Nonpriority creditor's name and mailing address**

YOU FIT-THREE, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNKNOWN

Debtor    **YouFit Health Clubs, LLC**                                  Case number *(if known)* **20-12841**

| 3.259. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

YOU FIT-TWO, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.260. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

YOUFIT, LLC
1350 E. NEWPORT CENTER DR
SUITE 110
DEERFIELD BEACH FL 33442

☑ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **YouFit Health Clubs, LLC**                                        Case number *(if known)* **20-12841**

| Part 3: | List Others to Be Notified About Unsecured Claims |
| --- | --- |

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |
| ARIZONA ATTORNEY GENERAL'S OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | Part 1 line 2.5 | _____ |
| BROWARD COUNTY ATTORNEY<br>SCOTT ANDRON,ASSISTANT COUNTY ATTORNEY<br>GOVERNMENT CENTER STE 423<br>115 SOUTH ANDREWS AVE<br>FORT LAUDERDALE FL 33301 | Part 1 line 2.7 | _____ |
| IURILLO LAW GROUP PA<br>CAMILLE J IURILLO;KEVIN L HING<br>5628 CENTRAL AVE<br>ST PETERSBURG FL 33707 | Part 2 line 3.3 | _____ |
| MANATEE COUNTY TAX COLLECTOR , KEN BURTON JR.<br>ATTN: MICHELLE LEESON, PARALEGAL, COLLECTIONS SPECIALIST<br>1001 3RD AVE WEST<br>SUITE 240<br>BRADENTON FL 34205-7863 | Part 1 line 2.32 | _____ |
| MARICOPA COUNTY ATTORNEY'S OFFICE<br>PETER MUTHIG<br>225 W MADISON ST<br>PHOENIX AZ 85003 | Part 1 line 2.36 | _____ |
| MARICOPA COUNTY ATTORNEY'S OFFICE<br>PETER MUTHIG<br>225 W MADISON ST<br>PHOENIX AZ 85003 | Part 1 line 2.37 | _____ |
| MCCREARY VESELKA BRAGG & ALLEN PC<br>TARA LEDAY,ESQ<br>P O BOX 1269<br>ROUND ROCK TX 78680 | Part 1 line 2.42 | _____ |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>EBONEY COBB<br>500 E BORDER ST.,STE 640<br>ARLINGTON TX 76010 | Part 1 line 2.12 | _____ |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>EBONEY COBB<br>500 E BORDER ST.,STE 640<br>ARLINGTON TX 76010 | Part 1 line 2.25 | _____ |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>EBONEY COBB<br>500 E BORDER ST.,STE 640<br>ARLINGTON TX 76010 | Part 1 line 2.46 | _____ |
| SACKS TIERNEY PA<br>RANDY NUSSBAUM;PHILIP R RUDD<br>4250 N DRINKWATER BLVD,,4TH FLOOR<br>SCOTTSDALE AZ 85251 | Part 2 line 3.2 | _____ |

Debtor    **YouFit Health Clubs, LLC**                                      Case number *(if known)* **20-12841**

| | | |
|---|---|---|
| SACKS TIERNEY PA<br>RANDY NUSSBAUM;PHILIP R RUDD<br>4250 N DRINKWATER BLVD,,4TH FLOOR<br>SCOTTSDALE AZ 85251 | Part 2 line 3.91 | _____ |
| STARK & STARK PC<br>JOSEPH H LEMKIN,ESQ<br>P O BOX 5315<br>PRINCETON NJ 08543 | Part 2 line 3.56 | _____ |
| STARK & STARK PC<br>JOSEPH H LEMKIN,ESQ<br>P O BOX 5315<br>PRINCETON NJ 08543 | Part 2 line 3.57 | _____ |
| WESTERNBURG & THORNTON PC<br>STEVEN THORNTON<br>10440 N CENTRAL EXPRESSWAY STE 800<br>DALLAS TX 75231 | Part 2 line 3.19 | _____ |
| WOMBLE BOND DICKINSON (US)LLP<br>KEVIN J MANGAN<br>1313 NORTH MARKET ST.,STE 1200<br>WILMINGTON DE 19801 | Part 2 line 3.3 | _____ |

Debtor    **YouFit Health Clubs, LLC**                                                    Case number *(if known)* **20-12841**

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|   |   |   |   | **Total of claim amounts** |
|---|---|---|---|---|
| **5a.** | **Total claims from Part 1** | 5a. | | $335,955.67 |
| **5b.** | **Total claims from Part 2** | 5b. | **+** | $903,938.77 |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $1,239,894.44 |

| Fill in this information to identify the case: |
|---|
| **Debtor name:** YouFit Health Clubs, LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 20-12841 |

☐ Check if this is an
amended filing

<u>Official Form 206G</u>
# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | **Title of contract** | BILLING SERVICES AGREEMENT | ABC FINANCIAL SERVICES LLC MICHAEL ESCOBEDO COO PO BOX 6800 N LITTLE ROCK AR 72124 |
| | **State what the contract or lease is for** | MERCHANT AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | ON 30 - DAYS WRITTEN NOTICE | |
| | **List the contract number of any government contract** | _____ | |
| 2.2. | **Title of contract** | ABC BILLING SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** | ABC BILLING SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ABC FINANCIAL SERVICES, LLC ABC FINANCIAL SERVICES, LLC PO BOX 6800 N LITTLE ROCK AR 72124 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |
| 2.3. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** | EMP BENEF | |
| | **Nature of debtor's interest** | CONTRACT PARTY | AETNA (HEALTH, DENTAL, VISION) AETNA PO BOX 804735 CHICAGO IL 60680-4108 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **YouFit Health Clubs, LLC**                                          Case number *(if known)* **20-12841**

| 2.4. | **Title of contract** | INSURANCE - EMPLOYEES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EMPLOYEE BENEFIT INSURANCE - GROUP MEDICAL - POLICY NO. GP-151660 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | AETNA LIFE INSURANCE COMPANY 151 FARMINGTON AVENUE HARTFORD CT 06156 |
| | **State the term remaining** | 4/21/2021 | |
| | **List the contract number of any government contract** | _____ | |

| 2.5. | **Title of contract** | INSURANCE - EMPLOYEES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EMPLOYEE BENEFIT INSURANCE - VISION - POLICY NO. GP-151660-B | |
| | **Nature of debtor's interest** | CONTRACT PARTY | AETNA LIFE INSURANCE COMPANY 151 FARMINGTON AVENUE HARTFORD CT 06156 |
| | **State the term remaining** | 4/21/2021 | |
| | **List the contract number of any government contract** | _____ | |

| 2.6. | **Title of contract** | INSURANCE - EMPLOYEES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EMPLOYEE BENEFIT INSURANCE - DENTAL - POLICY NO. GP-151660-A | |
| | **Nature of debtor's interest** | CONTRACT PARTY | AETNA LIFE INSURANCE COMPANY 151 FARMINGTON AVENUE HARTFORD CT 06156 |
| | **State the term remaining** | 4/21/2021 | |
| | **List the contract number of any government contract** | _____ | |

| 2.7. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EMP BENEF | |
| | **Nature of debtor's interest** | CONTRACT PARTY | AETNA LIFE INSURANCE COMPANY AETNA LIFE INSURANCE COMPANY P. O. BOX 536919 ATLANTA, GA 30353-6919 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.8. | **Title of contract** | SECURITY PRODUCTS/ SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT - NORTH PORT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ALL PHASE SECURITY 114 FORTY-NINTH STREET SOUTH ST PETERSBURG FL 33707 |
| | **State the term remaining** | 2/18/20201 WITH AUTOMATIC 1 - YEAR RENEWALS | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **YouFit Health Clubs, LLC**                                          Case number *(if known)* **20-12841**

| 2.9. | Title of contract | SECURITY PRODUCTS/ SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES AGREEMENT - LAND O LAKES | |
| | Nature of debtor's interest | CONTRACT PARTY | ALL PHASE SECURITY |
| | State the term remaining | 2/18/20201 WITH AUTOMATIC 1 - YEAR RENEWALS | 114 FORTY-NINTH STREET SOUTH ST PETERSBURG FL 33707 |
| | List the contract number of any government contract | _____ | |

| 2.10. | Title of contract | SECURITY PRODUCTS/ SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES AGREEMENT - TAMPA | |
| | Nature of debtor's interest | CONTRACT PARTY | ALL PHASE SECURITY |
| | State the term remaining | 2/18/20201 WITH AUTOMATIC 1 - YEAR RENEWALS | 114 FORTY-NINTH STREET SOUTH ST PETERSBURG FL 33707 |
| | List the contract number of any government contract | _____ | |

| 2.11. | Title of contract | SECURITY PRODUCTS/ SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES AGREEMENT - SARASOTA | |
| | Nature of debtor's interest | CONTRACT PARTY | ALL PHASE SECURITY |
| | State the term remaining | 2/18/20201 WITH AUTOMATIC 1 - YEAR RENEWALS | 114 FORTY-NINTH STREET SOUTH ST PETERSBURG FL 33707 |
| | List the contract number of any government contract | _____ | |

| 2.12. | Title of contract | SECURITY PRODUCTS/ SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES AGREEMENT - ST PETERSBURG | |
| | Nature of debtor's interest | CONTRACT PARTY | ALL PHASE SECURITY |
| | State the term remaining | 2/18/20201 WITH AUTOMATIC 1 - YEAR RENEWALS | 114 FORTY-NINTH STREET SOUTH ST PETERSBURG FL 33707 |
| | List the contract number of any government contract | _____ | |

| 2.13. | Title of contract | SECURITY PRODUCTS/ SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES AGREEMENT - 13891 W HILLSBOROUGH AVE TAMPA, FL 33635 | |
| | Nature of debtor's interest | CONTRACT PARTY | ALL PHASE SECURITY |
| | State the term remaining | 2/18/20201 WITH AUTOMATIC 1 - YEAR RENEWALS | 114 FORTY-NINTH STREET SOUTH ST PETERSBURG FL 33707 |
| | List the contract number of any government contract | _____ | |

