**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

**THE WALL STREET JOURNAL AFFIDAVIT OF PUBLICATION FOR NOTICE OF PROPOSED SALE, BIDDING PROCEDURES, AUCTION, AND SALE HEARING**

Dated: December 8, 2020
Brooklyn, New York

DONLIN, RECANO & COMPANY, INC.

Nora Morales
Director
6201 15th Avenue
Brooklyn, New York 11219
Telephone: 212-481-1411
Email: nmorales@donlinrecano.com

1 The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, for which joint administration has been requested, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the proposed claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

## AFFIDAVIT

**STATE OF NEW JERSEY )**
**) ss:**
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Blayre Bell, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1 insertion(s) on the following date(s):

DEC-08-2020;

ADVERTISER: YouFit Health Clubs, LLC;

and that the foregoing statements are true and correct to the best of my knowledge.

Blayre Bell

Sworn to before me this
8 day of December 2020

Notary Public

IAN C MARTIN
NOTARY PUBLIC
ID #
50086494
COMMISSION
EXPIRES
7/18/2023
STATE OF NEW JERSEY

# COMMODITIES

wsj.com/market-data/commodities

## Futures Contracts

### Metal & Petroleum Futures

| | Open | High | Contract hi lo | Low | Settle | Chg | Open interest |
|---|---|---|---|---|---|---|---|
| **Copper-High (CMX)**-25,000 lbs.; $ per lb. | | | | | | | |
| Dec | 3.4940 | 3.5070 | | 3.4700 | **3.5085** | –0.0055 | 3,739 |
| March'21 | 3.5275 | 3.5460 | ▲ | 3.4785 | **3.5165** | –0.0080 | 168,685 |
| **Gold (CMX)**-100 troy oz.; $ per troy oz. | | | | | | | |
| Dec | 1836.50 | 1866.90 | | 1820.80 | **1861.80** | 25.90 | 11,952 |
| Jan'21 | 1838.40 | 1870.20 | | 1823.00 | **1863.30** | 25.80 | 2,363 |
| Feb | 1841.10 | 1873.00 | | 1824.80 | **1866.00** | 26.00 | 396,424 |
| April | 1846.70 | 1876.90 | | 1829.20 | **1870.10** | 26.10 | 71,579 |
| June | 1848.50 | 1879.00 | | 1831.80 | **1872.90** | 26.20 | 33,494 |
| Aug | 1847.90 | 1880.40 | | 1834.20 | **1875.30** | 26.30 | 8,816 |
| **Palladium (NYM)** - 50 troy oz.; $ per troy oz. | | | | | | | |
| Dec | ... | ... | | ... | **2339.90** | –6.10 | 42 |
| March'21 | 2356.00 | 2389.50 | | 2322.00 | **2351.30** | –6.70 | 9,658 |
| **Platinum (NYM)**-50 troy oz.; $ per troy oz. | | | | | | | |
| Dec | ... | ... | | ... | **1047.20** | –24.00 | 1 |
| Jan'21 | 1067.10 | 1078.00 | | 1014.10 | **1049.40** | –23.40 | 50,141 |
| **Silver (CMX)**-5,000 troy oz.; $ per troy oz. | | | | | | | |
| Dec | 24.235 | 24.850 | | 23.590 | **24.741** | 0.538 | 1,462 |
| March'21 | 24.310 | 24.940 | | 23.630 | **24.794** | 0.541 | 128,961 |
| **Crude Oil, Light Sweet (NYM)**-1,000 bbls.; $ per bbl. | | | | | | | |
| Jan | 46.15 | 46.54 | | 45.36 | **45.76** | –0.50 | 358,034 |
| Feb | 46.24 | 46.70 | | 45.54 | **45.95** | –0.47 | 215,456 |
| March | 46.46 | 46.81 | | 45.70 | **46.09** | –0.45 | 202,850 |
| April | 46.60 | 46.87 | | 45.81 | **46.19** | –0.41 | 100,678 |
| June | 46.54 | 46.83 | | 45.86 | **46.23** | –0.33 | 220,447 |
| Dec | 45.64 | 46.08 | | 45.10 | **45.57** | –0.06 | 275,058 |
| **NY Harbor ULSD (NYM)**-42,000 gal.; $ per gal. | | | | | | | |
| Jan | 1.3991 | 1.4159 | | 1.3820 | **1.3992** | –.0038 | 96,876 |
| Feb | 1.4077 | 1.4227 | | 1.3896 | **1.4065** | –.0038 | 53,523 |
| **Gasoline-NY RBOB (NYM)**-42,000 gal.; $ per gal. | | | | | | | |
| Jan | 1.2645 | 1.2740 | | 1.2438 | **1.2558** | –.0127 | 116,205 |
| March | 1.2902 | 1.3016 | | 1.2725 | **1.2850** | –.0101 | 50,298 |
| **Natural Gas (NYM)**-10,000 MMBtu.; $ per MMBtu. | | | | | | | |
| Jan | 2.456 | 2.483 | ▼ | 2.381 | **2.406** | –.169 | 291,107 |
| Feb | 2.471 | 2.495 | | 2.406 | **2.433** | –.153 | 97,934 |
| March | 2.439 | 2.468 | | 2.387 | **2.432** | –.119 | 189,096 |
| April | 2.418 | 2.439 | | 2.366 | **2.412** | –.096 | 88,732 |
| May | 2.421 | 2.452 | | 2.384 | **2.425** | –.092 | 55,984 |
| Oct | 2.581 | 2.610 | | 2.552 | **2.583** | –.076 | 91,042 |

