IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*, | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

## ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS ORDERED that the following omnibus hearing date has been scheduled in the above-referenced matter:

| **DATE** | **TIME** |
|---|---|
| January 20, 2021 | 10:30 a.m. |

**Dated: December 11th, 2020**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**