**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF CANCELLATION OF AUCTION AND DESIGNATION OF STALKING HORSE BIDDER AS SUCCESSFUL BIDDER**

   **PLEASE TAKE NOTICE THAT** on November 9, 2020, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed a motion [Docket No. 17] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**") seeking entry of orders, among other things, approving (a) the sale of all or substantially all of the Debtors' assets (the "**Sale**") to YF FC Acquisition, LLC, a Delaware limited liability company (the "**Stalking Horse Bidder**"), pursuant to the terms set forth in the asset purchase agreement dated as of November 10, 2020 and attached to the Motion (as amended on December 4, 2020 [Docket No. 235]), subject to the submission of higher or better offers in an auction process (the "**Auction**"); and (b) procedures for the solicitation of bids in connection with the Auction.

   **PLEASE TAKE FURTHER NOTICE THAT** on November 23, 2020, the Court entered the *Order Establishing Bidding Procedures and Granting Related Relief* [Docket No. 136] (the "**Bidding Procedures Order**").[2]

   **PLEASE TAKE FURTHER NOTICE THAT** the Debtors did not receive any Qualified Bids, other than that of the Stalking Horse Bidder, by the Bid Deadline.  Therefore, pursuant to the Bidding Procedures Order, (i) the Auction that was scheduled to occur on December 21, 2020 at 10:00 a.m. (prevailing Eastern Time) is hereby **CANCELLED**, and (ii) the Stalking Horse Bidder is designated as the Successful Bidder.

   **PLEASE TAKE FURTHER NOTICE THAT** at the Sale Hearing to be held on December 23, 2020 at 10:30 a.m. (prevailing Eastern Time) before the Honorable Mary F. Walrath, at the Court, 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801, the Debtors will seek entry of an order approving the Sale with the Stalking Horse Bidder.

---

[1]   The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc.  The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bidding Procedures Order.

Dated:  December 15, 2020

GREENBERG TRAURIG, LLP

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile   (302) 661-7360
Email:  melorod@gtlaw.com

-and-

Nancy A. Peterman (admitted *pro hac vice*)
Eric Howe (admitted *pro hac vice*)
Nicholas E. Ballen (admitted *pro hac vice*)
77 West Wacker Dr., Suite 3100
Chicago, Illinois 60601
Telephone:  (312) 456-8410
Facsimile:  (312) 456-8435
Email:  petermann@gtlaw.com
          howee@gtlaw.com
          ballenn@gtlaw.com

*Counsel for the Debtors and*
*Debtors in Possession*