IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 17, 136, 235** |

## NOTICE OF FILING OF PROPOSED SALE ORDER

**PLEASE TAKE NOTICE** that on November 9, 2020, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed *Debtors' Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Assets, (B) Approving the Debtors' Entry into the Stalking Horse Purchase Agreement, (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Approving Form and Manner of Notices Relating Thereto, and (E) Scheduling a Hearing to Consider the Proposed Sale; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 17] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that on November 23, 2020, the Court entered the *Order Establishing Bidding Procedures and Granting Related Relief* [Docket No. 136] (the

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

"**Bidding Procedures Order**").[2]

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Bidding Procedures Order, attached hereto as **Exhibit A** is the proposed form of order granting the Motion with respect to the sale of the Debtors' assets (the "**Sale Order**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to seek entry of the Sale Order at the hearing (the "**Sale Hearing**") scheduled to be held on December 23, 2020 at 10:30 a.m. (prevailing Eastern Time) before the Honorable Mary F. Walrath, at the Court, 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to amend, modify, or supplement the Sale Order at or prior to the Sale Hearing.[3]

Dated: December 15, 2020

GREENBERG TRAURIG, LLP

| | | |
|---|---|---|
| */s/ Dennis A. Meloro* <br> Dennis A. Meloro (DE Bar No. 4435) <br> 1007 North Orange Street, Suite 1200 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 661-7000 <br> Facsimile  (302) 661-7360 <br> Email:  melorod@gtlaw.com | - and - | Nancy A. Peterman (admitted *pro hac vice*) <br> Eric Howe (admitted *pro hac vice*) <br> Nicholas E. Ballen (admitted *pro hac vice*) <br> 77 West Wacker Dr., Suite 3100 <br> Chicago, Illinois 60601 <br> Telephone:  (312) 456-8400 <br> Facsimile:  (312) 456-8435 <br> Email:    petermann@gtlaw.com <br>               howee@gtlaw.com <br>               ballenn@gtlaw.com |

*Counsel for the Debtors and Debtors in Possession*

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Bidding Procedures Order.

[3] Pursuant to the Bidding Procedures Order, the Sale Objection Deadline was 4:00 p.m. (prevailing Eastern Time) on December 14, 2020. The Debtors extended the Sale Objection Deadline as to the Committee through December 16, 2020. Discussions between the Debtors and the Committee with respect to the Motion, including the terms of the Sale Order are ongoing.

ACTIVE 54268530v2