**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>YOUFIT HEALTH CLUBS, LLC, *et al.*,<br>Debtors. | Chapter 11<br>Case No. 20-12841 (MFW)<br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Joshua H. Eggnatz, Esq., of Eggnatz Pascucci, P.A., to represent Members of Youfit Health Clubs, LLC, in this case.

Dated: December 21, 2020

**MORRIS JAMES LLP**

*/s/ Jason S. Levin*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Jason S. Levin (DE Bar No. 6434)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email: emonzo@morrisjames.com
Email: bkeilson@morrisjames.com
Email: jlevin@morrisjames.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar for the State of Florida, the Supreme Court of the United States, the United States District Court for the District of Colorado, the United States District Court for the Middle and Southern Districts of Florida, the the United States District Court for the Western District of New York, and the United States District Court for the Northern District of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules and with Standing Order for District Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: December 21, 2020

*/s/ Joshua H. Eggnatz*
Joshua H. Eggnatz, Esq.
Eggnatz Pascucci P.A.
7450 Griffin Road, Suite 230
Davie, FL 33314
Telephone: (954) 889-3359
Facsimile: (954) 889-5913
Email: jeggnatz@justiceearned.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.