# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | |
| YOUFIT HEALTH CLUBS, LLC, et al., | ) | Chapter 11 |
| Debtors. | ) | Case No. 20-12841 (MFW) |
| | ) | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION OF *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Erin P. Severini, Esq. of the law firm of Frost Brown Todd LLC to represent Washington Prime Group Inc. in the above-captioned cases.

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420 / (302) 792-7420 Fax

Dated: December 22, 2020      skaufman@skaufmanlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Ohio and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016. I further certify that the annual fee of $25.00 has been or will be paid to the Clerk of Court for District Court.

*/s/ Erin P. Severini*
Erin P. Severini, Esquire
Frost Brown Todd LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Tel: (513) 651-6800 / Fax: (513) 651-6981
Email: eseverini@fbtlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.