# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                          :        Chapter 11
                                                :
YOUFIT HEALTH CLUBS, LLC, *et al.*,             :        Case No. 20-12841 (MFW)
                                                :
        Debtors.                              :        (Jointly Administered)
---------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, undersigned counsel moves for the admission *pro hac vice* of Scott L. Fleischer to represent SCC Market Square LLC and RPT Realty, L.P. in this action.

December 23, 2020.                    */s/ Leslie C. Heilman*
                                                            Leslie C. Heilman (No. 4716)
                                                            BALLARD SPAHR LLP
                                                            919 N. Market Street, 11th Floor
                                                            Wilmington, DE  19801
                                                            Telephone: (302) 252-4446
                                                           E-mail: heilmanl@ballardspahr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and New Jersey, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                                            */s/ Scott L. Fleischer*
                                                            Scott L. Fleischer
                                                           BARCLAY DAMON LLP
                                                           1270 Avenue of the Americas, Suite 501
                                                           New York, New York 10020
                                                           Telephone:  212- 784-5810
                                                           E-mail: SFleischer@barclaydamon.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.