**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF KINGS     )

I, Sung Jae Kim, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 18th day of December, 2020, DRC, under my supervision, caused to be served a true and accurate copy of the following documents:

    (i)   *Declaration of Brian Gleason in Support of Sale Motion* (Docket No. 526);

    (ii)  *Debtors' Omnibus Reply in Support of Sale Motion* (Docket No. 527); and

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, for which joint administration has been requested, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the proposed claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

(iii) *Omnibus Response of BGC Lender Rep LLC on Behalf of the Prepetition Secured Parties and DIP Lenders and YF FC Acquisition LLC's to the Objections of (A) Jason Blank, Individually and on Behalf of Similarly Situated Class Members, (B) Rick Berks, Christy Berks-Stross, and Jason Stross, (C) Certain Landlords, and (D) The Official Committee of Unsecured Creditors, to the Debtors' Motion for an Order Approving the Sale of Substantially All of the Debtors' Assets and Joinder in the Debtors' Reply to the Same* (Docket No. 528),

to be served via electronic mail upon the parties as set forth on Exhibit 1; via Federal Express Priority Overnight delivery upon the parties as set forth on Exhibit 2; and via USPS Express Mail upon the parties as set forth on Exhibit 3, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 22nd day of December, 2020, Brooklyn, New York.

By _____
Sung Jae Kim

Sworn before me this
22nd day of December, 2020

_____
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

# EXHIBIT 1

| | | | |
|---|---|---|---|
| 000345P001-1447A-019<br>ALABAMA ATTORNEY GENERAL<br>STEVE MARSHALL<br>501 WASHINGTON AVE<br>MONTGOMERY AL 36130<br>SCHEDULING@STEVEMARSHALL.GOP | 012386P001-1447A-019<br>ALLEN MATKINS LECK GAMBLE<br>IVAN M GOLD<br>THREE EMBARCADERO CENTER 12TH FL<br>SAN FRANCISCO CA 94111-4074<br>IGOLD@ALLENMATKINS.COM | 012385P001-1447A-019<br>ARDEN LAW LLC<br>SAMUEL R ARDEN<br>710 DENARDS MILL SE<br>MARIETTA GA 30067<br>SAM@ARDENLAWLLC.COM | 000346P001-1447A-019<br>ARIZONA ATTORNEY GENERAL<br>MARK BRNOVICH<br>1275 WEST WASHINGTON ST<br>PHOENIX AZ 85007<br>AGINFO@AZAG.GOV |
| 000097P001-1447S-019<br>ASHBY & GEDDES PA<br>STACY L NEWMAN,ESQ<br>500 DELAWARE AVE, 8TH FLOOR<br>P O BOX 1150<br>WILMINGTON DE 19899-1150<br>SNEWMAN@ASHBYGEDDES.COM | 000071P001-1447S-019<br>BALLARD SPAHR LLP<br>LESLIE C HEILMAN;LAUREL D ROGLEN<br>919 N MARKET ST.,11TH FLOOR<br>WILMINGTON DE 19801-3034<br>HEILMANL@BALLARDSPAHR.COM | 000071P001-1447S-019<br>BALLARD SPAHR LLP<br>LESLIE C HEILMAN;LAUREL D ROGLEN<br>919 N MARKET ST.,11TH FLOOR<br>WILMINGTON DE 19801-3034<br>ROGLENL@BALLARDSPAHR.COM | 000072P002-1447S-019<br>BALLARD SPAHR LLP<br>DAVID L POLLACK; LINDSEY ZIONTS<br>1735 MARKET ST.,51ST FLOOR<br>PHILADELPHIA PA 19103=7599<br>POLLACK@BALLARDSPAHR.COM |
