## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK ) 
) ss: 
COUNTY OF KINGS )

I, Sung Jae Kim, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 21st day of December, 2020, DRC, under my supervision, caused to be served a true and accurate copy of the following documents:

    (i) *Notice of Agenda for Matters Scheduled for Telephonic Hearing on December 23, 2020 at 10:30 a.m. (ET)* (Docket No. 530); and

    (ii) *Supplemental Declaration of Richard NeJame in Support of Sale Motion* (Docket No. 532),

    to be served via electronic mail upon the parties as set forth on Exhibit 1; via Federal Express Priority Overnight delivery upon the parties as set forth on Exhibit 2; and via USPS Express Mail upon the parties as set forth on Exhibit 3, attached hereto.

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, for which joint administration has been requested, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the proposed claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.  Executed this 22nd day of December, 2020, Brooklyn, New York.

By _____
Sung Jae Kim

Sworn before me this
22nd day of December, 2020

Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

# EXHIBIT 1

**YouFit Health Clubs, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**

012386P001-1447A-021
ALLEN MATKINS LECK GAMBLE
IVAN M GOLD
THREE EMBARCADERO CENTER 12TH FL
SAN FRANCISCO CA 94111-4074
IGOLD@ALLENMATKINS.COM

012385P001-1447A-021
ARDEN LAW LLC
SAMUEL R ARDEN
710 DENARDS MILL SE
MARIETTA GA 30067
SAM@ARDENLAWLLC.COM

000097P001-1447S-021
ASHBY & GEDDES PA
STACY L NEWMAN,ESQ
500 DELAWARE AVE, 8TH FLOOR
P O BOX 1150
WILMINGTON DE 19899-1150
SNEWMAN@ASHBYGEDDES.COM

000071P001-1447S-021
BALLARD SPAHR LLP
LESLIE C HEILMAN;LAUREL D ROGLEN
919 N MARKET ST.,11TH FLOOR
WILMINGTON DE 19801-3034
HEILMANL@BALLARDSPAHR.COM

000071P001-1447S-021
BALLARD SPAHR LLP
LESLIE C HEILMAN;LAUREL D ROGLEN
919 N MARKET ST.,11TH FLOOR
WILMINGTON DE 19801-3034
ROGLENL@BALLARDSPAHR.COM

000072P002-1447S-021
BALLARD SPAHR LLP
DAVID L POLLACK; LINDSEY ZIONTS
1735 MARKET ST.,51ST FLOOR
PHILADELPHIA PA 19103=7599
POLLACK@BALLARDSPAHR.COM

000072P002-1447S-021
BALLARD SPAHR LLP
DAVID L POLLACK; LINDSEY ZIONTS
1735 MARKET ST.,51ST FLOOR
PHILADELPHIA PA 19103=7599
ZIONTSL@BALLARDSPAHR.COM

000094P001-1447S-021
BARCLAY DAMON LLP
KEVIN M NEWMAN
BARCLAY DAMON TOWER
125 EAST JEFFERSON ST
SYRACUSE NY 13202
KNEWMAN@BARCLAYDAMON.COM

000095P001-1447S-021
BARCLAY DAMON LLP
SCOTT L FLEISCHER
1270 AVENUE OF THE AMERICAS STE 501
NEW YORK NY 10020
SFLEISCHER@BARCLAYDAMON.COM

000073P001-1447S-021
BERGER SINGERMAN LLP
BRIAN G RICH,ESQ
313 NORTH MONROE ST.,STE 301
TALLAHASSEE FL 32301
BRICH@BERGERSINGERMAN.COM

000076P001-1447S-021
BERGER SINGERMAN LLP
MCIHAEL J NILES, ESQ
313 NORTH MONROE ST.,STE 301
TALLAHASSEE FL 32301
MNILES@BERGERSINGERMAN.COM

000088P001-1447S-021
BIELLI & KLAUDER LLC
DAVID M KLAUDER,ESQ
1204 N KING ST
WILMINGTON DE 19801
DKLAUDER@BK-LEGAL.COM

006278P001-1447A-021
JASON BLANK
EDWARDS POTTINGER LLC
SETH LEHRMAN
425 NORTH ANDREWS AVE
STE 2
FORT LAUDERDALE FL 33301
SETH@EPLLC.COM

