# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| | (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Joseph M. Mulvihill, hereby certify that on December 22, 2020, I caused to be served copies of the following documents by email or as otherwise indicated on those listed on the attached service list:

Redacted - Declaration of Kam Miramadi of Mackinac Partners Regarding Adequate Assurance of Future Performance and in Support of the Sale of Substantially All of the Debtors' Assets [D.I. 536]

Buyer's Motion for Entry of an Order Authorizing Buyer to File Under Seal and Redact an Exhibit to the Declaration of Kam Miramadi of Mackinac Partners Regarding Adequate Assurance of Future Performance and in Support of the Sale of Substantially All of the Debtors' Assets [D.I. 537]

      */s/ Joseph M. Mulvihill*
      Joseph M. Mulvihill

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

27510467.1

| | |
|---|---|
| ARIZONA ATTORNEY GENERAL'S OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX, AZ  85005-6123 | ASHBY & GEDDES PA<br>STACY L NEWMAN,ESQ<br>500 DELAWARE  AVE, 8TH FLOOR<br>P O BOX 1150<br>WILMINGTON, DE  19899-1150 |
| BALLARD SPAHR LLP<br>LESLIE C HEILMAN;LAUREL D ROGLEN<br>919 N MARKET ST.,11TH FLOOR<br>WILMINGTON, DE  19801-3034 | BALLARD SPAHR LLP<br>DAVID L POLLACK; LINDSEY ZIONTS<br>1735 MARKET ST.,51ST FLOOR<br>PHILADELPHIA, PA  19103=7599 |
| BARCLAY DAMON LLP<br>KEVIN M NEWMAN<br>BARCLAY DAMON TOWER<br>125 EAST JEFFERSON ST<br>SYRACUSE, NY  13202 | BARCLAY DAMON LLP<br>SCOTT L FLEISCHER<br>1270 AVENUE OF THE AMERICAS STE 501<br>NEW YORK, NY  10020 |
| BERGER SINGERMAN LLP<br>BRIAN G RICH,ESQ<br>313 NORTH MONROE ST.,STE 301<br>TALLAHASSEE, FL  32301 | BERGER SINGERMAN LLP<br>MCIHAEL J NILES, ESQ<br>313 NORTH MONROE ST.,STE 301<br>TALLAHASSEE, FL  32301 |
| BIELLI & KLAUDER LLC<br>DAVID M KLAUDER,ESQ<br>1204 N KING ST<br>WILMINGTON, DE  19801 | BROWARD COUNTY ATTORNEY<br>SCOTT ANDRON,ASSISTANT COUNTY ATTORNEY<br>GOVERNMENT CENTER STE 423<br>115 SOUTH ANDREWS AVE<br>FORT LAUDERDALE, FL  33301 |
| CITY OF PHILADELPHIA LAW DEPT<br>MEGAN N HARPER,DEPUTY CITY SOLICITOR<br>MUNICIPAL SERVICES BUILDING<br>1401 JFK BLVD 5TH FLOOR<br>PHILADELPHIA, PA  19102-1595 | COLEMAN & DEMPSEY LLP<br>ARLENE L COLEMAN<br>TWO RAVINIA DRIVE STE 1250<br>ATLANTA, GA  30346 |

27510467.1

| | |
|---|---|
| DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON, DE  19801 | DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FL<br>820 N FRENCH ST<br>WILMINGTON, DE  19801 |

27510467.1

| | |
|---|---|
| DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER, DE  19903 | DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER, DE  19901 |
| DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER, DE  19904 | FERRY JOSEPH P.A.<br>RICK S MILLER,ESQ<br>824 MARKET ST.,STE 1000<br>P O BOX 1351<br>WILMINGTON, DE  19899-1351 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MSA340<br>PO BOX 2952<br>SACRAMENTO, CA  95812-2952 | FROST BROWN TODD LLC<br>RONALD E GOLD;ERIN P SEVERINI;KENDAL HARDISON<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH ST<br>CINCINNATI, OH  45202 |
| GATOR FLOWER MOUND LLC<br>MARK SHANDLER<br>7850 NW 146TH ST.,4TH FLOOR<br>MIAMI LAKES, FL  33016 | GRAY ROBINSON P.A.<br>STEVEN J SOLOMON,ESQ<br>333 S.E. 2ND AVE.,STE 3200<br>MIAMI, FL  33131 |
| GREENBERG TRAURIG LLP<br>DENNIS A MELORO<br>1007 NORTH ORANGE STREET<br>SUITE 1200<br>WILMINGTON, DE  19801 | GREENBERG TRAURIG LLP<br>NANCY A PETERMAN<br>77 WEST WACKER DRIVE<br>SUITE 3100<br>CHICAGO, IL  60601 |
| GREENBERG TRAURIG LLP<br>ERIC HOWE<br>77 WEST WACKER DRIVE<br>SUITE 3100<br>CHICAGO, IL  60601 | GREENBERG TRAURIG, LLP<br>NICHOLAS E BALLEN<br>77 WEST WACKER DRIVE<br>SUITE 3100<br>CHICAGO, IL  60601 |
| GREYLION<br>PERELLA WEINBERG PARTNERS<br>ATTN:  GENERAL COUNSEL<br>767 FIFTH AVENUE<br>NEW YORK, NY  10153 | GREYLION<br>PERELLA WEINBERG PARTNERS LP<br>ELLEN ROSENBERG<br>767 FIFTH AVENUE<br>NEW YORK, NY  10153 |

