IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 17** |

**NOTICE OF CONTINUED HEARING ON DEBTORS' MOTION FOR ENTRY OF ORDERS (I)(A) ESTABLISHING BIDDING PROCEDURES RELATING TO THE SALE OF THE DEBTORS' ASSETS, (B) APPROVING THE DEBTORS' ENTRY INTO THE STALKING HORSE PURCHASE AGREEMENT, (C) ESTABLISHING PROCEDURES RELATING TO THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (D) APPROVING FORM AND MANNER OF NOTICES RELATING THERETO, AND (E) SCHEDULING A HEARING TO CONSIDER THE PROPOSED SALE; (II) (A) APPROVING THE SALE OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, AND (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on November 9, 2020, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Assets, (B) Approving the Debtors' Entry into the Stalking Horse Purchase Agreement, (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Approving Form and Manner of Notices Relating Thereto, and (E) Scheduling a Hearing to Consider the Proposed Sale; (II) (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 17] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that on November 23, 2020, (i) the Court entered the *Order Establishing Bidding Procedures and Granting Related Relief* [Docket No. 136] and (ii) the Debtors filed and served the *Notice of Proposed Sale, Bidding Procedures, Auction, and Sale Hearing* [Docket No. 137].

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

ACTIVE 54424589v2

**PLEASE TAKE FURTHER NOTICE** that on December 23, 2020, a hearing (the "Hearing") on the Motion was held along with related matters (as listed in the *Notice of Second Amended Agenda for Matters Scheduled for Telephonic Hearing on December 23, 2020 at 10:30 A.M. (ET)* [Docket No. 543]).

**PLEASE TAKE FURTHER NOTICE that the Hearing on the Motion has been CONTINUED to December 28, 2020 at 12:30 p.m. (prevailing Eastern Time)**.

| | |
|---|---|
| Dated: December 23, 2020 | GREENBERG TRAURIG, LLP |
| | */s/ Dennis A. Meloro* |
| | Dennis A. Meloro (DE Bar No. 4435) |
| | 1007 North Orange Street, Suite 1200 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 661-7000 |
| | Facsimile   (302) 661-7360 |
| | Email:  melorod@gtlaw.com |
| | |
| | -and- |
| | |
| | Nancy A. Peterman (admitted *pro hac vice*) |
| | Eric Howe (admitted *pro hac vice*) |
| | Nicholas E. Ballen (admitted *pro hac vice*) |
| | 77 West Wacker Dr., Suite 3100 |
| | Chicago, Illinois 60601 |
| | Telephone:  (312) 456-8400 |
| | Facsimile:   (312) 456-8435 |
| | Email:     petermann@gtlaw.com |
| | howee@gtlaw.com |
| | ballenn@gtlaw.com |
| | |
| | *Counsel for the Debtors and Debtors in Possession* |