# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Mary F. Walrath

#4

Amended Calendar  Dec 28 2020  8:49AM

Calendar Date: 12/28/2020
Calendar Time: 12:30 PM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | YouFit Health Clubs, LLC | 20-12841 | Hearing | 11020098 | Nicholas E Ballen | (312) 456-8407 ext. | Greenberg Traurig, LLP | Debtor, Youfit Health Club / LISTEN ONLY |
| | | YouFit Health Clubs, LLC | 20-12841 | Hearing | 11019347 | Joseph M. Barry | (302) 571-6705 ext. | Young, Conaway Stargatt & Taylor, LLP | Creditor, BGC Lender Rep / LIVE |
| | | YouFit Health Clubs, LLC | 20-12841 | Hearing | 11020517 | Patrick Bellot | (603) 557-3047 ext. | Patrick Bellot - In Pro Per/Pro Se | Interested Party, Patrick Bellot / LISTEN ONLY |
| | | YouFit Health Clubs, LLC | 20-12841 | Hearing | 11020559 | Daniel N. Brogan | (302) 655-5000 ext. | Bayard P.A. | Interested Party, Westwood Plaza LLC / LIVE |
| | | YouFit Health Clubs, LLC | 20-12841 | Hearing | 11019615 | Christopher R. Bryant | (212) 918-0626 ext. | Hogan Lovells US LLP | Interested Party, Christopher Bryant / LIVE |
| | | YouFit Health Clubs, LLC | 20-12841 | Hearing | 11020718 | Joshua H. Eggnatz | (954) 889-3359 ext. | Eggnatz Pascucci PA | Pro Hac Vice, Jason Blank / LIVE |
| | | YouFit Health Clubs, LLC | 20-12841 | Hearing | 11020503 | Rodney Gayle | (215) 499-4901 ext. | Phoenix Management Services, LLC | Interested Party, Rodney Gayle / LISTEN ONLY |
| | | YouFit Health Clubs, LLC | 20-12841 | Hearing | 11020096 | Brian Gleason | (617) 840-9155 ext. | Phoenix Management Services, LLC | Client, Brian Gleason / LIVE |
| | | YouFit Health Clubs, LLC | 20-12841 | Hearing | 11020556 | Ivan M. Gold | (415) 273-7431 ext. | Allen Matkins Leck Gamble Mallory & Natsis LLP | Creditor, Weingarten Realty Investors / LIVE |
| | | YouFit Health Clubs, LLC | 20-12841 | Hearing | 11019410 | Gabe Goldstein | (949) 720-6025 ext. | PIMCO | Creditor, BGC Lender Rep, LLC / LISTEN ONLY |
| | | YouFit Health Clubs, LLC | 20-12841 | Hearing | 11019590 | Victoria A. Guilfoyle | (302) 425-6404 ext. | Blank Rome LLP | Creditor, Rick Berks, Christy Berks-Stross, Jason Stross / LIVE |
| | | YouFit Health Clubs, LLC | 20-12841 | Hearing | 11020100 | Sara Hoffman | (212) 801-6834 ext. | Greenberg Traurig, LLP | Debtor, Youfit Health Club / LISTEN ONLY |
| | | YouFit Health Clubs, LLC | 20-12841 | Hearing | 11020085 | Eric J. Howe | (612) 259-9716 ext. | Greenberg Traurig--Minneapolis MN | Debtor, Youfit Health Club / LIVE |
| | | YouFit Health Clubs, LLC | 20-12841 | Hearing | 11020652 | Peter Hurwitz | (917) 838-1930 ext. | Dundon Advisers LLC | Financial Advisor, Official Committee of Unsecured Creditors / LISTEN ONLY |

