# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*, | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Kelly Roberts, Roberts Law, PLLC, as counsel to Star2Star Communications, LLC in the above-captioned cases.

Dated: December 30, 2020

*/s/ Erin K. Brignola*
Erin K. Brignola (No. 2723)
Cooper Levenson
Fox Run Shopping Center
Bear, DE 19701
Telephone: (302) 838-2600
E-Mail: ebrignola@cooperlevenson.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Florida Bar, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund effective September 1, 2016. I further certify that the annual fee of $25.00 has been submitted to the Clerk of the Court for the District Court.

*/s/ Kelly K. Roberts*
Kelly K. Roberts
ROBERTS LAW PLLC
2075 Main Street, Suite 23
Sarasota, Florida 34237
Telephone: (941) 402-3831
Email: kelly@kellyrobertslaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

**Dated: January 4th, 2021**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**