20-12841 mfw

December 31, 2020

Clerk of the Bankruptcy Court
824 Market Street, 3rd fl
Wilmington, Delaware 19801

RECEIVED / FILED
JAN 6 2021
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To Whom It May Concern;

Re: Youfit memberships for Tena M. Pate
Samuel E. Pate
(Tallahassee, FL)

This handwritten letter is to advise you that we object to the sale/transfer of our personal information as we have cancelled ~~are cancelling~~ our memberships contract and any use of the facilities for the purpose of exercise/better health. We have notified our bank as well to no longer authorize deductions to our account for Youfit + its partners.

Samuel E. Pate DOB 11/23/57
Tena M. Pate DOB 9/1/58

Respectfully
Sam Pate
Tena M. Pate
1948 Queenswood Drive
Tallahassee, FL 32303
850/509-4145