Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801

**RECEIVED / FILED**
**JAN 6 2021**
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To whom it may concern:

I, Catherine L. Martin (Cathy Martin) hereby file Objection to transfer and/or use of my personal membership asset information including name, address, email address, phone number and financial/bank account information or debit card information. Youfit does not have the right to sell any of my information to anyone.

Thank you in advance for your assistance in this matter.

Catherine (Cathy) L. (Louise) Martin
3351 Bilglade Road
Ft. Worth, TX. 76133
817/913-8391

*Catherine L. Martin* (signature)