

RECEIVED / FILED

JAN  6 2021

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

December 30, 2020

Bankruptcy Court

824 Market Street, 3rd Floor

Wilmington, Delaware,19801

Regarding: Case No. 20-12841

I, Sandra Tuell, a member of You Fit Health Clubs, LLC, of Pt. Charlotte, FL, 33948, object to my membership being transferred/sold to YF FC Acquisition, LLC.

I know longer wish to be am member of said club and deny the right of the club to deduct monies for dues from my bank account.  I have notified my bank, stipulating that these rights have been revoked.

I have already paid monies throughout the pandemic while the club was closed and am now advised that gyms are a prime place to contract COVID-19.

**Therefore, consider this a formal objection to the sale of my Membership Assets to the Buyer, and a formal notification/denial of rights to debit monies from my bank account as of this date, December 30, 2020.**

Thank you,

Sandra Tuell

18466 Robinson Ave.

Port Charlotte, FL  33948

(941) 276 8835