**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss: |
| COUNTY OF KINGS | ) |

I, Sung Jae Kim, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 29th day of December, 2020, DRC, acting under my supervision, caused to be served the *Notice of Termination of Challenge Period*, attached hereto as Exhibit 1, to be served via electronic mail upon the parties as set forth on Exhibit 2; via Federal Express Priority Overnight delivery upon the parties as set forth on Exhibit 3; and via USPS Express Mail upon the parties as set forth on Exhibit 4, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.  Executed this 6th day of January, 2021, Brooklyn, New York.

By    *Sung Jae Kim*
           Sung Jae Kim

Sworn before me this
6th day of January, 2021

*John Burlacu*
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

---

[1]   The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, for which joint administration has been requested, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the proposed claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

**EXHIBIT 1**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

### NOTICE OF TERMINATION OF CHALLENGE PERIOD

**PLEASE TAKE NOTICE THAT** on November 9, 2020, the Debtors filed a motion [Docket No. 17] (the "**Sale Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**") seeking, among other things, entry of an order approving the sale of substantially all of the Debtors' assets (the "**Sale**") to YF FC Acquisition, LLC (the "**Buyer**"), which is an entity formed by the Debtors prepetition and postpetition lenders, subject to the submission of higher or better offers. On December 15, 2020, the Debtors filed a notice [Docket No. 521] cancelling the Auction (as defined in the Sale Motion) and designating the Buyer as the Successful Bidder (as defined in the Sale Motion).

**PLEASE TAKE FURTHER NOTICE THAT** the official committee of unsecured creditors (the "**Committee**") provided the Debtors and the Buyer a draft objection to the Sale. Following discussions among the Committee, the Debtors, and the Buyer, the Committee's objection was resolved on the terms reflected in the Sale Order (as defined below), discussed on the record at the hearing to consider the Sale, and summarized on the attached **Schedule 1** (the "**Committee Objection Resolution**").

**PLEASE TAKE FURTHER NOTICE THAT** one of the terms of the Committee Objection Resolution relates to the *Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 365 and 507, Bankruptcy Rules 2002, 4001, 6004 and 9014 and Local Bankruptcy Rule 4001-2 (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Limited Use of Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties, and (IV) Granting Related Relief* [Docket No. 231] (the "**Final DIP Order**")[2] entered by the Court on December 4, 2020. Specifically, the Committee has agreed that the deadline, which under the terms of the Final DIP Order is currently January 22, 2021 (the "**Challenge Deadline**"), for any party in interest and all of their successors-in-interest and assigns, with requisite standing and authority, who has timely filed the appropriate pleadings (including a motion to obtain requisite standing or authority) to commence and has timely commenced an

---

[1]   The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

[2]   Capitalized terms not otherwise defined herein shall have the meaning ascribed to those terms in the Final DIP Order.

appropriate proceeding required under the Bankruptcy Code and Bankruptcy Rules, including, without limitation, as required pursuant to Part VII of the Bankruptcy Rules challenging the Prepetition Lien and Claim Matters shall expire upon the entry of the Sale Order.

**PLEASE TAKE FURTHER NOTICE THAT** on December 28, 2020 the Court entered the *Order (I) Authorizing the Sale of All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests, (II) Authorizing and Approving the Debtors' Performance Under the Stalking Horse Purchase Agreement, (III) Approving the Assumption and Assignment of Certain of the Debtors' Executory Contracts and Unexpired Leases Related Thereto and (IV) Granting Related Relief* [Docket No. 564] (the "**Sale Order**").

**PLEASE TAKE FURTHER NOTICE THAT**, as set forth in Paragraph 8 of the Sale Order, **objections to the expiration of the Challenge Deadline must be filed by January 12, 2021** (the "**Objection Deadline**"). All such objections must (a) be in writing, (b) state, with specificity, the legal and factual bases thereof, and (c) be timely filed with the Court and served so as to be **actually received** no later than the Objection Deadline by: (i) counsel for the Debtors, Greenberg Traurig, LLP, (a) The Nemours Building, 1007 North Orange Street, Suite 1200, Wilmington, DE 19801 (Attn: Dennis A. Meloro (melorod@gtlaw.com) and (b) 77 West Wacker Dr., Suite 3100, Chicago, IL 60601 (Attn: Nancy A. Peterman (petermann@gtlaw.com), Eric Howe (howee@gtlaw.com), and Nicholas E. Ballen (ballenn@gtlaw.com)); (ii) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Hannah McCollum, Esq. (hannah.mccollum@usdoj.gov); (iii) counsel for the Debtors' prepetition and postpetition agent and lenders and the Stalking Horse Bidder, (a) Winston & Strawn LLP, 200 Park Avenue, New York, NY 10166, Attn: Carey D. Schreiber, Esq. (cschreiber@winston.com) and and Gregory M. Gartland, Esq. (ggartland@winston.com), and (b) Young Conaway Stargatt & Taylor, LLP, 1000 N. King Street, Wilmington, Delaware 19801, Attn: Joseph Barry, Esq. (jbarry@ycst.com) and Joseph M. Mulvihill, Esq. (jmulvihill@ycst.com); (iv) counsel for the DIP Agent and Prepetition Agent, Holland & Knight LLP, 150 N. Riverside Plaza, Suite 2700, Chicago, IL 60606, Attn: Joshua Spencer (joshua.spencer@hklaw.com), Phillip W. Nelson (phillip.nelson@hklaw.com), and Anastasia Sotiropoulos (anastasia.sotiropoulos@hklaw.com); (v) counsel for the Official Committee of Unsecured Creditors, Berger Singerman, LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131 (Attn: Brian G Rich (brich@bergersingerman.com) and Michael Niles (mniles@bergersingerman.com)) and Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Bradford Sandler (bsandler@pszjlaw.com) and Colin Robinson (crobinson@pszjlaw.com)).

