**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss:
COUNTY OF KINGS )

I, Sung Jae Kim, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 5th day of January, 2021, DRC, under my supervision, caused to be served a true and accurate copy of the "Debtors' Motion for Entry of an Order Enlarging the Time Within Which to File Notices of Removal" (Docket No. 601), via electronic mail upon the parties as set forth on Exhibit 1; and via First Class U.S. Mail upon the parties as set forth on Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 7th day of January, 2021, Brooklyn, New York.

By_______________
Sung Jae Kim

Sworn before me this
7th day of January, 2021

_______________
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, for which joint administration has been requested, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the proposed claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

# EXHIBIT 1

**YouFit Health Clubs, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**

000097P001-1447S-034
ASHBY & GEDDES PA
STACY L NEWMAN,ESQ
500 DELAWARE AVE, 8TH FLOOR
P O BOX 1150
WILMINGTON DE 19899-1150
SNEWMAN@ASHBYGEDDES.COM

000071P001-1447S-034
BALLARD SPAHR LLP
LESLIE C HEILMAN;LAUREL D ROGLEN
919 N MARKET ST.,11TH FLOOR
WILMINGTON DE 19801-3034
HEILMANL@BALLARDSPAHR.COM

000071P001-1447S-034
BALLARD SPAHR LLP
LESLIE C HEILMAN;LAUREL D ROGLEN
919 N MARKET ST.,11TH FLOOR
WILMINGTON DE 19801-3034
ROGLENL@BALLARDSPAHR.COM

000072P002-1447S-034
BALLARD SPAHR LLP
DAVID L POLLACK; LINDSEY ZIONTS
1735 MARKET ST.,51ST FLOOR
PHILADELPHIA PA 19103=7599
POLLACK@BALLARDSPAHR.COM

000072P002-1447S-034
BALLARD SPAHR LLP
DAVID L POLLACK; LINDSEY ZIONTS
1735 MARKET ST.,51ST FLOOR
PHILADELPHIA PA 19103=7599
ZIONTSL@BALLARDSPAHR.COM

000094P001-1447S-034
BARCLAY DAMON LLP
KEVIN M NEWMAN
BARCLAY DAMON TOWER
125 EAST JEFFERSON ST
SYRACUSE NY 13202
KNEWMAN@BARCLAYDAMON.COM

000095P001-1447S-034
BARCLAY DAMON LLP
SCOTT L FLEISCHER
1270 AVENUE OF THE AMERICAS STE 501
NEW YORK NY 10020
SFLEISCHER@BARCLAYDAMON.COM

000073P001-1447S-034
BERGER SINGERMAN LLP
BRIAN G RICH,ESQ
313 NORTH MONROE ST.,STE 301
TALLAHASSEE FL 32301
BRICH@BERGERSINGERMAN.COM

000076P001-1447S-034
BERGER SINGERMAN LLP
MCIHAEL J NILES, ESQ
313 NORTH MONROE ST.,STE 301
TALLAHASSEE FL 32301
MNILES@BERGERSINGERMAN.COM

000088P001-1447S-034
BIELLI & KLAUDER LLC
DAVID M KLAUDER,ESQ
1204 N KING ST
WILMINGTON DE 19801
DKLAUDER@BK-LEGAL.COM

000085P001-1447S-034
BROWARD COUNTY ATTORNEY
SCOTT ANDRON,ASSISTANT COUNTY ATTORNEY
GOVERNMENT CENTER STE 423
115 SOUTH ANDREWS AVE
FORT LAUDERDALE FL 33301
SANDRON@BROWARD.ORG

000103P001-1447S-034
CITY OF PHILADELPHIA LAW DEPT
MEGAN N HARPER,DEPUTY CITY SOLICITOR
MUNICIPAL SERVICES BUILDING
1401 JFK BLVD 5TH FLOOR
PHILADELPHIA PA 19102-1595
MEGAN.HARPER@PHILA.GOV

