1-1-21

To Clerk or whom may concern,

I Qiana Danner object the sale of membership. I decline YF JC Acquisition, LLC the "Buyer," to have any of my information. Cancel my membership immediately.

Sincerely,

Qiana Danner

RECEIVED / FILED
JAN 11 2021
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE



Qiana Danner
1769 Nations Trail
Riverdale GA, 30296

Clerk of Bankruptcy Court
824 Market Street, 3rd floor
Wilmington, Delaware 19801

ATLANTA ME
4 JAN 2021