1-7-21

To: Clerk of the Bankruptcy Court
Re: YouFit Health Clubs, LLC
   Case No. 20-12841
From: Michael Lolley

I hereby <u>object</u> to the sale of my individual membership assets. I no longer utilize this facility.

Sincerely,

*Michael Lolley*
Michael Lolley
DOB 7-4-1998



UPS Next Day Air®
UPS Worldwide Express®
UPS 2nd Day Air®

This envelope is for use with the following services:

Apply shipping documents on this side.

Do not use this envelope for:

UPS Ground
UPS Standard
UPS 3 Day Select®
UPS Worldwide Expedited®

Visit theupsstore.com to learn more about our Print & Business Services

**Extremely Urgent**

Visit theupsstore.com to find a location near you.

**Domestic Shipments**

- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**

- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

MICHAEL LOLLEY
(813) 625-1980
THE UPS STORE #4586
8635 W HILLSBOROUGH AVE
TAMPA FL 33615-3810

SHIP TO:
SHIP CLERK OF BANKRUPTCY CT
FL 3
824 N MARKET ST
WILMINGTON DE 19801-3011

DE 197 9-25

UPS 2ND DAY AIR
TRACKING #: 1Z 128 86W 02 6825 0732 2

BILLING: P/P