From:

Charles Lee Rowland and Diane M Rowland

5851 Fishermans Drive, Bradenton, FL 34209

941 900-9123

January 2, 2021

Clerk of Bankruptcy Court

824 Market St 3rd Floor

Wilmington, DE 19801

Re:  Objection to sale and/or transfer of You Fit records

To Whom It May Concern:

We oppose the sale and/or transfer of any of our records to YF FC Acquisition LLC from You Fit membership accounts.

This is a privacy issue.

Do not transfer any of our information to YF FC Acquisition LLC.

Sincerely,

*Charles Lee Rowland*

Charles Lee Rowland

clee_rowland@yahoo.com

*Diane M Rowland*

Diane M Rowland

ustcdiane@yahoo.com