January 4, 2021



Clerk of the Bankruptcy court
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Gentlemen:

This letter is to serve as my notification of objection to my Membership Assets being sold to a new buyer, **YF FC Acquisition LLC.**

Please remove me from the membership rolls of YouFit.

I have two memberships under my account at the General DeGaulle location in New Orleans. The member names are:

Sandra P. Clark
Anita Clark

The membership address is **3700 Red Oak Ct., New Orleans, LA 70130**

If further information is required, please contact me at 504-376-5763 or email me at <u>dmclark37@yahoo.com</u>

Thank you for your assistance

Yours truly,

*Sandra P. Clark*

Sandra P. Clark