01-04-2021

To: Clerk of the Bankruptcy Court

In Re: You Fit Health Clubs, LLC, et al.
Case No. 20-12841
Objection of "Membership Assets"

I Jack Bartkovsky hereby notify the court of bankruptcy on January 4th 2021, that I object to the "Membership Assets" transfer of You Fit Health Clubs LLC to buyer YF FC Aquisition LLC All transactions terminated, account closed.

Signed: 1-4-2021
Jack Bartkovsky
*Jack Bartkovsky*

RECEIVED / FILED
JAN 11 2021
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

J. Bartkovsky
6285 28th Ave. N.
St. Petersburg, FL 33710

TAMPA FL 335
SAINT PETERSBURG FL
6 JAN 2021    PM 3  L

United States Bankruptcy Court District of Deleware
Clerk of Bankruptcy Court
824 Market St.
3rd Floor
Wilmington, DE  19801

19801-302459