My name is Catherine Crenshaw. This is reference to Case No. 20-12841.
I wish to file an objection to the sales of the Membership Assets to the Buyer.
I do not want my membership to be sold.
Over the summer 2020, I tried to cancel my membership but was denied.
They had issues finding my membership account in their system.

Given the current environment with the Covid-19 situation, I have no intentions to returning to the gym. Therefore, I request you to cancel my membership and not sell the membership to YF FC Acquisition, LLC (the "Buyer").

Thank you,

Catherine Crenshaw
877 Lake Hollow Blvd., SW
Marietta, GA 30064
770-314-2269

Membership number: 0YF0533531



RECEIVED / FILED
JAN 1 1 2021
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE