

Carrie Crump

20830 E. Mockingbird Dr.

Queen Creek, AZ 8542

Date: December 28, 2020

Subject: Notice of termination of membership contract

To whom this may concern:

I am a member of You Fit Fitness along with my minor son (Riley Crump) and do not above the transfer of our membership. This letter is my request to cancel all memberships (Carrie Crump and minor, Riley Crump) on this date and time (December 28, 2020) and to receive notification that this has be processed.

Thank you for your time and if you have any questions regarding my request to terminate membership with You Fit and or the new buyer of the establishment, please contact me.

You Fit location of membership:

Val Vista and Williams Field

1433 E. Williams Field Rd.

Gilbert, AZ 85295

480-568-1799

Thank you!

Sincerely,

Carrie Crump

602-689-1266

carriecrmp@yahoo.com