YouFit Health Chapter 11 Bankruptcy Case #20-12841

I Leaner Singleton object to the sale or transfer of my Membership Assets to the Buyer in the Bankruptcy Case #20-12841. I wish this letter to be filed with the Clerk of the Bankruptcy, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

Thanks

Leaner Singleton
*[signature]*

RECEIVED / FILED
JAN 1 2 2021
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

# PRIORITY MAIL EXPRESS®

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

FROM: (PLEASE PRINT)   PHONE ( )

Leaner K Singleton
6329 Arthur Drive
Fort Worth, TX
76134

TO: (PLEASE PRINT)   PHONE ( )

Clerk of the Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

PO ZIP Code: 76015
Date Accepted (MM/DD/YY): 1/8/21
Time Accepted: 11:13 AM
Flat Rate
Scheduled Delivery Date: 1/9/21
Scheduled Delivery Time: 5:00 PM
Postage: $26.35
Total Postage & Fees: $26.35

EJ 582 285 535 US

U.S. POSTAGE PAID
PME 1-DAY
FORT WORTH, TX 76134
JAN 08, 21
AMOUNT $26.35
R2304N118475-16