

RECEIVED / FILED

JAN 1 2 2021

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Milagros Vega
3408 NW 64th Street
Coconut Creek, Florida 33073

To Whom It May Concern

Please be advised that I Deborah A. Toro disagree with my membership to UFit to be transferred. I surrendered my personal information to UFit and do not approve with another entity having such information. At this time, I am requesting that my membership not be transferred. I prefer that it be terminated. Please contact me if you need any further information. At this time, I do not wish for UFit to share my personal information with any other company or subsidiary. Please contact me if should you need additional information.

*Milagros Vega*
Milagros Vega
786-514-3492
Acct  0YF0665670

RECEIVED / FILED
JAN 12 2021
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Deborah A. Toro
3408 NW 64th Street
Coconut Creek, Florida 33073

To Whom It May Concern

Please be advised that I Deborah A. Toro disagree with my membership to UFit to be transferred. I surrendered my personal information to UFit and do not approve with another entity having such information. At this time, I am requesting that my membership not be transferred. I prefer that it be terminated. Please contact me if you need any further information. At this time, I do not wish for UFit to share my personal information with any other company or subsidiary. Please contact me if should you need additional information.

*[signature]*

Deborah A. Toro
786-715-8411

Acct - 0YF0665672













**PRIORITY MAIL EXPRESS®**

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

U.S. POSTAGE PAID
PME 2-DAY
COCONUT CREEK, FL
33073
JAN 09, 21
AMOUNT
$29.20
R2304M115197-44

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

FROM: (PLEASE PRINT)   PHONE ( )
Deborah Toro
3408 nw 64 st
Coconut Creek FL 33073

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT)   PHONE ( )
Clerk of Bankruptcy Court
824 Market st. 3 floor
Wilmington, Delaware 19901

ZIP+4® (U.S. ADDRESSES ONLY)
19801

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

ORIGIN (POSTAL SERVICE USE ONLY)
PO ZIP Code: 33073
Date Accepted (MM/DD/YY): 01/09/21
Time Accepted: 10:36 PM
Scheduled Delivery Date (MM/DD/YY): 01/11/21
Scheduled Delivery Time: 3:30 PM
Postage: $26.35
Insurance Fee: $2.85
Total Postage & Fees: $29.20

Flat Rate

COCONUT CREEK FL 33073