January 3, 2021



Clerk of the Bankruptcy Court
824 Market Street, 3rd Floor,
Wilmington, Delaware 19801

Dear Sir or Madam,

I recently received notification dated December 29, 2020 regarding the impending sale of YouFit Health Clubs in Scottsdale, Arizona to YF FC Acquisition, LLC through Case No. 20-12841 (MFW).

The notification advised that "These instructions pertain to the notice, dated December 29, 2020, sent to members of YouFit Health Clubs, LLC (**"YouFit"**) informing them of the sale of Membership Assets (as defined in the notice) to YF FC Acquisition, LLC (the **"Buyer").**

It states "Membership Assets" passed to Buyer include (it does not state limited to) "customer accounts, customer purchases, customer lists, customer memberships and training agreements.

The notification further stated that "If you do not timely file an objection, the sale, including the transfer of the Membership Assets, will apply to you".

Therefore, I hereby officially within the required time frame object to any sale or transfer of any information pertaining to me that would be classified as a "membership asset". I request that any and all information regarding me, personal or business, that may include, but not be limited to, my relationship to YouFit, dates of service, payments and charges, application data, health and fitness status, medical insurance coverage, pictures or likeness, be excluded from the sale of membership assets as described and not to be transferred to the new buyer, YF FC Acquisition LLC, their assigns or any other bidder.

I make this request to safeguard my personal information and any protected health information that may be in the possession of YouFit. Since I have no voluntary or historical relationship with YF FC Acquisition LLC, I expect that no information or data be shared with them that would alter that status.

Please advise me if my request and intentions are unclear in any way or if you require additional information.

Thank you very much and best of success to you during this process.

Debra Jacobson
7753 E. Catalina Drive
Scottsdale, AZ 85251
realtordeb@earthlink.net