RECEIVED FILED

JAN 1 2 2021

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

January 6, 2021

To whom it may concern

I Jennette Toranzo are terminating my membership with Youfit Health Club effectively January 6, 2021

Thank You.

Jennette Toranzo

Jennette Toranzo

1384 Holly Glen Run    new address
Apopka Fl. 32703

(407) 860-6016

Old Address
309 Sabal Lake Dr. Apt. 105
Longwood Fl. 32779.