IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 584, 637** |

## ORDER AUTHORIZING THE SALE OF *DE MINIMIS* ASSETS

Upon the *Notice of Sale of* De Minimis *Assets* [Docket No. 584] (the "**Notice**")[2] with respect to the proposed sale (the "**Proposed Sale**") of certain property described in the Notice (the "**De Minimis Assets**") to Manatee Investments, LLC (the "**Buyer**"), provided pursuant to the *Amended Order Establishing Procedures for and Authorizing the Sale or Abandonment of* De Minimis *Assets* [Docket No. 569] (the "**Procedures Order**"); and it appearing that sufficient notice of the Proposed Sale having been given under the circumstances; and it appearing that the Debtors have not received any answers, objections, or other responsive pleadings to the Notice that remain unresolved; and it appearing that the Proposed Sale is in the best interests of the Debtors and their estates and creditors, it is hereby

**ORDERED**, that the Proposed Sale is approved; and it is further

**ORDERED**, that the Debtors are hereby granted authority to sell the De Minimis Assets to the Buyer free and clear of all liens, claims, interests, and encumbrances (the "**Liens**") for the purchase price set forth in the Notice; provided that any valid Liens on the De Minimis Assets shall transfer and attach to the proceeds of the Proposed Sale with the same validity and priority

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Notice.

ACTIVE 54593670v2

as such Liens had in respect of the De Minimis Assets at the time of the Proposed Sale; and it is further

**ORDERED**, that the Debtors are authorized to take any and all steps to transfer ownership and title of the De Minimis Assets to the Buyer and to consummate the Proposed Sale; and it is further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from and related to the implementation of this Order.

**Dated: January 12th, 2021**
**Wilmington, Delaware**

*ACTIVE 54593670v2*

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**