IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: January 26, 2021 at 4:00 p.m. (prevailing Eastern Time)**<br>**Hearing Date: To be determined if any objection is filed** |

## NOTICE OF FEE MONTHLY STATEMENT

**PLEASE TAKE NOTICE** that Phoenix Executive Services, LLC ("Phoenix"), professional for the debtor and debtor in possession in the above-captioned bankruptcy cases (the "Debtors"), has filed the *Second Monthly Fee Statement of Phoenix Executive Services, LLC, Providing a Chief Restructuring Officer and Certain Additional Personnel to the Debtors and for Compensation for Services Rendered and Reimbursement of Expenses Incurred From the Period of November 30, 2020 Through December 31, 2020* (the "Monthly Fee Statement").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Monthly Fee Statement must be served in accordance with the *Order (I) Authorizing the Debtors to Employ and Retain Phoenix Executive Services, LLC to Provide the Debtors with a Chief Restructuring Officer and Additional Personnel and (II) Designating Brian Gleason as the Debtors' Chief Restructuring Officer, Nunc Pro Tunc to the Petition Date* [Docket No. 195] (the "Retention Order") so as to be received by undersigned counsel on or before **January 26, 2021 at 4:00 p.m.**

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

ACTIVE 54618157v1

**(prevailing Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if any responses or objections to the Fee Statement are timely received, a hearing on the Monthly Fee Statement may be held at a date and time convenient to the Bankruptcy Court. Only those objections made in writing and timely received in accordance with the Retention Order and the procedures set forth herein will be considered by the Bankruptcy Court at such hearing.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE MONTHLY FEE STATEMENT WILL BE DEEMED APPROVED AND PHOENIX WILL BE ENTITLED TO PAYMENT OF ITS REQUESTED FEES WITHOUT FURTHER NOTICE OR HEARING.**

Dated: January 12, 2021                             **GREENBERG TRAURIG, LLP**

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile   (302) 661-7360
Email:   melorod@gtlaw.com

-and-

Nancy A. Peterman (admitted *pro hac vice*)
Eric Howe (admitted *pro hac vice*)
Nicholas E. Ballen (admitted *pro hac vice*)
77 West Wacker Dr., Suite 3100
Chicago, Illinois 60601
Telephone:  (312) 456-8400
Facsimile:   (312) 456-8435
Email:       petermann@gtlaw.com
             howee@gtlaw.com
             ballenn@gtlaw.com

*Counsel for the Debtors and Debtors in Possession*