IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

**Objection Deadline: January 19, 2021, at 12:00 p.m. (ET)**
**Hearing Date: January 20, 2021, at 10:30 a.m. (ET)**

**NOTICE OF HEARING ON DEBTORS' MOTION FOR ENTRY OF AN ORDER
(I) FIXING DEADLINES FOR FILING PROOFS OF CLAIM AND (II) APPROVING
THE FORM AND MANNER OF NOTICE THEREOF**

**PLEASE TAKE NOTICE** that on January 11, 2021, the above-captioned debtors and debtors-in-possession filed the *Debtors' Motion for Entry of an Order (I) Fixing Deadlines for Filing Proofs of Claim and (II) Approving the Form and Manner of Notice Thereof* [Docket No. 622] (the "**Bar Date Motion**") and the *Debtors' Motion to Shorten Notice Period for Debtors' Motion for Entry of an Order (I) Fixing Deadlines for Filing Proofs of Claim and (II) Approving the Form and Manner of Notice Thereof* [Docket No. 623].

**PLEASE TAKE FURTHER NOTICE** that on January 12, 2021, the Court entered the *Order Shortening Notice Period for Debtors' Motion for Entry of an Order (I) Fixing Deadlines for Filing Proofs of Claim and (II) Approving the Form and Manner of Notice Thereof* [Docket No. 638].

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

*ACTIVE 54662602v1*

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to approval of the Bar Date Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **January 19, 2021 at 12:00 p.m. (prevailing Eastern Time)**, and served upon the undersigned counsel for the Debtors.

**PLEASE TAKE FURTHER NOTICE that the hearing on the Bar Date Motion will be held on January 20, 2021 at 10:30 a.m. (prevailing Eastern Time).**

Dated: January 12, 2021

GREENBERG TRAURIG, LLP

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile   (302) 661-7360
Email:   melorod@gtlaw.com

-and-

Nancy A. Peterman (admitted *pro hac vice*)
Eric Howe (admitted *pro hac vice*)
Nicholas E. Ballen (admitted *pro hac vice*)
77 West Wacker Dr., Suite 3100
Chicago, Illinois 60601
Telephone:  (312) 456-8410
Facsimile:   (312) 456-8435
Email:   petermann@gtlaw.com
            howee@gtlaw.com
            ballenn@gtlaw.com

*Counsel for the Debtors and Debtors in Possession*