

Dr Cindy Rigg
2830 NE 10th Terrace
Pompano Beach, FL 33064



RECEIVED / FILED
JAN 13 2021
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

8 January 2021

Clerk of Bankruptcy Court

Please be advised of my absolute objection to the sale of my name or account information by YouFit Health Club to the "Buyer" as an asset.

Thank you
Cindy Rigg
Member at
3555 N. Federal Hwy
Pompano Beach, FL
33064