Janary 3, 2021
Michelle Howson
1000 N.W. 49th St.
Deerfield Beach Fl. 33064

FILED
2021 JAN 14 AM 9: 21
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To whom this may concern:
Case No. 20-12841

I am a member with the You Fit Health Club "YouFit" My name is Michelle Howson. My membership is located in Deerfield Beach Florida, 4032 West Hillsboro Blvd, Deerfield beach, FL. 33442.
I m filing an objection to sale of my membership assets to the buyer. I am objecting the sale including the transfer of the Membership assets. Please close my membership/ account as I am filing this paper.

Sincerely,
*Michelle Howson* (signature)
Michelle Howson