## OBJECTION TO THE SALE OF MEMBERSHIP ASSETS TO THE BUYER

FILED
2021 JAN 15  AM 8:40
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Ms. Emily Shirley
2626 E Park Ave. Apt. 7107
Tallahassee, FL 32301
January 7, 2021

Clerk of the Bankruptcy Court
824 Market Street, 3rd floor
Wilmington, Delaware 19801


To whom this may concern:
I, Emily Shirley, YoutFit member am writing this letter to file an objection to the sale of the Membership Assets to the Buyer, from YouFit (seller). This objection pertains to the notice dated December 29, 2020. I have the right to serve this objection ensuring that my membership assets will not be sold to the buyer and a refund will be processed. I expect a full refund, no less than $203 USD, for the 2021 annual membership that was purchased in December 2020.

I will look for additional correspondence that confirms the delivery of this letter and the refund of my annual membership.

Best,
Emily Shirley
(941) 928-0720
Mahan Dr. YouFit Member