

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 13, 2021

You Fit Health Clubs, LLC et al
Claims Processing Center
c/o Donlin, Recano & Company Inc.
6201 15th Avenue
Brooklyn, NY. 11219

Re: You Fit Health Clubs, LLC
Re: 20-12940 DE01

Dear Claims Agent:

On December 11, 2020, a proof of claim was filed by the Internal Revenue Service for the above Corporation and referenced case number. The assigned Claim # is 56. This Proof of Claim has been satisfied. Please withdraw this claim.

If you have any questions, you may call me at (443) 853-5350 or you may write to me at Internal Revenue Service, 31 Hopkins Plaza, Room 1150, Baltimore, MD. 21201.

Sincerely,

Lisa Jiggetts
Bankruptcy Specialist
Insolvency Group 2