**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF KINGS      )

I, Sung Jae Kim, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 12th day of January, 2021, DRC, under my supervision, caused to be served a true and accurate copy of the "Second Monthly Fee Statement of Phoenix Executive Services, LLC, Providing a Chief Restructuring Officer and Certain Additional Personnel to the Debtors, and for Compensation for Services Rendered and Reimbursement of Expenses Incurred from the Period of November 30, 2020 Through December 31, 2020" (Docket No. 640), to be served upon the parties as set forth on Exhibit 1, attached hereto, via electronic mail.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 14th day of January, 2021, Brooklyn, New York.

By _____
Sung Jae Kim

Sworn before me this
14th day of January, 2021

_____
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

**EXHIBIT 1**

**YouFit Health Clubs, LLC, et al.**
**Electronic Mail**
**Exhibit Page**

Page # : 1 of 1                                                                                                          01/12/2021 05:08:06 PM

| | | | |
|---|---|---|---|
| 000073P001-1447S-037 | 000007P002-1447S-037 | 000102P001-1447S-037 | 000102P001-1447S-037 |
| BERGER SINGERMAN LLP | OFFICE OF THE US TRUSTEE | PACHULSKI STANG ZIEHL & JONES LLP | PACHULSKI STANG ZIEHL & JONES LLP |
| BRIAN G RICH,ESQ | HANNAH MCCOLLUM | BRADFORD J SANDLER;COLIN R ROBINSON | BRADFORD J SANDLER;COLIN R ROBINSON |
| 313 NORTH MONROE ST.,STE 301 | 844 KING ST | 919 N MARKET ST.,17TH FLOOR | 919 N MARKET ST.,17TH FLOOR |
| TALLAHASSEE FL 32301 | STE 2207 | WILMINGTON DE 19801 | WILMINGTON DE 19801 |
| BRICH@BERGERSINGERMAN.COM | WILMINGTON DE 19801 | BSANDLER@PSZJLAW.COM | CROBINSON@PSZJLAW.COM |
| | HANNAH.MCCOLLUM@USDOJ.GOV | | |

Records Printed :    **4**