**FILED**
January 4, 2021

2021 JAN 19 AM 9:58

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE:

Gail Davis
Club # 7339 (Boca Raton)
Agreement # 7339-08831
Date of Agreement: 09/22/2014

To Whom It May Concern:

This is notification of my desire to file **an objection to the sale of my Membership Assets to the Buyer of YouFit Health Clubs, effective today January 4, 2021.** I have not been able to access my membership since the inception of the COVID-19 PANDEMIC . I reside in New Jersey (1500 Palisade Avenue, Fort Lee, NJ 07024) and have not traveled to Florida, or anywhere else, since February of 2020. Therefore, additionally I am **immediately canceling** my Lime Card membership with YouFit Health Clubs- Boca Raton Florida.

Thank you for your attention to this matter.

Gail Davis

*Gail D—*

gadk947@aol.com
201-310-3531

CC
Bruno Moreira, Manager YouFit Health Club, Boca Raton, Florida
American Express Credit Services



Mrs Gail Davis
1500 Palisade Ave Apt 9C
Fort Lee, NJ 07024-5318



7020 2450 0000 7310 8345

Clerk of the Bankruptcy Court
824 Market Street - 3rd floor
Wilmington, Delaware 19801





U.S. POSTAGE PAID
FCM LETTER
EDGEWATER, NJ
07020
JAN 05, 21
AMOUNT
$6.95
R2304M112022-11