January 5, 2021

**Clerk of Bankruptcy Court**
824 Market Street, 3rd Floor
Wilmington, DE 19801
RE: YouFit

FILED
2021 JAN 19 AM 11: 11
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To whom it may concern;

I object to having my Membership Assets shared with the Buyer as I am no longer a member of YouFit and do not want to be contacted in regards to being a member.

Thank you,
Charisse S. Solomon
813.528.0630

These instructions pertain to the notice, dated December 29, 2020, sent to members of YouFit Health Clubs, LLC ("**YouFit**") informing them of the sale of Membership Assets (as defined in the notice) to YF FC Acquisition, LLC (the "**Buyer**"). YouFit and certain of its subsidiaries are each debtors and debtors-in-possession (collectively, the "**Debtors**") in bankruptcy cases commenced under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), which are jointly administered as Case No. 20-12841 (MFW). **If you wish to file an objection to the sale of the Membership Assets to the Buyer, you may do so as follows:**

All Objections must (a) be in writing, (b) state, with specificity, the legal and factual bases thereof, and (c) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served so as to be **actually received** no later than **January 12, 2021, at 4:00 p.m. eastern time,** by:

   i. counsel for the Debtors, Greenberg Traurig, LLP, (a) The Nemours Building, 1007 North Orange Street, Suite 1200, Wilmington, DE 19801 (Attn: Dennis A. Meloro (melorod@gtlaw.com) and (b) 77 West Wacker Dr., Suite 3100, Chicago, IL 60601 (Attn: Nancy A. Peterman (petermann@gtlaw.com), Eric Howe (howee@gtlaw.com), and Nicholas E. Ballen (ballenn@gtlaw.com));

  ii. the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Hannah McCollum, Esq. (hannah.mccollum@usdoj.gov);

 iii. counsel for the Debtors' prepetition and postpetition agent and lenders and the Stalking Horse Bidder, (a) Winston & Strawn LLP, 200 Park Avenue, New York, NY 10166, Attn: Carey D. Schreiber, Esq. (cschreiber@winston.com) and Gregory M. Gartland, Esq. (ggartland@winston.com), (b) Young Conaway Stargatt & Taylor, LLP, 1000 N. King Street, Wilmington, Delaware 19801, Attn: Joseph Barry, Esq. (jbarry@ycst.com) and Joseph M. Mulvihill, Esq. (jmulvihill@ycst.com), and (c) Holland & Knight LLP, 150 N. Riverside Plaza, Suite 2700, Chicago, IL 60606, Attn: Joshua Spencer (joshua.spencer@hklaw.com), Phillip W. Nelson (phillip.nelson@hklaw.com), and Anastasia Sotiropoulos (anastasia.sotiropoulos@hklaw.com); and

  iv. counsel to the Official Committee of Unsecured Creditors, Berger Singerman, LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131 (Attn: Brian G Rich (brich@bergersingerman.com) and Michael Niles (mniles@bergersingerman.com)) and Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Bradford Sandler (bsandler@pszjlaw.com) and Colin Robinson (crobinson@pszjlaw.com)).