IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, et al.,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

NOTICE OF **AMENDED**[2] AGENDA FOR MATTERS SCHEDULED FOR
<u>TELEPHONIC HEARING ON JANUARY 20, 2021 AT 10:30 A.M.</u>

> **THE HEARING WILL BE HELD REMOTELY <u>VIA ZOOM</u>.**
>
> **TO PARTICIPATE IN THE HEARING, PARTIES MUST REGISTER THEIR APPEARANCE USING THE FOLLOWING ZOOMGOV HEARING REGISTRATION LINK:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJItcuGppj0oGrYNhRRczJt-ZDGy05_nWdE
>
> **PARTIES ARE ENCOURAGED TO REGISTER <u>AT LEAST 24 HOURS IN ADVANCE</u> OF THE SCHEDULED HEARING TIME.  AFTER REGISTERING FOR THE HEARING USING THE LINK PROVIDED ABOVE, PARTIES WILL RECEIVE A CONFIRMATION EMAIL THAT WILL INCLUDE A SEPARATE ZOOMGOV HEARING LINK AND PASSWORD THAT ARE <u>UNIQUE TO EACH REGISTRANT</u> TO CONNECT TO THE HEARING.**
>
> <u>**PLEASE NOTE**</u>: **UNLESS ADDRESSING THE COURT, AUDIO SHOULD BE MUTED IN ZOOM ONCE CONNECTED.**

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607.  Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc.  The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

[2] **Amended items appear in bold.**

RESOLVED MATTERS:

1. Application of the Official Committee of Unsecured Creditors, Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014 for an Order Approving the Retention and Employment of Berger Singerman LLP as Counsel to the Committee, Effective as of November 19, 2020 [Docket No. 504, Filed December 11, 2020]

   Response Deadline:  December 28, 2020 at 4:00 p.m.

   Responses Received:  None.

   Related Documents:

       A.    Certificate of No Objection [Docket No. 573, Filed December 29, 2020]

       B.    Order Approving the Retention and Employment of Berger Singerman as Counsel to the Official Committee of Unsecured Creditors, Effective as of November 19, 2020 [Docket No. 579, Filed December 30, 2020]

   Status:  The order has been entered.  No hearing is necessary.

2. Application Pursuant to 11 U.S.C. §§ 328 and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Dundon Advisers LLC as Financial Advisor to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to November 20, 2020 [Docket No. 505, Filed December 11, 2020]

   Response Deadline:  December 28, 2020 at 4:00 p.m.

   Responses Received:  None.

   Related Documents:

       A.    Certificate of No Objection [Docket No. 574, Filed December 29, 2020]

       B.    Order Authorizing the Employment and Retention of Dudon Advisers LLC as Financial Advisor for the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to November 20, 2020 [Docket No. 580, Filed December 30, 2020]

   Status:  The order has been entered.  No hearing is necessary.

3. Application of the Official Committee of Unsecured Creditors for Order, Pursuant to 11 U.S.C. §§ 328, and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Co-Counsel to the Official Committee of Unsecured Creditors, Effective as of November

19, 2020 [Docket No. 506, Filed December 11, 2020]

Response Deadline:  December 28, 2020 at 4:00 p.m.

Responses Received:  None.

Related Documents:

    A.    Certificate of No Objection [Docket No. 575, Filed December 29, 2020]

    B.    Order Authorizing and Approving the Retention of Pachulski Stang Ziehl & Jones LLP as Co-Counsel to the Official Committee of Unsecured Creditors, Effective as of November 19, 2020 [Docket No. 581, Filed December 30, 2020]

Status:  The order has been entered.  No hearing is necessary.

UNCONTESTED MATTERS UNDER CNO:

4.    Second Omnibus Motion of Debtors for Entry of an Order (I) Authorizing Debtors to (A) Reject Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property and (B) Abandon Certain Personal Property, if any, Each Effective as of the Rejection Date and (II) Granting Related Relief [Docket No. 565, Filed December 28, 2020]

Response Deadline:  January 13, 2021 at 4:00 p.m.

Response(s) Received:  None.

