# **Exhibit 1**

Bar Date Notice

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF BAR DATES FOR FILING PROOFS OF CLAIM**
**INCLUDING 503(b)(9) CLAIMS**

The chapter 11 bankruptcy cases concerning the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") were filed on November 9, 2020 (the "**Petition Date**"). You may be a creditor of one or more of the Debtors. On January __, 2021 the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") entered an order (the "**Bar Date Order**") in these chapter 11 cases in accordance with Bankruptcy Rule 3003(c) fixing:

(a) **February 22, 2021, at 4:00 p.m. (prevailing Eastern Time)** (the "**General Bar Date**") as the last date for persons or entities, other than governmental units, to file proofs of claim against the Debtors on account of claims (as defined in section 101(5) of the Bankruptcy Code) arising, or deemed to have arisen, before Petition Date, including, for the avoidance of doubt, claims ("**503(b)(9) Claims**") arising under section 503(b)(9) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"); and

(b) **May 10, 2021, at 4:00 p.m. (prevailing Eastern Time)** (the "**Government Bar Date**" and together with the General Bar Dates, the "**Bar Dates**") as the last date for all governmental units (as defined in section 101(27) of the Bankruptcy Code) to file proofs of claim against the Debtors on account of claims arising, or deemed to have arisen, before the Petition Date.

1. **WHO MUST FILE A PROOF OF CLAIM**

You **MUST** file a proof of claim to vote on any chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' bankruptcy estates if you have a claim (as defined in section 101(5) of the Bankruptcy Code) that arose before the Petition Date and it is not one of the types of claims described in Section 2 or any subparts thereof below. Acts or omissions of the

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

Debtors that occurred or arose before the Petition Date may give rise to claims against the Debtors that must be filed by the applicable Bar Date, notwithstanding that such claims may not have matured or become fixed or liquidated by or before the Petition Date.

Under section 101(5) of the Bankruptcy Code and as used herein, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

2. **PARTIES WHO NEED NOT FILE A PROOF OF CLAIM**

The following persons and entities are *not* required to file a proof of claim on or before the applicable Bar Dates with respect to the types of claims described in this paragraph:

    a.    None of the DIP Agent, the DIP Lenders, the Prepetition Secured Parties, or YF FC Acquisition LLC (the "**Buyer**") shall be required to file proofs of claim in these chapter 11 cases to maintain or assert their respective claims for payment or satisfaction of any obligations arising under (1) the *Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507, Bankruptcy Rules 2002, 4001, 6004 and 9014 and Local Bankruptcy Rule 4001-2 (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Limited Use of Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties, and (IV) Granting Related Relief* [Docket No. 231] (as amended, restated, supplemented, or otherwise modified from time to time, the "**Final DIP Order**")[2], including, without limitation, on account of Adequate Protection, (2) any other DIP Credit Documents, (3) the Prepetition Credit Documents, (4) the Sale Order, or (5) the Asset Purchase Agreement, dated November 10, 2020, by and between the Debtors and the Buyer (as amended by that certain First Amendment to Asset Purchase Agreement, dated as of December 4, 2020, and as the same may be further amended, restated, supplemented, or otherwise modified from time to time) attached to the Sale Order, each as applicable; *provided*, *however*, that the Prepetition Agent on its behalf and the behalf of the Prepetition Secured Parties, the DIP Agent on its behalf and the behalf of the DIP Agent and the DIP Lenders, and the Buyer on its own behalf are authorized, but not required, to file a master proof of claim on account of their respective claims against the Debtors;

    b.    Any person or entity who has already filed a proof of claim in these chapter 11 cases with DRC or with the Clerk of the Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington,

---

[2] All defined terms in Section 2, Paragraph (a) shall have the meanings ascribed to them in the Final DIP Order.

