## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC., *et al.,* | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On January 20, 2021, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

| 01/20/2021 | 670 | Order Granting Juanita Aguilar Relief from Automatic Stay to Allow Civil Litigation to Proceed to the Extent of Insurance (Related Doc # 576, 664) Signed on 1/20/2021. (LMC) (Entered: 01/20/2021) |
|---|---|---|

x _L. Heggan_
Laurie Heggan

Dated: January 20, 2021
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 20th day of January 2021, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

x _____

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2022

# EXHIBIT A

Dennis A. Meloro, Esq.
GREENBERG TRAURIG, LLP
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801

Nancy A. Peterman, Esq.
Eric Howe, Esq.
Nicholas E. Ballen, Esq.
GREENBERG TRAURIG, LLP
77 West Wacker Dr., Suite 3100
Chicago, Illinois 60601

Hannah Mufson McCollum, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801

Bradford J. Sandler, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
Wilmington, Delaware 19801

Brian Rich, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, Florida 33131