Rosita Porras

4809 Kensington Circle

Coral Spring, FL 33076

(954) 552-3613

rositaporras9195@gmail.com

FILED

2021 JAN 21  AM 10: 00

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

1/11/2021

United States Bankruptcy Court

District of Delaware

824 North Market Street

3rd Floor

Wilmington, DE 19801

RE YouFit Health Clubs, LLC, etal.   Case # 20-12841

Dear Bankruptcy Courts,

I am objecting to the sale including the transfer of the Membership Assets.  I do not want any of my personal information disclosed anywhere.  I do not want my Membership information disclosed anywhere.

Also, I see that YouFit filed bankruptcy on 11/9/2020. My membership dues for November 23, 2020 and December 23, 2020  were taken out of my checking account. The membership dues are taken out of my checking account on the 23rd of each month.  If they filed bankrupt on 11/9/2020, why would they take my money?

Best regards,

Rosita Porras