# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*, | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

## ORDER SCHEDULING OMNIBUS HEARING

IT IS ORDERED, that the following omnibus hearing date has been scheduled in the above referenced matter:

| **DATE** | **TIME** |
|---|---|
| March 3, 2021 | 11:30 a.m. |

Dated: January 25th, 2021
Wilmington, Delaware

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**