**Exhibit B**

(Necessary Costs and Expenses)

| | | Page 91 |
|---|---|---|
| Invoice No.: | 5578625 | |
| Re: | Strategic Transaction | |
| Matter No.: | 157998.010800 | |

Description of Expenses Billed:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 11/14/20 | VENDOR: Proule, Sandra INVOICE#: 4400370012241716 DATE: 12/24/2020  Postage; 11/14/20 - Express Mail 11/13/20 - EL729385315US - R. Lazar/C. Kahn for 157998.010800 | $ 24.25 |
| 11/16/20 | Lexis Charges: 11/16/20 SEARCH Requested by BALLEN, NICHOLAS Ref: 157998.010800 | $ 63.38 |
| 11/17/20 | VENDOR: Reliable Copy Ser/ Reliable Companies INVOICE#: WL095906-2 DATE: 11/17/2020  Invoice No. WL095906 Customer ID: DEC0038 (Daily Transcript - Original) | $ 387.20 |
| 11/19/20 | Lexis Charges: 11/19/20 SEARCH Requested by BALLEN, NICHOLAS Ref: 157998.010800 | $ 42.24 |
| 11/27/20 | Lexis Charges: 11/27/20 SEARCH Requested by BALLEN, NICHOLAS Ref: 157998.010800 | $ 169.03 |
| 11/28/20 | Lexis Charges: 11/28/20 SEARCH Requested by HOFFMAN, SARA Ref: 157998.010800 | $ 568.53 |
| 11/29/20 | Lexis Charges: 11/29/20 SEARCH Requested by HOFFMAN, SARA Ref: 157998.010800 | $ 189.52 |
| 12/02/20 | Lexis Charges: 12/02/20 SEARCH Requested by BALLEN, NICHOLAS Ref: 157998.010800 | $ 63.28 |
| 12/02/20 | Lexis Charges: 12/02/20 US JURISPRUDENCE Requested by BOOKHARDT, SAMUEL Ref: 157998.010800 | $ 79.20 |
| 12/02/20 | Lexis Charges: 12/02/20 SEARCH Requested by BOOKHARDT, SAMUEL Ref: 157998.010800 | $ 10.60 |
| 12/02/20 | Lexis Charges: 12/02/20 US TREATISES Requested by WU, PATRICK Ref: 157998.010800 | $ 59.40 |
| 12/02/20 | Lexis Charges: 12/02/20 SEARCH Requested by WU, PATRICK Ref: 157998.010800 | $ 38.00 |
| 12/04/20 | VENDOR: Hoffman, Sara INVOICE#: 4379321012101313 DATE: 12/10/2020  Court Costs; 12/04/20 - Court call hearing for YouFit Health Club; Merchant: Court Call, LLC | $ 22.50 |
| 12/04/20 | VENDOR: United Parcel Service, Inc.(UPS) - ACH INVOICE#: 00120520224 DATE: 12/5/2020  Trk'ing No. 1ZF3378V0195838594 / Next Day Air Commercial from Greenberg Traurig - Fort Lauderdale Avi Benayoun to United States Development, Ltd. Edmundo Aldrey on 12/4/2020 - 157998.010800 | $ 11.18 |
| 12/04/20 | VENDOR: United Parcel Service, Inc.(UPS) - ACH INVOICE#: 00120520224 DATE: 12/5/2020  Trk'ing No. 1ZF3378V0198871186 / Next Day Air Commercial from Greenberg Traurig - Fort Lauderdale Avi Benayoun to United States Development, Ltd.  on 12/4/2020 - 157998.010800 | $ 11.18 |
| 12/08/20 | VENDOR: Gerhardson, Jessica A. INVOICE#: 4388663512241716 DATE: 12/24/2020  Court Costs; 12/08/20 - Telephone hearing fee 12/4/2020 at 10:30 a.m. ET. (Eric Howe); Merchant: COURTCALL 10981317 | $ 22.50 |
| 12/08/20 | VENDOR: Gerhardson, Jessica A. INVOICE#: 4388663512241716 DATE: 12/24/2020  Court Costs; 12/08/20 - Telephone hearing fee 12/4/2020 at 10:30 a.m. ET. (Nany Peterman); Merchant: COURTCALL 10981321 | $ 22.50 |

| | | | |
|---|---|---|---|
| Invoice No.: | 5578625 | | Page 92 |
| Re: | Strategic Transaction | | |
| Matter No.: | 157998.010800 | | |

