**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss:
COUNTY OF KINGS     )

I, Jennifer S. Goode, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 21st day of January, 2021, DRC, acting under my supervision, caused to be served the "Notice of Intent to Assume and Assign Executory Contracts and Unexpired Leases", along with the Exhibit 1 (Proposed Assumed Contracts), attached as Exhibit 1, via electronic mail upon the parties as set forth on Exhibit 2; and via First Class US Mail upon the parties as set forth on Exhibit 3, attached hereto.

[This space intentionally left blank. Signature page to follow.]

---

[1]    The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, for which joint administration has been requested, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the proposed claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.  Executed this 28th day of January, 2021, Brooklyn, New York.

By _____
Jennifer S. Goode

Sworn before me this
28th day of January, 2021

_____
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

.

# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 17, 146, 210, 564** |

**NOTICE OF INTENT TO ASSUME AND ASSIGN**
**EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE THAT** on November 9, 2020, the above-captioned debtors and debtors in possession (the "**Debtors**") filed a motion [Docket No. 17] seeking, among other things, entry of an order approving the sale of substantially all of the Debtors' assets (the "**Sale**") to YF FC Acquisition, LLC (the "**Buyer**"), subject to the submission of higher or better offers.

**PLEASE TAKE FURTHER NOTICE THAT** on November 25, 2020 and December 4, 2020, the Debtors gave notice, pursuant to the *Notice of Potential Assumption and Assignment* [Docket No. 146] and *First Supplemental Notice of Potential Assumption and Assignment* [Docket No. 210] (each a "**Cure Notice**" and, collectively, the "**Cure Notices**"), to counterparties of executory contracts and unexpired leases (the "**Counterparties**") that such executory contracts and unexpired leases may be assumed and assigned to the Buyer in connection with the Sale.

**PLEASE TAKE FURTHER NOTICE THAT** on December 28, 2020, after a hearing (the "**Sale Hearing**") the Court entered an order [Docket No. 564] (the "**Sale Order**")[2] approving the Sale to the Buyer.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the terms of the Stalking Horse Purchase Agreement and paragraph 23 of the Sale Order, the Buyer is entitled to deliver during the Designation Rights Period a Designation Notice to the Debtors designating any Designated Contract set forth in <u>Exhibits F-1 and F-2</u> of the Sale Order for either (a) assumption and assignment to the Buyer or (b) rejection.

**PLEASE TAKE FURTHER NOTICE THAT** on January 19, 2021, the Buyer delivered such a Designation Notice to the Debtors designating the executory contracts and unexpired leases listed

---

[1]    The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607.  Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc.  The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

[2]    Capitalized terms used and not otherwise defined herein shall have the meaning set forth in the Sale Order.

in **Exhibit 1** hereto (the "**Proposed Assumed Contracts**") for assumption and assignment to the Buyer, pursuant to separate order of the Court, on the Closing Date (the "**Assumption Effective Date**"). The Sellers, the Buyer, and certain Counterparties are in the process of negotiating and/or finalizing amendments to various Proposed Assumed Contracts in connection with the assumption and assignment of such Proposed Assumed Contracts. The proposed cure amounts, if any, due from the Debtors upon assumption and assignment of the Proposed Assumed Contracts (the "**Cure Amounts**") are also listed in **Exhibit 1**. Where applicable, **Exhibit 1** notes (a) Proposed Assumed Contracts with respect to which amendments are under negotiation and/or in the process of being finalized, and (b) revisions to the Cure Amounts that were included in the Cure Notices.

**PLEASE TAKE FURTHER NOTICE THAT** in accordance with and subject to paragraph 23 of the Sale Order:

(i) the Counterparties that are *not* set forth on Exhibit G to the Sale Order shall have until February 4, 2021 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**") to file an objection to the assumption and assignment to the Buyer of the Proposed Assumed Contracts that relates to adequate assurance of future performance or a cure issue that could not have been raised in an objection to any Cure Notice prior to the Sale Hearing and pertains to matters arising after the Closing, and

(ii) the Counterparties that are set forth on Exhibit G to the Sale Order shall have until the Objection Deadline to file an objection to the assumption and assignment to the Buyer of the Proposed Assumed Contracts on any grounds relating to section 365 of the Bankruptcy Code, including assumption, assumption and assignment, adequate assurance of future performance, and the cure of defaults.

**PLEASE TAKE FURTHER NOTICE THAT** all objections to the assumption and assignment of the Proposed Assumed Contracts must (a) be in writing, (b) state, with specificity, the legal and factual bases thereof, and (c) be timely filed with the Court and served so as to be *actually received* no later than the Objection Deadline by: (i) counsel for the Debtors, Greenberg Traurig, LLP, (a) The Nemours Building, 1007 North Orange Street, Suite 1200, Wilmington, DE 19801 (Attn: Dennis A. Meloro (melorod@gtlaw.com) and (b) 77 West Wacker Dr., Suite 3100, Chicago, IL 60601 (Attn: Nancy A. Peterman (petermann@gtlaw.com), Eric Howe (howee@gtlaw.com), and Nicholas E. Ballen (ballenn@gtlaw.com)); (ii) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Hannah McCollum, Esq. (hannah.mccollum@usdoj.gov); (iii) counsel for the Debtors' prepetition and postpetition agent and lenders and the Buyer, (a) Winston & Strawn LLP, 200 Park Avenue, New York, NY 10166, Attn: Carey D. Schreiber, Esq. (cschreiber@winston.com), Gregory M. Gartland, Esq. (ggartland@winston.com) and Laura Krucks (lkrucks@winston.com), and (b) Young Conaway Stargatt & Taylor, LLP, 1000 N. King Street, Wilmington, Delaware 19801, Attn: Joseph Barry, Esq. (jbarry@ycst.com) and Joseph M. Mulvihill, Esq. (jmulvihill@ycst.com); (iv) counsel for the DIP Agent and Prepetition Agent, Holland & Knight LLP, 150 N. Riverside Plaza, Suite 2700, Chicago, IL 60606, Attn: Joshua Spencer (joshua.spencer@hklaw.com), Phillip W. Nelson (phillip.nelson@hklaw.com), and Anastasia Sotiropoulos (anastasia.sotiropoulos@hklaw.com); (v) counsel for the Official Committee of Unsecured Creditors, Berger Singerman, LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131 (Attn: Brian G Rich (brich@bergersingerman.com) and Michael Niles (mniles@bergersingerman.com))

and Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Bradford Sandler (bsandler@pszjlaw.com) and Colin Robinson (crobinson@pszjlaw.com)).

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to paragraph 23 of the Sale Order, to the extent a Counterparty timely files an objection with respect to the assumption and assignment of a Proposed Assumed Contract, the Debtors shall be authorized to settle or resolve such objection pursuant to the terms of the Stalking Horse Purchase Agreement and the Sale Order without further order from this Court; provided, however, that if the Debtors, Buyer, and objecting Counterparty are unable to resolve such objection, the Debtors shall schedule the matter for hearing on no less than five (5) Business Days' notice.

**PLEASE TAKE FURTHER NOTICE THAT** nothing in this notice or in the Designation Notice shall (i) constitute an admission that a particular Proposed Assumed Contract is an executory contract or unexpired lease within the meanings of the Bankruptcy Code, (ii) waive the rights of the Buyer to withdraw its designation to assume and assign any Proposed Assumed Contract in accordance with Section 2.6(c) of the Stalking Horse Purchase Agreement and the Sale Order, including to deliver written notice designating any Proposed Assumed Contract for rejection, or (iii) extend the Assumption Effective Date.

Dated: January 21, 2021

GREENBERG TRAURIG, LLP

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile   (302) 661-7360
Email:  melorod@gtlaw.com

-and-

Nancy A. Peterman (admitted *pro hac vice*)
Eric Howe (admitted *pro hac vice*)
Nicholas E. Ballen (admitted *pro hac vice*)
77 West Wacker Dr., Suite 3100
Chicago, Illinois 60601
Telephone:  (312) 456-8400
Facsimile:  (312) 456-8435
Email:      petermann@gtlaw.com
            howee@gtlaw.com
            ballenn@gtlaw.com

*Counsel for the Debtors and Debtors in Possession*

**Exhibit 1**

(Proposed Assumed Contracts)

**Exhibit 1**
(Proposed Assumed Contracts List)

| Exhibit Index No. | CONTRACT PARTY | NAME 2 | DEBTOR ENTITY NAME | TYPE OF CONTRACT | CONTRACT / LEASE DESCRIPTION | Cure Amount | Revised Cure Amount [1] | Amendments Under Negotiation and/or Being Finalized | Amendments Complete |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1525 SMITH STREET ASSOCIATES, LLC | | YF RHODE ISLAND, LLC | REAL PROPERTY LEASE | CLUB NO. 7741 - PROVIDENCE REAL PROPERTY LEASE - 1525 SMITH STREET, NORTH PROVIDENCE, RI 02911 | $5,555.55 | | X | |
| 2 | 16 BETHANY STATION, LLC | JAMES M SHOUGH | YF BETHANY, LLC | REAL PROPERTY LEASE | CLUB NO. 7397 - BETHANY HOME ROAD REAL PROPERTY LEASE - 1515 E. BETHANY HOME RD, PHOENIX, AZ 85014 | $0.00 | X | X | |
| 3 | 79 BISCAYNE, L.L.C. | GLOBAL REALTY AND MANAGEMENT FL INC | YOU FIT, LLC | REAL PROPERTY LEASE | CLUB NO. 7763 - BISCAYNE REAL PROPERTY LEASE - 591 NE 79TH STREET, MIAMI, FL 33138 | $9,129.59 | | | |
| 4 | ABC FINANCIAL SERVICES, LLC | | YOUFIT HEALTH CLUBS, LLC | ABC BILLING SERVICES AGREEMENT | ABC BILLING SERVICES AGREEMENT | $0.00 | | | |
| 5 | AETNA (HEALTH, DENTAL, VISION) | AETNA | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | EMP BENEF - HEALTH, DENTAL, VISION | $0.00 | | | |
| 6 | AETNA LIFE INSURANCE COMPANY | AETNA LIFE INSURANCE COMPANY | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | EMP BENEF - INSURANCE | $0.00 | | | |
| 7 | AJ REAL ESTATE INVESTMENTS, LLC | | YOU FIT, LLC | REAL PROPERTY LEASE | CLUB NO. 7760 - GARLAND REAL PROPERTY LEASE - 3265 BROADWAY SUITE 102, GARLAND, TX 75043 | $43,230.00 | X | | X |
| 8 | ALL PHASE SECURITY, INC. | ALL PHASE SECURITY, INC | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | OUTSIDESVC | $1,300.13 | | | |
| 9 | ARENA SHOPPES, LLLP | | YF NORTH LAUDERDALE, LLC | REAL PROPERTY LEASE | CLUB NO. 7788 - 7788 YF N LAUDERDALE REAL PROPERTY LEASE - 7346 W MCNAB RD, NORTH LAUDERDALE, FL 33068 | $0.00 | X | X | |
| 10 | ASCAP | ASCAP | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | LIC & FEES | $0.00 | | | |
| 11 | BAILEY COVE, LLC | CHASE COMMERCIAL REAL ESTATE SVC | YF HUNTSVILLE, LLC | REAL PROPERTY LEASE | CLUB NO. 7456 - HUNTSVILLE REAL PROPERTY LEASE - 7900 BAILEY COVE RD STE# 10, HUNTSVILLE, AL 35802 | $3,834.35 | X | | |
| 12 | BAY ALARM COMPANY | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | OUTSIDESVC | $278.67 | | | |
| 13 | BEACH HOLDING, INC. | FADI KALOUSIA LEASING MGR | B-FIT HEALTH CLUB, LLC | REAL PROPERTY LEASE | CLUB NO. 6439 - SUNRISE REAL PROPERTY LEASE - 2101 N UNIVERSITY DRIVE, SUNRISE, FL 33322 | $0.00 | | | |
| 14 | BLDG-ICS OLNEY, LLC | WHARTON REALTY GROUP INC | YF OLNEY, LLC | REAL PROPERTY LEASE | CLUB NO. 7765 - OLNEY REAL PROPERTY LEASE - 101 EAST OLNEY AVENUE, PHILADELPHIA, PA 19120 | $0.00 | X | | X |
| 15 | BOYNTON BEACH MALL, LLC | | YF BOYNTON MALL, LLC | REAL PROPERTY LEASE | CLUB NO. 7370 - BOYNTON REAL PROPERTY LEASE - 801 N CONGRESS AVE SUITE 8142, BOYNTON BEACH, FL 33426 | $0.00 | X | | |
| 16 | BSF RICHMOND, LP | BOND COMPANIES INC | YOU FIT, LLC | REAL PROPERTY LEASE | CLUB NO. 7738 - SPRING ROCK GREEN CHIPPENHAM PKWY REAL PROPERTY LEASE - 7100 MIDLOATHIAN TURNPIKE, RICHMOND, VA 23225 | $25,000.00 | X | X | |
| 17 | CAPITAL GROWTH OF VENICE, LLC | STEVEN P LIPKINS | YF VENICE, LLC | REAL PROPERTY LEASE | CLUB NO. 7361 - VENICE REAL PROPERTY LEASE - 1228 JACARANDA BLVD, VENICE, FL 34292 | $0.00 | X | | X |
| 18 | CARROLLWOOD PARTNERS, LLC | IDEAL MANAGEMENT CO | YF CARROLLWOOD, LLC | REAL PROPERTY LEASE | CLUB NO. 7435 - CARROLLWOOD REAL PROPERTY LEASE - 14350 N DALE MABRY HWY, TAMPA, FL 33618 | $90,414.40 | X | | |
| 19 | CBIZ MHM, LLC | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | CAPX FURN | $0.00 | | | |
| 20 | CEDAR HILLS CONSOLIDATED, LLC | VICTORY REAL ESTATE INVESTMENTS LLC | YOU FIT, LLC | REAL PROPERTY LEASE | CLUB NO. 7757 - CEDAR HILLS REAL PROPERTY LEASE - 3566 BLANDING BLVD. SUITE 01, JACKSONVILLE, FL 33442 | $0.00 | X | X | |
| 21 | CH REALTY VII/R ORLANDO ALTAMONTE, L.L.C. | ASSET MANAGER ALTAMONTE | YOU FIT, LLC | REAL PROPERTY LEASE | CLUB NO. 7460 - ALTAMONTE TOWN CENTER REAL PROPERTY LEASE - 140 CRANES ROOST BLVD, ALTAMONTE SPRINGS, FL 32701 | $0.00 | X | | X |
| 22 | CHAMPION ENERGY SERVICES | | YOU FIT, LLC | NON-LEASE CONTRACT/AGREEMENT | UTILITIES | $3,417.20 | | | |
| 23 | CIGNA (LIFE INSURANCE) | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | EMP BENEF - INSURANCE | $0.00 | | | |
| 24 | CLOUD-ONSITE TECHNOLOGIES INC | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | ADV | $0.00 | | | |
| 25 | CLOVER CORTEZ LLC | COMMONWEALTH COMMERCIAL PARTNERS | YOU FIT EIGHT, LLC | REAL PROPERTY LEASE | CLUB NO. 7385 - CORTEZ (W BRADENTON) REAL PROPERTY LEASE - 5574 CORTEZ ROAD W, BRADENTON, FL 34210 | $5,098.53 | | X | |
| 26 | COLONIAL LIFE & ACCIDENT INSURANCE | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | EMP BENEF - INSURANCE | $0.00 | X | | |
| 27 | COMDATA | | YouFit Health Clubs, LLC | CORPORATE PAYMENT SOLUTION AGREEMENT | CORPORATE PAYMENT SOLUTION AGREEMENT | $0.00 | X | | |

In re: YouFit Health Clubs, LLC, et al.
Case No. 20-12841 (MFW)

1. An X in this column indicates a revision to the Cure Amount that was included in the Cure Notices.
ACTIVE\54843275.v1
ACTIVE\54855305.v1

