IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, et al.,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

NOTICE OF **AMENDED**[2] AGENDA FOR MATTERS SCHEDULED FOR
TELEPHONIC HEARING ON FEBRUARY 2, 2021 AT 10:30 A.M.

***\*\*\*AS NO MATTERS ARE GOING
FORWARD, THIS HEARING HAS BEEN CANCELED\*\*\****

MATTERS GOING FORWARD:

1.  [Sealed] Debtors' Motion for Entry of an Order Authorizing the Debtors to Make Payments to Certain Employees Under the Debtors' Pre-Petition Bonus Program [Docket No. 689, Filed January 27, 2021]

    Response Deadline: February 1, 2021 at 12:00 p.m.

    Response(s) Received: None as of the date hereof.

    Related Documents:

    A.  Notice of Hearing on Debtors' Motion for Entry of an Order Authorizing the Debtors to Make Payments to Certain Employees Under the Debtors' Pre-Petition Bonus Program [Docket No. 693, Filed January 28, 2021]

    B.  **Certification of Counsel [Docket No. 704, Filed February 2, 2021]**

    C.  **Order Authorizing the Debtors to Make Payments to Certain Employees Under the Debtors' Pre-Petition Bonus Program [Docket No. 706, Filed February 2, 2021]**

    Status:  **An order has been entered, no hearing is necessary.**

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

[2] **Amended items appear in bold.**

2.     Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Exhibit 1 to the Proposed Order to the Debtors' Motion for Entry of an Order Authorizing the Debtors to Make Payments to Certain Employees Under the Debtors' Pre-Petition Bonus Program [Docket No. 696, Filed January 28, 2021]

Response Deadline: February 2, 2021 at 10:30 a.m.

Response(s) Received: None as of the date hereof.

Related Documents:

    A.     Notice of Filing of Proposed Redacted Version of Debtors' Motion for Entry of an Order Authorizing the Debtors to Make Payments to Certain Employees Under the Debtors' Pre-Petition Bonus Program [Docket No. 692, Filed January 28, 2021]

    B.     **Order Authorizing the Debtors to File Under Seal Exhibit 1 to the Proposed Order to the Debtors' Motion for Entry of an Order Authorizing the Debtors to Make Payments to Certain Employees Under the Debtors' Pre-Petition Bonus Program [Docket No. 705, Filed February 2, 2021]**

Status: **An order has been entered, no hearing is necessary.**

*[Remainder of Page Intentionally Left Blank]*

Dated: February 2, 2021

GREENBERG TRAURIG, LLP

| | | |
|---|---|---|
| /s/ Dennis A. Meloro<br>Dennis A. Meloro (DE Bar No. 4435)<br>1007 North Orange Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 661-7000<br>Facsimile: (302) 661-7360<br>Email:  melorod@gtlaw.com | - and - | Nancy A. Peterman (admitted *pro hac vice*)<br>Eric Howe (admitted *pro hac vice*)<br>Nicholas E. Ballen (admitted *pro hac vice*)<br>77 West Wacker Dr., Suite 3100<br>Chicago, Illinois 60601<br>Telephone: (312) 456-8400<br>Facsimile:  (312) 456-8435<br>Email:  petermann@gtlaw.com<br>          howee@gtlaw.com<br>          ballenn@gtlaw.com |

*Counsel for the Debtors and Debtors in Possession*