**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| YouFit Health Clubs, LLC | ) | Case No. 20-12841 (MFW) |
| Debtor | ) | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Craig I. Kelley of Kelley, Fulton & Kaplan, PL to represent Polyglass U.S.A., Inc., in this action.

Dated: February 3, 2021                Respectfully submitted,

  */s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk (DE Bar No. 3320)
GOLDSTEIN & MCCLINTOCK LLLP
501 Silverside Road, Suite 65
Wilmington, DE  19809
Telephone: (302) 444-6710
Email: marias@goldmclaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Florida, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

  */s/ Craig I. Kelley*
KELLEY, FULTON & KAPLAN P.L.
1665 Palm Beach Lakes Blvd., Ste. 1000
West Palm Beach, Florida 33401
Tel: (561) 491-1200
Bankruptcy@kelleylawoffice.com
Florida Bar No: 782203

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.