IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| YOUFIT HEALTH CLUBS, LLC, et al., | ) | Case No. 20-12841 (MFW) |
| | ) | (Jointly Administered) |
| Debtors[1]. | ) | Hearing Date: March 3, 2021 at 11:30 AM |
| | ) | Objection Deadline: February 16, 2021 |

**AMENDED NOTICE OF MOTION OF JOSE PACHECO, ON BEHALF OF HIMSELF AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362**

PLEASE TAKE NOTICE that the undersigned will present the Motion of Jose Pacheco, on Behalf of Himself and on Behalf of all other Similarly Situated for Relief from Automatic Stay Pursuant to 11 U.S.C. §362 on March 3, 2021 at 11:30 a.m., 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

        REGER RIZZO & DARNALL LLP

        */s/ Louis J. Rizzo Jr., Esquire*
        Louis J. Rizzo, Jr., Esquire (#3374)
        Evan W. Rassman, Esquire (#6111)
        Brandywine Plaza West
        1521 Concord Pike, Suite 305
        Wilmington, DE  19803
        (302) 477-7100
        Fax: (302) 652-3620
        Email: Lrizzo@regerlaw.com

Dated:  February 8, 2021

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/ythc. The mailing address of the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.