# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss:
COUNTY OF KINGS         )

I, Sung Jae Kim, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 29th day of January, 2021, DRC, under my supervision, caused to be served a true and accurate copy of the "Notice of Agenda for Matters Scheduled for Telephonic Hearing on February 2, 2021 at 10:30 a.m." (Docket No. 697), to be served via electronic mail upon the parties as set forth on Exhibit 1; via Federal Express Priority Overnight delivery upon the parties as set forth on Exhibit 2; and via USPS Express Mail upon the parties as set forth on Exhibit 3, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 5th day of February, 2021, Brooklyn, New York.

By: _/s/ Sung Jae Kim_
Sung Jae Kim

Sworn before me this
5th day of February, 2021

_/s/ John Burlacu_
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

**EXHIBIT 1**

| | | | |
|---|---|---|---|
| 000097P001-1447S-046<br>ASHBY & GEDDES PA<br>STACY L NEWMAN,ESQ<br>500 DELAWARE AVE, 8TH FLOOR<br>P O BOX 1150<br>WILMINGTON DE 19899-1150<br>SNEWMAN@ASHBYGEDDES.COM | 000071P001-1447S-046<br>BALLARD SPAHR LLP<br>LESLIE C HEILMAN;LAUREL D ROGLEN<br>919 N MARKET ST.,11TH FLOOR<br>WILMINGTON DE 19801-3034<br>HEILMANL@BALLARDSPAHR.COM | 000071P001-1447S-046<br>BALLARD SPAHR LLP<br>LESLIE C HEILMAN;LAUREL D ROGLEN<br>919 N MARKET ST.,11TH FLOOR<br>WILMINGTON DE 19801-3034<br>ROGLENL@BALLARDSPAHR.COM | 000072P002-1447S-046<br>BALLARD SPAHR LLP<br>DAVID L POLLACK; LINDSEY ZIONTS<br>1735 MARKET ST.,51ST FLOOR<br>PHILADELPHIA PA 19103=7599<br>POLLACK@BALLARDSPAHR.COM |
| 000072P002-1447S-046<br>BALLARD SPAHR LLP<br>DAVID L POLLACK; LINDSEY ZIONTS<br>1735 MARKET ST.,51ST FLOOR<br>PHILADELPHIA PA 19103=7599<br>ZIONTSL@BALLARDSPAHR.COM | 000094P001-1447S-046<br>BARCLAY DAMON LLP<br>KEVIN M NEWMAN<br>BARCLAY DAMON TOWER<br>125 EAST JEFFERSON ST<br>SYRACUSE NY 13202<br>KNEWMAN@BARCLAYDAMON.COM | 000095P001-1447S-046<br>BARCLAY DAMON LLP<br>SCOTT L FLEISCHER<br>1270 AVENUE OF THE AMERICAS STE 501<br>NEW YORK NY 10020<br>SFLEISCHER@BARCLAYDAMON.COM | 000073P001-1447S-046<br>BERGER SINGERMAN LLP<br>BRIAN G RICH,ESQ<br>313 NORTH MONROE ST.,STE 301<br>TALLAHASSEE FL 32301<br>BRICH@BERGERSINGERMAN.COM |
