## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF KINGS      )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 17th day of February, 2021, DRC, under my supervision, caused to be served a true and accurate copy of the *Debtors' Motion for Entry of an Order Extending the Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof* (Docket No. 754), to be served via electronic mail upon the parties as set forth on Exhibit 1, and via First Class US mail upon the parties as set forth on Exhibit 2, attached hereto,

[This space intentionally left blank. Signature page to follow.]

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, for which joint administration has been requested, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the proposed claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 2nd day of March, 2021, Brooklyn, New York.

By _____
Edward A. Calderon

Sworn before me this
2nd day of March, 2021

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

# EXHIBIT 1

| | | | |
|---|---|---|---|
| 000097P001-1447S-056<br>ASHBY & GEDDES PA<br>STACY L NEWMAN,ESQ<br>500 DELAWARE AVE, 8TH FLOOR<br>P O BOX 1150<br>WILMINGTON DE 19899-1150<br>SNEWMAN@ASHBYGEDDES.COM | 000071P001-1447S-056<br>BALLARD SPAHR LLP<br>LESLIE C HEILMAN;LAUREL D ROGLEN<br>919 N MARKET ST.,11TH FLOOR<br>WILMINGTON DE 19801-3034<br>HEILMANL@BALLARDSPAHR.COM | 000071P001-1447S-056<br>BALLARD SPAHR LLP<br>LESLIE C HEILMAN;LAUREL D ROGLEN<br>919 N MARKET ST.,11TH FLOOR<br>WILMINGTON DE 19801-3034<br>ROGLENL@BALLARDSPAHR.COM | 000072P002-1447S-056<br>BALLARD SPAHR LLP<br>DAVID L POLLACK; LINDSEY ZIONTS<br>1735 MARKET ST.,51ST FLOOR<br>PHILADELPHIA PA 19103=7599<br>POLLACK@BALLARDSPAHR.COM |
| 000072P002-1447S-056<br>BALLARD SPAHR LLP<br>DAVID L POLLACK; LINDSEY ZIONTS<br>1735 MARKET ST.,51ST FLOOR<br>PHILADELPHIA PA 19103=7599<br>ZIONTSL@BALLARDSPAHR.COM | 000094P001-1447S-056<br>BARCLAY DAMON LLP<br>KEVIN M NEWMAN<br>BARCLAY DAMON TOWER<br>125 EAST JEFFERSON ST<br>SYRACUSE NY 13202<br>KNEWMAN@BARCLAYDAMON.COM | 000095P001-1447S-056<br>BARCLAY DAMON LLP<br>SCOTT L FLEISCHER<br>1270 AVENUE OF THE AMERICAS STE 501<br>NEW YORK NY 10020<br>SFLEISCHER@BARCLAYDAMON.COM | 000073P001-1447S-056<br>BERGER SINGERMAN LLP<br>BRIAN G RICH,ESQ<br>313 NORTH MONROE ST.,STE 301<br>TALLAHASSEE FL 32301<br>BRICH@BERGERSINGERMAN.COM |
| 000076P001-1447S-056<br>BERGER SINGERMAN LLP<br>MCIHAEL J NILES, ESQ<br>313 NORTH MONROE ST.,STE 301<br>TALLAHASSEE FL 32301<br>MNILES@BERGERSINGERMAN.COM | 000088P001-1447S-056<br>BIELLI & KLAUDER LLC<br>DAVID M KLAUDER,ESQ<br>1204 N KING ST<br>WILMINGTON DE 19801<br>DKLAUDER@BK-LEGAL.COM | 000085P001-1447S-056<br>BROWARD COUNTY ATTORNEY<br>SCOTT ANDRON,ASSISTANT COUNTY ATTORNEY<br>GOVERNMENT CENTER STE 423<br>115 SOUTH ANDREWS AVE<br>FORT LAUDERDALE FL 33301<br>SANDRON@BROWARD.ORG | 000103P001-1447S-056<br>CITY OF PHILADELPHIA LAW DEPT<br>MEGAN N HARPER,DEPUTY CITY SOLICITOR<br>MUNICIPAL SERVICES BUILDING<br>1401 JFK BLVD 5TH FLOOR<br>PHILADELPHIA PA 19102-1595<br>MEGAN.HARPER@PHILA.GOV |
| 000086P001-1447S-056<br>COLEMAN & DEMPSEY LLP<br>ARLENE L COLEMAN<br>TWO RAVINIA DRIVE STE 1250<br>ATLANTA GA 30346<br>ACOLEMAN@COLEMAN-DEMPSEY.COM | 000107P002-1447S-056<br>COOPER LEVENSON P.A.<br>STACEY MATTIA<br>30 FOX HUNT DRIVE<br>BEAR DE 19701<br>SMATTIA@COOPERLEVENSON.COM | 000018P001-1447S-056<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000012P002-1447S-056<br>DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FL<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>CHRISTINA.ROJAS@DELAWARE.GOV |
| 000008P001-1447S-056<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 000091P001-1447S-056<br>FERRY JOSEPH P.A.<br>RICK S MILLER,ESQ<br>824 MARKET ST.,STE 1000<br>P O BOX 1351<br>WILMINGTON DE 19899-1351<br>RMILLER@FERRYJOSEPH.COM | 000061P001-1447S-056<br>FROST BROWN TODD LLC<br>RONALD E GOLD;ERIN P SEVERINI;KENDAL HARDISON<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH ST<br>CINCINNATI OH 45202<br>RGOLD@FBTLAW.COM | 000061P001-1447S-056<br>FROST BROWN TODD LLC<br>RONALD E GOLD;ERIN P SEVERINI;KENDAL HARDISON<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH ST<br>CINCINNATI OH 45202<br>ESEVERINI@FBTLAW.COM |
| 000061P001-1447S-056<br>FROST BROWN TODD LLC<br>RONALD E GOLD;ERIN P SEVERINI;KENDAL HARDISON<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH ST<br>CINCINNATI OH 45202<br>KHARDISON@FBTLAW.COM | 000081P001-1447S-056<br>GATOR FLOWER MOUND LLC<br>MARK SHANDLER<br>7850 NW 146TH ST.,4TH FLOOR<br>MIAMI LAKES FL 33016<br>MSHANDLER@GATORINV.COM | 000104P001-1447S-056<br>GRAY ROBINSON P.A.<br>STEVEN J SOLOMON,ESQ<br>333 S.E. 2ND AVE.,STE 3200<br>MIAMI FL 33131<br>STEVEN.SOLOMON@GRAY-ROBINSON.COM | 000056P001-1447S-056<br>GREYLION<br>PERELLA WEINBERG PARTNERS LP<br>ELLEN ROSENBERG<br>767 FIFTH AVENUE<br>NEW YORK NY 10153<br>ellen@greylioncapital.com |

