# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                              ) ss:
COUNTY OF KINGS )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 19th day of February, 2021, DRC, under my supervision, caused to be served a true and accurate copy of the following:

   a. *Second Monthly Fee Application of Red Banyan Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Public Relations Consultant to the Debtors for the Period December 1, 2020 Through December 31, 2020* (Docket No. 762); and

   b. *Third Monthly Fee Application of Red Banyan Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Public Relations Consultant to the Debtors for the Period January 1, 2021 Through January 31, 2021* (Docket No. 765),

to be served via electronic mail upon the parties as set forth on Exhibit 1, attached hereto.

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, for which joint administration has been requested, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the proposed claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 1st day of March, 2021, Brooklyn, New York.

By: *Edward A Calderon*
Edward A. Calderon

Sworn before me this
1st day of March, 2021

*Sung Jae Kim*
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

**EXHIBIT 1**

# YouFit Health Clubs, LLC, et al.
## Electronic Mail
## Exhibit Page

Page # : 1 of 1                                                                                              02/19/2021 04:16:46 PM

| | | | |
|---|---|---|---|
| 000073P001-1447S-058<br>BERGER SINGERMAN LLP<br>BRIAN G RICH,ESQ<br>313 NORTH MONROE ST.,STE 301<br>TALLAHASSEE FL 32301<br>BRICH@BERGERSINGERMAN.COM | 000076P001-1447S-058<br>BERGER SINGERMAN LLP<br>MCIHAEL J NILES, ESQ<br>313 NORTH MONROE ST.,STE 301<br>TALLAHASSEE FL 32301<br>MNILES@BERGERSINGERMAN.COM | 000002P001-1447S-058<br>GREENBERG TRAURIG LLP<br>DENNIS A MELORO<br>1007 NORTH ORANGE STREET<br>SUITE 1200<br>WILMINGTON DE 19801<br>MELOROD@GTLAW.COM | 000003P001-1447S-058<br>GREENBERG TRAURIG LLP<br>NANCY A PETERMAN<br>77 WEST WACKER DRIVE<br>SUITE 3100<br>CHICAGO IL 60601<br>PETERMANN@GTLAW.COM |
| 000004P002-1447S-058<br>GREENBERG TRAURIG LLP<br>ERIC HOWE<br>77 WEST WACKER DRIVE<br>SUITE 3100<br>CHICAGO IL 60601<br>HOWEE@GTLAW.COM | 000024P001-1447S-058<br>GREENBERG TRAURIG, LLP<br>NICHOLAS E BALLEN<br>77 WEST WACKER DRIVE<br>SUITE 3100<br>CHICAGO IL 60601<br>BALLENN@GTLAW.COM | 000007P002-1447S-058<br>OFFICE OF THE US TRUSTEE<br>HANNAH MCCOLLUM<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801<br>HANNAH.MCCOLLUM@USDOJ.GOV | 000102P001-1447S-058<br>PACHULSKI STANG ZIEHL & JONES LLP<br>BRADFORD J SANDLER;COLIN R ROBINSON<br>919 N MARKET ST.,17TH FLOOR<br>WILMINGTON DE 19801<br>BSANDLER@PSZJLAW.COM |
| 000102P001-1447S-058<br>PACHULSKI STANG ZIEHL & JONES LLP<br>BRADFORD J SANDLER;COLIN R ROBINSON<br>919 N MARKET ST.,17TH FLOOR<br>WILMINGTON DE 19801<br>CROBINSON@PSZJLAW.COM | 000106P002-1447S-058<br>PHOENIX MANAGEMENT SERVICES<br>BRIAN GLEASON / MARK KARBINER / KEVIN DOYLE<br>535 FIFTH AVENUE SUITE 1006<br>NEW YORK NEW YORK 10017<br>BGLEASON@PHOENIXMANAGEMENT.COM | 000106P002-1447S-058<br>PHOENIX MANAGEMENT SERVICES<br>BRIAN GLEASON / MARK KARBINER / KEVIN DOYLE<br>535 FIFTH AVENUE SUITE 1006<br>NEW YORK NEW YORK 10017<br>MKARBINER@PHOENIXMANAGEMENT.COM | 000106P002-1447S-058<br>PHOENIX MANAGEMENT SERVICES<br>BRIAN GLEASON / MARK KARBINER / KEVIN DOYLE<br>535 FIFTH AVENUE SUITE 1006<br>NEW YORK NEW YORK 10017<br>Kdoyle@PHOENIXMANAGEMENT.COM |
| 000023P001-1447S-058<br>WINSTON & STRAWN<br>GREGORY M GARTLAND<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>GGARTLAND@WINSTON.COM | 000022P001-1447S-058<br>WINSTON & STRAWN LLP<br>CAREY D SCHREIBER<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>CSCHREIBER@WINSTON.COM | | |

Records Printed : 14