**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 762** |

**CERTIFICATE OF NO OBJECTION TO SECOND MONTHLY
APPLICATION OF RED BANYAN GROUP, LLC FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
AS PUBLIC RELATIONS CONSULTANT TO THE DEBTORS FOR THE
PERIOD DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "**Debtors**") hereby certifies that:

1. On December 3, 2020, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Administrative Order Establishing Procedures for Monthly, Interim, and Final Compensation and Reimbursement of Expenses of Professionals Retained in These Chapter 11 Cases* [Docket No. 202] (the "**Interim Compensation Order**").

2. In accordance with the Interim Compensation Order, on February 19, 2021 Red Banyan Group, LLC ("**Red Banyan**") filed the *Second Monthly Application of Red Banyan Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Public Relations Consultant to the Debtors for the Period December 1, 2020 Through December 31, 2020* [Docket No. 762] (the "**Application**").

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

3.  Pursuant to the Notice of Fee Application [Docket No. 762-2], objections were due by 4:00 p.m. (prevailing Eastern Time) on March 5, 2021. As of the date hereof, personnel at Greenberg Traurig, LLP have not received any responses or objections to the Application.

4.  Accordingly, pursuant to the Interim Compensation Order and the Application, the Debtors are authorized to pay Red Banyan 80% of the fees requested in the Application, or $20,330.00, and 100% of the expenses requested in the Application, or $560.00, for a total payment of $20,890.00.

| | |
|---|---|
| Dated: March 11, 2021 | GREENBERG TRAURIG, LLP |

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7395
Facsimile: (302) 661-7165
Email: melorod@gtlaw.com

- and -

Nancy A. Peterman (admitted *pro hac vice*)
Eric Howe (admitted *pro hac vice*)
Nicholas E. Ballen (admitted *pro hac vice*)
77 West Wacker Dr., Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: petermann@gtlaw.com
  howee@gtlaw.com
  ballenn@gtlaw.com

*Counsel to the Debtors and Debtors in Possession*