# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*[1], | Case No. 20-12841 (MFW) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 764** |

**CERTIFICATION OF NO OBJECTION REGARDING FIRST MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD NOVEMBER 19, 2020 THROUGH JANUARY 31, 2021**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the relief requested in the *First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for the Period November 19, 2020 Through January 31, 2021* (the "Application") [Docket No. 764] filed on February 19, 2021. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the relief requested in the Application appears thereon. Pursuant to the *Notice of First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for the Period November 19, 2020*

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

*Through January 31, 2021* (the "Notice"), responses to the Application were to be filed and served no later than March 12, 2021 at 4:00 p.m. prevailing Eastern Time.

Pursuant to the *Administrative Order Establishing Procedures for Monthly, Interim, and Final Compensation and Reimbursement of Expenses of Professionals Retained in These Chapter 11 Cases* entered by this Court on December 3, 2020 [Docket No. 202], the Debtors are authorized to pay Pachulski Stang Ziehl & Jones LLP $76,746.00, which represents 80% of the fees ($95,932.50) and $3,796.08, which represents 100% of the expenses requested in the Application for the period November 19, 2020 through January 31, 2021 upon the filing of this certificate and without the need for entry of a Court order approving the Application.

Dated: March 16, 2021

BERGER SINGERMAN LLP
Brian G Rich (FBN 38229) (*admitted pro hac vice*)
Michael J. Niles (FBN 107203) (*admitted pro hac vice*)
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone:  (305) 755-9500
Facsimile:   (305) 714-4340
Email: brich@bergersingerman.com
        mniles@bergersingerman.com

and

PACHULSKI STANG ZIEHL & JONES LLP

 */s/ Colin R. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: bsandler@pszjlaw.com
        crobinson@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*