Debtor    **YouFit Health Clubs, LLC**                                          Case number *(if known)* **20-12841**

| 2.14. | **Title of contract** | SECURITY PRODUCTS/ SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT - WINTER PARK | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ALL PHASE SECURITY |
| | **State the term remaining** | 2/18/20201 WITH AUTOMATIC 1 - YEAR RENEWALS | 114 FORTY-NINTH STREET SOUTH |
| | **List the contract number of any government contract** | | ST PETERSBURG FL 33707 |

| 2.15. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | OUTSIDESVC | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ALL PHASE SECURITY, INC. |
| | **State the term remaining** | | 114 49TH STREET SOUTH |
| | **List the contract number of any government contract** | | ST. PETERSBURG FL 33707 |

| 2.16. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIC & FEES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ASCAP |
| | **State the term remaining** | | 21678 NETWORK PLACE |
| | **List the contract number of any government contract** | | CHICAGO IL 60673-1216 |

| 2.17. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEGAL SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BAJO CUVA COHEN & TURKEL, P.A. |
| | **State the term remaining** | | 100 NORTH TAMPA STREET |
| | **List the contract number of any government contract** | | SUITE 1900 |
| | | | TAMPA FL 33602 |

| 2.18. | **Title of contract** | RETENTION / SEVERANCE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EMPLOYEE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BALLESTER-BERMUDEZ, BEATRIZ |
| | **State the term remaining** | 2 MONTHS | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| | | | |
|---|---|---|---|
| 2.19. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | OUTSIDESVC | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BAY ALARM |
| | **State the term remaining** | _____ | 5130 COMMERCIAL CIRCLE |
| | **List the contract number of any government contract** | _____ | CONCORD CA 94520 |

| | | | |
|---|---|---|---|
| 2.20. | **Title of contract** | CHANGE ORDER REQUEST | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICES AGREEMENT - ALARMS - GLENDAL E& PHOENIX, AZ | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BAY ALARM |
| | **State the term remaining** | _____ | 5130 COMMERCIAL CIR |
| | **List the contract number of any government contract** | _____ | CONCORD CA 94520 |

| | | | |
|---|---|---|---|
| 2.21. | **Title of contract** | PURESAILY VENDING MACHINE LOCATION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICES AGREEMENT - VENDING MACHINES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BEACHSIDE DISTRIBUTION INC |
| | **State the term remaining** | MONTH TO MONTH WITH 30 - DAYS NOTICE TO TERMINATE | DBA PUREDAILY<br>9030 W. SAHARA AVE.<br>STE 148 |
| | **List the contract number of any government contract** | | LAS VEGAS NV 89117 |

| | | | |
|---|---|---|---|
| 2.22. | **Title of contract** | PREFERRED UNIT PURCHASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | _____ | BERKS, RICK |
| | **State the term remaining** | _____ | 1350 E. NEWPORT CENTER DRIVE<br>SUITE 110 |
| | **List the contract number of any government contract** | _____ | DEERFIELD BEACH FL 33442 |

| | | | |
|---|---|---|---|
| 2.23. | **Title of contract** | PREFERRED UNIT PURCHASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | _____ | BLOOD, PETER |
| | **State the term remaining** | _____ | 1350 E. NEWPORT CENTER DRIVE<br>SUITE 110 |
| | **List the contract number of any government contract** | _____ | DEERFIELD BEACH FL 33442 |

Debtor **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| 2.24. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CAPX FURN | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CBIZ |
| | **State the term remaining** | | CBIZ MHM, LLC<br>PO BOX 953152 |
| | **List the contract number of any government contract** | | ST LOUIS MO 63195-3152 |

| 2.25. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EMP BENEF | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CIGNA (LIFE INSURANCE) |
| | **State the term remaining** | | CIGNA<br>PO BOX 644546 |
| | **List the contract number of any government contract** | | PITTSBURGH PA 15264-4546 |

| 2.26. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EMP BENEF | |
| | **Nature of debtor's interest** | CONTRACT PARTY | COLONIAL LIFE & ACCIDENT INSURANCE |
| | **State the term remaining** | | COLONIAL LIFE INSURANCE PROCESSING CENTER |
| | **List the contract number of any government contract** | | P. O. BOX 1365<br>COLUMBIA, SC 29202-1365 |

| 2.27. | **Title of contract** | CORPORATE PAYMENT SOLUTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | | COMDATA |
| | **State the term remaining** | | PO BOX 100647<br>ATLANTA GA 30384-0647 |
| | **List the contract number of any government contract** | | |

| 2.28. | **Title of contract** | COMDATA VIRTUAL PAYMENT/CORPORATE PAYMENT SOLUTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT - MASTERCARD ACCOUNT - AGREEMENT 11:00055810.0 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | COMDATA INC |
| | **State the term remaining** | | ATTN LEGAL DEPT<br>5301 MARYLAND WAY |
| | **List the contract number of any government contract** | | STE 100<br>BRENTWOOD TN 370227-5055 |

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| | | | |
|---|---|---|---|
| 2.29. | **Title of contract** | INDEPENDENT CONTRACTOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICES AGREEMENT - IT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | COOPERMAN, SEAN |
| | **State the term remaining** | ON CONCLUSION OF SCOPE OF WORK | 9720 WYETH COURT |
| | **List the contract number of any government contract** | _____ | WELLINGTON FL 33414 |

| | | | |
|---|---|---|---|
| 2.30. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LIC & FEES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CORNERSTONE ONDEMAND, INC. |
| | **State the term remaining** | _____ | 1601 CLOVERFIELD BLVD |
| | **List the contract number of any government contract** | _____ | SUITE 620 SOUTH<br>SANTA MONICA CA 90404 |

| | | | |
|---|---|---|---|
| 2.31. | **Title of contract** | CORNERSTONE ONDEMAND – MASTER AGREEMENT AND RENEWAL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SOFTWARE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CORNERSTONE ONDEMAND, INC.<br>LEGAL DEPT |
| | **State the term remaining** | 12/29/2024 | 1601 CLOVERFIELD BLVD |
| | **List the contract number of any government contract** | _____ | SUITE 620 SOUTH<br>SANTA MONICA CA 90404 |

| | | | |
|---|---|---|---|
| 2.32. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LEGAL SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CORPORATE SERVICE COMPANY |
| | **State the term remaining** | _____ | P. O. BOX 13397 |
| | **List the contract number of any government contract** | _____ | PHILADELPHIA PA 19101-3397 |

| | | | |
|---|---|---|---|
| 2.33. | **Title of contract** | PREFERRED UNIT PURCHASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | _____ | CREEGAN, III, JOSEPH J. |
| | **State the term remaining** | _____ | 1350 E. NEWPORT CENTER DRIVE<br>SUITE 110 |
| | **List the contract number of any government contract** | _____ | DEERFIELD BEACH FL 33442 |

Debtor    **YouFit Health Clubs, LLC**                                               Case number *(if known)* **20-12841**

| 2.34. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AUDIT SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CROWE LLP |
| | **State the term remaining** | | PO BOX 71570 |
| | **List the contract number of any government contract** | | CHICAGO IL 60694-1570 |

| 2.35. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | OPERATIONAL CONSULTANT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CURTIS CLUB ADVISORS LLC |
| | **State the term remaining** | | 13519 MATANZAS PLACE |
| | **List the contract number of any government contract** | | LAKEWOOD RANCH FL 34202 |

| 2.36. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MISC | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DAASLY, INC |
| | **State the term remaining** | | 8004 NW 154 STREET, #632 |
| | **List the contract number of any government contract** | | MIAMI LAKES FL 33016 |

| 2.37. | **Title of contract** | LETTER AGREEMENT DATED 2/20/2020 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ANALYST SUPPORT AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DAASLY, INC. |
| | **State the term remaining** | 30 - DAYS NOTICE OF INTENT TO TERMINATE TO BE E-MAILED | 8004 NW 154TH ST, #632<br>MIAMI LAKES FL 33016 |
| | **List the contract number of any government contract** | | |

| 2.38. | **Title of contract** | STATEMENT OF WORK | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VDR AGREEMENT NO. 2010124967 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DATASITE |
| | **State the term remaining** | 4/6/2021 | 733 S. MARQUETTE AVE |
| | **List the contract number of any government contract** | | MINNEAPOLIS MN 55402 |

Debtor    **YouFit Health Clubs, LLC**                                                                 Case number *(if known)* **20-12841**

| 2.39. | Title of contract | NON-LEASE CONTRACT/AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | OFC & COMP | |
| | Nature of debtor's interest | CONTRACT PARTY | DEX IMAGING LLC (STAPLES) |
| | State the term remaining | _____ | DEX IMAGING LLC |
| | | | PO BAX 17454 |
| | List the contract number of any government contract | _____ | CLEAR WATER FL 33762 |

| 2.40. | Title of contract | SECURE SHREDDING AGREEMENT (YOU FIT CORPORATE OFFICE) | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | DOCUGREEN CORPORATION |
| | | | 401 E LAS OLAS BLVD |
| | State the term remaining | AUTOMATIC 90 - DAY RENEWAL WITH 30 - DAYS NOTICE TO TERMINATE | STE 1400 |
| | | | FORT LAUDERDALE, FL 33301 FL 33301 |
| | List the contract number of any government contract | _____ | |

| 2.41. | Title of contract | DOCUSIGN MASTER SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES AGREEMENT - SOFTWARE | |
| | Nature of debtor's interest | CONTRACT PARTY | DOCUSIGN, INC. |
| | | | 221 MAIN STREET |
| | State the term remaining | _____ | SUITE 1000 |
| | List the contract number of any government contract | _____ | SAN FRANCISCO CA 94105 |

| 2.42. | Title of contract | SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEGAL SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | ENGLANDER & FISCHER |
| | | | 721 FIRST AVENUE NORTH |
| | State the term remaining | _____ | ST. PETERSBURG FL 33701 |
| | List the contract number of any government contract | _____ | |

| 2.43. | Title of contract | FIRMEX ORDER | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES AGREEMENT - DATA ROOM & ADDITIONAL SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | FIRMEX |
| | | | 110 SPADINA AVE |
| | State the term remaining | 1/6/2019 | STE 700 |
| | | | TORONTO ON M5V 2K4 |
| | List the contract number of any government contract | _____ | CANADA |