### Agriculture Futures

| | Open | High | Contract hi lo | Low | Settle | Chg | Open interest |
|---|---|---|---|---|---|---|---|
| **Corn (CBT)**-5,000 bu.; cents per bu. | | | | | | | |
| Dec | 415.25 | 421.00 | | 412.00 | **419.50** | 2.50 | 4,868 |
| March'21 | 419.50 | 425.25 | | 415.25 | **424.00** | 3.50 | 889,503 |
| **Oats (CBT)**-5,000 bu.; cents per bu. | | | | | | | |
| Dec | ... | ... | | ... | **325.00** | 11.75 | 40 |
| March'21 | 306.25 | 320.00 | ▲ | 304.00 | **318.25** | 11.75 | 3,607 |
| **Soybeans (CBT)**-5,000 bu.; cents per bu. | | | | | | | |
| Jan | 1160.00 | 1169.00 | | 1149.00 | **1158.50** | –4.50 | 280,160 |
| March | 1162.00 | 1172.00 | | 1151.25 | **1162.50** | –2.50 | 268,856 |
| **Soybean Meal (CBT)**-100 tons; $ per ton. | | | | | | | |
| Dec | 388.40 | 389.70 | | 384.00 | **386.50** | –2.30 | 1,485 |
| Jan'21 | 384.20 | 387.00 | | 380.00 | **382.30** | –3.20 | 122,388 |
| **Soybean Oil (CBT)**-60,000 lbs.; cents per lb. | | | | | | | |
| Dec | 39.19 | 39.19 | | 38.73 | **38.87** | –.32 | 721 |
| Jan'21 | 38.45 | 38.46 | | 37.77 | **38.03** | –.38 | 135,318 |
| **Rough Rice (CBT)**-2,000 cwt.; $ per cwt. | | | | | | | |
| Jan | 12.23 | 12.35 | | 12.21 | **12.31** | .09 | 7,745 |
| March | 12.41 | 12.53 | | 12.40 | **12.49** | .08 | 1,344 |
| **Wheat (CBT)**-5,000 bu.; cents per bu. | | | | | | | |
| Dec | 560.00 | 575.75 | | 560.00 | **571.25** | 4.75 | 85 |
| March'21 | 574.25 | 579.75 | | 565.50 | **577.50** | 2.00 | 193,140 |
| **Wheat (KC)**-5,000 bu.; cents per bu. | | | | | | | |
| Dec | ... | ... | | ... | **542.50** | 1.25 | 63 |
| March'21 | 542.00 | 548.25 | | 530.75 | **545.50** | 2.75 | 122,599 |
| **Cattle-Feeder (CME)**-50,000 lbs.; cents per lb. | | | | | | | |
| Jan | 139.250 | 139.475 | | 137.550 | **137.800** | –1.975 | 18,525 |
| March | 138.925 | 139.225 | | 137.250 | **138.150** | –1.275 | 10,855 |
| **Cattle-Live (CME)**-40,000 lbs.; cents per lb. | | | | | | | |
| Dec | 108.250 | 108.750 | | 107.800 | **108.000** | –.875 | 13,711 |
| Feb'21 | 111.575 | 112.125 | | 110.850 | **111.025** | –1.375 | 114,099 |
| **Hogs-Lean (CME)**-40,000 lbs.; cents per lb. | | | | | | | |
| Dec | 65.350 | 65.600 | | 64.350 | **64.500** | –1.375 | 14,191 |
| Feb'21 | 66.250 | 66.375 | | 64.850 | **64.950** | –1.625 | 83,361 |
| **Lumber (CME)**-110,000 bd. ft., $ per 1,000 bd. ft. | | | | | | | |
| Jan | 680.00 | 697.80 | | 680.00 | **696.80** | 18.20 | 1,698 |
| March | 657.70 | 668.30 | | 653.00 | **666.10** | 14.50 | 766 |
| **Milk (CME)**-200,000 lbs., cents per lb. | | | | | | | |
| Dec | 15.35 | 15.40 | | 15.19 | **15.39** | .04 | 4,740 |
| Jan'21 | 15.81 | 16.18 | | 15.58 | **16.15** | .43 | 3,400 |
| **Cocoa (ICE-US)**-10 metric tons; $ per ton. | | | | | | | |
| Dec | 2,836 | 2,836 | | 2,836 | **2,836** | –42 | 33 |
| March'21 | 2,614 | 2,644 | | 2,589 | **2,636** | –18 | 96,177 |
| **Coffee (ICE-US)**-37,500 lbs.; cents per lb. | | | | | | | |
| Dec | 114.75 | 114.75 | | 114.75 | **116.95** | 1.60 | 143 |
| March'21 | 116.80 | 119.55 | | 116.45 | **119.10** | 1.55 | 117,212 |
| **Sugar-World (ICE-US)**-112,000 lbs.; cents per lb. | | | | | | | |
| March | 14.40 | 14.66 | | 14.30 | **14.45** | .01 | 406,913 |
| May | 13.84 | 14.03 | | 13.74 | **13.86** | .02 | 222,366 |
| **Sugar-Domestic (ICE-US)**-112,000 lbs.; cents per lb. | | | | | | | |
| Jan | 28.00 | 28.00 | | 28.00 | **27.95** | –.30 | 1,427 |
| March | 28.35 | 28.35 | | 28.35 | **28.35** | –.01 | 3,024 |
| **Cotton (ICE-US)**-50,000 lbs.; cents per lb. | | | | | | | |
| Dec | 70.63 | 70.63 | | 70.63 | **70.63** | .77 | 46 |
| March'21 | 71.65 | 72.52 | | 71.35 | **72.38** | .81 | 129,299 |
| **Orange Juice (ICE-US)**-15,000 lbs.; cents per lb. | | | | | | | |
| Jan | 123.75 | 124.50 | | 121.35 | **121.90** | –2.05 | 6,192 |
| March | 126.05 | 127.00 | | 122.10 | **122.80** | –3.45 | 4,252 |

### Interest Rate Futures

| | Open | High | Contract hi lo | Low | Settle | Chg | Open interest |
|---|---|---|---|---|---|---|---|
| **Ultra Treasury Bonds (CBT)** - $100,000; pts 32nds of 100% | | | | | | | |
| Dec | ... | ... | | ... | **213-080** | 1-26.0 | 27,256 |
| March'21 | 209-110 | 211-250 | | 208-190 | **211-170** | 1-26.0 | 1,005,981 |
| **Treasury Bonds (CBT)**-$100,000; pts 32nds of 100% | | | | | | | |
| Dec | 170-120 | 171-220 | | 170-110 | **171-180** | 26.0 | 39,665 |
| March'21 | 171-170 | 172-210 | | 171-060 | **172-170** | 28.0 | 1,122,459 |
| **Treasury Notes (CBT)**-$100,000; pts 32nds of 100% | | | | | | | |
| Dec | ... | ... | | ... | **138-045** | 10.5 | 68,175 |
| March'21 | 137-125 | 137-240 | | 137-090 | **137-230** | 11.0 | 3,100,068 |
| **5 Yr. Treasury Notes (CBT)**-$100,000; pts 32nds of 100% | | | | | | | |
| Dec | ... | ... | | ... | **125-192** | 4.2 | 74,474 |
| March'21 | 125-240 | 125-292 | | 125-230 | **125-287** | 5.2 | 3,071,211 |
| **2 Yr. Treasury Notes (CBT)**-$200,000; pts 32nds of 100% | | | | | | | |
| Dec | 110-136 | 110-140 | | 110-135 | **110-140** | .6 | 32,154 |
| March'21 | 110-128 | 110-136 | | 110-127 | **110-135** | .6 | 1,823,352 |
| **30 Day Federal Funds (CBT)**-$5,000,000; 100 - daily avg. | | | | | | | |
| Dec | 99.9150 | 99.9150 | | 99.9125 | **99.9125** | | 120,435 |
| Jan'21 | 99.9200 | 99.9200 | | 99.9150 | **99.9200** | .0050 | 150,766 |
| **10 Yr. Del. Int. Rate Swaps (CBT)**-$100,000; pts 32nds of 100% | | | | | | | |
| Dec | 100-170 | 100-185 | | 100-155 | **100-175** | 12.5 | 157,182 |
| March'21 | | | | | **97-250** | 13.0 | 990 |
| **Eurodollar (CME)**-$1,000,000; pts of 100% | | | | | | | |
| Dec | 99.7575 | 99.7625 | | 99.7550 | **99.7575** | .0025 | 1,079,293 |
| March'21 | 99.7950 | 99.8000 | | 99.7950 | **99.8000** | .0050 | 1,128,165 |
| June | 99.8000 | 99.8100 | | 99.8000 | **99.8050** | ... | 851,102 |
| Dec | 99.7550 | 99.7650 | | 99.7500 | **99.7600** | .0100 | 812,390 |