| 000072P002-1447S-019<br>BALLARD SPAHR LLP<br>DAVID L POLLACK; LINDSEY ZIONTS<br>1735 MARKET ST.,51ST FLOOR<br>PHILADELPHIA PA 19103=7599<br>ZIONTSL@BALLARDSPAHR.COM | 000094P001-1447S-019<br>BARCLAY DAMON LLP<br>KEVIN M NEWMAN<br>BARCLAY DAMON TOWER<br>125 EAST JEFFERSON ST<br>SYRACUSE NY 13202<br>KNEWMAN@BARCLAYDAMON.COM | 000095P001-1447S-019<br>BARCLAY DAMON LLP<br>SCOTT L FLEISCHER<br>1270 AVENUE OF THE AMERICAS STE 501<br>NEW YORK NY 10020<br>SFLEISCHER@BARCLAYDAMON.COM | 000073P001-1447S-019<br>BERGER SINGERMAN LLP<br>BRIAN G RICH,ESQ<br>313 NORTH MONROE ST.,STE 301<br>TALLAHASSEE FL 32301<br>BRICH@BERGERSINGERMAN.COM |
| 000076P001-1447S-019<br>BERGER SINGERMAN LLP<br>MCIHAEL J NILES, ESQ<br>313 NORTH MONROE ST.,STE 301<br>TALLAHASSEE FL 32301<br>MNILES@BERGERSINGERMAN.COM | 000088P001-1447S-019<br>BIELLI & KLAUDER LLC<br>DAVID M KLAUDER,ESQ<br>1204 N KING ST<br>WILMINGTON DE 19801<br>DKLAUDER@BK-LEGAL.COM | 006278P001-1447A-019<br>JASON BLANK<br>EDWARDS POTTINGER LLC<br>SETH LEHRMAN<br>425 NORTH ANDREWS AVE<br>STE 2<br>FORT LAUDERDALE FL 33301<br>SETH@EPLLC.COM | 012040P002-1447A-019<br>BLANKROME<br>VICTORIA A GUILFOYLE<br>JOSE F BIBILONI<br>1201 N MARKET ST<br>STE 800<br>WILMINGTON DE 19801<br>GUILFOYLE@BLANKROME.COM |
| 012040P002-1447A-019<br>BLANKROME<br>VICTORIA A GUILFOYLE<br>JOSE F BIBILONI<br>1201 N MARKET ST<br>STE 800<br>WILMINGTON DE 19801<br>JBIBILONI@BLANKROME.COM | 000085P001-1447S-019<br>BROWARD COUNTY ATTORNEY<br>SCOTT ANDRON,ASSISTANT COUNTY ATTORNEY<br>GOVERNMENT CENTER STE 423<br>115 SOUTH ANDREWS AVE<br>FORT LAUDERDALE FL 33301<br>SANDRON@BROWARD.ORG | 000103P001-1447S-019<br>CITY OF PHILADELPHIA LAW DEPT<br>MEGAN N HARPER,DEPUTY CITY SOLICITOR<br>MUNICIPAL SERVICES BUILDING<br>1401 JFK BLVD 5TH FLOOR<br>PHILADELPHIA PA 19102-1595<br>MEGAN.HARPER@PHILA.GOV | 000086P001-1447S-019<br>COLEMAN & DEMPSEY LLP<br>ARLENE L COLEMAN<br>TWO RAVINIA DRIVE STE 1250<br>ATLANTA GA 30346<br>ACOLEMAN@COLEMAN-DEMPSEY.COM |
| 012380P001-1447A-019<br>CONNOLLY GALLAGHER LLP<br>JEFFREY C WISLER<br>1201 NORTH MARKET ST 20TH FL<br>WILMINGTON DE 19801<br>JWISLER@CONNOLLYGALLAGHER.COM | 012388P001-1447A-019<br>COUSINS LAW LLC<br>SCOTT D COUSINS<br>BRANDYWINE PLAZA WEST<br>1521 CONCORD PIKE STE 301<br>WILMINGTON DE 19803<br>SCOTT.COUSINS@COUSINS-LAW.COM | 000018P001-1447S-019<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000012P002-1447S-019<br>DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FL<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>CHRISTINA.ROJAS@DELAWARE.GOV |

Case 20-12841-MFW    Doc 545    Filed 12/23/20    Page 5 of 15

YouFit Health Clubs, LLC, et al.
Electronic Mail
Exhibit Pages

Page # : 2 of 8                                                                                                    12/18/2020 08:29:42 PM