012040P002-1447A-021
BLANKROME
VICTORIA A GUILFOYLE
JOSE F BIBILONI
1201 N MARKET ST
STE 800
WILMINGTON DE 19801
GUILFOYLE@BLANKROME.COM

012040P002-1447A-021
BLANKROME
VICTORIA A GUILFOYLE
JOSE F BIBILONI
1201 N MARKET ST
STE 800
WILMINGTON DE 19801
JBIBILONI@BLANKROME.COM

000085P001-1447S-021
BROWARD COUNTY ATTORNEY
SCOTT ANDRON,ASSISTANT COUNTY ATTORNEY
GOVERNMENT CENTER STE 423
115 SOUTH ANDREWS AVE
FORT LAUDERDALE FL 33301
SANDRON@BROWARD.ORG

000103P001-1447S-021
CITY OF PHILADELPHIA LAW DEPT
MEGAN N HARPER,DEPUTY CITY SOLICITOR
MUNICIPAL SERVICES BUILDING
1401 JFK BLVD 5TH FLOOR
PHILADELPHIA PA 19102-1595
MEGAN.HARPER@PHILA.GOV

000086P001-1447S-021
COLEMAN & DEMPSEY LLP
ARLENE L COLEMAN
TWO RAVINIA DRIVE STE 1250
ATLANTA GA 30346
ACOLEMAN@COLEMAN-DEMPSEY.COM

012380P001-1447A-021
CONNOLLY GALLAGHER LLP
JEFFREY C WISLER
1201 NORTH MARKET ST 20TH FL
WILMINGTON DE 19801
JWISLER@CONNOLLYGALLAGHER.COM

012388P001-1447A-021
COUSINS LAW LLC
SCOTT D COUSINS
BRANDYWINE PLAZA WEST
1521 CONCORD PIKE STE 301
WILMINGTON DE 19803
SCOTT.COUSINS@COUSINS-LAW.COM

000018P001-1447S-021
DELAWARE ATTORNEY GENERAL
BANKRUPTCY DEPT
CARVEL STATE OFFICE BLDG
820 N FRENCH ST 6TH FL
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

000012P002-1447S-021
DELAWARE DIVISION OF REVENUE
CHRISTINA ROJAS
CARVEL STATE OFFICE BUILD 8TH FL
820 N FRENCH ST
WILMINGTON DE 19801
CHRISTINA.ROJAS@DELAWARE.GOV

000008P001-1447S-021
DELAWARE SECRETARY OF STATE
DIV OF CORPORATIONS FRANCHISE TAX
PO BOX 898
DOVER DE 19903
DOSDOC_FTAX@STATE.DE.US