27510467.1

GREYLION
LATHAM & WATKINS LLP
JOHAN (HANS) V. BRIGHAM
200 CLARENDON STREET
BOSTON, MA  02116

HOGAN LOVELLS US LLP
ATTN: DAVID P. SIMONDS AND CHRISTOPHER R. BRYANT
1999 AVENUE OF THE STARS
SUITE 1400
LOS ANGELES, CA  90067

HOLLAND & KNIGHT
PHILLIP W NELSON;JOSHUA M SPENCER;ANASTASIA M SOTIROPOULOS
150 N RIVERSIDE PLAZA STE 2700
CHICAGO, IL  60606

HULEN POINTE RETAIL LLC
BO AVERY
4801 HARBOR DRIVE
FLOWER MOUND, TX  75022

INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA  19101-7346

INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA, PA  19104-5016

IURILLO LAW GROUP PA
CAMILLE J IURILLO;KEVIN L HING
5628 CENTRAL AVE
ST PETERSBURG, FL  33707

JASON BLANK
JOSHUA EGGNATZ;
EGGNATZ PASCUCCI
7450 GRIFFIN RD.,STE 230
DAVIE, FL  33314

KELLEY DRYE & WARREN LLP
ROBERT L LEHANE;MARK SCOTT
101 PARK AVE
NEW YORK, NY  10178

LAW OFFICES OF KENNETH L BAUM LLC
KENNETH L BAUM.ESQ
167 MAIN ST
HACKENSACK, NJ  07601

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ELIZABETH WELLER
2777 N STEMMONS FREEWAY STE 1000
DALLAS, TX  75207

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
JOHN P DILLMAN
P O BOX 3064
HOUSTON, TX  77253-3064

MANATEE COUNTY TAX COLLECTOR , KEN BURTON JR.
ATTN: MICHELLE LEESON, PARALEGAL, COLLECTIONS SPECIALIST
1001 3RD AVE WEST
SUITE 240
BRADENTON, FL  34205-7863

MARICOPA COUNTY ATTORNEY'S OFFICE
PETER MUTHIG
225 W MADISON ST
PHOENIX, AZ  85003

27510467.1

| | |
|---|---|
| MCCREARY VESELKA BRAGG & ALLEN PC<br>TARA LEDAY,ESQ<br>P O BOX 1269<br>ROUND ROCK, TX  78680 | MICHIGAN DEPT OF TREASURY, TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FL AUSTIN BLDG<br>LANSING, MI  48922 |
| MONZACK MERSKY BROWDER AND HOCHMAN PA<br>RACHEL B MERSKY<br>1201 N ORANGE ST.,STE 400<br>WILMINGTON, DE  19801 | OFFICE OF THE US TRUSTEE<br>HANNAH MCCOLLUM<br>844 KING ST<br>STE 2207<br>WILMINGTON, DE  19801 |
| OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVCIES (UCTS)<br>DEB SECREST,AUTHORIZED AGENT<br>DEPT OF LABOR & INDUSTRY,COMMONWEALTH OF PENNSYLVANIA<br>COLLECTIONS SUPPORT UNIT<br>651 BOAS ST.,RM 925<br>HARRISBURG, PA  17121 | PACHULSKI STANG ZIEHL & JONES LLP<br>BRADFORD J SANDLER;COLIN R ROBINSON<br>919 N MARKET ST.,17TH FLOOR<br>WILMINGTON, DE  19801 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>EBONEY COBB<br>500 E BORDER ST.,STE 640<br>ARLINGTON, TX  76010 | RICHARDS LAYTON & FINGER PA<br>JOHN H KNIGHT;MARISA A TERRANOVA FISSEL<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON, DE  19801 |
| RICHARDS LAYTON & FINGER PA<br>AMANDA R STEELE;BRENDAN J SCHLAUCH;MEGAN E KENNEY<br>920 NORTH KING ST<br>WILMINGTON, DE  19801 | SACKS TIERNEY PA<br>RANDY NUSSBAUM;PHILIP R RUDD<br>4250 N DRINKWATER BLVD,,4TH FLOOR<br>SCOTTSDALE, AZ  85251 |
| SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE B DISABATINO,ESQ<br>1201 NORTH MARKET ST.,STE 2300<br>P O BOX 1266<br>WILMINGTON, DE  19899 | SAUL EWING ARNSTEIN & LEHR LLP<br>MELISSA A MARTINEZ, ESQ<br>CENTRE SQUARE WEST<br>1500 MARKET ST.,38TH FLOOR<br>PHILADELPHIA, PA  19102-2186 |
| SECURITIES AND EXCHANGE COMMISSION<br>NY REG OFFICE  BANKRUPTCY DEPT<br>BROOKFIELD PL<br>200 VESEY ST STE 400<br>NEW YORK, NY  10281-1022 | SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON, DC  20549 |