| Case | Type | Case Name | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| 20-12841 | Hearing | YouFit Health Clubs, LLC | 11020099 | Peter Kieselbach | (312) 498-5257 ext. | Greenberg Traurig LLP | Debtor, Youfit Health Club / LISTEN ONLY |
| 20-12841 | Hearing | YouFit Health Clubs, LLC | 11019378 | Laura Krucks | (212) 294-6700 ext. | Winston & Strawn LLP | Creditor, BGC Lender Rep, LLC / LISTEN ONLY |
| 20-12841 | Hearing | YouFit Health Clubs, LLC | 11020529 | Joseph H. Lemkin | (609) 791-7022 ext. | Stark & Stark | Creditor, Gator Investments / LIVE |
| 20-12841 | Hearing | YouFit Health Clubs, LLC | 11020383 | Lindsay Lersner | (212) 596-9840 ext. | Ropes & Gray LLP | Interested Party, Ropes & Gray, LLP / LISTEN ONLY |
| 20-12841 | Hearing | YouFit Health Clubs, LLC | 11020568 | Jason S Levin | (302) 888-6800 ext. | Morris James LLP | Creditor, Jason Blank / LIVE |
| 20-12841 | Hearing | YouFit Health Clubs, LLC | 11020670 | Hannah M. McCollum | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, U.S. Trustee / LIVE |
| 20-12841 | Hearing | YouFit Health Clubs, LLC | 11020087 | Dennis A. Meloro | (302) 661-7000 ext. | Greenberg Traurig, LLP | Debtor, Youfit Health Club / LIVE |
| 20-12841 | Hearing | YouFit Health Clubs, LLC | 11020637 | Rachel B. Mersky | (302) 656-8162 ext. | Monzack Mersky Browder & Hochman PA | Creditor, Waste Management, Kimco & Petinos / LIVE |
| 20-12841 | Hearing | YouFit Health Clubs, LLC | 11019388 | Kam Miramadi | (773) 505-6288 ext. | Mackinac Partners LLC | Creditor, BGC Lender Rep, LLC / LIVE |
| 20-12841 | Hearing | YouFit Health Clubs, LLC | 11020567 | Eric J. Monzo | (302) 888-5848 ext. | Morris James LLP | Creditor, Jason Blank / LIVE |
| 20-12841 | Hearing | YouFit Health Clubs, LLC | 11019371 | Joseph M. Mulvihill | (302) 571-6600 ext. | Young, Conaway Stargatt & Taylor, LLP | Creditor, BGC Lender Rep / LISTEN ONLY |
| 20-12841 | Hearing | YouFit Health Clubs, LLC | 11020093 | Richard NeJame | (646) 343-9849 ext. | FocalPoint, LLC | Client, Rich Nejame / LIVE |
| 20-12841 | Hearing | YouFit Health Clubs, LLC | 11019382 | Phillip W. Nelson | (312) 578-6584 ext. | Holland & Knight LLP | Creditor, BGC Lender Rep, LLC / LIVE |
| 20-12841 | Hearing | YouFit Health Clubs, LLC | 11020547 | Stacy Newman | (302) 654-1888 ext. | Ashby & Geddes | Creditor, Midlo Properties / LIVE |
| 20-12841 | Hearing | YouFit Health Clubs, LLC | 11020564 | Michael J. Niles | (850) 561-3010 ext. | Berger Singerman LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| 20-12841 | Hearing | YouFit Health Clubs, LLC | 11020082 | Nancy Peterman | (312) 456-8408 ext. | Greenberg Traurig, LLP | Debtor, Youfit Health Club / LIVE |
| 20-12841 | Hearing | YouFit Health Clubs, LLC | 11019955 | David Pollack | (215) 864-8325 ext. | Ballard Spahr LLP | Creditor, Federal Realty / LIVE |
| 20-12841 | Hearing | YouFit Health Clubs, LLC | 11020658 | Phillip Preis | (917) 697-2651 ext. | Dundon Advisers LLC | Financial Advisor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| 20-12841 | Hearing | YouFit Health Clubs, LLC | 11020562 | Brian G. Rich | (850) 561-3010 ext. | Berger Singerman LLP | Creditor, The Creditors Committee / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| YouFit Health Clubs, LLC | 20-12841 | Hearing | 11020560 | Colin R. Robinson | (302) 778-6426 ext. | Pachulski Stang Ziehl & Jones | Creditor, Official Committee of Unsecured Creditors / LIVE |
| YouFit Health Clubs, LLC | 20-12841 | Hearing | 11020648 | Lee Rooney | (914) 341-1188 ext. | Dundon Advisers LLC | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| YouFit Health Clubs, LLC | 20-12841 | Hearing | 11019365 | Carey D. Schreiber | (212) 294-6810 ext. | Winston & Strawn LLP | Creditor, BGC Lender Rep / LIVE |
| YouFit Health Clubs, LLC | 20-12841 | Hearing | 11019407 | Michael Schwarzmann | (714) 623-1854 ext. | PIMCO | Creditor, BGC Lender Rep, LLC / LISTEN ONLY |
| YouFit Health Clubs, LLC | 20-12841 | Hearing | 11019452 | Jesalyn Shen | (949) 720-6378 ext. | PIMCO | Other Prof., Jesalyn Shen / LISTEN ONLY |
| YouFit Health Clubs, LLC | 20-12841 | Hearing | 11019666 | Michelle E. Shriro | (972) 380-5533 ext. | Singer & Levick, PC | Creditor, Bethaney Station / LISTEN ONLY |
| YouFit Health Clubs, LLC | 20-12841 | Hearing | 11019599 | Ryan Slaugh | (302) 984-6145 ext. | Potter Anderson & Corroon LLP | Interested Party, Potter Anderson & Corroon LLP / LIVE |
| YouFit Health Clubs, LLC | 20-12841 | Hearing | 11020738 | Aryeh E. Stein | (443) 326-6011 ext. | Meridian Law Firm | Bankruptcy Counsel, Mosaic Oxbridge Owners / LISTEN ONLY |
| YouFit Health Clubs, LLC | 20-12841 | Hearing | 11020338 | Jessica Steinhagen | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| YouFit Health Clubs, LLC | 20-12841 | Hearing | 11020540 | Marisa Terranova Fissel | (302) 651-7687 ext. | Richards, Layton & Finger, P.A. | Interested Party, Partridge Equity Group / LIVE |
| YouFit Health Clubs, LLC | 20-12841 | Hearing | 11020482 | Philip Weintraub | (212) 808-7925 ext. | Kelley Drye & Warren LLP | Creditor, Regency Centers LP. / LIVE |
| YouFit Health Clubs, LLC | 20-12841 | Hearing | 11020642 | Jeffrey C. Wisler | (302) 888-6258 ext. | Connolly Gallagher LLP | Creditor, Cigna / LIVE |
| YouFit Health Clubs, LLC | 20-12841 | Hearing | 11020103 | Patrick Wu | (678) 553-2495 ext. | Greenberg Traurig, LLP | Debtor, Youfit Health Club / LISTEN ONLY |