**PLEASE TAKE FURTHER NOTICE THAT the expiration of the Challenge Deadline shall apply to any party-in-interest that does not file an objection by the Objection Deadline**. Solely as to any party-in-interest (other than the Debtors and the Committee) that files an objection by the Objection Deadline, the Challenge Deadline is deemed extended through the earlier of (i) the Challenge Deadline (as set forth in the Final DIP Order solely for such party filing such objection), (ii) the date such objection is resolved amongst the DIP Agent, the DIP Lenders, the Debtors, and the objecting party, or (iii) the date the Court acts on such objection. To the extent any such objections are filed and not resolved among the DIP Agent, the DIP Lenders, the Debtors, and the objecting party, if any, such parties' rights are reserved to request a hearing on the matter on shortened notice.

Dated:  December 29, 2020          GREENBERG TRAURIG, LLP

                                   */s/ Dennis A. Meloro*
                                   Dennis A. Meloro (DE Bar No. 4435)
                                   1007 North Orange Street, Suite 1200
                                   Wilmington, Delaware 19801
                                   Telephone: (302) 661-7000
                                   Facsimile   (302) 661-7360
                                   Email:   melorod@gtlaw.com

                                   -and-

                                   Nancy A. Peterman (admitted *pro hac vice*)
                                   Eric Howe (admitted *pro hac vice*)
                                   Nicholas E. Ballen (admitted *pro hac vice*)
                                   77 West Wacker Dr., Suite 3100
                                   Chicago, Illinois 60601
                                   Telephone:  (312) 456-8410
                                   Facsimile:   (312) 456-8435
                                   Email:  petermann@gtlaw.com
                                           howee@gtlaw.com
                                           ballenn@gtlaw.com

                                   *Counsel for the Debtors and
                                   Debtors in Possession*

## **Schedule 1**

(Summary of Committee Objection Resolution)

## Summary of Committee Objection Resolution

*This document is for summary purposes only and is subject in all respects to entry of appropriate orders by the Bankruptcy Court, including, as applicable, the Sale Order and/or an order confirming a plan of liquidation.*

1. Committee agrees to support the sale to the Lenders/Stalking Horse Bidder pursuant to the Stalking Horse APA.

2. Lenders to have an allowed prepetition deficiency claim up to $23,500,000 (the "Lender Deficiency Claim"), which may be reduced by the lenders in their sole discretion if they choose to credit bid/assume more than $75,000,000.

3. Upon entry of the Sale Order, the Challenge Period under the Final DIP Order will expire.

4. Without limiting the Acquired Assets in the APA, all claims, rights, credits causes of action, etc. set forth in section 2.1(p) of the APA, including all Avoidance Actions (as defined in the DIP Credit Agreement) and D&O Causes of Action (including claims against Rick Berks, Christy Berks Stross, Melissa Berks Muniz, Melinda Berks and their other family members—e.g., noncompete—other than West Central Avoidance Action (as defined below) subject to paragraphs 6.b.2 and 7 below) and proceeds thereof would be Acquired Assets.

   a. The Lenders would agree not to prosecute Avoidance Actions against trade vendors and lessors.

   b. See paragraph 6.b.3. below regarding cash recovery to Lenders from Avoidance Actions against Rick Berks, Christy Berks Stross, Melissa Berks Muniz or Melinda Berks (such Avoidance Actions against such individuals, the "**Berks Actions**").

   c. Lenders have no obligation to prosecute any claims or assert any rights whatsoever.

5. Lenders agree to a plan process (no extra funds or action required) subject to agreement that the plan will provide for treatment of remaining lender claims per the Code, releases and exculpation of all lender parties and their advisors and plan is consistent with the settlement.