000086P001-1447S-034
COLEMAN & DEMPSEY LLP
ARLENE L COLEMAN
TWO RAVINIA DRIVE STE 1250
ATLANTA GA 30346
ACOLEMAN@COLEMAN-DEMPSEY.COM

000107P001-1447S-034
COOPER LEVENSON P.A.
ERIN K BRIGNOLA,ESQ
30 FOX HUNT DRIVE
BEAR DE 19701
EBRIGNOLA@COOPERLEVENSON.COM

000018P001-1447S-034
DELAWARE ATTORNEY GENERAL
BANKRUPTCY DEPT
CARVEL STATE OFFICE BLDG
820 N FRENCH ST 6TH FL
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

000012P002-1447S-034
DELAWARE DIVISION OF REVENUE
CHRISTINA ROJAS
CARVEL STATE OFFICE BUILD 8TH FL
820 N FRENCH ST
WILMINGTON DE 19801
CHRISTINA.ROJAS@DELAWARE.GOV

000008P001-1447S-034
DELAWARE SECRETARY OF STATE
DIV OF CORPORATIONS FRANCHISE TAX
PO BOX 898
DOVER DE 19903
DOSDOC_FTAX@STATE.DE.US

000091P001-1447S-034
FERRY JOSEPH P.A.
RICK S MILLER,ESQ
824 MARKET ST.,STE 1000
P O BOX 1351
WILMINGTON DE 19899-1351
RMILLER@FERRYJOSEPH.COM

000061P001-1447S-034
FROST BROWN TODD LLC
RONALD E GOLD;ERIN P SEVERINI;KENDAL HARDISON
3300 GREAT AMERICAN TOWER
301 EAST FOURTH ST
CINCINNATI OH 45202
RGOLD@FBTLAW.COM

000061P001-1447S-034
FROST BROWN TODD LLC
RONALD E GOLD;ERIN P SEVERINI;KENDAL HARDISON
3300 GREAT AMERICAN TOWER
301 EAST FOURTH ST
CINCINNATI OH 45202
ESEVERINI@FBTLAW.COM

000061P001-1447S-034
FROST BROWN TODD LLC
RONALD E GOLD;ERIN P SEVERINI;KENDAL HARDISON
3300 GREAT AMERICAN TOWER
301 EAST FOURTH ST
CINCINNATI OH 45202
KHARDISON@FBTLAW.COM

000081P001-1447S-034
GATOR FLOWER MOUND LLC
MARK SHANDLER
7850 NW 146TH ST.,4TH FLOOR
MIAMI LAKES FL 33016
MSHANDLER@GATORINV.COM

000104P001-1447S-034
GRAY ROBINSON P.A.
STEVEN J SOLOMON,ESQ
333 S.E. 2ND AVE.,STE 3200
MIAMI FL 33131
STEVEN.SOLOMON@GRAY-ROBINSON.COM

000002P001-1447S-034
GREENBERG TRAURIG LLP
DENNIS A MELORO
1007 NORTH ORANGE STREET
SUITE 1200
WILMINGTON DE 19801
MELOROD@GTLAW.COM

**YouFit Health Clubs, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**

000003P001-1447S-034
GREENBERG TRAURIG LLP
NANCY A PETERMAN
77 WEST WACKER DRIVE
SUITE 3100
CHICAGO IL 60601
PETERMANN@GTLAW.COM

000004P002-1447S-034
GREENBERG TRAURIG LLP
ERIC HOWE
77 WEST WACKER DRIVE
SUITE 3100
CHICAGO IL 60601
HOWEE@GTLAW.COM

000056P001-1447S-034
GREYLION
PERELLA WEINBERG PARTNERS LP
ELLEN ROSENBERG
767 FIFTH AVENUE
NEW YORK NY 10153
ellen@greylioncapital.com

000057P001-1447S-034
GREYLION
LATHAM & WATKINS LLP
JOHAN (HANS) V. BRIGHAM
200 CLARENDON STREET
BOSTON MA 02116
JOHAN.BRIGHAM@LW.COM