Related Documents:

    A.    Declaration of Brian Gleason in Support of Second Omnibus Motion of Debtors for Entry of an Order (I) Authorizing Debtors to (a) Reject Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property and (b) Abandon Certain Personal Property, if Any, Each Effective as of the Rejection Date and (II) Granting Related Relief [Docket No. 642, Filed January 12, 2021]

    B.    Certificate of No Objection [Docket No. 650, Filed January 14, 2021]

    C.    **Order (Second Omnibus) (I) Authorizing Debtors to (A) Reject Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property and (B) Abandon Certain Personal Property, if any, Each Effective as of the Rejection Date and (II) Granting Related Relief [Docket No. 663, Filed January 19, 2021]**

    Status:  **The order has been entered.  No hearing is necessary.**

5. Debtors' Motion for Entry of an Order Enlarging the Time Within Which to File Notices of Removal [Docket No. 601, Filed January 5, 2021]

    Response Deadline:  January 13, 2021 at 4:00 p.m.

    Response(s) Received:  None.

    Related Documents:

        A.    Certificate of No Objection [Docket No. 649, Filed January 14, 2021]

        B.    **Order Granting Debtors' Motion for Entry of an Order Enlarging the Time Within Which to File Notices of Removal [Docket No. 662, Filed January 19, 2021]**

    Status:  **The order has been entered.  No hearing is necessary.**

UNCONTESTED MATTERS GOING FORWARD:

6. Motion of Juanita Aguilar for Relief from Automatic Stay [Docket No. 576, Filed December 30, 2020]

    Response Deadline:  January 13, 2021 at 4:00 p.m.  Extended to January **19**, 2021 at 4:00 p.m. for the Debtors.

    Responses Received:  Informal comments from the Debtors.

    **Related Documents:**

        A.    **Certification of Counsel Regarding Motion of Juanita Aguilar for Relief from Automatic Stay [Docket No. 664, Filed January 19, 2021]**

    Status:  **This matter is resolved.  Movant's counsel submitted a revised proposed order, as agreed upon with counsel for the Debtors, under certification of counsel.  No hearing is necessary unless the Court has questions.**

7. Debtors' Motion for Entry of an Order (I) Fixing Deadlines for Filing Proofs of Claim and (II) Approving the Form and Manner of Notice Thereof [Docket No. 622, Filed January 11, 2021]

    Response Deadline:  January 19, 2021 at **12**:00 p.m.

    Response(s) Received:  Informal comments received from a landlord.  **No other responses received.**

Related Documents:

    A.    Order Shortening Notice Period for Debtors' Motion for Entry of an Order (I) Fixing Deadlines for Filing Proofs of Claim and (II) Approving the Form and Manner of Notice Thereof [Docket No. 638, Filed January 12, 2021]

    B.    Notice of Hearing on Debtors' Motion for Entry of an Order (I) Fixing Deadlines for Filing Proofs of Claim and (II) Approving the Form and Manner of Notice Thereof [Docket No. 641, Filed January 12, 2021]

    **C.**    **Certification of Counsel [Docket No. 667, Filed January 19, 2021]**

Status: **A revised proposed order has been submitted under certification of counsel. No hearing is necessary unless the Court has questions.**

STATUS CONFERENCE:

8.    Debtors' Motion for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Assets, (B) Approving the Debtors' Entry into the Stalking Horse Purchase Agreement, (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Approving Form and Manner of Notices Relating Thereto, and (E) Scheduling a Hearing to Consider the Proposed Sale; (II) (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No**.** 17, Filed November 9, 2020]

Related Documents:

    A.    Exhibit D (Member Notice) to Order (I) Authorizing the Sale of All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (II) Authorizing and Approving the Debtors' Performance Under the Stalking Horse Purchase Agreement, (III) Approving the Assumption and Assignment of Certain of the Debtors' Executory Contracts and Unexpired Leases Related Thereto and (IV) Granting Related Relief [Docket No. 564, Exhibit D, Filed December 28, 2020]

Status: The Debtors request that this matter go forward as a status conference.

Dated: January 20, 2021

GREENBERG TRAURIG, LLP

| | | |
|---|---|---|
| */s/ Dennis A. Meloro* | | Nancy A. Peterman (admitted *pro hac vice*) |
| Dennis A. Meloro (DE Bar No. 4435) | | Eric Howe (admitted *pro hac vice*) |
| 1007 North Orange Street, Suite 1200 | - and - | Nicholas E. Ballen (admitted *pro hac vice*) |
| Wilmington, Delaware 19801 | | 77 West Wacker Dr., Suite 3100 |
| Telephone: (302) 661-7000 | | Chicago, Illinois 60601 |
| Facsimile: (302) 661-7360 | | Telephone: (312) 456-8400 |
| Email:  melorod@gtlaw.com | | Facsimile: (312) 456-8435 |
| | | Email:  petermann@gtlaw.com |
| | |          howee@gtlaw.com |
| | |          ballenn@gtlaw.com |

*Counsel for the Debtors and Debtors in Possession*