|     |     |
| --- | --- |
|     | Delaware, 19801, on account of a particular claim, except to the extent such claimant wishes to amend its previously filed proof of claim; |
| c.  | Any person or entity whose claim is listed on the applicable Debtor's Schedules; *provided*, *however*, that (i) the claim is not listed on the Schedules as "disputed," "contingent," or "unliquidated," (ii) the person or entity does not dispute the amount, nature, and priority of the claim as set forth in the Schedules, (iii) the person or entity does not dispute that the claim is an obligation of the specific Debtor against which the claim is listed in the Schedules, and (iv) the person or entity does not have or assert any other claims against the Debtors (the assertion of which would require the filing of a proof of claim unless another exception applies); |
| d.  | Any person or entity that holds an equity security interest in the Debtors, which interest exclusively is based upon the ownership of common or preferred stock, membership interests, partnership interests, or warrants, options, or rights to purchase, sell, or subscribe to such a security or interest; *provided*, *however*, that if any such holder asserts a *claim* (as opposed to an ownership interest) against the Debtors (including a claim relating to an equity interest or the purchase or sale of such equity interest), a proof of claim must be filed on or before the applicable Bar Date; *provided*, *further*, that the Debtors reserve all rights with respect to any such claims including, *inter alia*, to assert that such claims are subject to subordination pursuant to section 510(b) of the Bankruptcy Code;[3] |
| e.  | Any holder of a claim by a Debtor against another Debtor, with respect to such claim; |
| f.  | Any person or entity whose claim has been paid in full; |
| g.  | Any holder of a claim allowable under sections 503(b) and 507(a)(2) of the Bankruptcy Code as an expense of administration of the Debtors' estates, except for a holder of 503(b)(9) Claim, which 503(b)(9) Claim must be asserted by filing a proof of claim on or before the applicable Bar Date; |
| h.  | Any person or entity holding a claim payable to the Court or the United States Trustee Program pursuant to 28 U.S.C. § 1930; |
| i.  | Any holder of a claim for which a separate deadline is (or has been) fixed by this Court; and |
| j.  | Any holder of a claim that has been allowed by an order of this Court entered on or before the applicable Bar Date. |

---

[3] The Debtors reserve the right to establish at a later time a bar date requiring holders of equity interests to file proofs of interest. If such a bar date is established, holders of equity interests will be notified of the bar date for filing proofs of interest at the appropriate time.

3

If the Bankruptcy Court, in the future, fixes a date by which the claims and interests described in subparagraphs (a) through (j) of the above paragraph must be filed, you will be notified. If such bar date is established, holders of such claims and interests will be notified of the bar date for filing proofs of claim and proofs of interest at the appropriate time.

This Notice is being sent to many persons and entities that have had some relationship with or have done business with the Debtors but may not have a claim against the Debtors. The fact that you have received this Notice does not necessarily mean that you have a claim against the Debtors or that the Debtors or the Court believe that you have such a claim. **YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST THE DEBTORS.**

3. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

If you hold a claim against the Debtors arising from the rejection of an executory contract or unexpired lease, you must file a proof of claim on or before the later of: (a) the General Bar Date; (b) 4:00 p.m. (prevailing Eastern Time) on the date that is 30 days after the entry of an order by the Court authorizing such rejection; or (c) such other date, if any, as the Court may fix in the order authorizing such rejection. Notwithstanding the foregoing, if you are a party to an executory contract and you assert a claim (other than a rejection damages claim) on account of unpaid amounts accrued and outstanding as of the Petition Date pursuant to such executory contract, you must file a proof of claim for such amounts on or before the General Bar Date or Government Bar Date, as applicable, unless you are expressly excluded from filing a proof of claim by the Bar Date Order.

4. **WHEN AND WHERE TO FILE**

All proofs of claim *must* be filed with the Debtors' claims agent, Donlin, Recano & Company, Inc. ("**DRC**") pursuant to the procedures provided herein *so as to actually be received* on or before the applicable Bar Date, depending upon the nature of the claim, at the following address if delivered by first class mail, hand delivery, or overnight courier:

**If sent by United States Postal Service, send to:**

Donlin, Recano & Company, Inc.
Re: YouFit Health Clubs, LLC, et al.
P.O. Box 199043
Blythebourne Station
Brooklyn, NY 11219

**If sent by Hand Delivery or Overnight Delivery, send to:**

Donlin, Recano & Company, Inc.
Re: YouFit Health Clubs, LLC, et al.
6201 15th Avenue
Brooklyn, NY 11219

4

Alternatively, proofs of claim may be submitted electronically using the interface available on the website maintained by DRC in these chapter 11 cases (https://www.donlinrecano.com/Clients/yfhc/FileClaim).