Description of Expenses Billed

| Date | Description | | Amount |
|---|---|---|---|
| 12/08/20 | VENDOR: Gerhardson, Jessica A. INVOICE#: 4388663512241716 DATE: 12/24/2020  Court Costs; 12/08/20 - Telephone hearing fee 12/4/2020 at 10:30 a.m. ET. (Nicholas Ballen); Merchant: COURTCALL 10981326 | $ | 22.50 |
| 12/08/20 | VENDOR: Gerhardson, Jessica A. INVOICE#: 4388663512241716 DATE: 12/24/2020  Court Costs; 12/08/20 - Telephone hearing fee 12/4/2020 at 10:30 a.m. ET. (Patrick Wu); Merchant: COURTCALL 10981337 | $ | 22.50 |
| 12/08/20 | VENDOR: Gerhardson, Jessica A. INVOICE#: 4388663512241716 DATE: 12/24/2020  Court Costs; 12/08/20 - Telephone hearing fee 12/4/2020 at 10:30 a.m. ET. (Richard NeJame); Merchant: COURTCALL 10981351 | $ | 22.50 |
| 12/08/20 | VENDOR: Gerhardson, Jessica A. INVOICE#: 4388663512241716 DATE: 12/24/2020  Court Costs; 12/08/20 - Telephone hearing fee 12/4/2020 at 10:30 a.m. ET. (Dennis Meloro); Merchant: COURTCALL 10981360 | $ | 22.50 |
| 12/08/20 | VENDOR: Veritext LLC (2569) INVOICE#: 4699634 DATE: 12/8/2020  Certified transcript of Margaret Cunningham | $ | 355.90 |
| 12/09/20 | VENDOR: Staab, Michael A. INVOICE#: 4397310512241716 DATE: 12/24/2020  Filing Fees; 12/09/20 - CO.GOV.SUB-WF - ICCES Filing - November 2020; Merchant: CO.GOV.SUB-WF | $ | 15.00 |
| 12/09/20 | VENDOR: Staab, Michael A. INVOICE#: 4397310512241716 DATE: 12/24/2020  Filing Fees; 12/09/20 - CO.GOV.SUB-WF - ICCES Filing - November 2020; Merchant: CO.GOV.SUB-WF | $ | 12.00 |
| 12/09/20 | VENDOR: Staab, Michael A. INVOICE#: 4397310512241716 DATE: 12/24/2020  Filing Fees; 12/09/20 - CO.GOV.SUB-WF - ICCES Filing - November 2020; Merchant: CO.GOV.SUB-WF | $ | 12.00 |
| 12/14/20 | VENDOR: Gerhardson, Jessica A. INVOICE#: 4389868412241716 DATE: 12/24/2020  Court Costs; 12/14/20 - Telephone hearing fee for Nicholas Ballen on November 23, 2020 at 12:00 p.m. ET; Merchant: COURTCALL    10967278 | $ | 27.75 |
| 12/14/20 | VENDOR: Reliable Copy Ser/ Reliable Companies INVOICE#: WL096293 DATE: 12/14/2020  Copying and delivery services | $ | 463.44 |
| 12/14/20 | VENDOR: United Parcel Service, Inc.(UPS) - ACH INVOICE#: 00121920269 DATE: 12/19/2020  Trk'ing No. 1ZF3378V0191243724 / Next Day Air Commercial from Greenberg Traurig - Fort Lauderdale Avi Benayoun to Planet Fitness Inc. Attn: Legal Departme on 12/14/2020 - 157998.010800 | $ | 11.26 |
| 12/30/20 | VENDOR: Reliable Copy Ser/ Reliable Companies INVOICE#: WL096633 DATE: 12/30/2020  Professional Services | $ | 502.15 |
| 12/30/20 | VENDOR: Reliable Copy Ser/ Reliable Companies INVOICE#: WL096652 DATE: 12/30/2020  Professional Services | $ | 133.10 |
| | Total Expenses: | $ | 3,407.09 |