**Exhibit 1**
(Proposed Assumed Contracts List)

| Exhibit Index No. | CONTRACT PARTY | NAME 2 | DEBTOR ENTITY NAME | TYPE OF CONTRACT | CONTRACT / LEASE DESCRIPTION | Cure Amount | Revised Cure Amount [1] | Amendments Under Negotiation and/or Being Finalized | Amendments Complete |
|---|---|---|---|---|---|---|---|---|---|
| 28 | COMPTON PROPERTIES, LLLP | REAL ESTATE DEPT | YOU FIT, LLC | REAL PROPERTY LEASE | CLUB NO. 7457 - MARKET AT SOUTHSIDE REAL PROPERTY LEASE - 2847 S. ORANGE AVE, ORLANDO, FL 32806 | $0.00 | | X | |
| 29 | CORNERSTONE ONDEMAND, INC. | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | LIC & FEES | $0.00 | | | |
| 30 | CP DEERFIELD, LLC | SELECT STRATEGIES BROKERAGE | YF DEERFIELD, LLC | REAL PROPERTY LEASE | CLUB NO. 7455 - DEERFIELD REAL PROPERTY LEASE - 4032 W HILLSBORO BLVD, DEERFIELD BEACH, FL 33442 | $0.00 | X | X | |
| 31 | CP PEMBROKE PINES, LLC | THE CORNFELD GROUP | YF PINES BOULEVARD, LLC | REAL PROPERTY LEASE | CLUB NO. 7432 - PP2 REAL PROPERTY LEASE - 10840 PINES BLVD, PEMBROKE PINES, FL 33026 | $301,802.89 | | | |
| 32 | CROSS COUNTY OWNER, LLC | | YF OKEECHOBEE, LLC | REAL PROPERTY LEASE | CLUB NO. 7396 - OKEECHOBEE REAL PROPERTY LEASE - 4354 OKEECHOBEE BLVD, WEST PALM BEACH, FL 33409 | $39,864.94 | | | |
| 33 | CROSSINGS SHOPPING VILLAGE ASSOCIATES LLLP | | YF KENDALL, LLC | REAL PROPERTY LEASE | CLUB NO. 7348 - KENDALL REAL PROPERTY LEASE - 13065 SW 112TH ST, MIAMI, FL 33186 | $24,999.99 | X | | |
| 34 | DAASLY, INC | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | MISC | $20,000.00 | | | |
| 35 | DANIA LIVE 1748, LLC | | YF DANIA POINTE LLC | REAL PROPERTY LEASE | CLUB NO. 7797 - DANIA POINT REAL PROPERTY LEASE - 140 SOUTH COMPASS WAY, DANIA BEACH, FL 33004 | $0.00 | X | | X |
| 36 | DDS LIBERTY ROAD, LLC | | YF RANDALLSTOWN, LLC | REAL PROPERTY LEASE | CLUB NO. 7781 - RANDALLSTOWN REAL PROPERTY LEASE - 8606 LIBERTY RD., RANDALLSTOWN, MD 21133 | $32,441.30 | | X | |
| 37 | DEX IMAGING LLC (STAPLES) | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | OFC & COMP | $3,043.38 | | | |
| 38 | DIM VASTGOED, N.V. | LEGAL DEPT | YF HAMMOCK LLC | REAL PROPERTY LEASE | CLUB NO. 7780 - MIAMI HAMMOCKS REAL PROPERTY LEASE - 10201 HAMMOCKS BLVD SUITE 130, MIAMI, FL 33196 | $10,894.06 | X | X | |
| 39 | DIRECTTV NATIONAL ACCOUNT COMMERCIAL CUSTOMER AGREEMENT | | YOU FIT, LLC | NON-LEASE CONTRACT/AGREEMENT | UTILITIES | $0.00 | | | |
| 40 | DOMO | | YOU FIT, LLC | NON-LEASE CONTRACT/AGREEMENT | OFC & COMP | $0.00 | | | |
| 41 | EBLR, LLC | LEON CAPITAL GROUP | YOU FIT, LLC | REAL PROPERTY LEASE | CLUB NO. 7752 - RICHARDSON REAL PROPERTY LEASE - 111 N PLANO ROAD, RICHARDSON, TX 75081 | $46,702.19 | | X | |
| 42 | EQUITY ONE (FLORIDA PORTFOLIO) LLC. | LEGAL DEPT | YF PINE ISLAND, LLC | REAL PROPERTY LEASE | CLUB NO. 7411 - PINES ISLAND REAL PROPERTY LEASE - 8942 W STATE ROAD 84, DAVIE, FL 33324 | $10,212.33 | X | | |
| 43 | FLAGLER S.C., LLC | | YF FLAGLER LLC | REAL PROPERTY LEASE | CLUB NO. 7798 - FLAGLER REAL PROPERTY LEASE - 8311 WEST FLAGLER STREET, MIAMI, FL 33144 | $0.00 | X | | X |
| 44 | FORTRESS SECURITY, LLC | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | OUTSIDESVC | $1,777.70 | | | |
| 45 | FORTRESS SECURITY, LLC | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | OUTSIDESVC | $0.00 | | | |
| 46 | FORTRESS SECURITY, LLC | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | OUTSIDESVC | $0.00 | | | |
| 47 | FRIT COCOWALK OWNER, LLC | PROPERTY ONE INC | YOU FIT, LLC | REAL PROPERTY LEASE | CLUB NO. 7743 - COCO WALK REAL PROPERTY LEASE - 3015 GRAND AVE SUITE #: 311, COCONUT GROVE, FL 33133 | $115,188.33 | | | |
| 48 | FWI 16, LLC | BRUCE STRUMPF INC | YF WELLINGTON, LLC | REAL PROPERTY LEASE | CLUB NO. 7334 - WELLINGTON REAL PROPERTY LEASE - 13865 WELLINGTON TRACE -C, WELLINGTON, FL 33414 | $40,000.00 | X | | X |
| 49 | GATEWAY RETAIL CENTER, LLC | TERRANOVA CORP | YF GATEWAY, LLC | REAL PROPERTY LEASE | CLUB NO. 7442 - GATEWAY REAL PROPERTY LEASE - 5920 NORWOOD AVE SUITE 2, JACKSONVILLE, FL 32208 | $5,857.31 | | | |
| 50 | GATOR ARGATE GAINESVILLE, LLC | | YOU FIT, LLC | REAL PROPERTY LEASE | CLUB NO. 7736 - UNIVERSITY TOWN CENTER REAL PROPERTY LEASE - 3345 SW 34TH STREET, GAINESVILLE, FL 32608 | $7,573.24 | | | |
| 51 | GATOR GREEN ACRES, LTD. | | YF GREENACRES, LLC | REAL PROPERTY LEASE | CLUB NO. 7434 - GREENACRES REAL PROPERTY LEASE - 3911B JOG ROAD, GREENACRES, FL 33467 | $7,572.33 | | | |
| 52 | GLASSDOOR, INC | | YOU FIT, LLC | NON-LEASE CONTRACT/AGREEMENT | PROF FEES | $0.00 | | | |
| 53 | GLOBAL MUSIC RIGHTS, LLC | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | LIC & FEES | $0.00 | | | |
| 54 | GLOBAL NORTH BAY, LLC | GLOBAL REALTY AND MANAGEMENT FL INC | YF RACETRACK, LLC | REAL PROPERTY LEASE | CLUB NO. 7358 - TAMPA REAL PROPERTY LEASE - 13891 W HILLSBOROUGH AVE, TAMPA, FL 33635 | $8,227.85 | | | |
| 55 | GOOGLE INC | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | | $23,255.93 | X | | |

In re: YouFit Health Clubs, LLC, et al.
Case No. 20-12841 (MFW)

1. An X in this column indicates a revision to the Cure Amount that was included in the Cure Notices.
ACTIVE\54843275.v1
ACTIVE/54855305.v1

**Exhibit 1**
(Proposed Assumed Contracts List)

| Exhibit Index No. | CONTRACT PARTY | NAME 2 | DEBTOR ENTITY NAME | TYPE OF CONTRACT | CONTRACT / LEASE DESCRIPTION | Cure Amount | Revised Cure Amount [1] | Amendments Under Negotiation and/or Being Finalized | Amendments Complete |
|---|---|---|---|---|---|---|---|---|---|
| 56 | GREAT AMERICAN INSURANCE COMPANY | SPECIALTY ACCOUNTING | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | INSURANCE | $0.00 | | | |
| 57 | GRI-EQY (CONCORD) LLC | LEGAL DEPT | YF CONCORD, LLC | REAL PROPERTY LEASE | CLUB NO. 7363 - MIAMI REAL PROPERTY LEASE - 3900 SW 112TH AVE, MIAMI, FL 35868 | $10,144.26 | X | X | |
| 58 | GRI-EQY (QUAIL ROOST) LLC | LEGAL DEPT | YF QUAIL ROOST, LLC | REAL PROPERTY LEASE | CLUB NO. 7438 - MIAMI 3 REAL PROPERTY LEASE - 20001 SW 127TH AVE, MIAMI, FL 33177 | $0.00 | X | X | |
| 59 | HORIZON VILLAGE SC LLC | JBL ASSET MANAGEMENT LLC | YF SUWANEE, LLC | REAL PROPERTY LEASE | CLUB NO. 7369 - SUWANEE REAL PROPERTY LEASE - 2855 LAWRENCEVILLE SUWANEE RD, SUITE 500, SUWANEE, GA 30024 | $0.00 | X | X | |
| 60 | HRP SINGLETON SQUARE PARTNERS, L.P. | | YF SINGLETON, LLC | REAL PROPERTY LEASE | CLUB NO. 7349 - SINGLETON (NORCROSS) REAL PROPERTY LEASE - 6000 SINGLETON RD, SUITE 321, NORCROSS, GA 30093 | $6,405.40 | | X | |
| 61 | INNEX II, LLC | | SIX B-FIT, LLC | REAL PROPERTY LEASE | CLUB NO. 6441 - PEMBROKE PINES REAL PROPERTY LEASE - 9057 TAFT ST, PEMBROKE PINES, FL 33024 | $2,666.67 | | | |
| 62 | IRT PARTNERS, L.P. | LEGAL DEPT | YF LAGO MAR, LLC | REAL PROPERTY LEASE | CLUB NO. 7368 - WEST KENDALL REAL PROPERTY LEASE - 15762 SW 72ND ST, MIAMI, FL 33192 | $10,214.12 | X | | |
| 63 | IRT PARTNERS, LP | LEGAL DEPT | YF UNIGOLD, LLC | REAL PROPERTY LEASE | CLUB NO. 7360 - UNIGOLD REAL PROPERTY LEASE - 7706 UNIVERSITY BLVD., WINTER PARK, FL 32792 | $8,410.50 | X | X | |
| 64 | JAHCO SPRING CREEK VILLAGE, L.L.C. | JAH REALTY LP | YF SPRING CREEK, LLC | REAL PROPERTY LEASE | CLUB NO. 7729 - SPRING CREEK REAL PROPERTY LEASE - 7989 BELT LINE RD STE#200, DALLAS, TX 35248 | $6,409.05 | | X | |
| 65 | JEM INVESTMENTS, LTD. | | YOU FIT SEVEN, LLC | REAL PROPERTY LEASE | CLUB NO. 7384 - TUTTLE REAL PROPERTY LEASE - 3840 S TUTTLE AVE, SARASOTA, FL 34239 | $178,994.86 | | X | |
| 66 | JLJI PC, LLC | REDEVCO MANAGEMENT | YOU FIT, LLC | REAL PROPERTY LEASE | CLUB NO. 7753 - PROMENADE REAL PROPERTY LEASE - 11237 SW 152ND STREET, MIAMI, FL 33157 | $13,855.80 | X | X | |
| 67 | JLJI PC, LLC PROMENADES MALL (E&A) LLC | EDENS AND AVANT INVESTMENTS LTD PARTNERSHIP | YF PORT CHARLOTTE, LLC | REAL PROPERTY LEASE | CLUB NO. 7393 - PORT CHARLOTTE REAL PROPERTY LEASE - 3280 TAMIAMI TRAIL SUITE 33, PORT CHARLOTTE, FL 33952 | $20,000.00 | X | X | |
| 68 | JOHNSON CONTROLS | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | OUTSIDESVC | $0.00 | | | |
| 69 | JUNGLE SHORES, LLC | | YOU FIT PINELLAS PARK, LLC | REAL PROPERTY LEASE | CLUB NO. 7759 - PINELLAS PARK REAL PROPERTY LEASE - 6421 66TH STREET NORTH, PINELLAS PARK, FL 33781 | $0.00 | X | X | |
| 70 | KIMZAY OF FLORIDA, INC. | | YF LARGO PLAZA LLC | REAL PROPERTY LEASE | CLUB NO. 7794 - LARGO-MISSOURI AVE REAL PROPERTY LEASE - 1111 N. MISSOURI AVENUE, LARGO, FL 33770 | $0.00 | X | | X |
| 71 | KIRELAND CORAL TERRACE , LLC | PAN AMERICAN GROUP | YF CORAL WAY, LLC | REAL PROPERTY LEASE | CLUB NO. 7446 - CORAL WAY REAL PROPERTY LEASE - 7070 SW 24TH ST, MIAMI, FL, 33155 | $0.00 | X | X | |
| 72 | KIZMAY OF FLORIDA, INC. | | YOU FIT-ONE, LLC | REAL PROPERTY LEASE | CLUB NO. 7378 - ST. PETE REAL PROPERTY LEASE - 6161 9TH AVE NORTH, ST PETERSBURG, FL 33710 | $0.00 | | | X |
| 73 | LAFAYETTE PLACE OMV, LLC | | YF LAFAYETTE PLACE, LLC | REAL PROPERTY LEASE | CLUB NO. 7394 - LAFAYETTE (MAHAN DRIVE) REAL PROPERTY LEASE - 3111 MAHAN DRIVE SUITE 12, TALLAHASSEE, FL 32308 | $0.00 | X | | X |
| 74 | LARISE ATLANTIS, INC. | | YF LANTANA, LLC | REAL PROPERTY LEASE | CLUB NO. 6437 - LANTANA REAL PROPERTY LEASE - 6198 S CONGRESS AVE, #B, LANTANA, FL 33462 | $0.00 | X | | X |
| 75 | LAUDERDALE MARKETPLACE INVESTMENTS, LLC | BLACK ROCK PARTNERS LTD AUTHORIZED AGENT | YF LAUDERDALE LAKES, LLC | REAL PROPERTY LEASE | CLUB NO. 7447 - LAUDERDALE LAKES REAL PROPERTY LEASE - 3708 WEST OAKLAND PARK BLVD, LAUDERDALE LAKES, FL 33311 | $7,589.21 | | | |
| 76 | LAURICELLA MANHATTAN, L.L.C. | MR LOUIS LAURICELLA | YOU FIT, LLC | REAL PROPERTY LEASE | CLUB NO. 7739 - MANHATTAN REAL PROPERTY LEASE - 2424 MANHATTAN BLVD., HARVEY, LA 70058 | $76,147.77 | | X | |
| 77 | LBX ALAFAYA, LLC | THE SHOPPING CENTER GROUP LLC | YOU FIT, LLC | REAL PROPERTY LEASE | CLUB NO. 7762 - ALAFAYA COMMONS REAL PROPERTY LEASE - 11792 E COLONIAL DRIVE, ORLANDO, FL 32817 | $35,000.00 | X | X | |
| 78 | LES MILL UNITED STATES TRADING, INC. | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | MISC | $0.00 | | | |
| 79 | LINA | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | EMP BENEF | $0.00 | X | | |

In re: YouFit Health Clubs, LLC, et al.
Case No. 20-12841 (MFW)

1. An X in this column indicates a revision to the Cure Amount that was included in the Cure Notices.
ACTIVE\54843275.v1
ACTIVE\54855305.v1

**Exhibit 1**
(Proposed Assumed Contracts List)

| Exhibit Index No. | CONTRACT PARTY | NAME 2 | DEBTOR ENTITY NAME | TYPE OF CONTRACT | CONTRACT / LEASE DESCRIPTION | Cure Amount | Revised Cure Amount [1] | Amendments Under Negotiation and/or Being Finalized | Amendments Complete |
|---|---|---|---|---|---|---|---|---|---|
| 80 | LOCH RAVEN SHOPPING CENTER LLC | ALLEN AND ROCKS INC | YF LOCH RAVEN LLC | REAL PROPERTY LEASE | CLUB NO. 7795 - LOCH RAVEN REAL PROPERTY LEASE - 1700 E. NORTHERN PARKWAY, BALTIMORE, MD 21239 | $0.00 | X | | X |
| 81 | MADE VENTURE HOLDINGS, LLC | NEW GROUP MANAGEMENT | YF PARKLAND, LLC | REAL PROPERTY LEASE | CLUB NO. 7335 - PARKLAND REAL PROPERTY LEASE - 9535 WESTVIEW DRIVE, CORAL SPRINGS, FL 33076 | $50,000.00 | X | X | |
| 82 | MIDLOTHIAN CENTER, LLC | CB RICHARD ELLIS | YOU FIT, LLC | REAL PROPERTY LEASE | CLUB NO. 7459 - MIDLOTHIAN REAL PROPERTY LEASE - 13583 MIDLOTHIAN TURNPIKE, MIDLOTHIAN, VA 23113 | $9,870.26 | X | | |
| 83 | MILTON COOPER | | YF MIAMI 110TH LLC | REAL PROPERTY LEASE | CLUB NO. 7750 - MIAMI 87TH AVE REAL PROPERTY LEASE - 8755 SW 24TH STREET, MIAMI, FL 33165 | $0.00 | X | | X |
| 84 | MOSAIC OXBRIDGE OWNERS, LLC | MARYLAND FINANCIAL INVESTORS INC | YOU FIT, LLC | REAL PROPERTY LEASE | CLUB NO. 7730 - COURTHOUSE RD - OXBRIDGE REAL PROPERTY LEASE - 9923 HULL STREET ROAD, RICHMOND, VA 23236 | $50,000.00 | X | X | |
| 85 | MOTUS CREATIVE | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | MISC | $0.00 | | | |
| 86 | NEW HORIZON COMMUNICATIONS | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | UTILITIES | $100,949.18 | | | |
| 87 | NG SHOPPES AT CRESTHAVEN, LLC | | YOU FIT NINE, LLC | REAL PROPERTY LEASE | CLUB NO. 7387 - CRESTHAVEN REAL PROPERTY LEASE - 2601 S MILITARY TRAIL, WEST PALM BEACH, FL 33415 | $58,631.55 | | X | |
| 88 | NIMA PLAZA, LLC | | YF HIALEAH, LLC | REAL PROPERTY LEASE | CLUB NO. 7768 - HIALEAH REAL PROPERTY LEASE - 5348 W 16TH AVE, HIALEAH, FL 33012 | $0.00 | | | |
| 89 | NORTH PORT OMV II, LLC | OM VENTURE REALTY | YF NORTH PORT, LLC | REAL PROPERTY LEASE | CLUB NO. 7362 - NORTH PORT REAL PROPERTY LEASE - 14979 TAMIAMI TRAIL, NORTH PORT, FL 33883 | $0.00 | X | | X |
| 90 | OAKWOOD PLAZA LIMITED PARTNERSHIP | | YF HOLLYWOOD, LLC | REAL PROPERTY LEASE | CLUB NO. 7344 - HOLLYWOOD REAL PROPERTY LEASE - 3120 OAKWOOD BLVD, HOLLYWOOD, FL 33020 | $0.00 | X | | X |
| 91 | OFFICE DEPOT, INC. | COHEN COMMERCIAL MANAGEMENT | YF MIAMI GARDENS, LLC | REAL PROPERTY LEASE | CLUB NO. 7789 - 7789-MIAMI GARDENS REAL PROPERTY LEASE - 19400 NW 27TH AVENUE, MIAMI GARDENS, FL 33056 | $0.00 | X | X | |
| 92 | OPENSESAME | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | MISC | $0.00 | | | |
| 93 | OPTUMHEALTH CARE SOLUTIONS, LLC | | YOU FIT, LLC | NON-LEASE CONTRACT/AGREEMENT | REVENUE | $0.00 | | | |
| 94 | PARTRIDGE EQUITY GROUP I, LLC | | YF POMPANO, LLC | REAL PROPERTY LEASE | CLUB NO. 7388 - NORTH POMPANO REAL PROPERTY LEASE - 3555 N FEDERAL HWY, POMPANO BEACH, FL 30339 | $159,271.32 | X | | |
| 95 | PENN DUTCH PLAZA, LLC | | YF MARGATE, LLC | REAL PROPERTY LEASE | CLUB NO. 7392 - MARGATE REAL PROPERTY LEASE - 3133 N STATE ROAD 7, MARGATE, FL 33063 | $0.00 | X | | X |
| 96 | PETINOS, LLC | | YF WEST COBB, LLC | REAL PROPERTY LEASE | CLUB NO. 2602 - AUSTELL-EAST-WEST CONNECTOR REAL PROPERTY LEASE - 2840 EAST-WEST CONNECTOR, POWDER SPRINGS, GA 30106 | $59,000.00 | X | | X |
| 97 | PMAT ALGIERS PLAZA, L.L.C. | PROPERTY ONE INC | YOU FIT, LLC | REAL PROPERTY LEASE | CLUB NO. 7728 - ALGIERS REAL PROPERTY LEASE - 3066 HOLIDAY DR, NEW ORLEANS, LA 70131 | $198,857.17 | | X | |
| 98 | POLYGLASS USA INC | | YOUFIT HEALTH CLUBS, LLC | REAL PROPERTY LEASE | HEADQUARTERS REAL PROPERTY LEASE - 1350 E NEWPORT CENTER DR, SUITE 110, DEERFIELD BEACH, FL 33442 | $7,275.80 | | | |
| 99 | RED HAWK FIRE & SECURITY | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | OUTSIDESVC | $0.00 | | | |
| 100 | REDWIRE | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | OUTSIDESVC | $2,058.25 | | | |
| 101 | RHODES-BOONE PARTNERS, LP | | YF NOLES, LLC | REAL PROPERTY LEASE | CLUB NO. 7336 - NOLE (MONROE) REAL PROPERTY LEASE - 2432 N MONROE STREET, TALLAHASSEE, FL 32303 | $0.00 | X | | X |
| 102 | RPT REALTY, L.P. F/K/A RAMCO-GERSHENSON PROPERTIES, LP | GERSHENSON PROPERTIES LP | YF LAND O LAKES, LLC | REAL PROPERTY LEASE | CLUB NO. 7333 - LAND O LAKES REAL PROPERTY LEASE - 21707 VILLAGE LAKES SHOPPING CENTER DR, LAND O LAKES, FL 34639 | $86,781.48 | X | | |
| 103 | SADA SYSTEMS, INC | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | LIC & FEES | $5,844.00 | | | |
| 104 | SAFEGUARD | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | OUTSIDESVC | $0.00 | | | |
| 105 | SALESFORCE | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | ADV | $0.00 | | | |
| 106 | SALESFORCE | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | ADV | $0.00 | | | |