| 000076P001-1447S-046<br>BERGER SINGERMAN LLP<br>MCIHAEL J NILES, ESQ<br>313 NORTH MONROE ST.,STE 301<br>TALLAHASSEE FL 32301<br>MNILES@BERGERSINGERMAN.COM | 000088P001-1447S-046<br>BIELLI & KLAUDER LLC<br>DAVID M KLAUDER,ESQ<br>1204 N KING ST<br>WILMINGTON DE 19801<br>DKLAUDER@BK-LEGAL.COM | 000085P001-1447S-046<br>BROWARD COUNTY ATTORNEY<br>SCOTT ANDRON,ASSISTANT COUNTY ATTORNEY<br>GOVERNMENT CENTER STE 423<br>115 SOUTH ANDREWS AVE<br>FORT LAUDERDALE FL 33301<br>SANDRON@BROWARD.ORG | 000103P001-1447S-046<br>CITY OF PHILADELPHIA LAW DEPT<br>MEGAN N HARPER,DEPUTY CITY SOLICITOR<br>MUNICIPAL SERVICES BUILDING<br>1401 JFK BLVD 5TH FLOOR<br>PHILADELPHIA PA 19102-1595<br>MEGAN.HARPER@PHILA.GOV |
| 000086P001-1447S-046<br>COLEMAN & DEMPSEY LLP<br>ARLENE L COLEMAN<br>TWO RAVINIA DRIVE STE 1250<br>ATLANTA GA 30346<br>ACOLEMAN@COLEMAN-DEMPSEY.COM | 000107P002-1447S-046<br>COOPER LEVENSON P.A.<br>STACEY MATTIA<br>30 FOX HUNT DRIVE<br>BEAR DE 19701<br>SMATTIA@COOPERLEVENSON.COM | 000018P001-1447S-046<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000012P002-1447S-046<br>DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FL<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>CHRISTINA.ROJAS@DELAWARE.GOV |
| 000008P001-1447S-046<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 000091P001-1447S-046<br>FERRY JOSEPH P.A.<br>RICK S MILLER,ESQ<br>824 MARKET ST.,STE 1000<br>P O BOX 1351<br>WILMINGTON DE 19899-1351<br>RMILLER@FERRYJOSEPH.COM | 000061P001-1447S-046<br>FROST BROWN TODD LLC<br>RONALD E GOLD;ERIN P SEVERINI;KENDAL HARDISON<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH ST<br>CINCINNATI OH 45202<br>RGOLD@FBTLAW.COM | 000061P001-1447S-046<br>FROST BROWN TODD LLC<br>RONALD E GOLD;ERIN P SEVERINI;KENDAL HARDISON<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH ST<br>CINCINNATI OH 45202<br>ESEVERINI@FBTLAW.COM |
| 000061P001-1447S-046<br>FROST BROWN TODD LLC<br>RONALD E GOLD;ERIN P SEVERINI;KENDAL HARDISON<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH ST<br>CINCINNATI OH 45202<br>KHARDISON@FBTLAW.COM | 000081P001-1447S-046<br>GATOR FLOWER MOUND LLC<br>MARK SHANDLER<br>7850 NW 146TH ST.,4TH FLOOR<br>MIAMI LAKES FL 33016<br>MSHANDLER@GATORINV.COM | 000104P001-1447S-046<br>GRAY ROBINSON P.A.<br>STEVEN J SOLOMON,ESQ<br>333 S.E. 2ND AVE.,STE 3200<br>MIAMI FL 33131<br>STEVEN.SOLOMON@GRAY-ROBINSON.COM | 000056P001-1447S-046<br>GREYLION<br>PERELLA WEINBERG PARTNERS LP<br>ELLEN ROSENBERG<br>767 FIFTH AVENUE<br>NEW YORK NY 10153<br>ellen@greylioncapital.com |