| | | | |
|---|---|---|---|
| 000057P001-1447S-056<br>GREYLION<br>LATHAM & WATKINS LLP<br>JOHAN (HANS) V. BRIGHAM<br>200 CLARENDON STREET<br>BOSTON MA 02116<br>JOHAN.BRIGHAM@LW.COM | 000105P001-1447S-056<br>HILLSBOROUGH COUNTY TAX COLLECTOR<br>BRIAN T FITZGERALD,ESQ<br>SENIOR ASST COUNTY ATTORNEY<br>POST OFFICE BOX 1110<br>TAMPA FL 33601-1110<br>FITZGERALDB@HILLSBOROUGHCOUNTY.ORG | 000065P001-1447S-056<br>HOGAN LOVELLS US LLP<br>ATTN: DAVID P. SIMONDS AND CHRISTOPHER R. BRYANT<br>1999 AVENUE OF THE STARS<br>SUITE 1400<br>LOS ANGELES CA 90067<br>DAVID.SIMONDS@HOGANLOVELLS.COM | 000065P001-1447S-056<br>HOGAN LOVELLS US LLP<br>ATTN: DAVID P. SIMONDS AND CHRISTOPHER R. BRYANT<br>1999 AVENUE OF THE STARS<br>SUITE 1400<br>LOS ANGELES CA 90067<br>CHRIS.BRYANT@HOGANLOVELLS.COM |
| 000060P001-1447S-056<br>HOLLAND & KNIGHT<br>PHILLIP W NELSON;JOSHUA M SPENCER;ANASTASIA M SOTI<br>150 N RIVERSIDE PLAZA STE 2700<br>CHICAGO IL 60606<br>PHILLIP.NELSON@HKLAW.COM | 000060P001-1447S-056<br>HOLLAND & KNIGHT<br>PHILLIP W NELSON;JOSHUA M SPENCER;ANASTASIA M SOTI<br>150 N RIVERSIDE PLAZA STE 2700<br>CHICAGO IL 60606<br>JOSHUA.SPENCER@HKLAW.COM | 000060P001-1447S-056<br>HOLLAND & KNIGHT<br>PHILLIP W NELSON;JOSHUA M SPENCER;ANASTASIA M SOTI<br>150 N RIVERSIDE PLAZA STE 2700<br>CHICAGO IL 60606<br>ANASTASIA.SOTIROPOULOS@HKLAW.COM | 000082P001-1447S-056<br>HULEN POINTE RETAIL LLC<br>BO AVERY<br>4801 HARBOR DRIVE<br>FLOWER MOUND TX 75022<br>BO@TRIMARSH.COM |
| 000093P001-1447S-056<br>IURILLO LAW GROUP PA<br>CAMILLE J IURILLO;KEVIN L HING<br>5628 CENTRAL AVE<br>ST PETERSBURG FL 33707<br>CIURILLO@IURILLOLAW.COM | 000093P001-1447S-056<br>IURILLO LAW GROUP PA<br>CAMILLE J IURILLO;KEVIN L HING<br>5628 CENTRAL AVE<br>ST PETERSBURG FL 33707<br>KHING@IURILLOLAW.COM | 000084P001-1447S-056<br>JASON BLANK<br>JOSHUA EGGNATZ;<br>EGGNATZ PASCUCCI<br>7450 GRIFFIN RD.,STE 230<br>DAVIE FL 33314<br>JEGGNATZ@JUSTICEEARNED.COM | 000075P002-1447S-056<br>KELLEY DRYE & WARREN LLP<br>ROBERT L LEHANE;MARK SCOTT<br>PHILLIP A. WEINTRAUB<br>101 PARK AVE<br>NEW YORK NY 10178<br>RLEHANE@KELLEYDRYE.COM |