Debtor    **YouFit Health Clubs, LLC**                                                      Case number *(if known)* **20-12841**

| 2.44. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MISC | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FIT3D |
| | **State the term remaining** | _____ | 2955 CAMPUS DR., SUITE 110 |
| | **List the contract number of any government contract** | _____ | SAN MATEO CA 94403 |

| 2.45. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MISC | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FIT3D |
| | **State the term remaining** | _____ | 2955 CAMPUS DR., SUITE 110 |
| | **List the contract number of any government contract** | _____ | SAN MATEO CA 94403 |

| 2.46. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MISC | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FIT3D |
| | **State the term remaining** | _____ | 2955 CAMPUS DR., SUITE 110 |
| | **List the contract number of any government contract** | _____ | SAN MATEO CA 94403 |

| 2.47. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MISC | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FIT3D |
| | **State the term remaining** | _____ | 2955 CAMPUS DR., SUITE 110 |
| | **List the contract number of any government contract** | _____ | SAN MATEO CA 94403 |

| 2.48. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MISC | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FIT3D |
| | **State the term remaining** | _____ | 2955 CAMPUS DR., SUITE 110 |
| | **List the contract number of any government contract** | _____ | SAN MATEO CA 94403 |

Debtor   **YouFit Health Clubs, LLC**                                                    Case number *(if known)* **20-12841**

| 2.49. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MISC | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FIT3D |
| | **State the term remaining** | | 2955 CAMPUS DR., SUITE 110 SAN MATEO CA 94403 |
| | **List the contract number of any government contract** | | |

| 2.50. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MISC | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FIT3D |
| | **State the term remaining** | | 2955 CAMPUS DR., SUITE 110 SAN MATEO CA 94403 |
| | **List the contract number of any government contract** | | |

| 2.51. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MISC | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FIT3D |
| | **State the term remaining** | | 2955 CAMPUS DR., SUITE 110 SAN MATEO CA 94403 |
| | **List the contract number of any government contract** | | |

| 2.52. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MISC | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FIT3D |
| | **State the term remaining** | | 2955 CAMPUS DR., SUITE 110 SAN MATEO CA 94403 |
| | **List the contract number of any government contract** | | |

| 2.53. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MISC | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FIT3D |
| | **State the term remaining** | | 2955 CAMPUS DR., SUITE 110 SAN MATEO CA 94403 |
| | **List the contract number of any government contract** | | |

Debtor   **YouFit Health Clubs, LLC**                                                    Case number *(if known)* **20-12841**

| 2.54. | Title of contract | NON-LEASE CONTRACT/AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MISC | |
| | Nature of debtor's interest | CONTRACT PARTY | FIT3D |
| | State the term remaining | _____ | 2955 CAMPUS DR., SUITE 110 SAN MATEO CA 94403 |
| | List the contract number of any government contract | _____ | |

| 2.55. | Title of contract | NON-LEASE CONTRACT/AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MISC | |
| | Nature of debtor's interest | CONTRACT PARTY | FIT3D |
| | State the term remaining | _____ | 2955 CAMPUS DR., SUITE 110 SAN MATEO CA 94403 |
| | List the contract number of any government contract | _____ | |

| 2.56. | Title of contract | PROSCANNER AS A SERVICE SALES ORDER | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EQUIPMENT / SERVICE AGREEMENT - DALLAS PARKWAY | |
| | Nature of debtor's interest | CONTRACT PARTY | FIT3D |
| | State the term remaining | 11/21/2019 | 585 BROADWAY ST REDWOOD CITY CA 94063 |
| | List the contract number of any government contract | _____ | |

| 2.57. | Title of contract | PROSCANNER AS A SERVICE SALES ORDER | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EQUIPMENT / SERVICE AGREEMENT - DEERFIELD BEACH | |
| | Nature of debtor's interest | CONTRACT PARTY | FIT3D |
| | State the term remaining | 11/21/2019 | 585 BROADWAY ST REDWOOD CITY CA 94063 |
| | List the contract number of any government contract | _____ | |

| 2.58. | Title of contract | PROSCANNER AS A SERVICE SALES ORDER | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EQUIPMENT / SERVICE AGREEMENT - FT LAUDERDALE # 7788 | |
| | Nature of debtor's interest | CONTRACT PARTY | FIT3D |
| | State the term remaining | 11/21/2019 | 585 BROADWAY ST REDWOOD CITY CA 94063 |
| | List the contract number of any government contract | _____ | |

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| 2.59. | Title of contract | PROSCANNER AS A SERVICE SALES ORDER | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EQUIPMENT / SERVICE AGREEMENT - LOCH REVEN | |
| | Nature of debtor's interest | CONTRACT PARTY | FIT3D |
| | State the term remaining | 11/24/2019 | 585 BROADWAY ST REDWOOD CITY CA 94063 |
| | List the contract number of any government contract | _____ | |

| 2.60. | Title of contract | PROSCANNER AS A SERVICE SALES ORDER | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EQUIPMENT / SERVICE AGREEMENT - MIAMI 87 | |
| | Nature of debtor's interest | CONTRACT PARTY | FIT3D |
| | State the term remaining | 5/13/2020 | 585 BROADWAY ST REDWOOD CITY CA 94063 |
| | List the contract number of any government contract | _____ | |

| 2.61. | Title of contract | FIT3D SERVICE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EQUIPMENT AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | FIT3D |
| | State the term remaining | 5/13/2020 WITH AUTOMATIC 1- MONTH RENEWALS | 585 BROADWAY ST REDWOOD CITY CA 94063 |
| | List the contract number of any government contract | _____ | |

| 2.62. | Title of contract | FIT3D SERVICE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EQUIPMENT / SERVICE AGREEMENT - DANIA POINT | |
| | Nature of debtor's interest | CONTRACT PARTY | FIT3D |
| | State the term remaining | 3/7/2020 WITH AUTOMATICI 1 - MONTH RENEWAL | 585 BROADWAY ST REDWOOD CITY CA 94063 |
| | List the contract number of any government contract | _____ | |

| 2.63. | Title of contract | PROSCANNER AS A SERVICE SALES ORDER | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EQUIPMENT / SERVICE AGREEMENT - LAUDERHILL | |
| | Nature of debtor's interest | CONTRACT PARTY | FIT3D |
| | State the term remaining | 8/20/2020 | 585 BROADWAY ST REDWOOD CITY CA 94063 |
| | List the contract number of any government contract | _____ | |

| Debtor | **YouFit Health Clubs, LLC** | Case number *(if known)* **20-12841** |

**2.64.**

| Title of contract | PROSCANNER AS A SERVICE SALES ORDER |
| State what the contract or lease is for | EQUIPMENT / SERVICE AGREEMENT - SARASONA - TUTTLE |
| Nature of debtor's interest | CONTRACT PARTY |
| State the term remaining | 4/25/2020 |
| List the contract number of any government contract | _____ |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

FIT3D
585 BROADWAY ST
REDWOOD CITY CA 94063

**2.65.**

| Title of contract | PROSCANNER AS A SERVICE SALES ORDER |
| State what the contract or lease is for | EQUIPMENT / SERVICE AGREEMENT - ALTAMONTE |
| Nature of debtor's interest | CONTRACT PARTY |
| State the term remaining | 4/25/2020 |
| List the contract number of any government contract | _____ |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

FIT3D
585 BROADWAY ST
REDWOOD CITY CA 94063

**2.66.**

| Title of contract | PROSCANNER AS A SERVICE SALES ORDER |
| State what the contract or lease is for | EQUIPMENT / SERVICE AGREEMENT - BETHANY |
| Nature of debtor's interest | CONTRACT PARTY |
| State the term remaining | 4/25/2020 |
| List the contract number of any government contract | _____ |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

FIT3D
585 BROADWAY ST
REDWOOD CITY CA 94063

**2.67.**

| Title of contract | PROSCANNER AS A SERVICE SALES ORDER |
| State what the contract or lease is for | EQUIPMENT / SERVICE AGREEMENT - LAND O LAKES |
| Nature of debtor's interest | CONTRACT PARTY |
| State the term remaining | 4/25/2020 |
| List the contract number of any government contract | _____ |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

FIT3D
585 BROADWAY ST
REDWOOD CITY CA 94063

**2.68.**

| Title of contract | PROSCANNER AS A SERVICE SALES ORDER |
| State what the contract or lease is for | EQUIPMENT / SERVICE AGREEMENT - WEST PALM - OKEECHOBEE |
| Nature of debtor's interest | CONTRACT PARTY |
| State the term remaining | 4/25/2020 |
| List the contract number of any government contract | _____ |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

FIT3D
585 BROADWAY ST
REDWOOD CITY CA 94063

Debtor    **YouFit Health Clubs, LLC**

Case number *(if known)* **20-12841**

| 2.69. | **Title of contract** | PROSCANNER AS A SERVICE SALES ORDER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EQUIPMENT / SERVICE AGREEMENT - ALTAMONTE SPRINGS 7460 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FIT3D |
| | **State the term remaining** | 10/15/202 | 585 BROADWAY ST<br>REDWOOD CITY CA 94063 |
| | **List the contract number of any government contract** | _____ | |

| 2.70. | **Title of contract** | FIVE9 MASTER SERVICES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SOFTWARE SUBSCRIPTION & TELECOMMUNICATIONS SERVICES - FT LAUDERDALE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FIVE9 INC |
| | **State the term remaining** | UNTIL ALL SUBSCRIPTIONS & SERVICES HAVE EXPIRED | 4000 EXECUTIVE PARKWAY<br>STE 400 |
| | **List the contract number of any government contract** | _____ | SAN RAMON CA 94583 |

| 2.71. | **Title of contract** | FIVE9 SERVICE ORDER & ADDTL SEATS CHANGE ORDER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHILDS DOMAIN | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FIVE9 INC |
| | **State the term remaining** | MONTH TO MONTH | 4000 EXECUTIVE PARKWAY<br>STE 400 |
| | **List the contract number of any government contract** | _____ | SAN RAMON CA 94583 |

| 2.72. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | OUTSIDESVC | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FORTRESS SECURITY, LLC |
| | **State the term remaining** | _____ | FORTRESS SECURITY LLC<br>PO BOX 200337 |
| | **List the contract number of any government contract** | _____ | ARLINGTON TX 76006 |

| 2.73. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | OUTSIDESVC | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FORTRESS SECURITY, LLC |
| | **State the term remaining** | _____ | FORTRESS SECURITY LLC<br>PO BOX 200337 |
| | **List the contract number of any government contract** | _____ | ARLINGTON TX 76006 |