### Currency Futures

| | Open | High | Contract hi lo | Low | Settle | Chg | Open interest |
|---|---|---|---|---|---|---|---|
| **Japanese Yen (CME)**-¥12,500,000; $ per 100¥ | | | | | | | |
| Dec | .9598 | .9624 | | .9587 | **.9618** | .0011 | 178,991 |
| March'21 | .9614 | .9639 | | .9602 | **.9634** | .0011 | 10,717 |
| **Canadian Dollar (CME)**-CAD 100,000; $ per CAD | | | | | | | |
| Dec | .7821 | .7827 | | .7793 | **.7815** | –.0011 | 134,670 |
| March'21 | .7827 | .7830 | | .7796 | **.7819** | –.0010 | 11,168 |
| **British Pound (CME)**-£62,500; $ per £ | | | | | | | |
| Dec | 1.3421 | 1.3439 | | 1.3223 | **1.3401** | –.0043 | 139,928 |
| March'21 | 1.3431 | 1.3449 | | 1.3236 | **1.3414** | –.0041 | 12,945 |
| **Swiss Franc (CME)**-CHF 125,000; $ per CHF | | | | | | | |
| Dec | 1.1215 | 1.1270 | ▲ | 1.1179 | **1.1235** | .0002 | 50,776 |
| March'21 | 1.1262 | 1.1305 | ▲ | 1.1215 | **1.1271** | .0003 | 2,883 |
| **Australian Dollar (CME)**-AUD 100,000; $ per AUD | | | | | | | |
| Dec | .7431 | .7454 | ▲ | .7373 | **.7429** | –.0011 | 132,425 |
| March'21 | .7437 | .7461 | ▲ | .7379 | **.7435** | –.0011 | 16,736 |
| **Mexican Peso (CME)**-MXN 500,000; $ per MXN | | | | | | | |
| Dec | .05053 | .05056 | | .05000 | **.05034** | –.00024 | 147,463 |
| March'21 | .05011 | .05011 | | .04955 | **.04988** | –.00023 | 11,994 |
| **Euro (CME)**-€125,000; $ per € | | | | | | | |
| Dec | 1.2132 | 1.2168 | | 1.2080 | **1.2121** | –.0019 | 610,574 |
| March'21 | 1.2161 | 1.2200 | | 1.2111 | **1.2152** | –.0018 | 65,922 |

### Index Futures

| | Open | High | Contract hi lo | Low | Settle | Chg | Open interest |
|---|---|---|---|---|---|---|---|
| **Mini DJ Industrial Average (CBT)**-$5 x index | | | | | | | |
| Dec | 30174 | 30265 | ▲ | 29954 | **30057** | –141 | 95,221 |
| March'21 | 30100 | 30158 | ▲ | 29858 | **29959** | –138 | 7,669 |
| **S&P 500 Index (CME)**-$250 x index | | | | | | | |
| Dec | 3668.40 | 3703.90 | ▲ | 3672.80 | **3690.80** | –7.10 | 34,357 |
| March'21 | ... | ... | | ... | **3682.60** | –7.30 | 26 |
| **Mini S&P 500 (CME)**-$50 x index | | | | | | | |
| Dec | 3694.75 | 3705.00 | ▲ | 3672.25 | **3690.75** | –7.25 | 2,484,021 |
| March'21 | 3687.00 | 3697.25 | ▲ | 3664.25 | **3682.50** | –7.50 | 172,852 |
| **Mini S&P Midcap 400 (CME)**-$100 x index | | | | | | | |
| Dec | 2244.30 | 2252.50 | ▲ | 2225.70 | **2235.70** | –8.70 | 53,844 |
| March'21 | 2230.10 | 2245.00 | ▲ | 2223.60 | **2231.00** | –9.80 | 16 |
| **Mini Nasdaq 100 (CME)**-$20 x index | | | | | | | |
| Dec | 12525.00 | 12612.25 | ▲ | 12474.75 | **12596.00** | 70.00 | 235,860 |
| March'21 | 12527.50 | 12609.00 | ▲ | 12473.00 | **12593.75** | 70.50 | 7,417 |
| **Mini Russell 2000 (CME)**-$50 x index | | | | | | | |
| Dec | 1892.80 | 1899.40 | ▲ | 1875.30 | **1892.10** | .80 | 551,659 |
| **Mini Russell 1000 (CME)**-$50 x index | | | | | | | |
| Dec | 2079.30 | 2082.00 | ▲ | 2073.10 | **2079.20** | –1.90 | 8,781 |
| **U.S. Dollar Index (ICE-US)**-$1,000 x index | | | | | | | |
| Dec | 90.80 | 91.24 | | 90.61 | **90.79** | .09 | 30,976 |
| March'21 | 90.68 | 91.15 | | 90.52 | **90.70** | .09 | 7,128 |