| | | | |
|---|---|---|---|
| 000008P001-1447S-019<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 012379P001-1447A-019<br>EGGNATZ \| PASCUCCI<br>JOSHUA H EGGNATZ<br>7450 GRIFFIN RD STE 230<br>DAVIE FL 33314<br>JEGGNATZ@JUSTICEEARNED.COM | 000091P001-1447S-019<br>FERRY JOSEPH P.A.<br>RICK S MILLER,ESQ<br>824 MARKET ST.,STE 1000<br>P O BOX 1351<br>WILMINGTON DE 19899-1351<br>RMILLER@FERRYJOSEPH.COM | 000061P001-1447S-019<br>FROST BROWN TODD LLC<br>RONALD E GOLD;ERIN P SEVERINI;KENDAL HARDISON<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH ST<br>CINCINNATI OH 45202<br>RGOLD@FBTLAW.COM |
| 000061P001-1447S-019<br>FROST BROWN TODD LLC<br>RONALD E GOLD;ERIN P SEVERINI;KENDAL HARDISON<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH ST<br>CINCINNATI OH 45202<br>ESEVERINI@FBTLAW.COM | 000061P001-1447S-019<br>FROST BROWN TODD LLC<br>RONALD E GOLD;ERIN P SEVERINI;KENDAL HARDISON<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH ST<br>CINCINNATI OH 45202<br>KHARDISON@FBTLAW.COM | 000081P001-1447S-019<br>GATOR FLOWER MOUND LLC<br>MARK SHANDLER<br>7850 NW 146TH ST.,4TH FLOOR<br>MIAMI LAKES FL 33016<br>MSHANDLER@GATORINV.COM | 000104P001-1447S-019<br>GRAY ROBINSON P.A.<br>STEVEN J SOLOMON,ESQ<br>333 S.E. 2ND AVE.,STE 3200<br>MIAMI FL 33131<br>STEVEN.SOLOMON@GRAY-ROBINSON.COM |
| 000002P001-1447S-019<br>GREENBERG TRAURIG LLP<br>DENNIS A MELORO<br>1007 NORTH ORANGE STREET<br>SUITE 1200<br>WILMINGTON DE 19801<br>MELOROD@GTLAW.COM | 000003P001-1447S-019<br>GREENBERG TRAURIG LLP<br>NANCY A PETERMAN<br>77 WEST WACKER DRIVE<br>SUITE 3100<br>CHICAGO IL 60601<br>PETERMANN@GTLAW.COM | 000004P002-1447S-019<br>GREENBERG TRAURIG LLP<br>ERIC HOWE<br>77 WEST WACKER DRIVE<br>SUITE 3100<br>CHICAGO IL 60601<br>HOWEE@GTLAW.COM | 000056P001-1447S-019<br>GREYLION<br>PERELLA WEINBERG PARTNERS LP<br>ELLEN ROSENBERG<br>767 FIFTH AVENUE<br>NEW YORK NY 10153<br>ellen@greylioncapital.com |
| 000057P001-1447S-019<br>GREYLION<br>LATHAM & WATKINS LLP<br>JOHAN (HANS) V. BRIGHAM<br>200 CLARENDON STREET<br>BOSTON MA 02116<br>JOHAN.BRIGHAM@LW.COM | 000105P001-1447S-019<br>HILLSBOROUGH COUNTY TAX COLLECTOR<br>BRIAN T FITZGERALD,ESQ<br>SENIOR ASST COUNTY ATTORNEY<br>POST OFFICE BOX 1110<br>TAMPA FL 33601-1110<br>FITZGERALDB@HILLSBOROUGHCOUNTY.ORG | 000065P001-1447S-019<br>HOGAN LOVELLS US LLP<br>ATTN: DAVID P. SIMONDS AND CHRISTOPHER R. BRYANT<br>1999 AVENUE OF THE STARS<br>SUITE 1400<br>LOS ANGELES CA 90067<br>DAVID.SIMONDS@HOGANLOVELLS.COM | 000065P001-1447S-019<br>HOGAN LOVELLS US LLP<br>ATTN: DAVID P. SIMONDS AND CHRISTOPHER R. BRYANT<br>1999 AVENUE OF THE STARS<br>SUITE 1400<br>LOS ANGELES CA 90067<br>CHRIS.BRYANT@HOGANLOVELLS.COM |
| 000060P001-1447S-019<br>HOLLAND & KNIGHT<br>PHILLIP W NELSON;JOSHUA M SPENCER;ANASTASIA M SOTI<br>150 N RIVERSIDE PLAZA STE 2700<br>CHICAGO IL 60606<br>PHILLIP.NELSON@HKLAW.COM | 000060P001-1447S-019<br>HOLLAND & KNIGHT<br>PHILLIP W NELSON;JOSHUA M SPENCER;ANASTASIA M SOTI<br>150 N RIVERSIDE PLAZA STE 2700<br>CHICAGO IL 60606<br>JOSHUA.SPENCER@HKLAW.COM | 000060P001-1447S-019<br>HOLLAND & KNIGHT<br>PHILLIP W NELSON;JOSHUA M SPENCER;ANASTASIA M SOTI<br>150 N RIVERSIDE PLAZA STE 2700<br>CHICAGO IL 60606<br>ANASTASIA.SOTIROPOULOS@HKLAW.COM | 000082P001-1447S-019<br>HULEN POINTE RETAIL LLC<br>BO AVERY<br>4801 HARBOR DRIVE<br>FLOWER MOUND TX 75022<br>BO@TRIMARSH.COM |
| 000093P001-1447S-019<br>IURILLO LAW GROUP PA<br>CAMILLE J IURILLO;KEVIN L HING<br>5628 CENTRAL AVE<br>ST PETERSBURG FL 33707<br>CIURILLO@IURILLOLAW.COM | 000093P001-1447S-019<br>IURILLO LAW GROUP PA<br>CAMILLE J IURILLO;KEVIN L HING<br>5628 CENTRAL AVE<br>ST PETERSBURG FL 33707<br>KHING@IURILLOLAW.COM | 000084P001-1447S-019<br>JASON BLANK<br>JOSHUA EGGNATZ;<br>EGGNATZ PASCUCCI<br>7450 GRIFFIN RD.,STE 230<br>DAVIE FL 33314<br>JEGGNATZ@JUSTICEEARNED.COM | 012028P001-1447A-019<br>JOHN R WEAVER JR PA<br>JOHN R WEAVER JR<br>831 N TATNALL ST<br>WILMINGTON DE 19801<br>JWEAVERLAW@VERIZON.NET |