012379P001-1447A-021
EGGNATZ|PASCUCCI
JOSHUA H EGGNATZ
7450 GRIFFIN RD STE 230
DAVIE FL 33314
JEGGNATZ@JUSTICEEARNED.COM

**YouFit Health Clubs, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000091P001-1447S-021<br>FERRY JOSEPH P.A.<br>RICK S MILLER,ESQ<br>824 MARKET ST.,STE 1000<br>P O BOX 1351<br>WILMINGTON DE 19899-1351<br>RMILLER@FERRYJOSEPH.COM | 000061P001-1447S-021<br>FROST BROWN TODD LLC<br>RONALD E GOLD;ERIN P SEVERINI;KENDAL HARDISON<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH ST<br>CINCINNATI OH 45202<br>RGOLD@FBTLAW.COM | 000061P001-1447S-021<br>FROST BROWN TODD LLC<br>RONALD E GOLD;ERIN P SEVERINI;KENDAL HARDISON<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH ST<br>CINCINNATI OH 45202<br>ESEVERINI@FBTLAW.COM | 000061P001-1447S-021<br>FROST BROWN TODD LLC<br>RONALD E GOLD;ERIN P SEVERINI;KENDAL HARDISON<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH ST<br>CINCINNATI OH 45202<br>KHARDISON@FBTLAW.COM |
| 000081P001-1447S-021<br>GATOR FLOWER MOUND LLC<br>MARK SHANDLER<br>7850 NW 146TH ST.,4TH FLOOR<br>MIAMI LAKES FL 33016<br>MSHANDLER@GATORINV.COM | 000104P001-1447S-021<br>GRAY ROBINSON P.A.<br>STEVEN J SOLOMON,ESQ<br>333 S.E. 2ND AVE.,STE 3200<br>MIAMI FL 33131<br>STEVEN.SOLOMON@GRAY-ROBINSON.COM | 000002P001-1447S-021<br>GREENBERG TRAURIG LLP<br>DENNIS A MELORO<br>1007 NORTH ORANGE STREET<br>SUITE 1200<br>WILMINGTON DE 19801<br>MELOROD@GTLAW.COM | 000003P001-1447S-021<br>GREENBERG TRAURIG LLP<br>NANCY A PETERMAN<br>77 WEST WACKER DRIVE<br>SUITE 3100<br>CHICAGO IL 60601<br>PETERMANN@GTLAW.COM |
| 000004P002-1447S-021<br>GREENBERG TRAURIG LLP<br>ERIC HOWE<br>77 WEST WACKER DRIVE<br>SUITE 3100<br>CHICAGO IL 60601<br>HOWEE@GTLAW.COM | 000056P001-1447S-021<br>GREYLION<br>PERELLA WEINBERG PARTNERS LP<br>ELLEN ROSENBERG<br>767 FIFTH AVENUE<br>NEW YORK NY 10153<br>ellen@greylioncapital.com | 000057P001-1447S-021<br>GREYLION<br>LATHAM & WATKINS LLP<br>JOHAN (HANS) V. BRIGHAM<br>200 CLARENDON STREET<br>BOSTON MA 02116<br>JOHAN.BRIGHAM@LW.COM | 000105P001-1447S-021<br>HILLSBOROUGH COUNTY TAX COLLECTOR<br>BRIAN T FITZGERALD,ESQ<br>SENIOR ASST COUNTY ATTORNEY<br>POST OFFICE BOX 1110<br>TAMPA FL 33601-1110<br>FITZGERALDB@HILLSBOROUGHCOUNTY.ORG |
| 000065P001-1447S-021<br>HOGAN LOVELLS US LLP<br>ATTN: DAVID P. SIMONDS AND CHRISTOPHER R. BRYANT<br>1999 AVENUE OF THE STARS<br>SUITE 1400<br>LOS ANGELES CA 90067<br>DAVID.SIMONDS@HOGANLOVELLS.COM | 000065P001-1447S-021<br>HOGAN LOVELLS US LLP<br>ATTN: DAVID P. SIMONDS AND CHRISTOPHER R. BRYANT<br>1999 AVENUE OF THE STARS<br>SUITE 1400<br>LOS ANGELES CA 90067<br>CHRIS.BRYANT@HOGANLOVELLS.COM | 000060P001-1447S-021<br>HOLLAND & KNIGHT<br>PHILLIP W NELSON;JOSHUA M SPENCER;ANASTASIA M SOTI<br>150 N RIVERSIDE PLAZA STE 2700<br>CHICAGO IL 60606<br>PHILLIP.NELSON@HKLAW.COM | 000060P001-1447S-021<br>HOLLAND & KNIGHT<br>PHILLIP W NELSON;JOSHUA M SPENCER;ANASTASIA M SOTI<br>150 N RIVERSIDE PLAZA STE 2700<br>CHICAGO IL 60606<br>JOSHUA.SPENCER@HKLAW.COM |
| 000060P001-1447S-021<br>HOLLAND & KNIGHT<br>PHILLIP W NELSON;JOSHUA M SPENCER;ANASTASIA M SOTI<br>150 N RIVERSIDE PLAZA STE 2700<br>CHICAGO IL 60606<br>ANASTASIA.SOTIROPOULOS@HKLAW.COM | 000082P001-1447S-021<br>HULEN POINTE RETAIL LLC<br>BO AVERY<br>4801 HARBOR DRIVE<br>FLOWER MOUND TX 75022<br>BO@TRIMARSH.COM | 000093P001-1447S-021<br>IURILLO LAW GROUP PA<br>CAMILLE J IURILLO;KEVIN L HING<br>5628 CENTRAL AVE<br>ST PETERSBURG FL 33707<br>CIURILLO@IURILLOLAW.COM | 000093P001-1447S-021<br>IURILLO LAW GROUP PA<br>CAMILLE J IURILLO;KEVIN L HING<br>5628 CENTRAL AVE<br>ST PETERSBURG FL 33707<br>KHING@IURILLOLAW.COM |
| 000084P001-1447S-021<br>JASON BLANK<br>JOSHUA EGGNATZ;<br>EGGNATZ PASCUCCI<br>7450 GRIFFIN RD.,STE 230<br>DAVIE FL 33314<br>JEGGNATZ@JUSTICEEARNED.COM | 000075P002-1447S-021<br>KELLEY DRYE & WARREN LLP<br>ROBERT L LEHANE;MARK SCOTT<br>PHILLIP A. WEINTRAUB<br>101 PARK AVE<br>NEW YORK NY 10178<br>RLEHANE@KELLEYDRYE.COM | 000075P002-1447S-021<br>KELLEY DRYE & WARREN LLP<br>ROBERT L LEHANE;MARK SCOTT<br>PHILLIP A. WEINTRAUB<br>101 PARK AVE<br>NEW YORK NY 10178<br>MASCOTT@KELLEYDRYE.COM | 000075P002-1447S-021<br>KELLEY DRYE & WARREN LLP<br>ROBERT L LEHANE;MARK SCOTT<br>PHILLIP A. WEINTRAUB<br>101 PARK AVE<br>NEW YORK NY 10178<br>KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM |

# YouFit Health Clubs, LLC, et al.
## Electronic Mail
## Exhibit Pages

000075P002-1447A-021
KELLEY DRYE & WARREN LLP
ROBERT L LEHANE;MARK SCOTT
PHILLIP A. WEINTRAUB
101 PARK AVE
NEW YORK NY 10178
PWEINTRAUB@KELLEYDRYE.COM

012377P001-1447A-021
LAW OFFICE OF SUSAN E KAUFMAN LLC
SUSAN E KAUFMAN
919 NORTH MARKET ST STE 460
WILMINGTON DE 19801
SKAUFMAN@SKAUFMANLAW.COM

000080P001-1447S-021
LAW OFFICES OF KENNETH L BAUM LLC
KENNETH L BAUM.ESQ
167 MAIN ST
HACKENSACK NJ 07601
KBAUM@KENBAUMDEBTSOLUTIONS.COM

012382P001-1447A-021
LEECH TISHMAN FUSCALDO AND LAMPL LLC
GREGORY W HAUSWIRTH
PATRICK W. CAROTHERS
1007 NORTH ORANGE ST 4TH FL
WILMINGTON DE 19801
GHAUSWIRTH@LEECHTISHMAN.COM

012382P001-1447A-021
LEECH TISHMAN FUSCALDO AND LAMPL LLC
GREGORY W HAUSWIRTH
PATRICK W. CAROTHERS
1007 NORTH ORANGE ST 4TH FL
WILMINGTON DE 19801
PCAROTHERS@LEECHTISHMAN.COM

000066P001-1447S-021
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ELIZABETH WELLER
2777 N STEMMONS FREEWAY STE 1000
DALLAS TX 75207
DALLAS.BANKRUPTCY@PUBLICANS.COM

000066P001-1447S-021
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ELIZABETH WELLER
2777 N STEMMONS FREEWAY STE 1000
DALLAS TX 75207
BETHW@PUBLICANS.COM

000101P001-1447S-021
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
JOHN P DILLMAN
P O BOX 3064
HOUSTON TX 77253-3064
HOUSTON_BANKRUPTCY@PUBLICANS.COM

000089P001-1447S-021
MANATEE COUNTY TAX COLLECTOR , KEN BURTON JR.
ATTN: MICHELLE LEESON, PARALEGAL, COLLECTIONS SPEC
1001 3RD AVE WEST
SUITE 240
BRADENTON FL 34205-7863
LEGAL@TAXCOLLECTOR.COM

000069P001-1447S-021
MARICOPA COUNTY ATTORNEY'S OFFICE
PETER MUTHIG
225 W MADISON ST
PHOENIX AZ 85003
MUTHIGK@MCAO.MARICOPA.GOV