27510467.1

SECURITIES AND EXCHANGE COMMISSION
PHIL OFC   BANKRUPTCY DEPT
ONE PENN CTR
1617 JFK BLVD STE 520
PHILADELPHIA, PA  19103

SIMON PROPERTY GROUP INC
RONALD M TUCKER,ESQ
225 WEST WASHINGTON ST
INDIANAPOLIS, IN  46204

SINGER & LEVICK PC
MICHELLE E SHRIRO,ESQ
16200 ADDISON RD.,STE 140
ADDISON, TX  75001

SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GEN COUNSEL REGION 3
300 SPRING GDN ST
PHILADELPHIA, PA  19123

SPOTTS FAIN PC
NEIL MCCULLAGH;KARL A MOSES JR
411 EAST FRANKLIN ST.,STE 600
RICHMOND, VA  23219

STARK & STARK PC
JOSEPH H LEMKIN,ESQ
P O BOX 5315
PRINCETON, NJ  08543

US ATTORNEY FOR DELAWARE
CHARLES OBERLY  ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON, DE  19801

US EPA REG 3
OFFICE OF REG COUNSEL
1650 ARCH ST
PHILADELPHIA, PA  19103

WESTERNBURG & THORNTON PC
STEVEN THORNTON
10440 N CENTRAL EXPRESSWAY STE 800
DALLAS, TX  75231

WESTWOOD PLAZA LLC
STEVEN LEONI
2020 WEST PENSACOLA ST.,STE 285
TALLAHASSEE, FL  32304

WILES & WILES LLP
VICTOR W NEWMARK,ESQ
800 KENNESAW AVE.,STE 400
MARIETTA, GA  30060-7946

WINSTEAD PC
JASON A ENRIGHT
500 WINSTEAD BUILDING
2728 N HARWIID ST
DALLAS, TX  75201

Connolly Gallagher LLP
Jeffrey C. Wisler
1201 NORTH MARKET ST.,20th Fl.
Wilmington, DE  19801

Legon Fodiman
Todd Legon
3225 Aviation Avenue, Suite 301
Miami, FL  33133
FEDEX and Email

27510467.1

| | |
|---|---|
| Sullivan Hazeltine Allinson<br>William Sullivan<br>919 North Market Street, Suite 420<br>Wilmington, DE  19801 | WOMBLE BOND DICKINSON (US)LLP<br>KEVIN J MANGAN<br>1313 NORTH MARKET ST.,STE 1200<br>WILMINGTON, DE  19801 |
| YOUFIT HEALTH CLUBS, LLC<br>ATTN:  PRESIDENT/CEO<br>1350 E NEWPORT CENTER DR<br>SUITE 110<br>DEERFIELD BEACH, FL  33442 | Leech Tishman Fuscaldo & Lampl, LLC<br>Gregory Hauswirth<br>1007 NORTH ORANGE STREET<br>WILMINGTON, DE  19801 |
| Quintairos, Prieto, Wood & Boyer<br>Arthur Neiwirth<br>One East Broward Blvd.<br>Suite 1200<br>Fort Lauderdale, FL  33301<br>FEDEX and Email | Allen Matkins Leck Gamble Mallory & Natsis<br>Ivan Gold<br>Three Embarcadero Center<br>12th Floor<br>San Francisco, CA  94111<br>FEDEX and Email |
| Bayard, P.A.<br>Daniel Brogan<br>600 N. King Street<br>Suite 400<br>WILMINGTON, DE  19801 | Morris James LLP<br>Eric J. Monzo<br>500 Delaware Ave.<br>Suite 1500<br>WILMINGTON, DE  19801 |
| Edwards Pottinger LLC<br>Seth Lehrman<br>425 North Andrews Ave.<br>SUITE 240<br>FORT LAUDERDALE, FL  33301<br>FEDEX and Email | Blank Rome<br>Victoria Guilfoyle<br>1201 Market Street<br>WILMINGTON, DE  19801 |

27510467.1