6. Funds in the Budget—GT Professional Line Item, Committee Professional Line Item and Wind Down Line Item—can be used for drafting, filing and implementing combined disclosure statement/plan, including potential funding of claims under the plan, including

   a. Payment of any priority and admin claims.

   b. Any leftover funds from such line items ("**Wind Down Funds**") would go to a liquidating trust to fund prosecution of West Central Avoidance Action (as defined below) and distributions

      1. Liquidating trust to be part of the plan, to be controlled by the Committee;

2.  Avoidance Action against West Central Construction ($12,500,000 in past 4 years) (the "**West Central Avoidance Action**") will be left for the liquidating trust to prosecute and with full authority to resolve;

3.  The holders of the Lender Deficiency Claim shall be entitled to receive from liquidating trust recoveries no more than the lesser of (x) their pro rata share of the total GUC pool or (y) 65% (such lesser amount, the "**Lender Recovery Percentage**") of such recoveries; <u>provided</u> that the first $350,000 of recoveries by the liquidating trust plus any remaining Wind Down Funds shall be distributed to holders allowed GUC claims except to the holders of the Lender Deficiency Claim; <u>provided</u> <u>further</u> that, in addition to the prior proviso, in the event that the lenders receive a cash recovery on account of Berks Actions, an amount equal to the Lender Recovery Percentage as applied to such recovery shall first be distributed from any recovery on account of the West Central Avoidance Action to holders allowed GUC claims other than the holders of the Lender Deficiency Claim—said otherwise, if the lenders receive a cash recovery on account of Berks Actions, in addition to the 300k above, the lenders subordinate the right to receive from the West Central Avoidance Action an amount equal to the Lender Recovery Percentage as applied to the cash recovery they received on account of Berks Actions to other GUCs.

7.  In the event a plan is not confirmed and cases are dismissed or converted, the West Central Avoidance Action will automatically revert to the Lenders as an Acquired Asset with no obligation to any other party.

8.  Nothing in here addresses TSA costs which would have to be separately addresses as is currently contemplated in the APA.