000105P001-1447S-034
HILLSBOROUGH COUNTY TAX COLLECTOR
BRIAN T FITZGERALD,ESQ
SENIOR ASST COUNTY ATTORNEY
POST OFFICE BOX 1110
TAMPA FL 33601-1110
FITZGERALDB@HILLSBOROUGHCOUNTY.ORG

000065P001-1447S-034
HOGAN LOVELLS US LLP
ATTN: DAVID P. SIMONDS AND CHRISTOPHER R. BRYANT
1999 AVENUE OF THE STARS
SUITE 1400
LOS ANGELES CA 90067
DAVID.SIMONDS@HOGANLOVELLS.COM

000065P001-1447S-034
HOGAN LOVELLS US LLP
ATTN: DAVID P. SIMONDS AND CHRISTOPHER R. BRYANT
1999 AVENUE OF THE STARS
SUITE 1400
LOS ANGELES CA 90067
CHRIS.BRYANT@HOGANLOVELLS.COM

000060P001-1447S-034
HOLLAND & KNIGHT
PHILLIP W NELSON;JOSHUA M SPENCER;ANASTASIA M SOTI
150 N RIVERSIDE PLAZA STE 2700
CHICAGO IL 60606
PHILLIP.NELSON@HKLAW.COM

000060P001-1447S-034
HOLLAND & KNIGHT
PHILLIP W NELSON;JOSHUA M SPENCER;ANASTASIA M SOTI
150 N RIVERSIDE PLAZA STE 2700
CHICAGO IL 60606
JOSHUA.SPENCER@HKLAW.COM

000060P001-1447S-034
HOLLAND & KNIGHT
PHILLIP W NELSON;JOSHUA M SPENCER;ANASTASIA M SOTI
150 N RIVERSIDE PLAZA STE 2700
CHICAGO IL 60606
ANASTASIA.SOTIROPOULOS@HKLAW.COM

000082P001-1447S-034
HULEN POINTE RETAIL LLC
BO AVERY
4801 HARBOR DRIVE
FLOWER MOUND TX 75022
BO@TRIMARSH.COM

000093P001-1447S-034
IURILLO LAW GROUP PA
CAMILLE J IURILLO;KEVIN L HING
5628 CENTRAL AVE
ST PETERSBURG FL 33707
CIURILLO@IURILLOLAW.COM

000093P001-1447S-034
IURILLO LAW GROUP PA
CAMILLE J IURILLO;KEVIN L HING
5628 CENTRAL AVE
ST PETERSBURG FL 33707
KHING@IURILLOLAW.COM

000084P001-1447S-034
JASON BLANK
JOSHUA EGGNATZ;
EGGNATZ PASCUCCI
7450 GRIFFIN RD.,STE 230
DAVIE FL 33314
JEGGNATZ@JUSTICEEARNED.COM

000075P002-1447S-034
KELLEY DRYE & WARREN LLP
ROBERT L LEHANE;MARK SCOTT
PHILLIP A. WEINTRAUB
101 PARK AVE
NEW YORK NY 10178
RLEHANE@KELLEYDRYE.COM

000075P002-1447S-034
KELLEY DRYE & WARREN LLP
ROBERT L LEHANE;MARK SCOTT
PHILLIP A. WEINTRAUB
101 PARK AVE
NEW YORK NY 10178
MASCOTT@KELLEYDRYE.COM

000075P002-1447S-034
KELLEY DRYE & WARREN LLP
ROBERT L LEHANE;MARK SCOTT
PHILLIP A. WEINTRAUB
101 PARK AVE
NEW YORK NY 10178
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM

000075P002-1447S-034
KELLEY DRYE & WARREN LLP
ROBERT L LEHANE;MARK SCOTT
PHILLIP A. WEINTRAUB
101 PARK AVE
NEW YORK NY 10178
PWEINTRAUB@KELLEYDRYE.COM