**PROOFS OF CLAIM SENT BY ANY OTHER METHOD THAN THE ABOVE, INCLUDING, BUT NOT LIMITED TO, FACSIMILE, TELECOPY, OR ELECTRONIC MAIL TRANSMISSION, WILL NOT BE ACCEPTED**.

If you wish to receive from DRC a proof of receipt of your proof of claim, you must also include with your original proof of claim a copy of such claim and a self-addressed and pre-stamped envelope.

5. **WHAT TO FILE**

The Debtors are enclosing a proof of claim form (the "**Proof of Claim Form**") for use in these chapter 11 cases. If your claim is scheduled by the Debtors, the form also may set forth the amount of your claim as scheduled by the Debtors. You will receive a different Proof of Claim Form for each claim scheduled in your name by the Debtors.

To be properly filed pursuant to this Notice, each proof of claim must: (i) be signed, (ii) be written in the English language, (iii) be denominated in currency of the United States, (iv) conform substantially with the Proof of Claim Form provided with this Notice, (v) be submitted with copies of supporting documents (or a summary if voluminous) or an explanation of why such document is not available, and (vi) specify the Debtor, by name and case number, against which the proof of claim is filed. In addition, any proof of claim asserting a section 503(b)(9) claim must (i) include the value of the goods delivered to and received by the Debtor in the 20 days prior to the Petition Date, (ii) attach any documentation identifying the date such goods were received by the Debtor, (iii) state whether the amount asserted in the proof of claim represents a combination of goods and services and, if applicable, the portion of the claim that relates solely to the value of goods, and (iv) attach any documentation identifying the particular invoices for which the section 503(b)(9) claim is being asserted.

The Proof of Claim Form can be obtained on the website established and maintained by DRC at https://www.donlinrecano.com/Clients/yfhc/Static/BDPOC. Alternatively, the Official Bankruptcy Form B410 is available at https://www.uscourts.gov/forms/bankruptcy-forms/proof-claim-0.

**IF YOU ARE ASSERTING A CLAIM AGAINST MORE THAN ONE DEBTOR, SEPARATE PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR AND YOU MUST IDENTIFY ON YOUR PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S BANKRUPTCY CASE. A LIST OF THE NAMES OF THE DEBTORS AND THEIR CASE NUMBERS IS AS FOLLOWS:**

| **Jointly Administered Cases** | **Case No.** |
|---|---|
| You Fit, LLC [*You Fit Health Clubs*] | 20-12842 (MFW) |