In re: YouFit Health Clubs, LLC, et al.
Case No. 20-12841 (MFW)

1. An X in this column indicates a revision to the Cure Amount that was included in the Cure Notices.
ACTIVE\54843275.v1
ACTIVE\54855305.v1

**Exhibit 1**
**(Proposed Assumed Contracts List)**

| Exhibit Index No. | CONTRACT PARTY | NAME 2 | DEBTOR ENTITY NAME | TYPE OF CONTRACT | CONTRACT / LEASE DESCRIPTION | Cure Amount | Revised Cure Amount [1] | Amendments Under Negotiation and/or Being Finalized | Amendments Complete |
|---|---|---|---|---|---|---|---|---|---|
| 107 | SALESFORCE.COM, INC | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | ADV | $0.00 | | | |
| 108 | SCC MARKET SQUARE LLC | SITE CENTERS CORP | YF DOUGLASVILLE, LLC | REAL PROPERTY LEASE | CLUB NO. 7366 - DOUGLASVILLE REAL PROPERTY LEASE - 9559 GEORGIA HWY 5, SUITE 401, DOUGLASVILLE, GA 31035 | $60,200.68 | | X | |
| 109 | SCOTTSDALE RETAIL CENTER 02 LLC | ACF PROPERTY MANAGEMENT INC | YF SCOTTSDALE, LLC | REAL PROPERTY LEASE | CLUB NO. 7346 - SCOTTSDALE REAL PROPERTY LEASE - 2845 N SCOTTSDALE RD, SUITE 160, SCOTTSDALE, AZ 85257 | $9,548.17 | | | |
| 110 | SECURITY SYSTEMS OF SOUTH FLORIDA, LLC | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | MISC | $788.99 | | | |
| 111 | SECURITY SYSTEMS OF SOUTH FLORIDA, LLC | | YF BOCA RATON | NON-LEASE CONTRACT/AGREEMENT | MISC | $0.00 | | | |
| 112 | SECURITY SYSTEMS OF SOUTH FLORIDA, LLC | | YF BOCA RATON | NON-LEASE CONTRACT/AGREEMENT | MISC | $80.25 | | | |
| 113 | SECURITY SYSTEMS OF SOUTH FLORIDA, LLC | | YF CORAL SPRINGS | NON-LEASE CONTRACT/AGREEMENT | MISC | $0.00 | | | |
| 114 | SECURITY SYSTEMS OF SOUTH FLORIDA, LLC | | YF DEERFIELD BEACH | NON-LEASE CONTRACT/AGREEMENT | MISC | $0.00 | | | |
| 115 | SECURITY SYSTEMS OF SOUTH FLORIDA, LLC | | YF HOLLYWOOD OAKWOOD | NON-LEASE CONTRACT/AGREEMENT | MISC | $247.17 | | | |
| 116 | SECURITY SYSTEMS OF SOUTH FLORIDA, LLC | | YF LAGO MAR | NON-LEASE CONTRACT/AGREEMENT | MISC | $111.35 | | | |
| 117 | SECURITY SYSTEMS OF SOUTH FLORIDA, LLC | | YF MARGATE | NON-LEASE CONTRACT/AGREEMENT | MISC | $247.17 | | | |
| 118 | SECURITY SYSTEMS OF SOUTH FLORIDA, LLC | | YF MIAMI - QUAIL ROOST | NON-LEASE CONTRACT/AGREEMENT | MISC | $112.35 | | | |
| 119 | SECURITY SYSTEMS OF SOUTH FLORIDA, LLC | | YF OKEECHOBEE | NON-LEASE CONTRACT/AGREEMENT | MISC | $112.35 | | | |
| 120 | SECURITY SYSTEMS OF SOUTH FLORIDA, LLC | | YF PEMBROKE PINES | NON-LEASE CONTRACT/AGREEMENT | MISC | $247.17 | | | |
| 121 | SECURITY SYSTEMS OF SOUTH FLORIDA, LLC | | YF POMPANO NORTH | NON-LEASE CONTRACT/AGREEMENT | MISC | $247.17 | | | |
| 122 | SECURITY SYSTEMS OF SOUTH FLORIDA, LLC | | YF POMPANO SOUTH | NON-LEASE CONTRACT/AGREEMENT | MISC | $0.00 | | | |
| 123 | SECURITY SYSTEMS OF SOUTH FLORIDA, LLC | | YF WELLINGTON | NON-LEASE CONTRACT/AGREEMENT | MISC | $112.35 | | | |
| 124 | SECURITY SYSTEMS OF SOUTH FLORIDA, LLC | | YF WEST PALM BEACH | NON-LEASE CONTRACT/AGREEMENT | MISC | $112.35 | | | |
| 125 | SECURITY SYSTEMS OF SOUTH FLORIDA, LLC | | YF WESTON | NON-LEASE CONTRACT/AGREEMENT | MISC | $461.17 | | | |
| 126 | SELIG ENTERPRISES, INC. | | THREE B-FIT, LLC | REAL PROPERTY LEASE | CLUB NO. 6438 - BOCA RATON REAL PROPERTY LEASE - 1309 W PALMETTO PARK RD, BOCA RATON, FL 33486 | $4,570.06 | X | | |
| 127 | SESAC | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | LIC & FEES | $0.00 | | | |
| 128 | SHILOH STATION, LLC | PHILLIPS EDISON | YF SHILOH, LLC | REAL PROPERTY LEASE | CLUB NO. 7364 - KENNESAW REAL PROPERTY LEASE - 3895 CHEROKEE ST SUITE 100, KENNESAW, GA 30144 | $5,074.60 | X | X | |
| 129 | SPANNING CLOUD APPS LLC | SPANNING CLOUD APPS LLC | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | ADV - SPANNING CONTRACT | $0.00 | | | |
| 130 | SPP SUNWEST PORTFOLIO, LLC | | YOU FIT, LLC | REAL PROPERTY LEASE | CLUB NO. 6292 - MESQUITE REAL PROPERTY LEASE - 2524 N GALLOWAY AVE, MESQUITE, TX 75150 | $3,181.80 | | X | |
| 131 | STAPLES BUSINESS ADVANTAGE | STAPLES CONTRACT & COMMERCIAL LLC | YOU FIT, LLC | NON-LEASE CONTRACT/AGREEMENT | OFC & COMP | $0.00 | | | |
| 132 | STAPLES BUSINESS ADVANTAGE | STAPLES CONTRACT & COMMERCIAL LLC | YOU FIT, LLC | NON-LEASE CONTRACT/AGREEMENT | OFC & COMP | $0.00 | | | |
| 133 | STAR 2 STAR COMMUNICATIONS LLC | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | UTILITIES | $13,779.87 | | | |
| 134 | STAR 2 STAR COMMUNICATIONS LLC | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | UTILITIES | $0.00 | | | |
| 135 | STAR 2 STAR COMMUNICATIONS LLC | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | UTILITIES | $0.00 | | | |
| 136 | STAR 2 STAR COMMUNICATIONS LLC | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | UTILITIES | $0.00 | | | |
| 137 | STAR 2 STAR COMMUNICATIONS LLC | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | UTILITIES | $0.00 | | X | |
| 138 | T.J. HEALTH & FITNESS, INC. | | YF WESTON, LLC | REAL PROPERTY LEASE | CLUB NO. 7377 - WESTON REAL PROPERTY LEASE - 15451 SW 13TH LANE, SUNRISE, FL 33326 | $17,753.78 | X | | |
| 139 | THE TOWN CENTER AT BOCA RATON TRUST | C/O MS MANAGEMENT ASSOC | YF TOWN CENTER, LLC | REAL PROPERTY LEASE | CLUB NO. 7339 - BOCA TOWN CENTER REAL PROPERTY LEASE - 6000 GLADES ROAD, SUITE 1410, BOCA RATON, FL 33431 | $0.00 | X | X | |
| 140 | TIVITY HEALTH SERVICES, LLC (SLIVER SNEAKERS) | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | REVENUE | $0.00 | | | |
| 141 | TKG-STORAGE MART PARTNERS PORTFOLIO, LLC | AS SUCCESSOR TO STORAGEMART II LLC | FIVE B-FIT, LLC | REAL PROPERTY LEASE | CLUB NO. 6443 - POMPANO REAL PROPERTY LEASE - 401 S FEDERAL HWY, POMPANO BEACH, FL 33062 | $0.00 | X | X | |
| 142 | TPS ANCILLARY SERVICES, LLC | | YOU FIT, LLC | BENEFITS | YOU FIT, LLC 401(K) PROFIT SHARING PLAN AND TRUST PLAN | $0.00 | | | |
| 143 | THE PENSION STUDIO | | YOU FIT, LLC | BENEFITS | YOU FIT, LLC 401(K) PROFIT SHARING PLAN AND TRUST PLAN | $0.00 | | | |
| 144 | TRAVELERS | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | INSURANCE - WORKERS COMPENSATION | $0.00 | | | |
| 145 | TSC RAMBLEWOOD, LTD. | | FOUR B-FIT, LLC | REAL PROPERTY LEASE | CLUB NO. 6440 - CORAL SPRINGS REAL PROPERTY LEASE - 8301 W ATLANTIC BLVD, CORAL SPRINGS, FL 33071 | $0.00 | X | X | |

In re: YouFit Health Clubs, LLC, et al.
Case No. 20-12841 (MFW)

1.  An X in this column indicates a revision to the Cure Amount that was included in the Cure Notices.
ACTIVE\54843275.v1
ACTIVE\54855305.v1

**Exhibit 1**
**(Proposed Assumed Contracts List)**

| Exhibit Index No. | CONTRACT PARTY | NAME 2 | DEBTOR ENTITY NAME | TYPE OF CONTRACT | CONTRACT / LEASE DESCRIPTION | Cure Amount | Revised Cure Amount [1] | Amendments Under Negotiation and/or Being Finalized | Amendments Complete |
|---|---|---|---|---|---|---|---|---|---|
| 146 | U.S. BANK EQUIPMENT FINANCE (RICOH) | US BANK EQUIPMENT FINANCE | YF SE FLA, INC. | NON-LEASE CONTRACT/AGREEMENT | OFC & COMP | $930.26 | | | |
| 147 | ULTIMATE SOFTWARE GROUP, INC. | THE ULTIMATE SOFTWARE GROUP, INC | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | PROF FEES | $500.00 | | | |
| 148 | UNITED STATES DEVELOPMENT LTD. | | YF CORAL WAY II, LLC | REAL PROPERTY LEASE | CLUB NO. 7766 - CORAL WAY II REAL PROPERTY LEASE - 11865 SW 26TH ST SUITE B13, MIAMI, FL 33175 | $0.00 | X | X | |
| 149 | UNIVERSITY SHOPPES, LLC | | SEVEN B-FIT, LLC | REAL PROPERTY LEASE | CLUB NO. 6771 - MIAMI REAL PROPERTY LEASE - 1605 SW 107 AVENUE, MIAMI, FL 33165 | $139,787.06 | | | |
| 150 | VERITIV OPERATING COMPANY | | YOUFIT HEALTH CLUBS, LLC | NON-LEASE CONTRACT/AGREEMENT | OUTSIDESVC | $92,572.81 | | | |
| 151 | WESTERN BEEF RETAIL, INC. | CACTUS HOLDINGS INC | YF SANDALFOOT, LLC | REAL PROPERTY LEASE | CLUB NO. 7444 - SANDALFOOT REAL PROPERTY LEASE - 23078 SANDALFOOT PLAZA DR., BOCA RATON, FL 33428 | $0.00 | X | X | |
| 152 | WESTWOOD PLAZA, LLC | STUDENT HOUSING SOLUTIONS LLC | YF UNIVERSITY VILLAGE, LLC | REAL PROPERTY LEASE | CLUB NO. 7749 - TALLAHASSEE - UNIVERSITY NEAR FSU REAL PROPERTY LEASE - 2020 WEST PENSACOLA STREET, SUITE 205, TALLAHASSEE, FL 32304 | $0.00 | | X | |
| 153 | WRI JT NORTHRIDGE, LP | | YOU FIT, LLC | REAL PROPERTY LEASE | CLUB NO. 7751 - NORTHRIDGE REAL PROPERTY LEASE - 959 E COMMERCIAL BLD, OAKLAND PARK, FL 33334 | $0.00 | X | X | |

In re: YouFit Health Clubs, LLC, et al.
Case No. 20-12841 (MFW)

1.  An X in this column indicates a revision to the Cure Amount that was included in the Cure Notices.
ACTIVE\54843275.v1
ACTIVE\54855305.v1

**EXHIBIT 2**

**YouFit Health Clubs, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**

000097P001-1447S-042
ASHBY & GEDDES PA
STACY L NEWMAN,ESQ
500 DELAWARE  AVE, 8TH FLOOR
P O BOX 1150
WILMINGTON DE 19899-1150
SNEWMAN@ASHBYGEDDES.COM

000071P001-1447S-042
BALLARD SPAHR LLP
LESLIE C HEILMAN;LAUREL D ROGLEN
919 N MARKET ST.,11TH FLOOR
WILMINGTON DE 19801-3034
HEILMANL@BALLARDSPAHR.COM

000071P002-1447S-042
BALLARD SPAHR LLP
LESLIE C HEILMAN;LAUREL D ROGLEN
919 N MARKET ST.,11TH FLOOR
WILMINGTON DE 19801-3034
ROGLENL@BALLARDSPAHR.COM

000072P001-1447S-042
BALLARD SPAHR LLP
DAVID L POLLACK; LINDSEY ZIONTS
1735 MARKET ST.,51ST FLOOR
PHILADELPHIA PA 19103=7599
POLLACK@BALLARDSPAHR.COM

000072P002-1447S-042
BALLARD SPAHR LLP
DAVID L POLLACK; LINDSEY ZIONTS
1735 MARKET ST.,51ST FLOOR
PHILADELPHIA PA 19103=7599
ZIONTSL@BALLARDSPAHR.COM

000094P001-1447S-042
BARCLAY DAMON LLP
KEVIN M NEWMAN
BARCLAY DAMON TOWER
125 EAST JEFFERSON ST
SYRACUSE NY 13202
KNEWMAN@BARCLAYDAMON.COM

000095P001-1447S-042
BARCLAY DAMON LLP
SCOTT L FLEISCHER
1270 AVENUE OF THE AMERICAS STE 501
NEW YORK NY 10020
SFLEISCHER@BARCLAYDAMON.COM

000073P001-1447S-042
BERGER SINGERMAN LLP
BRIAN G RICH,ESQ
313 NORTH MONROE ST.,STE 301
TALLAHASSEE FL 32301
BRICH@BERGERSINGERMAN.COM

000076P001-1447S-042
BERGER SINGERMAN LLP
MICHAEL J NILES, ESQ
313 NORTH MONROE ST.,STE 301
TALLAHASSEE FL 32301
MNILES@BERGERSINGERMAN.COM

000088P001-1447S-042
BIELLI & KLAUDER LLC
DAVID M KLAUDER,ESQ
1204 N KING ST
WILMINGTON DE 19801
DKLAUDER@BK-LEGAL.COM

006215P001-1447A-042
BLDG-ICS OLNEY LLC
WHARTON REALTY GROUP INC
MARK MASSRY
8 INDUSTRIAL WAY EAST 2ND FLOOR
EATONTOWN NJ 07724
MARK@WHARTONREALTYGROUP.COM

006399S001-1447A-042
BOYNTON BEACH MALL, LLC
WASHINGTON PRIME MANAGEMENT ASSOC LLC
WP GLIMCHER INC
180 EAST BROAD ST
COLUMBUS OH 43215
ONATHAN.MARTIN@WASHINGTONPRIME.COM

006399S001-1447A-042
BOYNTON BEACH MALL, LLC
WASHINGTON PRIME MANAGEMENT ASSOC LLC
WP GLIMCHER INC
180 EAST BROAD ST
COLUMBUS OH 43215
CHRISTINE.HEFLIN@WASHINGTNPRIME.COM

000085P001-1447S-042
BROWARD COUNTY ATTORNEY
SCOTT ANDRON,ASSISTANT COUNTY ATTORNEY
GOVERNMENT CENTER STE 423
115 SOUTH ANDREWS AVE
FORT LAUDERDALE FL 33301
SANDRON@BROWARD.ORG

000103P001-1447S-042
CITY OF PHILADELPHIA LAW DEPT
MEGAN N HARPER,DEPUTY CITY SOLICITOR
MUNICIPAL SERVICES BUILDING
1401 JFK BLVD 5TH FLOOR
PHILADELPHIA PA 19102-1595
MEGAN.HARPER@PHILA.GOV

006336P002-1447A-042
CLOVER CORTEZ LLC
CHAD KELLER
601 N ASHLEY DR STE 700
TAMPA FL 33602
CKELLER@CLOVER-PROPERTIES.COM

006336S002-1447A-042
CLOVER CORTEZ LLC
COMMONWEALTH COMMERCIAL PARTNERS
CATHY STERRETT
400 NORTH ASHLEY DR
STE 1900
TAMPA FL 33602
CSTERRETT@COMMONWEALTHCOMMERCIAL.COM

000086P001-1447S-042
COLEMAN & DEMPSEY LLP
ARLENE L COLEMAN
TWO RAVINIA DRIVE STE 1250
ATLANTA GA 30346
ACOLEMAN@COLEMAN-DEMPSEY.COM