| | | | |
|---|---|---|---|
| 000057P001-1447S-046<br>GREYLION<br>LATHAM & WATKINS LLP<br>JOHAN (HANS) V. BRIGHAM<br>200 CLARENDON STREET<br>BOSTON MA 02116<br>JOHAN.BRIGHAM@LW.COM | 000105P001-1447S-046<br>HILLSBOROUGH COUNTY TAX COLLECTOR<br>BRIAN T FITZGERALD,ESQ<br>SENIOR ASST COUNTY ATTORNEY<br>POST OFFICE BOX 1110<br>TAMPA FL 33601-1110<br>FITZGERALDB@HILLSBOROUGHCOUNTY.ORG | 000065P001-1447S-046<br>HOGAN LOVELLS US LLP<br>ATTN: DAVID P. SIMONDS AND CHRISTOPHER R. BRYANT<br>1999 AVENUE OF THE STARS<br>SUITE 1400<br>LOS ANGELES CA 90067<br>DAVID.SIMONDS@HOGANLOVELLS.COM | 000065P001-1447S-046<br>HOGAN LOVELLS US LLP<br>ATTN: DAVID P. SIMONDS AND CHRISTOPHER R. BRYANT<br>1999 AVENUE OF THE STARS<br>SUITE 1400<br>LOS ANGELES CA 90067<br>CHRIS.BRYANT@HOGANLOVELLS.COM |
| 000060P001-1447S-046<br>HOLLAND & KNIGHT<br>PHILLIP W NELSON;JOSHUA M SPENCER;ANASTASIA M SOTI<br>150 N RIVERSIDE PLAZA STE 2700<br>CHICAGO IL 60606<br>PHILLIP.NELSON@HKLAW.COM | 000060P001-1447S-046<br>HOLLAND & KNIGHT<br>PHILLIP W NELSON;JOSHUA M SPENCER;ANASTASIA M SOTI<br>150 N RIVERSIDE PLAZA STE 2700<br>CHICAGO IL 60606<br>JOSHUA.SPENCER@HKLAW.COM | 000060P001-1447S-046<br>HOLLAND & KNIGHT<br>PHILLIP W NELSON;JOSHUA M SPENCER;ANASTASIA M SOTI<br>150 N RIVERSIDE PLAZA STE 2700<br>CHICAGO IL 60606<br>ANASTASIA.SOTIROPOULOS@HKLAW.COM | 000082P001-1447S-046<br>HULEN POINTE RETAIL LLC<br>BO AVERY<br>4801 HARBOR DRIVE<br>FLOWER MOUND TX 75022<br>BO@TRIMARSH.COM |
| 000093P001-1447S-046<br>IURILLO LAW GROUP PA<br>CAMILLE J IURILLO;KEVIN L HING<br>5628 CENTRAL AVE<br>ST PETERSBURG FL 33707<br>CIURILLO@IURILLOLAW.COM | 000093P001-1447S-046<br>IURILLO LAW GROUP PA<br>CAMILLE J IURILLO;KEVIN L HING<br>5628 CENTRAL AVE<br>ST PETERSBURG FL 33707<br>KHING@IURILLOLAW.COM | 000084P001-1447S-046<br>JASON BLANK<br>JOSHUA EGGNATZ;<br>EGGNATZ PASCUCCI<br>7450 GRIFFIN RD.,STE 230<br>DAVIE FL 33314<br>JEGGNATZ@JUSTICEEARNED.COM | 000075P002-1447S-046<br>KELLEY DRYE & WARREN LLP<br>ROBERT L LEHANE;MARK SCOTT<br>PHILLIP A. WEINTRAUB<br>101 PARK AVE<br>NEW YORK NY 10178<br>RLEHANE@KELLEYDRYE.COM |
| 000075P002-1447S-046<br>KELLEY DRYE & WARREN LLP<br>ROBERT L LEHANE;MARK SCOTT<br>PHILLIP A. WEINTRAUB<br>101 PARK AVE<br>NEW YORK NY 10178<br>MASCOTT@KELLEYDRYE.COM | 000075P002-1447S-046<br>KELLEY DRYE & WARREN LLP<br>ROBERT L LEHANE;MARK SCOTT<br>PHILLIP A. WEINTRAUB<br>101 PARK AVE<br>NEW YORK NY 10178<br>KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM | 000075P002-1447S-046<br>KELLEY DRYE & WARREN LLP<br>ROBERT L LEHANE;MARK SCOTT<br>PHILLIP A. WEINTRAUB<br>101 PARK AVE<br>NEW YORK NY 10178<br>PWEINTRAUB@KELLEYDRYE.COM | 000080P001-1447S-046<br>LAW OFFICES OF KENNETH L BAUM LLC<br>KENNETH L BAUM.ESQ<br>167 MAIN ST<br>HACKENSACK NJ 07601<br>KBAUM@KENBAUMDEBTSOLUTIONS.COM |
| 000066P001-1447S-046<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ELIZABETH WELLER<br>2777 N STEMMONS FREEWAY STE 1000<br>DALLAS TX 75207<br>DALLAS.BANKRUPTCY@PUBLICANS.COM | 000066P001-1447S-046<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ELIZABETH WELLER<br>2777 N STEMMONS FREEWAY STE 1000<br>DALLAS TX 75207<br>BETHW@PUBLICANS.COM | 000101P001-1447S-046<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN P DILLMAN<br>P O BOX 3064<br>HOUSTON TX 77253-3064<br>HOUSTON_BANKRUPTCY@PUBLICANS.COM | 000089P001-1447S-046<br>MANATEE COUNTY TAX COLLECTOR , KEN BURTON JR.<br>ATTN: MICHELLE LEESON, PARALEGAL, COLLECTIONS SPEC<br>1001 3RD AVE WEST<br>SUITE 240<br>BRADENTON FL 34205-7863<br>LEGAL@TAXCOLLECTOR.COM |
| 000069P001-1447S-046<br>MARICOPA COUNTY ATTORNEY'S OFFICE<br>PETER MUTHIG<br>225 W MADISON ST<br>PHOENIX AZ 85003<br>MUTHIGK@MCAO.MARICOPA.GOV | 000090P001-1447S-046<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>TARA LEDAY,ESQ<br>P O BOX 1269<br>ROUND ROCK TX 78680<br>TLEDAY@MVBALAW.COM | 000064P001-1447S-046<br>MONZACK MERSKY BROWDER AND HOCHMAN PA<br>RACHEL B MERSKY<br>1201 N ORANGE ST.,STE 400<br>WILMINGTON DE 19801<br>RMERSKY@MONLAW.COM | 000007P002-1447S-046<br>OFFICE OF THE US TRUSTEE<br>HANNAH MCCOLLUM<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801<br>HANNAH.MCCOLLUM@USDOJ.GOV |