| 000075P002-1447S-056<br>KELLEY DRYE & WARREN LLP<br>ROBERT L LEHANE;MARK SCOTT<br>PHILLIP A. WEINTRAUB<br>101 PARK AVE<br>NEW YORK NY 10178<br>MASCOTT@KELLEYDRYE.COM | 000075P002-1447S-056<br>KELLEY DRYE & WARREN LLP<br>ROBERT L LEHANE;MARK SCOTT<br>PHILLIP A. WEINTRAUB<br>101 PARK AVE<br>NEW YORK NY 10178<br>KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM | 000075P002-1447S-056<br>KELLEY DRYE & WARREN LLP<br>ROBERT L LEHANE;MARK SCOTT<br>PHILLIP A. WEINTRAUB<br>101 PARK AVE<br>NEW YORK NY 10178<br>PWEINTRAUB@KELLEYDRYE.COM | 000080P001-1447S-056<br>LAW OFFICES OF KENNETH L BAUM LLC<br>KENNETH L BAUM.ESQ<br>167 MAIN ST<br>HACKENSACK NJ 07601<br>KBAUM@KENBAUMDEBTSOLUTIONS.COM |
| 000066P001-1447S-056<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ELIZABETH WELLER<br>2777 N STEMMONS FREEWAY STE 1000<br>DALLAS TX 75207<br>DALLAS.BANKRUPTCY@PUBLICANS.COM | 000066P001-1447S-056<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ELIZABETH WELLER<br>2777 N STEMMONS FREEWAY STE 1000<br>DALLAS TX 75207<br>BETHW@PUBLICANS.COM | 000101P001-1447S-056<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN P DILLMAN<br>P O BOX 3064<br>HOUSTON TX 77253-3064<br>HOUSTON_BANKRUPTCY@PUBLICANS.COM | 000089P001-1447S-056<br>MANATEE COUNTY TAX COLLECTOR , KEN BURTON JR.<br>ATTN: MICHELLE LEESON, PARALEGAL, COLLECTIONS SPEC<br>1001 3RD AVE WEST<br>SUITE 240<br>BRADENTON FL 34205-7863<br>LEGAL@TAXCOLLECTOR.COM |
| 000069P001-1447S-056<br>MARICOPA COUNTY ATTORNEY'S OFFICE<br>PETER MUTHIG<br>225 W MADISON ST<br>PHOENIX AZ 85003<br>MUTHIGK@MCAO.MARICOPA.GOV | 000090P001-1447S-056<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>TARA LEDAY,ESQ<br>P O BOX 1269<br>ROUND ROCK TX 78680<br>TLEDAY@MVBALAW.COM | 000064P001-1447S-056<br>MONZACK MERSKY BROWDER AND HOCHMAN PA<br>RACHEL B MERSKY<br>1201 N ORANGE ST.,STE 400<br>WILMINGTON DE 19801<br>RMERSKY@MONLAW.COM | 000007P002-1447S-056<br>OFFICE OF THE US TRUSTEE<br>HANNAH MCCOLLUM<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801<br>HANNAH.MCCOLLUM@USDOJ.GOV |