Debtor   **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| 2.74. | Title of contract | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | OUTSIDESVC | |
| | Nature of debtor's interest | CONTRACT PARTY | FORTRESS SECURITY, LLC FORTRESS SECURITY LLC PO BOX 200337 ARLINGTON TX 76006 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.75. | Title of contract | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | PROFESSIONAL SERVICES – IT | |
| | Nature of debtor's interest | CONTRACT PARTY | FREDERICK FOX 602 HOLLOWS CIRCLE DEERFIELD BEACH FL 33442 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.76. | Title of contract | BUSINESS SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | FRESHADDRESS LLC 36 CRAFTS ST NEWTON MA 02458 |
| | State the term remaining | 11/16/2019 | |
| | List the contract number of any government contract | | |

| 2.77. | Title of contract | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LIC & FEES | |
| | Nature of debtor's interest | CONTRACT PARTY | GLOBAL MUSIC RIGHTS, LLC 1801 W. OLYMPIC BLVD. PASADENA, CA 91199-2281 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.78. | Title of contract | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | INSURANCE | |
| | Nature of debtor's interest | CONTRACT PARTY | GREAT AMERICAN INSURANCE (MULTIPLE) GREAT AMERICAN INSURANCE COMPANY SPECIALTY ACCOUNTING PO BOX 89400 CLEVELAND OH 44101-6400 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   **YouFit Health Clubs, LLC**                                                    Case number *(if known)* **20-12841**

| 2.79. | Title of contract | SURETY BOND | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | BOND- S - NO. MS3470874 | |
| | Nature of debtor's interest | PARTY | GREAT AMERICAN INSURANCE GROUP |
| | State the term remaining | 7/30/2021 | ADMINISTRATIVE OFFICES 301 EAST 4TH STREET |
| | List the contract number of any government contract | _____ | CINCINNATI OH 45202 |

| 2.80. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PROPERTY INSURANCE - POLICY NO. MAC 309-60-88-01 | |
| | Nature of debtor's interest | INSURED | GREAT AMERICAN INSURANCE GROUP |
| | State the term remaining | 5/4/2021 | ADMINISTRATIVE OFFICES 301 EAST 4TH STREET |
| | List the contract number of any government contract | _____ | CINCINNATI OH 45202 |

| 2.81. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | GENERAL LIABILITY AND PROPERTY INSURANCE - POLICY NO. PAC 073-81-86-06 | |
| | Nature of debtor's interest | INSURED | GREAT AMERICAN INSURANCE GROUP |
| | State the term remaining | 5/4/2021 | ADMINISTRATIVE OFFICES 301 EAST 4TH STREET |
| | List the contract number of any government contract | _____ | CINCINNATI OH 45202 |

| 2.82. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | UMBRELLA INSURANCE - POLICY NO. UMB 0738187 06 | |
| | Nature of debtor's interest | INSURED | GREAT AMERICAN INSURANCE GROUP |
| | State the term remaining | 5/4/2021 | ADMINISTRATIVE OFFICES 301 EAST 4TH STREET |
| | List the contract number of any government contract | _____ | CINCINNATI OH 45202 |

| 2.83. | Title of contract | SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEGAL SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | HALL, LAMB, HALL & LETO, P.A. 2665 SOTH BAYSHORE DRIVE |
| | State the term remaining | _____ | PENTHOUSE ONE MIAMI FL 33133 |
| | List the contract number of any government contract | _____ | |

Debtor   **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| | | |
|---|---|---|
| 2.84. | **Title of contract** | MATERIAL CONTRACTS |
| | **State what the contract or lease is for** | TELEPHONE/COMMUNICATIONS/INTERNET |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

IGT MEDIA HOLDINGS INC
8395 NE 2ND AVE
MIAMI FL 33138

| | | |
|---|---|---|
| 2.85. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT |
| | **State what the contract or lease is for** | ADV |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

IGT MEDIA HOLDINGS, INC
8395 NE 2ND AVE
MIAMI FL 33138

| | | |
|---|---|---|
| 2.86. | **Title of contract** | WORK ORDER |
| | **State what the contract or lease is for** | CUSTOMER SUPPORT & PROJECT MANAGEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

INTRLINKDS INC
385 THIRD AVENUE
NINTH FLOOR
NEW YORK NY 10017

| | | |
|---|---|---|
| 2.87. | **Title of contract** | D&O POLICY |
| | **State what the contract or lease is for** | |
| | **Nature of debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

IRONSHORE INSURANCE
SERVICES, LLC
28 LIBERTY STREET
5TH FLOOR
NEW YORK NY 10005

| | | |
|---|---|---|
| 2.88. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT |
| | **State what the contract or lease is for** | OUTSIDESVC |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

JOHNSON CONTROLS
4700 EXCHANGE COURT, SUITE 300
BOCA RATON FL 33431

Debtor   **YouFit Health Clubs, LLC**                                   Case number *(if known)* **20-12841**

| | | | |
|---|---|---|---|
| 2.89. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICES AGREEMENT - FIRE & LIFE SYSTEMS - BOYNTON BEACH | |
| | **Nature of debtor's interest** | CONTRACT PARTY | JOHNSON CONTROLS |
| | **State the term remaining** | 1/1/2021 | 14200 E EXPOSITION AVENUE AURORA CO 80012 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.90. | **Title of contract** | RETENTION / SEVERANCE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | EMPLOYEE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | JOHNSON, JESSICA |
| | **State the term remaining** | 24 MONTHS | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.91. | **Title of contract** | MASTER COMMERCIAL CARD AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CREDIT CARD AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | JPMORGAN CHASE BANK NA ATTN: COMMERCIAL CARD LEGAL |
| | **State the term remaining** | 6/24/2022 | 10 S. DEARBORN STREET MAIL CODE IL 1-0286 |
| | **List the contract number of any government contract** | _____ | CHICAGO IL 60603-2300 |

| | | | |
|---|---|---|---|
| 2.92. | **Title of contract** | RETENTION / SEVERANCE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | EMPLOYEE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | JULIANELLI, ROGER |
| | **State the term remaining** | 12 MONTHS | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.93. | **Title of contract** | PREFERRED UNIT PURCHASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | _____ | JULIANELLI, ROGER |
| | **State the term remaining** | _____ | 1350 E. NEWPORT CENTER DRIVE SUITE 110 |
| | **List the contract number of any government contract** | _____ | DEERFIELD BEACH FL 33442 |

Debtor   **YouFit Health Clubs, LLC**                                              Case number *(if known)* **20-12841**

| 2.94. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCATION 1000 - LEGAL OFFICE - 111 2ND AVENUE NE, SUITE 1402, ST PETERSBURG, FL 33701 | |
| | **Nature of debtor's interest** | LESSEE | KALYVAS GROUP LLC |
| | **State the term remaining** | OMNIBUS LEASE REJECTION MOTION, DOCKET NO. 28 | 111 SECOND AVENUE NE STE 702 ST. PETERSBURG FL 33701 |
| | **List the contract number of any government contract** | _____ | |

| 2.95. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TAX SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | KPMG LLP |
| | **State the term remaining** | _____ | DEPT 0608 PO BOX 120608 |
| | **List the contract number of any government contract** | _____ | DALLAS TX 75312-0608 |

| 2.96. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEGAL SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LAW OFFICES OF DENNIS L. COOK, PLLC |
| | **State the term remaining** | _____ | 132 ST PETERSBURG DR. W |
| | **List the contract number of any government contract** | _____ | OLDSMAR FL 34677 |

| 2.97. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEGAL SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LAW OFFICES OF SHAWN L. BIRKEN |
| | **State the term remaining** | _____ | 100 S E 3RD AVE STE 1300 |
| | **List the contract number of any government contract** | _____ | FT. LAUDERDALE FL 33394 |

| 2.98. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MISC | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LES MILL UNITED STATES TRADING, INC. |
| | **State the term remaining** | _____ | LES MILLS UNITED STATES TRADING INC |
| | **List the contract number of any government contract** | _____ | PO BOX 74008587 CHICAGO IL 60674-8587 |

| | |
|---|---|
| Debtor **YouFit Health Clubs, LLC** | Case number *(if known)* **20-12841** |

**2.99.** **Title of contract** NON-LEASE CONTRACT/AGREEMENT

State what the contract or lease is for — EMP BENEF

Nature of debtor's interest — CONTRACT PARTY

State the term remaining

List the contract number of any government contract

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

LINA
LINA
P. O. BOX 782447
PHILADELPHIA, PA 19178-2447

**2.100.** **Title of contract** NON-LEASE CONTRACT/AGREEMENT

State what the contract or lease is for — MISC

Nature of debtor's interest — CONTRACT PARTY

State the term remaining

List the contract number of any government contract

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

LISTEN360
11625 RAINWATER DRIVE, SUITE 645
ALPHARETTA GA 30009

**2.101.** **Title of contract** ORDER FORM

State what the contract or lease is for

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — 8/1/2021

List the contract number of any government contract

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

LISTEN360, INC
11625 RAINWATER DR STE 645
ALPHARETTA GA 30009

**2.102.** **Title of contract** NON-LEASE CONTRACT/AGREEMENT

State what the contract or lease is for — ADV

Nature of debtor's interest — CONTRACT PARTY

State the term remaining

List the contract number of any government contract

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

LOCAL MANAGEMENT
200 LINDELL BLVD
SUITE #914
DELRAY BEACH FL 33483

**2.103.** **Title of contract** RETENTION / SEVERANCE AGREEMENT

State what the contract or lease is for — EMPLOYEE AGREEMENT

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — 12 MONTHS

List the contract number of any government contract

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

MAYER, DAVID A
Address Intentionally Omitted

Debtor    **YouFit Health Clubs, LLC**                                          Case number *(if known)* **20-12841**

| 2.104. | **Title of contract** | RETENTION / SEVERANCE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EMPLOYEE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MERRYMAN, RONALD P |
| | **State the term remaining** | 2 MONTHS | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.105. | **Title of contract** | MASTER SERVICES AGREEMENT AND MOSAIC ACTIVATION | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT - PROJECT MANAGEMENTS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MOSAIC CONSULTING GROUP ATTN VICKI HILL |
| | **State the term remaining** | | 2503 EUGENIA AVE |
| | **List the contract number of any government contract** | | NASHVILLE TN 37211 |

| 2.106. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MISC | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MOTUS CREATIVE 7304 10TH ST SE |
| | **State the term remaining** | | STE A203 |
| | **List the contract number of any government contract** | | LAKE STEVENS WA 98258 |

| 2.107. | **Title of contract** | OVERVIEW | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT - TARGETED DIRECT MAIL AND SOCIAL MEDIA ADS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MOTUS CREATIVE LLC 7304 10TH ST SE |
| | **State the term remaining** | | LAKE STEVENS WA 98258 |
| | **List the contract number of any government contract** | | |

| 2.108. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY (VACANT) INSURANCE - POLICY NO. CP 2636179 | |
| | **Nature of debtor's interest** | INSURED | MOUNT VERNON FIRE INS. CO. 1190 DEVON PARK DRIVE |
| | **State the term remaining** | 5/13/2021 | WAYNE PA 19087 |
| | **List the contract number of any government contract** | | |