Source: FactSet

## Exchange-Traded Portfolios | WSJ.com/ETFresearch

Largest 100 exchange-traded funds, latest session

Monday, December 7, 2020

| ETF | Symbol | Closing Price | Chg (%) | YTD (%) |
|---|---|---|---|---|
| ARKInnovationETF | **ARKK** | 120.68 | **2.98** | 141.1 |
| CommSvsSPDR | **XLC** | 67.40 | **0.63** | 25.7 |
| CnsmrDiscSelSector | **XLY** | 157.67 | **–0.23** | 25.7 |
| CnsStapleSelSector | **XLP** | 67.37 | **–0.38** | 7.0 |
| EnSelectSectorSPDR | **XLE** | 39.68 | **–2.34** | –33.9 |
| FinSelSectorSPDR | **XLF** | 28.78 | **–0.69** | –6.5 |
| HealthCareSelSect | **XLV** | 111.85 | **–0.61** | 9.8 |
| IndSelSectorSPDR | **XLI** | 88.78 | **–0.48** | 9.0 |
| InvscQQQI | **QQQ** | 307.25 | **0.57** | 44.5 |
| InvscS&P500EW | **RSP** | 126.45 | **–0.50** | 9.3 |
| iSh3-7YTreasuryBd | **IEI** | 132.78 | **0.14** | 5.6 |
| iShCoreDivGrowth | **DGRO** | 44.58 | **–0.51** | 6.0 |
| iShCoreMSCIEAFE | **IEFA** | 67.92 | **–0.85** | 4.1 |
| iShCoreMSCIEM | **IEMG** | 61.07 | **–0.07** | 13.6 |
| iShCoreMSCITotInt | **IXUS** | 66.26 | **–0.51** | 7.0 |
| iShCoreS&P500 | **IVV** | 370.50 | **–0.19** | 14.6 |
| iShCoreS&P MC | **IJH** | 223.38 | **–0.37** | 8.5 |
| iShCoreS&P SC | **IJR** | 88.99 | **–0.25** | 6.1 |
| iShS&PTotlUSStkMkt | **ITOT** | 84.84 | **–0.08** | 16.7 |
| iShCoreUSAggBd | **AGG** | 117.77 | **0.15** | 4.8 |
| iShSelectDividend | **DVY** | 96.89 | **–0.67** | –8.3 |
| iShESGAwareUSA | **ESGU** | 84.78 | **–0.09** | 18.9 |
| iShEdgeMSCIMinUSA | **USMV** | 67.07 | **–0.10** | 2.2 |
| iShEdgeMSCIUSAMom | **MTUM** | 158.29 | **0.90** | 26.1 |
| iShEdgeMSCIUSAQual | **QUAL** | 114.68 | **–0.14** | 13.5 |
| iShGoldTr | **IAU** | 17.77 | **1.43** | 22.6 |
| iShiBoxx$InvGrCpBd | **LQD** | 137.12 | **0.09** | 7.2 |
| iShiBoxx$HYCpBd | **HYG** | 86.81 | **–0.05** | –1.3 |
| iShJPMUSDEmgBd | **EMB** | 114.76 | **–0.02** | 0.2 |
| iShMBSETF | **MBB** | 109.93 | **0.02** | 1.7 |
| iShMSCI ACWI | **ACWI** | 89.47 | **–0.23** | 12.9 |
| iShMSCI EAFE | **EFA** | 71.95 | **–0.81** | 3.6 |
| iShMSCIEmgMarkets | **EEM** | 50.85 | **...** | 13.3 |
| iShMSCIJapan | **EWJ** | 65.09 | **–1.47** | 9.9 |
| iShNatlMuniBd | **MUB** | 116.80 | **0.05** | 2.5 |
| iSh1-5YIGCorpBd | **IGSB** | 55.03 | **0.04** | 2.6 |
| iShPfd&Incm | **PFF** | 37.93 | **0.24** | 0.9 |
| iShRussell1000Gwth | **IWF** | 235.28 | **0.35** | 33.7 |
| iShRussell1000 | **IWB** | 208.65 | **–0.03** | 16.9 |
| iShRussell1000Val | **IWD** | 135.56 | **–0.56** | –0.7 |
| iShRussell2000 | **IWM** | 188.38 | **0.10** | 13.7 |
| iShRussellMid-Cap | **IWR** | 67.32 | **–0.21** | 12.9 |
| iShRussellMCValue | **IWS** | 95.78 | **–0.46** | 1.1 |
| iShS&P500Growth | **IVW** | 62.55 | **0.06** | 29.2 |
| iShS&P500Value | **IVE** | 127.44 | **–0.58** | –2.0 |
| iShShortTreaBd | **SHV** | 110.52 | **...** | 0.1 |
| iShSilver | **SLV** | 22.82 | **1.51** | 36.8 |
| iShTIPSBondETF | **TIP** | 126.50 | **0.26** | 8.5 |
| iSh1-3YTreasuryBd | **SHY** | 86.38 | **0.02** | 2.1 |
| iSh7-10YTreasuryBd | **IEF** | 119.69 | **0.31** | 8.6 |
| iSh20+YTreasuryBd | **TLT** | 156.60 | **0.90** | 15.6 |
| iShRussellMCGrowth | **IWP** | 99.62 | **0.07** | 30.6 |
| iShUSTreasuryBdETF | **GOVT** | 27.33 | **0.31** | 5.4 |
| JPM UltShtIncm | **JPST** | 50.78 | **–0.02** | 0.7 |
| PIMCOEnhShMaturity | **MINT** | 101.98 | **...** | 0.4 |
| SPDR BlmBarcHYBd | **JNK** | 108.21 | **–0.06** | –1.2 |
| SPDRBloomBar1-3MTB | **BIL** | 91.51 | **–0.02** | 0.1 |
| SPDR Gold | **GLD** | 174.89 | **1.49** | 22.4 |
| SchwabIntEquity | **SCHF** | 35.67 | **–0.67** | 6.1 |
| SchwabUS BrdMkt | **SCHB** | 89.53 | **–0.04** | 16.5 |
| SchwabUS Div | **SCHD** | 64.69 | **–0.66** | 11.7 |
| SchwabUS LC | **SCHX** | 89.69 | **–0.08** | 16.8 |
| SchwabUS LC Grw | **SCHG** | 125.42 | **0.50** | 35.0 |
| SchwabUS SC | **SCHA** | 85.77 | **–0.16** | 13.4 |
| Schwab US TIPs | **SCHP** | 61.59 | **0.24** | 8.8 |
| SPDR DJIA Tr | **DIA** | 301.10 | **–0.49** | 5.6 |
| SPDR S&PMdCpTr | **MDY** | 408.40 | **–0.34** | 8.8 |
| SPDR S&P 500 | **SPY** | 369.09 | **–0.21** | 14.7 |
| SPDR S&P Div | **SDY** | 105.95 | **–0.96** | –1.5 |
| TechSelectSector | **XLK** | 126.40 | **0.29** | 37.9 |
| UtilitiesSelSector | **XLU** | 62.76 | **0.56** | –2.9 |
| VanEckGoldMiner | **GDX** | 36.50 | **3.37** | 24.7 |
| VangdInfoTech | **VGT** | 342.55 | **0.25** | 39.9 |
| VangdSC Val | **VBR** | 139.56 | **–0.61** | 1.8 |
| VangdSC Grwth | **VBK** | 253.34 | **0.19** | 27.5 |
| VangdExtMkt | **VXF** | 159.65 | **0.40** | 26.7 |
| VangdDivApp | **VIG** | 139.16 | **–0.46** | 11.6 |
| VangdFTSEDevMk | **VEA** | 46.40 | **–0.73** | 5.3 |
| VangdFTSE EM | **VWO** | 49.34 | **...** | 11.0 |
| VangdFTSE Europe | **VGK** | 59.49 | **–0.58** | 1.5 |
| VangdFTSEAWxUS | **VEU** | 57.44 | **–0.50** | 6.9 |
| VangdGrowth | **VUG** | 247.96 | **0.39** | 36.1 |
| VangdHlthCr | **VHT** | 219.92 | **–0.53** | 14.7 |
| VangdHiDiv | **VYM** | 91.46 | **–0.66** | –2.4 |
| VangdIntermBd | **BIV** | 93.17 | **0.15** | 6.8 |
| VangdIntrCorpBd | **VCIT** | 96.77 | **0.08** | 6.0 |
| VangdLC | **VV** | 173.25 | **–0.12** | 17.2 |
| VangdMC | **VO** | 204.47 | **–0.08** | 14.8 |
| VangdMBS | **VMBS** | 54.09 | **0.02** | 1.7 |
| VangdRealEst | **VNQ** | 85.67 | **–0.87** | –7.7 |
| VangdS&P500ETF | **VOO** | 339.18 | **–0.19** | 14.7 |
| VangdST Bond | **BSV** | 82.82 | **0.02** | 2.7 |
| VangdSTCpBd | **VCSH** | 83.06 | **0.08** | 2.5 |
| VangdSC | **VB** | 188.09 | **–0.25** | 13.6 |
| VangdTotalBd | **BND** | 87.99 | **0.14** | 4.9 |
| VangdTotIntlBd | **BNDX** | 58.49 | **0.17** | 3.4 |
| VangdTotIntlStk | **VXUS** | 59.25 | **–0.50** | 6.4 |
| VangdTotalStk | **VTI** | 191.30 | **–0.11** | 16.9 |
| VangdTotlWrld | **VT** | 91.02 | **–0.32** | 12.4 |
| VangdValue | **VTV** | 118.40 | **–0.63** | –1.2 |