# YouFit Health Clubs, LLC, et al.
## Electronic Mail
## Exhibit Pages

Page # : 3 of 8                                                                                      12/18/2020 08:29:42 PM

---

000075P002-1447S-019
KELLEY DRYE & WARREN LLP
ROBERT L LEHANE;MARK SCOTT
PHILLIP A. WEINTRAUB
101 PARK AVE
NEW YORK NY 10178
RLEHANE@KELLEYDRYE.COM

000075P002-1447S-019
KELLEY DRYE & WARREN LLP
ROBERT L LEHANE;MARK SCOTT
PHILLIP A. WEINTRAUB
101 PARK AVE
NEW YORK NY 10178
MASCOTT@KELLEYDRYE.COM

000075P002-1447S-019
KELLEY DRYE & WARREN LLP
ROBERT L LEHANE;MARK SCOTT
PHILLIP A. WEINTRAUB
101 PARK AVE
NEW YORK NY 10178
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM

000075P002-1447S-019
KELLEY DRYE & WARREN LLP
ROBERT L LEHANE;MARK SCOTT
PHILLIP A. WEINTRAUB
101 PARK AVE
NEW YORK NY 10178
PWEINTRAUB@KELLEYDRYE.COM

012377P001-1447A-019
LAW OFFICE OF SUSAN E KAUFMAN LLC
SUSAN E KAUFMAN
919 NORTH MARKET ST STE 460
WILMINGTON DE 19801
SKAUFMAN@SKAUFMANLAW.COM

000080P001-1447S-019
LAW OFFICES OF KENNETH L BAUM LLC
KENNETH L BAUM.ESQ
167 MAIN ST
HACKENSACK NJ 07601
KBAUM@KENBAUMDEBTSOLUTIONS.COM

012382P001-1447A-019
LEECH TISHMAN FUSCALDO AND LAMPL LLC
GREGORY W HAUSWIRTH
PATRICK W. CAROTHERS
1007 NORTH ORANGE ST 4TH FL
WILMINGTON DE 19801
GHAUSWIRTH@LEECHTISHMAN.COM

012382P001-1447A-019
LEECH TISHMAN FUSCALDO AND LAMPL LLC
GREGORY W HAUSWIRTH
PATRICK W. CAROTHERS
1007 NORTH ORANGE ST 4TH FL
WILMINGTON DE 19801
PCAROTHERS@LEECHTISHMAN.COM

000066P001-1447S-019
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ELIZABETH WELLER
2777 N STEMMONS FREEWAY STE 1000
DALLAS TX 75207
DALLAS.BANKRUPTCY@PUBLICANS.COM

000066P001-1447S-019
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ELIZABETH WELLER
2777 N STEMMONS FREEWAY STE 1000
DALLAS TX 75207
BETHW@PUBLICANS.COM