000090P001-1447S-021
MCCREARY VESELKA BRAGG & ALLEN PC
TARA LEDAY,ESQ
P O BOX 1269
ROUND ROCK TX 78680
TLEDAY@MVBALAW.COM

012387P001-1447A-021
MERIDIAN LAW LLC
ARYEH H STEIN
600 REISTERSTOWN RD STE 700
BALTIMORE MD 21208
ASTEIN@MERIDIANLAWFIRM.COM

000064P001-1447S-021
MONZACK MERSKY BROWDER AND HOCHMAN PA
RACHEL B MERSKY
1201 N ORANGE ST.,STE 400
WILMINGTON DE 19801
RMERSKY@MONLAW.COM

012378P001-1447A-021
MORRIS JAMES LLP
ERIC J MONZO; BRYA M KEILSON
JASON S. LEVIN
500 DELAWARE AVE STE 1500
WILMINGTON DE 19801
EMONZO@MORRISJAMES.COM

012378P001-1447A-021
MORRIS JAMES LLP
ERIC J MONZO; BRYA M KEILSON
JASON S. LEVIN
500 DELAWARE AVE STE 1500
WILMINGTON DE 19801
BKEILSON@MORRISJAMES.COM

012387P001-1447A-021
MORRIS JAMES LLP
ERIC J MONZO; BRYA M KEILSON
JASON S. LEVIN
500 DELAWARE AVE STE 1500
WILMINGTON DE 19801
JLEVIN@MORRISJAMES.COM

000007P002-1447S-021
OFFICE OF THE US TRUSTEE
HANNAH MCCOLLUM
844 KING ST
STE 2207
WILMINGTON DE 19801
HANNAH.MCCOLLUM@USDOJ.GOV

000100P001-1447S-021
OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVCIES (
DEB SECREST,AUTHORIZED AGENT
DEPT OF LABOR & INDUSTRY,COMMONWEALTH OF PENNSYLVA
COLLECTIONS SUPPORT UNIT
651 BOAS ST.,RM 925
HARRISBURG PA 17121
RA-LI-UCTS-BANKRUPT@STATE.PA.US

000102P001-1447S-021
PACHULSKI STANG ZIEHL & JONES LLP
BRADFORD J SANDLER;COLIN R ROBINSON
919 N MARKET ST.,17TH FLOOR
WILMINGTON DE 19801
BSANDLER@PSZJLAW.COM

000102P001-1447S-021
PACHULSKI STANG ZIEHL & JONES LLP
BRADFORD J SANDLER;COLIN R ROBINSON
919 N MARKET ST.,17TH FLOOR
WILMINGTON DE 19801
CROBINSON@PSZJLAW.COM

000063P001-1447S-021
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
EBONEY COBB
500 E BORDER ST.,STE 640
ARLINGTON TX 76010
ECOBB@PBFCM.COM

012383P001-1447A-021
QUINTAIROS PRIETO WOOD
ARTHUR C NEIWIRTH
ONE EAST BROWARD BLVD STE 1200
FORT LAUDERDALE FL 33301
ANEIWIRTH@QPWBLAW.COM

000067P001-1447S-021
RICHARDS LAYTON & FINGER PA
JOHN H KNIGHT;MARISA A TERRANOVA FISSEL
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
KNIGHT@RLF.COM

000067P001-1447S-021
RICHARDS LAYTON & FINGER PA
JOHN H KNIGHT;MARISA A TERRANOVA FISSEL
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
TERRANOVAFISSEL@RLF.COM

**YouFit Health Clubs, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**

---

000099P001-1447S-021
RICHARDS LAYTON & FINGER PA
AMANDA R STEELE;BRENDAN J SCHLAUCH;MEGAN E KENNEY
920 NORTH KING ST
WILMINGTON DE 19801
STEELE@RLF.COM

000099P001-1447S-021
RICHARDS LAYTON & FINGER PA
AMANDA R STEELE;BRENDAN J SCHLAUCH;MEGAN E KENNEY
920 NORTH KING ST
WILMINGTON DE 19801
SCHLAUCH@RLF.COM