**EXHIBIT 2**

**YouFit Health Clubs, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000097P001-1447S-027<br>ASHBY & GEDDES PA<br>STACY L NEWMAN,ESQ<br>500 DELAWARE  AVE, 8TH FLOOR<br>P O BOX 1150<br>WILMINGTON DE 19899-1150<br>SNEWMAN@ASHBYGEDDES.COM | 000071P001-1447S-027<br>BALLARD SPAHR LLP<br>LESLIE C HEILMAN;LAUREL D ROGLEN<br>919 N MARKET ST.,11TH FLOOR<br>WILMINGTON DE 19801-3034<br>HEILMANL@BALLARDSPAHR.COM | 000071P001-1447S-027<br>BALLARD SPAHR LLP<br>LESLIE C HEILMAN;LAUREL D ROGLEN<br>919 N MARKET ST.,11TH FLOOR<br>WILMINGTON DE 19801-3034<br>ROGLENL@BALLARDSPAHR.COM | 000072P001-1447S-027<br>BALLARD SPAHR LLP<br>DAVID L POLLACK; LINDSEY ZIONTS<br>1735 MARKET ST.,51ST FLOOR<br>PHILADELPHIA PA 19103=7599<br>POLLACK@BALLARDSPAHR.COM |
| 000072P002-1447S-027<br>BALLARD SPAHR LLP<br>DAVID L POLLACK; LINDSEY ZIONTS<br>1735 MARKET ST.,51ST FLOOR<br>PHILADELPHIA PA 19103=7599<br>ZIONTSL@BALLARDSPAHR.COM | 000094P001-1447S-027<br>BARCLAY DAMON LLP<br>KEVIN M NEWMAN<br>BARCLAY DAMON TOWER<br>125 EAST JEFFERSON ST<br>SYRACUSE NY 13202<br>KNEWMAN@BARCLAYDAMON.COM | 000095P001-1447S-027<br>BARCLAY DAMON LLP<br>SCOTT L FLEISCHER<br>1270 AVENUE OF THE AMERICAS STE 501<br>NEW YORK NY 10020<br>SFLEISCHER@BARCLAYDAMON.COM | 000073P001-1447S-027<br>BERGER SINGERMAN LLP<br>BRIAN G RICH,ESQ<br>313 NORTH MONROE ST.,STE 301<br>TALLAHASSEE FL 32301<br>BRICH@BERGERSINGERMAN.COM |
| 000076P001-1447S-027<br>BERGER SINGERMAN LLP<br>MCHAEL J NILES, ESQ<br>313 NORTH MONROE ST.,STE 301<br>TALLAHASSEE FL 32301<br>MNILES@BERGERSINGERMAN.COM | 000088P001-1447S-027<br>BIELLI & KLAUDER LLC<br>DAVID M KLAUDER,ESQ<br>1204 N KING ST<br>WILMINGTON DE 19801<br>DKLAUDER@BK-LEGAL.COM | 000085P001-1447S-027<br>BROWARD COUNTY ATTORNEY<br>SCOTT ANDRON,ASSISTANT COUNTY ATTORNEY<br>GOVERNMENT CENTER STE 423<br>115 SOUTH ANDREWS AVE<br>FORT LAUDERDALE FL 33301<br>SANDRON@BROWARD.ORG | 000103P001-1447S-027<br>CITY OF PHILADELPHIA LAW DEPT<br>MEGAN N HARPER,DEPUTY CITY SOLICITOR<br>MUNICIPAL SERVICES BUILDING<br>1401 JFK BLVD 5TH FLOOR<br>PHILADELPHIA PA 19102-1595<br>MEGAN.HARPER@PHILA.GOV |
| 000086P001-1447S-027<br>COLEMAN & DEMPSEY LLP<br>ARLENE L COLEMAN<br>TWO RAVINIA DRIVE STE 1250<br>ATLANTA GA 30346<br>ACOLEMAN@COLEMAN-DEMPSEY.COM | 000018P001-1447S-027<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000012P002-1447S-027<br>DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FL<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>CHRISTINA.ROJAS@DELAWARE.GOV | 000008P001-1447S-027<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US |
| 000091P001-1447S-027<br>FERRY JOSEPH P.A.<br>RICK S MILLER,ESQ<br>824 MARKET ST.,STE 1000<br>P O BOX 1351<br>WILMINGTON DE 19899-1351<br>RMILLER@FERRYJOSEPH.COM | 000061P001-1447S-027<br>FROST BROWN TODD LLC<br>RONALD E GOLD;ERIN P SEVERINI;KENDAL HARDISON<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH ST<br>CINCINNATI OH 45202<br>RGOLD@FBTLAW.COM | 000061P001-1447S-027<br>FROST BROWN TODD LLC<br>RONALD E GOLD;ERIN P SEVERINI;KENDAL HARDISON<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH ST<br>CINCINNATI OH 45202<br>ESEVERINI@FBTLAW.COM | 000061P001-1447S-027<br>FROST BROWN TODD LLC<br>RONALD E GOLD;ERIN P SEVERINI;KENDAL HARDISON<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH ST<br>CINCINNATI OH 45202<br>KHARDISON@FBTLAW.COM |
| 000081P001-1447S-027<br>GATOR FLOWER MOUND LLC<br>MARK SHANDLER<br>7850 NW 146TH ST.,4TH FLOOR<br>MIAMI LAKES FL 33016<br>MSHANDLER@GATORINV.COM | 000104P001-1447S-027<br>GRAY ROBINSON P.A.<br>STEVEN J SOLOMON,ESQ<br>333 S.E. 2ND AVE.,STE 3200<br>MIAMI FL 33131<br>STEVEN.SOLOMON@GRAY-ROBINSON.COM | 000002P001-1447S-027<br>GREENBERG TRAURIG LLP<br>DENNIS A MELORO<br>1007 NORTH ORANGE STREET<br>SUITE 1200<br>WILMINGTON DE 19801<br>MELOROD@GTLAW.COM | 000003P001-1447S-027<br>GREENBERG TRAURIG LLP<br>NANCY A PETERMAN<br>77 WEST WACKER DRIVE<br>SUITE 3100<br>CHICAGO IL 60601<br>PETERMANN@GTLAW.COM |

**YouFit Health Clubs, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 2 of 4                                                    12/29/2020 02:14:56 PM

---

000004P002-1447S-027
GREENBERG TRAURIG LLP
ERIC HOWE
77 WEST WACKER DRIVE
SUITE 3100
CHICAGO IL 60601
HOWEE@GTLAW.COM

000056P001-1447S-027
GREYLION
PERELLA WEINBERG PARTNERS LP
ELLEN ROSENBERG
767 FIFTH AVENUE
NEW YORK NY 10153
ellen@greylioncapital.com

000057P001-1447S-027
GREYLION
LATHAM & WATKINS LLP
JOHAN (HANS) V. BRIGHAM
200 CLARENDON STREET
BOSTON MA 02116
JOHAN.BRIGHAM@LW.COM

000105P001-1447S-027
HILLSBOROUGH COUNTY TAX COLLECTOR
BRIAN T FITZGERALD,ESQ
SENIOR ASST COUNTY ATTORNEY
POST OFFICE BOX 1110
TAMPA FL 33601-1110
FITZGERALDB@HILLSBOROUGHCOUNTY.ORG