000080P001-1447S-034
LAW OFFICES OF KENNETH L BAUM LLC
KENNETH L BAUM.ESQ
167 MAIN ST
HACKENSACK NJ 07601
KBAUM@KENBAUMDEBTSOLUTIONS.COM

000066P001-1447S-034
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ELIZABETH WELLER
2777 N STEMMONS FREEWAY STE 1000
DALLAS TX 75207
DALLAS.BANKRUPTCY@PUBLICANS.COM

000066P001-1447S-034
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ELIZABETH WELLER
2777 N STEMMONS FREEWAY STE 1000
DALLAS TX 75207
BETHW@PUBLICANS.COM

000101P001-1447S-034
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
JOHN P DILLMAN
P O BOX 3064
HOUSTON TX 77253-3064
HOUSTON_BANKRUPTCY@PUBLICANS.COM

000089P001-1447S-034
MANATEE COUNTY TAX COLLECTOR , KEN BURTON JR.
ATTN: MICHELLE LEESON, PARALEGAL, COLLECTIONS SPEC
1001 3RD AVE WEST
SUITE 240
BRADENTON FL 34205-7863
LEGAL@TAXCOLLECTOR.COM

000069P001-1447S-034
MARICOPA COUNTY ATTORNEY'S OFFICE
PETER MUTHIG
225 W MADISON ST
PHOENIX AZ 85003
MUTHIGK@MCAO.MARICOPA.GOV

**YouFit Health Clubs, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**

000090P001-1447S-034
MCCREARY VESELKA BRAGG & ALLEN PC
TARA LEDAY,ESQ
P O BOX 1269
ROUND ROCK TX 78680
TLEDAY@MVBALAW.COM

000064P001-1447S-034
MONZACK MERSKY BROWDER AND HOCHMAN PA
RACHEL B MERSKY
1201 N ORANGE ST.,STE 400
WILMINGTON DE 19801
RMERSKY@MONLAW.COM

000007P002-1447S-034
OFFICE OF THE US TRUSTEE
HANNAH MCCOLLUM
844 KING ST
STE 2207
WILMINGTON DE 19801
HANNAH.MCCOLLUM@USDOJ.GOV

000100P001-1447S-034
OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVCIES (
DEB SECREST,AUTHORIZED AGENT
DEPT OF LABOR & INDUSTRY,COMMONWEALTH OF PENNSYLVA
COLLECTIONS SUPPORT UNIT
651 BOAS ST.,RM 925
HARRISBURG PA 17121
RA-LI-UCTS-BANKRUPT@STATE.PA.US

000102P001-1447S-034
PACHULSKI STANG ZIEHL & JONES LLP
BRADFORD J SANDLER;COLIN R ROBINSON
919 N MARKET ST.,17TH FLOOR
WILMINGTON DE 19801
BSANDLER@PSZJLAW.COM

000102P001-1447S-034
PACHULSKI STANG ZIEHL & JONES LLP
BRADFORD J SANDLER;COLIN R ROBINSON
919 N MARKET ST.,17TH FLOOR
WILMINGTON DE 19801
CROBINSON@PSZJLAW.COM

000063P001-1447S-034
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
EBONEY COBB
500 E BORDER ST.,STE 640
ARLINGTON TX 76010
ECOBB@PBFCM.COM

000067P001-1447S-034
RICHARDS LAYTON & FINGER PA
JOHN H KNIGHT;MARISA A TERRANOVA FISSEL
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
KNIGHT@RLF.COM

000067P001-1447S-034
RICHARDS LAYTON & FINGER PA
JOHN H KNIGHT;MARISA A TERRANOVA FISSEL
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
TERRANOVAFISSEL@RLF.COM

000099P001-1447S-034
RICHARDS LAYTON & FINGER PA
AMANDA R STEELE;BRENDAN J SCHLAUCH;MEGAN E KENNEY
920 NORTH KING ST
WILMINGTON DE 19801
STEELE@RLF.COM

000099P001-1447S-034
RICHARDS LAYTON & FINGER PA
AMANDA R STEELE;BRENDAN J SCHLAUCH;MEGAN E KENNEY
920 NORTH KING ST
WILMINGTON DE 19801
SCHLAUCH@RLF.COM