| **Jointly Administered Cases** | **Case No.** |
|---|---|
| Three B-Fit, LLC [*Three B-Fit, Inc. (Enterprises, Inc.)*] | 20-12843 (MFW) |
| YF Arizona LLC | 20-12844 (MFW) |
| YF Concord, LLC [*YF Concord, Inc.*] | 20-12845 (MFW) |
| YF Gateway, LLC | 20-12846 (MFW) |
| YF Greenacres, LLC [*YF Greenacres, Inc.*] | 20-12847 (MFW) |
| YF Hammock LLC | 20-12848 (MFW) |
| YF Lago Mar, LLC [*YF Lago Mar, Inc.*] | 20-12849 (MFW) |
| YF Land O Lakes, LLC [*YF Land O Lakes, Inc.*] | 20-12850 (MFW) |
| YF Pine Island, LLC [*YF Pine Island, Inc.*] | 20-12851 (MFW) |
| YF Randallstown, LLC [*You Fit Health Clubs*] | 20-12852 (MFW) |
| YF Unigold, LLC [*YF Unigold, Inc.*] | 20-12853 (MFW) |
| You Fit Nine, LLC [*You Fit Nine, Inc.*] | 20-12854 (MFW) |
| You Fit Seven, LLC [*You Fit Seven, Inc.*] | 20-12855 (MFW) |
| B-Fit Health Club, LLC | 20-12856 (MFW) |
| Five B-Fit, LLC [*Five B-Fit, Inc.*] | 20-12857 (MFW) |
| Four B-Fit, LLC [*You Fit Clubs*; *Four B-Fit, Inc.*] | 20-12858 (MFW) |
| Six B-Fit LLC [*You Fit Health Clubs*; *Six B-Fit, Inc.*] | 20-12859 (MFW) |
| South Florida Health and Fitness, Inc. [*You Fit Health Clubs*] | 20-12860 (MFW) |
| YF Bethanny, LLC | 20-12861 (MFW) |
| YF Boynton Mall, LLC [*YF Boynton Mall, Inc.*] | 20-12862 (MFW) |
| YF Carrollwood, LLC [*YF Carrollwood, Inc.*] | 20-12863 (MFW) |
| YF Coral Way II, LLC | 20-12864 (MFW) |
| YF Coral Way, LLC | 20-12865 (MFW) |
| YF Dania Pointe LLC | 20-12866 (MFW) |
| YF Deerfield, LLC [*You Fit Health Clubs*] | 20-12867 (MFW) |
| YF Douglasville, LLC [*YF Douglasville, Inc.*] | 20-12868 (MFW) |
| YF Flagler LLC | 20-12869 (MFW) |
| YF Gilbert North, LLC | 20-12870 (MFW) |
| YF Hialeah, LLC | 20-12871 (MFW) |
| YF Hollywood LLC [*YF Hollywood, Inc.*] | 20-12872 (MFW) |
| YF Huntsville, LLC [*You Fit Health Club*] | 20-12873 (MFW) |
| YF Kendall, LLC [*You Fit Health Club*; *YF Kendall, Inc.*] | 20-12874 (MFW) |
| YF Lafayette Place, LLC [*YF Lafayette Place, Inc.*] | 20-12875 (MFW) |
| YF Lantana, LLC [*Fit Health Clubs*] | 20-12876 (MFW) |
| YF Largo Plaza LLC | 20-12877 (MFW) |
| YF Lauderdale Lakes, LLC [*You Fit Health Clubs*] | 20-12878 (MFW) |
| YF Loch Raven LLC | 20-12879 (MFW) |
| YF Margate, LLC [*YF Margate, Inc.*] | 20-12880 (MFW) |
| YF Miami 110th LLC | 20-12881 (MFW) |
| YF Miami Gardens, LLC | 20-12882 (MFW) |
| YF Noles, LLC [*YF Noles, Inc.*] | 20-12883 (MFW) |
| YF North Lauderdale, LLC | 20-12884 (MFW) |
| YF North Port, LLC [*YF North Port, Inc.*] | 20-12885 (MFW) |
| YF Okeechobee, LLC [*YF Okeechobee, Inc.*] | 20-12886 (MFW) |
| YF Olney, LLC [*You Fit Health Clubs*; *YFHC*] | 20-12887 (MFW) |
| YF Parkland, LLC [*YF Parkland, Inc.*] | 20-12888 (MFW) |