000107P002-1447S-042
COOPER LEVENSON P.A.
STACEY MATTIA
30 FOX HUNT DRIVE
BEAR DE 19701
SMATTIA@COOPERLEVENSON.COM

006169S002-1447A-042
CROSS COUNTY ASSOCIATES LIMITED PARTNERSHIP
CROSS COUNTY OWNER, LLC
DEBBY ZIEG MAINTENANCE DEPT
3611 14TH AVE
STE 420
BROOKLYN NY 11218
maintenance@madisonprop.com

011924S002-1447A-042
CROSS COUNTY OWNER LLC
DEBBY ZIEG MAINTENANCE DEPT
3611 14TH AVE
STE 420
BROOKLYN NY 11218
maintenance@madisonprop.com

006169S001-1447A-042
CROSS COUNTY OWNER, LLC
LOCKBOX 865080
PO BOX 865080
ORLANDO FL 32886
JERRELL@MADISONPROP.COM

011924S001-1447A-042
CROSS COUNTY OWNER, LLC
LOCKBOX 865080
PO BOX 865080
ORLANDO FL 32886
JERRELL@MADISONPROP.COM

006659P002-1447A-042
DAASLY INC
8004 NW 154 ST 632
MIAMI LAKES FL 33016
ADMIN@DAASLY.COM

**YouFit Health Clubs, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**

006226S003-1447A-042
DANIA LIVE 1748 LLC
PO BOX 62045
NEWARK NJ 07101
SPHELPS@KIMCOREALTY.COM

000018P001-1447S-042
DELAWARE ATTORNEY GENERAL
BANKRUPTCY DEPT
CARVEL STATE OFFICE BLDG
820 N FRENCH ST 6TH FL
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

000012P002-1447S-042
DELAWARE DIVISION OF REVENUE
CHRISTINA ROJAS
CARVEL STATE OFFICE BUILD 8TH FL
820 N FRENCH ST
WILMINGTON DE 19801
CHRISTINA.ROJAS@DELAWARE.GOV

000008P001-1447S-042
DELAWARE SECRETARY OF STATE
DIV OF CORPORATIONS FRANCHISE TAX
PO BOX 898
DOVER DE 19903
DOSDOC_FTAX@STATE.DE.US

006205S002-1447A-042
EBLR, LLC
DE PRIMA LLC
EBLR LLC
700 FRONT ST
STE 2302
SAN DIEGO CA 92102
DK@DEPRIMAVENTURES.COM

006670S001-1447A-042
EBLR, LLC
DE PRIMA LLC
EBLR LLC
700 FRONT ST
STE 2302
SAN DIEGO CA 92102
DK@DEPRIMAVENTURES.COM

000091P001-1447S-042
FERRY JOSEPH P.A.
RICK S MILLER,ESQ
824 MARKET ST.,STE 1000
P O BOX 1351
WILMINGTON DE 19899-1351
RMILLER@FERRYJOSEPH.COM

000061P001-1447S-042
FROST BROWN TODD LLC
RONALD E GOLD;ERIN P SEVERINI;KENDAL HARDISON
3300 GREAT AMERICAN TOWER
301 EAST FOURTH ST
CINCINNATI OH 45202
RGOLD@FBTLAW.COM

000061P001-1447S-042
FROST BROWN TODD LLC
RONALD E GOLD;ERIN P SEVERINI;KENDAL HARDISON
3300 GREAT AMERICAN TOWER
301 EAST FOURTH ST
CINCINNATI OH 45202
ESEVERINI@FBTLAW.COM

000061P001-1447S-042
FROST BROWN TODD LLC
RONALD E GOLD;ERIN P SEVERINI;KENDAL HARDISON
3300 GREAT AMERICAN TOWER
301 EAST FOURTH ST
CINCINNATI OH 45202
KHARDISON@FBTLAW.COM

006180S001-1447A-042
GATEWAY RETAIL CENTER LLC
STARK & STARK
JOSEPH H. LEMKIN
993 LENOX DRIVE
LAWRENCEVILLE NJ 08648
jlemkin@stark-stark.com

006196S001-1447A-042
GATOR ARGATE GAINESVILLE LLC
STARK & STARK
993 LENOX DRIVE
LAWRENCEVILLE NJ 08648
jlemkin@stark-stark.com

000081P001-1447S-042
GATOR FLOWER MOUND LLC
MARK SHANDLER
7850 NW 146TH ST.,4TH FLOOR
MIAMI LAKES FL 33016
MSHANDLER@GATORINV.COM

006176S002-1447A-042
GATOR GREEN ACRES LTD
STARK & STARK
JOESEPH H. LEMKIN
993 LENOX DRIVE
LAWRENCEVILLE NJ 08648
JLEMKIN@STARK-STARK.COM

012437P002-1447A-042
GOOGLE LLC
WHITE AND WILLIAMS LLP AMY VULPIO
1650 MARKET ST STE 1800
PHILADELPHIA PA 19103
VULPIOA@WHITEANDWILLIAMS.COM

000104P001-1447S-042
GRAY ROBINSON P.A.
STEVEN J SOLOMON,ESQ
333 S.E. 2ND AVE.,STE 3200
MIAMI FL 33131
STEVEN.SOLOMON@GRAY-ROBINSON.COM

000002P001-1447S-042
GREENBERG TRAURIG LLP
DENNIS A MELORO
1007 NORTH ORANGE STREET
SUITE 1200
WILMINGTON DE 19801
MELOROD@GTLAW.COM

000003P001-1447S-042
GREENBERG TRAURIG LLP
NANCY A PETERMAN
77 WEST WACKER DRIVE
SUITE 3100
CHICAGO IL 60601
PETERMANN@GTLAW.COM

000004P002-1447S-042
GREENBERG TRAURIG LLP
ERIC HOWE
77 WEST WACKER DRIVE
SUITE 3100
CHICAGO IL 60601
HOWEE@GTLAW.COM

000056P001-1447S-042
GREYLION
PERELLA WEINBERG PARTNERS LP
ELLEN ROSENBERG
767 FIFTH AVENUE
NEW YORK NY 10153
ellen@greylioncapital.com

000057P001-1447S-042
GREYLION
LATHAM & WATKINS LLP
JOHAN (HANS) V. BRIGHAM
200 CLARENDON STREET
BOSTON MA 02116
JOHAN.BRIGHAM@LW.COM

063465S001-1447A-042
GRI-EQY (QUAIL ROOST) LLC
MARIA MUNERA ASST PROPERTY MGR
JLL
PO BOX 972834
MIAMI FL 33197
MARIA.MUNERA@AM.JL.COM

006516S004-1447A-042
GRI-EQY (QUAIL ROOST) LLC
MARIA MUNERA ASST PROPERTY MGR
JLL
PO BOX 972834
MIAMI FL 33197
MARIA.MUNERA@AM.JL.COM

000105P001-1447S-042
HILLSBOROUGH COUNTY TAX COLLECTOR
BRIAN T FITZGERALD,ESQ
SENIOR ASST COUNTY ATTORNEY
POST OFFICE BOX 1110
TAMPA FL 33601-1110
FITZGERALDB@HILLSBOROUGHCOUNTY.ORG

**YouFit Health Clubs, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**

| | |
|---|---|
| 000065P001-1447S-042<br>HOGAN LOVELLS US LLP<br>ATTN: DAVID P. SIMONDS AND CHRISTOPHER R. BRYANT<br>1999 AVENUE OF THE STARS<br>SUITE 1400<br>LOS ANGELES CA 90067<br>DAVID.SIMONDS@HOGANLOVELLS.COM | 000065P001-1447S-042<br>HOGAN LOVELLS US LLP<br>ATTN: DAVID P. SIMONDS AND CHRISTOPHER R. BRYANT<br>1999 AVENUE OF THE STARS<br>SUITE 1400<br>LOS ANGELES CA 90067<br>CHRIS.BRYANT@HOGANLOVELLS.COM |
| 000060P001-1447S-042<br>HOLLAND & KNIGHT<br>PHILLIP W NELSON;JOSHUA M SPENCER;ANASTASIA M SOTI<br>150 N RIVERSIDE PLAZA STE 2700<br>CHICAGO IL 60606<br>PHILLIP.NELSON@HKLAW.COM | 000060P001-1447S-042<br>HOLLAND & KNIGHT<br>PHILLIP W NELSON;JOSHUA M SPENCER;ANASTASIA M SOTI<br>150 N RIVERSIDE PLAZA STE 2700<br>CHICAGO IL 60606<br>JOSHUA.SPENCER@HKLAW.COM |
| 000060P001-1447S-042<br>HOLLAND & KNIGHT<br>PHILLIP W NELSON;JOSHUA M SPENCER;ANASTASIA M SOTI<br>150 N RIVERSIDE PLAZA STE 2700<br>CHICAGO IL 60606<br>ANASTASIA.SOTIROPOULOS@HKLAW.COM | 006834P001-1447A-042<br>HORIZON VILLAGE SC LLC<br>JBL ASSET MANAGEMENT LLC<br>2028 HARRISON ST<br>STE 202<br>HOLLYWOOD FL 33020<br>STEFAN@JBLMGMT.COM |
| 006834P001-1447A-042<br>HORIZON VILLAGE SC LLC<br>JBL ASSET MANAGEMENT LLC<br>2028 HARRISON ST<br>STE 202<br>HOLLYWOOD FL 33020<br>SABRINA@JBLMGMT.COM | 006834P001-1447A-042<br>HORIZON VILLAGE SC LLC<br>JBL ASSET MANAGEMENT LLC<br>2028 HARRISON ST<br>STE 202<br>HOLLYWOOD FL 33020<br>MARC@JBLMGMT.COM |
| 006834P001-1447A-042<br>HORIZON VILLAGE SC LLC<br>JBL ASSET MANAGEMENT LLC<br>2028 HARRISON ST<br>STE 202<br>HOLLYWOOD FL 33020<br>EMIL@JBLMGMT.COM | 006834P001-1447A-042<br>HORIZON VILLAGE SC LLC<br>JBL ASSET MANAGEMENT LLC<br>2028 HARRISON ST<br>STE 202<br>HOLLYWOOD FL 33020<br>ISABEL@JBLMGMT.COM |
| 006834P001-1447A-042<br>HORIZON VILLAGE SC LLC<br>JBL ASSET MANAGEMENT LLC<br>2028 HARRISON ST<br>STE 202<br>HOLLYWOOD FL 33020<br>ACCOUNTING@JBLMGMT.COM | 006834P001-1447A-042<br>HORIZON VILLAGE SC LLC<br>JBL ASSET MANAGEMENT LLC<br>2028 HARRISON ST<br>STE 202<br>HOLLYWOOD FL 33020<br>JAKE@JBLMGMT.COM |
| 006834P001-1447A-042<br>HORIZON VILLAGE SC LLC<br>JBL ASSET MANAGEMENT LLC<br>2028 HARRISON ST<br>STE 202<br>HOLLYWOOD FL 33020 | 000082P001-1447S-042<br>HULEN POINTE RETAIL LLC<br>BO AVERY<br>4801 HARBOR DRIVE<br>FLOWER MOUND TX 75022<br>BO@TRIMARSH.COM |
| 000093P001-1447S-042<br>IURILLO LAW GROUP PA<br>CAMILLE J IURILLO;KEVIN L HING<br>5628 CENTRAL AVE<br>ST PETERSBURG FL 33707<br>CIURILLO@IURILLOLAW.COM | 000093P001-1447S-042<br>IURILLO LAW GROUP PA<br>CAMILLE J IURILLO;KEVIN L HING<br>5628 CENTRAL AVE<br>ST PETERSBURG FL 33707<br>KHING@IURILLOLAW.COM |
| 006193S002-1447A-042<br>JAHCO SPRING CREEK VILLAGE, LLC<br>JEFF NORMAN PRESIDENT<br>JAH REALTY LP<br>1008 E HEFNER RD<br>OKLAHOMA CITY OK 73131<br>JEFF.NORMAN@JAHCO.NET | 011929S003-1447A-042<br>JAHCO SPRING CREEK VILLAGE, LLC<br>JEFF NORMAN PRESIDENT<br>JAH REALTY LP<br>1008 E HEFNER RD<br>OKLAHOMA CITY OK 73131<br>JEFF.NORMAN@JAHCO.NET |
| 000084P001-1447S-042<br>JASON BLANK<br>JOSHUA EGGNATZ;<br>EGGNATZ PASCUCCI<br>7450 GRIFFIN RD.,STE 230<br>DAVIE FL 33314<br>JEGGNATZ@JUSTICEEARNED.COM | 000075P002-1447S-042<br>KELLEY DRYE & WARREN LLP<br>ROBERT L LEHANE;MARK SCOTT<br>PHILLIP A. WEINTRAUB<br>101 PARK AVE<br>NEW YORK NY 10178<br>RLEHANE@KELLEYDRYE.COM |
| 000075P002-1447S-042<br>KELLEY DRYE & WARREN LLP<br>ROBERT L LEHANE;MARK SCOTT<br>PHILLIP A. WEINTRAUB<br>101 PARK AVE<br>NEW YORK NY 10178<br>MASCOTT@KELLEYDRYE.COM | 000075P002-1447S-042<br>KELLEY DRYE & WARREN LLP<br>ROBERT L LEHANE;MARK SCOTT<br>PHILLIP A. WEINTRAUB<br>101 PARK AVE<br>NEW YORK NY 10178<br>KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM |
| 000075P002-1447S-042<br>KELLEY DRYE & WARREN LLP<br>ROBERT L LEHANE;MARK SCOTT<br>PHILLIP A. WEINTRAUB<br>101 PARK AVE<br>NEW YORK NY 10178<br>PWEINTRAUB@KELLEYDRYE.COM | 006183S001-1447A-042<br>KIRELAND CORAL TERRACE , LLC<br>MELISSA MUNCHICK ESQ<br>18851 NE 29TH AVE<br>STE 303<br>AVENTURA FL 33180<br>MMUNCHICK@KB-ATTORNEYS.COM |

**YouFit Health Clubs, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**

01/21/2021 11:21:24 PM

011753S001-1447A-042
KIZMAY OF FLORIDA INC
500 North Broadway, Suite 201
PO BOX 9010
JERICHO NY 11743
agraham@kimcorealty.com

011368P001-1447A-042
LAURICELLA MANHATTAN LLC
MR LOUIS LAURICELLA
1200 S CLEARVIEW PKWY
STE 1166
NEW ORLEANS LA 70123
HTOUPS@LAURICELLALAND.COM

000080P001-1447S-042
LAW OFFICES OF KENNETH L BAUM LLC
KENNETH L BAUM,ESQ
167 MAIN ST
HACKENSACK NJ 07601
KBAUM@KENBAUMDEBTSOLUTIONS.COM

000066P001-1447S-042
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ELIZABETH WELLER
2777 N STEMMONS FREEWAY STE 1000
DALLAS TX 75207
DALLAS.BANKRUPTCY@PUBLICANS.COM

000066P001-1447S-042
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ELIZABETH WELLER
2777 N STEMMONS FREEWAY STE 1000
DALLAS TX 75207
BETHW@PUBLICANS.COM

000101P001-1447A-042
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
JOHN P DILLMAN
P O BOX 3064
HOUSTON TX 77253-3064
HOUSTON_BANKRUPTCY@PUBLICANS.COM

011369P001-1447A-042
LOCH RAVEN SHOPPING CENTER LLC
ALLEN AND ROCKS INC
1960 GALLOWS RD
STE 300
VIENNA VA 22128
RTURNER@ROCKSCO.COM

011749P001-1447A-042
MADE VENTURE HOLDINGS LLC
NEW GROUP MANAGEMENT
1140 NE 163RD ST
STE 28
N. MIAMI BEACH FL 33162
TONY@NEWGROUPMGMT.COM

000089P001-1447S-042
MANATEE COUNTY TAX COLLECTOR , KEN BURTON JR.
ATTN: MICHELLE LEESON, PARALEGAL, COLLECTIONS SPEC
1001 3RD AVE WEST
SUITE 240
BRADENTON FL 34205-7863
LEGAL@TAXCOLLECTOR.COM

000069P001-1447S-042
MARICOPA COUNTY ATTORNEY'S OFFICE
PETER MUTHIG
225 W MADISON ST
PHOENIX AZ 85003
MUTHIGK@MCAO.MARICOPA.GOV

000090P001-1447S-042
MCCREARY VESELKA BRAGG & ALLEN PC
TARA LEDAY,ESQ
P O BOX 1269
ROUND ROCK TX 78680
TLEDAY@MVBALAW.COM

000064P001-1447S-042
MONZACK MERSKY BROWDER AND HOCHMAN PA
RACHEL B MERSKY
1201 N ORANGE ST.,STE 400
WILMINGTON DE 19801
RMERSKY@MONLAW.COM

000007P002-1447S-042
OFFICE OF THE US TRUSTEE
HANNAH MCCOLLUM
844 KING ST
STE 2207
WILMINGTON DE 19801
HANNAH.MCCOLLUM@USDOJ.GOV

000100P001-1447S-042
OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVCIES (
DEB SECREST,AUTHORIZED AGENT
DEPT OF LABOR & INDUSTRY,COMMONWEALTH OF PENNSYLVA
COLLECTIONS SUPPORT UNIT
651 BOAS ST.,RM 925
HARRISBURG PA 17121
RA-LI-UCTS-BANKRUPT@STATE.PA.US

000102P001-1447S-042
PACHULSKI STANG ZIEHL & JONES LLP
BRADFORD J SANDLER;COLIN R ROBINSON
919 N MARKET ST.,17TH FLOOR
WILMINGTON DE 19801
BSANDLER@PSZJLAW.COM

000102P001-1447S-042
PACHULSKI STANG ZIEHL & JONES LLP
BRADFORD J SANDLER;COLIN R ROBINSON
919 N MARKET ST.,17TH FLOOR
WILMINGTON DE 19801
CROBINSON@PSZJLAW.COM

011922P002-1447A-042
PARTRIDGE EQUITY GROUP I LLC
KASSANDRA MOSCATO
SENIOR PROPERTY MANAGER
1769 NE 33RD ST
POMPANO BEACH FL 33064
KM@PARTRIDGEEQUITIES.COM

000063P001-1447S-042
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
EBONEY COBB
500 E BORDER ST.,STE 640
ARLINGTON TX 76010
ECOBB@PBFCM.COM

000242S002-1447A-042
PMAT ALGIERS PLAZA, LLC
N3 REAL ESTATE
1240 N KIBALL AVE
SOUTHLAKE TX 76092
DHANLEY@N3REALESTATE.COM

006192S003-1447A-042
PMAT ALGIERS PLAZA, LLC
N3 REAL ESTATE
1240 N KIBALL AVE
SOUTHLAKE TX 76092
DHANLEY@N3REALESTATE.COM