| | | | |
|---|---|---|---|
| 000100P001-1447S-046<br>OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVCIES (<br>DEB SECREST,AUTHORIZED AGENT<br>DEPT OF LABOR & INDUSTRY,COMMONWEALTH OF PENNSYLVA<br>COLLECTIONS SUPPORT UNIT<br>651 BOAS ST.,RM 925<br>HARRISBURG PA 17121<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | 000102P001-1447S-046<br>PACHULSKI STANG ZIEHL & JONES LLP<br>BRADFORD J SANDLER;COLIN R ROBINSON<br>919 N MARKET ST.,17TH FLOOR<br>WILMINGTON DE 19801<br>BSANDLER@PSZJLAW.COM | 000102P001-1447S-046<br>PACHULSKI STANG ZIEHL & JONES LLP<br>BRADFORD J SANDLER;COLIN R ROBINSON<br>919 N MARKET ST.,17TH FLOOR<br>WILMINGTON DE 19801<br>CROBINSON@PSZJLAW.COM | 000063P001-1447S-046<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>EBONEY COBB<br>500 E BORDER ST.,STE 640<br>ARLINGTON TX 76010<br>ECOBB@PBFCM.COM |
| 000067P001-1447S-046<br>RICHARDS LAYTON & FINGER PA<br>JOHN H KNIGHT;MARISA A TERRANOVA FISSEL<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>KNIGHT@RLF.COM | 000067P001-1447S-046<br>RICHARDS LAYTON & FINGER PA<br>JOHN H KNIGHT;MARISA A TERRANOVA FISSEL<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>TERRANOVAFISSEL@RLF.COM | 000099P001-1447S-046<br>RICHARDS LAYTON & FINGER PA<br>AMANDA R STEELE;BRENDAN J SCHLAUCH;MEGAN E KENNEY<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>STEELE@RLF.COM | 000099P001-1447S-046<br>RICHARDS LAYTON & FINGER PA<br>AMANDA R STEELE;BRENDAN J SCHLAUCH;MEGAN E KENNEY<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>SCHLAUCH@RLF.COM |
| 000099P001-1447S-046<br>RICHARDS LAYTON & FINGER PA<br>AMANDA R STEELE;BRENDAN J SCHLAUCH;MEGAN E KENNEY<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>KENNEY@RLF.COM | 000108P001-1447S-046<br>ROBERTS LAW PLLC<br>KELLY ROBERTS,ESQ<br>2075 MAIN ST.,STE 23<br>SARASOTA FL 34237<br>KELLY@KELLYROBERTSLAW.COM | 000087P001-1447S-046<br>SACKS TIERNEY PA<br>RANDY NUSSBAUM;PHILIP R RUDD<br>4250 N DRINKWATER BLVD,,4TH FLOOR<br>SCOTTSDALE AZ 85251<br>RANDY.NUSSBAUM@SACKSTIERNEY.COM | 000087P001-1447S-046<br>SACKS TIERNEY PA<br>RANDY NUSSBAUM;PHILIP R RUDD<br>4250 N DRINKWATER BLVD,,4TH FLOOR<br>SCOTTSDALE AZ 85251<br>PHILIP.RUDD@SACKSTIERNEY.COM |
| 000078P001-1447S-046<br>SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE B DISABATINO,ESQ<br>1201 NORTH MARKET ST.,STE 2300<br>P O BOX 1266<br>WILMINGTON DE 19899<br>MONIQUE.DISABATINO@SAUL.COM | 000079P001-1447S-046<br>SAUL EWING ARNSTEIN & LEHR LLP<br>MELISSA A MARTINEZ, ESQ<br>CENTRE SQUARE WEST<br>1500 MARKET ST.,38TH FLOOR<br>PHILADELPHIA PA 19102-2186<br>MELISSA.MARTINEZ@SAUL.COM | 000020P001-1447S-046<br>SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549<br>SECBANKRUPTCY@SEC.GOV | 000021P001-1447S-046<br>SECURITIES AND EXCHANGE COMMISSION<br>PHIL OFC   BANKRUPTCY DEPT<br>ONE PENN CTR<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103<br>SECBANKRUPTCY@SEC.GOV |
| 000062P001-1447S-046<br>SIMON PROPERTY GROUP INC<br>RONALD M TUCKER,ESQ<br>225 WEST WASHINGTON ST<br>INDIANAPOLIS IN 46204<br>RTUCKER@SIMON.COM | 000074P001-1447S-046<br>SINGER & LEVICK PC<br>MICHELLE E SHRIRO,ESQ<br>16200 ADDISON RD.,STE 140<br>ADDISON TX 75001<br>MSHRIRO@SINGERLEVICK.COM | 000096P001-1447S-046<br>SPOTTS FAIN PC<br>NEIL MCCULLAGH;KARL A MOSES JR<br>411 EAST FRANKLIN ST.,STE 600<br>RICHMOND VA 23219<br>NMCCULLAGH@SPOTTSFAIN.COM | 000096P001-1447S-046<br>SPOTTS FAIN PC<br>NEIL MCCULLAGH;KARL A MOSES JR<br>411 EAST FRANKLIN ST.,STE 600<br>RICHMOND VA 23219<br>KMOSES@SPOTTSFAIN.COM |
| 000068P001-1447S-046<br>STARK & STARK PC<br>JOSEPH H LEMKIN,ESQ<br>P O BOX 5315<br>PRINCETON NJ 08543<br>JLEMKIN@STARK-STARK.COM | 000009P001-1447S-046<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY  ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | 000077P001-1447S-046<br>WESTERNBURG & THORNTON PC<br>STEVEN THORNTON<br>10440 N CENTRAL EXPRESSWAY STE 800<br>DALLAS TX 75231<br>STEVE@MWTLAW.COM | 000070P001-1447S-046<br>WILES & WILES LLP<br>VICTOR W NEWMARK,ESQ<br>800 KENNESAW AVE.,STE 400<br>MARIETTA GA 30060-7946<br>BANKRUPTCY@EVICT.NET |