| | | | |
|---|---|---|---|
| 000100P001-1447S-056<br>OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVCIES (<br>DEB SECREST,AUTHORIZED AGENT<br>DEPT OF LABOR & INDUSTRY,COMMONWEALTH OF PENNSYLVA<br>COLLECTIONS SUPPORT UNIT<br>651 BOAS ST.,RM 925<br>HARRISBURG PA 17121<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | 000102P001-1447S-056<br>PACHULSKI STANG ZIEHL & JONES LLP<br>BRADFORD J SANDLER;COLIN R ROBINSON<br>919 N MARKET ST.,17TH FLOOR<br>WILMINGTON DE 19801<br>BSANDLER@PSZJLAW.COM | 000102P001-1447S-056<br>PACHULSKI STANG ZIEHL & JONES LLP<br>BRADFORD J SANDLER;COLIN R ROBINSON<br>919 N MARKET ST.,17TH FLOOR<br>WILMINGTON DE 19801<br>CROBINSON@PSZJLAW.COM | 000063P001-1447S-056<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>EBONEY COBB<br>500 E BORDER ST.,STE 640<br>ARLINGTON TX 76010<br>ECOBB@PBFCM.COM |
| 000067P001-1447S-056<br>RICHARDS LAYTON & FINGER PA<br>JOHN H KNIGHT;MARISA A TERRANOVA FISSEL<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>KNIGHT@RLF.COM | 000067P001-1447S-056<br>RICHARDS LAYTON & FINGER PA<br>JOHN H KNIGHT;MARISA A TERRANOVA FISSEL<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>TERRANOVAFISSEL@RLF.COM | 000099P001-1447S-056<br>RICHARDS LAYTON & FINGER PA<br>AMANDA R STEELE;BRENDAN J SCHLAUCH;MEGAN E KENNEY<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>STEELE@RLF.COM | 000099P001-1447S-056<br>RICHARDS LAYTON & FINGER PA<br>AMANDA R STEELE;BRENDAN J SCHLAUCH;MEGAN E KENNEY<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>SCHLAUCH@RLF.COM |
| 000099P001-1447S-056<br>RICHARDS LAYTON & FINGER PA<br>AMANDA R STEELE;BRENDAN J SCHLAUCH;MEGAN E KENNEY<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>KENNEY@RLF.COM | 000108P001-1447S-056<br>ROBERTS LAW PLLC<br>KELLY ROBERTS,ESQ<br>2075 MAIN ST.,STE 23<br>SARASOTA FL 34237<br>KELLY@KELLYROBERTSLAW.COM | 000087P001-1447S-056<br>SACKS TIERNEY PA<br>RANDY NUSSBAUM;PHILIP R RUDD<br>4250 N DRINKWATER BLVD.,4TH FLOOR<br>SCOTTSDALE AZ 85251<br>RANDY.NUSSBAUM@SACKSTIERNEY.COM | 000087P001-1447S-056<br>SACKS TIERNEY PA<br>RANDY NUSSBAUM;PHILIP R RUDD<br>4250 N DRINKWATER BLVD.,4TH FLOOR<br>SCOTTSDALE AZ 85251<br>PHILIP.RUDD@SACKSTIERNEY.COM |
| 000078P001-1447S-056<br>SAUL EWING ARNSTEIN & LEHR LLP<br>MONIQUE B DISABATINO,ESQ<br>1201 NORTH MARKET ST.,STE 2300<br>P O BOX 1266<br>WILMINGTON DE 19899<br>MONIQUE.DISABATINO@SAUL.COM | 000079P001-1447S-056<br>SAUL EWING ARNSTEIN & LEHR LLP<br>MELISSA A MARTINEZ, ESQ<br>CENTRE SQUARE WEST<br>1500 MARKET ST.,38TH FLOOR<br>PHILADELPHIA PA 19102-2186<br>MELISSA.MARTINEZ@SAUL.COM | 000020P001-1447S-056<br>SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549<br>SECBANKRUPTCY@SEC.GOV | 000021P001-1447S-056<br>SECURITIES AND EXCHANGE COMMISSION<br>PHIL OFC   BANKRUPTCY DEPT<br>ONE PENN CTR<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103<br>SECBANKRUPTCY@SEC.GOV |
| 000062P001-1447S-056<br>SIMON PROPERTY GROUP INC<br>RONALD M TUCKER,ESQ<br>225 WEST WASHINGTON ST<br>INDIANAPOLIS IN 46204<br>RTUCKER@SIMON.COM | 000074P001-1447S-056<br>SINGER & LEVICK PC<br>MICHELLE E SHRIRO,ESQ<br>16200 ADDISON RD.,STE 140<br>ADDISON TX 75001<br>MSHRIRO@SINGERLEVICK.COM | 000096P001-1447S-056<br>SPOTTS FAIN PC<br>NEIL MCCULLAGH;KARL A MOSES JR<br>411 EAST FRANKLIN ST.,STE 600<br>RICHMOND VA 23219<br>NMCCULLAGH@SPOTTSFAIN.COM | 000096P001-1447S-056<br>SPOTTS FAIN PC<br>NEIL MCCULLAGH;KARL A MOSES JR<br>411 EAST FRANKLIN ST.,STE 600<br>RICHMOND VA 23219<br>KMOSES@SPOTTSFAIN.COM |
| 000068P001-1447S-056<br>STARK & STARK PC<br>JOSEPH H LEMKIN,ESQ<br>P O BOX 5315<br>PRINCETON NJ 08543<br>JLEMKIN@STARK-STARK.COM | 000009P001-1447S-056<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY  ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | 000077P001-1447S-056<br>WESTERNBURG & THORNTON PC<br>STEVEN THORNTON<br>10440 N CENTRAL EXPRESSWAY STE 800<br>DALLAS TX 75231<br>STEVE@MWTLAW.COM | 000070P001-1447S-056<br>WILES & WILES LLP<br>VICTOR W NEWMARK,ESQ<br>800 KENNESAW AVE.,STE 400<br>MARIETTA GA 30060-7946<br>BANKRUPTCY@EVICT.NET |