Debtor  **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

**2.109.** | **Title of contract** | RETENTION / SEVERANCE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
---|---|---|---
| **State what the contract or lease is for** | EMPLOYEE AGREEMENT | |
| **Nature of debtor's interest** | CONTRACT PARTY | NEKOLOFF, NICOLE M |
| **State the term remaining** | 2 MONTHS | Address Intentionally Omitted |
| **List the contract number of any government contract** | _____ | |

**2.110.** | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
---|---|---|---
| **State what the contract or lease is for** | UTILITIES | |
| **Nature of debtor's interest** | CONTRACT PARTY | NEW HORIZON COMMUNICATIONS |
| **State the term remaining** | _____ | NEW HORIZON COMMUNICATIONS<br>P.O. BOX 981073 |
| **List the contract number of any government contract** | _____ | BOSTON MA 02298-1073 |

**2.111.** | **Title of contract** | NEXTIVA SERVICE AGREEMENT & ADDENDUMS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
---|---|---|---
| **State what the contract or lease is for** | SERVICES AGREEMENT - NETWORK | |
| **Nature of debtor's interest** | CONTRACT PARTY | NEXTIVA |
| **State the term remaining** | 6/28/2018 | 8800 E CHAPARRAL RD<br>STE 300 |
| **List the contract number of any government contract** | _____ | SCOTTSDALE AZ 85250 |

**2.112.** | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
---|---|---|---
| **State what the contract or lease is for** | MISC | |
| **Nature of debtor's interest** | CONTRACT PARTY | OPENSESAME |
| **State the term remaining** | _____ | OPENSESAME, INC<br>DEPT LA 24661 |
| **List the contract number of any government contract** | _____ | PASADENA CA 91185-4661 |

**2.113.** | **Title of contract** | SOFTWARE LICENSE FOR ONLINE COURSES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
---|---|---|---
| **State what the contract or lease is for** | SERVICES AGREEMENT - EMPLOYEE TRAINING | |
| **Nature of debtor's interest** | CONTRACT PARTY | OPENSESAME INC |
| **State the term remaining** | 6/8/2018 WITH AUTOMATIC 1 YEAR RENEWALS | 1629 WEST SALMON ST<br>PORTLAND OR 97205 |
| **List the contract number of any government contract** | _____ | |

| Debtor | **YouFit Health Clubs, LLC** | Case number *(if known)* **20-12841** |
|---|---|---|

| 2.114. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | NO. 9371 - HEADQUARTERS REAL PROPERTY LEASE - 1350 E NEWPORT CENTER DR, SUITE 110, DEERFIELD BEACH, FL 33442 | |
| | **Nature of debtor's interest** | LESSEE | POLYGLASS |
| | **State the term remaining** | _____ | DEPT 2663<br>PO BOX 122663<br>DALLAS TX 75312 |
| | **List the contract number of any government contract** | _____ | |

| 2.115. | **Title of contract** | RETENTION / SEVERANCE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EMPLOYEE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | POTTS, JASON |
| | **State the term remaining** | 2 MONTHS | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.116. | **Title of contract** | EXCLUSIVE LOCATION AND PLACEMENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT - VENDING & SMOOTHIE MACHINES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | PS SUPPLIERS LLC |
| | **State the term remaining** | 6/29/2017 AND MONTH TO MONTH THEREAFTER | 90 SW 3 STREET<br>MIAMI FL 33131 |
| | **List the contract number of any government contract** | _____ | |

| 2.117. | **Title of contract** | HOT SCHEDULES - MOBILE, CLOUD-BASED TECHNOLOGY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT 7805 & 7798 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | RED BOOK CONNECT, LLC |
| | **State the term remaining** | MONTH TO MONTH | 3440 PRESTON RIDGE RD #650<br>ALPHARETTA GA 30005 |
| | **List the contract number of any government contract** | _____ | |

| 2.118. | **Title of contract** | HOT SCHEDULES - MOBILE, CLOUD-BASED TECHNOLOGY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT 2602 - WEST COBB | |
| | **Nature of debtor's interest** | CONTRACT PARTY | RED BOOK CONNECT, LLC |
| | **State the term remaining** | MONTH TO MONTH | 3440 PRESTON RIDGE RD #650<br>ALPHARETTA GA 30005 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **YouFit Health Clubs, LLC**                                   Case number *(if known)* **20-12841**

| | | | |
|---|---|---|---|
| 2.119. | **Title of contract** | HOT SCHEDULES - MOBILE, CLOUD-BASED TECHNOLOGY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICES AGREEMENT 7750 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | RED BOOK CONNECT, LLC 3440 PRESTON RIDGE RD #650 ALPHARETTA GA 30005 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.120. | **Title of contract** | HOT SCHEDULES - MOBILE, CLOUD-BASED TECHNOLOGY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICES AGREEMENT LAUDERHILL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | RED BOOK CONNECT, LLC 3440 PRESTON RIDGE RD #650 ALPHARETTA GA 30005 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.121. | **Title of contract** | HOT SCHEDULES - SERVICE ORDER FORM | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | RED BOOK CONNECT, LLC 3440 PRESTON RIDGE RD #650 ALPHARETTA GA 30005 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.122. | **Title of contract** | HOT SCHEDULES - STATEMENT OF WORK | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | RED BOOK CONNECT, LLC 3440 PRESTON RIDGE RD #650 ALPHARETTA GA 30005 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.123. | **Title of contract** | STATEMENT OF WORK | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PROPOSAL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | RED BOOK CONNECT, LLC 3440 PRESTON RIDGE RD #650 ALPHARETTA GA 30005 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **YouFit Health Clubs, LLC**                                                        Case number *(if known)* **20-12841**

| 2.124. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | OUTSIDESVC | |
| | **Nature of debtor's interest** | CONTRACT PARTY | RED HAWK FIRE & SECURITY |
| | **State the term remaining** | _____ | RED HAWK FIRE & SECURITY, LLC<br>PO BOX 530212 |
| | **List the contract number of any government contract** | _____ | ATLANTA GA 30353-0212 |

| 2.125. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | OUTSIDESVC | |
| | **Nature of debtor's interest** | CONTRACT PARTY | REDWIRE |
| | **State the term remaining** | _____ | 1136 THOMASVILLE RD<br>TALLAHASSEE FL 32303 |
| | **List the contract number of any government contract** | _____ | |

| 2.126. | **Title of contract** | CLIENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENTS - FIRE, BURGLARY AND LINE AGREEMENT - TALLAHASSEE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | REDWIRE |
| | **State the term remaining** | 2/19/2022 | 1136 THOMASVILLE RD.<br>TALLAHASSEE FL 32303 |
| | **List the contract number of any government contract** | _____ | |

| 2.127. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIC & FEES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SADA SYSTEMS, INC |
| | **State the term remaining** | _____ | 5250 LANKERSHIM BLVD #620<br>NORTH HOLLYWOOD CA 91601 |
| | **List the contract number of any government contract** | _____ | |

| 2.128. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | OUTSIDESVC | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SAFEGUARD |
| | **State the term remaining** | _____ | SAFEGUARD SECURITY<br>P. O. BOX 840180 |
| | **List the contract number of any government contract** | _____ | DALLAS TX 75284-0180 |

Debtor  **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| 2.129. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ADV | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SALESFORCE |
| | **State the term remaining** | _____ | SALESFORCE.COM, INC |
| | **List the contract number of any government contract** | _____ | P.O. BOX 203141<br>DALLAS TX 75320-3141 |

| 2.130. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ADV | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SALESFORCE |
| | **State the term remaining** | _____ | SALESFORCE.COM, INC |
| | **List the contract number of any government contract** | _____ | P.O. BOX 203141<br>DALLAS TX 75320-3141 |

| 2.131. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ADV | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SALESFORCE.COM, INC |
| | **State the term remaining** | _____ | SALESFORCE.COM, INC |
| | **List the contract number of any government contract** | _____ | P.O. BOX 203141<br>DALLAS TX 75320-3141 |

| 2.132. | **Title of contract** | MASTER SUBSCRIPTION AGREEMENT & STATEMENT OF WORK | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIGHTNING SERVICE & DIGITAL ENGAGEMENT SERVICE - ST. PETERSBURG | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SALESFORCE.COM, INC. |
| | **State the term remaining** | 10/28/2021 | 415 MISSION ST 3RD FL<br>SAN FRANCISCO CA 94105 |
| | **List the contract number of any government contract** | _____ | |

| 2.133. | **Title of contract** | ORDER FORM | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SOFTWARE LICENSE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SALESFORCE.COM, INC. |
| | **State the term remaining** | 8/14/2021 | 415 MISSION ST 3RD FL<br>SAN FRANCISCO CA 94105 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **YouFit Health Clubs, LLC**                                                    Case number *(if known)* **20-12841**

| 2.134. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY (VACANT) INSURANCE - POLICY NO. CPS7092438 | |
| | **Nature of debtor's interest** | INSURED | SCOTTSDALE INSURANCE COMPANY |
| | **State the term remaining** | 3/31/2021 | 8877 NORTH GAINEY CENTER DRIVE |
| | **List the contract number of any government contract** | | SCOTTSDALE AZ 85258 |

| 2.135. | **Title of contract** | ALARM AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT - ALARMS - BOCA RATON | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SECURITY SYSTEMS OF SOUTH FLORIDA LLC |
| | **State the term remaining** | 1/11/2022 | 1440 CORAL RIDGE DR STE 497 |
| | **List the contract number of any government contract** | | CORAL SPRINGS FL 33071 |

| 2.136. | **Title of contract** | ALARM AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT - ALARMS - CORAL SPRINGS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SECURITY SYSTEMS OF SOUTH FLORIDA LLC |
| | **State the term remaining** | 1/11/2022 | 1440 CORAL RIDGE DR STE 497 |
| | **List the contract number of any government contract** | | CORAL SPRINGS FL 33071 |

| 2.137. | **Title of contract** | ALARM AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT - ALARMS - DEERFIELD BEACH | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SECURITY SYSTEMS OF SOUTH FLORIDA LLC |
| | **State the term remaining** | 1/11/2022 | 1440 CORAL RIDGE DR STE 497 |
| | **List the contract number of any government contract** | | CORAL SPRINGS FL 33071 |

| 2.138. | **Title of contract** | ALARM AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT - ALARMS - HOLLYWOOD | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SECURITY SYSTEMS OF SOUTH FLORIDA LLC |
| | **State the term remaining** | 1/11/2022 | 1440 CORAL RIDGE DR STE 497 |
| | **List the contract number of any government contract** | | CORAL SPRINGS FL 33071 |