## Bonds | wsj.com/market-data/bonds/benchmarks

## Tracking Bond Benchmarks

Return on investment and spreads over Treasurys and/or yields paid to investors compared with 52-week highs and lows for different types of bonds

| Total return close | YTD total return (%) | Index | Yield (%) Latest | Low | High |
|---|---|---|---|---|---|
| **Broad Market** Bloomberg Barclays | | | | | |
| 2281.90 | 7.1 | U.S. Aggregate | 1.190 | 1.020 | 2.380 |
| **U.S. Corporate Indexes** Bloomberg Barclays | | | | | |
| 3436.66 | 9.1 | U.S. Corporate | 1.820 | 1.800 | 4.580 |
| 3098.18 | 6.9 | Intermediate | 1.170 | 1.170 | 4.400 |
| 5142.89 | 12.8 | Long term | 2.830 | 2.730 | 4.930 |
| 699.05 | 8.4 | Double-A-rated | 1.440 | 1.300 | 3.360 |
| 914.76 | 9.0 | Triple-B-rated | 2.090 | 2.080 | 5.350 |
| **High Yield Bonds** ICE BofA | | | | | |
| 490.66 | 5.1 | High Yield Constrained | 4.443 | 4.443 | 11.400 |
| 447.28 | 2.2 | Triple-C-rated | 8.868 | 8.868 | 19.071 |
| 3304.48 | 3.5 | High Yield 100 | 3.731 | 3.589 | 10.740 |
| 443.23 | 5.2 | Global High Yield Constrained | 4.429 | 4.429 | 11.310 |
| 337.32 | 2.6 | Europe High Yield Constrained | 2.816 | 2.464 | 8.183 |
| **U.S Agency** Bloomberg Barclays | | | | | |
| 1863.71 | 5.3 | U.S Agency | 0.480 | 0.470 | 1.950 |
| 1625.36 | 4.0 | 10-20 years | 0.370 | 0.340 | 1.850 |
| 4237.65 | 11.1 | 20-plus years | 1.690 | 1.170 | 2.450 |
| 2918.99 | 6.7 | Yankee | 1.430 | 1.420 | 3.500 |
| **Mortgage-Backed** Bloomberg Barclays | | | | | |
| 2225.40 | 3.6 | Mortgage-Backed | 1.360 | 0.930 | 2.690 |
| 2172.17 | 3.4 | Ginnie Mae (GNMA) | 0.860 | 0.290 | 2.660 |
| 1314.29 | 3.7 | Fannie mae (FNMA) | 1.540 | 1.110 | 2.690 |
| 2017.32 | 3.6 | Freddie Mac (FHLMC) | 1.520 | 1.080 | 2.710 |
| 593.18 | 4.8 | Muni Master | 0.934 | 0.838 | 3.441 |
| 419.57 | 5.2 | 7-12 year | 0.922 | 0.771 | 3.447 |
| 479.21 | 5.8 | 12-22 year | 1.362 | 1.224 | 3.690 |
| 465.64 | 5.6 | 22-plus year | 1.978 | 1.765 | 4.123 |
| **Global Government** J.P. Morgan[†] | | | | | |
| 613.45 | 5.2 | Global Government | 0.580 | 0.390 | 1.060 |
| 858.03 | 6.8 | Canada | 0.900 | 0.590 | 1.740 |
| n.a. | n.a. | EMU§ | n.a. | n.a. | n.a. |
| 793.13 | 4.5 | France | -0.110 | -0.160 | 0.430 |
| 552.23 | 3.1 | Germany | -0.470 | -0.740 | -0.050 |
| 295.35 | -0.9 | Japan | 0.290 | 0.040 | 0.320 |
| 618.35 | 3.7 | Netherlands | -0.390 | -0.540 | 0.080 |
| 1080.05 | 7.5 | U.K. | 0.650 | 0.390 | 1.180 |
| 922.29 | 4.6 | Emerging Markets ** | 4.443 | 4.437 | 7.480 |

*Constrained indexes limit individual issuer concentrations to 2%; the High Yield 100 are the 100 largest bonds † In local currency § Euro-zone bonds