000101P001-1447S-019
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
JOHN P DILLMAN
P O BOX 3064
HOUSTON TX 77253-3064
HOUSTON_BANKRUPTCY@PUBLICANS.COM

000349P001-1447A-019
LOUISIANA ATTORNEY GENERAL
JEFF LANDRY
PO BOX 94095
BATON ROUGE LA 70804-4095
CONSTITUENTSERVICES@AG.LOUISIANA.GOV

000089P001-1447S-019
MANATEE COUNTY TAX COLLECTOR , KEN BURTON JR.
ATTN: MICHELLE LEESON, PARALEGAL, COLLECTIONS SPEC
1001 3RD AVE WEST
SUITE 240
BRADENTON FL 34205-7863
LEGAL@TAXCOLLECTOR.COM

000069P001-1447S-019
MARICOPA COUNTY ATTORNEY'S OFFICE
PETER MUTHIG
225 W MADISON ST
PHOENIX AZ 85003
MUTHIGK@MCAO.MARICOPA.GOV

000350P001-1447A-019
MARYLAND ATTORNEY GENERAL
BRIAN FROSH
200 ST PAUL PL
BALTIMORE MD 21202-2022
OAG@OAG.STATE.MD.US

000090P001-1447S-019
MCCREARY VESELKA BRAGG & ALLEN PC
TARA LEDAY,ESQ
P O BOX 1269
ROUND ROCK TX 78680
TLEDAY@MVBALAW.COM

012387P001-1447A-019
MERIDIAN LAW LLC
ARYEH E STEIN
600 REISTERSTOWN RD STE 700
BALTIMORE MD 21208
ASTEIN@MERIDIANLAWFIRM.COM

000064P001-1447S-019
MONZACK MERSKY BROWDER AND HOCHMAN PA
RACHEL B MERSKY
1201 N ORANGE ST.,STE 400
WILMINGTON DE 19801
RMERSKY@MONLAW.COM

012378P001-1447A-019
MORRIS JAMES LLP
ERIC J MONZO; BRYA M KEILSON
JASON S. LEVIN
500 DELAWARE AVE STE 1500
WILMINGTON DE 19801
EMONZO@MORRISJAMES.COM

012378P001-1447A-019
MORRIS JAMES LLP
ERIC J MONZO; BRYA M KEILSON
JASON S. LEVIN
500 DELAWARE AVE STE 1500
WILMINGTON DE 19801
BKEILSON@MORRISJAMES.COM

012378P001-1447A-019
MORRIS JAMES LLP
ERIC J MONZO; BRYA M KEILSON
JASON S. LEVIN
500 DELAWARE AVE STE 1500
WILMINGTON DE 19801
JLEVIN@MORRISJAMES.COM

011702P001-1447A-019
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

011702P001-1447A-019
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

011702P001-1447A-019
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

Case 20-12841-MFW    Doc 545    Filed 12/23/20    Page 7 of 15

**YouFit Health Clubs, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 4 of 8

12/18/2020 08:29:42 PM

| | | | |
|---|---|---|---|
| 011703P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011703P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011704P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011704P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 011704P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011704P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011704P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011705P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 011706P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011706P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011707P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011708P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 011708P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011709P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011709P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011710P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 011710P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011711P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011712P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011712P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 011713P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011714P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011715P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011716P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

**YouFit Health Clubs, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 5 of 8                                                                                                          12/18/2020 08:29:42 PM

| | | | |
|---|---|---|---|
| 011716P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011717P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011718P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011718P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 011719P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011720P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011721P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011721P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 011721P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011722P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011722P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011723P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 011723P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011724P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011724P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011725P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 011725P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011726P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011726P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011726P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 011727P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011727P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011728P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011729P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 011730P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011731P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011731P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011731P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 011732P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011732P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011732P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011732P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 011733P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011734P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011734P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011735P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 011735P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011735P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011736P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011736P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 011737P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011737P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011738P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011739P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED |
| 011740P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011741P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011741P001-1447A-019<br>NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000007P002-1447S-019<br>OFFICE OF THE US TRUSTEE<br>HANNAH MCCOLLUM<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801<br>HANNAH.MCCOLLUM@USDOJ.GOV |