000099P001-1447S-021
RICHARDS LAYTON & FINGER PA
AMANDA R STEELE;BRENDAN J SCHLAUCH;MEGAN E KENNEY
920 NORTH KING ST
WILMINGTON DE 19801
KENNEY@RLF.COM

000087P001-1447S-021
SACKS TIERNEY PA
RANDY NUSSBAUM;PHILIP R RUDD
4250 N DRINKWATER BLVD.,4TH FLOOR
SCOTTSDALE AZ 85251
RANDY.NUSSBAUM@SACKSTIERNEY.COM

000087P001-1447S-021
SACKS TIERNEY PA
RANDY NUSSBAUM;PHILIP R RUDD
4250 N DRINKWATER BLVD.,4TH FLOOR
SCOTTSDALE AZ 85251
PHILIP.RUDD@SACKSTIERNEY.COM

000078P001-1447S-021
SAUL EWING ARNSTEIN & LEHR LLP
MONIQUE B DISABATINO,ESQ
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
MONIQUE.DISABATINO@SAUL.COM

000079P001-1447S-021
SAUL EWING ARNSTEIN & LEHR LLP
MELISSA A MARTINEZ, ESQ
CENTRE SQUARE WEST
1500 MARKET ST.,38TH FLOOR
PHILADELPHIA PA 19102-2186
MELISSA.MARTINEZ@SAUL.COM

000020P001-1447S-021
SECURITIES AND EXCHANGE COMMISSION
SEC OF THE TREASURY OFFICE OF GEN COUNSEL
100 F ST NE
WASHINGTON DC 20549
SECBANKRUPTCY@SEC.GOV

000021P001-1447S-021
SECURITIES AND EXCHANGE COMMISSION
PHIL OFC   BANKRUPTCY DEPT
ONE PENN CTR
1617 JFK BLVD STE 520
PHILADELPHIA PA 19103
SECBANKRUPTCY@SEC.GOV

000062P001-1447S-021
SIMON PROPERTY GROUP INC
RONALD M TUCKER,ESQ
225 WEST WASHINGTON ST
INDIANAPOLIS IN 46204
RTUCKER@SIMON.COM

000074P001-1447S-021
SINGER & LEVICK PC
MICHELLE E SHRIRO,ESQ
16200 ADDISON RD.,STE 140
ADDISON TX 75001
MSHRIRO@SINGERLEVICK.COM

000096P001-1447S-021
SPOTTS FAIN PC
NEIL MCCULLAGH;KARL A MOSES JR
411 EAST FRANKLIN ST.,STE 600
RICHMOND VA 23219
NMCCULLAGH@SPOTTSFAIN.COM

000096P001-1447S-021
SPOTTS FAIN PC
NEIL MCCULLAGH;KARL A MOSES JR
411 EAST FRANKLIN ST.,STE 600
RICHMOND VA 23219
KMOSES@SPOTTSFAIN.COM

000068P001-1447S-021
STARK & STARK PC
JOSEPH H LEMKIN,ESQ
P O BOX 5315
PRINCETON NJ 08543
JLEMKIN@STARK-STARK.COM

012381P001-1447A-021
SULLIVAN HAZELTINE ALLINSON LLC
WILLIAM D SULLIVAN
919 NORTH MARKET ST STE 420
WILMINGTON DE 19801
BSULLIVAN@SHA-LLC.COM

012384P001-1447A-021
SULLIVAN HAZELTINE ALLINSON LLC
ELIHU E ALLINSON III
919 NORTH MARKET ST STE 420
WILMINGTON DE 19801
ZALLINSON@SHA-LLC.COM

000009P001-1447S-021
US ATTORNEY FOR DELAWARE
CHARLES OBERLY  ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

000077P001-1447S-021
WESTERNBURG & THORNTON PC
STEVEN THORNTON
10440 N CENTRAL EXPRESSWAY STE 800
DALLAS TX 75231
STEVE@MWTLAW.COM

000070P001-1447S-021
WILES & WILES LLP
VICTOR W NEWMARK,ESQ
800 KENNESAW AVE.,STE 400
MARIETTA GA 30060-7946
BANKRUPTCY@EVICT.NET