000065P001-1447S-027
HOGAN LOVELLS US LLP
ATTN: DAVID P. SIMONDS AND CHRISTOPHER R. BRYANT
1999 AVENUE OF THE STARS
SUITE 1400
LOS ANGELES CA 90067
DAVID.SIMONDS@HOGANLOVELLS.COM

000065P001-1447S-027
HOGAN LOVELLS US LLP
ATTN: DAVID P. SIMONDS AND CHRISTOPHER R. BRYANT
1999 AVENUE OF THE STARS
SUITE 1400
LOS ANGELES CA 90067
CHRIS.BRYANT@HOGANLOVELLS.COM

000066P001-1447S-027
HOLLAND & KNIGHT
PHILLIP W NELSON;JOSHUA M SPENCER;ANASTASIA M SOTI
150 N RIVERSIDE PLAZA STE 2700
CHICAGO IL 60606
PHILLIP.NELSON@HKLAW.COM

000066P001-1447S-027
HOLLAND & KNIGHT
PHILLIP W NELSON;JOSHUA M SPENCER;ANASTASIA M SOTI
150 N RIVERSIDE PLAZA STE 2700
CHICAGO IL 60606
JOSHUA.SPENCER@HKLAW.COM

000060P001-1447S-027
HOLLAND & KNIGHT
PHILLIP W NELSON;JOSHUA M SPENCER;ANASTASIA M SOTI
150 N RIVERSIDE PLAZA STE 2700
CHICAGO IL 60606
ANASTASIA.SOTIROPOULOS@HKLAW.COM

000082P001-1447S-027
HULEN POINTE RETAIL LLC
BO AVERY
4801 HARBOR DRIVE
FLOWER MOUND TX 75022
BO@TRIMARSH.COM

000093P001-1447S-027
IURILLO LAW GROUP PA
CAMILLE J IURILLO;KEVIN L HING
5628 CENTRAL AVE
ST PETERSBURG FL 33707
CIURILLO@IURILLOLAW.COM

000093P001-1447S-027
IURILLO LAW GROUP PA
CAMILLE J IURILLO;KEVIN L HING
5628 CENTRAL AVE
ST PETERSBURG FL 33707
KHING@IURILLOLAW.COM

000084P001-1447S-027
JASON BLANK
JOSHUA EGGNATZ;
EGGNATZ PASCUCCI
7450 GRIFFIN RD.,STE 230
DAVIE FL 33314
JEGGNATZ@JUSTICEEARNED.COM

000075P002-1447S-027
KELLEY DRYE & WARREN LLP
ROBERT L LEHANE;MARK SCOTT
PHILLIP A. WEINTRAUB
101 PARK AVE
NEW YORK NY 10178
RLEHANE@KELLEYDRYE.COM

000075P002-1447S-027
KELLEY DRYE & WARREN LLP
ROBERT L LEHANE;MARK SCOTT
PHILLIP A. WEINTRAUB
101 PARK AVE
NEW YORK NY 10178
MASCOTT@KELLEYDRYE.COM

000075P002-1447S-027
KELLEY DRYE & WARREN LLP
ROBERT L LEHANE;MARK SCOTT
PHILLIP A. WEINTRAUB
101 PARK AVE
NEW YORK NY 10178
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM

000075P002-1447S-027
KELLEY DRYE & WARREN LLP
ROBERT L LEHANE;MARK SCOTT
PHILLIP A. WEINTRAUB
101 PARK AVE
NEW YORK NY 10178
PWEINTRAUB@KELLEYDRYE.COM

000080P001-1447S-027
LAW OFFICES OF KENNETH L BAUM LLC
KENNETH L BAUM.ESQ
167 MAIN ST
HACKENSACK NJ 07601
KBAUM@KENBAUMDEBTSOLUTIONS.COM

000066P001-1447S-027
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ELIZABETH WELLER
2777 N STEMMONS FREEWAY STE 1000
DALLAS TX 75207
DALLAS.BANKRUPTCY@PUBLICANS.COM

000066P001-1447S-027
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ELIZABETH WELLER
2777 N STEMMONS FREEWAY STE 1000
DALLAS TX 75207
BETHW@PUBLICANS.COM

000101P001-1447S-027
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
JOHN P DILLMAN
P O BOX 3064
HOUSTON TX 77253-3064
HOUSTON_BANKRUPTCY@PUBLICANS.COM

000089P001-1447S-027
MANATEE COUNTY TAX COLLECTOR , KEN BURTON JR.
ATTN: MICHELLE LEESON, PARALEGAL, COLLECTIONS SPEC
1001 3RD AVE WEST
SUITE 240
BRADENTON FL 34205-7863
LEGAL@TAXCOLLECTOR.COM