000099P001-1447S-034
RICHARDS LAYTON & FINGER PA
AMANDA R STEELE;BRENDAN J SCHLAUCH;MEGAN E KENNEY
920 NORTH KING ST
WILMINGTON DE 19801
KENNEY@RLF.COM

000108P001-1447S-034
ROBERTS LAW PLLC
KELLY ROBERTS,ESQ
2075 MAIN ST.,STE 23
SARASOTA FL 34237
KELLY@KELLYROBERTSLAW.COM

000087P001-1447S-034
SACKS TIERNEY PA
RANDY NUSSBAUM;PHILIP R RUDD
4250 N DRINKWATER BLVD,,4TH FLOOR
SCOTTSDALE AZ 85251
RANDY.NUSSBAUM@SACKSTIERNEY.COM

000087P001-1447S-034
SACKS TIERNEY PA
RANDY NUSSBAUM;PHILIP R RUDD
4250 N DRINKWATER BLVD,,4TH FLOOR
SCOTTSDALE AZ 85251
PHILIP.RUDD@SACKSTIERNEY.COM

000078P001-1447S-034
SAUL EWING ARNSTEIN & LEHR LLP
MONIQUE B DISABATINO,ESQ
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
MONIQUE.DISABATINO@SAUL.COM

000079P001-1447S-034
SAUL EWING ARNSTEIN & LEHR LLP
MELISSA A MARTINEZ, ESQ
CENTRE SQUARE WEST
1500 MARKET ST.,38TH FLOOR
PHILADELPHIA PA 19102-2186
MELISSA.MARTINEZ@SAUL.COM

000020P001-1447S-034
SECURITIES AND EXCHANGE COMMISSION
SEC OF THE TREASURY OFFICE OF GEN COUNSEL
100 F ST NE
WASHINGTON DC 20549
SECBANKRUPTCY@SEC.GOV

000021P001-1447S-034
SECURITIES AND EXCHANGE COMMISSION
PHIL OFC BANKRUPTCY DEPT
ONE PENN CTR
1617 JFK BLVD STE 520
PHILADELPHIA PA 19103
SECBANKRUPTCY@SEC.GOV

000062P001-1447S-034
SIMON PROPERTY GROUP INC
RONALD M TUCKER,ESQ
225 WEST WASHINGTON ST
INDIANAPOLIS IN 46204
RTUCKER@SIMON.COM

000074P001-1447S-034
SINGER & LEVICK PC
MICHELLE E SHRIRO,ESQ
16200 ADDISON RD.,STE 140
ADDISON TX 75001
MSHRIRO@SINGERLEVICK.COM

000096P001-1447S-034
SPOTTS FAIN PC
NEIL MCCULLAGH;KARL A MOSES JR
411 EAST FRANKLIN ST.,STE 600
RICHMOND VA 23219
NMCCULLAGH@SPOTTSFAIN.COM

000096P001-1447S-034
SPOTTS FAIN PC
NEIL MCCULLAGH;KARL A MOSES JR
411 EAST FRANKLIN ST.,STE 600
RICHMOND VA 23219
KMOSES@SPOTTSFAIN.COM

000068P001-1447S-034
STARK & STARK PC
JOSEPH H LEMKIN,ESQ
P O BOX 5315
PRINCETON NJ 08543
JLEMKIN@STARK-STARK.COM

# YouFit Health Clubs, LLC, et al.
# Electronic Mail
# Exhibit Pages

000009P001-1447S-034
US ATTORNEY FOR DELAWARE
CHARLES OBERLY ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

000077P001-1447S-034
WESTERNBURG & THORNTON PC
STEVEN THORNTON
10440 N CENTRAL EXPRESSWAY STE 800
DALLAS TX 75231
STEVE@MWTLAW.COM