| **Jointly Administered Cases** | **Case No.** |
|---|---|
| YF Pines Boulevard, LLC [*YF Pines Boulevard, Inc.*] | 20-12889 (MFW) |
| YF Pompano LLC [*YF Pompano, Inc.*] | 20-12890 (MFW) |
| YF Port Charlotte, LLC [*YF Port Charlotte, Inc.*] | 20-12891 (MFW) |
| YF Quail Roost, LLC | 20-12892 (MFW) |
| YF Racetrack, LLC [*YF Racetrack, Inc.*] | 20-12893 (MFW) |
| YF Rhode Island, LLC | 20-12894 (MFW) |
| YF Riverdale, LLC | 20-12895 (MFW) |
| YF Sandalfoot, LLC [*You Fit Health Clubs*] | 20-12896 (MFW) |
| YF Scottsdale, LLC [*YF Scottsdale, Inc.*] | 20-12897 (MFW) |
| YF Shiloh, LLC [*YF Shiloh, Inc.*] | 20-12898 (MFW) |
| YF Singleton, LLC [*YF Singleton, Inc.*] | 20-12899 (MFW) |
| YF Spring Creek, LLC | 20-12900 (MFW) |
| YF Suwanee, LLC [*YF Suwanee, Inc.*] | 20-12901 (MFW) |
| YF Town Center, LLC [*YF Town Center, Inc.*] | 20-12902 (MFW) |
| YF University Village, LLC | 20-12903 (MFW) |
| YF Venice, LLC [*YF Venice, Inc.*] | 20-12904 (MFW) |
| YF Wellington, LLC [*YF Wellington, Inc.*] | 20-12905 (MFW) |
| YF West Cobb, LLC | 20-12906 (MFW) |
| YF Weston LLC [*YF Weston, Inc.*] | 20-12907 (MFW) |
| You Fit Eight, LLC [*You Fit Eight, Inc.*] | 20-12908 (MFW) |
| You Fit Pinellas Park, LLC | 20-12909 (MFW) |
| You Fit-One, LLC [*You Fit-One, Inc.*] | 20-12910 (MFW) |
| Lime Time, LLC | 20-12911 (MFW) |
| Seven B-Fit, LLC [*Seven B-Fit, Inc.*] | 20-12912 (MFW) |
| YF Admin, LLC | 20-12913 (MFW) |
| YF Aurora, LLC | 20-12914 (MFW) |
| YF Bethany Towne Center, LLC [*YF Bethany Towne Center, Inc.*] | 20-12915 (MFW) |
| YF Buford, LLC [*YF Buford, Inc.*] | 20-12916 (MFW) |
| YF Cactus Village, LLC [*YF Cactus Village, Inc.*] | 20-12917 (MFW) |
| YF Chandler South, LLC [*YF Chandler South, LLC*] | 20-12918 (MFW) |
| YF Duluth, LLC | 20-12919 (MFW) |
| YF Dunwoody, LLC [*YF Dunwoody, Inc.*] | 20-12920 (MFW) |
| YF East Fowler, LLC [*YF East Fowler, Inc.*] | 20-12921 (MFW) |
| YF Ethan, LLC | 20-12922 (MFW) |
| YF Fulton Ranch, LLC | 20-12923 (MFW) |
| YF Germantown, LLC | 20-12924 (MFW) |
| YF Gilbert South, LLC | 20-12925 (MFW) |
| YF Gilbert, LLC | 20-12926 (MFW) |
| YF Glendale, LLC | 20-12927 (MFW) |
| YF Group A, LLC | 20-12928 (MFW) |
| YF Hancock, LLC [*YF Hancock, Inc.*] | 20-12929 (MFW) |
| YF Hialeah-Okeechobee Rd., LLC | 20-12930 (MFW) |
| YF Horizon, LLC [*YF Horizon, Inc.*] | 20-12931 (MFW) |
| YF Killian, LLC | 20-12932 (MFW) |
| YF Lauderhill, LLC | 20-12933 (MFW) |
| YF Lynnwood, LLC [*You Fit Health Clubs*] | 20-12934 (MFW) |