006815S001-1447A-042
POLYGLASS USA INC
DEPT 2663
PO BOX 122663
DALLAS TX 75312-1238
AR@POLYGLASS.COM

006815S001-1447A-042
POLYGLASS USA INC
THE SHOPPING CENTER GROUP
TIFFANY GONZALEZ, PROPERTY MANAGER
300 GALLERIA PARKWAY
12TH FLOOR
ATLANTA GA 30339
tiffany.gonzalez@tscg.com

000067P001-1447S-042
RICHARDS LAYTON & FINGER PA
JOHN H KNIGHT;MARISA A TERRANOVA FISSEL
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
KNIGHT@RLF.COM

000067P001-1447S-042
RICHARDS LAYTON & FINGER PA
JOHN H KNIGHT;MARISA A TERRANOVA FISSEL
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
TERRANOVAFISSEL@RLF.COM

**YouFit Health Clubs, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000099P001-1447S-042<br>RICHARDS LAYTON & FINGER PA<br>AMANDA R STEELE;BRENDAN J SCHLAUCH;MEGAN E KENNEY<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>STEELE@RLF.COM | 000099P001-1447S-042<br>RICHARDS LAYTON & FINGER PA<br>AMANDA R STEELE;BRENDAN J SCHLAUCH;MEGAN E KENNEY<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>SCHLAUCH@RLF.COM | 000099P001-1447S-042<br>RICHARDS LAYTON & FINGER PA<br>AMANDA R STEELE;BRENDAN J SCHLAUCH;MEGAN E KENNEY<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>KENNEY@RLF.COM | 000108P001-1447S-042<br>ROBERTS LAW PLLC<br>KELLY ROBERTS,ESQ<br>2075 MAIN ST.,STE 23<br>SARASOTA FL 34237<br>KELLY@KELLYROBERTSLAW.COM |
| 000087P001-1447S-042<br>SACKS TIERNEY PA<br>RANDY NUSSBAUM;PHILIP R RUDD<br>4250 N DRINKWATER BLVD.,4TH FLOOR<br>SCOTTSDALE AZ 85251<br>RANDY.NUSSBAUM@SACKSTIERNEY.COM | 000087P001-1447S-042<br>SACKS TIERNEY PA<br>RANDY NUSSBAUM;PHILIP R RUDD<br>4250 N DRINKWATER BLVD.,4TH FLOOR<br>SCOTTSDALE AZ 85251<br>PHILIP.RUDD@SACKSTIERNEY.COM | 000078P001-1447S-042<br>SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE B DISABATINO,ESQ<br>1201 NORTH MARKET ST.,STE 2300<br>P O BOX 1266<br>WILMINGTON DE 19899<br>MONIQUE.DISABATINO@SAUL.COM | 000079P001-1447S-042<br>SAUL EWING ARNSTEIN & LEHR LLP<br>MELISSA A MARTINEZ, ESQ<br>CENTRE SQUARE WEST<br>1500 MARKET ST.,38TH FLOOR<br>PHILADELPHIA PA 19102-2186<br>MELISSA.MARTINEZ@SAUL.COM |
| 006847P001-1447A-042<br>SCOTTSDALE RETAIL CENTER 02 LLC<br>LAKE AND COBB PLC<br>DON C FLETCHER<br>1095 W RIO SALADO PKWY<br>STE 206<br>TEMPE AZ 85281<br>DFLETCHER@LAKEANDCOBB.COM | 000020P001-1447S-042<br>SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549<br>SECBANKRUPTCY@SEC.GOV | 000021P001-1447S-042<br>SECURITIES AND EXCHANGE COMMISSION<br>PHIL OFC    BANKRUPTCY DEPT<br>ONE PENN CTR<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103<br>SECBANKRUPTCY@SEC.GOV | 000062P001-1447S-042<br>SIMON PROPERTY GROUP INC<br>RONALD M TUCKER,ESQ<br>225 WEST WASHINGTON ST<br>INDIANAPOLIS IN 46204<br>RTUCKER@SIMON.COM |
| 000074P001-1447S-042<br>SINGER & LEVICK PC<br>MICHELLE E SHRIRO,ESQ<br>16200 ADDISON RD.,STE 140<br>ADDISON TX 75001<br>MSHRIRO@SINGERLEVICK.COM | 000096P001-1447S-042<br>SPOTTS FAIN PC<br>NEIL MCCULLAGH;KARL A MOSES JR<br>411 EAST FRANKLIN ST.,STE 600<br>RICHMOND VA 23219<br>NMCCULLAGH@SPOTTSFAIN.COM | 000096P001-1447S-042<br>SPOTTS FAIN PC<br>NEIL MCCULLAGH;KARL A MOSES JR<br>411 EAST FRANKLIN ST.,STE 600<br>RICHMOND VA 23219<br>KMOSES@SPOTTSFAIN.COM | 000068P001-1447S-042<br>STARK & STARK PC<br>JOSEPH H LEMKIN,ESQ<br>P O BOX 5315<br>PRINCETON NJ 08543<br>JLEMKIN@STARK-STARK.COM |
| 012407P001-1447A-042<br>THE PENSION STUDIO<br>TPS ANCILLARY SVC LLC<br>1226 OMAR RD<br>WEST PALM BEACH FL 33405<br>INFO@THEPENSIONSTUDIO.COM | 006133S003-1447A-042<br>TKG-STORAGE MART PARTNERS PORTFOLIO LLC<br>ANGEL MORALES REGIONAL MANAGER<br>2021 GRIFFIN RD<br>FT LAUDERDALE FL 33312<br>ANGEL.MORALES@STORAGE-MART.COM | 000009P001-1447S-042<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY  ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | 000077P001-1447S-042<br>WESTERNBURG & THORNTON PC<br>STEVEN THORNTON<br>10440 N CENTRAL EXPRESSWAY STE 800<br>DALLAS TX 75231<br>STEVE@MWTLAW.COM |
| 006202P001-1447A-042<br>WESTWOOD PLAZA LLC<br>STUDENT HOUSING SOLUTIONS LLC<br>COMMERCIAL PROPERTY MANAGER<br>2020 WEST PENSACOLA ST STE #300<br>TALLAHASSEE FL 32304<br>JENNIFER@STUDENTHOUSINGSOLUTIONS.COM | 000070P001-1447S-042<br>WILES & WILES LLP<br>VICTOR W NEWMARK,ESQ<br>800 KENNESAW AVE.,STE 400<br>MARIETTA GA 30060-7946<br>BANKRUPTCY@EVICT.NET | 000098P001-1447S-042<br>WINSTEAD PC<br>JASON A ENRIGHT<br>500 WINSTEAD BUILDING<br>2728 N HARWIID ST<br>DALLAS TX 75201<br>JENRIGHT@WINSTEAD.COM | 000023P001-1447S-042<br>WINSTON & STRAWN<br>GREGORY M GARTLAND<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>GGARTLAND@WINSTON.COM |

**YouFit Health Clubs, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**

01/21/2021 11:21:24 PM

| | | | |
|---|---|---|---|
| 000022P001-1447S-042<br>WINSTON & STRAWN LLP<br>CAREY D SCHREIBER<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>CSCHREIBER@WINSTON.COM | 000059P001-1447S-042<br>WINSTON & STRAWN LLP<br>MICHAEL T LEARY<br>333 SOUTH GRAND AVE.,38TH FLOOR<br>LOS ANGELES CA 90071<br>MTLEARY@WINSTON.COM | 000092P001-1447S-042<br>WOMBLE BOND DICKINSON (US)LLP<br>KEVIN J MANGAN<br>1313 NORTH MARKET ST.,STE 1200<br>WILMINGTON DE 19801<br>KEVIN.MANGAN@WBD-US.COM | 000058P001-1447S-042<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>JBARRY@YCST.COM |
| 000058P001-1447S-042<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>AMAGAZINER@YCST.COM | 000058P001-1447S-042<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>JMULVIHILL@YCST.COM | 000058P001-1447S-042<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>BANKFILINGS@YCST.COM | |

Records Printed :  **127**

**EXHIBIT 3**

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

006198P001-1447A-042
1525 SMITH STREET ASSOCIATES LLC
139 CHARLES ST UNIT 216
BOSTON MA 02114

011754P001-1447A-042
16 BETHANY STATION LLC
JAMES M SHOUGH
4771 N 20TH STREET SUITE B22
PHOENIX AZ 85016

011754S001-1447A-042
16 BETHANY STATION, LLC
RED MOUNTAIN GROUP INC
LEASE ADM
1234 E 17TH ST
SANTA ANA CA 92701

006214P001-1447A-042
79 BISCAYNE LLC
GLOBAL REALTY AND MANAGEMENT FL INC
4125 NW 88TH AVE
SUNRISE FL 33351

006214S001-1447A-042
79 BISCAYNE LLC
ALAN J MARCUS REGISTERED AGENT
20803 BISCAYNE BLVD
AVENTURA FL 33180

006214S002-1447A-042
79 BISCAYNE LLC
GABRIEL NAVARRO
9155 S DADELAND BLVD
STE 1216
MIAMI FL 33156

011876P001-1447A-042
ABC FINANCIAL SVC LLC
MICHAEL ESCOBEDO COO
PO BOX 6800
N LITTLE ROCK AR 72124

006322P001-1447A-042
AETNA
PO BOX 804735
CHICAGO IL 60680-4108

006365P001-1447A-042
AETNA LIFE INSURANCE CO
151 FARMINGTON AVE
HARTFORD CT 06156

006211P001-1447A-042
AJ REAL ESTATE INVESTMENTS LLC
2323 CROWN RD
DALLAS TX 75229

006211S001-1447A-042
AJ REAL ESTATE INVESTMENTS LLC
3265 BROADWAY BLVD
STE 100
GARLAND TX 75043

000068P001-1447A-042
ALL PHASE SECURITY INC
114 49TH ST SOUTH
ST. PETERSBURG FL 33707

006223P001-1447A-042
ARENA SHOPPES LLLP
3550 BISCAYNE BLVD STE 501
STE 501
MIAMI FL 33137

006223S001-1447A-042
ARENA SHOPPES LLLP
ONYX MANAGEMENT ENTERPRISES LLC
2150 CORAL WAY STE 4A
CORAL GABLES FL 33145

006330P001-1447A-042
ARENA SHOPPES LLLP
2150 CORAL WAY
STE 4A
MIAMI FL 33145

000017P001-1447S-042
ARIZONA ATTORNEY GENERAL'S OFFICE
PO BOX 6123
MD 7611
PHOENIX AZ 85005-6123

011980P001-1447A-042
ASCAP
21678 NETWORK PL
CHICAGO IL 60673-1216

000097P001-1447S-042
ASHBY & GEDDES PA
STACY L NEWMAN,ESQ
500 DELAWARE  AVE, 8TH FLOOR
P O BOX 1150
WILMINGTON DE 19899-1150

006331P001-1447A-042
BAILEY COVE, LLC
CHASE COMMERCIAL REAL ESTATE SVC
PO BOX 18153
HUNTSVILLE AL 35804

006422P001-1447A-042
BAILEY COVE, LLC
CHASE COMMERCIAL REAL ESTATE SVC
7900 BAILEY COVE RD SE
HUNTSVILLE AL 35802

000071P001-1447S-042
BALLARD SPAHR LLP
LESLIE C HEILMAN;LAUREL D ROGLEN
919 N MARKET ST.,11TH FLOOR
WILMINGTON DE 19801-3034

000072P002-1447S-042
BALLARD SPAHR LLP
DAVID L POLLACK; LINDSEY ZIONTS
1735 MARKET ST.,51ST FLOOR
PHILADELPHIA PA 19103=7599

000094P001-1447S-042
BARCLAY DAMON LLP
KEVIN M NEWMAN
BARCLAY DAMON TOWER
125 EAST JEFFERSON ST
SYRACUSE NY 13202

000095P001-1447S-042
BARCLAY DAMON LLP
SCOTT L FLEISCHER
1270 AVENUE OF THE AMERICAS STE 501
NEW YORK NY 10020

000062P001-1447A-042
BAY ALARM CO
5130 COMMERCIAL CIR
CONCORD CA 94520

006398P001-1447A-042
BEACH HOLDING INC
696 NE 125TH ST
NORTH MIAMI FL 33161

006398S001-1447A-042
BEACH HOLDING INC
BEACH HOLDING INC
PO BOX 611030
NORTH MIAMI FL 33261

000073P001-1447S-042
BERGER SINGERMAN LLP
BRIAN G RICH,ESQ
313 NORTH MONROE ST.,STE 301
TALLAHASSEE FL 32301

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

---

000076P001-1447S-042
BERGER SINGERMAN LLP
MICHAEL J NILES, ESQ
313 NORTH MONROE ST.,STE 301
TALLAHASSEE FL 32301

000088P001-1447S-042
BIELLI & KLAUDER LLC
DAVID M KLAUDER,ESQ
1204 N KING ST
WILMINGTON DE 19801

006215S001-1447A-042
BLDG-ICS OLNEY LLC
MC CAUSLAND KEEN AND BUCKMAN
259 N. RADNOR-CHESTER RD RADNOR CT STE 160
RADNOR CT STE 160
RADNOR PA 19087

006399P001-1447A-042
BOYNTON BEACH MALL LLC
180 EAST BROAD ST
COLUMBUS OH 43215

000085P001-1447S-042
BROWARD COUNTY ATTORNEY
SCOTT ANDRON,ASSISTANT COUNTY ATTORNEY
GOVERNMENT CENTER STE 423
115 SOUTH ANDREWS AVE
FORT LAUDERDALE FL 33301

006197P001-1447A-042
BSF RICHMOND LP
BOND COMPANIES INC
ROBERT BOND
350 WEST HUBBARD ST STE 450
CHICAGO IL 60654

006149P001-1447A-042
CAPITAL GROWTH OF VENICE LLC
STEVEN P LIPKINS
15 VALLEY DRIVER
GREENWICH CT 06831

006149S001-1447A-042
CAPITAL GROWTH OF VENICE LLC
POINT GROUP ADVISORS
MARIA HENDERSON
8211 W BROWARD BLVD
PLANTATION FL 33324

006149S002-1447A-042
CAPITAL GROWTH OF VENICE LLC
1991 MAIN ST
STE 183
SARASOTA FL 34236

006149S003-1447A-042
CAPITAL GROWTH OF VENICE LLC
PO BOX 935455
ATLANTA GA 31193-5455

006177P001-1447A-042
CARROLLWOOD PARTNERS LLC
IDEAL MANAGEMENT CO
12568 N KENDALL DR
MIAMI FL 33186

006177S001-1447A-042
CARROLLWOOD PARTNERS LLC
SHUMAN AND SHUMAN PA
MARTIN J SHUHAM
1930 HARRISON ST
STE 206
HOLLYWOOD FL 33020

006177S002-1447A-042
CARROLLWOOD PARTNERS LLC
IDEAL MANAGEMENT
12568 SW 88TH ST
MIAMI FL 33186

006435P001-1447A-042
CBIZ MHM, LLC
2255 GLADES RD
STE 321A
BOCA RATON FL 33431

006435S001-1447A-042
CBIZ MHM, LLC
PO BOX 953152
ST LOUIS MO 63195-3152

006209P001-1447A-042
CEDAR HILLS CONSOLIDATED LLC
VICTORY REAL ESTATE INVESTMENTS LLC
LEASING DEPT
240 BROOKSTONE CENTRE PKWY
COLUMBUS GA 31904

006209S001-1447A-042
CEDAR HILLS CONSOLIDATED LLC
DAVID KENDRICK
FLOYD AND KENDRICK LLC
415 S West St
BAINBRIDGE GA 39819-3913

011928P001-1447A-042
CH REALTY VII R ORLANDO ALTAMONTE LLC
3340 PEACHTREE RD NE
STE 2250
ATLANTA GA 30326

011928S001-1447A-042
CH REALTY VII R ORLANDO ALTAMONTE LLC
PO BOX 848266
DALLAS TX 75284-8266

011928S002-1447A-042
CH REALTY VII R ORLANDO ALTAMONTE LLC
ASSET MANAGER ALTAMONTE
3819 MAPLE AVE
DALLAS TX 75219

011928S003-1447A-042
CH REALTY VIIR ORLANDO ALTAMONTE, LLC
CIMINELLI REAL ESTATE SVC OF FLORIDA LLC
PROPERTY MANAGER ALTAMONTE
14499 NORTH DALE MABRY HWY
STE 200
TAMPA FL 33618

011983P001-1447A-042
CHAMPION ENERGY SVC
A CALPINE CO
02524 N GALLOWAY AVE
MESQUITE TX 75150

011983S001-1447A-042
CHAMPION ENERGY SVC
ELECTRIC GENERATION SUPPLIER
1500 RANKLIN RD
STE 200
HOUSTON TX 77073

011984P001-1447A-042
CIGNA LIFE INSURANCE
CIGNA
PO BOX 644546
PITTSBURGH PA 15264-4546

000103P001-1447S-042
CITY OF PHILADELPHIA LAW DEPT
MEGAN N HARPER,DEPUTY CITY SOLICITOR
MUNICIPAL SERVICES BUILDING
1401 JFK BLVD 5TH FLOOR
PHILADELPHIA PA 19102-1595