| | | | |
|---|---|---|---|
| 000098P001-1447S-046<br>WINSTEAD PC<br>JASON A ENRIGHT<br>500 WINSTEAD BUILDING<br>2728 N HARWIID ST<br>DALLAS TX 75201<br>JENRIGHT@WINSTEAD.COM | 000023P001-1447S-046<br>WINSTON & STRAWN<br>GREGORY M GARTLAND<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>GGARTLAND@WINSTON.COM | 000022P001-1447S-046<br>WINSTON & STRAWN LLP<br>CAREY D SCHREIBER<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>CSCHREIBER@WINSTON.COM | 000059P001-1447S-046<br>WINSTON & STRAWN LLP<br>MICHAEL T LEARY<br>333 SOUTH GRAND AVE.,38TH FLOOR<br>LOS ANGELES CA 90071<br>MTLEARY@WINSTON.COM |
| 000092P001-1447S-046<br>WOMBLE BOND DICKINSON (US)LLP<br>KEVIN J MANGAN<br>1313 NORTH MARKET ST.,STE 1200<br>WILMINGTON DE 19801<br>KEVIN.MANGAN@WBD-US.COM | 000058P001-1447S-046<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>JBARRY@YCST.COM | 000058P001-1447S-046<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>AMAGAZINER@YCST.COM | 000058P001-1447S-046<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>JMULVIHILL@YCST.COM |
| 000058P001-1447S-046<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>BANKFILINGS@YCST.COM | | | |