| | | | |
|---|---|---|---|
| 000098P001-1447S-056<br>WINSTEAD PC<br>JASON A ENRIGHT<br>500 WINSTEAD BUILDING<br>2728 N HARWIID ST<br>DALLAS TX 75201<br>JENRIGHT@WINSTEAD.COM | 000023P001-1447S-056<br>WINSTON & STRAWN<br>GREGORY M GARTLAND<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>GGARTLAND@WINSTON.COM | 000022P001-1447S-056<br>WINSTON & STRAWN LLP<br>CAREY D SCHREIBER<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>CSCHREIBER@WINSTON.COM | 000059P001-1447S-056<br>WINSTON & STRAWN LLP<br>MICHAEL T LEARY<br>333 SOUTH GRAND AVE.,38TH FLOOR<br>LOS ANGELES CA 90071<br>MTLEARY@WINSTON.COM |
| 000092P001-1447S-056<br>WOMBLE BOND DICKINSON (US)LLP<br>KEVIN J MANGAN<br>1313 NORTH MARKET ST.,STE 1200<br>WILMINGTON DE 19801<br>KEVIN.MANGAN@WBD-US.COM | 000058P001-1447S-056<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>JBARRY@YCST.COM | 000058P001-1447S-056<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>AMAGAZINER@YCST.COM | 000058P001-1447S-056<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>JMULVIHILL@YCST.COM |
| 000058P001-1447S-056<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>BANKFILINGS@YCST.COM | | | |