Debtor   **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| 2.139. | **Title of contract** | ALARM AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT - ALARMS - WEST PALM BEACH | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SECURITY SYSTEMS OF SOUTH FLORIDA LLC |
| | **State the term remaining** | 1/11/2022 | 1440 CORAL RIDGE DR STE 497 |
| | **List the contract number of any government contract** | _____ | CORAL SPRINGS FL 33071 |

| 2.140. | **Title of contract** | ALARM AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT - ALARMS - PEMBROKE PINES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SECURITY SYSTEMS OF SOUTH FLORIDA LLC |
| | **State the term remaining** | 1/11/2022 | 1440 CORAL RIDGE DR STE 497 |
| | **List the contract number of any government contract** | _____ | CORAL SPRINGS FL 33071 |

| 2.141. | **Title of contract** | ALARM AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT - ALARMS - POMPANO BEACH | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SECURITY SYSTEMS OF SOUTH FLORIDA LLC |
| | **State the term remaining** | 1/11/2022 | 1440 CORAL RIDGE DR STE 497 |
| | **List the contract number of any government contract** | _____ | CORAL SPRINGS FL 33071 |

| 2.142. | **Title of contract** | ALARM AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT - ALARMS - SUNRISE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SECURITY SYSTEMS OF SOUTH FLORIDA LLC |
| | **State the term remaining** | 1/11/2022 | 1440 CORAL RIDGE DR STE 497 |
| | **List the contract number of any government contract** | _____ | CORAL SPRINGS FL 33071 |

| 2.143. | **Title of contract** | ALARM AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT - ALARMS - MARGATE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SECURITY SYSTEMS OF SOUTH FLORIDA LLC |
| | **State the term remaining** | 1/11/2022 | 1440 CORAL RIDGE DR STE 497 |
| | **List the contract number of any government contract** | _____ | CORAL SPRINGS FL 33071 |

Debtor    **YouFit Health Clubs, LLC**                                              Case number *(if known)* **20-12841**

| 2.144. | **Title of contract** | ALARM AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT - ALARMS - MIAMI | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SECURITY SYSTEMS OF SOUTH FLORIDA LLC |
| | **State the term remaining** | 1/11/2022 | 1440 CORAL RIDGE DR STE 497 |
| | **List the contract number of any government contract** | _____ | CORAL SPRINGS FL 33071 |

| 2.145. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MISC | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SECURITY SYSTEMS OF SOUTH FLORIDA, LLC |
| | **State the term remaining** | _____ | 1440 CORAL RIDGE DRIVE SUITE 497 |
| | **List the contract number of any government contract** | _____ | CORAL SPRINGS FL 33071 |

| 2.146. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIC & FEES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SESAC |
| | **State the term remaining** | _____ | SESAC P. O. BOX 5246 |
| | **List the contract number of any government contract** | _____ | NEW YORK, NY 10008-5246 |

| 2.147. | **Title of contract** | RETENTION / SEVERANCE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EMPLOYEE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SMITH, STUART |
| | **State the term remaining** | 2 MONTHS | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.148. | **Title of contract** | QUOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT - SALESFORCE BACKUP | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SPANNING |
| | **State the term remaining** | 4/18/2021 | SPANNING CLOUD APPS LLC PO BOX 392288 |
| | **List the contract number of any government contract** | _____ | PITTSBURGH PA 15251-9288 |

Debtor    **YouFit Health Clubs, LLC**

Case number *(if known)* **20-12841**

| | | | |
|---|---|---|---|
| 2.149. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ADV | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SPANNING CONTRACT |
| | **State the term remaining** | | SPANNING CLOUD APPS LLC |
| | **List the contract number of any government contract** | | PO BOX 392288 PITTSBURGH PA 15251-9288 |

| | | | |
|---|---|---|---|
| 2.150. | **Title of contract** | FULL SPECTRUM COMMUNICATIONS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICES AGREEMENT - COMMUNICATIONS SUBSCRIPTION - 7750 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STAR2STAR COMMUNICATIONS ATTN LEGAL DEPT |
| | **State the term remaining** | 6/5/2025 | 1605 MAIN ST |
| | **List the contract number of any government contract** | | SARASOTA FL 34236 |

| | | | |
|---|---|---|---|
| 2.151. | **Title of contract** | FULL SPECTRUM COMMUNICATIONS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICES AGREEMENT - COMMUNICATIONS SUBSCRIPTION - FLAGLER | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STAR2STAR COMMUNICATIONS ATTN LEGAL DEPT |
| | **State the term remaining** | 5/17/2023 | 1605 MAIN ST |
| | **List the contract number of any government contract** | | SARASOTA FL 34236 |

| | | | |
|---|---|---|---|
| 2.152. | **Title of contract** | FULL SPECTRUM COMMUNICATIONS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICES AGREEMENT - COMMUNICATIONS SUBSCRIPTION - PARADISE SQUARE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STAR2STAR COMMUNICATIONS ATTN LEGAL DEPT |
| | **State the term remaining** | 5/16/202 | 1605 MAIN ST |
| | **List the contract number of any government contract** | | SARASOTA FL 34236 |

| | | | |
|---|---|---|---|
| 2.153. | **Title of contract** | FULL SPECTRUM COMMUNICATIONS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICES AGREEMENT - COMMUNICATIONS SUBSCRIPTION - TALLAHASSEE 7749 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STAR2STAR COMMUNICATIONS ATTN LEGAL DEPT |
| | **State the term remaining** | 7/7/2025 | 1605 MAIN ST |
| | **List the contract number of any government contract** | | SARASOTA FL 34236 |

Debtor    **YouFit Health Clubs, LLC**                                                    Case number *(if known)* **20-12841**

| 2.154. | **Title of contract** | FULL SPECTRUM COMMUNICATIONS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT - COMMUNICATIONS SUBSCRIPTION | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STAR2STAR COMMUNICATIONS ATTN LEGAL DEPT 1605 MAIN ST SARASOTA FL 34236 |
| | **State the term remaining** | 1/30/2023 | |
| | **List the contract number of any government contract** | _____ | |

| 2.155. | **Title of contract** | FULL SPECTRUM COMMUNICATIONS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT - COMMUNICATIONS SUBSCRIPTION - 2602 - AUSTELL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STAR2STAR COMMUNICATIONS ATTN LEGAL DEPT 1605 MAIN ST SARASOTA FL 34236 |
| | **State the term remaining** | 10/1/2023 | |
| | **List the contract number of any government contract** | _____ | |

| 2.156. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | UTILITIES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STAR2STAR COMMUNICATIONS STAR 2 STAR COMMUNICATIONS LLC 600 TAILEVEST ROAD SUITE 202 SARASOTA FL 34243 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.157. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | UTILITIES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STAR2STAR COMMUNICATIONS STAR 2 STAR COMMUNICATIONS LLC 600 TAILEVEST ROAD SUITE 202 SARASOTA FL 34243 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.158. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | UTILITIES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STAR2STAR COMMUNICATIONS STAR 2 STAR COMMUNICATIONS LLC 600 TAILEVEST ROAD SUITE 202 SARASOTA FL 34243 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **YouFit Health Clubs, LLC**                                                    Case number *(if known)* **20-12841**

| 2.159. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | UTILITIES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STAR2STAR COMMUNICATIONS |
| | **State the term remaining** | _____ | STAR 2 STAR COMMUNICATIONS LLC |
| | **List the contract number of any government contract** | _____ | 600 TAILEVEST ROAD SUITE 202 SARASOTA FL 34243 |

| 2.160. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | UTILITIES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STAR2STAR COMMUNICATIONS |
| | **State the term remaining** | _____ | STAR 2 STAR COMMUNICATIONS LLC |
| | **List the contract number of any government contract** | _____ | 600 TAILEVEST ROAD SUITE 202 SARASOTA FL 34243 |

| 2.161. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | UTILITIES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STAR2STAR COMMUNICATIONS |
| | **State the term remaining** | _____ | STAR 2 STAR COMMUNICATIONS LLC |
| | **List the contract number of any government contract** | _____ | 600 TAILEVEST ROAD SUITE 202 SARASOTA FL 34243 |

| 2.162. | **Title of contract** | PREFERRED UNIT PURCHASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | _____ | STROSS, CHRISTY B. |
| | **State the term remaining** | _____ | 1350 E. NEWPORT CENTER DRIVE SUITE 110 |
| | **List the contract number of any government contract** | _____ | DEERFIELD BEACH FL 33442 |

| 2.163. | **Title of contract** | CHANGE IN CONTROL SEVERANCE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | _____ | STROSS, CHRISTY B. |
| | **State the term remaining** | _____ | 1350 E. NEWPORT CENTER DRIVE SUITE 110 |
| | **List the contract number of any government contract** | _____ | DEERFIELD BEACH FL 33442 |