** EMBI Global Index

Sources: ICE Data Services; Bloomberg Barclays; J.P.Morgan

## Global Government Bonds: Mapping Yields

Yields and spreads over or under U.S. Treasurys on benchmark two-year and 10-year government bonds in selected other countries; arrows indicate whether the yield rose(▲) or fell (▼) in the latest session

| Coupon (%) | Country/ Maturity, in years | Yield (%) Latest | Previous | Month ago | Year ago | Spread Under/Over U.S. Treasurys, in basis points Latest | Prev | Year ago |
|---|---|---|---|---|---|---|---|---|
| 0.125 | **U.S.** 2 | 0.145 ▼ | 0.149 | 0.165 | 1.633 | | | |
| 0.875 | 10 | 0.926 ▼ | 0.970 | 0.815 | 1.841 | | | |
| 2.250 | **Australia** 2 | 0.108 ▼ | 0.110 | 0.111 | 0.762 | -3.7 | -3.9 | -87.1 |
| 1.000 | 10 | 1.049 ▲ | 1.006 | 0.768 | 1.138 | 12.3 | 3.6 | -70.3 |
| 0.000 | **France** 2 | -0.702 ▼ | -0.688 | -0.686 | -0.585 | -84.7 | -83.6 | -221.8 |
| 0.000 | 10 | -0.340 ▼ | -0.305 | -0.349 | 0.034 | -126.6 | -127.5 | -180.7 |
| 0.000 | **Germany** 2 | -0.755 ▼ | -0.742 | -0.774 | -0.621 | -90.0 | -89.1 | -225.5 |
| 0.000 | 10 | -0.579 ▼ | -0.543 | -0.616 | -0.286 | -150.5 | -151.3 | -212.6 |
| 0.050 | **Italy** 2 | -0.402 ▼ | -0.397 | -0.404 | -0.098 | -54.7 | -54.6 | -173.1 |
| 0.900 | 10 | 0.611 ▼ | 0.629 | 0.655 | 1.351 | -31.5 | -34.1 | -49.0 |
| 0.100 | **Japan** 2 | -0.136 ▼ | -0.130 | -0.145 | -0.135 | -28.1 | -27.8 | -176.8 |
| 0.100 | 10 | 0.026 | 0.026 | 0.022 | -0.017 | -90.1 | -94.4 | -185.8 |
| 0.400 | **Spain** 2 | -0.594 ▼ | -0.588 | -0.575 | -0.377 | -73.9 | -73.6 | -201.1 |
| 1.250 | 10 | 0.052 ▼ | 0.085 | 0.103 | 0.486 | -87.4 | -88.5 | -135.5 |
| 0.500 | **U.K.** 2 | -0.073 ▼ | -0.035 | -0.027 | 0.586 | -21.8 | -18.3 | -104.7 |
| 4.750 | 10 | 0.282 ▼ | 0.354 | 0.277 | 0.772 | -64.4 | -61.7 | -106.9 |

Source: Tullett Prebon

## Corporate Debt

Prices of firms' bonds reflect factors including investors' economic, sectoral and company-specific expectations

### Investment-grade spreads that tightened the most...

| Issuer | Symbol | Coupon (%) | Yield (%) | Maturity | Spread*, in basis points Current | One-day change | Last week |
|---|---|---|---|---|---|---|---|
| Kohl's | KSS | 6.875 | 5.72 | Dec. 15, '37 | 402 | –27 | 471 |
| Legrand France | LRFP | 8.500 | 0.82 | Feb. 15, '25 | 42 | –20 | n.a. |
| Bank of America | BAC | 3.500 | 0.87 | April 19, '26 | 48 | –15 | 62 |
| Motiva Enterprises | MTVD | 6.850 | 5.20 | Jan. 15, '40 | 350 | –12 | n.a. |
| Protective Life Global Funding | ... | 1.170 | 0.75 | July 15, '25 | 36 | –12 | n.a. |
| Capital One Bank USA | ... | 3.375 | 0.62 | Feb. 15, '23 | 42 | –11 | n.a. |
| JPMorgan Chase | JPM | 6.400 | 2.41 | May 15, '38 | 70 | –10 | n.a. |
| Verizon Communications | VZ | 4.862 | 2.77 | Aug. 21, '46 | 108 | –10 | n.a. |

### ...And spreads that widened the most

| Issuer | Symbol | Coupon (%) | Yield (%) | Maturity | Spread*, in basis points Current | One-day change | Last week |
|---|---|---|---|---|---|---|---|
| Lloyds Banking | LLOYDS | 4.500 | 1.48 | Nov. 4, '24 | 109 | 9 | 115 |
| Morgan Stanley | MS | 3.750 | 0.55 | Feb. 25, '23 | 35 | 9 | 28 |
| Nordea Bank Abp | NDASS | 0.750 | 0.71 | Aug. 28, '25 | 32 | 9 | n.a. |
| Apple | AAPL | 2.400 | 0.39 | May 3, '23 | 19 | 7 | 14 |
| BNP Paribas | BNP | 4.625 | 1.92 | March 13, '27 | 99 | 7 | n.a. |
| Principal Life Global Funding II | ... | 1.250 | 0.77 | June 23, '25 | 38 | 7 | 39 |
| Bank of America | BAC | 3.875 | 0.87 | Aug. 1, '25 | 48 | 6 | 52 |
| Jefferies | JEF | 4.150 | 2.14 | Jan. 23, '30 | 121 | 6 | 121 |

### High-yield issues with the biggest price increases...

| Issuer | Symbol | Coupon (%) | Yield (%) | Maturity | Bond Price as % of face value Current | One-day change | Last week |
|---|---|---|---|---|---|---|---|
| American Airlines | AAL | 3.750 | 10.91 | March 1, '25 | 76.250 | 1.50 | 65.750 |
| Transocean | RIG | 6.800 | 24.92 | March 15, '38 | 28.500 | 1.40 | 27.346 |
| L Brands | LB | 7.600 | 6.76 | July 15, '37 | 108.313 | 1.34 | n.a. |
| Murphy Oil | MUR | 7.050 | 7.17 | May 1, '29 | 99.250 | 1.25 | 92.070 |
| FirstEnergy | FE | 7.375 | 2.89 | Nov. 15, '31 | 141.750 | 1.00 | 138.755 |
| Telecom Italia Capital | TITIM | 6.375 | 4.07 | Nov. 15, '33 | 123.000 | 1.00 | n.a. |
| Xerox | XRXCRP | 6.750 | 6.19 | Dec. 15, '39 | 106.250 | 1.00 | 106.038 |
| ZF North America Capital | ZFFNGR | 4.750 | 2.81 | April 29, '25 | 107.950 | 0.85 | 106.000 |

### ...And with the biggest price decreases

| Issuer | Symbol | Coupon (%) | Yield (%) | Maturity | Bond Price as % of face value Current | One-day change | Last week |
|---|---|---|---|---|---|---|---|
| Springleaf Finance | ... | 7.125 | 3.53 | March 15, '26 | 117.125 | –0.97 | 115.360 |
| Ford Motor | F | 6.625 | 3.93 | Oct. 1, '28 | 118.001 | –0.88 | 115.377 |
| CIT | CIT | 6.125 | 2.67 | March 9, '28 | 122.625 | –0.75 | 123.094 |
| Quad/Graphics | QUAD | 7.000 | 14.55 | May 1, '22 | 90.750 | –0.75 | n.a. |
| Prime Security Services Borrower | PRSESE | 5.250 | 3.04 | April 15, '24 | 107.000 | –0.62 | 106.384 |
| Teva Pharmaceutical Finance Netherlands | ... | 2.800 | 3.40 | July 21, '23 | 98.500 | –0.55 | 98.500 |
| Bombardier | BBDBCN | 6.125 | 7.56 | Jan. 15, '23 | 97.250 | –0.48 | 93.375 |
| Netflix | NFLX | 4.875 | 2.81 | April 15, '28 | 113.625 | –0.38 | 114.500 |