Case 20-12841-MFW   Doc 545   Filed 12/23/20   Page 10 of 15

# YouFit Health Clubs, LLC, et al.
## Electronic Mail
## Exhibit Pages

Page # : 7 of 8

12/18/2020 08:29:42 PM

| | | | |
|---|---|---|---|
| 000100P001-1447S-019<br>OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVCIES (<br>DEB SECREST,AUTHORIZED AGENT<br>DEPT OF LABOR & INDUSTRY,COMMONWEALTH OF PENNSYLVA<br>COLLECTIONS SUPPORT UNIT<br>651 BOAS ST.,RM 925<br>HARRISBURG PA 17121<br>RA-LI-UCTS-BANKRUPTCY@STATE.PA.US | 000102P001-1447S-019<br>PACHULSKI STANG ZIEHL & JONES LLP<br>BRADFORD J SANDLER;COLIN R ROBINSON<br>919 N MARKET ST.,17TH FLOOR<br>WILMINGTON DE 19801<br>BSANDLER@PSZJLAW.COM | 000102P001-1447S-019<br>PACHULSKI STANG ZIEHL & JONES LLP<br>BRADFORD J SANDLER;COLIN R ROBINSON<br>919 N MARKET ST.,17TH FLOOR<br>WILMINGTON DE 19801<br>CROBINSON@PSZJLAW.COM | 000352P001-1447A-019<br>PENNSYLVANIA ATTORNEY GENERAL<br>JOSH SHAPIRO<br>1600 STRAWBERRY SQUARE<br>16TH FLOOR<br>HARRISBURG PA 17120<br>PRESS@ATTORNEYGENERAL.GOV |
| 000063P001-1447S-019<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>EBONEY COBB<br>500 E BORDER ST.,STE 640<br>ARLINGTON TX 76010<br>ECOBB@PBFCM.COM | 012383P001-1447A-019<br>QUINTAIROS PRIETO WOOD<br>ARTHUR C NEIWIRTH<br>ONE EAST BROWARD BLVD STE 1200<br>FORT LAUDERDALE FL 33301<br>ANEIWIRTH@QPWBLAW.COM | 000067P001-1447S-019<br>RICHARDS LAYTON & FINGER PA<br>JOHN H KNIGHT;MARISA A TERRANOVA FISSEL<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>KNIGHT@RLF.COM | 000067P001-1447S-019<br>RICHARDS LAYTON & FINGER PA<br>JOHN H KNIGHT;MARISA A TERRANOVA FISSEL<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>TERRANOVAFISSEL@RLF.COM |
| 000099P001-1447S-019<br>RICHARDS LAYTON & FINGER PA<br>AMANDA R STEELE;BRENDAN J SCHLAUCH;MEGAN E KENNEY<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>STEELE@RLF.COM | 000099P001-1447S-019<br>RICHARDS LAYTON & FINGER PA<br>AMANDA R STEELE;BRENDAN J SCHLAUCH;MEGAN E KENNEY<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>SCHLAUCH@RLF.COM | 000099P001-1447S-019<br>RICHARDS LAYTON & FINGER PA<br>AMANDA R STEELE;BRENDAN J SCHLAUCH;MEGAN E KENNEY<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>KENNEY@RLF.COM | 000087P001-1447S-019<br>SACKS TIERNEY PA<br>RANDY NUSSBAUM;PHILIP R RUDD<br>4250 N DRINKWATER BLVD.,4TH FLOOR<br>SCOTTSDALE AZ 85251<br>RANDY.NUSSBAUM@SACKSTIERNEY.COM |
| 000087P001-1447S-019<br>SACKS TIERNEY PA<br>RANDY NUSSBAUM;PHILIP R RUDD<br>4250 N DRINKWATER BLVD.,4TH FLOOR<br>SCOTTSDALE AZ 85251<br>PHILIP.RUDD@SACKSTIERNEY.COM | 000078P001-1447S-019<br>SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE B DISABATINO,ESQ<br>1201 NORTH MARKET ST.,STE 2300<br>P O BOX 1266<br>WILMINGTON DE 19899<br>MONIQUE.DISABATINO@SAUL.COM | 000079P001-1447S-019<br>SAUL EWING ARNSTEIN & LEHR LLP<br>MELISSA A MARTINEZ, ESQ<br>CENTRE SQUARE WEST<br>1500 MARKET ST.,38TH FLOOR<br>PHILADELPHIA PA 19102-2186<br>MELISSA.MARTINEZ@SAUL.COM | 000020P001-1447S-019<br>SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549<br>SECBANKRUPTCY@SEC.GOV |
| 000021P001-1447S-019<br>SECURITIES AND EXCHANGE COMMISSION<br>PHIL OFC   BANKRUPTCY DEPT<br>ONE PENN CTR<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103<br>SECBANKRUPTCY@SEC.GOV | 000062P001-1447S-019<br>SIMON PROPERTY GROUP INC<br>RONALD M TUCKER,ESQ<br>225 WEST WASHINGTON ST<br>INDIANAPOLIS IN 46204<br>RTUCKER@SIMON.COM | 000074P001-1447S-019<br>SINGER & LEVICK PC<br>MICHELLE E SHRIRO,ESQ<br>16200 ADDISON RD.,STE 140<br>ADDISON TX 75001<br>MSHRIRO@SINGERLEVICK.COM | 000096P001-1447S-019<br>SPOTTS FAIN PC<br>NEIL MCCULLAGH;KARL A MOSES JR<br>411 EAST FRANKLIN ST.,STE 600<br>RICHMOND VA 23219<br>NMCCULLAGH@SPOTTSFAIN.COM |
| 000096P001-1447S-019<br>SPOTTS FAIN PC<br>NEIL MCCULLAGH;KARL A MOSES JR<br>411 EAST FRANKLIN ST.,STE 600<br>RICHMOND VA 23219<br>KMOSES@SPOTTSFAIN.COM | 000068P001-1447S-019<br>STARK & STARK PC<br>JOSEPH H LEMKIN,ESQ<br>P O BOX 5315<br>PRINCETON NJ 08543<br>JLEMKIN@STARK-STARK.COM | 012381P001-1447A-019<br>SULLIVAN HAZELTINE ALLINSON LLC<br>WILLIAM D SULLIVAN<br>919 NORTH MARKET ST STE 420<br>WILMINGTON DE 19801<br>BSULLIVAN@SHA-LLC.COM | 012384P001-1447A-019<br>SULLIVAN HAZELTINE ALLINSON LLC<br>ELIHU E ALLINSON III<br>919 NORTH MARKET ST STE 420<br>WILMINGTON DE 19801<br>ZALLINSON@SHA-LLC.COM |