000098P001-1447S-021
WINSTEAD PC
JASON A ENRIGHT
500 WINSTEAD BUILDING
2728 N HARWIID ST
DALLAS TX 75201
JENRIGHT@WINSTEAD.COM

000023P001-1447S-021
WINSTON & STRAWN
GREGORY M GARTLAND
200 PARK AVENUE
NEW YORK NY 10166
GGARTLAND@WINSTON.COM

000022P001-1447S-021
WINSTON & STRAWN LLP
CAREY D SCHREIBER
200 PARK AVENUE
NEW YORK NY 10166
CSCHREIBER@WINSTON.COM

000059P001-1447S-021
WINSTON & STRAWN LLP
MICHAEL T LEARY
333 SOUTH GRAND AVE.,38TH FLOOR
LOS ANGELES CA 90071
MTLEARY@WINSTON.COM

000092P001-1447S-021
WOMBLE BOND DICKINSON (US)LLP
KEVIN J MANGAN
1313 NORTH MARKET ST.,STE 1200
WILMINGTON DE 19801
KEVIN.MANGAN@WBD-US.COM

**YouFit Health Clubs, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000058P001-1447S-021 | 000058P001-1447S-021 | 000058P001-1447S-021 | 000058P001-1447S-021 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
| JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH | JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH | JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH | JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH |
| 1000 NORTH KING ST | 1000 NORTH KING ST | 1000 NORTH KING ST | 1000 NORTH KING ST |
| WILMINGTON DE 19801 | WILMINGTON DE 19801 | WILMINGTON DE 19801 | WILMINGTON DE 19801 |
| JBARRY@YCST.COM | AMAGAZINER@YCST.COM | JMULVIHILL@YCST.COM | BANKFILINGS@YCST.COM |

Records Printed :  **100**

**EXHIBIT 2**

**YouFit Health Clubs, LLC, et al.**
**Federal Express**
**Exhibit Page**

12/21/2020 06:10:35 PM

| | | | |
|---|---|---|---|
| 000010P001-1447S-021<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000011P001-1447S-021<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 000055P001-1447S-021<br>GREYLION<br>PERELLA WEINBERG PARTNERS<br>ATTN:  GENERAL COUNSEL<br>GENERAL COUNSEL<br>767 FIFTH AVENUE<br>NEW YORK NY 10153 | 000006P001-1447S-021<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 |
| 012028P001-1447A-021<br>JOHN R WEAVER JR PA<br>JOHN R WEAVER JR<br>831 N TATNALL ST<br>WILMINGTON DE 19801 | 000014P001-1447S-021<br>MICHIGAN DEPT OF TREASURY, TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FL AUSTIN BLDG<br>LANSING MI 48922 | 000019P001-1447S-021<br>SECURITIES AND EXCHANGE COMMISSION<br>NY REG OFFICE  BANKRUPTCY DEPT<br>BROOKFIELD PL<br>200 VESEY ST STE 400<br>NEW YORK NY 10281-1022 | 000016P001-1447S-021<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL REGION 3<br>300 SPRING GDN ST<br>PHILADELPHIA PA 19123 |
| 000015P001-1447S-021<br>US EPA REG 3<br>OFFICE OF REG COUNSEL<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 | 000083P001-1447S-021<br>WESTWOOD PLAZA LLC<br>STEVEN LEONI<br>2020 WEST PENSACOLA ST.,STE 285<br>TALLAHASSEE FL 32304 | | |

Records Printed :  **10**

# EXHIBIT 3

**YouFit Health Clubs, LLC, et al.**
**USPS Express Mail**
**Exhibit Page**

| | | |
|---|---|---|
| 000017P001-1447S-021 | 000013P001-1447S-021 | 000005P001-1447S-021 |
| ARIZONA ATTORNEY GENERAL'S OFFICE | FRANCHISE TAX BOARD | INTERNAL REVENUE SVC |
| PO BOX 6123 | BANKRUPTCY SECTION MSA340 | CENTRALIZED INSOLVENCY OPERATION |
| MD 7611 | PO BOX 2952 | PO BOX 7346 |
| PHOENIX AZ 85005-6123 | SACRAMENTO CA 95812-2952 | PHILADELPHIA PA 19101-7346 |

Records Printed :  **3**