000069P001-1447S-027
MARICOPA COUNTY ATTORNEY'S OFFICE
PETER MUTHIG
225 W MADISON ST
PHOENIX AZ 85003
MUTHIGK@MCAO.MARICOPA.GOV

000090P001-1447S-027
MCCREARY VESELKA BRAGG & ALLEN PC
TARA LEDAY,ESQ
P O BOX 1269
ROUND ROCK TX 78680
TLEDAY@MVBALAW.COM

**YouFit Health Clubs, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**

12/29/2020 02:14:56 PM

000064P001-1447S-027
MONZACK MERSKY BROWDER AND HOCHMAN PA
RACHEL B MERSKY
1201 N ORANGE ST.,STE 400
WILMINGTON DE 19801
RMERSKY@MONLAW.COM

000007P002-1447S-027
OFFICE OF THE US TRUSTEE
HANNAH MCCOLLUM
844 KING ST
STE 2207
WILMINGTON DE 19801
HANNAH.MCCOLLUM@USDOJ.GOV

000100P001-1447S-027
OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVCIES (
DEB SECREST,AUTHORIZED AGENT
DEPT OF LABOR & INDUSTRY,COMMONWEALTH OF PENNSYLVA
COLLECTIONS SUPPORT UNIT
651 BOAS ST.,RM 925
HARRISBURG PA 17121
RA-LI-UCTS-BANKRUPT@STATE.PA.US

000102P001-1447S-027
PACHULSKI STANG ZIEHL & JONES LLP
BRADFORD J SANDLER;COLIN R ROBINSON
919 N MARKET ST.,17TH FLOOR
WILMINGTON DE 19801
BSANDLER@PSZJLAW.COM

000102P001-1447S-027
PACHULSKI STANG ZIEHL & JONES LLP
BRADFORD J SANDLER;COLIN R ROBINSON
919 N MARKET ST.,17TH FLOOR
WILMINGTON DE 19801
CROBINSON@PSZJLAW.COM

000063P001-1447S-027
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
EBONEY COBB
500 E BORDER ST.,STE 640
ARLINGTON TX 76010
ECOBB@PBFCM.COM

000067P001-1447S-027
RICHARDS LAYTON & FINGER PA
JOHN H KNIGHT;MARISA A TERRANOVA FISSEL
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
KNIGHT@RLF.COM

000067P001-1447S-027
RICHARDS LAYTON & FINGER PA
JOHN H KNIGHT;MARISA A TERRANOVA FISSEL
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
TERRANOVAFISSEL@RLF.COM

000099P001-1447S-027
RICHARDS LAYTON & FINGER PA
AMANDA R STEELE;BRENDAN J SCHLAUCH;MEGAN E KENNEY
920 NORTH KING ST
WILMINGTON DE 19801
STEELE@RLF.COM

000099P001-1447S-027
RICHARDS LAYTON & FINGER PA
AMANDA R STEELE;BRENDAN J SCHLAUCH;MEGAN E KENNEY
920 NORTH KING ST
WILMINGTON DE 19801
SCHLAUCH@RLF.COM

000099P001-1447S-027
RICHARDS LAYTON & FINGER PA
AMANDA R STEELE;BRENDAN J SCHLAUCH;MEGAN E KENNEY
920 NORTH KING ST
WILMINGTON DE 19801
KENNEY@RLF.COM

000087P001-1447S-027
SACKS TIERNEY PA
RANDY NUSSBAUM;PHILIP R RUDD
4250 N DRINKWATER BLVD.,4TH FLOOR
SCOTTSDALE AZ 85251
RANDY.NUSSBAUM@SACKSTIERNEY.COM

000087P001-1447S-027
SACKS TIERNEY PA
RANDY NUSSBAUM;PHILIP R RUDD
4250 N DRINKWATER BLVD.,4TH FLOOR
SCOTTSDALE AZ 85251
PHILIP.RUDD@SACKSTIERNEY.COM

000078P001-1447S-027
SAUL EWING ARNSTEIN & LEHR LLP
MONIQUE B DISABATINO,ESQ
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
MONIQUE.DISABATINO@SAUL.COM

000079P001-1447S-027
SAUL EWING ARNSTEIN & LEHR LLP
MELISSA A MARTINEZ, ESQ
CENTRE SQUARE WEST
1500 MARKET ST.,38TH FLOOR
PHILADELPHIA PA 19102-2186
MELISSA.MARTINEZ@SAUL.COM

000020P001-1447S-027
SECURITIES AND EXCHANGE COMMISSION
SEC OF THE TREASURY OFFICE OF GEN COUNSEL
100 F ST NE
WASHINGTON DC 20549
SECBANKRUPTCY@SEC.GOV