000070P001-1447S-034
WILES & WILES LLP
VICTOR W NEWMARK,ESQ
800 KENNESAW AVE.,STE 400
MARIETTA GA 30060-7946
BANKRUPTCY@EVICT.NET

000098P001-1447S-034
WINSTEAD PC
JASON A ENRIGHT
500 WINSTEAD BUILDING
2728 N HARWIID ST
DALLAS TX 75201
JENRIGHT@WINSTEAD.COM

000023P001-1447S-034
WINSTON & STRAWN
GREGORY M GARTLAND
200 PARK AVENUE
NEW YORK NY 10166
GGARTLAND@WINSTON.COM

000022P001-1447S-034
WINSTON & STRAWN LLP
CAREY D SCHREIBER
200 PARK AVENUE
NEW YORK NY 10166
CSCHREIBER@WINSTON.COM

000059P001-1447S-034
WINSTON & STRAWN LLP
MICHAEL T LEARY
333 SOUTH GRAND AVE.,38TH FLOOR
LOS ANGELES CA 90071
MTLEARY@WINSTON.COM

000092P001-1447S-034
WOMBLE BOND DICKINSON (US)LLP
KEVIN J MANGAN
1313 NORTH MARKET ST.,STE 1200
WILMINGTON DE 19801
KEVIN.MANGAN@WBD-US.COM

000058P001-1447S-034
YOUNG CONAWAY STARGATT & TAYLOR LLP
JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH
1000 NORTH KING ST
WILMINGTON DE 19801
JBARRY@YCST.COM

000058P001-1447S-034
YOUNG CONAWAY STARGATT & TAYLOR LLP
JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH
1000 NORTH KING ST
WILMINGTON DE 19801
AMAGAZINER@YCST.COM

000058P001-1447S-034
YOUNG CONAWAY STARGATT & TAYLOR LLP
JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH
1000 NORTH KING ST
WILMINGTON DE 19801
JMULVIHILL@YCST.COM

000058P001-1447S-034
YOUNG CONAWAY STARGATT & TAYLOR LLP
JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH
1000 NORTH KING ST
WILMINGTON DE 19801
BANKFILINGS@YCST.COM

Records Printed : **84**

# EXHIBIT 2

## YouFit Health Clubs, LLC, et al.
## Exhibit Page

000017P001-1447S-034
ARIZONA ATTORNEY GENERAL'S OFFICE
PO BOX 6123
MD 7611
PHOENIX AZ 85005-6123

000010P001-1447S-034
DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
401 FEDERAL ST STE 4
DOVER DE 19901

000011P001-1447S-034
DELAWARE STATE TREASURY
BANKRUPTCY DEPT
820 SILVER LAKE BLVD
STE 100
DOVER DE 19904

000013P001-1447S-034
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MSA340
PO BOX 2952
SACRAMENTO CA 95812-2952

000055P001-1447S-034
GREYLION
PERELLA WEINBERG PARTNERS
ATTN: GENERAL COUNSEL
767 FIFTH AVENUE
NEW YORK NY 10153

000005P001-1447S-034
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

000006P001-1447S-034
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016

000014P001-1447S-034
MICHIGAN DEPT OF TREASURY, TAX POL DIV
LITIGATION LIAISON
430 WEST ALLEGAN ST
2ND FL AUSTIN BLDG
LANSING MI 48922

000019P001-1447S-034
SECURITIES AND EXCHANGE COMMISSION
NY REG OFFICE BANKRUPTCY DEPT
BROOKFIELD PL
200 VESEY ST STE 400
NEW YORK NY 10281-1022

000016P001-1447S-034
SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GEN COUNSEL REGION 3
300 SPRING GDN ST
PHILADELPHIA PA 19123

000015P001-1447S-034
US EPA REG 3
OFFICE OF REG COUNSEL
1650 ARCH ST
PHILADELPHIA PA 19103

000083P001-1447S-034
WESTWOOD PLAZA LLC
STEVEN LEONI
2020 WEST PENSACOLA ST.,STE 285
TALLAHASSEE FL 32304

Records Printed : **12**