| **Jointly Administered Cases** | **Case No.** |
|---|---|
| YF Mesa, LLC | 20-12935 (MFW) |
| YF Mesquite, LLC | 20-12936 (MFW) |
| YF Mount Clare, LLC [*You Fit Health Clubs*] | 20-12937 (MFW) |
| YF Murrieta, LLC | 20-12938 (MFW) |
| YF New Port Richey, LLC | 20-12939 (MFW) |
| YF North Point, LLC [*YF North Point, Inc.*] | 20-12940 (MFW) |
| YF Oak Hill, LLC [*You Fit Health Clubs*] | 20-12941 (MFW) |
| YF Palm Bay, LLC | 20-12942 (MFW) |
| YF Paradise Square LLC | 20-12943 (MFW) |
| YF Rockwell, LLC | 20-12944 (MFW) |
| YF SE FLA, LLC | 20-12945 (MFW) |
| YF Shea, LLC [*YF Shea, Inc.*] | 20-12946 (MFW) |
| YF Shelby, LLC [*YF Shelby, Inc.*] | 20-12947 (MFW) |
| YF Southaven, LLC | 20-12948 (MFW) |
| YF Tamarac LLC | 20-12949 (MFW) |
| YF Thornton Plaza, LLC | 20-12950 (MFW) |
| YF West Brandon, LLC [*YF West Brandon, Inc.*] | 20-12951 (MFW) |
| YF West Valley, LLC | 20-12952 (MFW) |
| You Fit Cryoskin, LLC | 20-12953 (MFW) |
| You Fit Enterprises, LLC | 20-12954 (MFW) |
| You Fit Five, LLC [*You Fit Five, Inc.*] | 20-12955 (MFW) |
| You Fit Four, LLC [*YF Four, LLC*; *You Fit Four, Inc.*] | 20-12956 (MFW) |
| You Fit Six, LLC | 20-12957 (MFW) |
| You Fit Spa, LLC | 20-12958 (MFW) |
| You Fit-Three, LLC [*You Fit-Three, Inc.*] | 20-12959 (MFW) |
| You Fit-Two, LLC | 20-12960 (MFW) |

6. **CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE**

**ANY HOLDER OF A CLAIM THAT IS NOT EXCEPTED FROM THE REQUIREMENTS OF THE BAR DATE ORDER, AS SET FORTH IN SECTION 2 AND THE SUBPARTS THEREOF ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM ON OR BEFORE THE APPLICABLE BAR DATE SHALL NOT BE TREATED AS A CREDITOR OF ANY DEBTOR FOR PURPOSES OF VOTING UPON OR RECEIVING DISTRIBUTIONS UNDER ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION FILED IN THESE CHAPTER 11 CASES.**

7. **THE DEBTORS' SCHEDULES AND ACCESS THERETO**

You may be listed as the holder of a claim against the Debtors in the Schedules. Copies of the Debtors' Schedules and/or the Bar Date Order may be examined and inspected by interested parties during regular business hours at the office of the Clerk of the Bankruptcy Court, 824 Market Street, Wilmington, DE, 19801, or at the DRC website, https://www.donlinrecano.com/yfhc. If it is unclear from the Schedules whether your claim is disputed, contingent, or unliquidated as to

amount or is otherwise properly listed and classified, you *must* file a proof of claim on or before the applicable Bar Date. Any creditor that relies on the Schedules bears responsibility for determining that its claim is accurately listed therein.

If the Debtors amend or supplement their Schedules after this Notice is served, the Debtors shall give notice of any amendment or supplement to the holders of claims affected thereby, and such holders, as set forth in any such notice, shall have until the later of (i) the applicable Bar Date or (ii) 4:00 p.m. (prevailing Eastern Time) on the date that is 21 days from the date of service of such notice to file a proof of claim or be barred from so doing.

### 8. ADDITIONAL INFORMATION

If you require additional information regarding this Notice, you may contact DRC toll free at 1-866-666-1597 or by email at yfhcinfo@donlinrecano.com.

**A holder of a possible claim against the Debtors should consult an attorney if such holder has any questions regarding this Notice, including, but not limited to, whether such holder of a possible claim should file a proof of claim.**

Dated: January 25, 2021  
Wilmington, Delaware

**GREENBERG TRAURIG, LLP**

*/s/ Dennis A. Meloro*  
Dennis A. Meloro (DE Bar No. 4435)  
The Nemours Building  
1007 North Orange Street, Suite 1200  
Wilmington, Delaware 19801  
Telephone: (302) 661-7000  
Facsimile: (302) 661-7360  
Email: melorod@gtlaw.com

- and -

Nancy A. Peterman (admitted *pro hac vice*)  
Eric Howe (admitted *pro hac vice*)  
Nicholas E. Ballen (admitted *pro hac vice*)  
77 West Wacker Dr., Suite 3100  
Chicago, Illinois 60601  
Telephone: (312) 456-8400  
Facsimile: (312) 456-8435  
Email: petermann@gtlaw.com  
      howee@gtlaw.com  
      ballenn@gtlaw.com

*Counsel for the Debtors*  
*and Debtors in Possession*