006373P001-1447A-042
CLOUD-ONSITE TECHNOLOGIES INC
18851 NE 29 AVE
STE 700-143
AVENTURA FL 33180

006162P002-1447A-042
CLOVER CORTEZ LLC
CHAD KELLER
601 N ASHLEY DR STE 700
TAMPA FL 33602

006162S001-1447A-042
CLOVER CORTEZ LLC
COMMONWEALTH PARTNERS
CATHY STERRETT
400 NORTH ASHLEY DR
STE 1900
TAMPA FL 33602

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006162S002-1447A-042<br>CLOVER CORTEZ LLC<br>COMMONWEALTH PARTNERS<br>4198 COX RD<br>STE 200<br>GLEN ALLEN VA 23050 | 006336S003-1447A-042<br>CLOVER CORTEZ LLC<br>COMMONWEALTH COMMERCIAL PARTNERS<br>4198 COX RD<br>STE 200<br>GLEN ALLEN VA 23050 | 000086P001-1447S-042<br>COLEMAN & DEMPSEY LLP<br>ARLENE L COLEMAN<br>TWO RAVINIA DRIVE STE 1250<br>ATLANTA GA 30346 | 011985P001-1447A-042<br>COLONIAL LIFE AND ACCIDENT INSURANCE<br>COLONIAL LIFE INSURANCE<br>PROCESSING CENTER<br>P O BOX 1365<br>COLUMBIA, SC 29202-1365 |
| 011945P001-1447A-042<br>COMDATA INC<br>LEGAL DEPT<br>5301 MARYLAND WAY<br>STE 100<br>BRENTWOOD TN 37027-5055 | 011945S001-1447A-042<br>COMDATA INC<br>PO BOX 100647<br>ATLANTA GA 30384-0647 | 006188P001-1447A-042<br>COMPTON PROPERTIES LLLP<br>REAL ESTATE DEPT<br>POST OFFICE BOX 568367<br>ORLANDO FL 32856 | 006337P001-1447A-042<br>COMPTON PROPERTIES LLLP<br>PO BOX 568367<br>ORLANDO FL 32856-8367 |
| 006476P001-1447A-042<br>COMPTON PROPERTIES LLLP<br>102 W PINELOCH ST<br>STE 10<br>ORLANDO FL 32806 | 000107P002-1447S-042<br>COOPER LEVENSON P.A.<br>STACEY MATTIA<br>30 FOX HUNT DRIVE<br>BEAR DE 19701 | 006203P001-1447A-042<br>COOPER MILTON<br>500 NORTH BROADWAY STE 201<br>PO BOX 9010<br>JERICHO NY 11753 | 006203S001-1447A-042<br>COOPER MILTON<br>MILTON COOPER<br>KIMCO REALTY CORP<br>6060 PIEDMONT ROW DR SOUTH STE 200<br>CHARLOTTE NC 28287 |
| 006183P001-1447A-042<br>CORAL TERRACE COMMERCIAL LLC<br>PAN AMERICAN GROUP<br>150 ALHAMBRA CIR STE 925<br>CORAL GABLES FL 33134 | 011947P001-1447A-042<br>CORNERSTONE ONDEMAND INC<br>LEGAL DEPT<br>1601 CLOVERFIELD BLVD<br>STE 600<br>SANTA MONICA CA 94040 | 011986P001-1447A-042<br>CORNERSTONE ONDEMAND INC<br>1601 CLOVERFIELD BLVD<br>STE 620 SOUTH<br>SANTA MONICA CA 90404 | 006186P001-1447A-042<br>CP DEERFIELD LLC<br>SELECT STRATEGIES BROKERAGE<br>5770 HOFFNER AVE STE 102<br>ORLANDO FL 32822 |
| 006186S001-1447A-042<br>CP DEERFIELD LLC<br>THE CORNFELD GROUP<br>3850 HOLLYWOOD BLVD STE 400<br>HOLLYWOOD FL 33021 | 006175P001-1447A-042<br>CP PEMBROKE PINES LLC<br>THE CORNFELD GROUP<br>3859 HOLLYWOOD BLVD STE 400<br>HOLLYWOOD FL 33021 | 006175S001-1447A-042<br>CP PEMBROKE PINES LLC<br>SELECT STRATEGIES BROKERAGE<br>5770 HOFFNER AVE STE 102<br>ORLANDO FL 32822 | 006175S003-1447A-042<br>CP PEMBROKE PINES LLC<br>3850 HOLLYWOOD BLVD<br>STE 400<br>HOLLYWOOD FL 33021 |
| 006175S004-1447A-042<br>CP PEMBROKE PINES LLC<br>PO BOX 865279<br>ORLANDO FL 32886-5279 | 006169P001-1447A-042<br>CROSS COUNTY ASSOCIATES LIMITED PARTNERSHIP<br>3333 NEW HYDE PK RD STE 100<br>PO BOX 5020<br>NEW HYDE PARK NY 11042 | 011924P001-1447A-042<br>CROSS COUNTY OWNER LLC<br>3333 NEW HYDE PK RD STE 100<br>PO BOX 5020<br>NEW HYDE PARK NY 11042 | 006144P001-1447A-042<br>CROSSING SHOPPING VILLAGE ASSOCIATES LLLP<br>6625 MIAMI LAKES DR STE 340<br>MIAMI LAKES FL 33014-2705 |
| 011916P001-1447A-042<br>CROSSINGS SHOPPING VILLAGE ASSOCIATES LLLP<br>6625 MIAMI LAKES DR STE 340<br>MIAMI LAKES FL 33014-2705 | 006226P001-1447A-042<br>DANIA LIVE 1748 LLC<br>500 NORTH BROADWAY STE 201<br>PO BOX 9010<br>JERICHO NY 11753 | 006226S001-1447A-042<br>DANIA LIVE 1748 LLC<br>KIMCO REALTY CORP<br>6060 PIEDMONT ROW DR SOUTH STE 200<br>CHARLOTTE NC 28287 | 006226S002-1447A-042<br>DANIA LIVE 1748 LLC<br>3333 NEW HYDE PK RD<br>STE 100<br>NEW HYDE NY 11042 |

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

006220P001-1447A-042
DDS LIBERTY ROAD LLC
POST OFFICE BOX 32429
PIKESVILLE MD 21208

006661P001-1447A-042
DDS LIBERTY ROAD, LLC
MARYLAND FINANCIAL INVESTORS INC
2800 QUARRY LAKE DR #340
BALTIMORE MD 21209

000018P001-1447S-042
DELAWARE ATTORNEY GENERAL
BANKRUPTCY DEPT
CARVEL STATE OFFICE BLDG
820 N FRENCH ST 6TH FL
WILMINGTON DE 19801

000012P002-1447S-042
DELAWARE DIVISION OF REVENUE
CHRISTINA ROJAS
CARVEL STATE OFFICE BUILD 8TH FL
820 N FRENCH ST
WILMINGTON DE 19801

000008P001-1447S-042
DELAWARE SECRETARY OF STATE
DIV OF CORPORATIONS FRANCHISE TAX
PO BOX 898
DOVER DE 19903

000010P001-1447S-042
DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
401 FEDERAL ST STE 4
DOVER DE 19901

000011P001-1447S-042
DELAWARE STATE TREASURY
BANKRUPTCY DEPT
820 SILVER LAKE BLVD
STE 100
DOVER DE 19904

011987P001-1447A-042
DEX IMAGING LLC STAPLES
DEX IMAGING LLC
PO BAX 17454
CLEAR WATER FL 33762

006219P001-1447A-042
DIM VASTGOED NV
LEGAL DEPT
1600 NORTHEAST MIAMI GARDENS DR
NORTH MIAMI BEACH FL 33179

006219S001-1447A-042
DIM VASTGOED NV
EQUITY ONE REALTY AND MANAGEMENT FL INC
HAMMOCKS TOWN CENTER PROPERTY MANAGER
1550 NORTHEAST MIAMI GARDENS DR STE 500
NORTH MIAMI BEACH FL 33179

011933P002-1447A-042
DIM VASTGOED NV
ONE INDEPENDENT DR STE 114
JACKSONVILLE FL 32202

0119933S001-1447A-042
DIM VASTGOED NV
DIM VASTGOED LANDLORD INC
BRODY AND BRODY PA
JONATHAN E BRODY ESQ
2850 N ANDREWS AVE
FT LAUDERDALE FL 33311

011933S003-1447A-042
DIM VASTGOED NV
HAMMOCKS TOWN CENTER PROPERTY MANAGER
1550 NORTHEAST MIAMI GARDENS DR STE 500
NORTH MIAMI BEACH FL 33179

011988P001-1447A-042
DIRECTTV NATIONAL ACCOUNT COMMERCIAL
CUSTOMER AGREEMENT
DIRECTV
PO BOX 105249
ATLANTA GA 30348

006900P001-1447A-042
DOMO INC
772 E UTAH VLY DR
AMERICAN FORK UT 84003-9773

006670S002-1447A-042
EBLR LLC
FERRY JOSEPH P.A.
RICK S MILLER  ESQ
824 MARKET ST STE 1000
P O BOX 1351
WILMINGTON DE 19899-1351

006670P001-1447A-042
EBLR, LLC
700 FRONT ST
STE #2302
SAN DIEGO CA 92101

011983S002-1447A-042
ELECTRIC GENERATION SUPPLIER
1500 RANKLIN RD
STE 200
HOUSTON TX 77073

006830P001-1447A-042
EQUITY ONE
BRODY AND BRODY PA
JONATHAN E BRODY ESQ
2850 N ANDREWS AVE
FT LAUDERDALE FL 33311

006150P001-1447A-042
EQUITY ONE FLORIDA PORTFOLIO INC
LEGAL DEPT
1600 NORTHEAST MIAMI GARDENS DR
NORTH MIAMI BEACH FL 33179

006150S001-1447A-042
EQUITY ONE FLORIDA PORTFOLIO INC
EQUITY ONE REALTY AND MANAGEMENT FL INC
SHOPPES OF NORTH PORT PROPERTY MANAGER
STE 500 1550 NORTHEAST MIAMI GARDENS DR
NORTH MIAMI BEACH FL 33179

006173P001-1447A-042
EQUITY ONE FLORIDA PORTFOLIO INC
LEGAL DEPT
1600 NE MIAMI GARDENS DR STE 500
NORTH MIAMI BEACH FL 33179

006173S001-1447A-042
EQUITY ONE FLORIDA PORTFOLIO INC
EQUITY ONE REALTY AND MANAGEMENT FL INC
PINE ISLAND PROPERTY MANAGER
1550 NE MIAMI GARDENS DR STE 500
NORTH MIAMI BEACH FL 33179

011925P001-1447A-042
EQUITY ONE FLORIDA PORTFOLIO LLC
EQUITY ONE INC
ONE INDEPENDENT DR
STE 114
JACKSONVILLE FL 32202

000091P001-1447S-042
FERRY JOSEPH P.A.
RICK S MILLER,ESQ
824 MARKET ST.,STE 1000
P O BOX 1351
WILMINGTON DE 19899-1351

006227P001-1447A-042
FLAGLER SC LLC
500 NORTH BROADWAY STE 201
PO BOX 9010
JERICHO NY 11753

006227S001-1447A-042
FLAGLER SC LLC
KIMCO REALTY CORP
6060 PIEDMONT ROW DR SOUTH STE 200
CHARLOTTE NC 28287

000042P001-1447A-042
FORTRESS SECURITY LLC
PO BOX 200337
ARLINGTON TX 76006

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006508P001-1447A-042<br>FORTRESS SECURITY LLC<br>2000 E RANDOL MILL RD<br>STE 611<br>ARLINGTON TX 76011 | 000013P001-1447S-042<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MSA340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 006266P003-1447A-042<br>FRIT COCOWALK OWNER LLC<br>PROPERTY ONE INC<br>4141 VETERANS BLVD<br>STE 300<br>METAIRIE LA 70002 | 006266S001-1447A-042<br>FRIT COCOWALK OWNER LLC<br>LEGON FODIMAN<br>JEFFREY A SUDDUTH; TODD FODIMAN<br>1111 BRICKELL AVE<br>STE 2150<br>MIAMI FL 33133 |
| 006266S002-1447A-042<br>FRIT COCOWALK OWNER LLC<br>LOCKBOX #9320<br>PO BOX 8500<br>PHILADELPHIA PA 19178-9320 | 006266S003-1447A-042<br>FRIT COCOWALK OWNER, LLC<br>FEDERAL REALTY INVESTMENT TRUST<br>LEGAL DEPT<br>1626 E JEFFERSON ST<br>ROCKVILLE MD 20852-4041 | 000061P001-1447S-042<br>FROST BROWN TODD LLC<br>RONALD E GOLD;ERIN P SEVERINI;KENDAL HARDISON<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH ST<br>CINCINNATI OH 45202 | 006136P001-1447A-042<br>FWI 16 LLC<br>BRUCE STRUMPF INC<br>2120 DREW ST<br>CLEARWATER FL 33765 |
| 006136S001-1447A-042<br>FWI 16 LLC<br>FWI 16 LLC<br>197 EIGHTH ST<br>STE #800<br>BOSTON MA 02129 | 006180P002-1447A-042<br>GATEWAY RETAIL CENTER LLC<br>GATOR INVESTMENTS<br>JAMES A GOLDSMITH<br>7850 NW 146TH ST<br>4TH FLOOR<br>MIAMI LAKES FL 33016 | 006180S002-1447A-042<br>GATEWAY RETAIL CENTER LLC<br>7850 NW 146TH ST<br>MIAMI LAKES FL 33016 | 006196P002-1447A-042<br>GATOR ARGATE GAINESVILLE LLC<br>GATOR INVESTMENTS<br>JAMES A. GOLDSMITH<br>7850 NW 146TH ST<br>4TH FLOOR<br>MIAMI LAKES FL 33016 |
| 006196S002-1447A-042<br>GATOR ARGATE GAINESVILLE LLC<br>7850 NW 146TH ST<br>MIAMI LAKES FL 33016 | 000081P001-1447S-042<br>GATOR FLOWER MOUND LLC<br>MARK SHANDLER<br>7850 NW 146TH ST.,4TH FLOOR<br>MIAMI LAKES FL 33016 | 006176P002-1447A-042<br>GATOR GREEN ACRES LTD<br>GATOR INVESTMENTS<br>JAMES A GOLDSMITH<br>7850 NW 146TH ST<br>4TH FLOOR<br>MIAMI LAKES FL 33016 | 006176S001-1447A-042<br>GATOR GREEN ACRES LTD<br>7850 NW 146TH ST<br>MIAMI LAKES FL 33016 |
| 011991P001-1447A-042<br>GLASSDOOR INC<br>DEPT 3436<br>P O BOX 123436<br>DALLAS TX 75312-3436 | 011992P001-1447A-042<br>GLOBAL MUSIC RIGHTS LLC<br>1801 W OLYMPIC BLVD<br>PASADENA, CA 91199-2281 | 006147P001-1447A-042<br>GLOBAL NORTH BAY LLC<br>GLOBAL REALTY AND MANAGEMENT FL INC<br>PROPERTY MANAGEMENT DEPT<br>4125 NW 88TH AVE<br>SUNRISE FL 33351 | 006147S001-1447A-042<br>GLOBAL NORTH BAY LLC<br>COHEN LEGAL<br>RICHARD S COHEN ESQ JASON L COHEN ESQ<br>811-A NORTH OLIVE AVE<br>WEST PALM BEACH FL 33401 |
| 012236P001-1447A-042<br>GOOGLE INC<br>DEPT 33654<br>PO BOX 39000<br>SAN FRANCISCO CA 94139 | 000104P001-1447S-042<br>GRAY ROBINSON P.A.<br>STEVEN J SOLOMON,ESQ<br>333 S.E. 2ND AVE.,STE 3200<br>MIAMI FL 33131 | 011877P002-1447A-042<br>GREAT AMERICAN INSURANCE GROUP<br>ADMINISTRATIVE OFFICES<br>301 EAST 4TH ST<br>CINCINNATI OH 45202 | 011877S001-1447A-042<br>GREAT AMERICAN INSURANCE GROUP<br>REINIG INSURANCE SOLUTIONS<br>TIFFANY WHITE SALES AND MARKETING CIC CISR<br>2425 S YANK CIR<br>LAKEWOOD CO 80228 |
| 011993P001-1447A-042<br>GREAT AMERICAN INSURANCE MULTIPLE<br>SPECIALTY ACCOUNTING<br>PO BOX 89400<br>CLEVELAND OH 44101-6400 | 000002P001-1447S-042<br>GREENBERG TRAURIG LLP<br>DENNIS A MELORO<br>1007 NORTH ORANGE STREET<br>SUITE 1200<br>WILMINGTON DE 19801 | 000003P001-1447S-042<br>GREENBERG TRAURIG LLP<br>NANCY A PETERMAN<br>77 WEST WACKER DRIVE<br>SUITE 3100<br>CHICAGO IL 60601 | 000004P002-1447S-042<br>GREENBERG TRAURIG LLP<br>ERIC HOWE<br>77 WEST WACKER DRIVE<br>SUITE 3100<br>CHICAGO IL 60601 |

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

000055P001-1447S-042
GREYLION
PERELLA WEINBERG PARTNERS
ATTN: GENERAL COUNSEL
767 FIFTH AVENUE
NEW YORK NY 10153

000056P001-1447S-042
GREYLION
PERELLA WEINBERG PARTNERS LP
ELLEN ROSENBERG
767 FIFTH AVENUE
NEW YORK NY 10153

000057P001-1447S-042
GREYLION
LATHAM & WATKINS LLP
JOHAN (HANS) V. BRIGHAM
200 CLARENDON STREET
BOSTON MA 02116

000104P002-1447A-042
GRI EQY CONCORD LLC
ONE INDEPENDENT DR SUITE 114
JACKSONVILLE FL 32202

000104S001-1447A-042
GRI EQY CONCORD LLC
1600 NE Miami Gardens Dr
Miami FL 33179-4900

000104S002-1447A-042
GRI EQY CONCORD LLC
PO BOX 531703
ATLANTA GA 30353-1703

000104S004-1447A-042
GRI EQY CONCORD LLC
PO BOX 536412
ATLANTA GA 30353-6412

000104S003-1447A-042
GRI-EQY (CONCORD) LLC
EQUITY ONE REALTY AND MANAGEMENT FL INC
CONCRD SHOPPING PLAZA PROPERTY MGR
1550 NORTHEAST MIAMI GARDENS DR
STE 500
NORTH MIAMI BEACH FL 33179

006346P001-1447A-042
GRI-EQY (QUAIL ROOST) LLC
PO BOX 664001
DALLAS TX 75266-4001

006346S002-1447A-042
GRI-EQY (QUAIL ROOST) LLC
FIRST WASHINGTON REALTY INC
GENERAL COUNSEL
7200 WISCONSIN AVE
STE 600
BETHESDA MD 20814

006516P001-1447A-042
GRI-EQY (QUAIL ROOST) LLC
4350 EAST WEST HIGHWAY STE 400
BETHESDA MD 20814

006516S002-1447A-042
GRI-EQY (QUAIL ROOST) LLC
LEGAL DEPT
1600 NORTHEAST MIAMI GARDENS DR
NORTH MIAMI BEACH FL 33179

006516S003-1447A-042
GRI-EQY (QUAIL ROOST) LLC
EQUITY ONE REALTY AND MANAGEMENT FL INC
THE SHOPPES AT QUAIL ROOST PROPERTY MANAGER
1550 NORTHEAST MIAMI GARDENS DR
STE 500
NORTH MIAMI BEACH FL 33179

006145P002-1447A-042
HAYS FINANCIAL CONSULTING LLC
AS RECEIVER FOR SINGLETON SQUARE
C/O RETAIL PLANNING CORPORATION
35 JOHNSON FERRY RD
MARIETTA GA 30068

000105P001-1447S-042
HILLSBOROUGH COUNTY TAX COLLECTOR
BRIAN T FITZGERALD,ESQ
SENIOR ASST COUNTY ATTORNEY
POST OFFICE BOX 1110
TAMPA FL 33601-1110

000065P001-1447S-042
HOGAN LOVELLS US LLP
ATTN: DAVID P. SIMONDS AND CHRISTOPHER R. BRYANT
1999 AVENUE OF THE STARS
SUITE 1400
LOS ANGELES CA 90067