Records Printed :   **81**

**EXHIBIT 2**

# YouFit Health Clubs, LLC, et al.
## Federal Express
### Exhibit Page

Page # : 1 of 1                                                                                                   01/29/2021  12:47:23 PM

| | | | |
|---|---|---|---|
| 000018P001-1447S-046<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801 | 000012P002-1447S-046<br>DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FL<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | 000010P001-1447S-046<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000011P001-1447S-046<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 |
| 000055P001-1447S-046<br>GREYLION<br>PERELLA WEINBERG PARTNERS<br>ATTN: GENERAL COUNSEL<br>GENERAL COUNSEL<br>767 FIFTH AVENUE<br>NEW YORK NY 10153 | 000056P001-1447S-046<br>GREYLION<br>PERELLA WEINBERG PARTNERS LP<br>ELLEN ROSENBERG<br>ELLEN ROSENBERG<br>767 FIFTH AVENUE<br>NEW YORK NY 10153 | 000057P001-1447S-046<br>GREYLION<br>LATHAM & WATKINS LLP<br>JOHAN (HANS) V. BRIGHAM<br>JOHAN (HANS) V. BRIGHAM<br>200 CLARENDON STREET<br>BOSTON MA 02116 | 000006P001-1447S-046<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 |
| 000014P001-1447S-046<br>MICHIGAN DEPT OF TREASURY, TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FL AUSTIN BLDG<br>LANSING MI 48922 | 000007P002-1447S-046<br>OFFICE OF THE US TRUSTEE<br>HANNAH MCCOLLUM<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801 | 000019P001-1447S-046<br>SECURITIES AND EXCHANGE COMMISSION<br>NY REG OFFICE BANKRUPTCY DEPT<br>BROOKFIELD PL<br>200 VESEY ST STE 400<br>NEW YORK NY 10281-1022 | 000020P001-1447S-046<br>SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549 |
| 000021P001-1447S-046<br>SECURITIES AND EXCHANGE COMMISSION<br>PHIL OFC  BANKRUPTCY DEPT<br>ONE PENN CTR<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103 | 000016P001-1447S-046<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL REGION 3<br>300 SPRING GDN ST<br>PHILADELPHIA PA 19123 | 000009P001-1447S-046<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY  ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801 | 000015P001-1447S-046<br>US EPA REG 3<br>OFFICE OF REG COUNSEL<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 |
| 000083P001-1447S-046<br>WESTWOOD PLAZA LLC<br>STEVEN LEONI<br>2020 WEST PENSACOLA ST.,STE 285<br>TALLAHASSEE FL 32304 | | | |

Records Printed :  17

# EXHIBIT 3

# YouFit Health Clubs, LLC, et al.
# USPS Express Mail
# Exhibit Page

Page # : 1 of 1                                                                                                          01/29/2021 12:50:31 PM

| 000017P001-1447S-046 | 000008P001-1447S-046 | 000013P001-1447S-046 | 000005P001-1447S-046 |
|---|---|---|---|
| ARIZONA ATTORNEY GENERAL'S OFFICE | DELAWARE SECRETARY OF STATE | FRANCHISE TAX BOARD | INTERNAL REVENUE SVC |
| PO BOX 6123 | DIV OF CORPORATIONS FRANCHISE TAX | BANKRUPTCY SECTION MSA340 | CENTRALIZED INSOLVENCY OPERATION |
| MD 7611 | PO BOX 898 | PO BOX 2952 | PO BOX 7346 |
| PHOENIX AZ 85005-6123 | DOVER DE 19903 | SACRAMENTO CA 95812-2952 | PHILADELPHIA PA 19101-7346 |

Records Printed :   4