Records Printed :    81

# EXHIBIT 2

# YouFit Health Clubs, LLC, et al.
## Exhibit Page

Page # : 1 of 1                                                                                                              02/17/2021 11:28:29 PM

| | | | |
|---|---|---|---|
| 000017P001-1447S-056<br>ARIZONA ATTORNEY GENERAL'S OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000018P001-1447S-056<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801 | 000012P002-1447S-056<br>DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FL<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | 000008P001-1447S-056<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903 |
| 000010P001-1447S-056<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000011P001-1447S-056<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 000013P001-1447S-056<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MSA340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 000055P001-1447S-056<br>GREYLION<br>PERELLA WEINBERG PARTNERS<br>ATTN: GENERAL COUNSEL<br>767 FIFTH AVENUE<br>NEW YORK NY 10153 |
| 000056P001-1447S-056<br>GREYLION<br>PERELLA WEINBERG PARTNERS LP<br>ELLEN ROSENBERG<br>767 FIFTH AVENUE<br>NEW YORK NY 10153 | 000057P001-1447S-056<br>GREYLION<br>LATHAM & WATKINS LLP<br>JOHAN (HANS) V. BRIGHAM<br>200 CLARENDON STREET<br>BOSTON MA 02116 | 000005P001-1447S-056<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000006P001-1447S-056<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 |
| 000014P001-1447S-056<br>MICHIGAN DEPT OF TREASURY, TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FL AUSTIN BLDG<br>LANSING MI 48922 | 000007P002-1447S-056<br>OFFICE OF THE US TRUSTEE<br>HANNAH MCCOLLUM<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801 | 000019P001-1447S-056<br>SECURITIES AND EXCHANGE COMMISSION<br>NY REG OFFICE BANKRUPTCY DEPT<br>BROOKFIELD PL<br>200 VESEY ST STE 400<br>NEW YORK NY 10281-1022 | 000020P001-1447S-056<br>SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549 |
| 000021P001-1447S-056<br>SECURITIES AND EXCHANGE COMMISSION<br>PHIL OFC  BANKRUPTCY DEPT<br>ONE PENN CTR<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103 | 000016P001-1447S-056<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL REGION 3<br>300 SPRING GDN ST<br>PHILADELPHIA PA 19123 | 000009P001-1447S-056<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY  ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801 | 000015P001-1447S-056<br>US EPA REG 3<br>OFFICE OF REG COUNSEL<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 |
| 000083P001-1447S-056<br>WESTWOOD PLAZA LLC<br>STEVEN LEONI<br>2020 WEST PENSACOLA ST.,STE 285<br>TALLAHASSEE FL 32304 | | | |

Records Printed : 21