Debtor    **YouFit Health Clubs, LLC**                                                        Case number *(if known)* **20-12841**

| 2.164. | **Title of contract** | PROFITS INTEREST UNIT GRANT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | | STROSS, CHRISTY B. |
| | **State the term remaining** | | 1350 E. NEWPORT CENTER DRIVE SUITE 110 |
| | **List the contract number of any government contract** | | DEERFIELD BEACH FL 33442 |

| 2.165. | **Title of contract** | PREFERRED UNIT PURCHASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | | STROSS, JASON |
| | **State the term remaining** | | 1350 E. NEWPORT CENTER DRIVE SUITE 110 |
| | **List the contract number of any government contract** | | DEERFIELD BEACH FL 33442 |

| 2.166. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEGAL SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STUMPHAUZER FOSLID SLOMAN ROSS & KOLAYA |
| | **State the term remaining** | | ONE SE 3RD AVENUE SUITE 1820 |
| | **List the contract number of any government contract** | | MIAMI FL 33131 |

| 2.167. | **Title of contract** | CONFIDENTIAL SEARCH AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONFIDENTIAL SEARCH AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | THE ELLIOT GROUP |
| | **State the term remaining** | 8 MONTHS | 505 WHITE PLAINS ROAD SUITE 228 |
| | **List the contract number of any government contract** | | TARRYTOWN NY 10591 |

| 2.168. | **Title of contract** | SAAS MODEL AGREEMENT AND AS AMENDED | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT - PAYROLL ADMINISTRATION | |
| | **Nature of debtor's interest** | CONTRACT PARTY | THE ULTIMATE SOFTWARE GROUP INC |
| | **State the term remaining** | 4/5/2020 WITH AUTOMATIC 1 - YEAR RENEWALS | ATTN GENERAL COUNSEL 2000 ULTIMATE WAY |
| | **List the contract number of any government contract** | | WESTON FL 33326 |

Debtor    **YouFit Health Clubs, LLC**

Case number *(if known)* **20-12841**

| 2.169. | Title of contract | ULTRAPRO CORNERSTONE INTEGRATION | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES AGREEMENT - CONSULTING | |
| | Nature of debtor's interest | CONTRACT PARTY | THE ULTIMATE SOFTWARE GROUP, INC. |
| | State the term remaining | | ATTN GENERAL COUNSEL |
| | List the contract number of any government contract | | 2000 ULTIMATE WAY<br>WESTON FL 33326 |

| 2.170. | Title of contract | SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CONSULTING ENGINEERS IN ACOUSTICS, VIBRATIONS & NOISE CONTROL | |
| | Nature of debtor's interest | CONTRACT PARTY | THORNTON ACOUSTICS & VIBRATIONS |
| | State the term remaining | | 521 CLAY RUN ROAD |
| | List the contract number of any government contract | | MILL RUN, PA 15464 |

| 2.171. | Title of contract | NON-LEASE CONTRACT/AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REVENUE | |
| | Nature of debtor's interest | CONTRACT PARTY | TIVITY HEALTH SERVICES, LLC (SLIVER SNEAKERS) |
| | State the term remaining | | TIVITY HEALTH SERVICES, LLC |
| | List the contract number of any government contract | | 701 COOL SPRINGS BLVD.<br>FRANKLIN TN 37067 |

| 2.172. | Title of contract | NON-LEASE CONTRACT/AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | INSURANCE | |
| | Nature of debtor's interest | CONTRACT PARTY | TOKIO MARINE HCC (D&O POLICY & RUN-OFF POLICY) |
| | State the term remaining | | TOKIO MARINE HHC |
| | List the contract number of any government contract | | D&O GROUP<br>8 FOREST PARK DRIVE<br>FARMINGTON CT 06032 |

| 2.173. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | WORKERS COMPENSATION INSURANCE - POLICY NO. UB-3L141685 | |
| | Nature of debtor's interest | INSURED | TRAVELERS (CHARTER OAK INS. CO.) |
| | State the term remaining | 10/1/2021 | ONE TOWER SQUARE |
| | List the contract number of any government contract | | HARTFORD CT '06183 |

Debtor    **YouFit Health Clubs, LLC**                                                        Case number *(if known)* **20-12841**

| 2.174. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TRAVELERS (WORKERS COMP) |
| | **State the term remaining** | | TRAVELERS |
| | **List the contract number of any government contract** | | PO BOX 660317<br>DALLAS TX 75266-0317 |

| 2.175. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | D&O INSURANCE - POLICY NO. 14-MGU-20-A49049 | |
| | **Nature of debtor's interest** | INSURED | U.S. SPECIALTY INSURANCE COMPANY |
| | **State the term remaining** | 4/22/2021 | TOKIO MARINE HCC<br>D&O GROUP |
| | **List the contract number of any government contract** | | 8 FOREST PARK DRIVE<br>FARMINGTON CT 06032 |

| 2.176. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROF FEES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ULTIMATE SOFTWARE GROUP, INC.<br>THE ULTIMATE SOFTWARE GROUP, INC |
| | **State the term remaining** | | P.O. BOX 930953 |
| | **List the contract number of any government contract** | | ATLANTA GA 31193-0953 |

| 2.177. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY (VACANT) INSURANCE - POLICY NO. CP 1726145 | |
| | **Nature of debtor's interest** | INSURED | UNITED STATES LIABILITY INSURANCE COMPANY |
| | **State the term remaining** | 5/6/2021 | 1190 DEVON PARK DRIVE<br>WAYNE PA 19087 |
| | **List the contract number of any government contract** | | |

| 2.178. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY (VACANT) INSURANCE - POLICY NO. CP 2636193 | |
| | **Nature of debtor's interest** | INSURED | UNITED STATES LIABILITY INSURANCE COMPANY |
| | **State the term remaining** | 5/15/2021 | 2425 S. YANK CIRCLE<br>LAKEWOOD CO 33308 |
| | **List the contract number of any government contract** | | |

Debtor    **YouFit Health Clubs, LLC**

Case number *(if known)* **20-12841**

| 2.179. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEGAL SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | VARITECH LLC |
| | **State the term remaining** | | 1027 FLUSHING AVE |
| | **List the contract number of any government contract** | | CLEARWATER FL 33764 |

| 2.180. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT - VENDING MACHINES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | VENGO INC |
| | **State the term remaining** | ON 30 - DAYS WRITTEN NOTICE | 45 - 50 30TH ST |
| | **List the contract number of any government contract** | | STE 11 |
| | | | LONG ISLAND NY 11101 |

| 2.181. | **Title of contract** | CUSTOMER SALES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT - PRODUCT SALES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | VERATIV OPERATING COMPANY |
| | **State the term remaining** | 8/31/2019 WITH 2 - AUTOMATIC 1 - YEAR RENEWALS | 9 CRYSTAL POND ROAD |
| | **List the contract number of any government contract** | | SOUTHBOROUGH MA 01772 |

| 2.182. | **Title of contract** | NON-LEASE CONTRACT/AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | OUTSIDESVC | |
| | **Nature of debtor's interest** | CONTRACT PARTY | VERITIV OPERATING COMPANY |
| | **State the term remaining** | | VERITIV OPERATING COMPANY |
| | **List the contract number of any government contract** | | 9 CRYSTAL POND ROAD |
| | | | SOUTHBOROUGH MA 01772 |

| 2.183. | **Title of contract** | RETENTION / SEVERANCE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EMPLOYEE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | WESSON, RICHARD S |
| | **State the term remaining** | 2 MONTHS | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor    **YouFit Health Clubs, LLC**                                      Case number *(if known)* **20-12841**

| 2.184. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|--------|----------------------|--------------------|------------------|
| | **State what the contract or lease is for** | LEGAL SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | WIMBERLY, LAWSON, STECKEL, SCHNEIDER & STINE |
| | **State the term remaining** | | 3400 PEACHTREE ROAD, N.E. SUITE 400 |
| | **List the contract number of any government contract** | | ATLANTA GA 30326-1107 |

| 2.185. | **Title of contract** | PREFERRED UNIT PURCHASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|--------|----------------------|--------------------|------------------|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | | YF LIME, LLC |
| | **State the term remaining** | | 6475 1ST AVE. SOUTH ST. PETERSBURG FL 33707 |
| | **List the contract number of any government contract** | | |

| 2.186. | **Title of contract** | PREFERRED UNIT PURCHASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|--------|----------------------|--------------------|------------------|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | | YF-GEF HOLDINGS, LLC |
| | **State the term remaining** | | PERELLA WEINBERG PARTNERS 767 FIFTH AVENUE |
| | **List the contract number of any government contract** | | NEW YORK NY 10153 |

| 2.187. | **Title of contract** | LICENSE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|--------|----------------------|--------------------|------------------|
| | **State what the contract or lease is for** | LICENSE AGREEMENT | |
| | **Nature of debtor's interest** | | YOUFIT, LLC |
| | **State the term remaining** | EXPIRED | 1350 E. NEWPORT CENTER DRIVE SUITE 110 |
| | **List the contract number of any government contract** | | DEERFIELD BEACH FL 33442 |

**Fill in this information to identify the case:**

Debtor name: YouFit Health Clubs, LLC

United States Bankruptcy Court for the: District of Delaware

Case number (if known): 20-12841

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1.  B-FIT HEALTH CLUB, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.2.  FIVE B-FIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.3.  FOUR B-FIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.4.  LIME TIME, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.5.  SIX B-FIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.6.  SOUTH FLORIDA HEALTH AND FITNESS, INC. | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |

Debtor    **YouFit Health Clubs, LLC**                                          Case number *(if known)* **20-12841**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7.  THREE B-FIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.8.  YF ADMIN, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.9.  YF ARIZONA LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.10.  YF BETHANNY, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.11.  YF BETHANY TOWNE CENTER, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.12.  YF BOYNTON MALL, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.13.  YF BUFORD, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.14.  YF CACTUS VILLAGE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.15.  YF CARROLLWOOD, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.16.  YF CHANDLER SOUTH, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.17.  YF CONCORD, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |

Debtor    **YouFit Health Clubs, LLC**                                                  Case number *(if known)* **20-12841**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.18.  YF CORAL WAY II, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.19.  YF CORAL WAY, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | KIRELAND CORAL TERRACE , LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.20.  YF CORAL WAY, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.21.  YF DANIA POINTE LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | DANIA LIVE 1748, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.22.  YF DANIA POINTE LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.23.  YF DEERFIELD, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.24.  YF DOUGLASVILLE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.25.  YF DUNWOODY, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.26.  YF EAST FOWLER, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.27.  YF FLAGLER LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | FLAGLER S.C., LLC | ☐ D<br>☐ E/F<br>☑ G |