*Estimated spread over 2-year, 3-year, 5-year, 10-year or 30-year hot-run Treasury; 100 basis points=one percentage pt.; change in spread shown is for Z-spread.
Note: Data are for the most active issue of bonds with maturities of two years or more

Source: MarketAxess

ADVERTISEMENT

## The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

### NOTICE OF SALE

THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] Debtors. | Chapter 11, Case No. 20-12841 (MFW) (Jointly Administered)

**Hearing Date: December 23, 2020 at 10:30 a.m. (ET)**
**Objection Deadline: December 14, 2020 at 4:00 p.m. (ET)**

**NOTICE OF PROPOSED SALE, BIDDING PROCEDURES, AUCTION, AND SALE HEARING**

**PLEASE TAKE NOTICE THAT** the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "**Court**") on November 9, 2020. At the same time, the Debtors filed a motion (the "**Sale Motion**") with the Court seeking entry of orders, among other things, approving (a) the sale of the Debtor's Assets[2] (the "**Sale**") to YF FC Acquisition, LLC, a Delaware limited liability company (the "**Stalking Horse Bidder**"), subject to the submission of higher or better offers in an auction process (the "**Auction**"); (b) procedures for the solicitation of bids in connection with the Auction (the "**Bidding Procedures**"); (c) the form and manner of notices related to the Sale; and (d) procedures for the assumption and assignment of contracts and leases in connection with the Sale (the "**Assumption and Assignment Procedures**").

**PLEASE TAKE FURTHER NOTICE** that approval of the Sale of the Assets to the Stalking Horse Bidder or other Successful Bidder may result in, among other things, the assumption, assignment, and/or transfer by the Debtors of certain executory contracts and unexpired leases. If you are counterparty to an executory contract or unexpired lease with the Debtors, you will receive a separate notice regarding the Assumption and Assignment Procedures that contains additional relevant dates and other information that may impact you as counterparty to such executory contract or unexpired lease.

**PLEASE TAKE FURTHER NOTICE** that on November 23, 2020, the Court entered an Order approving the Bidding Procedures [Docket No. 136] (the "**Bidding Procedures Order**"). All interested bidders should carefully read the proposed Bidding Procedures, attached to the Bidding Procedures Order. The deadline by which all Bids must be *actually received* is **December 15, 2020, at 12:00 p.m. Eastern Time**.

**CONTACT PERSONS FOR PARTIES INTERESTED IN SUBMITTING A BID.** The Bidding Procedures set forth the requirements for submitting a Qualified Bid, and any person interested in making an offer to purchase the Assets **must** comply strictly with the Bidding Procedures. **Only Qualified Bids will be considered by the Debtors**. Any interested persons should contact: (i) **Proposed Investment Banker to Debtors:** FocalPoint Securities, LLC, 599 Lexington Avenue, Suite 1203, New York, NY 10022, Attn: Rich NeJame and Duane Stullich; and (ii) **Proposed Counsel to Debtors:** Greenberg Traurig, LLP, 77 West Wacker Dr., Suite 3100, Chicago, IL 60601, Attn: Nancy A. Peterman, Eric Howe, and Nicholas E. Ballen.

**OBTAINING ADDITIONAL INFORMATION.** Copies of the Sale Motion, the Bidding Procedures Order, Bidding Procedures, as well as all related documents (including the Stalking Horse Purchase Agreement), are available: (a) free of charge upon request to Donlin Recano & Co., Inc. (the notice and claims agent retained in these chapter 11 cases) by calling 1 (866) 666-1597 (toll free) or emailing yfhcinfo@donlinrecano.com; (b) free of charge by visiting the Debtors' restructuring website at www.donlinrecano.com/yfhc; or (c) for a fee via PACER by visiting https://ecf.deb.uscourts.gov.

**IMPORTANT DATES AND DEADLINES.** The dates and deadlines set forth below have been approved by the Bidding Procedures Order:

1. The deadline to file an objection with the Court to the proposed assumption and assignment of the applicable Assumed Contract and/or the proposed Cure Costs (if any) is the later of: **(i) December 4, 2020, at 4:00 p.m., prevailing Eastern Time, and (ii) ten (10) calendar days after service of the Notice of Potential Assumption and Assignment on the applicable Assumed Contract Counterparty**.
2. The deadline to file an objection with the Court to the entry of an order approving the Sale is **December 14, 2020, at 4:00 p.m., prevailing Eastern Time**.
3. The deadline for Qualified Bidders to submit a binding Qualified Bid is **December 15, 2020, at 12:00 p.m., prevailing Eastern Time**.
4. In the event that the Debtors timely receive a Qualified Bid in addition to that of the Stalking Horse Bidder, the Debtors intend to conduct an Auction. The Auction shall take place at **December 21, 2020, at 10:00 a.m., prevailing Eastern Time** on via remote video.
5. The deadline for objections to (i) the manner and conduct of the Auction (if applicable), and (ii) the identity the Successful Bidder or the Backup Bidder (in each case other than the Stalking Horse Bidder) is **December 22, 2020, at 4:00 p.m., prevailing Eastern Time**.
6. The hearing to consider the Sale will be held before the Honorable Mary F. Walrath of the Court on **December 23, 2020, at 10:30 a.m., prevailing Eastern Time**, at 824 North Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801.