Case 20-12841-MFW    Doc 545    Filed 12/23/20    Page 11 of 15

# YouFit Health Clubs, LLC, et al.
## Electronic Mail
## Exhibit Pages

Page # : 8 of 8

12/18/2020 08:29:42 PM

| | | | |
|---|---|---|---|
| 000009P001-1447S-019<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY  ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | 000077P001-1447S-019<br>WESTERNBURG & THORNTON PC<br>STEVEN THORNTON<br>10440 N CENTRAL EXPRESSWAY STE 800<br>DALLAS TX 75231<br>STEVE@MWTLAW.COM | 000070P001-1447S-019<br>WILES & WILES LLP<br>VICTOR W NEWMARK,ESQ<br>800 KENNESAW AVE.,STE 400<br>MARIETTA GA 30060-7946<br>BANKRUPTCY@EVICT.NET | 000098P001-1447S-019<br>WINSTEAD PC<br>JASON A ENRIGHT<br>500 WINSTEAD BUILDING<br>2728 N HARWIID ST<br>DALLAS TX 75201<br>JENRIGHT@WINSTEAD.COM |
| 000023P001-1447S-019<br>WINSTON & STRAWN<br>GREGORY M GARTLAND<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>GGARTLAND@WINSTON.COM | 000022P001-1447S-019<br>WINSTON & STRAWN LLP<br>CAREY D SCHREIBER<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>CSCHREIBER@WINSTON.COM | 000059P001-1447S-019<br>WINSTON & STRAWN LLP<br>MICHAEL T LEARY<br>333 SOUTH GRAND AVE.,38TH FLOOR<br>LOS ANGELES CA 90071<br>MTLEARY@WINSTON.COM | 000092P001-1447S-019<br>WOMBLE BOND DICKINSON (US)LLP<br>KEVIN J MANGAN<br>1313 NORTH MARKET ST.,STE 1200<br>WILMINGTON DE 19801<br>KEVIN.MANGAN@WBD-US.COM |
| 000058P001-1447S-019<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>JBARRY@YCST.COM | 000058P001-1447S-019<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>AMAGAZINER@YCST.COM | 000058P001-1447S-019<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>JMULVIHILL@YCST.COM | 000058P001-1447S-019<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>BANKFILINGS@YCST.COM |