000021P001-1447S-027
SECURITIES AND EXCHANGE COMMISSION
PHIL OFC   BANKRUPTCY DEPT
ONE PENN CTR
1617 JFK BLVD STE 520
PHILADELPHIA PA 19103
SECBANKRUPTCY@SEC.GOV

000062P001-1447S-027
SIMON PROPERTY GROUP INC
RONALD M TUCKER,ESQ
225 WEST WASHINGTON ST
INDIANAPOLIS IN 46204
RTUCKER@SIMON.COM

000074P001-1447S-027
SINGER & LEVICK PC
MICHELLE E SHRIRO,ESQ
16200 ADDISON RD.,STE 140
ADDISON TX 75001
MSHRIRO@SINGERLEVICK.COM

000096P001-1447S-027
SPOTTS FAIN PC
NEIL MCCULLAGH;KARL A MOSES JR
411 EAST FRANKLIN ST.,STE 600
RICHMOND VA 23219
NMCCULLAGH@SPOTTSFAIN.COM

000096P001-1447S-027
SPOTTS FAIN PC
NEIL MCCULLAGH;KARL A MOSES JR
411 EAST FRANKLIN ST.,STE 600
RICHMOND VA 23219
KMOSES@SPOTTSFAIN.COM

000068P001-1447S-027
STARK & STARK PC
JOSEPH H LEMKIN,ESQ
P O BOX 5315
PRINCETON NJ 08543
JLEMKIN@STARK-STARK.COM

000009P001-1447S-027
US ATTORNEY FOR DELAWARE
CHARLES OBERLY  ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

000007P001-1447S-027
WESTERNBURG & THORNTON PC
STEVEN THORNTON
10440 N CENTRAL EXPRESSWAY STE 800
DALLAS TX 75231
STEVE@MWTLAW.COM

**YouFit Health Clubs, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**

000070P001-1447S-027
WILES & WILES LLP
VICTOR W NEWMARK,ESQ
800 KENNESAW AVE.,STE 400
MARIETTA GA 30060-7946
BANKRUPTCY@EVICT.NET

000098P001-1447S-027
WINSTEAD PC
JASON A ENRIGHT
500 WINSTEAD BUILDING
2728 N HARWIID ST
DALLAS TX 75201
JENRIGHT@WINSTEAD.COM

000023P001-1447S-027
WINSTON & STRAWN
GREGORY M GARTLAND
200 PARK AVENUE
NEW YORK NY 10166
GGARTLAND@WINSTON.COM

000022P001-1447S-027
WINSTON & STRAWN LLP
CAREY D SCHREIBER
200 PARK AVENUE
NEW YORK NY 10166
CSCHREIBER@WINSTON.COM

000059P001-1447S-027
WINSTON & STRAWN LLP
MICHAEL T LEARY
333 SOUTH GRAND AVE.,38TH FLOOR
LOS ANGELES CA 90071
MTLEARY@WINSTON.COM

000092P001-1447S-027
WOMBLE BOND DICKINSON (US)LLP
KEVIN J MANGAN
1313 NORTH MARKET ST.,STE 1200
WILMINGTON DE 19801
KEVIN.MANGAN@WBD-US.COM

000058P001-1447S-027
YOUNG CONAWAY STARGATT & TAYLOR LLP
JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH
1000 NORTH KING ST
WILMINGTON DE 19801
JBARRY@YCST.COM

000058P001-1447S-027
YOUNG CONAWAY STARGATT & TAYLOR LLP
JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH
1000 NORTH KING ST
WILMINGTON DE 19801
AMAGAZINER@YCST.COM

000058P001-1447S-027
YOUNG CONAWAY STARGATT & TAYLOR LLP
JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH
1000 NORTH KING ST
WILMINGTON DE 19801
JMULVIHILL@YCST.COM

000058P001-1447S-027
YOUNG CONAWAY STARGATT & TAYLOR LLP
JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH
1000 NORTH KING ST
WILMINGTON DE 19801
BANKFILINGS@YCST.COM

Records Printed :   **82**

# EXHIBIT 3

**YouFit Health Clubs, LLC, et al.**
**Federal Express**
**Exhibit Page**

Page # : 1 of 1                                                    12/29/2020 02:12:01 PM