000060P001-1447S-042
HOLLAND & KNIGHT
PHILLIP W NELSON;JOSHUA M SPENCER;ANASTASIA M SOTI
150 N RIVERSIDE PLAZA STE 2700
CHICAGO IL 60606

000212P001-1447A-042
HORIZON VILLAGE SC 2 LLC
JBL ASSET MANAGEMENT LLC
2028 HARRISON ST STE 202
HOLLYWOOD FL 33020

000212S001-1447A-042
HORIZON VILLAGE SC 2 LLC
251 LITTLE FALLS DRIVE, WILMINGTON
New Castle DE 19808

000082P001-1447S-042
HULEN POINTE RETAIL LLC
BO AVERY
4801 HARBOR DRIVE
FLOWER MOUND TX 75022

006132P001-1447A-042
INNEX II LLC
8004 NW 154 ST STE 243
MIAMI LAKES FL 33016

006132S001-1447A-042
INNEX II LLC
SAX WILLINGER AND GOLD
600 S ANDREWS AVE
FT LAUDERDALE FL 33301

000005P001-1447S-042
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

000006P001-1447S-042
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016

006148P001-1447A-042
IRT PARTNERS LP
LEGAL DEPT
1600 NORTHEAST MIAMI GARDENS DR
NORTH MIAMI BEACH FL 33179

006148S001-1447A-042
IRT PARTNERS LP
EQUITY ONE REALTY AND MANAGEMENT FL INC
UNIGOLD SHOPPING CENTER PROPERTY MANAGER
1550 NORTHEAST MIAMI GARDENS DR STE 500
NORTH MIAMI BEACH FL 33179

006148S002-1447A-042
IRT PARTNERS LP
REGENCY CENTERS CORP
LEASE ADMINISTRATION
ONE INDEPENDENT DR
JACKSONVILLE FL 32202-5019

006148S003-1447A-042
IRT PARTNERS LP
PNC REGENCY ATLANTA
200 GALLERIA PKWY SE #1400
ATLANTA GA 30339

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

011366P001-1447A-042
IRT PARTNERS LP
REGENCY CENTERS CORP
ATTENTION: LEASE ADMINISTRATION
ONE INDEPENDENT DR
STE 114
JACKSONVILLE FL 32202-5019

011366S001-1447A-042
IRT PARTNERS LP
REGENCY CENTERS CORP
ATTENTION: LEGAL DEPT
ONE INDEPENDENT DR
STE 114
JACKSONVILLE FL 32202-5019

011366S002-1447A-042
IRT PARTNERS LP
REGENCY CENTERS CORP
ATTENTION: PROPERTY MANAGEMENT
1600 NE MIAMI GARDENS DR
NORTH MIAMI BEACH FL 33179

011366S005-1447A-042
IRT PARTNERS LP
JONATHAN E BRODY ESQ
2850 N ANDREWS AVE
FT LAUDERDALE FL 33311

000093P001-1447S-042
IURILLO LAW GROUP PA
CAMILLE J IURILLO;KEVIN L HING
5628 CENTRAL AVE
ST PETERSBURG FL 33707

006193P001-1447A-042
JAHCO SPRING CREEK VILLAGE LLC
JAH REALTY LP
JEFF NORMAN
PO BOX 14586
OKLAHOMA CITY OK 73113-0586

006193S001-1447A-042
JAHCO SPRING CREEK VILLAGE LLC
JAH REALTY LP
JAY HENRY
750 N ST PAUL ST STE 900
STE 900
DALLAS TX 75201

0119295001-1447A-042
JAHCO SPRING CREEK VILLAGE LLC
JAHCO OKLAHOMA PROPERTIES I LLC
CROWE AND DUNLEVY ADAM C HALL ESQ
324 N ROBINSON AVE
OKLAHOMA CITY OK 73102

011929S002-1447A-042
JAHCO SPRING CREEK VILLAGE LLC
JAHCO OKLAHOMA PROPERTIES I LLC
JAH REALTY LP JEFF NORMAN
PO BOX 14586
OKLAHOMA CITY OK 73113-0586

000084P001-1447S-042
JASON BLANK
JOSHUA EGGNATZ;
EGGNATZ PASCUCCI
7450 GRIFFIN RD.,STE 230
DAVIE FL 33314

000213P001-1447A-042
JEM INVESTMENTS LTD
501 N MORGAN ST
STE 202
TAMPA FL 33602

000213S001-1447A-042
JEM INVESTMENTS LTD
501 N Morgan St.
Tampa FL 33602

000213S002-1447A-042
JEM INVESTMENTS LTD
BIELLI AND KLAUDER LLC
DAVID M KLAUDER ESQ
1204 N KING ST
WILMINGTON DE 19801

006161P001-1447A-042
JEM INVESTMENTS LTD
501 N MORGAN ST STE 502
TAMPA FL 33602

011923P002-1447A-042
JLJI PC LLC
PROMENADES MALL E AND A LLC
1835 HALLANDALE BEACH BLVD
STE 834
HALLANDALE BEACH FL 33009

0119235001-1447A-042
JLJI PC LLC
JLJIPC LLC
PO BOX 865246
ORLANDO FL 32886-5246

006206S002-1447A-042
JLJI PC, LLC
KATZ BARRON SQUITERO FAUTS
ELLEN ROSE
2699 SOUTH BAYSHORE DR
SEVENTH FL
MIAMI FL 33133

011923S002-1447A-042
JLJI PC, LLC PROMENADES MALL E AND A LLC
NEWMARK GRUBB KNIGHT FRANK
KELSEY PETERS
4221 W BOY SCOUT BLVD
STE 440
TAMPA FL 33607

011973P001-1447A-042
JOHNSON CONTROLS
14200 E EXPOSITION AVE
AURORA CO 80012

006210P001-1447A-042
JUNGLE SHORES LLC
13650 66TH ST
NORTHLARGO FL 33771

000075P002-1447S-042
KELLEY DRYE & WARREN LLP
ROBERT L LEHANE;MARK SCOTT
PHILLIP A. WEINTRAUB
101 PARK AVE
NEW YORK NY 10178

006157S001-1447A-042
KIMZAY OF FLORIDA INC
500 NORTH BROADWAY STE 201
PO BOX 9010
JERICHO NY 11753

006157S001-1447A-042
KIMZAY OF FLORIDA INC
KIMCO REALTY CORP
6060 PIEDMONT ROW DR SOUTH STE 200
CHARLOTTE NC 28287

006526P001-1447A-042
KIMZAY OF FLORIDA, INC
3333 NEW HYDE PK RD
STE 100
NEW HYDE NY 11042

006526S001-1447A-042
KIMZAY OF FLORIDA, INC
PO BOX 62045
NEWARK NJ 7101

011753P001-1447A-042
KIZMAY OF FLORIDA INC
3333 NEW HYDE PARK 100
PO BOX 5020
NEW HYDE PARK NY 11042-0020

0117535002-1447A-042
KIZMAY OF FLORIDA INC
c/o Kimco Realty Corp
6060 Piedmont Row Drive South
SUITE 200
CHARLOTTE NC 28287

011920P001-1447A-042
KIZMAY OF FLORIDA INC
3333 NEW HYDE PK 100
PO BOX 5020
NEW HYDE PARK NY 11042-0020

YouFit Health Clubs, LLC, et al.
Exhibit Pages

011920S001-1447A-042
KIZMAY OF FLORIDA INC
500 NORTH BROADWAY STE 201
JERICHO NY 11753

019120S002-1447A-042
KIZMAY OF FLORIDA INC
KIMCO REALTY CORP
6060 PIEDMONT ROW DR SOUTH
STE 200
CHARLOTTE NC 28287

006402P001-1447A-042
LAFAYETTE PLACE OMV LLC
4008 N FLORIDA AVE
TAMPA FL 33603

006129P001-1447A-042
LARISE ATLANTIS INC
3107 STIRLING RD STE 104
FORT LAUDERDALE FL 33312

006129S001-1447A-042
LARISE ATLANTIS INC
LARISE ATLANTIS INC
103 S US HWY 1
JUPITER FL 33477

006351P001-1447A-042
LARISE ATLANTIS INC
103 S US HIGHWAY 1
STE F-5 #196
JUPITER FL 33477

006184P001-1447A-042
LAUDERDALE MARKETPLACE INVESTMENTS
BLACK ROCK PARTNERS LTD AUTHORIZED AGENT
1600 SE 17TH ST CAUSEWAY STE 200
FORT LAUDERDALE FL 33316

011368S001-1447A-042
LAURICELLA MANHATTAN LLC
PEGGY M ISRAEL
5509 MATTFELDT AVE
BALTIMORE MD 21209

011368S002-1447A-042
LAURICELLA MANHATTAN LLC
2424 MANHATTAN BLVD
HARVEY LA 70058-3449

011368S003-1447A-042
LAURICELLA MANHATTAN LLC
PO BOX 54963
NEW ORLEANS LA 70154

000080P001-1447S-042
LAW OFFICES OF KENNETH L BAUM LLC
KENNETH L BAUM.ESQ
167 MAIN ST
HACKENSACK NJ 07601

006213P001-1447A-042
LBX ALAFAYA LLC
THE SHOPPING CENTER GROUP LLC
PROPERTY MANAGER
300 GALLERIA PKWY 12TH FLOOR
ATLANTA GA 30339

006213S001-1447A-042
LBX ALAFAYA LLC
THE SHOPING CENTER GROUP LLC
300 GALLERIA PKWY 12TH FL
ATLANTA GA 30339

011995P001-1447A-042
LES MILL UNITED STATES TRADING INC
PO BOX 74008587
CHICAGO IL 60674-8587

006205P001-1447A-042
LG PLANO BELTLINE LLC
LEON CAPITAL GROUP
ROB SOLLS
2311 CEDAR SPRINGS STE 100
DALLAS TX 75201

006205S001-1447A-042
LG PLANO BELTLINE LLC
WICK PHILLIPS GOULD AND MARTIN LLP
CHRIS FULLER
3131 MCKINNEY AVE STE 100
DALLAS TX 75204

011996P001-1447A-042
LINA
PO BOX 782447
PHILADELPHIA, PA 19178-2447

000066P001-1447S-042
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ELIZABETH WELLER
2777 N STEMMONS FREEWAY STE 1000
DALLAS TX 75207

000101P001-1447S-042
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
JOHN P DILLMAN
P O BOX 3064
HOUSTON TX 77253-3064

006714P001-1447A-042
LOCH RAVEN SHOPPING CENTER LLC
1960 GALLOWS RD
STE 300
VIENNA VA 22182

006714S001-1447A-042
LOCH RAVEN SHOPPING CENTER LLC
ALLEN AND ROCKS INC
RANDALL COHEN GENERAL COUNSEL
1960 GALLOWS RD
VIENNA VA 22128

011369S001-1447A-042
LOCH RAVEN SHOPPING CENTER LLC
ALLEN AND ROCKS INC
RANDALL COHEN GENERAL COUNSEL
1960 GALLOWS RD
STE 300
VIENNA VA 22128

011369S002-1447A-042
LOCH RAVEN SHOPPING CENTER LLC
ALLEN AND ROCKS INC
S RANDALL COHEN GENERAL COUNSEL
1960 GALLOWS RD
STE 300
VIENNA VA 22128

000089P001-1447S-042
MANATEE COUNTY TAX COLLECTOR , KEN BURTON JR.
ATTN: MICHELLE LEESON, PARALEGAL, COLLECTIONS SPEC
1001 3RD AVE WEST
SUITE 240
BRADENTON FL 34205-7863

000069P001-1447S-042
MARICOPA COUNTY ATTORNEY'S OFFICE
PETER MUTHIG
225 W MADISON ST
PHOENIX AZ 85003

000090P001-1447S-042
MCCREARY VESELKA BRAGG & ALLEN PC
TARA LEDAY,ESQ
P O BOX 1269
ROUND ROCK TX 78680

000014P001-1447S-042
MICHIGAN DEPT OF TREASURY, TAX POL DIV
LITIGATION LIAISON
430 WEST ALLEGAN ST
2ND FL AUSTIN BLDG
LANSING MI 48922

006190P001-1447A-042
MIDLOTHIAN CENTER LLC
CB RICHARD ELLIS
LEASE ADMINISTRATOR
6641 W BROAD ST STE 101
RICHMOND VA 23230

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006190S001-1447A-042<br>MIDLOTHIAN CENTER LLC<br>DIVERSIFIED REALTY VENTURES<br>ASSET MANAGER<br>4920 ELM ST STE 325<br>BETHESDA MD 20814 | 006190S002-1447A-042<br>MIDLOTHIAN CENTER, LLC<br>DODSON PROPERTY MANAGEMENT<br>409 E MAIN ST<br>STE 301<br>RICHMOND VA 23219 | 011931P001-1447A-042<br>MILTON COOPER<br>500 NORTH BROADWAY STE 201<br>PO BOX 9010<br>JERICHO NY 11753 | 011931S001-1447A-042<br>MILTON COOPER<br>COOPER MILTON<br>KIMCO REALTY CORP<br>6060 PIEDMONT ROW DR SOUTH STE 200<br>CHARLOTTE NC 28287 |
| 000064P001-1447S-042<br>MONZACK MERSKY BROWDER AND HOCHMAN PA<br>RACHEL B MERSKY<br>1201 N ORANGE ST.,STE 400<br>WILMINGTON DE 19801 | 006194P001-1447A-042<br>MOSAIC OXBRIDGE OWNERS LLC<br>MARYLAND FINANCIAL INVESTORS INC<br>2800 QUARRY LAKE DR STE 340<br>BALTIMORE MD 21209 | 011930P001-1447A-042<br>MOSAIC OXBRIDGE OWNERS LLC<br>2800 QUARRY LAKE DR STE 340<br>BALTIMORE MD 21209 | 011997P001-1447A-042<br>MOTUS CREATIVE<br>7304 10TH ST SE<br>STE A203<br>LAKE STEVENS WA 98258 |
| 006914P001-1447A-042<br>NEW HORIZON COMMUNICATIONS<br>PO BOX 981073<br>BOSTON MA 02298-1073 | 000228P001-1447A-042<br>NG SHOPPES AT CRESTHAVEN LLC<br>PO BOX 865818<br>ORLANDO FL 32886-5818 | 000228S001-1447A-042<br>NG SHOPPES AT CRESTHAVEN LLC<br>1430 Broadway #1605<br>New York NY 10018 | 000228S002-1447A-042<br>NG SHOPPES AT CRESTHAVEN, LLC<br>LOCKBOX 865818<br>11050 LAKE UNDERHILL RD<br>ORLANDO FL 32825 |
| 006217P001-1447A-042<br>NIMA PLAZA LLC<br>2899 W 2 AVE<br>HIALEAH FL 33010 | 006217S001-1447A-042<br>NIMA PLAZA LLC<br>6500 COWPEN RD STE 102,<br>MIAMI LAKES FL 33014 | 006217S002-1447A-042<br>NIMA PLAZA LLC<br>7600 W 20 AVE<br>HIALEAH FL 33016 | 006217S003-1447A-042<br>NIMA PLAZA, LLC<br>2087 W 76TH ST<br>HIALEAH FL 33016 |
| 006734P001-1447A-042<br>NORTH PORT OMV II, LLC<br>OM VENTURE REALTY<br>4008 N FLORIDA AVE<br>TAMPA FL 33603 | 006142P001-1447A-042<br>OAKWOOD PLAZA LIMITED PARTNERSHIP<br>500 NORTH BROADWAY STE 201 PO BOX 9010<br>JERICHO NY 11753 | 006142S001-1447A-042<br>OAKWOOD PLAZA LIMITED PARTNERSHIP<br>KIMCO REALTY CORP<br>6060 PIEDMONT ROW DR SOUTH STE 200<br>CHARLOTTE NC 28287 | 006142S002-1447A-042<br>OAKWOOD PLAZA LIMITED PARTNERSHIP<br>PO BOX 62045<br>NEWARK NJ 07101 |
| 006142S003-1447A-042<br>OAKWOOD PLAZA LIMITED PARTNERSHIP<br>3333 NEW HYDE PK RD<br>STE 100<br>NEW HYDE NY 11042 | 006224P001-1447A-042<br>OFFICE DEPOT INC<br>VICE PRESIDENT REAL ESTATE<br>6600 NORTH MILITARY TRL<br>BOCA RATON FL 33496 | 006224S001-1447A-042<br>OFFICE DEPOT INC<br>COHEN COMMERCIAL MANAGEMENT<br>NANCY VIRGA<br>5041 OKEECHOBEE BLVD<br>WEST PALM BEACH FL 33417 | 006224S002-1447A-042<br>OFFICE DEPOT INC<br>SANDRA M FERRERA<br>201 ALHAMBRA CIR STE 1200<br>CORAL GABLES FL 33134 |
| 011935S003-1447A-042<br>OFFICE DEPOT INC<br>PO BOX 633980<br>CINCINNATI OH 45263-3980 | 000007P002-1447S-042<br>OFFICE OF THE US TRUSTEE<br>HANNAH MCCOLLUM<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801 | 000100P001-1447S-042<br>OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVCIES (<br>DEB SECREST,AUTHORIZED AGENT<br>DEPT OF LABOR & INDUSTRY,COMMONWEALTH OF PENNSYLVA<br>COLLECTIONS SUPPORT UNIT<br>651 BOAS ST.,RM 925<br>HARRISBURG PA 17121 | 011998P001-1447A-042<br>OPENSESAME<br>DEPT LA 24661<br>PASADENA CA 91185-4661 |

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

011938P001-1447A-042
OPTUMHEALTH CARE SOLUTIONS LLC
11000 OPTUM CIR
EDEN PRAIRIE MN 55344

011999P001-1447A-042
OPTUMHEALTH CARE SOLUTIONS LLC
11000 OPTUM CIR
EDEN PRAIRIE MN 55344

000102P001-1447S-042
PACHULSKI STANG ZIEHL & JONES LLP
BRADFORD J SANDLER;COLIN R ROBINSON
919 N MARKET ST.,17TH FLOOR
WILMINGTON DE 19801

011922S001-1447A-042
PARTRIDGE EQUITY GROUP I LLC
PARTRIDGE EQUITY GROUP
PO BOX 12371
DALLAS TX 75312-3711

006554P001-1447A-042
PENN DUTCH PLAZA, LLC
3325 S UNIVERSITY DR
SUITE 210 DAVIE FL 33328

006554S001-1447A-042
PENN DUTCH PLAZA, LLC
PO BOX 161845
ALTAMONTE SPRINGS FL 32716-1845

006554S002-1447A-042
PENN DUTCH PLAZA, LLC
AVISON YOUNG AND ROSS REALTY INVESTMENTS
50 W CYPRESS CREEK RD
STE 350
FT LAUDERDALE FL 33309