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.28.  YF FLAGLER LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D  ☐ E/F  ☐ G |
| 2.29.  YF GATEWAY, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D  ☐ E/F  ☐ G |
| 2.30.  YF GILBERT NORTH, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D  ☐ E/F  ☐ G |
| 2.31.  YF GILBERT SOUTH, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D  ☐ E/F  ☐ G |
| 2.32.  YF GLENDALE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D  ☐ E/F  ☐ G |
| 2.33.  YF GREENACRES, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D  ☐ E/F  ☐ G |
| 2.34.  YF GROUP A, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D  ☐ E/F  ☐ G |
| 2.35.  YF HAMMOCK LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D  ☐ E/F  ☐ G |
| 2.36.  YF HANCOCK, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D  ☐ E/F  ☐ G |
| 2.37.  YF HIALEAH, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | NIMA PLAZA, LLC | ☐ D  ☐ E/F  ☑ G |
| 2.38.  YF HIALEAH, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D  ☐ E/F  ☐ G |

Debtor    **YouFit Health Clubs, LLC**                                                     Case number *(if known)* **20-12841**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.39.  YF HIALEAH-OKEECHOBEE RD., LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | ARENA CAPITAL, LLC | ☐ D ☐ E/F ☑ G |
| 2.40.  YF HIALEAH-OKEECHOBEE RD., LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.41.  YF HOLLYWOOD, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.42.  YF HORIZON, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.43.  YF HUNTSVILLE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.44.  YF KENDALL, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.45.  YF KILLIAN, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BINDOR KILLIAN, LLC | ☐ D ☐ E/F ☑ G |
| 2.46.  YF LAFAYETTE PLACE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.47.  YF LAND O LAKES, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.48.  YF LANTANA, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |

Debtor    **YouFit Health Clubs, LLC**                                                                  Case number *(if known)* **20-12841**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.49.  YF LARGO PLAZA LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | KIMZAY OF FLORIDA, INC. | ☐ D<br>☐ E/F<br>☑ G |
| 2.50.  YF LARGO PLAZA LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.51.  YF LAUDERDALE LAKES, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.52.  YF LAUDERHILL, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.53.  YF LOCH RAVEN LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | LOCH RAVEN SHOPPING CENTER LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.54.  YF LOCH RAVEN LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.55.  YF LYNNWOOD, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | LYNNWOOD PLACE (E&A), LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.56.  YF MARGATE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.57.  YF MESA, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | SQUAW PEAK VENTURES , LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.58.  YF MESA, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.59.  YF MIAMI 110TH LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | MILTON COOPER | ☐ D<br>☐ E/F<br>☑ G |

Debtor    **YouFit Health Clubs, LLC**                                      Case number *(if known)* **20-12841**

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.60.  YF MIAMI 110TH LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.61.  YF MIAMI GARDENS, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | OFFICE DEPOT, INC. COHEN COMMERCIAL MANAGEMENT | ☐ D ☐ E/F ☑ G |
| 2.62.  YF MIAMI GARDENS, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.63.  YF NOLES, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.64.  YF NORTH LAUDERDALE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | ARENA SHOPPES, LLLP | ☐ D ☐ E/F ☑ G |
| 2.65.  YF NORTH LAUDERDALE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.66.  YF NORTH POINT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.67.  YF NORTH PORT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.68.  YF OAK HILL, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | NEW OAK HILL PLAZA, LLC | ☐ D ☐ E/F ☑ G |
| 2.69.  YF OKEECHOBEE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |

Debtor    **YouFit Health Clubs, LLC**                                                      Case number *(if known)* **20-12841**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.70.  YF OLNEY, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BLDG-ICS OLNEY, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.71.  YF OLNEY, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.72.  YF PARADISE SQUARE LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | MANATEE INVESTMENTS III, L.L.C. AND AGUA CALIENTE INVESTMENTS III, L.L.C. | ☐ D<br>☐ E/F<br>☑ G |
| 2.73.  YF PARADISE SQUARE LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.74.  YF PARKLAND, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.75.  YF PINE ISLAND, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.76.  YF PINES BOULEVARD, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.77.  YF POMPANO, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.78.  YF PORT CHARLOTTE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.79.  YF QUAIL ROOST, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |
| 2.80.  YF RACETRACK, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D<br>☐ E/F<br>☐ G |

Debtor   **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.81.  YF RANDALLSTOWN, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.82.  YF RHODE ISLAND, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.83.  YF RIVERDALE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.84.  YF SANDALFOOT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.85.  YF SCOTTSDALE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.86.  YF SE FLA, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.87.  YF SHEA, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.88.  YF SHELBY, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.89.  YF SHILOH, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.90.  YF SINGLETON, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |

Debtor   **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.91.  YF SOUTHAVEN, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.92.  YF SPRING CREEK, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | JAHCO SPRING CREEK VILLAGE, L.L.C. | ☐ D ☐ E/F ☑ G |
| 2.93.  YF SPRING CREEK, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.94.  YF SUWANEE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.95.  YF TAMARAC LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.96.  YF TOWN CENTER, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.97.  YF UNIGOLD, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.98.  YF UNIVERSITY VILLAGE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | WESTWOOD PLAZA, LLC | ☐ D ☐ E/F ☑ G |
| 2.99.  YF UNIVERSITY VILLAGE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.100.YF VENICE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.101.YF WELLINGTON, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |

Debtor   **YouFit Health Clubs, LLC**                                                    Case number *(if known)* **20-12841**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.102.YF WEST BRANDON, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.103.YF WEST COBB, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | PETINOS, LLC | ☐ D ☐ E/F ☑ G |
| 2.104.YF WESTON, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.105.YOU FIT EIGHT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.106.YOU FIT ENTERPRISES, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.107.YOU FIT FIVE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.108.YOU FIT FOUR, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.109.YOU FIT NINE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.110.YOU FIT PINELLAS PARK, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.111.YOU FIT SEVEN, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |

Debtor    **YouFit Health Clubs, LLC**                                      Case number *(if known)* **20-12841**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.112.YOU FIT SPA, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.113.YOU FIT-ONE, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |
| 2.114.YOUFIT HEALTH CLUBS, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | LAUDERHILL MALL INVESTMENT, LLC | ☐ D ☐ E/F ☑ G |
| 2.115.YOUFIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | COMPTON PROPERTIES, LLLP | ☐ D ☐ E/F ☑ G |
| 2.116.YOUFIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | VERSAILLES LAND GROUP, LLC | ☐ D ☐ E/F ☑ G |
| 2.117.YOUFIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | MIDLOTHIAN CENTER, LLC | ☐ D ☐ E/F ☑ G |
| 2.118.YOUFIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | CH REALTY VII/R ORLANDO ALTAMONTE, L.L.C. | ☐ D ☐ E/F ☑ G |
| 2.119.YOUFIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | PMAT ALGIERS PLAZA, L.L.C. | ☐ D ☐ E/F ☑ G |
| 2.120.YOUFIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | MOSAIC OXBRIDGE OWNERS, LLC | ☐ D ☐ E/F ☑ G |
| 2.121.YOUFIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | MCMAHAN GROUP, LLC | ☐ D ☐ E/F ☑ G |
| 2.122.YOUFIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | GATOR ARGATE GAINESVILLE, LLC | ☐ D ☐ E/F ☑ G |

Official Form 206H                    **Schedule H: Codebtors**

Debtor    **YouFit Health Clubs, LLC**                    Case number *(if known)* **20-12841**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.123.YOUFIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | AUSTIN RENAISSANCE LIMITED | ☐ D ☐ E/F ☑ G |
| 2.124.YOUFIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BSF RICHMOND, LP | ☐ D ☐ E/F ☑ G |
| 2.125.YOUFIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | LAURICELLA MANHATTAN, L.L.C. | ☐ D ☐ E/F ☑ G |
| 2.126.YOUFIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | GATOR ANTOINE PARTNERS, LLLP | ☐ D ☐ E/F ☑ G |
| 2.127.YOUFIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | L2 FUTURE CAPITAL, LLC GREENWAY – PARKWAY CORNERS, L.P. | ☐ D ☐ E/F ☑ G |
| 2.128.YOUFIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | FRIT COCOWALK OWNER, LLC | ☐ D ☐ E/F ☑ G |
| 2.129.YOUFIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BLUMIN-HIGHPOINT LTD. | ☐ D ☐ E/F ☑ G |
| 2.130.YOUFIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | PLAINVIEW SHOPPES LLC | ☐ D ☐ E/F ☑ G |
| 2.131.YOUFIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | VISTA RIDGE RETAIL, LLC RCS-VISTA RIDGE (HG), LLC | ☐ D ☐ E/F ☑ G |
| 2.132.YOUFIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | WRI JT NORTHRIDGE, LP | ☐ D ☐ E/F ☑ G |

Debtor    **YouFit Health Clubs, LLC**                                    Case number *(if known)* **20-12841**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.133.YOUFIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | EBLR, LLC | ☐ D ☐ E/F ☑ G |
| 2.134.YOUFIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | W-PT ARVADA VII, LLC | ☐ D ☐ E/F ☑ G |
| 2.135.YOUFIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | CEDAR HILLS CONSOLIDATED, LLC | ☐ D ☐ E/F ☑ G |
| 2.136.YOUFIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | GATOR FLOWER MOUND, LLC | ☐ D ☐ E/F ☑ G |
| 2.137.YOUFIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | LBX ALAFAYA, LLC | ☐ D ☐ E/F ☑ G |
| 2.138.YOUFIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | 79 BISCAYNE, L.L.C. | ☐ D ☐ E/F ☑ G |
| 2.139.YOUFIT, LLC | 1350 E. NEWPORT CENTER DR SUITE 110 DEERFIELD BEACH FL 33442 | BGC LENDER AND LENDERS REP | ☑ D ☐ E/F ☐ G |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td colspan="2"><b>Debtor name:</b> YouFit Health Clubs, LLC</td></tr>
<tr><td colspan="2"><b>United States Bankruptcy Court for the:</b> District of Delaware</td></tr>
<tr><td colspan="2"><b>Case number (if known):</b> 20-12841</td></tr>
</table>

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/7/2020
MM/DD/YYYY

✗ */s/ Brian Gleason*
Signature of individual signing on behalf of debtor

Brian Gleason
Printed name

Chief Restructuring Officer
Position or relationship to debtor