**OBJECTIONS.** All Objections must (a) be in writing, (b) state, with specificity, the legal and factual bases thereof, and (c) be filed with the Court and served so as to be **actually received** no later than the applicable objection deadline by: (i) proposed counsel for the Debtors, Greenberg Traurig, LLP, (a) The Nemours Building, 1007 North Orange Street, Suite 1200, Wilmington, DE 19801 (Attn: Dennis A. Meloro (melorod@gtlaw.com) and (b) 77 West Wacker Dr., Suite 3100, Chicago, IL 60601 (Attn: Nancy A. Peterman (petermann@gtlaw.com), Eric Howe (howee@gtlaw.com), and Nicholas E. Ballen (ballenn@gtlaw.com)); (ii) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Hannah McCollum, Esq. (hannah.mccollum@usdoj.gov); (iii) counsel for the Debtors' prepetition and postpetition agent and lenders and the Stalking Horse Bidder, (a) Winston & Strawn LLP, 200 Park Avenue, New York, NY 10166, Attn: Carey D. Schreiber, Esq. (cschreiber@winston.com) and and Gregory M. Gartland, Esq. (ggartland@winston.com), (b) Young Conaway Stargatt & Taylor, LLP, 1000 N. King Street, Wilmington, Delaware 19801, Attn: Joseph Barry, Esq. (jbarry@ycst.com) and Joseph M. Mulvihill, Esq. (jmulvihill@ycst.com), and (c) Holland & Knight LLP, 150 N. Riverside Plaza, Suite 2700, Chicago, IL 60606, Attn: Joshua Spencer (joshua.spencer@hklaw.com), Phillip W. Nelson (phillip.nelson@hklaw.com), and Anastasia Sotiropoulos (anastasia.sotiropoulos@hklaw.com); (iv) proposed counsel to the Official Committee of Unsecured Creditors: Berger Singerman, LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131 (Attn: Brian G Rich (brich@bergersingerman.com) and Michael Niles (mniles@bergersingerman.com)) and Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Bradford Sandler (bsandler@pszjlaw.com) and Colin Robinson (crobinson@pszjlaw.com)); and (v) all parties that have requested notice in these Chapter 11 Cases (collectively (i)-(v), the "**Objection Notice Parties**").

**CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION. ANY PARTY OR ENTITY WHO FAILS TO TIMELY FILE AND SERVE AN OBJECTION ON OR BEFORE THE APPLICABLE OBJECTION DEADLINE IN ACCORDANCE WITH THE ENTERED BIDDING PROCEDURES ORDER MAY BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE SALE, INCLUDING WITH RESPECT TO THE TRANSFER OF THE TRANSFERRED ASSETS OF THE DEBTOR ESTATES FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS EFFECTED THEREUNDER.**

**NO SUCCESSOR LIABILITY. THE SALE WILL BE FREE AND CLEAR OF, AMONG OTHER THINGS, ANY CLAIM ARISING FROM ANY CONDUCT OF THE DEBTORS PRIOR TO THE CLOSING OF THE SALE, WHETHER KNOWN OR UNKNOWN, WHETHER DUE OR TO BECOME DUE, WHETHER ACCRUED, ABSOLUTE, CONTINGENT OR OTHERWISE, SO LONG AS SUCH CLAIM ARISES OUT OF OR RELATES TO EVENTS OCCURRING PRIOR TO THE CLOSING OF THE SALE. ACCORDINGLY, AS A RESULT OF THE SALE, THE SUCCESSFUL BIDDER WILL NOT BE A SUCCESSOR TO ANY OF THE DEBTORS BY REASON OF ANY THEORY OF LAW OR EQUITY, AND THE SUCCESSFUL BIDDER WILL HAVE NO LIABILITY, EXCEPT AS EXPRESSLY PROVIDED IN THE SUCCESSFUL BIDDER'S ASSET PURCHASE AGREEMENT, FOR ANY LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS AGAINST OR IN ANY OF THE DEBTORS UNDER ANY THEORY OF LAW, INCLUDING SUCCESSOR LIABILITY THEORIES.**

Dated: November 23, 2020, GREENBERG TRAURIG, LLP, /s/ Dennis A. Meloro, Dennis A. Meloro (DE Bar No. 4435), 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801, Telephone: (302) 661-7000, Facsimile (302) 661-7360, Email: melorod@gtlaw.com -and- Nancy A. Peterman (admitted *pro hac vice*), Eric Howe (admitted *pro hac vice*), Nicholas E. Ballen (admitted *pro hac vice*), 77 West Wacker Dr., Suite 3100, Chicago, Illinois 60601, Telephone: (312) 456-8410, Facsimile: (312) 456-8435, Email: petermann@gtlaw.com, howee@gtlaw.com, ballenn@gtlaw.com, *Proposed Counsel for the Debtors and Debtors in Possession*

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

[2] Capitalized terms used in this Notice and not immediately defined have the meanings given to such terms in the Bidding Procedures Order.

AVIATION

Hawker 800XP-For Sale
TurnKey - Operation & Crew
Ready for Year End Closing
Principles ONLY
Partnerships Considered
cc@flyepicjet.com

BUSINESS OPPORTUNITIES

SELLING YOUR BUSINESS?
Inbar Group Inc. - A Leading Business Brokerage and M&A firm.
✓No Fee until your business is sold
✓Free Valuation Opinion
✓Any Business - We know Buyers
Call Jay Inbar direct: 917-771-0030
WWW.INBARGROUP.COM

Food Processor - In Business 25 yrs.
North FL/Jacksonville Area
Premium Branded Products Planogrammed in Major Supermarkets & other retailers in Southeast US.
SIX FIGURE INVESTMENT
EIGHT FIGURE OPPORTUNITY
Call Bob: 904-403-5898

BUSINESS OPPORTUNITIES

7-10%
Annual Return
INVESTMENT OPPORTUNITY
LYNK Capital Mortgage Fund
Fixed Income Fund
Secured, First-Lien Mortgages
8-Year History of Monthly Dividends
www.LYNKCapital.com
(410) 258-3903
*Past performance not an indicator of future results. Visit website for details & disclosures.

CHRISTOPHER COMPANIES
QUALITY BY DESIGN
Mid Atlantic builder seeks investors for growth. Equity returns >20% or 9% interest mezz financing. Term 24 to 60 mos. Min invest $100K Accredited Investors or Principals only.
Joe@ChristopherCompanies.com
703-352-5950

BUSINESS OPPORTUNITIES

Acceptance Insurance Company for sale
Sale by Chapter 7 Bankruptcy Estate of Acceptance Insurance Company, a Nebraska insurance company, and a wholly-owned subsidiary of Acceptance Insurance Companies, Inc. - US Bankruptcy Court for the District of Nebraska, Case No. 05-88059
For information, contact Gerald W. Brenneman, counsel for the trustee
gbrenneman@posinelli.com
816-678-4730

REDUCE INCOME TAXES
Tax Deductions Available Through
TAX MITIGATION STRATEGIES
REDUCE TAXABLE INCOME UP TO 50% PER YEAR
CONSERVATION EASEMENT ADVISORS, LLC
256-680-3360 • 1-855-TAX-CUT-0
www.conservationeasements.net

PRODUCTS

GLACIER VALLEY MINING AND METALS HAS 45 UNITS FOR SALE
45 UNITS AT $1,050,000.00 EACH. YOU MAY PURCHASE MORE THAN ONE UNIT. EACH UNIT IS 100% TAX DEDUCTIBLE PLUS UP TO 3 TO 1 R O I
gjdeden@aol.com
www.gvmtaxshelter.com

THE WALL STREET JOURNAL. THE MARKETPLACE
ADVERTISE TODAY (800) 366-3975 wsj.com/classifieds
© 2020 Dow Jones & Company, Inc. All Rights Reserved. DOW JONES