Records Printed :    180

**EXHIBIT 2**

# YouFit Health Clubs, LLC, et al.
## Federal Express
### Exhibit Page

Page # : 1 of 1                                                                                                   12/18/2020 08:36:10 PM

| | | | |
|---|---|---|---|
| 000010P001-1447S-019<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000011P001-1447S-019<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 000347P001-1447A-019<br>FLORIDA ATTORNEY GENERAL<br>ASHLEY MOODY<br>OFFICE OF THE ATTORNEY GENERAL<br>THE CAPITOL<br>PL-01<br>TALLAHASSEE FL 32399-1050 | 006166P001-1447A-019<br>G&I VI SOUTH FLORIDA PORTFOLIO SPE LLC<br>G AND I SOUTH FLORIDA PORTFOLIO SPE LLC<br>LEGAL DEPT<br>1600 NORTHEAST MIAMI GARDENS DR<br>NORTH MIAMI BEACH FL 33179 |
| 006166S001-1447A-019<br>G&I VI SOUTH FLORIDA PORTFOLIO SPE LLC<br>EQUITY ONE REALTY AND MANAGEMENT FL INC<br>PENN DUTCH PROPERTY MANAGER<br>1550 NORTHEAST MIAMI GARDENS DR STE 500<br>NORTH MIAMI BEACH FL 33179 | 000348P001-1447A-019<br>GEORGIA ATTORNEY GENERAL<br>CHRIS CARR<br>40 CAPITAL SQUARE SW<br>ATLANTA GA 30334-1300 | 000055P001-1447S-019<br>GREYLION<br>PERELLA WEINBERG PARTNERS<br>ATTN:  GENERAL COUNSEL<br>GENERAL COUNSEL<br>767 FIFTH AVENUE<br>NEW YORK NY 10153 | 000006P001-1447S-019<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 |
| 012028P001-1447A-019<br>JOHN R WEAVER JR PA<br>JOHN R WEAVER JR<br>831 N TATNALL ST<br>WILMINGTON DE 19801 | 000014P001-1447S-019<br>MICHIGAN DEPT OF TREASURY, TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FL AUSTIN BLDG<br>LANSING MI 48922 | 000351P001-1447A-019<br>MISSISSIPPI ATTORNEY GENERAL<br>LYNN FITCH<br>WALTER SILLERS BUILDING<br>550 HIGH ST STE 1200<br>JACKSON MS 39201 | 000353P001-1447A-019<br>RHODE ISLAND ATTORNEY GENERAL<br>PETER F NERONHA<br>150 S MAIN ST<br>PROVIDENCE RI 02903 |
| 000019P001-1447S-019<br>SECURITIES AND EXCHANGE COMMISSION<br>NY REG OFFICE  BANKRUPTCY DEPT<br>BROOKFIELD PL<br>200 VESEY ST STE 400<br>NEW YORK NY 10281-1022 | 000016P001-1447S-019<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL REGION 3<br>300 SPRING GDN ST<br>PHILADELPHIA PA 19123 | 000355P001-1447A-019<br>TEXAS ATTORNEY GENERAL<br>KEN PAXTON<br>300 W 15TH ST<br>AUSTIN TX 78701 | 011742P001-1447A-019<br>US DEPT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>950 PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20530-0001 |
| 000015P001-1447S-019<br>US EPA REG 3<br>OFFICE OF REG COUNSEL<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 | 000356P001-1447A-019<br>VIRGINIA ATTORNEY GENERAL<br>MARK R HERRING<br>202 NORTH NINTH ST<br>RICHMOND VA 23219 | 000083P001-1447S-019<br>WESTWOOD PLAZA LLC<br>STEVEN LEONI<br>2020 WEST PENSACOLA ST.,STE 285<br>TALLAHASSEE FL 32304 | |

Records Printed :   19

**EXHIBIT 3**

# YouFit Health Clubs, LLC, et al.
# USPS Express Mail
# Exhibit Page

Page # : 1 of 1						12/18/2020 08:36:34 PM

| | | | |
|---|---|---|---|
| 000017P001-1447S-019<br>ARIZONA ATTORNEY GENERAL'S OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005 | 000013P001-1447S-019<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MSA340<br>PO BOX 2952<br>SACRAMENTO CA 95812 | 000005P001-1447S-019<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101 | 000354P001-1447A-019<br>TENNESSEE ATTORNEY GENERAL<br>HERBERT H SLATERY III<br>PO BOX 20207<br>NASHVILLE TN 37202 |

Records Printed :   4