| | | | |
|---|---|---|---|
| 006214P001-1447A-027<br>79 BISCAYNE LLC<br>GLOBAL REALTY AND MANAGEMENT FL INC<br>4125 NW 88TH AVE<br>SUNRISE FL 33351 | 006214S001-1447A-027<br>79 BISCAYNE LLC<br>ALAN J MARCUS REGISTERED AGENT<br>20803 BISCAYNE BLVD<br>AVENTURA FL 33180 | 006214S002-1447A-027<br>79 BISCAYNE LLC<br>GABRIEL NAVARRO<br>9155 S DADELAND BLVD<br>STE 1216<br>MIAMI FL 33156 | 006328P001-1447A-027<br>79 BISCAYNE PLAZA LLC<br>GLOBAL REALTY<br>4125 NW 88TH AVE<br>SUNRISE FL 33351 |
| 006328S001-1447A-027<br>79 BISCAYNE PLAZA LLC<br>COHEN LEGAL<br>RICHARD S COHEN ESQ JASON L COHEN ESQ<br>811-A NORTH OLIVE AVE<br>WEST PALM BEACH FL 33401 | 006254P001-1447A-027<br>CAPSTAR BANK<br>201 4TH AVE N<br>STE 950<br>NASHVILLE TN 37219 | 006252P001-1447A-027<br>CORTLAND CAPITAL MARKET SVC LLC<br>AS COLLATERAL AGENT<br>225 W WASHINGTON ST<br>9TH FL<br>CHICAGO IL 60606 | 000010P001-1447S-027<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 |
| 000011P001-1447S-027<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 006256P002-1447A-027<br>DESOTO PROPERTIES LLC<br>506 S DIXIE HIGHWAY<br>HALLANDALE FL 33009 | 000055P001-1447S-027<br>GREYLION<br>PERELLA WEINBERG PARTNERS<br>ATTN: GENERAL COUNSEL<br>GENERAL COUNSEL<br>767 FIFTH AVENUE<br>NEW YORK NY 10153 | 000006P001-1447S-027<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 |
| 006838S001-1447A-027<br>JAHCO OKLAHOMA PROPERTIES I LLC<br>JAH REALTY LP<br>JAY HENRY<br>750 N ST. PAUL STREET<br>SUITE 900<br>DALLAS TX 75201 | 006838S002-1447A-027<br>JAHCO OKLAHOMA PROPERTIES I LLC<br>CROWE & DUNLEVY<br>ADAM C HALL ESQ.<br>324 N ROBINSON AVENUE<br>SUITE 100<br>OKLAHOMA CITY OK 73102 | 006817P001-1447A-027<br>LAW OFFICE OF RICHARD S COHEN LLC<br>811A NORTH OLIVE AVE<br>WEST PALM BEACH FL 33401 | 000014P001-1447S-027<br>MICHIGAN DEPT OF TREASURY, TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FL AUSTIN BLDG<br>LANSING MI 48922 |
| 000019P001-1447S-027<br>SECURITIES AND EXCHANGE COMMISSION<br>NY REG OFFICE  BANKRUPTCY DEPT<br>BROOKFIELD PL<br>200 VESEY ST STE 400<br>NEW YORK NY 10281-1022 | 000016P001-1447S-027<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL REGION 3<br>300 SPRING GDN ST<br>PHILADELPHIA PA 19123 | 006255P001-1447A-027<br>TD EQUIPMENT FINANCE INC<br>2059 SPRINGDALE RD<br>CHERRY HILL NJ 08003 | 006818P002-1447A-027<br>UNITED LEASING<br>WHITNEY MARTIN<br>3700 MORGAN AVE<br>EVANSVILLE IN 47715 |
| 006818S001-1447A-027<br>UNITED LEASING INC<br>MARTHA AHLERS COO<br>3700 MORGAN AVE<br>EVANSVILLE IN 47715 | 000015P001-1447S-027<br>US EPA REG 3<br>OFFICE OF REG COUNSEL<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 | 006816P001-1447A-027<br>WELLS FARGO EQUIPMENT FINANCE INC<br>1450 W FOUNTAINHEAD PKWY<br>TEMPE AZ 85282 | 000083P001-1447S-027<br>WESTWOOD PLAZA LLC<br>STEVEN LEONI<br>2020 WEST PENSACOLA ST.,STE 285<br>TALLAHASSEE FL 32304 |

Records Printed : **24**

**EXHIBIT 4**

**YouFit Health Clubs, LLC, et al.**
**USPS Express Mail**
**Exhibit Page**

Page # : 1 of 1                                                                                                    12/29/2020 02:12:18 PM

000017P001-1447S-027
ARIZONA ATTORNEY GENERAL'S OFFICE
PO BOX 6123
MD 7611
PHOENIX AZ 85005

006253P001-1447A-027
FIFTH THIRD BANK
AS AGENT
PO BOX 5089
EVANSVILLE IN 47716-

000013P001-1447S-027
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MSA340
PO BOX 2952
SACRAMENTO CA 95812

000005P001-1447S-027
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101

006838P002-1447A-027
JAHCO OKLAHOMA PROPERTIES I LLC
JAH REALTY LP
JEFF NORMAN
PO BOX 14586
OKLAHOMA CITY OK 73113

Records Printed :   **5**