000063P001-1447S-042
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
EBONEY COBB
500 E BORDER ST.,STE 640
ARLINGTON TX 76010

006126P001-1447A-042
PETINOS LLC
562 WYLIE RD SE STE TWO
MARIETTA GA 30067

000242P001-1447A-042
PMAT ALGIERS PLAZA LLC
PO BOX 674397
DALLAS TX 75267-4397

000242S001-1447A-042
PMAT ALGIERS PLAZA LLC
4100 General De Gaulle Dr
NEW ORLEANS LA 70131

006192P001-1447A-042
PMAT ALGIERS PLAZA LLC
PROPERTY ONE INC
4141 VETERANS BLVD STE 300
METAIRIE LA 70002

006192S002-1447A-042
PMAT ALGIERS PLAZA LLC
CHAFFE MCCALL
E. HOWELL CROSBY ESQ
2300 ENERGY CENTRE
1100 POYDRAS ST
NEW ORLEANS LA 70163

006206P001-1447A-042
PROMENADE PLAZA PARTNERSHIP
REDEVCO MANAGEMENT
11098 BISCAYNE BLVD STE 103
MIAMI FL 33161

006206S001-1447A-042
PROMENADE PLAZA PARTNERSHIP
ELLEN ROSE
KATZ BARRON SQUITERO FAUST
2699 SOUTH BAYSHORE DR 7TH FLOOR
MIAMI FL 33133

006206S003-1447A-042
PROMENADE PLAZA PARTNERSHIP
NEWMARK GRUBB KNIGHT FRANK
100 NORTH TAMPA ST
STE 2460
TAMPA FL 33602

000099P001-1447A-042
RED HAWK FIRE AND SECURITY LLC
PO BOX 530212
ATLANTA GA 30353-0212

000097P001-1447A-042
REDWIRE
1136 THOMASVILLE RD
TALLAHASSEE FL 32303

012012S002-1447A-042
RETIREMENT CLEARINGHOUSE, LLC
3545 WHITEHALL PK DR
STE 400
CHARLOTTE NC 28273

006137P001-1447A-042
RHODES BOONE PARTNERS LP
649 PINETREE DR
DECATUR GA 30030

000067P001-1447S-042
RICHARDS LAYTON & FINGER PA
JOHN H KNIGHT;MARISA A TERRANOVA FISSEL
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801

000099P001-1447S-042
RICHARDS LAYTON & FINGER PA
AMANDA R STEELE;BRENDAN J SCHLAUCH;MEGAN E KENNEY
920 NORTH KING ST
WILMINGTON DE 19801

000108P001-1447S-042
ROBERTS LAW PLLC
KELLY ROBERTS,ESQ
2075 MAIN ST.,STE 23
SARASOTA FL 34237

006567P001-1447A-042
RPT REALTY LP
BANK OF AMERICA
20750 CIVIC CTR DR
STE 310
SOUTHFIELD MI 48076

006567S001-1447A-042
RPT REALTY LP
BANK OF AMERICA
PO BOX 350018
BOSTON MA 02241-0518

006846P001-1447A-042
RPT REALTY LP
FKA RAMCO GERSHENSON PROPERTIES LP
ADAMS AND REESE LLP
ERIC PARTLOW ESQ
101 E KENNEDY BLVD STE 4000
TAMPA FL 33602

006846S002-1447A-042
RPT REALTY LP
BARCLAY DAMON LLP
KEVIN M NEWMAN
BARCLAY DAMON TOWER
125 EAST JEFFERSON ST
SYRACUSE NY 13202

006846S003-1447A-042
RPT REALTY LP
BARCLAY DAMON LLP
SCOTT L FLEISCHER
1270 AVENUE OF THE AMERICAS STE 501
NEW YORK NY 10020

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 011915P001-1447A-042<br>RPT REALTY LP FKA RAMCO<br>GERSHENSON PROPERTIES LP<br>FKA RAMCO GERSHENSON PROPERTIES LP<br>ADAMS AND REESE LLP ERIC PARTLOW ESQ<br>101 E KENNEDY BLVD STE 4000<br>TAMPA FL 33602 | 011915S001-1447A-042<br>RPT REALTY LP FKA RAMCO<br>RPT REALTY LP<br>BANK OF AMERICA<br>20750 CIVIC CTR DR<br>STE 310<br>SOUTHFIELD MI 48076 | 011915S002-1447A-042<br>RPT REALTY LP FKA RAMCO<br>RPT REALTY LP<br>BANK OF AMERICA<br>PO BOX 350018<br>BOSTON MA 02241-0518 | 011915S004-1447A-042<br>RPT REALTY LP FKA RAMCO<br>GERSHENSON PROPERTIES LP<br>RPT REALTY LP BANK OF AMERICA<br>PO BOX 350018<br>BOSTON MA 02241-0518 |
| 006846S001-1447A-042<br>RPT REALTY, LP FKA RAMCO<br>GERSHENSON PROPERTIES, LP<br>FKA RAMCO GERSHENSON PROPERTIES LP<br>31500 NORTHWESTERN HWY<br>STE 300<br>FARMINGTON HILLS MI 48334 | 000087P001-1447S-042<br>SACKS TIERNEY PA<br>RANDY NUSSBAUM;PHILIP R RUDD<br>4250 N DRINKWATER BLVD,,4TH FLOOR<br>SCOTTSDALE AZ 85251 | 006758P001-1447A-042<br>SADA SYSTEMS, INC<br>5250 LANKERSHIM BLVD #620<br>NORTH HOLLYWOOD CA 91601 | 012000P001-1447A-042<br>SAFEGUARD<br>PO BOX 840180<br>DALLAS TX 75284-0180 |
| 012001P001-1447A-042<br>SALESFORCE<br>PO BOX 203141<br>DALLAS TX 75320-3141 | 006759P001-1447A-042<br>SALESFORCECOM, INC<br>PO BOX 203141<br>DALLAS TX 75320-3141 | 000078P001-1447S-042<br>SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE B DISABATINO,ESQ<br>1201 NORTH MARKET ST.,STE 2300<br>P O BOX 1266<br>WILMINGTON DE 19899 | 000079P001-1447S-042<br>SAUL EWING ARNSTEIN & LEHR LLP<br>MELISSA A MARTINEZ, ESQ<br>CENTRE SQUARE WEST<br>1500 MARKET ST.,38TH FLOOR<br>PHILADELPHIA PA 19102-2186 |
| 011752P001-1447A-042<br>SCC MARKET SQUARE LLC<br>SITE CENTERS CORP<br>ATTN: EXECUTIVE VICE PRESIDENT - LEASING<br>3300 ENTERPRISE PKWY<br>BEACHWOOD OH 44122 | 011752S001-1447A-042<br>SCC MARKET SQUARE LLC<br>DEPT 336205 31275 77768<br>PO BOX 931650<br>CLEVELAND OH 44193 | 011752S002-1447A-042<br>SCC MARKET SQUARE LLC<br>SITE CENTERS CORP<br>GENERAL COUNSEL<br>3300 ENTERPRISE PARKWAY<br>BEACHWOOD OH 44122 | 006143P001-1447A-042<br>SCOTTSDALE RETAIL CENTER 02 LLC<br>ACF PROPERTY MANAGEMENT INC<br>12411 VENTURA BLVD<br>STUDIO CITY CA 91604 |
| 006143S001-1447A-042<br>SCOTTSDALE RETAIL CENTER 02 LLC<br>LAKE AND COBB PLC<br>DON C FLETCHER<br>1095 W RIO SALADO PKWY STE 206<br>TEMPE AZ 85281 | 006143S002-1447A-042<br>SCOTTSDALE RETAIL CENTER 02 LLC<br>FOR BENEFIT OF JP MORGAN CHASE<br>1801 W OLYMPIC BLVD<br>PASADENA CA 91199-1966 | 000019P001-1447S-042<br>SECURITIES AND EXCHANGE COMMISSION<br>NY REG OFFICE  BANKRUPTCY DEPT<br>BROOKFIELD PL<br>200 VESEY ST STE 400<br>NEW YORK NY 10281-1022 | 000020P001-1447S-042<br>SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549 |
| 000021P001-1447S-042<br>SECURITIES AND EXCHANGE COMMISSION<br>PHIL OFC   BANKRUPTCY DEPT<br>ONE PENN CTR<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103 | 000069P001-1447A-042<br>SECURITY SYSTEMS OF SOUTH FLORIDA<br>1440 CORAL RIDGE DR<br>STE 497<br>CORAL SPRINGS FL 33071 | 006130P001-1447A-042<br>SELIG ENTERPRISES INC<br>1100 SPRING ST STE 550<br>ATLANTA GA 30308-2848 | 006130S001-1447A-042<br>SELIG ENTERPRISES INC<br>SELIG ENTERPRISES INC<br>PO BOX 30063<br>TAMPA FL 33630 |
| 006764P001-1447A-042<br>SESAC<br>PO BOX 900013<br>RALEIGH NC 27675-9013 | 011919P001-1447A-042<br>SHILOH STATION LLC<br>PHILLIPS EDISON<br>RESINA HENDRIX AMANDA RIGGS<br>TENANT ACCOUNT SPECIALIST<br>11501 NORTHLAKE DR<br>CINCINNATI OH 45249 | 000062P001-1447S-042<br>SIMON PROPERTY GROUP INC<br>RONALD M TUCKER,ESQ<br>225 WEST WASHINGTON ST<br>INDIANAPOLIS IN 46204 | 000074P001-1447S-042<br>SINGER & LEVICK PC<br>MICHELLE E SHRIRO,ESQ<br>16200 ADDISON RD.,STE 140<br>ADDISON TX 75001 |

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

000016P001-1447S-042
SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GEN COUNSEL REGION 3
300 SPRING GDN ST
PHILADELPHIA PA 19123

012003P001-1447A-042
SPANNING CONTRACT
PO BOX 392288
PITTSBURGH PA 15251-9288

000096P001-1447S-042
SPOTTS FAIN PC
NEIL MCCULLAGH;KARL A MOSES JR
411 EAST FRANKLIN ST.,STE 600
RICHMOND VA 23219

006128P001-1447A-042
SPP SUNWEST PORTFOLIO LLC
PO BOX 203710
DALLAS TX 75320

011914P001-1447A-042
SPP SUNWEST PORTFOLIO LLC
221 PINE ST
4TH FL
SAN FRANCISCO CA 94104

011914S001-1447A-042
SPP SUNWEST PORFOLIO LLC
PO BOX 203710
DALLAS TX 75320

012004P001-1447A-042
STAPLES BUSINESS ADVANTAGE
500 STAPLES DR
FRAMINGHAM MA 01702

012004S001-1447A-042
STAPLES BUSINESS ADVANTAGE
1096 E NEWPORT CTR DR #300
#300
DEERFIELD BEACH FL 33442

011966P001-1447A-042
STAR2STAR COMMUNICATIONS
LEGAL DEPT
1605 MAIN ST
SARASOTA FL 34236

011966S001-1447A-042
STAR2STAR COMMUNICATIONS
CMS PARTNERS
1360 PALM AVE NO 14
WEST PALM BEACH FL 33477

011966S002-1447A-042
STAR2STAR COMMUNICATIONS
TCG TELECOM CONSULTING GROUP
602 EAST MC NAB RD
POMPANO BEACH FL 33060

000068P001-1447S-042
STARK & STARK PC
JOSEPH H LEMKIN,ESQ
P O BOX 5315
PRINCETON NJ 08543

011966S003-1447A-042
TCG TELECOM CONSULTING GROUP
602 E MCNAP RD
POMPANO BEACH FL 33060

012407S001-1447A-042
THE PENSION STUDIO
RETIREMENT CLEARINGHOUSE, LLC
3545 WHITEHALL PK DR
STE 400
CHARLOTTE NC 28273

006139P001-1447A-042
THE TOWN CENTER AT BOCA RATON TRUST
MS MANAGEMENT ASSOCIATES INC
225 WEST WASHINGTON ST
INDIANAPOLIS IN 46204-3428

006139S001-1447A-042
THE TOWN CENTER AT BOCA RATON TRUST
PO BOX 772846
CHICAGO IL 60677-2846

006139S002-1447A-042
THE TOWN CENTER AT BOCA RATON TRUST
5355 TOWN CTR RD
STE 802
BOCA RATON FL 33486

006139S003-1447A-042
THE TOWN CENTER AT BOCA RATON TRUST
PO BOX 35470
NEWARK POST OFFICE
NEWARK NJ 07193-5470

012006P001-1447A-042
TIVITY HEALTH SVC LLC
SLIVER SNEAKERS
701 COOL SPRINGS BLVD
FRANKLIN TN 37067

006156P001-1447A-042
TJ HEALTH AND FITNESS INC
3501 N OCEAN DR #7G
HOLLYWOOD FL 33019

006156S001-1447A-042
TJ HEALTH AND FITNESS INC
100 CLUB DR
STE #235
BURNSVILLE NC 28714

006133P001-1447A-042
TKG-STORAGE MART PARTNERS PORTFOLIO LLC
AS SUCCESSOR TO STORAGEMART II LLC
CRIS BURNAM
2407 RANGELINE ST
COLUMBIA MS 65205

006133S001-1447A-042
TKG-STORAGE MART PARTNERS PORTFOLIO LLC
VAN MATRE HARRISON AND VOLKERT PC
1103 EAST BROADWAY STE 101
PO BOX 1017
COLUMBIA MS 65205

006133S002-1447A-042
TKGSTORAGE MART PARTNERS PORTFOLIO, LLC
CRIS BURNAM
PO BOX U
COLUMBIA MO 65205

012012P002-1447A-042
TPS ANCILLARY SVCS LLC
YOU FIT LLC 401K PROFIT SHARING PLAN
AND TRUST
1226 OMAR RD
WEST PALM BEACH FL 33405

012008P001-1447A-042
TRAVELERS WORKERS COMP
PO BOX 660317
DALLAS TX 75266-0317

006131P001-1447A-042
TSC RAMBLEWOOD LTD
333 W CAMINO GARDENS BLVD STE 200
BOCA RATON FL 33432

006362P001-1447A-042
TSC RAMBLEWOOD LTD
333 CAMINO GARDENS BLVD STE 200
BOCA RATON FL 33432

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

012010P001-1447A-042
ULTIMATE SOFTWARE GROUP INC
PO BOX 930953
ATLANTA GA 31193-0953

006216P001-1447A-042
UNITED STATES DEVELOPMENT LTD
815 NW 57TH AVE
STE 202
MIAMI FL 33126

011932P001-1447A-042
UNITED STATES DEVELOPMENT LTD
100 MIRACLE MILE
STE 310
CORAL GABLES FL 33134

006789P001-1447A-042
UNIVERSITY SHOPPES, LLC
1421 SW 107TH AVE
# 262
MIAMI FL 33174

000009P001-1447S-042
US ATTORNEY FOR DELAWARE
CHARLES OBERLY  ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801

012009P001-1447A-042
US BANK EQUIPMENT FINANCE RICOH
PO BOX 790448
ST LOUIS MO 63179-0448

000015P001-1447S-042
US EPA REG 3
OFFICE OF REG COUNSEL
1650 ARCH ST
PHILADELPHIA PA 19103

006588P001-1447A-042
VERITIV OPERATING CO
7016 A C SKINNER PKWY
JACKSONVILLE FL 32256

006588S001-1447A-042
VERITIV OPERATING CO
PO BOX 849089
DALLAS TX 75284-9089

006588S002-1447A-042
VERITIV OPERATING CO
GENERAL COUNSEL
1000 ALBERNATHY RD NE
BLDG 400 AND STE 1700
ATLANTA GA 30328

006182P001-1447A-042
WESTERN BEEF RETAIL INC
47-05 METROPOLITAN AVE
RIDGEWOOD NY 11385

006182S001-1447A-042
WESTERN BEEF RETAIL INC
THE DEIORIO LAW FIRM LLP
800 WESTCHESTER AVE STE S-608
RYE BROOK NY 10573

011926P001-1447A-042
WESTERN BEEF RETAIL INC
CACTUS HOLDINGS INC
SANDALFOOT PLAZA BOCA LLC
47-05 METROPOLITAN AVE
RIDGEWOOD NY 11385

006182S002-1447A-042
WESTERN BEEF RETAIL, INC
SANDALFOOT PLAZA BOCA LLC
8845 N MILITARY TRL
STE 100
PALM BEACH GARDENS FL 33410

000077P001-1447S-042
WESTERNBURG & THORNTON PC
STEVEN THORNTON
10440 N CENTRAL EXPRESSWAY STE 800
DALLAS TX 75231

000083P001-1447S-042
WESTWOOD PLAZA LLC
STEVEN LEONI
2020 WEST PENSACOLA ST.,STE 285
TALLAHASSEE FL 32304

006202S001-1447A-042
WESTWOOD PLAZA LLC
ROGERS TOWERS PA
CHRISTINE ADAMS ESQ
818 A1A NORTH STE 208
PONTE VEDRA BEACH FL 32082

000070P001-1447S-042
WILES & WILES LLP
VICTOR W NEWMARK,ESQ
800 KENNESAW AVE.,STE 400
MARIETTA GA 30060-7946

000098P001-1447S-042
WINSTEAD PC
JASON A ENRIGHT
500 WINSTEAD BUILDING
2728 N HARWIID ST
DALLAS TX 75201

000023P001-1447S-042
WINSTON & STRAWN
GREGORY M GARTLAND
200 PARK AVENUE
NEW YORK NY 10166

000022P001-1447S-042
WINSTON & STRAWN LLP
CAREY D SCHREIBER
200 PARK AVENUE
NEW YORK NY 10166

000059P001-1447S-042
WINSTON & STRAWN LLP
MICHAEL T LEARY
333 SOUTH GRAND AVE.,38TH FLOOR
LOS ANGELES CA 90071

000092P001-1447S-042
WOMBLE BOND DICKINSON (US)LLP
KEVIN J MANGAN
1313 NORTH MARKET ST.,STE 1200
WILMINGTON DE 19801

006204P001-1447A-042
WRI JT NORTHRIDGE LP
PO BOX 924133
HOUSTON TX 77292

006598P001-1447A-042
WRI JT NORTHRIDGE, LP
5355 TOWN CTR RD
STE 802
BOCA RATON FL 33486

006598S001-1447A-042
WRI JT NORTHRIDGE, LP
PO BOX 301607
DALLAS TX 75303-1607

012012S001-1447A-042
YOU FIT LLC 401 K PROFIT SHARING PLAN AND
RETIREMENT CLEARINGHOUSE LLC
3545 WHITEHALL PK DR
STE 400
CHARLOTTE NC 28273

000058P001-1447S-042
YOUNG CONAWAY STARGATT & TAYLOR LLP
JOSEPH H BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH
1000 NORTH KING ST
WILMINGTON DE 19801