## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF DONLIN RECANO AND COMPANY, INC. REGARDING SERVICE OF SOLICITATION PACKAGE WITH RESPECT TO COMBINED DISCLOSURE STATEMENT AND AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF YOUFIT HEALTH CLUBS, LLC AND ITS DEBTOR AFFILIATES**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss: |
| COUNTY OF KINGS | ) |

I, Robin Charles, declare:

1. I am over the age of 18 years and not a party to this chapter 11 case.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 12th day of March 2021, at my direction and under my supervision, employees of DRC caused to be served the following materials via First Class Mail upon the parties as set forth on Exhibit H, attached hereto.

   a. a USB Flash Drive, which contained PDF files of the following documents, collectively (the "USB Flash Drive"):

      i. *Combined Disclosure Statement and Amended Chapter 11 Plan of Liquidation of YouFit Health Clubs, LLC and its Debtor Affiliates* ( the "Combined Disclosure Statement and Plan "), attached hereto as Exhibit A;

   b. *Notice of (I) Interim Approval of the Disclosure Statement, (II) Establishment of Solicitation and Voting Procedures, (III) Deadline For Voting on the Plan, (IV)*

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

> *Final Combined Hearing on Approval of the Disclosure Statement and Confirmation of the Plan, and (V) Deadline for Filing Objections Thereto* ( the "Confirmation Hearing Notice" ), attached hereto as Exhibit B;

    c. *Class 3 Ballot for Accepting or Rejecting the Proposed Combined Disclosure Statement and Chapter 11 Plan of Liquidation,* attached hereto as Exhibit C;

    d. *Notice of Deadline for Requests for Allowance of Initial Administrative Expense Claims,* (the "Initial Administrative Expense Notice"), attached hereto as Exhibit D; and

    e. A postage pre-paid return envelope addressed to DRC.

4. On the 12ᵗʰ day of March 2021, at my direction and under my supervision, employees of DRC caused to be served the following materials via First Class Mail upon the parties as set forth on Exhibit I, attached hereto.

    a. The USB Flash Drive;

    b. Confirmation Hearing Notice;

    c. *Class 4 Ballot for Accepting or Rejecting the Proposed Combined Disclosure Statement and Chapter 11 Plan of Liquidation,* attached hereto as Exhibit E, personalized to indicate the name and voting amount of its respective claimants;

    d. Initial Administrative Expense Notice;

    e. *Cover Letter to Creditors' Committee in Favor of the Confirmation of the Chapter 11 Plan of Reorganization,* attached hereto as Exhibit F; and

    f. A postage pre-paid return envelope addressed to DRC.

5. On the 12ᵗʰ day of March 2021, at my direction and under my supervision, employees of DRC caused to be served the following materials via First Class Mail upon the parties as set forth on Exhibit J, attached hereto.

    a. *Notice of Non-Voting Status and (I) Interim Approval of the Disclosure Statement, (II) Establishment of Solicitation and Voting Procedures, (III) Deadline for Voting on the Plan, (IV) Final Combined Hearing on Approval of the Disclosure Statement and Confirmation of the Plan, and (V) Deadline For Filing Objections Thereto,* attached hereto as Exhibit G; and

    b. Initial Administrative Expense Notice.

6. On the 12ᵗʰ day of March 2021, at my direction and under my supervision, employees of DRC caused to be served the following materials via First Class Mail upon the parties as set forth on Exhibit K, attached hereto.

    a. Confirmation Hearing Notice; and

    b. Initial Administrative Expense Notice.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 15th day of March 2021, Brooklyn, NY.

By _R.Charles_
Robin Charles

Sworn before me this
15th day of March 2021

_____
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

**COMBINED DISCLOSURE STATEMENT AND AMENDED CHAPTER 11 PLAN OF**
**LIQUIDATION OF YOUFIT HEALTH CLUBS, LLC AND ITS DEBTOR AFFILIATES**

A SOLICITATION OF VOTES IS BEING CONDUCTED TO OBTAIN SUFFICIENT ACCEPTANCES OF THIS COMBINED DISCLOSURE STATEMENT AND PLAN. NOTHING CONTAINED HEREIN SHALL CONSTITUTE AN OFFER, ACCEPTANCE, COMMITMENT, OR LEGALLY BINDING OBLIGATION OF THE DEBTORS OR ANY OTHER PARTY IN INTEREST. THIS COMBINED DISCLOSURE STATEMENT AND PLAN IS SUBJECT TO APPROVAL BY THE BANKRUPTCY COURT AND OTHER CUSTOMARY CONDITIONS.

**GREENBERG TRAURIG, LLP**

Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: melorod@gtlaw.com

Nancy A. Peterman (admitted *pro hac vice*)
Eric Howe (admitted *pro hac vice*)
Nicholas E. Ballen (admitted *pro hac vice*)
77 West Wacker Dr., Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Emails:  petermanN@gtlaw.com
         howeE@gtlaw.com
         ballenN@gtlaw.com

Dated:  March 11, 2021

*Counsel for the Debtors and Debtors in Possession*

---

[1]    The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

# TABLE OF CONTENTS

**Page**

ARTICLE I. DEFINED TERMS, RULES OF INTERPRETATION,
COMPUTATION OF TIME, AND GOVERNING LAW ........................................ 2

    **A.**    Defined Terms ................................................................................. 2

    **B.**    Rules of Interpretation ................................................................. 15

    **C.**    Computation of Time ................................................................... 16

    **D.**    Governing Law ............................................................................. 16

    **E.**    Reference to Monetary Figures ................................................... 16

ARTICLE II. SUMMARY OF CLASSIFICATION OF CLAIMS AND
INTERESTS  AND ESTIMATED RECOVERIES ................................................. 16

ARTICLE III. BACKGROUND ........................................................................... 19

    **A.**    Background and Procedural History ............................................ 19

    **B.**    Debtors' Prepetition Capital Structure ........................................ 20

    **C.**    Events Leading Up to the Chapter 11 Case ................................ 21

    **D.**    The Debtors' Bankruptcy Filings and "First-Day" Relief .............. 25

    **E.**    "Second-Day" Relief .................................................................... 26

    **F.**    DIP Credit Facility ...................................................................... 26

    **G.**    Sale of Substantially all of the Debtors' Assets ........................... 27

    **H.**    Formation of a Creditors' Committee .......................................... 28

    **I.**    Schedules and Statements and 341 Meeting ............................... 29

    **J.**    Omnibus Rejections of Executory Contracts including Unexpired Leases of
Nonresidential Real Property ...................................................... 29

    **K.**    Sale of De Minimis Assets ........................................................... 29

    **L.**    Claim Bar Dates .......................................................................... 29

    **M.**    Creditors' Committee Settlement ................................................. 30

ARTICLE IV. CONFIRMATION AND VOTING PROCEDURES ................................. 31

    **A.**    Confirmation Procedures ............................................................. 31

    **B.**    Procedures for Objection ............................................................. 31

    **C.**    Requirements for Confirmation .................................................. 32

    **D.**    Classification of Claims and Interests ........................................ 32

    **E.**    Impaired Claims or Interests ...................................................... 34

    **F.**    The Debtor Release, Exculpation, and Injunction Provisions .......... 34

i

**G.**  Best Interests of Creditors and Liquidation Analysis ..................................... 35

**H.**  Feasibility .................................................................................................. 36

**I.**  Acceptance by Impaired Classes .................................................................. 36

**J.**  Confirmation Without Acceptance by All Impaired Classes ........................... 37

ARTICLE V. CERTAIN RISK FACTORS TO CONSIDER PRIOR TO VOTING ......... 38

**A.**  Non-Confirmation of the Combined Disclosure Statement and Plan .............. 38

**B.**  Classification Risk ..................................................................................... 39

**C.**  Claims Estimations ..................................................................................... 39

**D.**  Administrative and Priority Claims .............................................................. 39

**E.**  Conditions Precedent to Consummation; Timing ........................................... 39

**F.**  Certain Tax Considerations ......................................................................... 40

**G.**  The Liquidating Trust Assets, Including the Liquidating Trust Claims, May Not Result in Recovery ............................................................................... 40

**H.**  Reductions to Estimated Creditor Recoveries Under the Liquidating Trust ... 40

ARTICLE VI. ADMINISTRATIVE CLAIMS, DIP LENDER CLAIMS, AND PRIORITY TAX CLAIMS .................................................................................... 40

**A.**  Administrative Claims ................................................................................. 40

**B.**  Professional Compensation .......................................................................... 41

**C.**  DIP Lender Claims ..................................................................................... 42

**D.**  Priority Tax Claims .................................................................................... 42

**E.**  Statutory Fees ............................................................................................ 42

ARTICLE VII. CLASSIFICATION AND TREATMENT OF CLAIMS AND INTERESTS AND EXPECTED RECOVERIES ..................................................... 43

**A.**  Summary of Classification .......................................................................... 43

**B.**  Treatment of Claims and Interests ............................................................... 43

**C.**  Confirmation Pursuant to Sections 1129(a)(10) and 1129(b) of the Bankruptcy Code ........................................................................................ 45

**D.**  Elimination of Vacant Classes .................................................................... 46

**E.**  [Intentionally Omitted] ............................................................................... 46

**F.**  Subordinated Claims and Interests ............................................................... 46

ARTICLE VIII. MEANS FOR IMPLEMENTATION OF THE COMBINED DISCLOSURE STATEMENT AND PLAN .............................................................. 46

**A.**  Corporate Existence ................................................................................... 46

ii

| | | |
|---|---|---|
| **B.** | Cancellation of Interests in the Debtors. | 46 |
| **C.** | Creditors' Committee Settlement | 47 |
| **D.** | Causes of Action | 47 |
| **E.** | Vesting; Representative of the Estates | 47 |
| **F.** | Effectuating Documents; Further Transactions | 48 |
| **G.** | Deemed Substantive Consolidation | 48 |
| **H.** | Insurance Policies | 48 |
| **I.** | Dissolution of Creditors' Committee | 49 |
| **J.** | Termination of the Claims Agent | 49 |
| **K.** | Closing of Cases | 49 |
| **L.** | Final Decree | 49 |

**ARTICLE IX. TREATMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ... 50

| | | |
|---|---|---|
| **A.** | Assumption and Rejection of Executory Contracts and Unexpired Leases | 50 |
| **B.** | Claims Based on Rejection of Executory Contracts or Unexpired Leases | 50 |
| **C.** | Insurance Policies | 50 |

**ARTICLE X. THE LIQUIDATING TRUST** ... 51

| | | |
|---|---|---|
| **A.** | Creation of the Liquidating Trust | 51 |
| **B.** | Transfer of Liquidating Trust Assets to the Liquidating Trust | 51 |
| **C.** | Administration of the Liquidating Trust | 52 |

**ARTICLE XI. RESERVES** ... 53

| | | |
|---|---|---|
| **A.** | Establishment of Reserve Accounts | 54 |
| **B.** | Undeliverable Distribution Reserve | 54 |
| **C.** | Liquidating Trust Expense Fund | 55 |
| **D.** | GUC Disputed Claims Reserve | 55 |

**ARTICLE XII. PROCEDURES FOR RESOLVING CONTINGENT, UNLIQUIDATED, AND DISPUTED CLAIMS** ... 56

| | | |
|---|---|---|
| **A.** | Allowance of Claims | 56 |
| **B.** | Claims Administration Responsibilities | 56 |
| **C.** | Estimation of Claims | 57 |
| **D.** | Adjustment to Claims Without Objection | 57 |
| **E.** | Time to File Objections to Claims | 57 |

ACTIVE 54619224v15

| | | |
|---|---|---|
| **F.** | Disallowance of Claims | 57 |
| **G.** | Amendments to Claims | 58 |
| **H.** | No Distributions Pending Allowance | 58 |
| **I.** | Distributions After Allowance | 58 |

**ARTICLE XIII. SETTLEMENT, RELEASE, INJUNCTION, AND RELATED PROVISIONS** ................................................................. 58

| | | |
|---|---|---|
| **A.** | Term of Injunctions or Stays | 58 |
| **B.** | Release of Liens | 58 |
| **C.** | Debtor Release | 59 |
| **D.** | Exculpation | 60 |
| **E.** | Non-Discharge of the Debtors; Injunction | 60 |
| **F.** | Subordination Rights | 61 |

**ARTICLE XIV. CONDITIONS PRECEDENT TO CONFIRMATION AND THE EFFECTIVE DATE** ......................................................... 61

| | | |
|---|---|---|
| **A.** | Conditions Precedent to Confirmation | 61 |
| **B.** | Conditions Precedent to the Effective Date | 62 |
| **C.** | Waiver of Conditions | 62 |
| **D.** | Substantial Consummation | 62 |

**ARTICLE XV. MODIFICATION, REVOCATION, OR WITHDRAWAL OF THE COMBINED DISCLOSURE STATEMENT AND PLAN** ........................... 63

| | | |
|---|---|---|
| **A.** | Modification and Amendments | 63 |
| **B.** | Effect of Confirmation on Modifications | 63 |
| **C.** | Revocation or Withdrawal of the Combined Disclosure Statement and Plan | 63 |

**ARTICLE XVI. RETENTION OF JURISDICTION** ........................ 64

**ARTICLE XVII. MISCELLANEOUS PROVISIONS** ...................... 66

| | | |
|---|---|---|
| **A.** | Immediate Binding Effect | 66 |
| **B.** | Additional Documents | 66 |
| **C.** | Reservation of Rights | 66 |
| **D.** | Successors and Assigns | 67 |
| **E.** | Service of Documents | 67 |
| **F.** | Entire Agreement | 67 |
| **G.** | Exhibits | 67 |
| **H.** | Nonseverability of The Combined Disclosure Statement and Plan Provisions | 67 |

iv

**I.**   Votes Solicited in Good Faith ........................................................................ 68

**J.**   Waiver and Estoppel. ..................................................................................... 68


Appendix A:   Liquidating Trust Agreement
Appendix B:   Identity and Compensation of Liquidating Trustee
Appendix C:   Liquidation Analysis

*ACTIVE 54619224v15*

THE COMBINED DISCLOSURE STATEMENT AND PLAN WAS COMPILED FROM INFORMATION OBTAINED FROM NUMEROUS SOURCES BELIEVED TO BE ACCURATE TO THE BEST OF THE DEBTORS' KNOWLEDGE, INFORMATION, AND BELIEF.    NO GOVERNMENTAL AUTHORITY HAS PASSED ON, CONFIRMED, OR DETERMINED THE ACCURACY OR ADEQUACY OF THE INFORMATION CONTAINED HEREIN.

NOTHING STATED HEREIN SHALL BE (I) DEEMED OR CONSTRUED AS AN ADMISSION OF ANY FACT OR LIABILITY BY ANY PARTY, (II) ADMISSIBLE IN ANY PROCEEDING INVOLVING THE DEBTORS OR ANY OTHER PARTY, OR (III) DEEMED CONCLUSIVE EVIDENCE OF THE TAX OR OTHER LEGAL EFFECTS OF THE COMBINED DISCLOSURE STATEMENT AND PLAN ON THE DEBTORS OR HOLDERS OF CLAIMS OR INTERESTS.   CERTAIN STATEMENTS CONTAINED HEREIN, BY NATURE, ARE FORWARD-LOOKING AND CONTAIN ESTIMATES AND ASSUMPTIONS. THERE CAN BE NO ASSURANCE THAT SUCH STATEMENTS WILL REFLECT ACTUAL OUTCOMES.

THE STATEMENTS CONTAINED HEREIN ARE MADE AS OF THE DATE HEREOF, UNLESS ANOTHER TIME IS SPECIFIED.   THE DELIVERY OF THE COMBINED DISCLOSURE STATEMENT AND PLAN SHALL NOT BE DEEMED OR CONSTRUED TO CREATE ANY IMPLICATION THAT THE INFORMATION CONTAINED HEREIN IS CORRECT AT ANY TIME AFTER THE DATE HEREOF.  HOLDERS OF CLAIMS OR INTERESTS SHOULD NOT CONSTRUE THE CONTENTS OF THE COMBINED DISCLOSURE STATEMENT AND PLAN AS PROVIDING ANY LEGAL, BUSINESS, FINANCIAL, OR TAX ADVICE.  THEREFORE, EACH SUCH HOLDER SHOULD CONSULT WITH ITS OWN LEGAL, BUSINESS, FINANCIAL, AND TAX ADVISORS AS TO ANY SUCH MATTERS CONCERNING THE COMBINED DISCLOSURE STATEMENT AND PLAN AND THE TRANSACTIONS CONTEMPLATED HEREBY.

NO PARTY IS AUTHORIZED TO GIVE ANY INFORMATION WITH RESPECT TO THE COMBINED DISCLOSURE STATEMENT AND PLAN OTHER THAN THAT WHICH IS CONTAINED IN THE COMBINED DISCLOSURE STATEMENT AND PLAN. NO REPRESENTATIONS CONCERNING THE DEBTORS OR THE VALUE OF THEIR PROPERTY HAVE BEEN AUTHORIZED BY THE DEBTORS OTHER THAN AS SET FORTH IN THE COMBINED DISCLOSURE STATEMENT AND PLAN.   ANY INFORMATION, REPRESENTATIONS, OR INDUCEMENTS MADE TO OBTAIN AN ACCEPTANCE OF THE COMBINED DISCLOSURE STATEMENT AND PLAN OTHER THAN, OR INCONSISTENT WITH, THE INFORMATION CONTAINED HEREIN SHOULD NOT BE RELIED UPON BY ANY HOLDER OF A CLAIM OR INTEREST.  THE COMBINED DISCLOSURE STATEMENT AND PLAN HAS BEEN PREPARED IN ACCORDANCE WITH SECTION 1125 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3016(b) AND NOT IN ACCORDANCE WITH FEDERAL OR STATE SECURITIES LAWS OR OTHER NONAPPLICABLE BANKRUPTCY LAWS.  THE COMBINED DISCLOSURE STATEMENT AND PLAN HAS NOT BEEN APPROVED OR DISAPPROVED BY THE UNITED STATES  SECURITIES AND EXCHANGE COMMISSION (THE "**SEC**"), AND THE SEC HAS NOT PASSED UPON THE ACCURACY OR ADEQUACY OF THE STATEMENTS CONTAINED HEREIN.

*ACTIVE 54619224v15*

# INTRODUCTION

YouFit Health Clubs, LLC and its debtor affiliates, as debtors and debtors in possession, propose this combined disclosure statement and chapter 11 plan of liquidation, as amended and supplemented from time to time, for the resolution of outstanding Claims against, and Interests in, the Debtors.  Capitalized terms used and not otherwise defined shall have the meanings ascribed to such terms in Article I.A hereof.

This Combined Disclosure Statement and Plan implements a settlement between the Debtors, the Buyer, and the Creditors' Committee by, among other things, the establishment of the Liquidating Trust.  In accordance with the Liquidating Trust Agreement and the provisions set forth herein, the Liquidating Trustee will marshal the remaining assets of the Debtors' Estates including prosecution and recovery of the Liquidating Trust Claims, review the Claims, and make Distributions from the remaining Assets of the Estates to Holders of certain Allowed Claims, consistent with the priority of claim provisions of the Bankruptcy Code.

This Combined Disclosure Statement and Plan contains, among other things, (i) a discussion of the Debtors' history and businesses, (ii) a summary of the events leading to these Chapter 11 Cases, (iii) a summary of key events in these Chapter 11 Cases, (iv) risk factors related to this Combined Disclosure Statement and Plan, (v) the terms of the plan of liquidation, including the establishment of the Liquidating Trust, and (vi) certain other related matters.

The Debtors are the proponents of the Combined Disclosure Statement and Plan within the meaning of section 1129 of the Bankruptcy Code.  ALL HOLDERS OF CLAIMS AND INTERESTS, TO THE EXTENT APPLICABLE, ARE ENCOURAGED TO READ THE COMBINED DISCLOSURE STATEMENT AND PLAN IN ITS ENTIRETY BEFORE VOTING TO ACCEPT OR REJECT THE COMBINED DISCLOSURE STATEMENT AND PLAN. THE DEBTORS RESERVE THE RIGHT TO ALTER, AMEND, MODIFY, REVOKE, OR WITHDRAW THE COMBINED DISCLOSURE STATEMENT AND PLAN, OR ANY PART THEREOF, PRIOR TO ITS SUBSTANTIAL CONSUMMATION.

Please take note of the following important dates relating to the Combined Disclosure Statement and Plan:

**General Claim Bar Date.**  Persons or entities, other than governmental units, must file Proofs of Claim against the Debtors on account of Claims arising, or deemed to have arisen, prior to the Petition Date, including, for the avoidance of doubt, claims arising under section 503(b)(9) of the Bankruptcy Code by **February 22, 2021, at 4:00 (prevailing Eastern Time).**

**Plan Supplement Deadline.**  Debtors to provide any supplemental disclosures regarding the Combined Disclosure Statement and Plan by April 5, 2021;

**Voting Deadline.**  Ballots from voting creditors must be received by April 12, 2021 at 4:00 p.m. (prevailing Eastern Time);

**Objection Deadline.**  Objections to confirmation of the Combined Disclosure Statement and Plan must be filed and served by April 12, 2021 at 4:00 p.m. (prevailing Eastern Time); and

**Combined Hearing.** Hearing on adequacy of disclosures and confirmation of the Combined Disclosure Statement and Plan: April 22, 2021, at 10:30 a.m. (prevailing Eastern Time).

## ARTICLE I.
## DEFINED TERMS, RULES OF INTERPRETATION,
## COMPUTATION OF TIME, AND GOVERNING LAW

### A.    Defined Terms

As used in this Combined Disclosure Statement and Plan, capitalized terms have the meanings set forth below.

1.    "*503(b)(9) Claims*" means Claims arising under section 503(b)(9) of the Bankruptcy Code against one or more of the Debtors that were to be Filed against one or more of the Debtors on or before the General Bar Date.

2.    "*Acquired Assets*" has the meaning as set forth in the APA.

3.    "*Acquired Causes of Action*" has the meaning set forth in Article III.G below.

4.    "*Administrative Claim*" means a Claim for costs and expenses of administration of the Debtors' Estates pursuant to sections 503(b), 507(a)(2), 507(b), or 1114(e)(2) of the Bankruptcy Code, including: (a) the actual and necessary costs and expenses incurred after the Petition Date and through the Effective Date of preserving the Estates; (b) Allowed Professional Fee Claims; (c) all Allowed requests for compensation or expense reimbursement for making a substantial contribution in the Chapter 11 Cases pursuant to sections 503(b)(3), (4), and (5) of the Bankruptcy Code; (d) all Allowed Claims arising under section 503(b)(9) of the Bankruptcy Code; and (e) all DIP Lender Claims.

5.    "*Administrative Claims Bar Date*" means the Initial Administrative Claims Bar Date or the Supplemental Administrative Claims Bar Date, as applicable.

6.    "*Affiliate*" shall have the meaning set forth in section 101(2) of the Bankruptcy Code.

7.    "*Allowed*" means with respect to any Claim, except as otherwise provided herein: (a) a Claim that is evidenced by a Proof of Claim timely Filed by the Bar Date (or for which Claim under the Combined Disclosure Statement and Plan, the Bankruptcy Code, or a Final Order of the Bankruptcy Court, a Proof of Claim is not or shall not be required to be Filed); (b) a Claim that is listed in the Schedules as not contingent, not unliquidated, and not disputed, and for which no Proof of Claim has been timely Filed; or (c) a Claim Allowed pursuant to the Combined Disclosure Statement and Plan, any stipulation approved by the Bankruptcy Court, any contract, instrument, indenture, or other agreement entered into or assumed in connection with the Combined Disclosure Statement and Plan, or a Final Order; provided, that with respect to a Claim described in clauses (a) and (b) above, such Claim shall be considered Allowed only if and to the extent that with respect to such Claim no objection to the allowance thereof has been interposed within the applicable period of time fixed by the Combined Disclosure Statement and Plan, the Bankruptcy

2

Code, the Bankruptcy Rules, or the Bankruptcy Court, or if such an objection is so interposed, such Claim shall have been Allowed by a Final Order. Any Claim that has been or is hereafter listed in the Schedules as contingent, unliquidated, or disputed, and for which no Proof of Claim or Interest is or has been timely Filed, is not considered Allowed and shall be expunged without further action by the Debtors and without further notice to any party or action, approval, or order of the Bankruptcy Court unless otherwise ordered by the Bankruptcy Court. Notwithstanding anything to the contrary herein, no Claim of any Entity subject to section 502(d) of the Bankruptcy Code shall be deemed Allowed unless and until such Entity pays in full the amount that it owes. For the avoidance of doubt, a Proof of Claim Filed after the Bar Date shall not be Allowed for any purposes whatsoever absent entry of a Final Order allowing such late-Filed Claim. "*Allow*" and "*Allowing*" shall have correlative meanings.

8. "*Approved Budget*" has the meaning as set forth in the Final DIP Order.

9. "*Asset Purchase Agreement*" or "*APA*" means that certain Asset Purchase Agreement dated as of November 9, 2020, as amended by (i) the First Amendment to Asset Purchase Agreement [Docket No. 235], by and between the Debtors and the Buyer and (ii) the Sale Order, as the same may be further amended, supplemented or otherwise modified from time to time that was approved by the Bankruptcy Court pursuant to the Sale Order.

10. "*Assets*" means all tangible and intangible assets of every kind and nature of the Debtors and their Estates within the meaning of section 541 of the Bankruptcy Code.

11. "*Avoidance Actions*" means Claims and Causes of Action under sections 502(d), 544, 545, 547, 548, 549, 550, and 553 of the Bankruptcy Code and any other avoidance or similar action under the Bankruptcy Code or similar state law.

12. "*Bankruptcy Code*" means title 11 of the United States Code, 11 U.S.C. §§ 101–1532, as amended from time to time, as applicable to the Chapter 11 Cases.

13. "*Bankruptcy Court*" means the United States Bankruptcy Court for the District of Delaware having jurisdiction over the Chapter 11 Cases.

14. "*Bankruptcy Rules*" means the Federal Rules of Bankruptcy Procedure, as applicable to the Chapter 11 Cases, promulgated under section 2075 of the Judicial Code and the general, local, and chambers rules of the Bankruptcy Court, each as amended from time to time.

15. "*Bar Date Order*" means the *Order (I) Fixing Deadlines for Filing Proofs of Claim and (II) Approving the Form and Manner of Notice Hereof* entered by the Bankruptcy Court on January 20, 2021 [Docket No. 671].

16. "*Berks Actions*" means any Avoidance Actions against the following individuals: Rick Berks, Christy Berks-Stross, Melissa Berks-Muniz, or Melinda Berks, which Berks Actions were transferred to the Buyer in connection with the Sale.

3

17.    "*Berks Actions Cash Recovery*" means a recovery in Cash by the Buyer or one of its Affiliates, whether through assignment, settlement or judgment, on account of the Berks Actions.

18.    "*Blank Action*" means that certain prepetition putative class action commenced by Jason Blank on April 9, 2020 in Broward County, Florida (17th Circuit Court, Case #106059805).

19.    "*Business Day*" means any day, other than a Saturday, Sunday, or "*legal holiday*" (as defined in Bankruptcy Rule 9006(a)).

20.    "*Buyer*" means YF FC Acquisition, LLC.

21.    "*Cash*" means cash and cash equivalents, including bank deposits, checks, and other similar items in legal tender of the United States of America.

22.    "*Causes of Action*" means any Claims, damages, remedies, causes of action, demands, rights, actions, suits, obligations, liabilities, accounts, defenses, offsets, powers, privileges, licenses, and franchises of any kind or character whatsoever, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, contingent or non-contingent, matured or unmatured, suspected or unsuspected, in tort, law, equity, or otherwise, including (a) all rights of setoff, counterclaim, or recoupment and claims on contracts or for breaches of duties imposed by law; (b) the right to object to or otherwise contest Claims or Interests; (c) claims pursuant to sections 362, 510, 542, 543, 544 through 550, or 553 of the Bankruptcy Code; and (d) such claims and defenses as fraud, mistake, duress, and usury and any other defenses set forth in section 558 of the Bankruptcy Code.

23.    "*Chapter 11 Cases*" means, when used with reference to a particular Debtor, the case pending for that Debtor under chapter 11 of the Bankruptcy Code in the Bankruptcy Court, and when used with reference to all of the Debtors, the procedurally consolidated and jointly administered chapter 11 cases pending for the Debtors in the Bankruptcy Court.

24.    "*Claim*" means any claim, as defined in section 101(5) of the Bankruptcy Code.

25.    "*Claims Agent*" means Donlin, Recano & Company, Inc. or any successor appointed by the Bankruptcy Court.

26.    "*Claims Objection Bar Date*" means the deadline for objecting to a Claim, which shall be on the date that is the later of (a) 180 days after the Effective Date and (b) such other period of limitation as may be specifically fixed by order of the Bankruptcy Court for objecting to Claims.

27.    "*Claims Register*" means the official register of Claims maintained by the Claims Agent.

28.    "*Class*" means a category of Claims or Interests under section 1122(a) of the Bankruptcy Code.

29.    "*Class 3/Class 4 Allocation*" means the allocation of (a) the Class 3 Liquidating Trust Interests Pro Rata to the Holders of Allowed Lender Claims and (b) the Class 4 Liquidating Trust Interests Pro Rata to Holders of Allowed General Unsecured Claims.

30.    "*Class 3 Liquidating Trust Interests*" means Liquidating Trust Interests to be distributed Pro Rata to Holders of Allowed Lender Claims, which shall entitle such Holders to receive distributions of Liquidating Trust Assets pursuant to the Liquidating Trust Proceeds Waterfall.

31.    "*Class 3 Recovery Percentage*" means the lesser of (x) the Lender Claim Pool Percentage and (y) 65%.

32.    "*Class 4 Liquidating Trust Interests*" means Liquidating Trust Interests to be distributed Pro Rata to Holders of Allowed General Unsecured Claims, which shall entitle such Holders to receive distributions of Liquidating Trust Assets pursuant to the Liquidating Trust Proceeds Waterfall.

33.    "*Class 4 Recovery Percentage*" means 100% minus the Lender Recovery Percentage.

34.    "*Combined Disclosure Statement and Plan*" means this entire document and the Plan Supplement, all exhibits, schedules and related documents, whether annexed hereto or Filed in connection herewith, including the Disclosure Statement portions and the Plan portions.

35.    "*Confirmation Date*" means the date upon which the Bankruptcy Court enters the Confirmation Order on the docket of the Chapter 11 Cases, within the meaning of Bankruptcy Rules 5003 and 9021.

36.    "*Confirmation Order*" means the order of the Bankruptcy Court confirming this Combined Disclosure Statement and Plan pursuant to, among others, section 1129 of the Bankruptcy Code.

37.    "*Combined Hearing*" means the combined hearing before the Bankruptcy Court to consider the adequacy of the disclosures in, and confirmation of, the Combined Disclosure Statement and Plan, which is scheduled for April 22, 2021, at 10:30 a.m. (prevailing Eastern Time).

38.    "*Consummation*" means the occurrence of the Effective Date.

39.    "*Contingent Claim*" means any contingent or unliquidated Claim asserted or which may be asserted against the Debtors.

40.    "*Creditors' Committee*" means the official committee of unsecured creditors appointed in the Chapter 11 Cases pursuant to section 1102(a) of the Bankruptcy Code [Docket No. 101].

41.    "*Creditors' Committee Settlement*" means the settlement among the Creditors' Committee, the Debtors, and the Buyer, described in more detail in Article III.M of the Combined

5

Disclosure Statement and Plan, and implemented pursuant to the terms of the Sale Order and this Combined Disclosure Statement and Plan.

42.     "*Debtors*" means, collectively, the debtors and debtors in possession in the Chapter 11 Cases.

43.      "*DIP Agent*" means Alter Domus (US) LLC, in its capacity as administrative and collateral agent under the DIP Facility.

44.     "*DIP Credit Agreement*" means that certain Senior Secured Super-Priority Debtor-in-Possession Credit Agreement, dated as of November 9, 2020, by and among the Debtors, the DIP Lenders, and the DIP Agent, as it may be amended, restated, supplemented, or otherwise modified from time to time.

45.     "*DIP Credit Documents*" means the DIP Credit Agreement and any other agreements and documents executed in connection with or related thereto.

46.      "*DIP Credit Facility*" means the multi-draw superpriority senior secured priming debtor-in-possession term loan credit facility provided by the DIP Lenders to the Debtors under the terms of the DIP Credit Documents and DIP Orders.

47.     "*DIP Lender Claims*" means any and all Claims derived from, based upon, or secured by, the DIP Facility, the DIP Credit Documents, or the DIP Orders held by any DIP Lender or the DIP Agent which claims are deemed Allowed.

48.      "*DIP Lenders*" means, collectively, the lenders from time to time that are party to the DIP Credit Agreement.

49.     "*DIP Lender Representative*" means BGC Lender Rep LLC, as lender representative under the DIP Credit Agreement.

50.     "*DIP Orders*" means, collectively, the interim and final orders entered by the Bankruptcy Court authorizing the Debtors to enter into the DIP Credit Documents and incur postpetition obligations thereunder [Docket Nos. 49 & 231] as well as orders entered by the Bankruptcy Court amending the terms of the DIP Credit Facility [Docket Nos. 568 and 656].

51.     "*Disallowed*" means, with respect to any Claim, a Claim or any portion thereof that: (a) has been disallowed by a Final Order; (b) is listed on the Schedules as zero or as contingent, disputed, or unliquidated and as to which no Proof of Claim or request for payment of an Administrative Claim has been timely Filed or deemed timely Filed with the Bankruptcy Court pursuant to either the Bankruptcy Code or any Final Order or otherwise deemed timely Filed under applicable law or the Combined Disclosure Statement and Plan; (c) is not listed on the Schedules and as to which no Proof of Claim or request for payment of an Administrative Claim has been timely Filed or deemed timely Filed with the Bankruptcy Court pursuant to either the Bankruptcy Code or any Final Order or otherwise deemed timely Filed under applicable law or the Combined Disclosure Statement and Plan; (d) has been withdrawn by agreement of the applicable Debtor and the Holder thereof; or (e) has been withdrawn by the Holder thereof.

6

52.    "*Disbursing Agent*" means mean the Liquidating Trustee; *provided, however*, that the Liquidating Trustee may, in its discretion, retain a third party to act as Disbursing Agent.

53.    "*Disclosure Statement*" means the disclosure statement, as amended, supplemented or modified from time to time, that is embodied within the Combined Disclosure Statement and Plan and distributed in accordance with, among others, sections 1125, 1126(b) and 1145 of the Bankruptcy Code, Bankruptcy Rule 3018, and other applicable law.

54.    "*Disputed*" means a Claim that is not yet Allowed or Disallowed.

55.    "*Distribution*" shall mean any distribution made pursuant to the Combined Disclosure Statement and Plan by the Liquidating Trustee or another Entity acting as the Disbursing Agent, to the Holders of Allowed Claims.

56.    "*Distribution Reserve Accounts*" means the Undeliverable Distribution Reserve, the Liquidating Trust Expense Fund, and the GUC Disputed Claims Reserve established pursuant to this Combined Disclosure Statement and Plan.

57.    "*Effective Date*" means the first Business Day after the Confirmation Date on which the conditions precedent specified herein have been either satisfied or waived.

58.    "*Entity*" shall have the meaning set forth in section 101(15) of the Bankruptcy Code.

59.    "*Estate*" means, as to each Debtor, the estate created for the Debtor in its Chapter 11 Case pursuant to section 541 of the Bankruptcy Code.

60.    "*Exculpated Parties*" means, collectively, and in each case in its capacity as such: (a) the Debtors, (b) the directors and officers of the Debtors who served during any portion of these Chapter 11 Cases, (c) the Debtors' Professionals retained in these Chapter 11 Cases, (d) the Creditors' Committee, the members of the Creditors' Committee in their capacity as such, the individuals representing such members, in their capacity as such, and (e) the Creditors' Committee's Professionals retained in these Chapter 11 Cases.

61.    "*Executory Contract*" means a contract to which one or more of the Debtors is a party that is subject to assumption or rejection under sections 365 or 1123 of the Bankruptcy Code.

62.    "*File,*" "*Filed,*" or "*Filing*" means file, filed, or filing in the Chapter 11 Cases with the Bankruptcy Court or, with respect to the filing of a Proof of Claim or proof of Interest, the Claims Agent.

63.    "*Final DIP Order*" means the final order entered by the Bankruptcy Court authorizing the Debtors to enter into the DIP Credit Documents and incur postpetition obligations thereunder [Docket No. 231].

64.    "*Final Order*" means (i) an order or judgment of the Bankruptcy Court, as entered on the docket in any Chapter 11 Case (or any related adversary proceeding or contested matter) or

7

the docket of any other court of competent jurisdiction, or (ii) an order or judgment of any other court having jurisdiction over any appeal from (or petition seeking certiorari or other review of) any order or judgment entered by the Bankruptcy Court (or any other court of competent jurisdiction, including in an appeal taken) in any Chapter 11 Case (or in any related adversary proceeding or contested matter), in each case that has not been reversed, stayed, modified, or amended, and as to which the time to appeal, or seek certiorari or move for a new trial, reargument, or rehearing has expired according to applicable law and no appeal or petition for certiorari or other proceedings for a new trial, reargument, or rehearing has been timely taken, or as to which any appeal that has been taken or any petition for certiorari that has been or may be timely Filed has been withdrawn or resolved by the highest court to which the order or judgment was appealed or from which certiorari was sought or the new trial, reargument, or rehearing shall have been denied, resulted in no modification of such order, or has otherwise been dismissed with prejudice; provided, that the possibility a motion under Rule 60 of the Federal Rules of Civil Procedure, or any analogous rule under the Bankruptcy Rules or the Local Bankruptcy Rules of the Bankruptcy Court, may be Filed relating to such order shall not prevent such order from being a Final Order.

65.    "*General Bar Date*" means February 22, 2021 at 4:00 p.m. (prevailing Eastern Time) for certain Claims arising before the Petition Date, including 503(b)(9) Claims, as established by the Bar Date Order.

66.    "*General Unsecured Claim*" or "*GUC*" means any Claim other than (a) an Administrative Claim, (b) an Other Secured Claim, (c) a Priority Tax Claim, (d) an Other Priority Claim, (e) an Intercompany Claim, (f) a DIP Lender Claim, (g) a Prepetition Lender Claim, or (h) a Subordinated Claim.

67.    "*Governmental Unit*" shall have the meaning set forth in section 101(27) of the Bankruptcy Code.

68.    "*GUC Disputed Claims Reserve*" means a reserve account with respect to Disputed General Unsecured Claims to be established and funded by the Liquidating Trustee pursuant to Article X and the Liquidating Trust Agreement.

69.    "*Holder*" means any Person holding a Claim, Interest, or Liquidating Trust Interest, as applicable.

70.    "*Holdings*" means YouFit Health Clubs, LLC.

71.    "*Impaired*" means, with respect to a Class of Claims or Interests, a Class of Claims or Interests that is impaired within the meaning of section 1124 of the Bankruptcy Code.

72.    "*Initial Administrative Claims Bar Date*" means the deadline by which all Holders of Initial Administrative Claims must file a request for allowance of any such claims via the form approved by the Solicitation Procedures Order by 4:00 p.m. (prevailing Eastern Time) on April 12, 2021.

73.    "*Initial Administrative Claims*" means Administrative Claims, other than 503(b)(9) Claims, DIP Lender Claims, or Professional Fee Claims, that arose or accrued between the Petition Date and the later of March 3, 2021 and the date of the entry of the Solicitation Procedures Order.

74.    "*Intercompany Claim*" means any Claim held by a Debtor against another Debtor.

75.    "*Interest*" means any equity security (as defined in section 101(16) of the Bankruptcy Code) in any Debtor, including any rights, options, warrants, stock appreciation rights, phantom stock rights, restricted stock units, redemption rights, repurchase rights, convertible, exercisable or exchangeable securities or other agreements, arrangements or commitments of any character relating to, or whose value is related to, any such interest or other ownership interest in any Debtor.

76.    "*Insurance Policies*" mean all insurance policies that have been issued at any time to or provide coverage to any of the Debtors and all agreements, documents, or instruments relating thereto.

77.    "*IRS*" means the Internal Revenue Service.

78.    "*Interim Compensation Order*" means the order of the Bankruptcy Court establishing procedures for interim compensation and reimbursement of expenses for professionals [Docket No. 202].

79.    "*Judicial Code*" means title 28 of the United States Code, 28 U.S.C. §§ 1–4001, as amended from time to time, as applicable to the Chapter 11 Cases.

80.    "*Lender Claim Pool Percentage*" means the percentage derived by dividing (i) the Lender Claims Allowed Amount by (ii) the sum of (a) the Lender Claims Allowed Amount and (b) the aggregate amount of Allowed General Unsecured Claims.

81.    "*Lender Claims*" means together the Prepetition Lender Claims and the DIP Lender Claims, which are deemed allowed.

82.    *Lender Claims Allowed Amount*" means the aggregate Allowed amount of the Lender Claims, which amount is no less than $17,727,918.35.

83.    "*Lenders*" means together the Prepetition Lenders and the DIP Lenders.

84.    "*Lien*" shall have the meaning set forth in section 101(37) of the Bankruptcy Code.

85.    "*Liquidating Trust*" means a liquidating trust to be established on the Effective Date for the benefit of Holders of Allowed Lender Claims and General Unsecured Claims pursuant to the terms of the Liquidating Trust Agreement and the Combined Disclosure Statement and Plan.

86.    "*Liquidating Trust Advisory Board*" means the advisory board that shall oversee the Liquidating Trust in accordance with the Liquidating Trust Agreement and the Combined Disclosure Statement and Plan, the initial composition of which shall consist of three members,

one of whom shall be designated by the Creditors' Committee (the identity of whom, to the extent known, shall be disclosed prior to the Effective Date), one of whom shall be designated by the Lenders (the identity of whom, to the extent known, shall be disclosed prior to the Effective Date), and one of whom shall be jointly designated by the Creditors' Committee and the Lenders.

87.    "*Liquidating Trust Agreement*" means the trust or similar agreement that establishes the Liquidating Trust and governs the powers, duties, and responsibilities of the Liquidating Trustee, on terms materially consistent with the Combined Disclosure Statement and Plan, the form of which is attached hereto as Appendix A, as may be amended, modified, or supplemented from time to time, which shall be on terms acceptable to the Debtors, the Lenders, and the Creditors' Committee.

88.    "*Liquidating Trust Assets*" means (a) all Excluded Assets (as defined in the Sale Order) including, but not limited to, the Liquidating Trust Funding Amount, (b) the Debtors' books and records that are not Acquired Assets, if any, and (c) the Liquidating Trust Claims and the proceeds thereof.

89.    "*Liquidating Trust Beneficiaries*" means the Holders of Liquidating Trust Interests.

90.    "*Liquidating Trust Claims*" means all Avoidance Actions against West Central Construction as set forth in paragraph 11 of the Sale Order and Exhibit E to the Sale Order.

91.    "*Liquidating Trust Expenses*" shall have the meaning set forth in Article XI.C.

92.    "*Liquidating Trust Funding Amount*" means Cash, if any, remaining from the Professional Fee Excess Amount and Wind Down Amount after payment of all Allowed Administrative Claims and all Allowed Priority Claims, which amount shall be contributed to the Liquidating Trust and distributed in accordance with Liquidating Trust Proceeds Waterfall.

93.    "*Liquidating Trustee*" means the Person jointly designated by the Creditors' Committee and the Lenders to serve as the trustee of the Liquidating Trust and any successor thereto appointed pursuant to the Liquidating Trust Agreement.

94.    "*Liquidating Trust Interests*" means the beneficial interests in the Liquidating Trust.

95.    "*Liquidating Trust Proceeds Waterfall*" means the following priority of Distributions with respect to the Liquidating Trust Assets: (a) first, any outstanding Allowed Administrative Claims and Allowed Priority Claims, if any; (b) second, after the amounts in clause (a) are fully satisfied, all Liquidating Trust Expenses; (c) third, after the amounts in clause (a) and (b) are fully satisfied or reserved, to pay Holders of Class 4 Liquidating Trust Interests (i) $350,000 plus (ii) if the Liquidating Trust Funding Amount is greater than the amount of the Liquidating Trust Expenses, the difference between the Liquidating Trust Funding Amount and the amount of the Liquidating Trust Expenses; (d) fourth, after the amounts in clauses (a) through (c) are fully satisfied or reserved, if there has been a Berks Actions Cash Recovery, to pay Holders of Class 4 Liquidating Trust Interests up to an amount equal to the Class 3 Recovery Percentage applied to the Berks Actions Cash Recovery; and (e) fifth, after the amounts in clauses (a) through (d) are

10

fully satisfied or reserved, to pay Holders of Class 3 Liquidating Trust Interests and Holders of Class 4 Liquidating Trust Interests as follows: (i) the Holders of Class 3 Liquidating Trust Interests shall receive the Class 3 Recovery Percentage of any distributions made under this clause (e) and (ii) Holders of Class 4 Liquidating Trust Interests shall receive the Class 4 Recovery Percentage of any distributions made under this clause.

96.     "*Local Rules*" means the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

97.     "*OCP Order*" means the *Order Authorizing the Retention and Payment of Professionals Utilized by the Debtors in the Ordinary Course of Business* entered by the Bankruptcy Court on December 3, 2020 [Docket No. 201].

98.     "*Ordinary Course Professional*" shall have the meaning ascribed to such term in the OCP Order.

99.     "*Other Priority Claim*" means any Claim entitled to priority in right of payment under section 507(a) of the Bankruptcy Code, other than: (a) an Administrative Claim; or (b) a Priority Tax Claim, to the extent such Claim has not already been paid during the Chapter 11 Cases.

100.     "*Other Secured Claim*" means any Secured Claim other than a DIP Lender Claim and a Prepetition Lender Claim.

101.     "*Person*" shall have the meaning set forth in section 101(41) of the Bankruptcy Code.

102.     "*Petition Date*" means November 9, 2020, the date on which the Debtors commenced the Chapter 11 Cases.

103.     "*Plan*" means the Combined Disclosure Statement and Plan, and the Plan Supplement, which is incorporated herein by reference, including all exhibits and schedules hereto and thereto.

104.     "*Plan Documents*" means all documents, forms of documents, schedules, and exhibits to this Combined Disclosure Statement and Plan to be executed, delivered, assumed, or performed in conjunction with consummation of this Combined Disclosure Statement and Plan on the Effective Date.

105.     "*Plan Supplement*" means the compilation of all Plan Documents to be entered into as of the Effective Date and which, if not attached to this Combined Disclosure Statement and Plan, will be filed with the Bankruptcy Court not later than seven (7) calendar days prior to the Voting Deadline.

106.     "*Prepetition Agent*" means Cortland Capital Market Services, LLC, as administrative agent (together with its permitted successors in such capacity) and as collateral agent (together with its permitted successors in such capacity) under the Prepetition Credit Agreement.

107.   "*Prepetition Collateral*" means the Collateral (as defined in the Prepetition Credit Agreement), which Prepetition Collateral constitutes substantially all of each Prepetition Loan Party's assets.

108.   "*Prepetition Credit Agreement*" means that certain Credit and Guaranty Agreement, dated as of April 16, 2019 (as amended, restated, amended and restated, supplemented or otherwise modified from time to time) by and among the Prepetition Loan Parties, the Prepetition Guarantors, and the Prepetition Secured Parties.

109.   "*Prepetition Credit Documents*" means the Prepetition Credit Agreement and any other agreements and documents executed in connection with or related thereto.

110.   "*Prepetition Guarantors*" means Holdings and certain subsidiaries of Holdings under the Prepetition Credit Agreement.

111.   "*Prepetition Lender Representative*" means BGC Lender Rep LLC, as lender representative under the Prepetition Credit Agreement.

112.   "*Prepetition Lenders*" mean the lenders from time to time party thereto under the Prepetition Credit Agreement.

113.   "*Prepetition Lender Claims*" means any and all Claims arising from, under, or in connection with the Prepetition Credit Documents which claims are deemed Allowed.

114.   "*Prepetition Loan Parties*" means collectively You Fit, LLC, Holdings, and certain subsidiaries of Holdings as borrowers under the Prepetition Credit Agreement.

115.   "*Prepetition Secured Obligations*" means any other accrued and accruing unpaid obligations under the Prepetition Credit Agreement, including interest, fees and expenses (including legal fees and expenses) (collectively with all loans, advances, debts, liabilities, principal, interest, fees, charges, expenses, and obligations for the performance of covenants, tasks, or duties or for the payment of monetary amounts owing to the Prepetition Secured Parties by the Prepetition Loan Parties, of any kind or nature, whether or not evidenced by any note, agreement, or other instrument.

116.   "*Prepetition Secured Parties*" means the Prepetition Lender Representative, the Prepetition Lenders, and the Prepetition Agent under the Prepetition Credit Agreement.

117.   "*Priority Claims*" means, collectively, Priority Tax Claims and Other Priority Claims.

118.   "*Priority Tax Claim*" means any Claim of a Governmental Unit of the kind specified in section 507(a)(8) of the Bankruptcy Code.

119.   "*Pro Rata*" means the proportion that an Allowed Claim in a particular Class bears to the aggregate amount of Allowed Claims in that Class, or the proportion that Allowed Claims in a particular Class bear to the aggregate amount of Allowed Claims in a particular Class and

*ACTIVE 54619224v15*

other Classes entitled to share in the same recovery as such Allowed Claim under the Combined Disclosure Statement and Plan.

120.    "*Professional*" means an Entity employed pursuant to a Bankruptcy Court order in accordance with sections 327, 328 or 1103 of the Bankruptcy Code and to be compensated for services rendered before or on the Confirmation Date, pursuant to sections 327, 328, 329, 330, or 331 of the Bankruptcy Code.

121.    "*Professional Fee Claims*" means all Administrative Claims for the compensation of Professionals and the reimbursement of expenses incurred by such Professionals through and including the Effective Date to the extent such fees and expenses have not been previously paid.

122.    "*Professional Fee Escrow Account*" means an interest-bearing account in an amount equal to the total Professional Fee Reserve Amount funded by the Debtors on the Effective Date, which account and all Cash therein are Excluded Assets under, and as defined in, the APA.

123.    "*Professional Fee Excess Amount*" means the amount in the Professional Fee Escrow Account allocated to pay the Creditors' Committee's Professionals and Debtors' legal counsel Greenberg Traurig, LLP under the Approved Budget minus the aggregate amount of all Allowed Professional Fee Claims for the Creditors' Committee's Professionals and Greenberg Traurig, LLP.

124.    "*Professional Fee Reserve Amount*" means the aggregate amount in the Approved Budget allocated to Professional Fee Claims minus the amount of such Professional Fee Claims that have already been paid as of the Effective Date.

125.    "*Pro Rata Share*" means, with respect to any Distribution on account of any Allowed Claim, the ratio that the amount of such Allowed Claim bears to the aggregate amount of all Allowed Claims in the same Class.

126.    "*Proof of Claim*" means a proof of Claim Filed in the Chapter 11 Cases.

127.    "*Quarterly Fees*" shall have the meaning set forth in Article VI.E.

128.    "*Released Party*" means each of the following, solely in its capacity as such: (a) the DIP Agent; (b) the DIP Lenders; (c) the DIP Lender Representative (d) the Prepetition Lenders; (e) the Prepetition Agent; (f) the Prepetition Lender Representative; (g) the Creditors' Committee, (h) the Buyer; and (i) with respect to (1) the Entities in the foregoing clauses (a) through (h) and (2) the Debtors, each such Entity's current and former Affiliates, and such Entities' and their current and former Affiliates' current and former directors, managers, officers, control persons, equity holders (regardless of whether such interests are held directly or indirectly), affiliated investment funds or investment vehicles, participants, managed accounts or funds, fund advisors, predecessors, successors, assigns, subsidiaries, principals, members, employees, agents, advisory board members, financial advisors, partners, attorneys, accountants, investment bankers, consultants, representatives, investment managers, and other professionals, each in their capacity as such.

13

129.      *"Sale"* means the sale of substantially all of the Debtors' Assets to the Buyer pursuant to the Sale Documents.

130.      *"Sale Documents"* means the APA, the Sale Order, the Supplemental Sale Order, and all documents, instruments, and agreements executed and delivered in connection with the consummation of the transactions contemplated by the APA.

131.      *"Sale Order"* means, collectively, (i) the Order [Docket No. 564] entered by the Bankruptcy Court on December 28, 2020 that, among other things, approved the Sale and (ii) the Supplemental Sale Order.

132.      *"Secured"* means when referring to a Claim: (a) secured by a Lien on property in which any of the Debtors has an interest, which Lien is valid, perfected, enforceable and unavoidable pursuant to applicable law or by reason of a Bankruptcy Court order, or that is subject to setoff pursuant to section 553 of the Bankruptcy Code, to the extent of the value of the applicable Holder's interest in the applicable Debtor's interest in such property or to the extent of the amount subject to setoff, as applicable, as determined pursuant to section 506(a) of the Bankruptcy Code; or (b) Allowed pursuant to the Combined Disclosure Statement and Plan, or separate order of the Bankruptcy Court, as a secured claim.

133.      *"Solicitation Procedures Order"* means the Bankruptcy Court's order approving the *Motion for Entry of an Order (A) Approving the Disclosure Statement on an Interim Basis, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, (C) Approving the Form of Ballot and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time, and Place for the Hearing on Final Approval of the Disclosure Statement and Confirmation of the Plan and the Deadline for Filing Objections Thereto, (F) Approving Related Notice Procedures and Deadlines; and (G) Fixing a Deadline for Initial Administrative Expense Claims* on March 4, 2021 [Docket No. 801].

134.      *"Subordinated Claim"* means a Claim of the type described in and subject to subordination pursuant to section 510(b) of the Bankruptcy Code.

135.      *"Supplemental Administrative Claims Bar Date"* means the deadline for Filing requests for payment of Administrative Claims, which: (a) with respect to Administrative Claims other than Professional Fee Claims, 503(b)(9) Claims, and Initial Administrative Claims, shall be 30 days after the Effective Date; and (b) with respect to Professional Fee Claims, shall be 45 days after the Effective Date.

136.      *"Supplemental Sale Order"* means the Order [Docket No. 735] entered by the Bankruptcy Court on February 9, 2021 that, among other things, supplements the Sale Order.

137.      *"U.S. Trustee"* means the Office of the United States Trustee for the District of Delaware and the U.S. Trustee for Region 3.

138.      *"Unexpired Lease"* means a lease of nonresidential real property to which one or more of the Debtors is a party that is subject to assumption or rejection under sections 365 or 1123 of the Bankruptcy Code.

14

139.    "*Unimpaired*" means, with respect to a Class of Claims or Interests, a Class of Claims or Interests that are unimpaired within the meaning of section 1124 of the Bankruptcy Code, including through payment in full in Cash.

140.    "*Voting Deadline*" means April 12, 2021 at 4:00 p.m. (prevailing Eastern Time).

141.    "*Wind Down Amount*" means $400,000, which as of the Closing Date has been funded to the Debtors under the DIP Credit Facility and is an Excluded Asset under, and as defined in, the APA.

## B.    Rules of Interpretation

For purposes herein: (1) in the appropriate context, each term, whether stated in the singular or the plural, shall include both the singular and the plural, and pronouns stated in the masculine, feminine, or neuter gender shall include the masculine, feminine, and the neuter gender; (2) unless otherwise specified, any reference herein to a contract, lease, instrument, release, indenture, or other agreement or document being in a particular form or on particular terms and conditions means that the referenced document shall be substantially in that form or substantially on those terms and conditions; (3) unless otherwise specified, any reference herein to an existing document, schedule, or exhibit, whether or not Filed, having been Filed or to be Filed shall mean that document, schedule, or exhibit, as it may thereafter be amended, modified, or supplemented; (4) any reference to a Person as a Holder of a Claim or Interest includes that Person's successors and assigns; (5) unless otherwise specified, all references herein to "Articles" are references to Articles hereof or hereto; (6) unless otherwise specified, all references herein to exhibits are references to exhibits in the Plan Supplement; (7) unless otherwise specified, the words "herein," "hereof," and "hereto" refer to the Combined Disclosure Statement and Plan in its entirety rather than to a particular portion of the Combined Disclosure Statement and Plan; (8) captions and headings to Articles are inserted for convenience of reference only and are not intended to be a part of or to affect the interpretation of the Combined Disclosure Statement and Plan; (9) unless otherwise specified herein, the rules of construction set forth in section 102 of the Bankruptcy Code shall apply; (10) any term used in capitalized form herein that is not otherwise defined but that is used in the Bankruptcy Code or Bankruptcy Rules shall have the meaning assigned to that term in the Bankruptcy Code or the Bankruptcy Rules, as the case may be; (11) all references to docket numbers of documents Filed in the Chapter 11 Cases are references to the docket numbers under the Bankruptcy Court's CM/ECF system; (12) all references to statutes, regulations, orders, rules of courts, and the like shall mean as amended from time to time, and as applicable to the Chapter 11 Cases, unless otherwise stated; (13) any immaterial effectuating provisions may be interpreted by the Debtors or the Liquidating Trustee in such a manner that is consistent with the overall purpose and intent of the Combined Disclosure Statement and Plan all without further notice to or action, order, or approval of the Bankruptcy Court or any other Person; and (14) all reference to "corporate action" shall mean with respect to any Entity, corporate, limited liability, partnership or other organizational action, as applicable to such Entity.

### C.        Computation of Time

Unless otherwise specifically stated herein, the provisions of Bankruptcy Rule 9006(a) shall apply in computing any period of time prescribed or allowed herein.  If the date on which a transaction may occur pursuant to the Combined Disclosure Statement and Plan shall occur on a day that is not a Business Day, then such transaction shall instead occur on the next succeeding Business Day.  Any action to be taken on the Effective Date may be taken on or as soon as reasonably practicable after the Effective Date.

### D.        Governing Law

Unless a rule of law or procedure is supplied by federal law (including the Bankruptcy Code and Bankruptcy Rules) or unless otherwise specifically stated, the laws of the State of Delaware, without giving effect to the principles of conflict of laws, shall govern the rights, obligations, construction, and implementation of the Combined Disclosure Statement and Plan, any agreements, documents, instruments, or contracts executed or entered into in connection with the Combined Disclosure Statement and Plan (except as otherwise set forth in those agreements, in which case the governing law of such agreement shall control); provided, that corporate governance matters relating to the Debtors shall be governed by the laws of the state of incorporation or formation of the relevant Debtor.

### E.        Reference to Monetary Figures

All references in the Combined Disclosure Statement and Plan to monetary figures shall refer to currency of the United States of America, unless otherwise expressly provided herein.

**ARTICLE II.**
**SUMMARY OF CLASSIFICATION OF CLAIMS AND INTERESTS**
**AND ESTIMATED RECOVERIES**

The information in the table below is provided in summary form for illustrative purposes only and is subject to material change based on certain contingencies, including those related to the reconciliation process of Claims.  Actual recoveries may widely vary within these ranges, and any changes to any of the assumptions underlying these amounts could result in material adjustments to recovery estimates provided herein and/or the actual distribution received by Creditors.  The projected recoveries are based on information available to the Debtors as of the date hereof and reflect the Debtors' estimates as of the date hereof only.  In addition to the cautionary notes contained elsewhere in the Combined Disclosure Statement and Plan, it is underscored that the Debtors make no representation as to the accuracy of these recovery estimates. The Debtors expressly disclaim any obligation to update any estimates or assumptions after the date hereof on any basis (including new or different information received and/or errors discovered).

A Claim or Interest is placed in a particular Class only to the extent that the Claim or Interest falls within the description of that Class and is classified in other Classes to the extent that any portion of the Claim or Interest falls within the description of such other Classes.  A Claim or

16

Interest is also placed in a particular Class for the purpose of receiving Distributions pursuant to the Combined Disclosure Statement and Plan only to the extent that such Claim or Interest is an Allowed Claim in that Class and such Claim or Interest has not been paid, released, or otherwise settled prior to the Effective Date.

All Claims and Interests, except Administrative Claims, DIP Lender Claims, Professional Fee Claims, and Priority Tax Claims, are placed in the Classes set forth below.  In accordance with Bankruptcy Code section 1123(a)(1), Administrative Claims (including Professional Fee Claims), DIP Lender Claims, and Priority Tax Claims, as described herein, have not been classified, and the respective treatment of such unclassified Claims is set forth below in Article VI of the Combined Disclosure Statement and Plan.  The categories of Claims and Interests listed below classify Claims and Interests for all purposes, including voting, confirmation and distribution pursuant to the Combined Disclosure Statement and Plan and pursuant to Bankruptcy Code sections 1122 and 1123(a)(1).

**THE PROJECTED RECOVERIES SET FORTH IN THE TABLE BELOW
ARE ESTIMATES ONLY AND ARE THEREFORE SUBJECT TO CHANGE.**

| Class/Designation | Combined Disclosure Statement and Plan Treatment | Estimated Amount of Claims | Status | Projected Recovery |
|---|---|---|---|---|
| **Class 1:** Other Priority Claims | In full and final satisfaction of each Allowed Other Priority Claim, except to the extent that a Holder of an Allowed Other Priority Claim agrees to a less favorable treatment, each Holder thereof will receive payment in full in Cash. | $0 | Unimpaired/ Deemed to accept Combined Disclosure Statement and Plan | 100% |
| **Class 2:** Other Secured Claims | In full and final satisfaction of each Allowed Other Secured Claim, except to the extent that a Holder of an Allowed Other Secured Claim agrees to less favorable treatment, each Holder thereof will receive at the option of the Debtors: (a) payment in full in Cash, payable on the later of the Effective Date and the date that is ten (10) Business Days after the date on which such Other Secured Claim becomes an Allowed Other Secured Claim, in each case, or as soon as reasonably practicable thereafter or (b) delivery of the collateral securing any such Claim. | $0 | Unimpaired/ Deemed to accept Combined Disclosure Statement and Plan | 100% |

17

| Class/Designation | Combined Disclosure Statement and Plan Treatment | Estimated Amount of Claims | Status | Projected Recovery |
|---|---|---|---|---|
| **Class 3:** Prepetition Lender Claims | In full and final satisfaction of each Prepetition Lender Claim and, pursuant to Article VI.C and the terms of the Creditors' Committee Settlement, each DIP Lender Claim, each Holder of an Allowed Lender Claim shall receive its Pro Rata share of the Class 3 Liquidating Trust Interests. | Not less than $17,727,918 in Allowed Lender Claims | Impaired / Entitled to Vote | Up to 1% or more of Allowed Lender Claims depending on trust funding and litigation recoveries |
| **Class 4:** General Unsecured Claims | In full and final satisfaction of each General Unsecured Claim, each Holder of an Allowed General Unsecured Claim shall receive its Pro Rata share of the Class 4 Liquidating Trust Interests. | $20,000,000[2] | Impaired / Entitled to Vote | Up to 1% or more depending on trust funding and litigation recoveries |
| **Class 5:** Subordinated Claims | Subordinated Claims will be cancelled, released, and extinguished as of the Effective Date, and will be of no further force or effect, and each Holder of a Subordinated Claim will not receive any distribution on account of such Subordinated Claim. | $0 | Impaired / Deemed to reject Combined Disclosure Statement and Plan | 0% |
| **Class 6:** Intercompany Claims | Holders of Intercompany Claims shall not receive a distribution on account of such Intercompany Claims. | N/A | Impaired / Deemed to reject Combined Disclosure Statement and Plan | 0% |
| **Class 7:** Interests in the Debtors | On the Effective Date, all Interests shall be deemed canceled, extinguished and of no further force or effect, and the Holders of Interests shall not be entitled to receive or retain any property on account of such Interest | N/A | Impaired / Deemed to reject Combined Disclosure Statement and Plan | 0% |

---

[2]    This amount is based on the Debtors' schedules of assets and liabilities and does not included any contingent, unliquidated, and/or disputed claims set forth therein.

18

# ARTICLE III.
# BACKGROUND

The information in this Article III is provided in order to enable voting creditors to make an informed decision regarding rejection or approval of the Combined Disclosure Statement and Plan.  By order entered on March 4, 2021, the Combined Disclosure Statement and Plan was approved on an interim basis by the Bankruptcy Court as containing "adequate information" within the meaning of section 1125 of the Bankruptcy Code.  If you are a voting creditor and believe additional information is necessary for this purpose, please contact counsel for the Debtors[3] as soon as possible to request such information.

The Debtors will make reasonable efforts to comply with requests for additional information, and to make any such information available to all voting creditors by filing a supplement on the docket of the Chapter 11 Cases and posting it on the Claims Agent's case website.[4]

## A.    Background and Procedural History

### 1.    The Debtors and their Business

Prior to the novel coronavirus ("**COVID-19**") pandemic, the Debtors owned and operated over 100 fitness clubs (the "**Clubs**") located in twelve states across the country and actively employed more than 3,200 employees, operating under the YouFit Health Clubs name.  As explained below, due to COVID-19, the Debtors reduced their footprint to ten states, eighty-five Clubs, and approximately 1,600 employees as of the Petition Date.

Prior to the Sale, the Debtors' primary sources of revenue were sales of gym memberships and sales of personal training services to their members.  As of the Petition Date, the Debtors had approximately 360,000 members.  For the twelve-month period ending December 31, 2019, the Debtors had total revenues of approximately $135 million.

Beginning March 17, 2020, in accordance with local and state "stay-at-home" ordinances imposed in response to the spread of COVID-19, the Debtors began to suspend operations and ultimately closed all of their Clubs.  While the Debtors have a small e-commerce business segment, selling activewear and athleisure apparel and accessories through its website, the foundation of the business is the provision of clean and comfortable environments with ample exercise machinery and equipment and helpful and knowledgeable staff and trainers at the Clubs.

Though the Debtors had to do their part to help slow the spread of COVID-19 and protect their members, staff, and communities, the current business model largely depends on members having physical access to the Clubs and staff.  Accordingly, with state and local restrictions being lifted or otherwise eased in certain states in which the Debtors operate, the Debtors resumed in-

---

[3]    Greenberg Traurig, LLP, 77 Wacker Drive, Chicago, Illinois 60601, Attn: Nicholas E. Ballen (ballenN@gtlaw.com), and Danny Duerdoth (duerdothd@gtlaw.com).

[4]    www.donlinrecano.com/yfhc.

person operations at eighty-four of their eighty-five remaining Clubs and permanently closed all other Clubs. Like so many other businesses, however, the Debtors experienced a dramatic decrease in revenue due to the Club closures and suspended operations, resulting in an acute liquidity crunch.

**B.    Debtors' Prepetition Capital Structure**

As of the Petition Date, the Debtors had outstanding debt obligations in the aggregate principal amount of approximately $110 million, consisting primarily of (a) not less than approximately $87,965,901.34 in secured debt under a first lien senior secured credit facility, (b) approximately $9.5 million owed to landlords, (c) approximately $10 million owed with respect to the PPP Loan (as defined below) and (c) approximately $2 million owed to vendors and other unsecured creditors.

1.    The Prepetition Credit Agreement

The Debtors are party to the Prepetition Credit Agreement by and among Debtor You Fit, LLC, and certain subsidiaries of Holdings, as borrowers, the Prepetition Guarantors, and the Prepetition Secured Parties. The proceeds of the Prepetition Credit Agreement were used to refinance the Debtors' prior secured debt and to finance capital expenditures for new Clubs opened in 2019.

As of the Petition Date, the Prepetition Loan Parties were indebted and liable for all Prepetition Secured Obligations to the Prepetition Secured Parties under the Prepetition Credit Documents in an amount not less than $87,965,901.34.

The Prepetition Secured Obligations were secured by the security interests granted in those certain Collateral Documents (as defined in the Prepetition Credit Agreement) pursuant to which each Prepetition Loan Party granted to the Prepetition Agent, for the benefit of the Prepetition Secured Parties, to secure the Prepetition Secured Obligations, a first priority security interest in the Prepetition Collateral, which constitutes substantially all of each Prepetition Loan Party's assets.

2.    Unsecured Debt

As of the Petition Date, the Debtors estimated that they had approximately $21.5 million in unsecured debt consisting primarily of $9.5 million owed to various landlords, $10 million owed to Bank of America, N.A. ("**BOA**") for the PPP Loan (as defined below), and $2 million of trade debt owed to hundreds of vendors.

3.    Equity Interests

Holdings, a Delaware limited liability company is the direct and indirect corporate parent of all of the other Debtors. Non-Debtor YF Lime, LLC ("**YF Lime**") owns 100% of the authorized

*ACTIVE 54619224v15*

and outstanding common units of Holdings, while non-Debtor YF-GEF Holdings, LLC (the "**Preferred Equity Member**") owns 100% of the preferred units.[5]

### C.    Events Leading Up to the Chapter 11 Case

1.    The Redemption Notice and the 2019 Marketing Process

After entering into the Prepetition Credit Agreement in the first quarter of 2019, on June 5, 2019, the Preferred Equity Member issued a redemption notice (the "**Redemption Notice**")[6] to Holdings and YF Lime demanding the redemption of its interests by December 10, 2019. Based on the Redemption Notice, in October of 2019, Holdings retained Citigroup Global Markets Inc. ("**Citi**") as its investment banker to solicit a purchaser for Holdings, and the Preferred Equity Member agreed to extend the redemption deadline pursuant to a tolling agreement.

Citi was still in the process of finalizing a confidential information memorandum on Holdings and had begun reaching out to strategic and financial investors regarding a potential transaction when COVID-19 began spreading in the United States. Due to the suspension of operations and closure of the Clubs, the Debtors and Citi did not have an opportunity to run a robust sale process. As part of the limited pre-petition marketing process, a single potential strategic buyer submitted a non-binding indication of interest, but that discussions regarding the indication of interest and the process did not result in an offer for the business or distinct assets of the business.

2.    Defaults Under the Prepetition Credit Agreement

The Debtors' business suffered a greater-than-normal seasonal decline in the fourth quarter of 2019, leading to events of default under the Prepetition Credit Agreement for breaching certain of the financial covenants in addition to other non-monetary breaches.

Historically, the Debtors have recorded a significant portion of their new sales in the first month of a given calendar year. Based on historical sales, the Debtors anticipated returning to covenant compliance in the first quarter of 2020. Unfortunately, these anticipated sales did not materialize as the world began to grapple with the then-emerging COVID-19 pandemic. The potential strategic buyer withdrew its indication of interest citing the uncertainty created by the COVID-19 crisis.

---

[5]    Holdings' membership interests also include profits interest units; the holders of such membership interests include four (4) current employees of the Debtors' management team and eight (8) former employees. As stated in the *Motion of the Debtors for Entry of an Order (A) Authorizing Debtors to Pay (I) All Prepetition Employee Obligations, and (II) Prepetition Withholding Obligations and (B) Authorizing Banks to Honor Related Transfers* [Docket No. 7], as compensation for their service, the four (4) current employees receive guaranteed payments, akin to traditional wages, on account of their profits interest unit holdings; the amount of the payments is not contingent on the operations of the Debtors.

[6]    Under the applicable agreements, service of the Redemption Notice initiated various procedures to determine in good faith the fair market value of the distributions on the Preferred Units in excess of the Preferred Unreturned Contributions and the Unpaid Preferred Return.

21

Due to the acute liquidity issues created by the unprecedented decline in sales and the limited interest from strategic purchasers, the Debtors engaged in good faith negotiations with the Prepetition Lenders and other stakeholders to address their deteriorating financial condition.

In connection with these negotiations, Brian Gleason was retained as the Chief Restructuring Officer ("**CRO**") and worked with other professionals to formulate strategic options for the Debtors.  Around the same time, Pamela B. Corrie, was appointed as an independent manager (in such capacity, the "**Independent Manager**") of the YouFit entities.[7]

3.    Amendments to the Prepetition Credit Agreement and Entry into the PPP Loan

Following the appointments of the CRO and the Independent Manager, Holdings actively negotiated with the Prepetition Lenders, equity holders and other stakeholders to obtain additional liquidity and concessions as Holdings formulated a response to its deteriorating financial condition.  As a result of these negotiations, on June 10, 2020, the Debtors, the Prepetition Lenders and the Prepetition Agent entered into that certain Forbearance Agreement and First Amendment to Credit Agreement (the "**Forbearance Agreement and First Amendment**").

Further to the negotiations and entry into the Forbearance Agreement and First Amendment, the Preferred Equity Member and YF Lime agreed to certain modifications with respect to Holdings' corporate governance whereby YF Lime granted the Independent Manager with a majority of the voting power of the Debtors' board of managers (the "**Board**"), and the then-existing managers, other than the Independent Manager, subsequently resigned from the Board.  Accordingly, subject to certain consent rights held by the Preferred Equity Member, the Independent Manager is empowered with, and has been exercising, the decision-making authority on behalf of Holdings and the other Debtors.

In connection with the Forbearance Agreement and First Amendment, Holdings applied for and received an unsecured loan in the amount of $10 million from BOA (the "**PPP Loan**") pursuant to the Paycheck Protection Program under the Coronavirus Aid, Relief, and Economic Security Act (the "**CARES Act**"), which was approved by the Small Business Administration ("**SBA**").  Subject to prepayment or forgiveness, the PPP Loan will mature in or around October 2026 and bears interest at a rate of 1.0% per annum.  Principal and interest are payable monthly beginning in or around October 2021 and may be prepaid at any time prior to maturity with no prepayment penalties.[8]

---

[7]    With respect to Debtor South Florida Health and Fitness, Inc., Ms. Corrie serves as the sole director.

[8]    Under the terms of the CARES Act, PPP Loan recipients can apply for and be granted forgiveness for all or a portion of the loan. Such forgiveness will be determined, subject to limitations, based on the use of loan proceeds for payment of payroll costs and any covered payments of mortgage interest, rent, and utilities. In the event the loan, or any portion thereof, is forgiven, the amount forgiven is applied to outstanding principal. Holdings has used the proceeds of the PPP Loan to maintain payroll and make lease, rent and utility payments.  Without the PPP Loan, the Debtors would have been forced to further reduce the number of employees.  As of the Petition Date, $10 million remains outstanding under the PPP Loan.  *See* section V.H.1 below for risk factors related to forgiveness of the PPP Loan.

22

In addition, the Forbearance Agreement and First Amendment, which, among other things, amended certain provisions of the Prepetition Credit Agreement, provided commitments by the Prepetition Lenders for up to an additional $10.35 million in liquidity.  Between executing the Forbearance Agreement and First Amendment, and the Petition Date, the Debtors borrowed $3 million from the Prepetition Lenders.

The additional funds provided under the PPP Loan and by the Prepetition Lenders provided sufficient liquidity for Holdings to pursue an operational turnaround, permit Holdings to attempt to restructure its balance sheet out-of-court and to investigate various methods to maximize value for Holdings' stakeholders.  As part of these efforts, Holdings (a) actively renegotiated with its landlords and, to date, has obtained renegotiated rent terms for over 35% of its leases, (b) conducted closures of nearly twenty (20) underperforming Clubs, (c) reduced operating expenses by 29% from the same time as 2019 and (d) retained FocalPoint Securities, LLC ("**FocalPoint**") as its investment banker to investigate various methods to maximize value for Holdings' stakeholders.

4.    COVID-19 Related Measures and Resulting Litigation

As discussed in the Debtors' motion requesting relief to, *inter alia*, continue using its existing cash management system [Docket No. 15], the Debtors, like many of their competitors, typically collect membership fees on a monthly basis through their billing agent ABC Financial Services, LLC (the "**Billing Agent**"), a third-party payment processor that drafts the applicable membership dues from a member's bank account or credit card.  The Debtors' member policies and/or agreements allow members to freeze or suspend their memberships for up to three (3) consecutive months twice in any calendar year.  If a member seeks to freeze his or her membership for any reason other than a medical condition or military deployment, Holdings typically charges a fee for each month the membership is frozen.

In April of 2020, following the Club closures due to COVID-19, the Debtors posted a *frequently asked questions* page (the "**FAQ**") to their website providing answers to certain questions regarding Club operations and membership fees during the closure.[9]  Through the FAQ, the Debtors advised members how to freeze or otherwise cancel memberships, as needed.  The Debtors offered to waive the fee for freezing memberships during the closures and provided alternative means of contacting the Debtors in order to accomplish membership modifications.

The FAQ also noted that membership fees were continuing to be automatically drafted and encouraged members to contact the Debtors to adjust membership billing, if the member so desired. In addition, the FAQ provided that members who continued to be charged during the closure would, if requested, be eligible upon a Club's reopening for a credit for lost time.

Notwithstanding the measures implemented by the Debtors as promptly as possible in light of the developments of the unprecedented COVID-19 pandemic, the Debtors were subject to complaints filed with Attorneys General, primarily of the states of Arizona and Florida.  As they

---

[9]    *See YouFit COVID-19 FAQ*, published around April 21, 2020, updated on June 4, 2020, *available at* https://www.youfit.com/blog/covid-faq/.

ACTIVE 54619224v15

have become aware of such complaints, the Debtors' management, with the assistance of counsel, have worked with the Attorneys General, as well as the Debtors' staff, to address concerns raised by the Attorneys General.  As of the date hereof, the Debtors believe that they have resolved the complaints and all related issues raised by the Attorneys General.  Additionally, three (3) putative class-action lawsuits were filed regarding the Debtors' billing practices by members or former members prior to the Petition Date.  At the time of the commencement of these Chapter 11 Cases, each of the cases was in the early stages of litigation and no classes had been certified.   All three (3) of the putative class-action lawsuits were stayed as of the Petition Date.

As set forth in the Supplemental Sale Order, the Debtors and the Buyer reached a resolution with one of the putative class action plaintiffs, Jason Blank, on his own behalf and on behalf of any other party for whom he was, as putative class action plaintiff, entitled to assert such claims (the "**Blank Resolution**"), with an eye to being inclusive of all similarly situated current and former members, regardless of whether they fit within the scope of the Blank Action.  The Blank Resolution provides for the following:

- After Closing, the Buyer will make available to current and former members the Membership Promotion (as defined in the Supplemental Sale Order) by either (a) sending notice of the Member Promotion by electronic mail to the current and former members for whom the Buyers have electronic mail addresses, (b) posting notice of the Member Promotion in each of the Buyer's open club locations, (c) posting notice of the Member Promotion on the Buyer's website, or (d) by mail to the current and former members.

- At the Closing, the Buyer will pay $125,000 to counsel for Blank.  Within five (5) days after receipt of payment, Blank will dismiss with prejudice the Blank Action.

- All objections filed by Blank in these Chapter 11 Cases will be withdrawn with prejudice on his own behalf and on behalf of any other party on whose behalf he was or is, as putative class action plaintiff, entitled to assert such objections, and the transfer of the Acquired Membership Assets (as defined below) shall be free and clear of all Claims and Liens of Blank, on his own behalf and on behalf of any other party on whose behalf he was or is, as putative class action plaintiff, entitled to assert such objections.

5.    The 2020 Marketing Process

Notwithstanding the incremental liquidity and the operational improvements implemented, the prolonged Club closures and changing consumer habits – with many individuals continuing to refrain from frequenting public places such as fitness centers – the Debtors made the decision to seek a buyer or financial partner to help sustain the going-concern value of the business.  In June 2020, FocalPoint, with the assistance of the Debtors' management and other professional advisors, commenced marketing efforts to locate a potential purchaser for the Debtors.

As part of this prepetition marketing process, FocalPoint assisted the Debtors in: (a) preparing and negotiating confidentiality agreements for prospective purchasers; (b) preparing

24

detailed information about the Debtors' business, operations and financial condition; (c) identifying and contacting potential purchasers; (d) establishing a data room for due diligence to be conducted by prospective purchasers; (e) drafting a "teaser" describing the transaction; (f) drafting a confidential information memorandum describing the transaction; (g) evaluating proposals from prospective purchasers; and (h) negotiating a stalking horse offer.

During the prepetition marketing period, FocalPoint contacted over 100 potential investors/buyers. Of those contacted, fifty-one parties executed confidentiality agreements and were given operational, organizational and financial information on the Debtors. Of those parties that executed confidentiality agreements, twenty-six engaged in follow-up diligence calls. The Debtors received non-binding indications of interest from five (5) parties interested in pursuing a transaction.

### D.    The Debtors' Bankruptcy Filings and "First-Day" Relief

On the Petition Date, each of the Debtors filed a voluntary chapter 11 bankruptcy petition. Also on the Petition Date, the Debtors filed a number of motions and applications seeking customary relief intended to facilitate a smooth transition for the Debtors into the Chapter 11 Cases and to minimize disruptions to the Debtors' business operations (the "**First-Day Motions**"), namely:

- a motion for authority to jointly administer the Debtors' Chapter 11 Cases [Docket No. 2];

- an application to retain Donlin, Recano & Company, Inc. ("**Donlin Recano**") as the Debtors' official claims and noticing agent [Docket No. 3];

- a motion for authority to (a) pay prepetition taxes and in the ordinary course of business and (b) have banks and financial institutions honor and process checks and transfers [Docket No. 5];

- a motion for authority to maintain existing Insurance Policies, pay all premiums, and renew or enter into new policies [Docket No. 6];

- a motion to continue (a) honoring prepetition obligations to customers and (b) customer programs in the ordinary course of business [Docket No. 7]

- a motion for authority to honor prepetition employee wage and withholding obligations [Docket No. 8];

- a motion prohibiting utility providers from discontinuing, altering, or refusing services and other related relief [Docket No. 9];

- a motion for approval of debtor-in-possession financing from the DIP Lenders and authority to use cash collateral [Docket No. 10]; and

- a motion for authority to continue using the Debtors' prepetition bank accounts and business forms and to waive certain investment and deposit guidelines [Docket No. 15].

The Bankruptcy Court held hearings on November 10, 2020 and December 3, 2020 to consider the relief requested in the First Day Motions. The Bankruptcy Court granted each First Day Motion, several of which were first granted on interim basis then on a final basis. [Docket Nos. 37, 39, 40-41, 47, 49, 54-56, 193-94, 228, and 231].

E.    "Second-Day" Relief

On or shortly after the Petition Date, the Debtors also filed a number of "second-day" motions and applications for retention of professionals including:

- a motion to establish interim procedures for compensation and reimbursement of expenses of professionals [Docket No. 75], which was granted by the Bankruptcy Court [Docket No. 202].

- a motion for authority to pay non-bankruptcy professionals and advisors without formal retention [Docket No. 77], which was granted by the Bankruptcy Court [Docket No. 201];

- an application to retain Red Banyan, LLC to act as the Debtors' communications consultant [Docket No. 78], which was granted by the Bankruptcy Court [Docket No. 197];

- an application to retain Hilco Real Estate, LLC to act as the Debtors' real estate and lease advisor [Docket No. 79], which was granted by the Bankruptcy Court [Docket No. 196];

- a motion for authority to retain Phoenix Executive Services, LLC to provide the Debtors with a CRO and designating Brian Gleason as CRO [Docket No. 80], which was granted by the Bankruptcy Court [Docket No. 195];

- an application to retain FocalPoint to act as the Debtors' investment banker [Docket No. 81], which was granted by the Bankruptcy Court [Docket No. 200];

- an application to retain Donlin Recano to act as the Debtors' administrative agent [Docket No. 82], which was granted by the Bankruptcy Court [Docket No. 198]; and

- an application to retain Greenberg Traurig, LLP as counsel for the Debtors [Docket No. 83], which was granted by the Bankruptcy Court [Docket No. 226].

F.    DIP Credit Facility

Recognizing their need for liquidity, the Debtors, with the assistance of their professionals, including their counsel, and FocalPoint, initiated an arm's-length process and careful evaluation of the available alternatives. Specifically, and in the face of insufficient cash-on-hand, the Debtors and their advisors determined that the Debtors would require postpetition financing to support their operational needs and chapter 11 activities. The Debtors also determined that negotiating a

financing facility with the Prepetition Secured Parties was the most cost effective and expedient way to secure sufficient funding during the Chapter 11 Cases.

On the Petition Date, the Debtors filed a motion seeking approval to obtain debtor in possession financing in the amount of up to $31,795,518.00 and authorization to use cash collateral [Docket No. 10]. On November 10, 2020, the Bankruptcy Court granted the motion on an interim basis, which allowed the Debtors to immediately borrow $3,500,000 under the DIP Credit Facility. On December 4, 2020, the Bankruptcy Court granted the motion on a final basis, which allowed the Debtors to borrow the full amount under the DIP Credit Facility [Docket No. 231]. On December 29, 2020 the Bankruptcy Court entered an order [Docket No. 568] extending to January 15, 2021 the maturity date and certain sale-related milestones under the DIP Credit Facility. On January 15, 2021, the Bankruptcy Court entered an order [Docket No. 656] extending to January 31, 2021 the same dates and milestones.

Under the terms of the DIP Credit Agreement, the DIP Credit Facility rolled up outstanding debt under the Prepetition Credit Agreement in the amount of $21,197,012.00, which was calculated on a 2:1 basis (i.e. two times the amount of postpetition financing offered under the DIP Credit Facility). The Prepetition Lenders would not otherwise consent to the use of their Cash Collateral or the subordination of their Liens to the Liens of the DIP Lenders, and the DIP Agent and the DIP Lenders would not provide the DIP Credit Facility or extend credit to the Debtors thereunder, without the inclusion of the roll up.

### G.    Sale of Substantially all of the Debtors' Assets

As noted above, the Debtors engaged in a lengthy prepetition marketing process for the sale of substantially all of the Debtors' assets. The prepetition process culminated with the Debtors' entry on the Petition Date into the Asset Purchase Agreement with YF FC Acquisition, LLC, an acquisition vehicle created by the Prepetition Lenders and DIP Lenders, (in such capacity, the "**Buyer**"), as the stalking horse bidder for the sale of substantially all of their assets. The APA contemplated a purchase price for the Acquired Assets (as defined in the APA) of not less than $75,000,000.00, consisting of (i) a credit bid or an assumption of up to the full amount owing under the DIP Credit Facility, (ii) a credit bid or an assumption of up to the full amount owing under the Prepetition Credit Agreement, and (iii) the assumption of certain liabilities, as set forth in the APA.

Accordingly, on the Petition Date, the Debtors filed a motion [Docket No. 17] for approval of (i) bidding procedures in connection with the sale of substantially all of the Debtors' assets, and (ii) the sale of such assets to the Buyer or other successful bidder.

On November 23, 2020, the Bankruptcy Court entered an order, among other things, (i) approving certain bidding procedures relating to the sale of the Debtors' assets, (ii) scheduling a hearing on December 23, 2020 to consider approval of a proposed sale of the Debtors' assets (the "**Sale Hearing**"), and (iii) approving the form and manner of notice of the Sale, auction, and the Sale Hearing (the "**Bidding Procedures Order**") [Docket No. 136]. The Bidding Procedures Order fixed December 15, 2020 at 12:00 p.m. (prevailing Eastern Time) as the deadline for the submission of bids for the Debtors' assets.

27

In accordance with the Bidding Procedures Order, on December 15, 2020, the Debtors filed a notice indicating that: (i) the Debtors did not receive any Qualified Bids (as defined in the Bidding Procedures Order) by the bid deadline; (ii) the auction was cancelled; and (iii) the Debtors designated the Buyer as the Successful Bidder (as defined in the Bidding Procedures Order) [Docket No. 521].

On December 28, 2020, the Bankruptcy Court entered the Sale Order.  On February 9, 2021, the Bankruptcy Court entered the Supplemental Sale Order.  The Debtors consummated the Sale on February 18, 2021 (the "**Closing Date**").  As of the Closing Date, and in accordance with the terms of the Creditors' Committee Settlement, the Buyer credit bid and/or assumed obligations under the DIP Credit Facility and the Prepetition Credit Agreement in the aggregate amount of $85,000,000.  The Buyer is in the process of finalizing the allocation of such credit bid/assumption of debt between the DIP Lender Claims and the Prepetition Lender Claims.  Accordingly, the allocation of the Lender Claims Allowed Amount between the DIP Lender Claims and the Prepetition Lender Claims has not yet been finalized.

Pursuant to the Supplemental Sale Order, the Acquired Assets were sold free and clear of all liens, claims, encumbrances, and other interests and included:

(i) the Debtors' customer lists, customer files, customer accounts, membership agreements, all member, customer and end-user data and information (including lists of members, personally identifiable information of members, and any other information related to membership of the Debtors), and customer purchases or services provided to members or customers (collectively, the "**Membership Assets**"), but excluding the Excluded Membership Assets (as defined in the Supplemental Sale Order); and

(ii) all claims, rights, credits, causes of action (including any commercial tort claims), defenses and rights of set-off of any type of any Seller, including D&O Causes of Action, and any proceeds of, or property and interests recovered in respect of, and the right to control, all claims, counterclaims, causes of action and defenses of any Seller, including all causes of action pursuant to chapter 5 of the Bankruptcy Code or similar state laws, and all claims arising under or in connection with director and officer insurance policies, non-disclosure, confidentiality, non-compete, and/or non-solicitation agreements, and all proceeds of the foregoing, in each case whether or not the Buyer chooses to settle, dismiss, prosecute, defend or otherwise pursue or resolve such claims, rights, credits, causes of action, defenses and/or rights of set-off, as set forth in section 2.1(p) of the APA (the "**Acquired Causes of Action**").

## H.    Formation of a Creditors' Committee

On November 18, 2020, the U.S. Trustee appointed the Creditors' Committee [Docket No. 101].  The Creditors' Committee is currently comprised of: Gator Flower Mount, LLC; DF Lexington Properties, LLC; Hulen Pointe Retail, LLC; Westwood Plaza, LLC; and Jason Blank.

ACTIVE 54619224v15

The Creditors' Committee retained Berger Singerman LLP and Pachulski Stang Ziehl & Jones LLP [Docket Nos. 579 and 589] as its legal counsel and Dundon Advisers LLC as its financial advisor [Docket No. 580].

## I.       Schedules and Statements and 341 Meeting

On December 7, 2020 and December 8, 2020, the Debtors filed their schedules of assets and liabilities and statements of financial affairs (collectively, the "**Schedules and Statements**"). If you would like to view the Schedules and Statements, you may do so by visiting: https://www.donlinrecano.com/Clients/yfhc/Index.

On December 17, 2020, the U.S. Trustee conducted a telephonic meeting of creditors (the "**341 Meeting**") at which the U.S. Trustee and creditors had the opportunity to question the Debtors under oath concerning the Debtors' acts, conduct, property, and the administration of the Chapter 11 Cases.

## J.       Omnibus Rejections of Executory Contracts including Unexpired Leases of Nonresidential Real Property

To date, the Debtors have filed three omnibus motions seeking court approval to reject certain executory contracts including leases of nonresidential real property [Docket Nos. 28, 565, and 753]. The Bankruptcy Court has approved each omnibus motion [Docket Nos. 232. 663, and 780]. In total, the Debtors have rejected sixty-six leases of nonresidential real property.

## K.       Sale of De Minimis Assets

On December 30, 2020, the Bankruptcy Court entered an order that authorized the Debtors to sell and abandon *de minimis* assets, subject to certain conditions and procedures, without the need for a hearing [Docket No. 569]. Since then, the Debtors have proposed three *de minimis* asset sales [Docket Nos. 567 and 584], and the Bankruptcy Court has approved each *de minimis* asset sale [Docket Nos. 578 and 639].

## L.       Claim Bar Dates

On January 11, 2021, the Debtors filed a motion seeking to set deadlines for filing proofs of claim on an expedited basis [Docket No. 622]. On January 20, 2021, the Bankruptcy Court entered an order approving the motion [Docket No. 671] and set the following bar dates:

*General Bar Date*:  **February 22, 2021, at 4:00 p.m. (prevailing Eastern Time).**  The General Bar Date is the last date for persons or entities, other than Governmental Units, to file Proofs of Claim against the Debtors on account of Claims arising, or deemed to have arisen, prior to the Petition Date, including, for the avoidance of doubt, claims arising under section 503(b)(9) of the Bankruptcy Code.

*Government Bar Date*: **May 10, 2021 at 4:00 p.m. (prevailing Eastern Time).**  The Government Bar Date is the last date for Governmental Units, as defined in section 101(27) of the Bankruptcy Code, to file Proofs of Claim against the Debtors on account of claims arising, or

29

deemed to have arisen, prior to the Petition Date.

In addition, the Solicitation Procedures Order set the Initial Administrative Claims Bar Date for **April 12, 2021 at 4:00 p.m. (prevailing Eastern Time)**.

### M.    Creditors' Committee Settlement

Prior to the Sale Hearing, the Creditors' Committee provided to the Debtors and the Buyer its draft objection to the Sale.  Following discussions among the Creditors' Committee, the Debtors, and the Buyer, the informal objection of the Creditors' Committee was resolved  through the Creditors' Committee Settlement, reflected in the Sale Order and stated on the record at the Sale Hearing.

The Creditors' Committee Settlement provides for the following terms:

**Creditors' Committee's Support of the Sale.**  The Creditors' Committee agreed to support the Sale to the Buyer pursuant to the APA.

**Lender Claims Amount.**  The Lenders agreed that the Lender Claims are no more than $23,500,000.  Lenders agreed to increase to $85,000,000 the total amount of Lender Claims that the Buyer would credit bid or assume in connection with the Sale.

**Expiration of the Challenge Period.**  Upon entry of the Sale Order, the deadline by which any party in interest (including the Creditors' Committee) could challenge the Liens and Claims of the Prepetition Lenders expired.

**Certain Avoidance Actions.**  Without limiting the Acquired Assets in the APA, all Acquired Causes of Action constitute Acquired Assets including: (a) all Avoidance Actions (other than the Liquidating Trust Claims) and (b) D&O Causes of Action (including Claims against Rick Berks, Christy Berks Stross, Melissa Berks Muniz, Melinda Berks and their other family members other than the West Central Avoidance Action as and to the extent set forth in the Committee Objection Resolution (as defined in the Sale Order)), and (c) the proceeds of the Assets described in clauses (a) and (b).

- The Buyer agreed to not prosecute Avoidance Actions against trade vendors and lessors.
- The Prepetition Lenders have no obligation to prosecute any Claims or assert any rights whatsoever.

**Prepetition Lender Support of the Combined Disclosure Statement and Plan.**  The Prepetition Lenders support the Combined Disclosure Statement and Plan so long as it: (a) treats the Prepetition Lender Claims in accordance with the Bankruptcy Code, (b) releases all Prepetition Lender Parties and their advisors, and (c) is consistent with the Creditors' Committee Settlement.

**Amendments to the Approved Budget.**  The Approved Budget was amended to increase the Wind Down Amount and the amount allocated to payment of Professional Fee Claims of the Creditors' Committee's Professionals. In addition, funds allocated to Professionals of the

30

Creditors' Committee and Debtors can be used for, among other things, drafting, filing, and implementing the Combined Disclosure Statement and Plan. Any leftover funds from the above-stated line items in the Approved Budget, after payment of Priority Claims and Administrative Claims, will be used to fund the Liquidating Trust.

**Establishment of the Liquidating Trust.** As provided in further detail in Article X hereof, the Combined Disclosure Statement and Plan establishes the Liquidating Trust to be controlled by the Creditors' Committee. On the Effective Date, the Debtors will transfer the Liquidating Trust Assets including Liquidating Trust Claims to the Liquidating Trust. The Creditors' Committee, the Debtors, and the Lenders agree to the Liquidating Trust Proceeds Waterfall.

**Failure to Confirm.** In the event the Combined Disclosure Statement and Plan is not confirmed and the Chapter 11 Cases are dismissed or converted, the Liquidating Trust Claims will automatically revert to the Buyer as an Acquired Asset with no obligation to any other party.

## ARTICLE IV.
## CONFIRMATION AND VOTING PROCEDURES

### A.   Confirmation Procedures

On March 4, 2021, the Bankruptcy Court entered the Solicitation Procedures Order [Docket No. 801]. Among other things, the Solicitation Procedures Order, approved the adequacy of disclosures in the Combined Disclosure Statement and Plan on an interim basis and set certain deadlines for the solicitation of the Combined Disclosure Statement and Plan, voting on the Combined Disclosure Statement and Plan, filing objections to the Combined Disclosure Statement and Plan and a hearing to consider approval of the Combined Disclosure Statement and Plan. The Combined Hearing has been scheduled for April 22, 2021 at 10:30 a.m. (prevailing Eastern Time) to consider (a) final approval of the Combined Disclosure Statement and Plan as providing adequate information pursuant to section 1125 of the Bankruptcy Code and (b) Confirmation of the Combined Disclosure Statement and Plan pursuant to section 1129 of the Bankruptcy Code. The Combined Hearing may be adjourned from time to time by the Debtors without further notice, except for an announcement of the adjourned date made at the Combined Hearing or by Filing a notice with the Bankruptcy Court.

### B.   Procedures for Objection

Any objection to final approval of the Combined Disclosure Statement and Plan as providing adequate information pursuant to section 1125 of the Bankruptcy Code and/or confirmation of the Combined Disclosure Statement and Plan must be made in writing and Filed with the Bankruptcy Court and served on the following parties so as to be actually received on or before April 12, 2021 at 4:00 p.m. (prevailing Eastern Time) upon: (i) counsel for the Debtors, Greenberg Traurig, LLP, (a) The Nemours Building, 1007 North Orange Street, Suite 1200, Wilmington, DE 19801 (Attn: Dennis A. Meloro (melorod@gtlaw.com)) and (b) 77 West Wacker Dr., Suite 3100, Chicago, IL 60601 (Attn: Nancy A. Peterman (petermann@gtlaw.com), Eric Howe (howee@gtlaw.com), Nicholas E. Ballen (ballenn@gtlaw.com), and Danny Duerdoth

31

(duerdothd@gtlaw.com)); (ii) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, (Attn: Hannah McCollum, Esq. (hannah.mccollum@usdoj.gov)); (iii) counsel for the Buyer, (a) Winston & Strawn LLP, 200 Park Avenue, New York, NY 10166, (Attn: Carey D. Schreiber, Esq. (cschreiber@winston.com) and Gregory M. Gartland, Esq. (ggartland@winston.com)), (b) Young Conaway Stargatt & Taylor, LLP, 1000 N. King Street, Wilmington, Delaware 19801, (Attn: Joseph Barry, Esq. (jbarry@ycst.com) and Joseph M. Mulvihill, Esq. (jmulvihill@ycst.com)), and (c) Holland & Knight LLP, 150 N. Riverside Plaza, Suite 2700, Chicago, IL 60606, (Attn: Joshua Spencer (joshua.spencer@hklaw.com), Phillip W. Nelson (phillip.nelson@hklaw.com), and Anastasia Sotiropoulos (anastasia.sotiropoulos@hklaw.com)); and (iv) counsel for the Creditors' Committee: Berger Singerman, LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131 (Attn: Brian G Rich (brich@bergersingerman.com) and Michael Niles (mniles@bergersingerman.com)) and Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Bradford Sandler (bsandler@pszjlaw.com) and Colin Robinson (crobinson@pszjlaw.com)).

## C.      Requirements for Confirmation

Among the requirements for confirmation of a plan pursuant to section 1129 of the Bankruptcy Code are: (1) the plan is accepted by all impaired classes of claims, or if rejected by an impaired class, the plan (a) is accepted by at least one impaired class and (b) "does not discriminate unfairly" and is "fair and equitable" as to the rejecting impaired class(es); (2) the plan is feasible; and (3) the plan is in the "best interests" of holders of claims or interests.

At the Combined Hearing, the Bankruptcy Court will determine whether the Combined Disclosure Statement and Plan satisfies all of the requirements of section 1129 of the Bankruptcy Code. The Debtors believe that: (1) the Combined Disclosure Statement and Plan satisfies, or will satisfy, all of the necessary statutory requirements of chapter 11 for plan confirmation; (2) the Debtors have complied, or will have complied, with all of the necessary requirements of chapter 11 for plan confirmation; and (3) the Combined Disclosure Statement and Plan has been proposed in good faith.

## D.      Classification of Claims and Interests

Bankruptcy Code section 1123 provides that a plan must classify the claims and interests of a debtor's creditors and equity interest holders. In accordance with Bankruptcy Code section 1123, the Combined Disclosure Statement and Plan divides Claims and Interests into Classes and sets forth the treatment for each Class (other than those claims which pursuant to Bankruptcy Code section 1123(a)(1) need not be and have not been classified). The Debtors also are required, under Bankruptcy Code section 1122, to classify Claims and Interests into Classes that contain Claims or Interests that are substantially similar to the other Claims or Interests in such Class.

The Bankruptcy Code also requires that a plan provide the same treatment for each claim or interest of a particular class unless the claim holder or interest holder agrees to a less favorable treatment of its claim or interest. The Debtors believe that the Combined Disclosure Statement and Plan complies with such standard. If the Bankruptcy Court finds otherwise, however, it could deny confirmation of the Combined Disclosure Statement and Plan if the Holders of Claims or

32

Interests affected do not consent to the treatment afforded them under the Combined Disclosure Statement and Plan.

A claim or interest is placed in a particular class only to the extent that the claim or interest falls within the description of that class and is classified in other classes to the extent that any portion of the claim or interest falls within the description of such other classes. A claim also is placed in a particular class for the purpose of receiving distributions pursuant to a plan only to the extent that such claim is an allowed claim in that class and such claim has not been paid, released, or otherwise settled prior to the effective date.

The Debtors believe that the Combined Disclosure Statement and Plan has classified all Claims and Interests in compliance with the provisions of Bankruptcy Code section 1122 and applicable case law. It is possible that a Holder of a Claim or Interest may challenge the Debtors' classification of Claims or Interests and that the Bankruptcy Court may find that a different classification is required for the Combined Disclosure Statement and Plan to be confirmed. If such a situation develops, the Debtors intend, in accordance with the terms of the Combined Disclosure Statement and Plan, to make such permissible modifications to the Combined Disclosure Statement and Plan as may be necessary to permit its confirmation. Any such reclassification could adversely affect Holders of Claims by changing the composition of one or more Classes and the vote required of such Class or Classes for approval of the Combined Disclosure Statement and Plan.

**EXCEPT AS SET FORTH IN THE COMBINED DISCLOSURE STATEMENT AND PLAN, UNLESS SUCH MODIFICATION OF CLASSIFICATION MATERIALLY ADVERSELY AFFECTS THE TREATMENT OF A HOLDER OF A CLAIM AND REQUIRES RE-SOLICITATION, ACCEPTANCE OF THE COMBINED DISCLOSURE STATEMENT AND PLAN BY ANY HOLDER OF A CLAIM PURSUANT TO THIS SOLICITATION WILL BE DEEMED TO BE A CONSENT TO THE COMBINED DISCLOSURE STATEMENT AND PLAN'S TREATMENT OF SUCH HOLDER OF A CLAIM REGARDLESS OF THE CLASS AS TO WHICH SUCH HOLDER ULTIMATELY IS DEEMED TO BE A MEMBER.**

The amount of any Impaired Claim that ultimately is Allowed by the Bankruptcy Court may vary from any estimated Allowed amount of such Claim and, accordingly, the total Claims that are ultimately Allowed by the Bankruptcy Court with respect to each Impaired Class of Claims may also vary from any estimates contained herein with respect to the aggregate Claims in any Impaired Class. Thus, the actual recovery ultimately received by a particular Holder of an Allowed Claim may be adversely or favorably affected by the aggregate amount of Claims Allowed in the applicable Class.

The classification of Claims and Interests and the nature of distributions to members of each Class are summarized herein. The Debtors believe that the consideration, if any, provided under the Combined Disclosure Statement and Plan to Holders of Claims reflects an appropriate resolution of their Claims taking into account the differing nature and priority (including applicable contractual subordination) of such Claims and Interests. The Bankruptcy Court must find,

33

however, that a number of statutory tests are met before it may confirm the Combined Disclosure Statement and Plan. Many of these tests are designed to protect the interests of holders of claims or interests who are not entitled to vote on a plan, or do not vote to accept a plan, but who will be bound by the provisions of a plan if it is confirmed by a bankruptcy court.

### E.    Impaired Claims or Interests

Pursuant to the provisions of the Bankruptcy Code, only classes of claims or interests that are "impaired" (as defined in Bankruptcy Code section 1124) under a plan may vote to accept or reject such plan. Generally, a claim or interest is impaired under a plan if the holder's legal, equitable, or contractual rights are changed under such plan. In addition, if the holders of claims or interests in an impaired class do not receive or retain any property under a plan on account of such claims or interests, such impaired class is deemed to have rejected such plan under Bankruptcy Code section 1126(g) and, therefore, such holders are not entitled to vote on such plan.

Holders of Claims in Classes 3 and 4 are Impaired and are entitled to vote on the Combined Disclosure Statement and Plan. Holders of Claims or Interests in Classes 5 through 7 are Impaired and will not receive or retain any property on account of such Claims or Interests and, therefore, are not entitled to vote on and are deemed to reject the Combined Disclosure Statement and Plan. Holders of Claims in Classes 1 and 2 are Unimpaired and, therefore, not entitled to vote and are deemed to accept the Combined Disclosure Statement and Plan.

**ACCORDINGLY, A BALLOT FOR ACCEPTANCE OR REJECTION OF THE COMBINED DISCLOSURE STATEMENT AND PLAN IS BEING PROVIDED ONLY TO HOLDERS OF CLAIMS IN CLASSES 3 AND 4.**

### F.    The Debtor Release, Exculpation, and Injunction Provisions.

Under applicable law, a release provided by a debtor is appropriate where: (a) there is an identity of interest between the debtor and the third party, such that a suit against the released non-debtor party is, at core, a suit against the debtor or will deplete assets of the estate; (b) there is a substantial contribution by the non-debtor of assets to the reorganization; (c) the injunction is essential to the reorganization; (d) there is overwhelming creditor support for the injunction; and (e) the chapter 11 plan will pay all or substantially all of the claims affected by the injunction. *In re Indianapolis Downs, LLC*, 486 B.R. 286, 303 (Bankr. D. Del. 2013). Importantly, these factors are "neither exclusive nor are they a list of conjunctive requirements," but "[i]nstead, they are helpful in weighing the equities of the particular case after a fact-specific review." *Id.* In addition, exculpation is appropriate where it applies to estate fiduciaries. *Id.* at 306. Finally, an injunction is appropriate where it is necessary to the reorganization and fair pursuant to section 105(a) of the Bankruptcy Code. *In re W.R. Grace & Co.*, 475 B.R. 34, 107 (D. Del. 2012). In addition, approval of the releases, exculpations, and injunctions for each of the Released Parties and each Exculpated Party as part of confirmation of the Combined Disclosure Statement and Plan will be limited to the extent such releases, exculpations, and injunctions are permitted by applicable law.

The Debtors believe that the releases, exculpations, and injunctions set forth in the Combined Disclosure Statement and Plan are appropriate because, among other things, the releases

34

are narrowly tailored to the Debtors' Chapter 11 Cases, and each of the Released Parties has contributed value to the Debtors and aided in the sale process, which facilitated the Debtors' ability to propose and pursue confirmation.  The Debtors believe that each of the Released Parties has played an integral role in formulating the Combined Disclosure Statement and Plan and has expended significant time and resources analyzing and negotiating the issues presented by the Debtors' prepetition capital structure.  The Debtors further believe that such releases, exculpations, and injunctions are a necessary part of the Combined Disclosure Statement and Plan.  The Debtors will be prepared to meet their burden to establish the basis for the releases, exculpations, and injunctions for each of the Released Parties and each Exculpated Party as part of confirming the Combined Disclosure Statement and Plan.

### G.    Best Interests of Creditors and Liquidation Analysis

Even if a plan is accepted by the holders of each class of claims and interests, the Bankruptcy Code requires a bankruptcy court to determine that such plan is in the best interests of all holders of claims or interests that are impaired by that plan and that have not accepted such plan.  The "best interests" test, as set forth in Bankruptcy Code section 1129(a)(7), requires a bankruptcy court to find either that all members of an impaired class of claims or interests have accepted a plan or that a plan will provide a member who has not accepted a plan with a recovery of property of a value, as of the effective date of a plan, that is not less than the amount that such holder would recover if the debtor were liquidated under chapter 7 of the Bankruptcy Code.

To calculate the probable distribution to holders of each impaired class of claims and interests if the debtor was liquidated under chapter 7, a bankruptcy court must first determine the aggregate dollar amount that would be generated from a debtor's assets if its chapter 11 cases were converted to cases under chapter 7 of the Bankruptcy Code.  To determine if a plan is in the best interests of each impaired class, the present value of the distributions from the proceeds of a liquidation of the debtor's unencumbered assets and properties, after subtracting the amounts attributable to the costs, expenses and administrative claims associated with a chapter 7 liquidation, must be compared with the value offered to such impaired classes under a plan.  If the hypothetical liquidation distribution to holders of claims or interests in any impaired class is greater than the distributions to be received by such parties under a plan, then such plan is not in the best interests of the holders of claims or interests in such impaired class.

The Debtors believe that creditors will receive a better recovery under the Combined Disclosure Statement and Plan than they would in a hypothetical chapter 7 liquidation.  Indeed, under the terms of the Prepetition Credit Documents, the DIP Credit Documents, the DIP Order, and the Sale all assets of the Debtors were encumbered by the liens of the Lenders and/or sold to the Buyer.  Thus, in a hypothetical chapter 7 liquidation, there would not be any unencumbered assets available to pay claims of unsecured creditors, including creditors that hold Administrative Claims or Priority Claims.  There would not even be assets available to pay the costs of administering the chapter 7 liquidation.  On the other hand, the  Combined Disclosure Statement and Plan implements the Creditors' Committee Settlement.  Under the terms of that settlement, the Prepetition Lenders have agreed to make the Liquidating Trust Assets available for distributions to creditors pursuant to the Liquidating Trust Proceeds Waterfall.  Absent the Creditors' Committee Settlement, such assets would have been sold to the Buyer in connection with the Sale

35

or otherwise transferred to the Prepetition Lenders on account of their secured claims and would not be available in a hypothetical chapter 7 liquidation.

Moreover, in a chapter 7 liquidation, there would be additional costs and expenses that the Estates would incur as a result of liquidating the Estates in a chapter 7 case. The costs of liquidation under chapter 7 of the Bankruptcy Code would include the compensation of a trustee, as well as the costs of counsel and other professionals retained by the trustee. The Debtors believe such amount would exceed the amount of expenses that would be incurred in implementing the Combined Disclosure Statement and Plan and winding up the affairs of the Debtors. Conversion also would likely delay the liquidation process and ultimate distribution of the Assets. The Estates would also be obligated to pay all unpaid expenses incurred by the Debtors during the Chapter 11 Cases (such as compensation for professionals) that are allowed in the chapter 7 cases.

Accordingly, the Debtors believe that Holders of Allowed Claims would receive less than anticipated under the Combined Disclosure Statement and Plan if the Chapter 11 Cases were converted to chapter 7 cases, and therefore, the classification and treatment of Claims and Interests in the Combined Disclosure Statement and Plan complies with Bankruptcy Code section 1129(a)(7).

Attached hereto as <u>Appendix C</u> and incorporated herein by reference is a liquidation analysis prepared by the Debtors with the assistance of the Debtors' advisors

## H.    Feasibility

Section 1129(a)(11) of the Bankruptcy Code requires that confirmation of a plan not be likely to be followed by the liquidation, or the need for further financial reorganization, of the debtors or any successor to the debtors (unless such liquidation or reorganization is proposed in a plan). Inasmuch as the Debtors' Assets have principally been liquidated and the Combined Disclosure Statement and Plan provides for the distribution of all of the Cash proceeds of the Debtors' Assets to Holders of Claims that are Allowed as of the Effective Date in accordance with the Combined Disclosure Statement and Plan, for purposes of this test, the Debtors have analyzed the ability of the Liquidating Trust to meet its obligations under the Combined Disclosure Statement and Plan. Based on the Debtors' analysis, the Liquidating Trustee will have sufficient assets to accomplish its tasks under the Combined Disclosure Statement and Plan. Therefore, the Debtors believe that the liquidation pursuant to the Combined Disclosure Statement and Plan will meet the feasibility requirements of the Bankruptcy Code.

## I.    Acceptance by Impaired Classes

The Bankruptcy Code requires, as a condition to confirmation, except as described in the following section, that each class of claims or equity interests impaired under a plan, accept the plan. A class that is not "impaired" under a plan is deemed to have accepted the plan and, therefore, solicitation of acceptances with respect to such a class is not required.

Section 1126(c) of the Bankruptcy Code defines acceptance of a plan by a class of impaired claims as acceptance by holders of at least two-thirds in dollar amount and more than one-half in

36

a number of allowed claims in that class, counting only those claims that have *actually* voted to accept or to reject the plan. Thus, a class of claims will have voted to accept a plan only if two-thirds in amount and a majority in number of the allowed claims in such class that vote on the plan actually cast their ballots in favor of acceptance.

Section 1126(d) of the Bankruptcy Code defines acceptance of a plan by a class of impaired equity interests as acceptance by holders of at least two-thirds in amount of allowed interests in that class, counting only those interests that have *actually* voted to accept or to reject the plan. Thus, a class of interests will have voted to accept a plan only if two-thirds in amount of the allowed interests in such class that vote on plan actually cast their ballots in favor of acceptance.

Pursuant to the Combined Disclosure Statement and Plan, if Holders of Claims eligible to vote do not vote to accept or reject the Combined Disclosure Statement and Plan, the Holders of such Claims shall be deemed to have accepted the Combined Disclosure Statement and Plan.

### J.       Confirmation Without Acceptance by All Impaired Classes

Section 1129(b) of the Bankruptcy Code allows a bankruptcy court to confirm a plan even if all impaired classes have not accepted it; *provided*, that the plan has been accepted by at least one impaired class. Pursuant to section 1129(b) of the Bankruptcy Code, notwithstanding an impaired class's rejection or deemed rejection of the plan, the plan will be confirmed, at the plan proponent's request, in a procedure commonly known as a "cramdown" so long as the plan does not "discriminate unfairly" and is "fair and equitable" with respect to each class of claims or equity interests that is impaired under, and has not accepted, the plan.

If any Impaired Class rejects the Combined Disclosure Statement and Plan, the Debtors reserve the right to seek to confirm the Combined Disclosure Statement and Plan utilizing the "cramdown" provision of section 1129(b) of the Bankruptcy Code. To the extent that any Impaired Class rejects the Combined Disclosure Statement and Plan or is deemed to have rejected the Combined Disclosure Statement and Plan, the Debtors may request confirmation of the Combined Disclosure Statement and Plan, as it may be modified from time to time, under section 1129(b) of the Bankruptcy Code. The Debtors reserve the right to alter, amend, modify, revoke, or withdraw the Combined Disclosure Statement and Plan or any Plan Document, including the right to amend or modify the Plan Supplement to satisfy the requirements of section 1129(b) of the Bankruptcy Code.

### 1.       No Unfair Discrimination

The "unfair discrimination" test applies to classes of claims or interests that are of equal priority and are receiving different treatment under a plan. The test does not require that the treatment be the same or equivalent, but that treatment be "fair." In general, bankruptcy courts consider whether a plan discriminates unfairly in its treatment of classes of claims or interests of equal rank (*e.g.*, classes of the same legal character). Bankruptcy courts will take into account a number of factors in determining whether a plan discriminates unfairly. A plan could treat two classes of unsecured creditors differently without unfairly discriminating against either class.

37

2.    Fair and Equitable Test

The "fair and equitable" test applies to classes of different priority and status (*e.g.*, secured versus unsecured) and includes the general requirement that no class of claims receive more than 100% of the amount of the allowed claims in the class.  As to the dissenting class, the test sets different standards depending upon the type of claims or equity interests in the class.

As a condition to the test, section 1129(b)(2) of the Bankruptcy Code provides that a plan is "fair and equitable" with respect to a dissenting impaired class of unsecured claims if the creditors in the class receive or retain property of a value equal to the allowed amount of their claims or, failing that, no creditor of lesser priority, or shareholder, receives any distribution under the plan.  This requirement is sometimes referred to as the "absolute priority rule."

The Debtors submit that if the Debtors "cramdown" the Combined Disclosure Statement and Plan pursuant to section 1129(b) of the Bankruptcy Code, the Combined Disclosure Statement and Plan is structured so that it does not "discriminate unfairly" and satisfies the "fair and equitable" requirement.  With respect to the unfair discrimination requirement, all Classes under the Combined Disclosure Statement and Plan are provided treatment that is substantially equivalent to the treatment that is provided to other Classes that have equal rank.  With respect to the fair and equitable requirement and "absolute priority rule," no Class under the Combined Disclosure Statement and Plan will receive more than 100% of the amount of Allowed Claims or Interests in that Class.  The Debtors believe that the Combined Disclosure Statement and Plan and the treatment of all Classes of Claims or Interests under the Combined Disclosure Statement and Plan satisfy the foregoing requirements for nonconsensual confirmation of the Combined Disclosure Statement and Plan.

## ARTICLE V.
## CERTAIN RISK FACTORS TO CONSIDER PRIOR TO VOTING

The Holders of General Unsecured Claims and Prepetition Lender Claims should read and carefully consider the following factors, as well as the other information set forth in this Article V, before deciding whether to vote to accept or reject the Combined Disclosure Statement and Plan.  These risk factors should not, however, be regarded as constituting the only risks associated with the Combined Disclosure Statement and Plan and its implementation.

### A.    Non-Confirmation of the Combined Disclosure Statement and Plan

Even if the voting Class votes in favor of the Combined Disclosure Statement and Plan, and even if, with respect to any Impaired Class deemed to have rejected the Combined Disclosure Statement and Plan, the requirements for "cramdown" are met, the Bankruptcy Court, which is a court of equity, may exercise substantial discretion and may choose not to confirm the Combined Disclosure Statement and Plan.  In addition, while the Debtors believe the feasibility test and the best interests test for confirmation are satisfied, there can be no assurance that the Bankruptcy Court will reach the same conclusion.

38

## B.    Classification Risk

The Debtors believe that the Combined Disclosure Statement and Plan has classified all Claims and Interests in compliance with the provisions of Bankruptcy Code section 1122 and applicable case law, but it is possible that a Holder of a Claim may challenge the classification of Claims, and that the Bankruptcy Court may determine that a different classification is required for the Combined Disclosure Statement and Plan to be confirmed.  In that event, the Debtors intend, to the extent permitted by the Bankruptcy Code, the Combined Disclosure Statement and Plan, and the Bankruptcy Court, to make such reasonable modifications of the classifications under the Combined Disclosure Statement and Plan to permit confirmation and to use the Combined Disclosure Statement and Plan acceptances received for purposes of obtaining the approval of the reconstituted Class or Classes of which each accepting holder ultimately is deemed to be a member. Any such reclassification could adversely affect the Class in which such holder initially was a member, or any other Class under the Combined Disclosure Statement and Plan, by changing the composition of such Class and the vote required of that Class for approval of the Combined Disclosure Statement and Plan.

## C.    Claims Estimations

There can be no assurance that any estimated Claim amounts set forth in this Combined Disclosure Statement and Chapter 11 Plan are correct.  The actual Allowed amount of Claims likely will differ in some respect from the estimates.  The estimated amounts are subject to certain risks, uncertainties, and assumptions.  Should one or more of these risks or uncertainties materialize, or should the underlying assumptions prove incorrect, the actual Allowed amount of Claims may vary from those estimated herein.

## D.    Administrative and Priority Claims

The Debtors have been paying its administrative expenses in the ordinary course and do not anticipate any outstanding Administrative Expense Claims, Priority Tax Claims, and Other Priority Claims following the claims reconciliation process.

Notwithstanding the foregoing, if the actual number and amount of such Claims exceeds the amount of Cash the Debtors have to satisfy all such Claims in full, then  unless the Holders of such Claims consent to less than full payment, then the Bankruptcy Court may deny confirmation of the Combined Disclosure Statement and Plan.

## E.    Conditions Precedent to Consummation; Timing

The Combined Disclosure Statement and Plan provides for certain conditions that must be satisfied (or waived) prior to the Effective Date.  There can be no assurance that any or all of the conditions in the Combined Disclosure Statement and Plan will be satisfied (or waived). Accordingly, even if the Combined Disclosure Statement and Plan is confirmed by the Bankruptcy Court, there can be no assurance that the Combined Disclosure Statement and Plan will be consummated.

F.      **Certain Tax Considerations**

There are a number of material income tax considerations, risks and uncertainties associated with the Combined Disclosure Statement and Plan of liquidation of the Debtor described in the Combined Disclosure Statement and Plan.

THE U.S. FEDERAL INCOME TAX CONSEQUENCES OF THE COMBINED DISCLOSURE STATEMENT AND PLAN ARE COMPLEX. NOTHING HEREIN SHALL CONSTITUTE TAX ADVICE. THE TAX CONSEQUENCES ARE IN MANY CASES UNCERTAIN AND MAY VARY DEPENDING ON A HOLDER'S PARTICULAR CIRCUMSTANCES. ACCORDINGLY, HOLDERS ARE URGED TO CONSULT THEIR TAX ADVISORS ABOUT THE UNITED STATES FEDERAL, STATE AND LOCAL, AND APPLICABLE FOREIGN INCOME AND OTHER TAX CONSEQUENCES OF THE COMBINED DISCLOSURE STATEMENT AND PLAN.

G.      **The Liquidating Trust Assets, Including the Liquidating Trust Claims, May Not Result in Recovery**

The principal Liquidating Trust Assets are the Liquidating Trust Claims.  The outcome of litigation is inherently uncertain and, thus, there is no assurance that the Liquidating Trust Claims will result in any proceeds distributable from the Liquidating Trust.  Moreover, to the extent the Liquidating Trust realizes or obtains any Cash proceeds from the Liquidating Trust Claims distributable under the Liquidating Trust Agreement, the timing of any such distribution is uncertain.

H.      **Reductions to Estimated Creditor Recoveries Under the Liquidating Trust**

The Allowed amount of Claims in any Class could be greater than projected, which, in turn, could cause the amount of Distributions to Creditors in such Class to be reduced substantially. The amount of Cash realized from the liquidation of the Liquidating Trust Assets could be less than anticipated, which could cause the amount of Distributions to Creditors to be reduced substantially.  Additionally, any changes to any of the assumptions underlying the estimated Allowed amounts could result in material adjustments to recovery estimates provided herein or the actual Distribution received by Creditors.

## ARTICLE VI.
## ADMINISTRATIVE CLAIMS, DIP LENDER CLAIMS, AND PRIORITY TAX CLAIMS

In accordance with section 1123(a)(1) of the Bankruptcy Code, Administrative Claims, DIP Lender Claims, and Priority Tax Claims have not been classified and, thus, are excluded from the Classes of Claims and Interests set forth in Article VII hereof.

A.      **Administrative Claims**

Except with respect to Administrative Claims that are Professional Fee Claims or DIP Lender Claims, and except to the extent that an Administrative Claim has already been paid during

the Chapter 11 Cases or a Holder of an Allowed Administrative Claim and the applicable Debtor(s) agree to less favorable treatment, each Holder of an Allowed Administrative Claim shall be paid in full in Cash the unpaid portion of its Allowed Administrative Claim on the latest of: (a) the Effective Date if such Administrative Claim is Allowed as of the Effective Date; (b) the date such Administrative Claim is Allowed or as soon as reasonably practicable thereafter; and (c) the date such Allowed Administrative Claim becomes due and payable, or as soon thereafter as is reasonably practicable.

Except as otherwise provided in this Article VI.A and except with respect to Administrative Claims that are Professional Fee Claims or DIP Lender Claims, requests for payment of Administrative Claims must be Filed as follows:

(a) 503(b)(9) Claims must be Filed by the General Bar Date in accordance with the Bar Date Order;

(b)  Initial Administrative Claims must be Filed by the Initial Administrative Claims Bar Date in accordance with the Solicitation Procedures Order; and

(c) any other Administrative Claims must be Filed by the Supplemental Administrative Claims Bar Date in accordance with the Confirmation Order.

Holders of Administrative Claims that are required to, but do not, File and serve a request for payment of such Administrative Claims by such dates shall be forever barred, estopped, and enjoined from asserting such Administrative Claims against the Debtors or their property and such Administrative Claims shall be deemed discharged as of the Effective Date, unless the Bankruptcy Court orders otherwise.  Objections to such requests, if any, must be Filed and served on the Debtors and the requesting party in accordance with the Solicitation Procedures Order or Confirmation Order.

In accordance with section 503(b)(1)(D) of the Bankruptcy Code, taxing authorities are not required to file a request for payment of their Administrative Claims as a condition of such Administrative Claims being Allowed.  To the extent not assumed by the Buyer in connection with the Sale, the Debtors will pay any such taxes, to the extent Allowed, that arose after the Petition Date in the ordinary course of business.

### B.    Professional Compensation

1.    <u>Final Fee Applications and Payment of Professional Fee Claims</u>

All final requests for payment of Professional Fee Claims incurred during the period from the Petition Date through the Effective Date shall be Filed no later than 45 days after the Effective Date, provided, however, that nothing herein alters the ability of an Ordinary Course Professional to be paid, or the authority of the Debtors to pay Ordinary Course Professionals, pursuant to the terms of the OCP Order, and such Ordinary Course Professionals shall not be required to file requests for payment of Professional Fee Claims unless such requests are required under the OCP Order.  All such final requests will be subject to approval by the Bankruptcy Court after notice and a hearing in accordance with the procedures established by the Bankruptcy Code, Bankruptcy

41

Rules, and prior orders of the Bankruptcy Court, including the Interim Compensation Order, and once approved by the Bankruptcy Court, shall be promptly paid from the Professional Fee Escrow Account up to the full Allowed amount.  To the extent that funds held in the Professional Fee Escrow Account are insufficient to satisfy the amount of Professional Fee Claims owing to the Professionals, such Professionals shall have an Allowed Administrative Claim for any such deficiency, and the Debtors shall pay the full unpaid amount of such Allowed Administrative Claim in Cash.

2.    <u>Professional Fee Escrow Account</u>

On the Effective Date, the Debtors shall establish and fund the Professional Fee Escrow Account with Cash equal to the Professional Fee Reserve Amount.  The Professional Fee Escrow Account shall be held in trust solely for the Allowed Professional Fee Claims and maintained by the Liquidating Trustee.  Such funds shall not be considered property of the Estates.  The amount of Professional Fee Claims owing to the Professionals shall be paid in Cash to such Professionals by the Liquidating Trustee as soon as reasonably practicable after such Professional Fee Claims are Allowed.  When all Allowed amounts owing to the Professionals have been paid in full, the Professional Fee Excess Amount, if any, shall promptly be transferred to the Liquidating Trust without any further action or order of the Bankruptcy Court. Any other amounts remaining in the Professional Fee Escrow Account after Professionals have been paid in full shall be transferred to the Buyer as an Acquired Asset. If the Professional Fee Escrow Account is insufficient to fund the full Allowed amounts of Professional Fee Claims, the remaining unpaid Allowed Professional Fee Claims will be paid by the proceeds of the Liquidating Trust in accordance with the Liquidating Trust Proceeds Waterfall.

**C.    DIP Lender Claims**

Pursuant to the terms of the Creditors' Committee Settlement, the DIP Lenders have agreed that all DIP Lender Claims shall be fully satisfied through the treatment of the Class 3 Claims pursuant to Article VII.B.3.

**D.    Priority Tax Claims**

Pursuant to section 1129(a)(9)(C) of the Bankruptcy Code, unless otherwise agreed by the Holder of an Allowed Priority Tax Claim and the applicable Debtor, each Holder of an Allowed Priority Tax Claim will receive in full satisfaction of its Allowed Priority Tax Claim Cash equal to the amount of such Allowed Priority Tax Claim on the later of the Effective Date, the date such Priority Tax Claim is Allowed, or as soon as reasonably practicable thereafter.

**E.    Statutory Fees**

All fees due and payable to the U.S. Trustee pursuant to section 1930 of Title 28 of the United States Code ("**Quarterly Fees**") before the Effective Date shall be paid by the Debtors on the Effective Date.  Notwithstanding anything else to the contrary in the Combined Disclosure Statement and Plan, the Liquidating Trustee shall be liable to pay all Quarterly Fees accruing from and after the Effective Date until the earliest to occur of the particular Debtor's case being

converted to a case under chapter 7 of the Bankruptcy Code, dismissed, or closed. The Liquidating Trustee shall File with the Bankruptcy Court quarterly reports in a form reasonably acceptable to the U.S. Trustee. The U.S. Trustee shall not be required to file a request for payment of its Quarterly Fees, which shall be deemed an Administrative Claim against the Debtors and their Estates.

## ARTICLE VII.
## CLASSIFICATION AND TREATMENT OF CLAIMS AND INTERESTS AND EXPECTED RECOVERIES

### A.    Summary of Classification

All Claims and Interests are classified in the Classes set forth below in accordance with section 1122 and 1123(a)(1) of the Bankruptcy Code.  A Claim or an Interest is classified in a particular Class only to the extent that the Claim or Interest qualifies within the description of that Class and is classified in other Classes to the extent that any portion of the Claim or Interest qualifies within the description of such other Classes.  A Claim or an Interest is classified in a particular Class for the purpose of receiving distributions under the Combined Disclosure Statement and Plan only to the extent that such Claim or Interest is an Allowed Claim or Interest in that Class and has not been paid, released, or otherwise satisfied prior to the Effective Date.

The classification of Claims and Interests against each Debtor (as applicable) pursuant to the Combined Disclosure Statement and Plan is as follows:

### B.    Treatment of Claims and Interests

Subject to Article VI, each Holder of an Allowed Claim or Allowed Interest, as applicable, shall receive under the Combined Disclosure Statement and Plan the treatment described below in full and final satisfaction, compromise, settlement, release, and discharge of, and in exchange for, such Holder's Allowed Claim or Allowed Interest, except to the extent different treatment is agreed to by the Debtors and the Holder of such Allowed Claim or Allowed Interest, as applicable.  Unless otherwise indicated, the Holder of an Allowed Claim or Allowed Interest, as applicable, shall receive such treatment on the later of the Effective Date and the date such Holder's Claim or Interest becomes an Allowed Claim or Allowed Interest or as soon as reasonably practicable thereafter.

    1.    <u>Class 1 – Other Priority Claims</u>

        a.    *Classification*: Class 1 consists of Other Priority Claims.

        b.    *Treatment*: In full and final satisfaction of each Allowed Other Priority Claim, except to the extent that a Holder of an Allowed Other Priority Claim agrees to a less favorable treatment, each Holder thereof will receive payment in full in Cash.

        c.    *Voting*: Class 1 is Unimpaired.  Holders of Class 1 Claims are conclusively presumed to have accepted the Combined Disclosure Statement and Plan

43

under section 1126(f) of the Bankruptcy Code, and are not entitled to vote to accept or reject the Combined Disclosure Statement and Plan.

2.    Class 2 – Other Secured Claims

 a.    *Classification*: Class 2 consists of Other Secured Claims.

 b.    *Treatment*: In full and final satisfaction of each Allowed Other Secured Claim, except to the extent that a Holder of an Allowed Other Secured Claim agrees to less favorable treatment, each Holder thereof will receive at the option of the Debtors: (a) payment in full in Cash, payable on the later of the Effective Date and the date that is ten (10) Business Days after the date on which such Other Secured Claim becomes an Allowed Other Secured Claim, in each case, or as soon as reasonably practicable thereafter or (b) delivery of the collateral securing any such Claim.

 c.    *Voting*: Class 2 is Unimpaired.  Holders of Class 2 Claims are conclusively presumed to have accepted the Combined Disclosure Statement and Plan under section 1126(f) of the Bankruptcy Code, and are not entitled to vote to accept or reject the Combined Disclosure Statement and Plan.

3.    Class 3 – Prepetition Lender Claims

 a.    *Classification*: Class 3 consists of all Prepetition Lender Claims.

 b.    *Treatment*: In full and final satisfaction of each Prepetition Lender Claim, and pursuant to Article VI.C each DIP Lender Claim, each Holder of an Allowed Prepetition Lender Claim shall receive its Pro Rata share of the Class 3 Liquidating Trust Interests.

 c.    *Voting*: Class 3 is Impaired.  Holders of Allowed Prepetition Lender Claims under Class 3 are entitled to vote to accept or reject the Combined Disclosure Statement and Plan.

4.    Class 4 – General Unsecured Claims

 d.    *Classification*: Class 4 consists of all General Unsecured Claims.

 e.    *Treatment*: In full and final satisfaction of each General Unsecured Claim, each Holder of an Allowed General Unsecured Claim shall receive its Pro Rata share of the Class 4 Liquidating Trust Interests.

 f.    *Voting*: Class 4 is Impaired.  Holders of Allowed Class 4 General Unsecured Claims are entitled to vote to accept or reject the Combined Disclosure Statement and Plan.

44

5.      Class 5 – Subordinated Claims

     a.      *Classification*: Class 5 consists of all Subordinated Claims.

     b.      *Treatment*: Subordinated Claims will be cancelled, released, and extinguished as of the Effective Date, and will be of no further force or effect, and each Holder of a Subordinated Claim will not receive any distribution on account of such Subordinated Claim.

     c.      *Voting*: Class 5 is Impaired. Holders of Class 5 Claims are deemed to have rejected the Combined Disclosure Statement and Plan under section 1126(g) of the Bankruptcy Code and are not entitled to vote to accept or reject the Combined Disclosure Statement and Plan.

6.      Class 6 – Intercompany Claims

     a.      *Classification*: Class 6 consists of all Intercompany Claims.

     b.      *Treatment*: Holders of Intercompany Claims shall not receive a distribution on account of such Intercompany Claims.

     c.      *Voting*: Holders of Class 6 Claims are conclusively deemed to have rejected the Combined Disclosure Statement and Plan pursuant to section 1126(g) of the Bankruptcy Code. Holders of Class 6 Claims are not entitled to vote to accept or reject the Combined Disclosure Statement and Plan.

7.      Class 7 – Interests in the Debtors

     a.      *Classification*: Class 7 consists of all Interests in the Debtors.

     b.      *Treatment*: On the Effective Date, all Interests shall be deemed canceled, extinguished and of no further force or effect, and the Holders of Interests shall not be entitled to receive or retain any property on account of such Interest.

     c.      *Voting*: Class 7 is Impaired. Holders of Class 7 Interests are deemed to have rejected the Combined Disclosure Statement and Plan pursuant to section 1126(g) of the Bankruptcy Code and are not entitled to vote to accept or reject the Combined Disclosure Statement and Plan.

**C.      Confirmation Pursuant to Sections 1129(a)(10) and 1129(b) of the Bankruptcy Code**

Section 1129(a)(10) of the Bankruptcy Code shall be satisfied for purposes of the Combined Hearing by acceptance of the Combined Disclosure Statement and Plan by at least one Impaired Class of Claims, determined without including any acceptances of the Combined Disclosure Statement and Plan by any insider.  The Debtors shall seek confirmation of the Combined

45

Disclosure Statement and Plan pursuant to section 1129(b) of the Bankruptcy Code with respect to any rejecting Class(es) of Claims and Interests.  The Debtors reserve the right to modify the Combined Disclosure Statement and Plan in accordance with Article XV hereof to the extent, if any, that confirmation of the Combined Disclosure Statement and Plan pursuant to section 1129(b) of the Bankruptcy Code requires modification, including by modifying the treatment applicable to a Class of Claims to render such Class of Claims Unimpaired to the extent permitted by the Bankruptcy Code and the Bankruptcy Rules.

### D.      Elimination of Vacant Classes

Any Class of Claims or Interests that does not have a Holder of an Allowed Claim or Allowed Interest or a Claim or Interest temporarily Allowed by the Bankruptcy Court as of the date of the Combined Hearing shall be deemed eliminated from the Combined Disclosure Statement and Plan for purposes of voting to accept or reject the Combined Disclosure Statement and Plan and for purposes of determining acceptance or rejection of the Combined Disclosure Statement and Plan by such Class pursuant to section 1129(a)(8) of the Bankruptcy Code.

### E.      [Intentionally Omitted]

### F.      Subordinated Claims and Interests

The allowance, classification, and treatment of all Allowed Claims and Allowed Interests and their respective distributions and treatments under the Combined Disclosure Statement and Plan take into account and conform to the relative priority and rights of the Claims and Interests in each Class in connection with any contractual, legal, and equitable subordination rights relating thereto, whether arising under general principles of equitable subordination, section 510(b) of the Bankruptcy Code, or otherwise. Pursuant to section 510 of the Bankruptcy Code, the Debtors, as applicable, reserve the right to re-classify any Allowed Claim or Interest in accordance with any contractual, legal, or equitable subordination relating thereto.

## ARTICLE VIII.
## MEANS FOR IMPLEMENTATION OF THE COMBINED
## DISCLOSURE STATEMENT AND PLAN

### A.      Corporate Existence

On the Effective Date or as soon as reasonably practicable thereafter, each of the Debtors will each be deemed dissolved and no longer in existence.

### B.      Cancellation of Interests in the Debtors.

On the Effective Date, all existing Interests of each of the Debtors shall be retired, cancelled, extinguished and/or discharged in accordance with the terms of the Combined Disclosure Statement and Plan.  Except as otherwise provided in the Plan Supplement, on the Effective Date: (1) the obligations of the Debtors under any certificate, share, note, bond, indenture, purchase right, option, warrant, or other instrument or document, directly or indirectly, evidencing or creating any indebtedness or obligation of or ownership interest in the Debtors

46

giving rise to any Claim or Interest shall be cancelled as to the Debtors and (2) the obligations of the Debtors pursuant, relating, or pertaining to any agreements, indentures, certificates of designation, bylaws, or certificate or articles of incorporation or similar documents governing the shares, certificates, notes, bonds, purchase rights, options, warrants or other instruments or documents evidencing or creating any indebtedness or obligation of the Debtors shall be released and discharged.

### C.    Creditors' Committee Settlement

Pursuant to section 1123(b)(3)(A) of the Bankruptcy Code and Bankruptcy Rule 9019, the Combined Disclosure Statement and Plan effectuates the Creditors' Committee Settlement. Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, as of the Effective Date, of the Creditors' Committee Settlement and the Bankruptcy Court's finding that the Creditors' Committee Settlement is in the best interests of the Debtors, their Estates, and the Holders of Claims and Interests, and is fair, equitable, and reasonable.

### D.    Causes of Action

On the Effective Date, all Causes of Action (other than the Liquidating Trust Claims and, for the avoidance of doubt, the Acquired Causes of Action), shall be deemed waived, discharged, forgiven, and forever compromised, and the Liquidating Trust Claims shall be transferred to, vested in, and/or retained by the Liquidating Trust; provided, however, that nothing in this sentence shall waive or otherwise impair any defenses to any Claims asserted in these Chapter 11 Cases. Following the Effective Date, except as otherwise expressly provided herein or the Liquidating Trust Agreement, the Liquidating Trustee may assert, compromise or dispose of the Liquidating Trust Claims without further notice or authorization of the Bankruptcy Court. In the event the Liquidating Trustee initiates an adversary proceeding in Bankruptcy Court, such proceeding shall be governed by the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and all other applicable law.

### E.    Vesting; Representative of the Estates

Except as otherwise provided in this Combined Disclosure Statement and Plan, on the Effective Date, all Liquidating Trust Assets shall be transferred to and vest in the Liquidating Trust, free and clear of all Claims, Liens, charges, other encumbrances, Interests, or other interests. On and after the Effective Date, the Liquidating Trustee may use, acquire and dispose of property and compromise or settle any claims without supervision or approval by the Bankruptcy Court and free of any restrictions of the Bankruptcy Code or Bankruptcy Rules, other than those restrictions imposed by the Combined Disclosure Statement and Plan, the Confirmation Order, or the Liquidating Trust Agreement.

The Liquidating Trustee shall serve as the representative of the Estates pursuant to section 1123(b)(3)(B) of the Bankruptcy Code.

*ACTIVE 54619224v15*

**F.      Effectuating Documents; Further Transactions**

On and after the Effective Date, the Liquidating Trustee is authorized to and may issue, execute, deliver, file, or record such contracts, securities, instruments, releases, and other agreements or documents and take such actions as may be necessary or appropriate to effectuate, implement and further evidence the terms and conditions of the Combined Disclosure Statement and Plan and the transactions contemplated thereby, in each case, in the name of and on behalf of the Debtors and the Liquidating Trust, without the need for any approvals, authorization or consents except those expressly required pursuant to the Combined Disclosure Statement and Plan. In connection with the foregoing, the Liquidating Trustee shall complete any remaining wind down activities of the Debtors, including negotiating the purchase price allocation related to the Sale on behalf of the Sellers as and to the extent set forth in the Asset Purchase Agreement and filing a final tax return.

**G.      Deemed Substantive Consolidation**

The Combined Disclosure Statement and Plan contemplates and is predicated upon the deemed substantive consolidation of the Estates for voting, confirmation, and Distribution purposes.  Accordingly, on the Effective Date, each Claim Filed or to be Filed against any Debtor shall be deemed Filed only against Holdings and shall be deemed a single Claim against and a single obligation of Holdings for Distribution purposes, which shall be paid from the Liquidating Trust.  This deemed substantive consolidation of the Estates for Distribution purposes means that the specific Debtor against which a Creditor holds or asserts a Claim will have no effect on the distribution (if any) provided to such Creditor under the Combined Disclosure Statement and Plan.

The Combined Disclosure Statement and Plan also provides for the deemed substantive consolidation of the Estates for voting purposes, including tabulating votes to accept or reject the Combined Disclosure Statement and Plan. Accordingly, the Debtors will tabulate each Ballot as a vote to accept or reject the Combined Disclosure Statement and Plan as to each Debtor.

Absent the consent of affected creditors, the Debtors will bear the burden at the Combined Hearing of establishing a prima facie case for the deemed substantive consolidation of their respective Estates.  Accordingly, the Debtors will, to the extent necessary, adduce evidence at the Combined Hearing to justify the deemed substantive consolidation in accordance with the standards established by applicable case law.  Such evidence may include, without limitation, evidence indicating that Creditors have dealt with the Debtors as a single, consolidated enterprise, both before and after the Petition Date, the Sale of all of the Debtors' assets without allocation pursuant to the Debtors, the Debtors' central management, and the Debtors' prepetition employed an integrated cash management system of bank accounts.  Further, efforts to deconsolidate the Debtors' respective assets and liabilities would be burdensome and divert professional resources that are more profitably directed elsewhere, all without meaningfully affecting the distributions to be received under the Combined Disclosure Statement and Plan.

**H.      Insurance Policies**

**Insurance Policies Remain In Force.**  Up to and including their policy expiration date(s),

any and all Insurance Policies in effect as of the Effective Date shall remain in full force and effect according to their terms and the coverage obligations of the insurers and third party administrators under such Insurance Policies shall continue following the Effective Date (including any obligations to pay, defend and process insured claims).

**D&O Insurance Policies; Employment Practice Liability Policies; Similar Policies.** Nothing contained in this Combined Disclosure Statement and Plan shall affect or impair the rights of any non-Debtor insured persons covered under any D&O Insurance Policy, employment practices or similar liability Insurance Policies (including, without limitation, policies for the benefit of the Debtors' directors, officers, employees, members, managers, or similar persons who served in such capacity either before or after the Petition Date).

## I.   Dissolution of Creditors' Committee

Following the Effective Date, the Creditors' Committee shall continue in existence and have standing and capacity to prepare and prosecute applications for the payment of fees and reimbursement of expenses incurred by the Creditors' Committee or its respective Professionals. Following the completion of the foregoing, the Creditors' Committee shall be dissolved and the members of the Creditors' Committee shall be released and discharged from any further authority, duties, responsibilities, and obligations related to, or arising from, the Chapter 11 Cases.

## J.   Termination of the Claims Agent

At any time following the Effective Date, the Liquidating Trustee shall be authorized to terminate the services of the Claims Agent by providing thirty (30) days written notice without need for order of the Bankruptcy Court or any other party.  Following termination, the Claims Agent shall provide the Liquidating Trustee and the Bankruptcy Court with a copy of the Claims Register and a copy of all Filed Proofs of Claim.  No later than thirty (30) days after its termination, the Claims Agent shall provide the Liquidating Trustee with a final invoice, and unless the Liquidating Trustee has any issues with respect to the Claims Agent's fees or expenses, the Liquidating Trustee will be authorized to remit payment of the final invoice within fifteen (15) days of receipt.  The Bankruptcy Court will retain jurisdiction to hear any dispute in the event that the Liquidating Trustee and Claims Agent cannot agree upon the amount of fees and expenses sought by the Claims Agent.

## K.   Closing of Cases

Upon the occurrence of the Effective Date, the Liquidating Trustee shall file a certification of counsel seeking entry of an Order authorizing the Clerk of the Bankruptcy Court to close all of the Bankruptcy Cases, other than the Bankruptcy Case of Holdings, without need for further notice or Order of the Bankruptcy Court.

## L.   Final Decree

At any time following the Effective Date, the Liquidating Trustee shall be authorized to file a motion for entry of a final decree closing the Chapter 11 Case of Holdings.

49

# ARTICLE IX.
## TREATMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

### A.    Assumption and Rejection of Executory Contracts and Unexpired Leases

Except as otherwise provided in the Combined Disclosure Statement and Plan, or in any contract, instrument, release, indenture, or other agreement or document entered into in connection with the Combined Disclosure Statement and Plan, as of the Effective Date, each Debtor will be deemed to have rejected each Executory Contract or Unexpired Lease to which such Debtor is a party, unless such Executory Contract or Unexpired Lease (i) was previously assumed or rejected; (ii) was previously expired or terminated pursuant to its own terms; or (iii) is the subject of a motion or notice to assume or reject Filed on or before the Confirmation Date.

The Confirmation Order shall constitute an order of the Bankruptcy Court under sections 365 and 1123(b) of the Bankruptcy Code approving the rejections described above as of the Effective Date.

### B.    Claims Based on Rejection of Executory Contracts or Unexpired Leases

Claims based on the rejection of the Debtors' Executory Contracts or Unexpired Leases pursuant to the Combined Disclosure Statement and Plan or otherwise must be Filed set forth in the Bar Date Order.

**Any Claims arising from the rejection of an Executory Contract or Unexpired Lease that are not Filed within such time, unless otherwise ordered by the Bankruptcy Court, will be automatically Disallowed, forever barred from assertion, and shall not be enforceable against, as applicable, the Debtors, the Buyer, the Estates, or property of the foregoing parties, without the need for any objection by the Debtors, or further notice to, or action, order, or approval of the Bankruptcy Court or any other Entity, and any Claim arising out of the rejection of the Executory Contract or Unexpired Lease shall be deemed fully satisfied, released, and discharged, notwithstanding anything in the Schedules or a Proof of Claim to the contrary.** Claims arising from the rejection of the Debtors' Executory Contracts or Unexpired Leases shall be classified as General Unsecured Claims.

### C.    Insurance Policies

Insurance Policies shall not be considered Executory Contracts for purposes of this Article IX.  As discussed in Article VIII.H, the Insurance Policies shall remain in full force and effect following the Effective Date.

50

## ARTICLE X.
## THE LIQUIDATING TRUST

### A.    Creation of the Liquidating Trust

On the Effective Date, the Debtors and the Liquidating Trustee shall execute the Liquidating Trust Agreement and shall take all steps necessary to establish the Liquidating Trust in accordance with the Combined Disclosure Statement and Plan, which shall be for the benefit of the Liquidating Trust Beneficiaries.  The Liquidating Trust shall be governed by the terms of the Liquidating Trust Agreement and the Combined Disclosure Statement and Plan and administered by the Liquidating Trustee and the Liquidating Trust Advisory Board.  The powers, rights, responsibilities, and compensation of the Liquidating Trustee and Liquidating Trust Advisory Board shall be specified in the Liquidating Trust Agreement.  The Liquidating Trustee shall hold and distribute the Liquidating Trust Assets in accordance with the Combined Disclosure Statement and Plan and the Liquidating Trust Agreement.

### B.    Transfer of Liquidating Trust Assets to the Liquidating Trust

1.    <u>Transfer Free and Clear</u>

On the Effective Date the Debtors shall transfer and/or assign and shall be deemed to transfer and/or assign to the Liquidating Trust all of their rights, title and interest in and to all of the Liquidating Trust Assets, and in accordance with section 1141 of the Bankruptcy Code, the Liquidating Trust Assets shall automatically vest in the Liquidating Trust free and clear of all Claims and Liens, subject only to the Liquidating Trust Interests.  Notwithstanding anything herein to the contrary, the transfer of the Liquidating Trust Assets to the Liquidating Trust shall not diminish, and fully preserves, any defenses a Debtor would have if such Liquidating Trust Assets had been retained by the Debtors.

2.    <u>Certain Tax Consequences</u>

Subject to definitive guidance from the IRS or a court of competent jurisdiction to the contrary, the Liquidating Trust is intended to be treated as a "liquidating trust" for U.S. federal income tax purposes pursuant to Treasury Regulation section 301.7701-4(d), and the Liquidating Trustee will take this position on the Liquidating Trust's tax return accordingly.  The Liquidating Trust Beneficiaries shall be treated as the grantors of the Liquidating Trust and as the deemed owners of the Liquidating Trust Assets.  For U.S. federal income tax purposes, the transfer of assets to the Liquidating Trust will be deemed to occur as (a) a first-step transfer of the Liquidating Trust Assets to the Liquidating Trust Beneficiaries and, to the extent the Liquidating Trust Assets are allocable to Disputed General Unsecured Claims, to the GUC Disputed Claims Reserve described in the subsequent paragraph and (b) a second-step transfer by such Liquidating Trust Beneficiaries and, to the extent relevant with respect to the GUC Disputed Claims Reserve, to the Liquidating Trust.  As a result, the transfer of the Liquidating Trust Assets to the Liquidating Trust should be a taxable transaction, and the Debtors should recognize gain or loss equal to the difference between the tax basis and fair value of such assets.  As soon as possible after the transfer of the Liquidating Trust Assets to the Liquidating Trust, the Liquidating Trustee shall make a good

51

faith valuation of the Liquidating Trust Assets. This valuation will be made available from time to time, as relevant for tax reporting purposes. Each of the Debtors, Liquidating Trustee, and the Liquidating Trust Beneficiaries shall take consistent positions with respect to the valuation of the Liquidating Trust Assets, and such valuations shall be utilized for all U.S. federal income tax purposes. The Liquidating Trust shall in no event be dissolved later than 5 years from the creation of such Liquidating Trust unless the Bankruptcy Court, upon motion within the 6-month period prior to the 5th anniversary (or within the 6-month period prior to the end of an extension period), determines that a fixed period extension (not to exceed 5 years with a private letter ruling from the IRS or an opinion of counsel satisfactory to the Liquidating Trustee that any further extension would not adversely affect the status of the trust as a liquidating trust for United States federal income tax purposes) is necessary to facilitate or complete the recovery and liquidation of the Liquidating Trust Assets.

With respect to amounts, if any, in a reserve for Disputed General Unsecured Claims, it is expected that such account will be treated as a "disputed ownership fund" governed by Treasury Regulation Section 1.468B-9, that any appropriate elections with respect thereto shall be made, and that such treatment will also be applied to the extent possible for state and local tax purposes. Under such treatment, a separate federal income tax return shall be filed with the IRS for such disputed claims reserve and will be subject to tax annually on a separate entity basis. Any taxes (including with respect to interest, if any, earned in the account, or any recovery on the portion of assets allocable to such account in excess of the disputed claims reserve's basis in such assets) imposed on such account shall be paid out of the assets of the respective account (and reductions shall be made to amounts disbursed from the account to account for the need to pay such taxes). Liquidating Trust Beneficiaries will be bound by such election, if made by the Liquidating Trustee, and, as such, will, for U.S. federal income tax purposes (and, to the extent permitted by law, for state and local income tax purposes), report consistently therewith.

### C.    Administration of the Liquidating Trust

1.    <u>In General</u>

The Liquidating Trust shall be administered by the Liquidating Trustee with oversight by the Liquidating Trust Advisory Board pursuant to the Liquidating Trust Agreement. In the event of any inconsistency solely between this Article X.C of the Combined Disclosure Statement and Plan and the Liquidating Trust Agreement, the Liquidating Trust Agreement shall control, with the Combined Disclosure Statement and Plan controlling in all other cases. All compensation for the Liquidating Trustee and other costs of administration for the Liquidating Trust shall be paid by the Liquidating Trust in accordance with this Combined Disclosure Statement and Plan and the Liquidating Trust Agreement. The Liquidating Trust Agreement generally will provide for, among other things: (a) the payment of the expenses of the Liquidating Trust, including the cost of pursuing the Liquidating Trust Claims; (b) the retention of counsel, accountants, financial advisors, or other professionals and the payment of their reasonable compensation; (c) the investment of Cash by the Liquidating Trustee within certain limitations, including those specified in the Combined Disclosure Statement and Plan; (d) the orderly liquidation of the Liquidating Trust Assets; and (e) liquidating of any Liquidating Trust Claims including the, which may include the prosecution, settlement, abandonment, or dismissal of any such Liquidating Trust Claims.

2.      Powers and Duties of Liquidating Trustee

In furtherance of and consistent with the purpose of the Liquidating Trust and the Combined Disclosure Statement and Plan, and subject to the terms of the Liquidating Trust Agreement, the Liquidating Trustee, for the benefit of the Liquidating Trust, shall (a) hold the Liquidating Trust Assets for the benefit of the Liquidating Trust Beneficiaries, (b) make distributions of the Liquidating Trust Assets as provided in the Liquidating Trust Agreement, and (c) have the power and authority to commence, prosecute, and resolve any Liquidating Trust Claims.  The Liquidating Trustee shall be responsible for all decisions and duties with respect to the Liquidating Trust and the Liquidating Trust Assets, except as otherwise provided in the Liquidating Trust Agreement.  In all circumstances, the Liquidating Trustee shall act in the best interests of the Liquidating Trust Beneficiaries.

Subject to the provisions of the Liquidating Trust Agreement, the Liquidating Trustee may settle, compromise, abandon, or withdraw any Liquidating Trust Claim on any grounds or terms it deems reasonable, without further order of the Bankruptcy Court.  The Liquidating Trustee may also settle or compromise any Disputed General Unsecured  Claim, or withdraw any objection thereto, on any grounds or terms he or she deems reasonable, without further order of the Bankruptcy Court, but subject to the terms of the Liquidating Trust Agreement.

The Liquidating Trustee, on behalf of the Liquidating Trust, may employ, without further order of the Bankruptcy Court, professionals to assist in carrying out its duties hereunder and may compensate and reimburse the reasonable expenses of those professionals without further order of the Bankruptcy Court from the Liquidating Trust Assets in accordance with the Combined Disclosure Statement and Plan and the Liquidating Trust Agreement.

3.      Liquidating Trust Advisory Board

The Liquidating Trust Advisory Board shall have the authority to: (a) oversee, review, and guide the activities and performance of the Liquidating Trustee; (b) retain and employ attorneys and other professionals on behalf of the Liquidating Trust to facilitate the Liquidating Trustee's performance of his or her duties under the Liquidating Trust Agreement; and (c) remove and appoint the Liquidating Trustee for any reason.  The members of the Liquidating Trust Advisory Board shall not be entitled to compensation for their services but will be entitled to reimbursement from the Liquidating Trust for reasonable and documented out-of-pocket expenses.

4.      Liquidating Trust Proceeds Waterfall

Any Liquidating Trust Assets, including proceeds recovered from the successful prosecution or settlement of any Liquidating Trust Claims, shall be distributed in accordance with the Liquidating Trust Proceeds Waterfall and the Liquidating Trust Agreement.

## ARTICLE XI.
## RESERVES

If the Liquidating Trustee determine that they are required, or that it is necessary, to establish any of the reserves set forth in this Article XI, the Liquidating Trustee shall administer

53

such reserves in the manner established by this Article XI; provided, however, that the Liquidating Trustee (and not the Debtors) shall in all events establish and maintain the Liquidating Trust Expense Fund and GUC Disputed Claims Reserve, respectively.

A.    **Establishment of Reserve Accounts**

The Liquidating Trustee shall establish each of the Distribution Reserve Accounts by either establishing a segregated account or establishing book entry accounts, in the sole discretion of the Liquidating Trustee.

B.    **Undeliverable Distribution Reserve**

1.    Deposits

If a distribution to any Holder of an Allowed Claim is returned to the Liquidating Trustee as undeliverable or is otherwise unclaimed, such distribution shall be deposited in a segregated, interest-bearing account, designated as an "Undeliverable Distribution Reserve," for the benefit of such Holder until such time as such distribution becomes deliverable, is claimed or is deemed to have been forfeited in accordance with Article XI.B.2 of the Combined Disclosure Statement and Plan.

2.    Forfeiture

Any Holder of an Allowed Claim that does not assert a Claim pursuant to this Combined Disclosure Statement and Plan for an undeliverable or unclaimed distribution within three months after the first distribution is made to such Holder shall be deemed to have forfeited its claim for such undeliverable or unclaimed distribution and shall be forever barred and enjoined from asserting any such claim for the undeliverable or unclaimed distribution against any Debtor, any Estate, the Liquidating Trust or their respective properties or assets unless the Bankruptcy Court orders otherwise. In such cases, any Cash or other property held by the Debtors or Liquidating Trustee in the Undeliverable Distribution Reserve for distribution on account of such claims for undeliverable or unclaimed distributions, including the interest that has accrued on such undeliverable or unclaimed distribution while in the Undeliverable Distribution Reserve, without any further action or order of the Bankruptcy Court shall promptly be transferred to the Liquidating Trust, notwithstanding any federal or state escheat laws to the contrary.

3.    Disclaimer

Neither the Debtors, the Liquidating Trustee, nor their respective agents and attorneys are under no duty to take any action to attempt to locate any Claim Holder; provided that in his or her sole discretion, the Liquidating Trustee may periodically publish notice of unclaimed distributions.

4.    Distribution from Reserve

Within fifteen (15) Business Days after the Holder of an Allowed Claim satisfies the requirements of this Combined Disclosure Statement and Plan, such that the distribution(s) attributable to its Claim is no longer an undeliverable or unclaimed distribution (provided that

54

satisfaction occurs within the time limits set forth in Article XI.B), the Liquidating Trustee shall distribute out of the Undeliverable Distribution Reserve the amount of the undeliverable or unclaimed distribution attributable to such Claim, including the interest that has accrued on such undeliverable or unclaimed distribution while in the Undeliverable Distribution Reserve.

### C.    Liquidating Trust Expense Fund

The Liquidating Trustee shall maintain a reserve (the "**Liquidating Trust Expense Fund**") in an amount as is reasonably necessary to pay the costs and expenses incurred or expected to be incurred by the Liquidating Trust and Liquidating Trustee in connection with administering the Liquidating Trust Assets and performing the duties set forth in the Combined Disclosure Statement and Plan and the Liquidating Trust Agreement, including, without limitation, paying the fees and expenses of the Liquidating Trustee, and attorneys, advisors, and professionals retained by the Liquidating Trust and/or Liquidating Trustee (the "**Liquidating Trust Expenses**").

With the prior majority approval of the Liquidating Trust Advisory Board, the Liquidating Trust may borrow money or raise capital on such terms as determined by the Liquidating Trustee to fund the Liquidating Trust Expense Fund.  Except for purposes of funding the Liquidating Trust Expense Fund, the Liquidating Trust shall not incur any debt.

### D.    GUC Disputed Claims Reserve

The Liquidating Trustee may establish, for the benefit of each Holder of a Disputed General Unsecured Claim, the GUC Disputed Claims Reserve consisting of Liquidating Trust Interests in an amount equal to the Pro Rata share of distributions that would have been made to the holder of such Disputed General Unsecured Claim if it were an Allowed General Unsecured Claim in an amount equal to the lesser of (i) the liquidated amount set forth in the filed Proof of Claim relating to such Disputed General Unsecured Claim or if no Proof of Claim has been filed the liquidated amount set forth in the Schedules, (ii) the amount in which the Disputed General Unsecured Claim has been estimated by the Bankruptcy Court pursuant to section 502 of the Bankruptcy Code as constituting and representing the maximum amount in which such Claim may ultimately become an Allowed General Unsecured Claim or (iii) such other amount as may be agreed upon by the holder of such Disputed General Unsecured Claim and the Liquidating Trustee.  Amounts held in the GUC Disputed Claims Reserve shall be retained by the Liquidating Trustee for the benefit of Holders of Disputed General Unsecured Claims pending determination of their entitlement thereto under the terms of the Combined Disclosure Statement and Plan.  No payments or distributions shall be made with respect to all or any portion of any Disputed General Unsecured Claim pending the entire resolution thereof by Final Order or agreement between the Liquidating Trustee and the Holder of the applicable Disputed General Unsecured Claim.

At such time as a Disputed General Unsecured Claim becomes an Allowed General Unsecured Claim, the Liquidating Trustee shall distribute to the Holder thereof the distributions, if any, to which such Holder is then entitled under the Combined Disclosure Statement and Plan or Liquidating Trust Agreement.  Such distribution, if any, shall be made as soon as reasonably practicable after the date that the order or judgment of the Bankruptcy Court Allowing such Disputed General Unsecured Claim becomes a Final Order or the effective date of the relevant

agreement between the Liquidating Trustee and the Holder of the applicable Disputed General Unsecured Claim.

If a Disputed General Unsecured Claim is Disallowed, in whole or in part, the Liquidating Trustee shall distribute amounts held in the GUC Disputed Claims Reserve with respect to such Claim (or, if Disallowed in part, the amounts held in the GUC Disputed Claims Reserve with respect to the Disallowed portion of such Claim) in accordance with the Liquidating Trust Proceeds Waterfall.

**ARTICLE XII.**
**PROCEDURES FOR RESOLVING**
**CONTINGENT, UNLIQUIDATED, AND**
**DISPUTED CLAIMS**

### A. Allowance of Claims

After the Effective Date, the Liquidating Trustee shall have and retain any and all rights and defenses the applicable Debtor had with respect to any Claim immediately before the Effective Date. Except as expressly provided in the Combined Disclosure Statement and Plan or in any order entered in the Chapter 11 Cases before the Effective Date (including the Confirmation Order), no Claim shall become an Allowed Claim unless and until such Claim is deemed Allowed under the Combined Disclosure Statement and Plan or the Bankruptcy Code, or the Bankruptcy Court has entered a Final Order, including the Confirmation Order (when it becomes a Final Order), in the Chapter 11 Cases allowing such Claim.

### B. Claims Administration Responsibilities

Except as otherwise specifically provided in the Combined Disclosure Statement and Plan and notwithstanding any requirements that may be imposed pursuant to Bankruptcy Rule 9019, after the Effective Date, the Liquidating Trustee shall have the authority to File and prosecute objections to Claims and shall have the sole authority, without any further notice to or action, order, or approval by the Bankruptcy Court, to (1) settle, compromise, withdraw, litigate to judgment, or otherwise resolve objections to any and all such Claims, regardless of whether such Claims are in a Class or otherwise; (2) settle, compromise, or resolve any such Disputed Claim; and (3) administer and direct the adjustment of the Claims Register to reflect any such settlements or compromises. Except as otherwise specifically provided in the Combined Disclosure Statement and Plan and notwithstanding any requirements that may be imposed pursuant to Bankruptcy Rule 9019, after the Effective Date, the Liquidating Trustee shall have the authority to File and prosecute objections to General Unsecured Claims and shall have the sole authority, without any further notice to or action, order, or approval by the Bankruptcy Court, to (1) settle, compromise, withdraw, litigate to judgment, or otherwise resolve objections to any and all such General Unsecured Claims; (2) settle, compromise, or resolve any Disputed General Unsecured Claim; and (3) administer and direct the adjustment of the Claims Register to reflect any such settlements or compromises.

56

C.    **Estimation of Claims**

Before, on, or after the Effective Date, the Debtors or the Liquidating Trustee may (but are not required to) at any time request that the Bankruptcy Court estimate any Claim pursuant to applicable law, including, without limitation, pursuant to section 502(c) of the Bankruptcy Code for any reason, regardless of whether any party previously has objected to such Claim or whether the Bankruptcy Court has ruled on any such objection, and the Bankruptcy Court shall retain jurisdiction under 28 U.S.C. §§ 157 and 1334 to estimate any such Claim, including during the litigation of any objection to any Claim or during the pendency of any appeal relating to such objection.  Notwithstanding any provision to the contrary in the Combined Disclosure Statement and Plan, a Claim that has been expunged from the Claims Register, but that either is subject to appeal or has not been the subject of a Final Order, shall be deemed to be estimated at zero dollars, unless otherwise ordered by the Bankruptcy Court.   In the event that the Bankruptcy Court estimates any Claim, such estimated amount shall constitute a maximum limitation on such Claim for all purposes under the Combined Disclosure Statement and Plan (including for purposes of distributions and discharge) and may be used as evidence in any supplemental proceedings, and the Liquidating Trustee may elect to pursue any supplemental proceedings to object to any ultimate distribution on such Claim.  Each of the foregoing Claims and objection, estimation, and resolution procedures are cumulative and not exclusive of one another.  Claims may be estimated and subsequently compromised, settled, withdrawn, or resolved by any mechanism approved by the Bankruptcy Court.

D.    **Adjustment to Claims Without Objection**

Any Claim that has been paid or satisfied, or any Claim that has been amended or superseded, may be adjusted or expunged on the Claims Register as directed by the Liquidating Trustee without an objection having to be Filed and without any further notice to or action, order, or approval of the Bankruptcy Court.

E.    **Time to File Objections to Claims**

Any objections to Claims shall be Filed on or before the Claims Objection Bar Date.

F.    **Disallowance of Claims**

All Proofs of Claim Filed on account of an indemnification obligation shall be deemed satisfied and expunged from the Claims Register as of the Effective Date to the extent such indemnification obligation is assumed (or honored or reaffirmed, as the case may be) pursuant to the Combined Disclosure Statement and Plan, without any further notice to or action, order, or approval of the Bankruptcy Court.

Except as otherwise provided herein or as agreed to by the Liquidating Trustee, any and all Proofs of Claim Filed after the Claims Bar Date shall be deemed Disallowed and expunged as of the Effective Date without any further notice to or action, order, or approval of the Bankruptcy Court, and Holders of such Claims may not receive any distributions on account of such Claims, unless such late Proof of Claim has been deemed timely Filed by a Final Order.

57

## G.     Amendments to Claims

On or after the Effective Date, a Claim may not be Filed or amended without the prior authorization of the Bankruptcy Court, or by agreement with the Liquidating Trustee and any such new or amended Claim Filed shall be deemed Disallowed in full and expunged without any further notice to or action, order, or approval of the Bankruptcy Court to the maximum extent provided by applicable law, unless otherwise ordered by the Bankruptcy Court.

## H.     No Distributions Pending Allowance

If an objection to a Claim or portion thereof is Filed, no payment or distribution provided under the Combined Disclosure Statement and Plan shall be made on account of such Claim or portion thereof unless and until such Disputed Claim becomes an Allowed Claim or unless otherwise determined by the Liquidating Trustee.

## I.     Distributions After Allowance

To the extent that a Disputed Claim ultimately becomes an Allowed Claim, distributions shall be made to the Holder of such Allowed Claim in accordance with the provisions of the Combined Disclosure Statement and Plan.  As soon as reasonably practicable after the date that the order or judgment of the Bankruptcy Court allowing any Disputed Claim becomes a Final Order, the Liquidating Trustee shall provide to the Holder of such Claim the distribution to which such Holder is entitled under the Combined Disclosure Statement and Plan as of the Effective Date, less any previous distribution (if any) that was made on account of the undisputed portion of such Claim, without any interest, dividends, or accruals to be paid on account of such Claim unless required under applicable bankruptcy law or as otherwise provided herein.

## ARTICLE XIII.
## SETTLEMENT, RELEASE, INJUNCTION, AND RELATED PROVISIONS

## A.     Term of Injunctions or Stays

Unless otherwise provided in the Combined Disclosure Statement and Plan or the Confirmation Order, all injunctions or stays in effect in the Chapter 11 Cases pursuant to sections 105 or 362 of the Bankruptcy Code or any order of the Bankruptcy Court, and extant on the Confirmation Date (excluding any injunctions or stays contained in the Combined Disclosure Statement and Plan or the Confirmation Order) shall remain in full force and effect until the Effective Date.  All injunctions or stays contained in the Combined Disclosure Statement and Plan or the Confirmation Order shall remain in full force and effect in accordance with their terms.

## B.     Release of Liens

**Except as otherwise provided in the Combined Disclosure Statement and Plan or in any contract, instrument, release or other agreement or document entered into or delivered in connection with the Combined Disclosure Statement and Plan, on the Effective Date, all Liens against the property of any Estates will be fully released, and all of the right, title and interest of any holder of such Liens, including any rights to any collateral thereunder, shall**

58

attach to and be enforceable solely against any net proceeds of sales or other liquidation of such assets. For the avoidance of doubt, all mortgages, deeds of trust, Liens, pledges or other security interests against any property of the Estates shall be fully released on the Effective Date without any further action of any party, including, but not limited to, further order of the Bankruptcy Court or filing updated schedules or statements typically filed pursuant to the Uniform Commercial Code.

C.    Debtor Release

Notwithstanding anything contained in the Combined Disclosure Statement and Plan to the contrary, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration, on and after the Effective Date, each Released Party is deemed forever released by the Debtors, their respective Estates, in each case on behalf of themselves and their respective successors, assigns, and representatives, and any and all other entities who may purport to assert any cause of action, by, through, for, or because of the foregoing entities, from any and all claims and Causes of Action, whether known or unknown, liquidated or unliquidated, fixed or contingent, matured or unmatured, foreseen or unforeseen, existing or hereinafter arising, in law, equity, or otherwise, including any derivative claims asserted or assertable on behalf of the Debtors or their respective Estates, that the Debtors would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim against, or Interest in the Debtors based on or relating to, or in any manner arising from, in whole or in part, the Debtors (including the management, ownership, or operation thereof), the Sale, any securities issued by the Debtors and the ownership thereof, the Debtors' in- or out-of-court restructuring efforts, any Avoidance Actions (but excluding Avoidance Actions brought as counterclaims or defenses to Claims asserted against the Debtors), any intercompany transaction, the DIP Credit Documents, the Prepetition Credit Documents, the Chapter 11 Cases, the formulation, preparation, dissemination, negotiation, or filing of the Sale Documents, the Combined Disclosure Statement and Plan, the DIP Credit Facility, the Plan Supplement, solicitation of votes on the Combined Disclosure Statement and Plan, the prepetition negotiation and settlement of Claims, the pursuit of confirmation, the pursuit of consummation, the administration and implementation of the Combined Disclosure Statement and Plan, including the distribution of property under the Combined Disclosure Statement and Plan or any other related agreement, or upon any other related act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date except for Claims related to any act or omission that is determined in a final order by a court of competent jurisdiction to have constituted criminal conduct, actual fraud, willful misconduct, knowing violation of law, gross negligence or bad faith, but in all respects such Entities shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities pursuant to the Combined Disclosure Statement and Plan (collectively, the "Debtor Release"). Notwithstanding anything to the contrary in the foregoing, the releases set forth above do not release (i) any post-Effective Date obligations of any party or Entity under the Combined Disclosure Statement and Plan or any document, instrument, or agreement (including any documents, instruments and agreements set forth in the Plan Supplement) executed to implement the Combined Disclosure Statement and Plan and shall not result in a release, waiver, or discharge of any of the Debtors' assumed

59

indemnification provisions as set forth in the Combined Disclosure Statement and Plan, or (ii) any Acquired Cause of Action.

D.      Exculpation

Notwithstanding anything contained in the Combined Disclosure Statement and Plan to the contrary, no Exculpated Party shall have or incur liability for, and each Exculpated Party is released and exculpated from, any Cause of Action or any claim related to any act or omission in connection with, relating to, or arising out of, the Chapter 11 Cases, the formulation, preparation, dissemination, negotiation, or filing of the Combined Disclosure Statement and Plan, the DIP Credit Facility, the Plan Supplement, solicitation of votes on the Combined Disclosure Statement and Plan, the pursuit of confirmation, the pursuit of consummation or the distribution of property under the Combined Disclosure Statement and Plan or any other related agreement, or upon any other related act or omission, transaction, agreement, event, or other occurrence taking place from the Petition Date through the Effective Date, except for Claims related to any act or omission that is determined in a final order by a court of competent jurisdiction to have constituted criminal conduct, actual fraud, willful misconduct, knowing violation of law or gross negligence, but in all respects such Entities shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities pursuant to the Combined Disclosure Statement and Plan.

Notwithstanding anything to the contrary in the foregoing, the exculpation set forth above does not release or exculpate any Claim relating to any post-Effective Date obligations of any party or Entity under the Combined Disclosure Statement and Plan or any document, instrument, or agreement (including any documents, instruments and agreements set forth in the Plan Supplement) executed to implement the Combined Disclosure Statement and Plan.

E.      Non-Discharge of the Debtors; Injunction

In accordance with Bankruptcy Code section 1141(d)(3), the Combined Disclosure Statement and Plan does not discharge the Debtors.  Bankruptcy Code section 1141(c) nevertheless provides, among other things, that the property dealt with by the Combined Disclosure Statement and Plan is free and clear of all Claims and Interests against the Debtors.  As a result, except as otherwise provided in the Combined Disclosure Statement and Plan or the Confirmation Order, all Entities who have held, hold, or may hold Claims, Interests, Causes of Action, or liabilities that: (a) are subject to compromise and settlement pursuant to the terms of the Combined Disclosure Statement and Plan; (b) have been released by the Debtors pursuant to the Combined Disclosure Statement and Plan; (c) are subject to exculpation pursuant to the Combined Disclosure Statement and Plan; or (d) are otherwise discharged, satisfied, stayed or terminated pursuant to the terms of the Combined Disclosure Statement and Plan, are permanently enjoined and precluded, from and after the Effective Date, from taking any of the following actions against, as applicable, the Debtors, the Released Parties, or the Exculpated Parties: (1) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or

with respect to any such Claims, Interests, or Causes of Action; (2) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such Claims, Interests, or Causes of Action; (3) creating, perfecting, or enforcing any encumbrance of any kind against such Entities or the property or Estates of such Entities on account of or in connection with or with respect to any such Claims, Interests, or Causes of Action; (4) asserting any right of setoff (other than setoffs exercised prior to the Petition Date), or subrogation of any kind against any debt, liability, or obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any Claims, Causes of Action, or Interests; and (5) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims, Interests, or Causes of Action discharged, released, exculpated or settled pursuant to the Combined Disclosure Statement and Plan.

Any Entity injured by any willful violation of such injunction may seek actual damages and, in appropriate circumstances, may seek punitive damages from the willful violator.

F.      **Subordination Rights.**

Any distributions under the Combined Disclosure Statement and Plan shall be received and retained free from any obligations to hold or transfer the same to any other Holder and shall not be subject to levy, garnishment, attachment, or other legal process by any Holder by reason of claimed contractual subordination rights.  Any such subordination rights shall be waived, and the Confirmation Order shall constitute an injunction enjoining any Entity from enforcing or attempting to enforce any contractual, legal, or equitable subordination rights to property distributed under the Combined Disclosure Statement and Plan, in each case other than as provided in the Combined Disclosure Statement and Plan.

## ARTICLE XIV.
## CONDITIONS PRECEDENT TO CONFIRMATION AND THE EFFECTIVE DATE

A.      **Conditions Precedent to Confirmation**

It shall be a condition to confirmation of the Combined Disclosure Statement and Plan that the following conditions shall have been satisfied (or waived pursuant to the provisions of Article XIV.C hereof):

*ACTIVE 54619224v15*

1.      The Bankruptcy Court shall have entered an order, in form and substance reasonably acceptable to the Debtors, approving the Disclosure Statement with respect to the Combined Disclosure Statement and Plan as containing adequate information within the meaning of section 1125 of the Bankruptcy Code.

2.      The Combined Disclosure Statement and Plan, the Confirmation Order, and the Plan Documents shall be in a form and substance reasonably acceptable to the Debtors, the DIP Agent, the DIP Lenders, the DIP Lender Representative, the Prepetition Lenders, the Prepetition Agent, the Prepetition Lender Representative, and the Creditors' Committee.

**B.      Conditions Precedent to the Effective Date**

It shall be a condition to the Effective Date that the following conditions shall have been satisfied (or waived pursuant to the provisions of Article XIV.C hereof):

1.      The Bankruptcy Court shall have entered an order, in form and substance reasonably acceptable to the Debtors confirming the Combined Disclosure Statement and Plan pursuant to section 1129 of the Bankruptcy Code.

2.      All authorizations, consents and approvals required, if any, in connection with the Combined Disclosure Statement and Plan's effectiveness shall have been obtained.

3.      All actions, documents, certificates and agreements necessary to implement the Combined Disclosure Statement and Plan shall have been effected or executed and delivered to the required parties and, to the extent required, filed with the applicable Governmental Units in accordance with applicable laws, and are in form and substance, acceptable to the Debtors.  All conditions precedent to the effectiveness of the Liquidating Trust Agreement shall have been satisfied or duly waived.

4.      The Debtors' obligations to provide transition services and the Buyer's designation rights in connection with the Sale have terminated or otherwise expired.

**C.      Waiver of Conditions**

The conditions to confirmation of the Combined Disclosure Statement and Plan and to the Effective Date of the Combined Disclosure Statement and Plan set forth in this Article XIV may be waived only by consent of the Debtors without notice, leave, or order of the Bankruptcy Court or any formal action other than proceedings to confirm or consummate the Combined Disclosure Statement and Plan.

**D.      Substantial Consummation**

"Substantial Consummation" of the Combined Disclosure Statement and Plan, as defined in 11 U.S.C. § 1101(2), shall be deemed to occur on the Effective Date.

*ACTIVE 54619224v15*

# ARTICLE XV.
# MODIFICATION, REVOCATION, OR WITHDRAWAL OF THE COMBINED
# DISCLOSURE STATEMENT AND PLAN

### A.    Modification and Amendments

Subject to the limitations contained in the Combined Disclosure Statement and Plan, the Debtors reserve the right to modify the Combined Disclosure Statement and Plan and seek confirmation of the Combined Disclosure Statement and Plan consistent with the Bankruptcy Code and, as appropriate and to the extent allowed under the Bankruptcy Code, not resolicit votes on such modified Combined Disclosure Statement and Plan. Subject to certain restrictions and requirements set forth in section 1127 of the Bankruptcy Code and Bankruptcy Rule 3019 and those restrictions on modifications set forth in the Combined Disclosure Statement and Plan, the Debtors expressly reserve their rights to alter, amend, or modify materially the Combined Disclosure Statement and Plan, one or more times after confirmation, and, to the extent necessary, may initiate proceedings in the Bankruptcy Court to so alter, amend, or modify the Combined Disclosure Statement and Plan, or remedy any defect or omission, or reconcile any inconsistencies in the Combined Disclosure Statement and Plan, the Disclosure Statement, or the Confirmation Order, in such matters as may be necessary to carry out the purposes and intent of the Combined Disclosure Statement and Plan.

### B.    Effect of Confirmation on Modifications

Entry of the Confirmation Order shall mean that all modifications or amendments to the Combined Disclosure Statement and Plan occurring after the solicitation thereof are approved pursuant to section 1127(a) of the Bankruptcy Code and do not require additional disclosure or resolicitation under Bankruptcy Rule 3019.

### C.    Revocation or Withdrawal of the Combined Disclosure Statement and Plan

Subject to the provisions of the DIP Credit Agreement, the Debtors reserve the right to revoke or withdraw the Combined Disclosure Statement and Plan before the Confirmation Date. If the Debtors revoke or withdraw the Combined Disclosure Statement and Plan, or if confirmation of the Combined Disclosure Statement and Plan and Consummation does not occur, then: (1) the Combined Disclosure Statement and Plan shall be null and void in all respects; (2) any settlement or compromise embodied in the Combined Disclosure Statement and Plan (including the fixing or limiting to an amount certain of any Claim or Interest or Class of Claims or Interests), assumption or rejection of Executory Contracts or Unexpired Leases effected by the Combined Disclosure Statement and Plan, and any document or agreement executed pursuant to the Combined Disclosure Statement and Plan, shall be deemed null and void; and (3) nothing contained in the Combined Disclosure Statement and Plan shall: (i) constitute a waiver or release of any Claims or Interests; prejudice in any manner the rights of the Debtors or any other Entity, including the Holders of Claims; or (iii) constitute an admission, acknowledgement, offer, or undertaking of any sort by the Debtors or any other Entity.

63

## ARTICLE XVI.
## RETENTION OF JURISDICTION

Notwithstanding the entry of the Confirmation Order and the occurrence of the Effective Date, on and after the Effective Date, the Bankruptcy Court shall retain jurisdiction over the Chapter 11 Cases and all matters arising out of or related to the Chapter 11 Cases and the Combined Disclosure Statement and Plan, including jurisdiction to:

1.      Allow, Disallow, determine, liquidate, classify, estimate, or establish the priority, Secured or unsecured status, or amount of any Claim, including the resolution of any request for payment of any Administrative Claim and the resolution of any and all objections to the Secured or unsecured status, priority, amount, or allowance of Claims;

2.      Decide and resolve all matters related to the granting and denying, in whole or in part, any applications for allowance of compensation or reimbursement of expenses to Professionals;

3.      Resolve any matters related to: (a) the assumption or rejection of any Executory Contract or Unexpired Lease and to hear, determine, and, if necessary, liquidate, any Claims arising therefrom, including Claims related to the rejection of an Executory Contract or Unexpired Lease, cure amounts pursuant to section 365 of the Bankruptcy Code, or any other matter related to such Executory Contract or Unexpired Lease and (b) any dispute regarding whether a contract or lease is or was executory or expired;

4.      Ensure that distributions to Holders of Allowed Claims are accomplished pursuant to the provisions of the Combined Disclosure Statement and Plan;

5.      Adjudicate, decide, or resolve any motions, adversary proceedings, contested, or litigated matters, and any other matters, and grant or deny any applications involving a Debtor that may be pending on the Effective Date;

6.      Adjudicate, decide, or resolve any and all Causes of Action (including, without limitation, the Liquidating Trust Claims) and any matters related thereto;

7.      Adjudicate, decide, or resolve any and all matters related to sections 1141 and 1145 of the Bankruptcy Code;

8.      Enter and implement such orders as may be necessary or appropriate to execute, implement, or consummate the provisions of the Combined Disclosure Statement and Plan and all contracts, instruments, releases, indentures, and other agreements or documents created in connection with the Combined Disclosure Statement and Plan.

9.      Enter and enforce any order for the sale of property pursuant to sections 363, 1123, or 1146(a) of the Bankruptcy Code;

10.     Resolve any cases, controversies, suits, disputes, or Causes of Action that may arise in connection with the Consummation, interpretation, or enforcement of the Combined Disclosure

64

Statement and Plan or any Entity's obligations incurred in connection with the Combined Disclosure Statement and Plan;

11.     Issue injunctions, enter and implement other orders, or take such other actions as may be necessary or appropriate to restrain interference by any Entity with Consummation or enforcement of the Combined Disclosure Statement and Plan;

12.     Resolve any cases, controversies, suits, disputes, or Causes of Action with respect to the settlements, compromises, discharges, releases, injunctions, exculpations, and other provisions contained in Article XIII hereof and enter such orders as may be necessary or appropriate to implement or enforce such releases, injunctions, and other provisions;

13.     Resolve any cases, controversies, suits, disputes, or Causes of Action with respect to the repayment or return of distributions and the recovery of additional amounts owed by the Holder of a Claim or Interest for amounts not timely repaid;

14.     Enter and implement such orders as are necessary or appropriate if the Confirmation Order is for any reason modified, stayed, reversed, revoked, or vacated;

15.     Determine any other matters that may arise in connection with or relate to the Combined Disclosure Statement and Plan, the Disclosure Statement, the Confirmation Order, or the Plan Supplement;

16.     Adjudicate any and all disputes arising from or relating to distributions under the Combined Disclosure Statement and Plan or any transactions contemplated therein;

17.     Consider any modifications of the Combined Disclosure Statement and Plan, to cure any defect or omission, or to reconcile any inconsistency in any Bankruptcy Court order, including the Confirmation Order;

18.     Determine requests for the payment of Claims entitled to priority pursuant to section 507 of the Bankruptcy Code;

19.     Hear and determine matters concerning state, local, and federal taxes in accordance with sections 346, 505, and 1146 of the Bankruptcy Code;

20.     Hear and determine all disputes involving the existence, nature, or scope of the release provisions set forth in the Combined Disclosure Statement and Plan, including any dispute relating to any liability arising out of the termination of employment or the termination of any employee or retiree benefit program, regardless of whether such termination occurred before or after the Effective Date;

21.     Enforce all orders previously entered by the Bankruptcy Court in the Chapter 11 Cases;

22.     Hear any other matter not inconsistent with the Bankruptcy Code;

23.     Enter an order closing the Chapter 11 Cases;

24.     Enforce the injunction, release, and exculpation provisions provided in Article XIII hereof; and

25.     Hear and determine all disputes involving the Liquidating Trust Agreement.

## ARTICLE XVII.
## MISCELLANEOUS PROVISIONS

### A.     Immediate Binding Effect

Notwithstanding Bankruptcy Rules 3020(e), 6004(h), or 7062 or otherwise, upon the occurrence of the Effective Date, the terms of the Combined Disclosure Statement and Plan, the final versions of the documents contained in the Plan Supplement, and the Confirmation Order shall be immediately effective and enforceable and deemed binding upon the Debtors and any and all Holders of Claims or Interests (regardless of whether such Claims or Interests are deemed to have accepted or rejected the Combined Disclosure Statement and Plan), all Entities that are parties to or are subject to the settlements, compromises, releases, and injunctions described in the Combined Disclosure Statement and Plan, each Entity acquiring property under the Combined Disclosure Statement and Plan or the Confirmation Order, and any and all non-Debtor parties to Executory Contracts and Unexpired Leases with the Debtors.  All Claims and debts shall be as fixed, adjusted, or compromised, as applicable, pursuant to the Combined Disclosure Statement and Plan regardless of whether any Holder of a Claim or debt has voted on the Combined Disclosure Statement and Plan.

### B.     Additional Documents

On or before the Effective Date, the Debtors may File with the Bankruptcy Court such agreements and other documents as may be necessary or advisable to effectuate and further evidence the terms and conditions of the Combined Disclosure Statement and Plan.  The Debtors and all Holders of Claims and Interests receiving distributions pursuant to the Combined Disclosure Statement and Plan, and all other parties in interest shall, from time to time, prepare, execute, and deliver any agreements or documents and take any other actions as may be necessary or advisable to effectuate the provisions and intent of the Combined Disclosure Statement and Plan.

### C.     Reservation of Rights

Before the Effective Date, neither the Combined Disclosure Statement and Plan, any statement or provision contained in the Combined Disclosure Statement and Plan, nor any action taken or not taken by any Debtor with respect to the Combined Disclosure Statement and Plan, the Disclosure Statement, the Confirmation Order, or the Plan Supplement shall be or shall be deemed to be an admission or waiver of any rights of any Debtor with respect to any Claims or Interests.

66

### D.    Successors and Assigns

The rights, benefits, and obligations of any Entity named or referred to in the Combined Disclosure Statement and Plan or the Confirmation Order shall be binding on, and shall inure to the benefit of any heir, executor, administrator, successor, assign, affiliate, officer, director, manager, agent, representative, attorney, beneficiaries, or guardian, if any, of each Entity.

### E.    Service of Documents

All notices, requests, and demands to or upon the Debtors to be effective shall be in writing (including by facsimile transmission) and, unless otherwise expressly provided herein, shall be deemed to have been duly given or made when actually delivered or, in the case of notice by facsimile transmission, when received and telephonically confirmed, addressed as follows: counsel for the Debtors, Greenberg Traurig, LLP, (a) The Nemours Building, 1007 North Orange Street, Suite 1200, Wilmington, DE 19801 (Attn: Dennis A. Meloro (melorod@gtlaw.com)) and (b) 77 West Wacker Dr., Suite 3100, Chicago, IL 60601 (Attn: Nancy A. Peterman (petermann@gtlaw.com), Eric Howe (howee@gtlaw.com), Nicholas E. Ballen (ballenn@gtlaw.com), and Danny Duerdoth (duerdothd@gtlaw.com)).

### F.    Entire Agreement

Except as otherwise indicated, the Combined Disclosure Statement and Plan supersedes all previous and contemporaneous negotiations, promises, covenants, agreements, understandings, and representations on such subjects, all of which have become merged and integrated into the Combined Disclosure Statement and Plan.

### G.    Exhibits

All exhibits and documents included in the Plan Supplement are incorporated into and are a part of the Combined Disclosure Statement and Plan as if set forth in full in the Combined Disclosure Statement and Plan.  After the exhibits and documents are Filed, copies of such exhibits and documents shall be available upon written request to the Debtors' counsel at the address above or by downloading such exhibits and documents from the Debtors' restructuring website at https://www.donlinrecano.com/Clients/yfhc/Index or the Bankruptcy Court's website at https://www.deb.uscourts.gov/.

### H.    Nonseverability of The Combined Disclosure Statement and Plan Provisions

If, before confirmation of the Combined Disclosure Statement and Plan, any term or provision of the Combined Disclosure Statement and Plan is held by the Bankruptcy Court to be invalid, void, or unenforceable, the Bankruptcy Court shall have the power to alter and interpret such term or provision to make it valid or enforceable to the maximum extent practicable, consistent with the original purpose of the term or provision held to be invalid, void, or unenforceable, and such term or provision shall then be applicable as altered or interpreted.  Notwithstanding any such holding, alteration, or interpretation, the remainder of the terms and provisions of the Combined Disclosure Statement and Plan will remain in full force and effect and will in no way be affected, impaired, or invalidated by such holding, alteration, or interpretation.  The Confirmation Order

67

shall constitute a judicial determination and shall provide that each term and provision of the Combined Disclosure Statement and Plan, as it may have been altered or interpreted in accordance with the foregoing, is: (1) valid and enforceable pursuant to its terms; (2) integral to the Combined Disclosure Statement and Plan and may not be deleted or modified without the Debtors' consent; and (3) nonseverable and mutually dependent.

## I.        Votes Solicited in Good Faith

Upon entry of the Confirmation Order, the Debtors will be deemed to have solicited votes on the Combined Disclosure Statement and Plan in good faith and in compliance with the Bankruptcy Code, and, pursuant to section 1125(e) of the Bankruptcy Code, the Debtors and each of their respective Affiliates, agents, representatives, members, principals, shareholders, officers, directors, managers, employees, advisors, and attorneys will be deemed to have participated in good faith and in compliance with the Bankruptcy Code in the offer, issuance, sale, and purchase of Securities offered and sold under the Combined Disclosure Statement and Plan and any previous plan, and, therefore, neither any of such parties or individuals or the Debtors will have any liability for the violation of any applicable law (including the Securities Act), rule, or regulation governing the solicitation of votes on the Combined Disclosure Statement and Plan or the offer, issuance, sale, or purchase of the Securities offered and sold under the Combined Disclosure Statement and Plan and any previous plan.

## J.        Waiver and Estoppel.

Each Holder of a Claim or Interest shall be deemed to have waived any right to assert any argument, including the right to argue that its Claim or Interest should be Allowed in a certain amount, in a certain priority, Secured, or not subordinated by virtue of an agreement made with the Debtors or their counsel, or any other Entity, if such agreement was not disclosed in the Combined Disclosure Statement and Plan, the Plan Documents, or papers Filed before the Confirmation Date.

*[Remainder of page intentionally left blank.]*

68

Respectfully submitted, as of the date set forth above,

Youfit Health Clubs, LLC
on behalf of itself and all other Debtors


By /s/ Brian Gleason
Name:  Brian Gleason
Titles:  Chief Restructuring Officer
         and Authorized Person

[SIGNATURE PAGE – COMBINED DISCLOSURE STATEMENT AND PLAN]

## APPENDIX A

**Form Liquidating Trust Agreement**

**[To be included in Plan Supplement]**

## APPENDIX B

**Identity and Compensation of Liquidating Trustee**

**[To be included in Plan Supplement]**

**Appendix C**

**Liquidation Analysis**

**Liquidation Analysis**

This Liquidation Analysis[1] has been prepared assuming that the Debtors hypothetically liquidate under a chapter 7 plan of liquidation.  It is assumed that the Bankruptcy Court would appoint a chapter 7 trustee (the "**Chapter 7 Trustee**") on the date of conversion of these Chapter 11 Cases to cases under chapter 7 to oversee the liquidation of the Debtors' Estates.

This Liquidation Analysis has not been examined or reviewed by independent accountants in accordance with standards promulgated by the American Institute of Certified Public Accountants. Although the Debtors consider the estimates and assumptions set forth herein to be reasonable under the circumstances, such estimates and assumptions are inherently subject to significant uncertainties and contingencies beyond the Debtors' control.  Accordingly, there can be no assurance that the results set forth by this Liquidation Analysis would be realized if the Debtors were actually liquidated pursuant to chapter 7 of the Bankruptcy Code, and actual results in such a case could vary materially from those presented herein, and distributions available to Holders of Claims and Interests could differ materially from the projected recoveries set forth by this Liquidation Analysis.

THIS LIQUIDATION ANALYSIS IS A HYPOTHETICAL EXERCISE THAT HAS BEEN PREPARED FOR THE SOLE PURPOSE OF PRESENTING A REASONABLE, GOOD FAITH ESTIMATE OF THE PROCEEDS THAT WOULD BE REALIZED IF THE DEBTORS WERE LIQUIDATED IN ACCORDANCE WITH CHAPTER 7 OF THE BANKRUPTCY CODE AS OF THE CONVERSION DATE. THIS LIQUIDATION ANALYSIS IS NOT INTENDED AND SHOULD NOT BE USED FOR ANY OTHER PURPOSE. THIS LIQUIDATION ANALYSIS DOES NOT PURPORT TO BE A VALUATION OF THE DEBTORS' ASSETS AS A GOING CONCERN AND THERE MAY BE A SIGNIFICANT DIFFERENCE BETWEEN THE VALUES AND RECOVERIES REPRESENTED IN THIS LIQUIDATION ANALYSIS AND THE VALUES THAT MAY BE REALIZED OR CLAIMS GENERATED IN AN ACTUAL LIQUIDATION.

NOTHING CONTAINED IN THIS LIQUIDATION ANALYSIS IS INTENDED TO BE, OR CONSTITUTES, A CONCESSION, ADMISSION, OR ALLOWANCE OF ANY CLAIM BY THE DEBTORS. THE ACTUAL AMOUNT OR PRIORITY OF ALLOWED CLAIMS IN THE CHAPTER 11 CASES OR IN ANY SUBSEQUENT CHAPTER 7 CASES COULD MATERIALLY DIFFER FROM THE ESTIMATED AMOUNTS SET FORTH AND USED IN THIS LIQUIDATION ANALYSIS. THE DEBTORS RESERVE ALL RIGHTS TO SUPPLEMENT, MODIFY, OR AMEND THE ANALYSIS SET FORTH HEREIN.

The Debtors have determined, as summarized in the following analysis, that confirmation of the Combined Disclosure Statement and Plan will provide Holders of Claims and Interests with a recovery that is not less than what they would otherwise receive if the Debtors were liquidated under chapter 7 of the Bankruptcy Code.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Combined Disclosure Statement and Amended Chapter 11 Plan of Liquidation of YouFit Health Clubs, LLC and its Debtor Affiliates (the "**Combined Disclosure Statement and Plan**").

**YouFit Health Clubs**
**Illustrative Liquidation Analysis**

|  | Chapter 7 | Chapter 11 | |
|---|---|---|---|
| **Available Assets** | | | |
| Liquidation Trust Funding | $          - | $      200,000 | (1) |
| Liquidation Trust Claims | N/A | Unknown | (2) |
| **Total Available Assets** | **$          -** | **$      200,000** | |
| | | | |
| **Expenses/Admin Claims** | | | |
| Ch 7/Liquidating Trustee | $      (50,000) (7) | $      (50,000) | (3) |
| DIP Lender Claims (9) | $ (17,700,000) | | |
| | | | |
| **Potential Net Recovery** | **$          -    (8)** | **$      150,000** | (4) |
| | | | |
| **Claims Pool** | | | |
| Gross General Unsecured Claims | $  20,000,000 | $  20,000,000 | (5) |
| Lender Claims (9) | N/A | $  17,700,000 | (6) |
| **Gross Creditor Claims** | **$  20,000,000** | **$  37,700,000** | |
| | | | |
| **Recovery Percentage** | 0.00% | 0.40% | (4) |

(1)  This is an estimate of the Liquidating Trust Funding Amount.  This estimate is net of any Allowed Administrative Claims and Allowed Priority Claims to be paid out of the Wind Down Amount and Professional Fee Excess Amount.  The actual amount could be higher or lower depending on such Allowed Administrative Claims and Allowed Priority Claims; there is no assurance that there will be any funding available to the Liquidating Trust.

(2) Pursuant to the terms of the Creditors' Committee Settlement, in a Chapter 7, the Liquidating Trust Claims would revert to the Buyer as an Acquired Asset and, thus, would not be available to creditors.  As to an estimated recovery under the Plan, while the face amount of Transfers that may be subject to the Liquidating Trust Claims is approximately $12,500,0000, the Debtors have not done a substantive investigation into the Liquiditing Trust Claims, nor an analysis of any potential defenses thereto.  Therefore, the Debtors cannot estimate the ultimate recovery, if any, on account of such claims.

(3) For the purposes of the estimate of the Liquidation Trust Expenses, the Debtors have assumed that the Liquidation Trust Claims will be pursued on a contingency-fee basis and, thus, have not included in the expense estimate any attorneys' feees related to the pursuit of those claims.

(4) This recovery estimate is for illustration purposes only and is dependent on, among other things, the ultimate recovery, if any, on the account of the Liquidation Trust Claims.  To the extent there is a recovery on account of such claims, the recovery will be higher.  There is no assurance that there will be any recovery.  Net recovery will be allocated amount Class 3 and Class 4 pursuant to the Class 3 and Class 4 allocation.

(5) Estimate of the Amount of Class 4 Claims.

(6) Estimate of the amount of Lender Claims.

(7) An estimate for the potential incremental expenses in a  Chapter 7 are included.  However, since no assets are expected to be available, there would be no source of payment of such expenses.

(8) Recovery in Chapter 7 is expected to be $0 since no assets are expected to be available for unsecured creditors in a Chapter 7.

(9) As of the Closing of the Sale, there are approximately $17.7 million of DIP Lender Claims. In connection with the Creditors' Committee Settlement, the DIP Lender Claims will be fully satisfied under the Plan through the treatment afforded on account of the Class 3 Claims. However, in a Chapter 7, the DIP Lenders' Claims would need to be paid in full before unsecured creditors would be entitled to any recovery.

EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF (I) INTERIM APPROVAL OF THE DISCLOSURE STATEMENT,
(II) ESTABLISHMENT OF SOLICITATION AND VOTING PROCEDURES,
(III) DEADLINE FOR VOTING ON THE PLAN, (IV) FINAL COMBINED HEARING
ON APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF
THE PLAN, AND (V) DEADLINE FOR FILING OBJECTIONS THERETO**

**PLEASE TAKE NOTICE THAT** on March 2, 2021, the Debtors filed the *Proposed Combined Disclosure Statement and Amended Chapter 11 Plan of Liquidation* [Docket No. 788] (as may be further modified, amended, or supplemented, the "**Combined Plan and Disclosure Statement**")[2] and on March 4, 2021, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered an order [Docket No. 801] (the "**Order**") approving, on an interim basis, the Disclosure Statement as containing adequate information within the meaning of section 1125 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Order, the following dates and deadlines related to the Plan have been approved:

| Event | Date or Deadline |
|---|---|
| Entry of Proposed Order | March 4, 2021 |
| Voting Record Date | March 4, 2021 |
| Solicitation/Service Deadline | March 12, 2021 |

---

[1]  The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in the Chapter 11 Cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of the Chapter 11 Cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

[2]  Capitalized terms used but otherwise not defined in this Objection Deadline and Hearing Notice have the meanings ascribed to them in the Combined Plan and Disclosure Statement or the Order.

| Event | Date or Deadline |
|---|---|
| Voting Deadline | April 12, 2021 at 4:00 p.m. (prevailing Eastern Time) |
| Initial Administrative Expense Claims Deadline | April 12, 2021 at 4:00 p.m. (prevailing Eastern Time) |
| Disclosure Statement and Plan Objection Deadline; Deadline for 3018 Motions | April 12, 2021 at 4:00 p.m. (prevailing Eastern Time) |
| Deadline for Filing (i) Balloting Report; (ii) Consolidated Reply to Objections; (iii) Responses to 3018 Motions; and (iv) Proposed Form of Confirmation Order | April 19, 2021, at 4:00 p.m. (prevailing Eastern Time)9 |
| Combined Hearing on Approval of Disclosure Statement and Confirmation of the Plan | April 22, 2021, at 10:30 a.m. (prevailing Eastern Time) |

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Order, the Court has established **March 4, 2021** as the record date (the "**Voting Record Date**") for determining which Holders of Allowed Prepetition Lender Claims in Class 3 and Allowed General Unsecured Claims in Class 4 are entitled to vote on the Plan. **If you are receiving this Notice, but do not also receive a Ballot for voting on the Plan, it is because the Debtors has determined that, as of the Voting Record Date, you do not hold a claim that is entitled to vote on the Plan**.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to vote to accept or reject the Plan is **4:00 p.m. (prevailing Eastern Time) on April 12, 2021** (the "**Voting Deadline**"). The Balloting Agent must **receive** your Ballot with an original signature by the Voting Deadline, otherwise your vote will not be counted. In order for your Ballot to count, you must (1) properly complete, date, and execute the Ballot and (2) deliver the Ballot to the Balloting Agent by either mail, overnight courier, or personal delivery, or via the electronic voting procedures described in the Ballot and accompanying Instructions, so that the Ballots are **actually received** by the Balloting Agent no later than the Voting Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Order, on **April 22, 2021, at 10:30 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard, a hearing (the "**Combined Hearing**") will be held before the Honorable Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801, to consider confirmation of the Plan and approval of its disclosure provisions on a final basis. The Combined Hearing may be adjourned from time to time without further notice. The Plan may be modified in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the terms of the Plan, and other applicable law,

without further notice, prior to, or as a result of, the Combined Hearing.

**PLEASE TAKE FURTHER NOTICE THAT** any objection, comment, or response to confirmation of the Plan or approval of the Disclosure Statement on a final basis, including any supporting memoranda, must be filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, together with proof of service, on or before **April 12, 2021, at 4:00 p.m. (prevailing Eastern Time)** (the "**Confirmation Objection Deadline**") and must (i) be in writing, (ii) state the name and address of the objecting party, (iii) state the amount and nature of the claim or interest of such party, (iv) state with particularity the basis and nature of any objection to the Plan or approval of the Disclosure Statement on a final basis, and (v) be served so as to be received by the following parties on or before the Confirmation Objection Deadline on: (i) counsel for the Debtors, Greenberg Traurig, LLP, (a) The Nemours Building, 1007 North Orange Street, Suite 1200, Wilmington, DE 19801 (Attn: Dennis A. Meloro (melorod@gtlaw.com) and (b) 77 West Wacker Dr., Suite 3100, Chicago, IL 60601 (Attn: Nancy A. Peterman (petermann@gtlaw.com), Eric Howe (howee@gtlaw.com), and Nicholas E. Ballen (ballenn@gtlaw.com)); (ii) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Hannah McCollum, Esq. (hannah.mccollum@usdoj.gov); (iii) counsel for the Debtors' prepetition and postpetition agent and lenders and the Buyer, (a) Winston & Strawn LLP, 200 Park Avenue, New York, NY 10166, Attn: Carey D. Schreiber, Esq. (cschreiber@winston.com) and Gregory M. Gartland, Esq. (ggartland@winston.com), and (b) Young Conaway Stargatt & Taylor, LLP, 1000 N. King Street, Wilmington, Delaware 19801, Attn: Joseph Barry, Esq. (jbarry@ycst.com) and Joseph M. Mulvihill, Esq. (jmulvihill@ycst.com); (iv) counsel for the DIP Agent and Prepetition Agent, Holland & Knight LLP, 150 N. Riverside Plaza, Suite 2700, Chicago, IL 60606, Attn: Joshua Spencer (joshua.spencer@hklaw.com), Phillip W. Nelson (phillip.nelson@hklaw.com), and Anastasia Sotiropoulos (anastasia.sotiropoulos@hklaw.com); and (v) counsel for the Official Committee of Unsecured Creditors, Berger Singerman, LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131 (Attn: Brian G Rich (brich@bergersingerman.com) and Michael Niles (mniles@bergersingerman.com)) and Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Bradford Sandler (bsandler@pszjlaw.com)  and Colin Robinson (crobinson@pszjlaw.com)).

---

**DISCLOSURE STATEMENT AND CONFIRMATION OBJECTIONS NOT TIMELY FILED AND SERVED IN THE MANNER SET FORTH HEREIN MAY NOT BE CONSIDERED BY THE COURT AND MAY BE OVERRULED WITHOUT FURTHER NOTICE.**

---

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Combined Plan and Disclosure Statement, the Order, additional materials in the Chapter 11 Cases may be obtained free of charge at https://www.donlinrecano.com/Clients/yfhc/Index (or viewed on the Internet, for a fee, at the Court's website http://www.deb.uscourts.gov by following the directions for accessing the ECF system on such website).  Parties in interest may also request copies of the Combined Plan and Disclosure Statement from the Balloting Agent at DRCVote@DonlinRecano.com.  **Please note that the Balloting Agent is not permitted to give legal advice.**

Dated: March 9, 2021
Wilmington, Delaware

**GREENBERG TRAURIG, LLP**

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: melorod@gtlaw.com

- and -

Nancy A. Peterman (admitted *pro hac vice*)
Eric Howe (admitted *pro hac vice*)
Nicholas E. Ballen (admitted *pro hac vice*)
77 West Wacker Dr., Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: petermann@gtlaw.com
         howee@gtlaw.com
         ballenn@gtlaw.com

*Counsel for the Debtors*
*and Debtors in Possession*

EXHIBIT C

«SEQ»                                                                                    «class: «pclass»

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

## CLASS 3 BALLOT FOR ACCEPTING OR REJECTING
## THE PROPOSED COMBINED DISCLOSURE STATEMENT
## AND CHAPTER 11 PLAN OF LIQUIDATION

The above-captioned debtors and debtors-in-possession (the "**Debtors**") filed the *Proposed Combined Disclosure Statement* (the "**Disclosure Statement**") *and Amended Chapter 11 Plan of Liquidation* (the "**Plan**") [Docket No. 788] (as it may be further amended, supplemented or modified from time to time pursuant to the terms thereof, (the "**Combined Plan and Disclosure Statement**") on March 2, 2021.

On **March 4, 2021** (the "**Record Date**"), the Court entered an order approving the Disclosure Statement on an interim basis and approving certain notice and voting procedures on the Plan [Docket No. 801]. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

The Combined Plan and Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a copy of the Combined Plan and Disclosure Statement, you may obtain a copy from Donlin, Recano & Company, Inc. (the "**Balloting Agent**") through the case website at https://www.donlinrecano.com/Clients/yfhc/Index or by emailing DRCVote@DonlinRecano.com.

The Plan identifies seven (7) classes of claims against and interests in the Debtors. Only Record Date Holders of Prepetition Lender Claims in Class 3 and of Allowed General Unsecured Claims in Class 4 are entitled to vote on the Plan. This Ballot is to be used by Record Date Holders of Prepetition Lender Claims in Class 3 only.

**You should review the Combined Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Combined Plan and Disclosure Statement and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. Only Holders of Allowed Prepetition Lender Claims in Class 3 as of the Record Date or Allowed General Unsecured Claims in Class 4 as of the Record Date may vote to accept or reject the Plan.**

**If your Ballot is not actually received by the Balloting Agent on or before 4:00 p.m. (prevailing Eastern Time) on April 12, 2021, your vote will not count as either an**

---

[1]   The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in the Chapter 11 Cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of the Chapter 11 Cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

«instance» «ballotid»

(«crednoseq») «l1»

«SEQ»                                                                                    «Class: «pclass»

**acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Court, it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the Record Date Holder of (an) Allowed Class 3 Claim(s) against the Debtor,

in the unpaid amount of: **«v_amt_c»**

*Check one box only*

| ☐ **ACCEPTS THE PLAN** | ☐ **REJECTS THE PLAN** |
|---|---|

_____
Dated

_____
Name of creditor holding claim

_____
Signature

_____
Print or type name

_____
Title (if applicable)

_____
Street Address

_____
City, State, Zip Code

**Please mail this Ballot according to the Instructions on the following page or vote electronically on the website maintained by the Balloting Agent according to the Instructions on the following page.**

(abs)                                        (a/r)

2

«instance» «ballotid»

«crednoseq») «l1»

«SEQ»                                                                                                 «Class: «pclass»

**VOTING INSTRUCTIONS**

      1.      Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Combined Plan and Disclosure Statement.

      2.      This Ballot relates to your claim(s) as a Class 3 creditor of the Debtor. Class 3 creditors entitled to vote on the Plan are holders of Prepetition Lender Claims as of the Record Date. All creditors in Class 3 who are permitted to vote should complete this Ballot and return it in the enclosed postage-prepaid envelope to the following addresses or vote electronically as described in Paragraph 3 below:

| If sent by United States Postal Service, send to: | If sent by Hand Delivery or Overnight Delivery, send to: |
|---|---|
| Donlin, Recano & Company, Inc. | Donlin, Recano & Company, Inc. |
| Re: YouFit Health Clubs, LLC, et al. | Re: YouFit Health Clubs, LLC, et al. |
| P.O. Box 199043, Blythebourne Station | 6201 15th Avenue |
| Brooklyn, NY 11219 | Brooklyn, NY 11219 |

Only Record Date Holders of Allowed Prepetition Lender Claims in Class 3 or of Allowed General Unsecured Claims in Class 4 may vote, and any vote by such a Record Date Holder shall be binding on and enforceable against both such Record Date holder and any subsequent transferee or holder of such claim. Indicate your acceptance or rejection of the Plan and the amount of your claim(s) in the spaces provided above.

      3.      You may also submit your Ballot via the online portal (the "**Online Portal**") at https://www.donlinrecano.com/Clients/yfhc/vote. Please make sure to follow the instructions at the Online Portal to submit your Ballot.

IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:

Unique E-Ballot ID#: **«EballotID»**

The Online Portal is the sole manner in which Ballots will be accepted via electronic or online transmission. Ballots submitted by facsimile, email, or other means of electronic transmission will not be counted. Ballots sent to the Debtors or the Bankruptcy Court will not be counted.

Questions about ballots can be emailed to DRCVote@DonlinRecano.com.

      4.      You must vote all of your claims within a particular class either to accept or to reject the Plan, and you may not split your vote. A Ballot (or multiple Ballots with respect to multiple claims within a single class) that partially rejects and partially accepts the Plan will not be counted.

      5.      Any Ballot not bearing an original signature or electronic signature will not be counted. Any Ballot submitted by facsimile will not be counted. Any Ballot not indicating a vote to accept or to reject the Plan will not be counted.

      6.      To have your voted counted, your Ballot must be received by **4:00 p.m. (prevailing Eastern Time) on April 12, 2021** (the "**Voting Deadline**") at one of the addresses above or via the electronic voting procedure described above.

      7.      If a Ballot is received after the Voting Deadline, it will not be counted.

**IF YOU HAVE ANY QUESTIONS ABOUT VOTING THIS BALLOT, PLEASE CONTACT THE BALLOTING AGENT AT DRCVOTE@DONLINRECANO.COM.**

«instance» «ballotid»

«crednoseq») «l1»

«SEQ»

**RE:    YOUFIT HEALTH CLUBS, LLC,** *et al.*

▊▊║║▊▊▊▊▊▊

«barhuman»    («seq»/«pclass»)

«l1»

«l2»

«l3»

«l4»

«l5»

«l6»

BID: «ballotid»

▊▊▊▊▊▊▊▊▊▊

«instance» «ballotid»

(«crednoseq») «l1»

EXHIBIT D

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEADLINE FOR REQUESTS FOR ALLOWANCE
OF INITIAL ADMINISTRATIVE EXPENSE CLAIMS**

       The chapter 11 bankruptcy cases concerning the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") were filed on November 9, 2020 (the "**Petition Date**"). You may be the holder of an administrative expense claim that arose or accrued between the Petition Date and March 4, 2021 (an "**Initial Administrative Expense Claim**"). On March 4, 2021, the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") entered an order [Docket No. 801] (the "**Order**") providing that holders of Initial Administrative Expense Claims must file a request for allowance of such claims by submitting the form attached as **Exhibit 5** to the Order (the "**Administrative Expense Claims Form**"), available at https://www.donlinrecano.com/Clients/yfhc/Static/administrativeexpense, to the Balloting Agent pursuant to the following procedures so as to be **actually received** by no later than **4:00 p.m. (prevailing Eastern Time) on April 12, 2021** (the "**Initial Administrative Expense Claim Deadline**"):

    a.    Any request for the allowance of an Initial Administrative Expense Claim must: (i) be signed; (ii) be written in the English language; (iii) be denominated in currency of the United States; (iii) conform substantially to the Administrative Expense Claim Form attached as **Exhibit 5** to the Order; (iv) be submitted with copies of supporting documents (or a summary if voluminous) or an explanation of why such documents are not available; and (v) specify the Debtor, by name and case number, against which the request for allowance is asserted.

    b.    Each Administrative Expense Claim Form must relate to a claim against only one Debtor. To the extent an Administrative Expense Claim Form fails to specify a single Debtor against which the request for allowance is asserted, and instead lists multiple Debtors on its face, the Debtors may treat such Administrative Expense Claim Form as if it had only been filed against the first-

---

[1]    The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in the Chapter 11 Cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of the Chapter 11 Cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

listed Debtor.  In addition, the Debtors may treat an Administrative Expense Claim Form filed under the case number for the lead case in these jointly-administrated cases (Case No. 20-12841) as if it had only been filed against the Debtor in the lead case, *viz.*, YouFit Health Clubs, LLC.

c.       Requests for allowance of Initial Administrative Expense Claims will be deemed timely made only if **actually received** by the Balloting Agent on or before the Initial Administrative Expense Claim Deadline either: (i) if by U.S. Mail, Donlin, Recano & Company, Inc., Re: YouFit Health Clubs, LLC, et al., P.O. Box 199043, Blythebourne Station, Brooklyn, NY 11219; (ii) if by hand delivery or overnight mail, Donlin, Recano & Company, Inc., Re: YouFit Health Clubs, LLC, et al., 6201 15th Avenue, Brooklyn, NY 11219; or (iii) electronically using the interface available on the website maintained by the Balloting Agent in the Chapter 11 Cases (https://www.donlinrecano.com/Clients/yfhc/FileAdmExpenseClaim).  **Requests for allowance of Initial Administrative Expense Claims made by any other means, including, but not limited to, facsimile, telecopy, or email, will not be accepted**.

**Pursuant to Bankruptcy Rule 3003(c)(2), any holder of an Initial Administrative Expense Claim who fails to make a request for allowance of such claim by the Initial Administrative Expense Deadline according to the procedures set forth in the Order shall not be treated as a creditor with respect to such claim for the purposes of any distributions pursuant to the Plan on account of such claim and of further notices, if any, regarding such claim.**

Notwithstanding the foregoing, the following persons and entities are *not* required to make requests for allowance of Initial Administrative Expense Claims by or before the Initial Administrative Expense Claim Deadline:

a.       None of the DIP Agent, the DIP Lenders, or YF FC Acquisition LLC (the "**Buyer**") shall be required to file proofs of claim in these chapter 11 cases to maintain or assert their respective claims for payment or satisfaction of any obligations arising on or after November 9, 2020 and by or before March 4, 2021, and arising under (1) the *Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507, Bankruptcy Rules 2002, 4001, 6004 and 9014 and Local Bankruptcy Rule 4001-2 (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Limited Use of Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties, and (IV) Granting Related Relief* [Docket No. 231] (as amended, restated, supplemented, or otherwise modified from time to time, the "**Final DIP Order**")[2], including, without limitation, on account of Adequate Protection, (2) any other DIP Credit Documents, (3) the Sale Order, or (4) the Asset Purchase Agreement, dated November 10, 2020, by and between the

---

[2]       All defined terms in this Paragraph (a) shall have the meanings ascribed to them in the Final DIP Order.

Debtors and the Buyer (as amended by that certain First Amendment to Asset Purchase Agreement, dated as of December 4, 2020, and as the same may be further amended, restated, supplemented, or otherwise modified from time to time) attached to the Sale Order, each as applicable; *provided*, *however*, that the DIP Agent on its behalf and the behalf of the DIP Agent and the DIP Lenders and the Buyer on its own behalf are authorized, but not required, to file a master proof of claim on account of their respective claims against the Debtors;

b. Any person or entity who has already properly made a request for allowance of an Initial Administrative Expense Claim in the Chapter 11 Cases as of the date of the entry of the Order;

c. Any holder of an administrative expense claim that arose or accrued after the later of March 4, 2021 or the date of the entry of the Order;

d. Any holder of an Initial Administrative Expense Claim that has already been pain in full by the Debtors pursuant to the Bankruptcy Code or an order of the Court in the Chapter 11 Cases, as applicable;

e. Any holder of a claim by a Debtor against another Debtor, with respect to such claim;

f. Any holder of a claim for or relating to professional fees and costs for services rendered to the Debtors or the Creditors' Committee in the Chapter 11 Cases pursuant to an order of the Court approving the retention or employment of such person or entity as a professional in the Chapter 11 Cases;

g. Any holder of an administrative expense claim for which a separate deadline is or has been fixed by an order of the Court; and

h. Any holder of an administrative expense claim that has been allowed by an order of the Court entered on or before the Initial Administrative Expense Claim Deadline.

If you are asserting an Initial Administrative Expense Claim against more than one Debtor, you must submit separate Administrative Expense Claim Forms with respect to each such Debtor and you must identify on the Administrative Expense Claim Form the specific Debtor against which such Claim is asserted and the case name applicable to such Debtor. A list of the names of the Debtors and their case numbers follows:

| **Jointly Administered Cases** | **Case No.** |
|---|---|
| You Fit, LLC [*You Fit Health Clubs*] | 20-12842 (MFW) |
| Three B-Fit, LLC [*Three B-Fit, Inc. (Enterprises, Inc.)*] | 20-12843 (MFW) |
| YF Arizona LLC | 20-12844 (MFW) |
| YF Concord, LLC [*YF Concord, Inc.*] | 20-12845 (MFW) |
| YF Gateway, LLC | 20-12846 (MFW) |
| YF Greenacres, LLC [*YF Greenacres, Inc.*] | 20-12847 (MFW) |
| YF Hammock LLC | 20-12848 (MFW) |
| YF Lago Mar, LLC [*YF Lago Mar, Inc.*] | 20-12849 (MFW) |

| **Jointly Administered Cases** | **Case No.** |
|---|---|
| YF Land O Lakes, LLC [*YF Land O Lakes, Inc.*] | 20-12850 (MFW) |
| YF Pine Island, LLC [*YF Pine Island, Inc.*] | 20-12851 (MFW) |
| YF Randallstown, LLC [*You Fit Health Clubs*] | 20-12852 (MFW) |
| YF Unigold, LLC [*YF Unigold, Inc.*] | 20-12853 (MFW) |
| You Fit Nine, LLC [*You Fit Nine, Inc.*] | 20-12854 (MFW) |
| You Fit Seven, LLC [*You Fit Seven, Inc.*] | 20-12855 (MFW) |
| B-Fit Health Club, LLC | 20-12856 (MFW) |
| Five B-Fit, LLC [*Five B-Fit, Inc.*] | 20-12857 (MFW) |
| Four B-Fit, LLC [*You Fit Clubs*; *Four B-Fit, Inc.*] | 20-12858 (MFW) |
| Six B-Fit LLC [*You Fit Health Clubs*; *Six B-Fit, Inc.*] | 20-12859 (MFW) |
| South Florida Health and Fitness, Inc. [*You Fit Health Clubs*] | 20-12860 (MFW) |
| YF Bethanny, LLC | 20-12861 (MFW) |
| YF Boynton Mall, LLC [*YF Boynton Mall, Inc.*] | 20-12862 (MFW) |
| YF Carrollwood, LLC [*YF Carrollwood, Inc.*] | 20-12863 (MFW) |
| YF Coral Way II, LLC | 20-12864 (MFW) |
| YF Coral Way, LLC | 20-12865 (MFW) |
| YF Dania Pointe LLC | 20-12866 (MFW) |
| YF Deerfield, LLC [*You Fit Health Clubs*] | 20-12867 (MFW) |
| YF Douglasville, LLC [*YF Douglasville, Inc.*] | 20-12868 (MFW) |
| YF Flagler LLC | 20-12869 (MFW) |
| YF Gilbert North, LLC | 20-12870 (MFW) |
| YF Hialeah, LLC | 20-12871 (MFW) |
| YF Hollywood LLC [*YF Hollywood, Inc.*] | 20-12872 (MFW) |
| YF Huntsville, LLC [*You Fit Health Club*] | 20-12873 (MFW) |
| YF Kendall, LLC [*You Fit Health Club*; *YF Kendall, Inc.*] | 20-12874 (MFW) |
| YF Lafayette Place, LLC [*YF Lafayette Place, Inc.*] | 20-12875 (MFW) |
| YF Lantana, LLC [*Fit Health Clubs*] | 20-12876 (MFW) |
| YF Largo Plaza LLC | 20-12877 (MFW) |
| YF Lauderdale Lakes, LLC [*You Fit Health Clubs*] | 20-12878 (MFW) |
| YF Loch Raven LLC | 20-12879 (MFW) |
| YF Margate, LLC [*YF Margate, Inc.*] | 20-12880 (MFW) |
| YF Miami 110th LLC | 20-12881 (MFW) |
| YF Miami Gardens, LLC | 20-12882 (MFW) |
| YF Noles, LLC [*YF Noles, Inc.*] | 20-12883 (MFW) |
| YF North Lauderdale, LLC | 20-12884 (MFW) |
| YF North Port, LLC [*YF North Port, Inc.*] | 20-12885 (MFW) |
| YF Okeechobee, LLC [*YF Okeechobee, Inc.*] | 20-12886 (MFW) |
| YF Olney, LLC [*You Fit Health Clubs*; *YFHC*] | 20-12887 (MFW) |
| YF Parkland, LLC [*YF Parkland, Inc.*] | 20-12888 (MFW) |
| YF Pines Boulevard, LLC [*YF Pines Boulevard, Inc.*] | 20-12889 (MFW) |
| YF Pompano LLC [*YF Pompano, Inc.*] | 20-12890 (MFW) |
| YF Port Charlotte, LLC [*YF Port Charlotte, Inc.*] | 20-12891 (MFW) |
| YF Quail Roost, LLC | 20-12892 (MFW) |
| YF Racetrack, LLC [*YF Racetrack, Inc.*] | 20-12893 (MFW) |
| YF Rhode Island, LLC | 20-12894 (MFW) |
| YF Riverdale, LLC | 20-12895 (MFW) |

| **Jointly Administered Cases** | **Case No.** |
|---|---|
| YF Sandalfoot, LLC [*You Fit Health Clubs*] | 20-12896 (MFW) |
| YF Scottsdale, LLC [*YF Scottsdale, Inc.*] | 20-12897 (MFW) |
| YF Shiloh, LLC [*YF Shiloh, Inc.*] | 20-12898 (MFW) |
| YF Singleton, LLC [*YF Singleton, Inc.*] | 20-12899 (MFW) |
| YF Spring Creek, LLC | 20-12900 (MFW) |
| YF Suwanee, LLC [*YF Suwanee, Inc.*] | 20-12901 (MFW) |
| YF Town Center, LLC [*YF Town Center, Inc.*] | 20-12902 (MFW) |
| YF University Village, LLC | 20-12903 (MFW) |
| YF Venice, LLC [*YF Venice, Inc.*] | 20-12904 (MFW) |
| YF Wellington, LLC [*YF Wellington, Inc.*] | 20-12905 (MFW) |
| YF West Cobb, LLC | 20-12906 (MFW) |
| YF Weston LLC [*YF Weston, Inc.*] | 20-12907 (MFW) |
| You Fit Eight, LLC [*You Fit Eight, Inc.*] | 20-12908 (MFW) |
| You Fit Pinellas Park, LLC | 20-12909 (MFW) |
| You Fit-One, LLC [*You Fit-One, Inc.*] | 20-12910 (MFW) |
| Lime Time, LLC | 20-12911 (MFW) |
| Seven B-Fit, LLC [*Seven B-Fit, Inc.*] | 20-12912 (MFW) |
| YF Admin, LLC | 20-12913 (MFW) |
| YF Aurora, LLC | 20-12914 (MFW) |
| YF Bethany Towne Center, LLC [*YF Bethany Towne Center, Inc.*] | 20-12915 (MFW) |
| YF Buford, LLC [*YF Buford, Inc.*] | 20-12916 (MFW) |
| YF Cactus Village, LLC [*YF Cactus Village, Inc.*] | 20-12917 (MFW) |
| YF Chandler South, LLC [*YF Chandler South, LLC*] | 20-12918 (MFW) |
| YF Duluth, LLC | 20-12919 (MFW) |
| YF Dunwoody, LLC [*YF Dunwoody, Inc.*] | 20-12920 (MFW) |
| YF East Fowler, LLC [*YF East Fowler, Inc.*] | 20-12921 (MFW) |
| YF Ethan, LLC | 20-12922 (MFW) |
| YF Fulton Ranch, LLC | 20-12923 (MFW) |
| YF Germantown, LLC | 20-12924 (MFW) |
| YF Gilbert South, LLC | 20-12925 (MFW) |
| YF Gilbert, LLC | 20-12926 (MFW) |
| YF Glendale, LLC | 20-12927 (MFW) |
| YF Group A, LLC | 20-12928 (MFW) |
| YF Hancock, LLC [*YF Hancock, Inc.*] | 20-12929 (MFW) |
| YF Hialeah-Okeechobee Rd., LLC | 20-12930 (MFW) |
| YF Horizon, LLC [*YF Horizon, Inc.*] | 20-12931 (MFW) |
| YF Killian, LLC | 20-12932 (MFW) |
| YF Lauderhill, LLC | 20-12933 (MFW) |
| YF Lynnwood, LLC [*You Fit Health Clubs*] | 20-12934 (MFW) |
| YF Mesa, LLC | 20-12935 (MFW) |
| YF Mesquite, LLC | 20-12936 (MFW) |
| YF Mount Clare, LLC [*You Fit Health Clubs*] | 20-12937 (MFW) |
| YF Murrieta, LLC | 20-12938 (MFW) |
| YF New Port Richey, LLC | 20-12939 (MFW) |
| YF North Point, LLC [*YF North Point, Inc.*] | 20-12940 (MFW) |
| YF Oak Hill, LLC [*You Fit Health Clubs*] | 20-12941 (MFW) |

| Jointly Administered Cases | Case No. |
|---|---|
| YF Palm Bay, LLC | 20-12942 (MFW) |
| YF Paradise Square LLC | 20-12943 (MFW) |
| YF Rockwell, LLC | 20-12944 (MFW) |
| YF SE FLA, LLC | 20-12945 (MFW) |
| YF Shea, LLC [*YF Shea, Inc.*] | 20-12946 (MFW) |
| YF Shelby, LLC [*YF Shelby, Inc.*] | 20-12947 (MFW) |
| YF Southaven, LLC | 20-12948 (MFW) |
| YF Tamarac LLC | 20-12949 (MFW) |
| YF Thornton Plaza, LLC | 20-12950 (MFW) |
| YF West Brandon, LLC [*YF West Brandon, Inc.*] | 20-12951 (MFW) |
| YF West Valley, LLC | 20-12952 (MFW) |
| You Fit Cryoskin, LLC | 20-12953 (MFW) |
| You Fit Enterprises, LLC | 20-12954 (MFW) |
| You Fit Five, LLC [*You Fit Five, Inc.*] | 20-12955 (MFW) |
| You Fit Four, LLC [*YF Four, LLC*; *You Fit Four, Inc.*] | 20-12956 (MFW) |
| You Fit Six, LLC | 20-12957 (MFW) |
| You Fit Spa, LLC | 20-12958 (MFW) |
| You Fit-Three, LLC [*You Fit-Three, Inc.*] | 20-12959 (MFW) |
| You Fit-Two, LLC | 20-12960 (MFW) |

If you require additional information regarding this Notice, you may contact the Balloting Agent at 212-771-1128 or by email at yfhcinfo@donlinrecano.com.  **Please note that the Balloting Agent is not permitted to give legal advice.**

[*Remainder of This Page Intentionally Left Blank*]

Dated: March 9, 2021
Wilmington, Delaware

**GREENBERG TRAURIG, LLP**

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: melorod@gtlaw.com

- and -

Nancy A. Peterman (admitted *pro hac vice*)
Eric Howe (admitted *pro hac vice*)
Nicholas E. Ballen (admitted *pro hac vice*)
77 West Wacker Dr., Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: petermann@gtlaw.com
        howee@gtlaw.com
        ballenn@gtlaw.com

*Counsel for the Debtors*
*and Debtors in Possession*

EXHIBIT E

«SEQ» «pclass» «pclass»

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

## CLASS 4 BALLOT FOR ACCEPTING OR REJECTING
## THE PROPOSED COMBINED DISCLOSURE STATEMENT
## AND CHAPTER 11 PLAN OF LIQUIDATION

The above-captioned debtors and debtors-in-possession (the "**Debtors**") filed the *Proposed Combined Disclosure Statement* (the "**Disclosure Statemen**t") *and Amended Chapter 11 Plan of Liquidation* (the "**Plan**") [Docket No. 788] (as it may be further amended, supplemented or modified from time to time pursuant to the terms thereof, (the "**Combined Plan and Disclosure Statement**") on March 2, 2021.

On **March 4, 2021** (the "**Record Date**"), the Court entered an order approving the Disclosure Statement on an interim basis and approving certain notice and voting procedures on the Plan [Docket No. 801].  Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

The Combined Plan and Disclosure Statement provides information to assist you in deciding how to vote your Ballot.  If you do not have a copy of the Combined Plan and Disclosure Statement, you may obtain a copy from Donlin, Recano & Company, Inc. (the "**Balloting Agent**") through the case website at https://www.donlinrecano.com/Clients/yfhc/Index or by emailing DRCVote@DonlinRecano.com.

The Plan identifies seven (7) classes of claims against and interests in the Debtors.  Only Record Date Holders of Prepetition Lender Claims in Class 3 and of Allowed General Unsecured Claims in Class 4 are entitled to vote on the Plan.  This Ballot is to be used by Record Date Holders of Allowed General Unsecured Claims in Class 4 only.

**You should review the Combined Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Combined Plan and Disclosure Statement and your classification and treatment under the Plan.  Your claim has been placed in Class 4 under the Plan.  Only Holders of Allowed Prepetition Lender Claims in Class 3 as of the Record Date or Allowed General Unsecured Claims in Class 4 as of the Record Date may vote to accept or reject the Plan.**

**If your Ballot is not <u>actually received</u> by the Balloting Agent <u>on or before 4:00 p.m. (prevailing Eastern Time) on April 12, 2021</u>, your vote will <u>not</u> count as either an**

---

[1]     The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607.  Due to the large number of debtor entities in the Chapter 11 Cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc.  The mailing address for the debtor entities for purposes of the Chapter 11 Cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

«instance» «ballotid»

«crednoseq») «l1»

«Class: «pclass»
«SEQ»

**acceptance or rejection of the Plan.**

       **If the Plan is confirmed by the Court, it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned, the Record Date Holder of (an) Allowed Class 4 Claim(s) against the Debtor,

in the unpaid amount of: <u>**«v_amt_c»**</u>

*Check one box only*

| ☐ **ACCEPTS THE PLAN** | ☐ **REJECTS THE PLAN** |
|---|---|

---

Dated

---

Name of creditor holding claim

---

Signature

---

Print or type name

---

Title (if applicable)

---

Street Address

---

City, State, Zip Code

     **Please mail this Ballot according to the Instructions on the following page or vote electronically on the website maintained by the Balloting Agent according to the Instructions on the following page.**

(abs)       (a/r) 

2

«instance» «ballotid»

«crednoseq» «l1»

«SEQ»    «class: «pclass»

## VOTING INSTRUCTIONS

     1.    Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Combined Plan and Disclosure Statement.

     2.    This Ballot relates to your claim(s) as a Class 4 creditor of the Debtor.  Class 4 creditors entitled to vote on the Plan are holders of Allowed General Unsecured Claims.  All creditors in Class 4 who are permitted to vote should complete this Ballot and return it in the enclosed postage-prepaid envelope to the following addresses or vote electronically as described in Paragraph 3 below:

| If sent by United States Postal Service, send to: | If sent by Hand Delivery or Overnight Delivery, send to: |
|---|---|
| Donlin, Recano & Company, Inc.<br>Re: YouFit Health Clubs, LLC, et al.<br>P.O. Box 199043, Blythebourne Station<br>Brooklyn, NY 11219 | Donlin, Recano & Company, Inc.<br>Re: YouFit Health Clubs, LLC, et al.<br>6201 15th Avenue<br>Brooklyn, NY 11219 |

Only Record Date Holders of Allowed Prepetition Lender Claims in Class 3 or of Allowed General Unsecured Claims in Class 4 may vote, and any vote by such a Record Date Holder shall be binding on and enforceable against both such Record Date holder and any subsequent transferee or holder of such claim.  Indicate your acceptance or rejection of the Plan and the amount of your claim(s) in the spaces provided above.

     3.    You may also submit your Ballot via the online portal (the "**Online Portal**") at https://www.donlinrecano.com/Clients/yfhc/vote.  Please make sure to follow the instructions at the Online Portal to submit your Ballot.

IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:

Unique E-Ballot ID#:  <strong>«EballotID»</strong>

The Online Portal is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.  Ballots sent to the Debtors or the Bankruptcy Court will not be counted.

Questions about ballots can be emailed to DRCVote@DonlinRecano.com.

     4.    You must vote all of your claims within a particular class either to accept or to reject the Plan, and you may not split your vote.  A Ballot (or multiple Ballots with respect to multiple claims within a single class) that partially rejects and partially accepts the Plan will not be counted.

     5.    Any Ballot not bearing an original signature or electronic signature will not be counted.  Any Ballot submitted by facsimile will not be counted.  Any Ballot not indicating a vote to accept or to reject the Plan will not be counted.

     6.    To have your voted counted, your Ballot must be received by **4:00 p.m. (prevailing Eastern Time) on April 12, 2021** (the "**Voting Deadline**") at one of the addresses above or via the electronic voting procedure described above.

     7.    If a Ballot is received after the Voting Deadline, it will not be counted.

**IF YOU HAVE ANY QUESTIONS ABOUT VOTING THIS BALLOT, PLEASE CONTACT THE BALLOTING AGENT AT DRCVOTE@DONLINRECANO.COM.**

«instance» «ballotid»

«crednoseq» «l1»

«Class: «pclass»
«SEQ»

**RE:    YOUFIT HEALTH CLUBS, LLC,** *et al.*

▯▯║║▯▯▯▯▯
«barhuman»    («seq»/«pclass»)
«l1»
«l2»
«l3»
«l4»
«l5»
«l6»

BID: «ballotid»

▯▯▯▯▯▯▯▯▯▯

4

«instance» «ballotid»

EXHIBIT F

# BERGER SINGERMAN

Brian G Rich
(850) 521-6725
brich@bergersingerman.com

March 4, 2021

To:     Youfit Health Clubs, LLC *et al.*

Re:     Recommendation of the Creditors' Committee in Favor
        of Confirmation of the Chapter 11 Plan of Reorganization

Dear Sir/Madam:

We are counsel to the Official Committee of Unsecured Creditors (the "<u>Creditors'
Committee</u>") of Youfit Health Clubs, LLC., *et al.* (collectively, "<u>Youfit</u>" or the "<u>Debtors</u>")
in their chapter 11 cases pending before Bankruptcy Judge Walrath in the United States
Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"). On November
18, 2020, the Creditors' Committee was appointed by the Office of the United States
Trustee for the District of Delaware to represent the interests of all unsecured creditors
of the Debtors.

Copies of the *Combined Disclosure Statement and Amended Chapter 11 Plan of
Liquidating of Youfit Health Clubs, LLC and its Debtor Affiliates* (the "<u>Plan and
Disclosure Statement</u>")[1] is being distributed to you, along with a ballot with which to cast
your vote. The Plan and Disclosure Statement contains the economic terms as reflected
in the Creditors' Committee Settlement which provides a chance for there to be a recovery
and if you do not vote in favor of the Plan and Disclosure Statement, that there is a risk
the plan is not confirmed and there will be no recovery for General Unsecured Creditors.
**The Creditors' Committee supports the Plan and Disclosure Statement and
urges you to vote in favor of the Plan and Disclosure Statement by so
indicating on the enclosed ballot.**

The Plan and Disclosure Statement contains extensive information with respect to
the Debtors' plan going forward.  **The Creditors' Committee urges you to read the
Plan and Disclosure Statement carefully before you cast your vote(s) to
accept or reject the Plan and to consult with an attorney to the extent you
deem that necessary.**  As set forth in the Plan and Disclosure Statement, the Debtors
estimate that under the Plan, holders of allowed general unsecured claims in Class 4
("General Unsecured Claims") will receive a higher recovery, if any, than Class 4 Creditors
might expect in a liquidation under Chapter 7 of the Bankruptcy Code or in a Chapter 11

---

[1]     Capitalized terms used but not defined herein shall have the respective meanings ascribed to them in the Plan and
        Disclosure Statement.  In the event of any conflict between this letter and the Plan and Disclosure Statement, the
        terms of the Plan and Disclosure Statement shall control.

7415958-5

Official Committee of Unsecured Creditors
March 4, 2021
Page 2

absent the Creditors' Committee Settlement, which is described in the Disclosure Statement and Plan.

Since its inception the Creditors' Committee has taken an active role in the Debtors' bankruptcy cases, including in the liquidation of substantially all of the Debtors' assets and the investigation and prosecution of claims for the benefit of the Debtors' Estates. **The Disclosure Statement includes a full summary of the (i) Debtors' chapter 11 cases, (ii) projected recoveries for holders of Allowed General Unsecured Claims, and (iii) terms of the Creditor's Committee Settlement (as defined in Article III.M of the Plan and Disclosure Statement) that provides the basis for creditor recoveries, if any, under the Plan and Disclosure Statement.**

The Creditors' Committee believes that the Plan and Disclosure Statement provides a treatment of your claim that is fair and equitable under the facts and circumstances of the Debtors' chapter 11 cases. While preserving all rights related to the final version of the Plan and Disclosure Statement and any modifications thereto, the Committee submits that the Plan and Disclosure Statement contains the economic terms as reflected in the Creditors' Committee Settlement and supports the Debtors' efforts to obtain approval of the Plan and Disclosure Statement.

Your vote to accept the Plan and Disclosure Statement is crucial, no matter how large or small your claim may be.

Enclosed herewith is a ballot and voting instructions. The voting deadline is April 12, 2021 at 4:00 p.m. (prevailing eastern time). Please complete and submit your ballots in accordance with the enclosed instructions so that they are received no later than the voting deadline. Please contact the undersigned with any questions regarding this matter.


Sincerely,


Brian G Rich                                  Bradford J. Sandler
Michael J. Niles                              Colin R. Robinson
Berger Singerman LLP                          Pachulski Stang Ziehl & Jones LLP
Counsel to the Creditors' Committee           Counsel to the Creditor's Committee
(850) 521-6725                                 302-652-4100
brich@bergersingerman.com                      bsandler@pszjlaw.com
mniles@bergersignerman.com                     crobinson@pszjlaw.com



EXHIBIT G

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF NON-VOTING STATUS AND (I) INTERIM APPROVAL OF THE
DISCLOSURE STATEMENT, (II) ESTABLISHMENT OF SOLICITATION
AND VOTING PROCEDURES, (III) DEADLINE FOR VOTING ON THE PLAN,
(IV) FINAL COMBINED HEARING ON APPROVAL OF THE DISCLOSURE
STATEMENT AND CONFIRMATION OF THE PLAN, AND (V) DEADLINE
FOR FILING OBJECTIONS THERETO**

**PLEASE TAKE NOTICE THAT** on March 2 2021, the Debtors filed the *Proposed Combined Disclosure Statement and Amended Chapter 11 Plan of Liquidation* [Docket No. 788] (as may be further modified, amended, or supplemented, the "**Combined Plan and Disclosure Statement**")[2] and on March 4, 2021, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered an order [Docket No. 801] (the "**Order**") approving, on an interim basis, the Disclosure Statement as containing adequate information within the meaning of section 1125 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE THAT** because of the nature and treatment of your Claim under the Plan, *you are not entitled to vote on the Plan*. Specifically, under the terms of the Plan, as a Holder of a Claim (as currently asserted against the Debtors) that either is unimpaired such that you are conclusively presumed to have accepted the Plan pursuant to section 1126(f) of the Bankruptcy Code, or is impaired such that you are conclusively presumed to have rejected the Plan pursuant to section 1126(g) of the Bankruptcy Code, you are *not* entitled to vote on the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Order, on **April 22, 2021, at 10:30 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard, a hearing (the "**Combined Hearing**") will be held before the Honorable Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom

---

[1]    The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607.  Due to the large number of debtor entities in the Chapter 11 Cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc.  The mailing address for the debtor entities for purposes of the Chapter 11 Cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

[2]    Capitalized terms used but otherwise not defined in this Objection Deadline and Hearing Notice have the meanings ascribed to them in the Combined Plan and Disclosure Statement or the Order.

#4, Wilmington, Delaware 19801, to consider confirmation of the Plan and approval of its disclosure provisions on a final basis.  The Combined Hearing may be adjourned from time to time without further notice.  The Plan may be modified in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the terms of the Plan, and other applicable law, without further notice, prior to, or as a result of, the Combined Hearing.

**PLEASE TAKE FURTHER NOTICE THAT** any objection, comment, or response to confirmation of the Plan or approval of the Disclosure Statement on a final basis, including any supporting memoranda, must be filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, together with proof of service, on or before **April 12, 2021, at 4:00 p.m. (prevailing Eastern Time)** (the "**Confirmation Objection Deadline**") and must (i) be in writing, (ii) state the name and address of the objecting party, (iii) state the amount and nature of the claim or interest of such party, (iv) state with particularity the basis and nature of any objection to the Plan or approval of the Disclosure Statement on a final basis, and (v) be served so as to be received by the following parties on or before the Confirmation Objection Deadline on: (i) counsel for the Debtors, E Traurig, LLP, (a) The Nemours Building, 1007 North Orange Street, Suite 1200, Wilmington, DE 19801 (Attn: Dennis A. Meloro (melorod@gtlaw.com) and (b) 77 West Wacker Dr., Suite 3100, Chicago, IL 60601 (Attn: Nancy A. Peterman (petermann@gtlaw.com), Eric Howe (howee@gtlaw.com), and Nicholas E. Ballen (ballenn@gtlaw.com)); (ii) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Hannah McCollum, Esq. (hannah.mccollum@usdoj.gov); (iii) counsel for the Debtors' prepetition and postpetition agent and lenders and the Buyer, (a) Winston & Strawn LLP, 200 Park Avenue, New York, NY 10166, Attn: Carey D. Schreiber, Esq. (cschreiber@winston.com) and Gregory M. Gartland, Esq. (ggartland@winston.com), and (b) Young Conaway Stargatt & Taylor, LLP, 1000 N. King Street, Wilmington, Delaware 19801, Attn: Joseph Barry, Esq. (jbarry@ycst.com) and Joseph M. Mulvihill, Esq. (jmulvihill@ycst.com); (iv) counsel for the DIP Agent and Prepetition Agent, Holland & Knight LLP, 150 N. Riverside Plaza, Suite 2700, Chicago, IL 60606, Attn: Joshua Spencer (joshua.spencer@hklaw.com), Phillip W. Nelson (phillip.nelson@hklaw.com), and Anastasia Sotiropoulos (anastasia.sotiropoulos@hklaw.com); and (v) counsel for the Official Committee of Unsecured Creditors, Berger Singerman, LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131 (Attn: Brian G Rich (brich@bergersingerman.com) and Michael Niles (mniles@bergersingerman.com)) and Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Bradford Sandler (bsandler@pszjlaw.com)  and Colin Robinson (crobinson@pszjlaw.com)).

---

**DISCLOSURE AND CONFIRMATION OBJECTIONS NOT TIMELY FILED AND SERVED IN THE MANNER SET FORTH HEREIN MAY NOT BE CONSIDERED BY THE COURT AND MAY BE OVERRULED WITHOUT FURTHER NOTICE.**

---

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Combined Plan and Disclosure Statement, the Order, additional materials in the Chapter 11 Cases may be obtained free of charge at https://www.donlinrecano.com/Clients/yfhc/Index (or viewed on the Internet, for a fee, at the Court's website http://www.deb.uscourts.gov by following the directions for accessing the ECF system on such website).  Parties in interest may also request copies of the Combined Plan

and Disclosure Statement from the Balloting Agent at <u>DRCVote@DonlinRecano.com</u>. **Please note that the Balloting Agent is not permitted to give legal advice**.

Dated: March 9, 2021
Wilmington, Delaware

**GREENBERG TRAURIG, LLP**

<u>*/s/ Dennis A. Meloro*</u>
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: melorod@gtlaw.com

- and -

Nancy A. Peterman (admitted *pro hac vice*)
Eric Howe (admitted *pro hac vice*)
Nicholas E. Ballen (admitted *pro hac vice*)
77 West Wacker Dr., Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: petermann@gtlaw.com
         howee@gtlaw.com
         ballenn@gtlaw.com

*Counsel for the Debtors*
*and Debtors in Possession*

EXHIBIT H

**YouFit Health Clubs, LLC, et al.**
**Exhibit Page**

03/15/2021 10:08:54 PM

310485P001-1447A-070
BGC CREDIT OPPORTUNITIES FUND LTD
BGC LENDERS AND LENDERS REP
225 W WASHINGTON ST
9TH FLOOR
CHICAGO IL 60606

310484P001-1447A-070
BIRCH GROVE CREDIT STRATGIES MASTER FUND
BGC LENDER AND LENDERS REP
225 W WASHINGTON ST
9TH FLOOR
CHICAGO IL 60606

310486P001-1447A-070
BIRCH GROVE PRIVATE CREDIT MASTER FUND LP
BGC LENDER AND LENDERS REP
225 W WASHINGTON ST
9TH FLOOR
CHICAGO IL 60606

310491P001-1447A-070
OC II LVS XIX LP
BGC LENDER AND LENDERS REP
225 W WASHINGTON ST
9TH FLOOR
CHICAGO IL 60606

310492P001-1447A-070
QUAKER RIDGE HOLDINGS
BGC LENDER AND LENDERS REP
225 W WASHINGTON ST
9TH FLOOR
CHICAGO IL 60606

310487P001-1447A-070
SC CO-INVESTMENTS PRIVATE DEBT
BGC LENDER AND LENDERS REP
225 W WASHINGTON ST
9TH FLOOR
CHICAGO IL 60606

310489P001-1447A-070
SCL XL I FUND LP
BGC LENDER AND LENDERS REP
225 W WASHINGTON ST
9TH FLOOR
CHICAGO IL 60606

310488P001-1447A-070
STEPSTONE CC OPPORTUNITIES FUND LLC
BGC LENDER AND LENDERS REP
225 W WASHINGTON ST
9TH FLOOR
CHICAGO IL 60606

310490P001-1447A-070
SWISS CAPITAL CO-INVESTMENTS PRIVATE DEBT
OFFSHORE SP
C/O BGC LENDER AND LENDERS REP.
225 W WASHINGTON ST
9TH FLOOR
CHICAGO IL 60606

Records Printed :  **9**

EXHIBIT I

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

03/15/2021 10:10:23 PM

006614P004-1447A-070
10 MINUTE LOCKSMITH LLC
NOUR ALARAJ
8870 N HIMES AVE STE 244
TAMPA FL 33614

006198P001-1447A-070
1525 SMITH STREET ASSOCIATES LLC
139 CHARLES ST UNIT 216
BOSTON MA 02114

012504P002-1447A-070
2501 LLC
WILES AND WILES LLP
VICTOR W. NEWMARK
800 KENNESAW AVE NW #400
MARIETTA GA 30060

006896P001-1447A-070
4G ELECTRICIAN
658 ORCHARD RD
BOWIE TX 76230

006328P001-1447A-070
79 BISCAYNE PLAZA LLC
GLOBAL REALTY
4125 NW 88TH AVE
SUNRISE FL 33351

012505P001-1447A-070
8725 LLC
WILES AND WILES LLP
800 KENNESAW AVE NW #400
MARIETTA GA 30060

006867P001-1447A-070
A AND I ENTERPRISES OF SOUTH FLORIDA INC
2113 LINCLN ST
HOLLYWOOD FL 33020

000050P001-1447A-070
AAA SMART HOME
PO BOX 840180
DALLAS TX 75284-0180

006619P002-1447A-070
AB FIRE EQUIPTMENT INC
DAVE RANDOLPH
2759 NW 19TH ST
POMPANO BEACH FL 33069

006612P001-1447A-070
ABOVE AND BEYOND FITNESS REPAIR LLC
2473 S HIGLEY RD
STE 104107
GILBERT AZ 85295

006860P001-1447A-070
ACCEL PEST AND TERMITE CONTROL LLC
1236 JENSEN DR
VIRGINIA BEACH VA 23451

012190P001-1447A-070
ACCURATE ELECTRICAL CONNECTION INC
3434 N ORANGE CLOSSOM TR
ORLANDO FL 32804

000073P001-1447A-070
ACKERMAN SECURITY SYSTEMS
PO BOX 933374
ATLANTA GA 31193-3374

006821P001-1447A-070
ACQUIN PROPERTIES LP
GALLAGHER AND KENNEDY PA
JOSEPH E COTTERMAN ESQ
2575 EAST CAMELBACK RD
PHOENIX AZ 85016

012191P001-1447A-070
ACTION WINDOW CO
1121 FARRINGTON
MARRERO LA 70072

000053P001-1447A-070
ADT COMMERCIAL LLC
PO BOX 530212
ATLANTA GA 30353

012506P001-1447A-070
ADVANCE DISPOSAL SOLID WASTE SOUTHEAST INC
WASTE MANAGEMENT
JACQUOLYN MILLS
800 CAPITOL ST STE  3000
HOUSTON TX 77002

006822P002-1447A-070
AEI PARADISE HILLS LLC
BUCHALTER
GLENN B HOTCHKISS
16435 NORTH SCOTTSDALE RD STE 440
SCOTTSDALE AZ 85254

006864P001-1447A-070
AFFORDABLE WINDOW PROTECTION
16517 SAPPHIRE ST
WESTON FL 33331

006919P001-1447A-070
AIR DESIGN HEATING AND AIR CONDITIONING INC
PO BOX 729
OCALA FL 34478-0729

006901P001-1447A-070
AIR SYNERGY
78 NARRAGANSETT AVE
PROVIDENCE RI 02907

006329P001-1447A-070
AJ REAL ESTATE INVESTMENTS LLC
3265 BROADWAY BLVD
STE 100
GARLAND TX 75043

006868P001-1447A-070
AJS PRESSURE CLEANING AND PAINTING LLC
2341 YUCCA AVE
PEMBROKE PINES FL 33026

012463P001-1447A-070
ALEXANDER ROJAS
1877 SW 155TH AVE
MIAMI FL 33185

006905P002-1447A-070
ALL ASPECTS PLUMBING LLC
2921 GARRIOTT LN
SARASOTA FL 34232-4821

000068P001-1447A-070
ALL PHASE SECURITY INC
KEITH LILLY
114 49TH ST SOUTH
ST. PETERSBURG FL 33707

006875P003-1447A-070
ALL STAR LOCK N DOOR
ERICK ROCHA
3423 W WOOLBRIGHT RD
BOYNTON BEACH FL 33436

003292P001-1447A-070
BRENT ALLAR
ADDRESS INTENTIONALLY OMITTED

# YouFit Health Clubs, LLC, et al.
## Exhibit Pages

012217P001-1447A-070
AMERICAN EXPRESS
PO BOX 650448
DALLAS TX 75265-0448

006624P002-1447A-070
AMERICAN FITNESS WHOLESALERS
FRANK NICHOLSON
455 W 21ST ST
STE 107
TEMPE AZ 85282

006158P005-1447A-070
AMERICAN INFOAGE LLC
2202 N WEST SHORE BLVD STE 200
TAMPA FL 33607-5749

006625P002-1447A-070
AMERICAN INTERNATIONAL ELEVATORS
JOSE TORRES
7758 NW 71 ST
MIAMI FL 33166

000061P001-1447A-070
AMERICAN SECURITY AND FIRE ALARM SYSTEMS INC
319 NE THIRD AVE
DELARY BEACH FL 33444

012119P001-1447A-070
AMERICAN WATER AND ENERGY SAVERS
4431 NORTH DIXIE HWY
BOCA RATON FL 33431

012127P001-1447A-070
AMERIGAS 371473
PO BOX 371473
PITTSBURGH PA 15250-7473

006885P001-1447A-070
AMS LOCKS AND DOORS INC
4613 N UNIVERSITY DR
#386
CORAL SPRINGS FL 33067

006888P001-1447A-070
APARTMENT FIRE EXTINGUISHER SVC INC
5200 BEACH BLVD
JACKSONVILLE FL 32207

000108P003-1447A-070
APS
PO BOX 60015
PRESCOTT AZ 86304-6015

006628P001-1447A-070
ARCADIA MANAGEMENT GROUP INC
SQUAW PEAK VENTURES
2323 W UNIVERSITY DR
TEMPE AZ 85281

006330P001-1447A-070
ARENA SHOPPES LLLP
2150 CORAL WAY
STE 4A
MIAMI FL 33145

012152P001-1447A-070
ARROW ENVIRONMENTAL SVC LLC
PO BOX 600730
JACKSONVILLE FL 32260

006629P001-1447A-070
ARROW EXTERMINATORS, INC
2695 LEESHIRE RD
STE 200
TUCKER GA 30084

012455P002-1447A-070
ASSA ABLOY ENTRANCE SYSTEMS US INC
AKA DCI DOOR CONTROL
PO BOX 827375
PHILADELPHIA PA 19182

000113P001-1447A-070
AT AND T
PO BOX 105414
ATLANTA GA 30348-5414

000111P001-1447A-070
AT AND T 105262
PO BOX 105262
ATLANTA GA 30348-5262

000112P001-1447A-070
AT AND T 105503
P O BOX 105503
ATLANTA GA 30348-5503

000110P001-1447A-070
AT AND T 5014
P O BOX 5014
CAROL STREAM IL 60197-5014

012479P002-1447A-070
AT AND T CORP
AT AND T SVCS INC
KAREN A CAVAGNARO
ONE AT&T WAY ROOM 3A104
BEDMINSTER NJ 07921

000114P001-1447A-070
AT AND T MOBILITY 6463
P O BOX 6463
CAROL STREAM IL 60197-6463

012192P001-1447A-070
ATIS ELEVATOR INSPECTIONS LLC
1976 INNERBELT BUSINESS CTR DR
ST. LOUIS MO 63114

012464P002-1447A-070
ATMOS ENERGY CORP
BANKRUPTCY GROUP
VELINDA L HUNTER
PO BOX 650205
DALLAS TX 75265-0205

012218P001-1447A-070
ATO CORP
13010 RIDGELINE BLVD APT 3109
CEDAR PARK TX 78613

006368P003-1447A-070
AXIS SATELLITE LLC
AKA AXIS SATELLITE & HOME THEATER
DANIEL P LUCIER
5790 ENTERPRISE PKWY
FORT MYERS FL 33905

006331P001-1447A-070
BAILEY COVE LLC
CHASE COMMERCIAL REAL ESTATE SVC
PO BOX 18153
HUNTSVILLE AL 35804

006632P002-1447A-070
BAJO CUVA COHEN AND TURKEL PA
KENNETH TURKEL/ANTHONY SEVERINO
100 NORTH TAMPA ST STE 1900
TAMPA FL 33602

012457P001-1447A-070
BALTIMORE GAS AND ELECTRIC CO
GAIL BUSH
PO BOX 1475
BALTIMORE MD 21201

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

012446P001-1447A-070
BANK OF AMERICA NA
BRYAN CAVE LEIGHTON PAISNER LLP
KYLE S HIRSCH
TWO NORTH CENTRAL AVENUE SUITE 2100
PHOENIX AZ 85004

000062P001-1447A-070
BAY ALARM CO
5130 COMMERCIAL CIR
CONCORD CA 94520

000117P001-1447A-070
BCN TELECOM INC
POBOX 842840
BOSTON MA 02284-2840

012483P001-1447A-070
BELLSOUTH TELECOMMUNICATIONS INC
AT AND T SVC INC
KAREN A CAVAGNARO
ONE AT&T WAY ROOM 3A104
BEDMINSTER NJ 07921

006424P002-1447A-070
BENSONS HEATING AND AIR CONDITIONING
5402 TOWER RD
TALLAHASSEE FL 32303

012194P001-1447A-070
BEST LOCKSMITH TX
1441 COLT RD STE #B
PLANO TX 75075

006894P001-1447A-070
BEST MECHANICAL INC
6207 HARFORD RD
BALTIMORE MD 21214

006634P001-1447A-070
BETHANY CORE, LLC
4771 N 20TH ST
STE B22
PHOENIX AZ 85016

006889P002-1447A-070
BETROS PLUMBING CONTRCTORS INC
MELONI J ELKINS
5215 HIGHWAY AVE - STE 102
JACKSONVILLE FL 32254

000118P001-1447A-070
BGE
P O BOX 13070
PHILADELPHIA PA 19101-3070

012168P001-1447A-070
BIG BLUE BUG SOLUTIONS
PO BOX 72763
PROVIDENCE RI 02907-0763

012480P001-1447A-070
BINDOR KILLIAN LLC
SETH BENES
2611 HOLLYWOOD BLVD
HOLLYWOOD FL 33020

000119P001-1447A-070
BIRCH COMMUNICATIONS
PO BOX 791371
BALTIMORE MD 21279-1371

012507P001-1447A-070
BLDGICS OLNEY LLC
LAW OFFICES OF KENNETH L BAUM LLC
KENNETH L BAUM
167 MAIN ST
HACKENSACK NJ 07601

000120P001-1447A-070
BLUE STREAM
PO BOX 660932
DALLAS TX 75266-0932

012046P002-1447A-070
BLUMIN HIGHPOINT LTD
WESTERBURG AND THORNTON PC
STEVEN THORNTON
10440 N CENTRAL EXPY SUITE 800
DALLAS TX 75231

006638P001-1447A-070
BOYETTS RAYNE WATER CONDITIONING
38 E 5TH AVE
MESA AZ 85210

006639P001-1447A-070
BOYNTON-JCP ASSOCIATES LTD
4092 PAYSPHERE CIR
CHICAGO IL 60674

006640P001-1447A-070
BREWER COMMERCIAL SERVICES, LLC
1911 W PARKSIDE LN
PHOENIX AZ 85027

000122P001-1447A-070
BRIGHT HOUSE NETWORKS
PO BOX 790450
ST. LOUIS MO 63179-0450

012498P001-1447A-070
BROADRIDGE SHOPPING CENTER LLC
SUNCAP REAL ESTATE INVESTMENTS
500 WEST CYPRESS CREEK RD STE 755
FT. LAUDERDALE FL 33309

006882P001-1447A-070
BROOKER PEST CONTROL
4454 SW 41 BLVD
GAINESVILLE FL 32608

012044P001-1447A-070
BROOKER PEST CONTROL
PO BOX 357671
GAINESVILLE FL 32635

012499P002-1447A-070
BROWARD COUNTY WATER AND WASTEWATER SVCS
2555 W COPANS RD
POMPANO BEACH FL 33069

006332P001-1447A-070
BSF RICHMOND LP
350 WEST HUBBARD ST
STE 450
CHICAGO IL 60654

006873P001-1447A-070
BUCKEYE PLUMBING SVC INC
310 BUSINESS PK WAY
WEST PALM BEACH FL 33411

006642P001-1447A-070
BURNS PEST ELIMINATION, INC
2620 W GROVES AVE
PHOENIX AZ 85053

008229P001-1447A-070
JESSICA BUTLER
ADDRESS INTENTIONALLY OMITTED

YouFit Health Clubs, LLC, et al.
Exhibit Pages

03/15/2021 10:10:23 PM

012138P002-1447A-070
C AND C SVCS
DAWN STRONG
203 TOWER DR
DALLAS TX 30132

006645P001-1447A-070
CAPELOUTO TERMITE AND PEST CONTROL
700 CAPITAL CIR NE
TALLAHASSEE FL 32301

006333P001-1447A-070
CAPITAL GROWTH OF VENICE LLC
PO BOX 935455
ATLANTA GA 31193-5455

012474P002-1447A-070
MICHELLE CARNEY
4654 E TIERRA BUENA LN
PHOENIX AZ 85032

012487P001-1447A-070
CAROL E AVERY
2500 RAMSEY DR
NEW ORLEANS LA 70131

006177P002-1447A-070
CARROLLWOOD PARTNERS LLC
IDEAL MANAGEMENT CO
ROSA MESA
12568 N KENDALL DR
MIAMI FL 33186

011982P001-1447A-070
CBIZ
CBIZ MHM LLC
PO BOX 953152
ST LOUIS MO 63195-3152

012224P001-1447A-070
CBRE INC
CBRE - 608844
PO BOX 848844
LOS ANGELES CA 90084-8844

006334P001-1447A-070
CEDAR HILLS CONSOLIDATED LLC
PO BOX 936566
ATLANTA GA 31193-6566

012495P001-1447A-070
CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS
WILLIAM M VERMETTE
22001 LOUDOUN COUNTY PKWY
ASHBURN VA 20147

012225P001-1447A-070
CERTIFIED COFFEE SVC INC
PO BOX 23805
FORT LAUDERDALE FL 33304

006649P001-1447A-070
CF PROPERTIES CORP
6625 MIAMI LAKES DR
#340
MIAMI LAKES FL 33014-2705

006335P001-1447A-070
CH REALTY VII/R ORLANDO ALTAMO
PO BOX 848266
DALLAS TX 75284-8266

000133P001-1447A-070
CHAMPIONS ENERGY SVC
PO BOX 4190
HOUSTON TX 77210-4190

006895P001-1447A-070
CHANDLER EXTERMINATORS INC
6483 E CHURCH ST
DOUGLASVILLE GA 30134

000132P001-1447A-070
CHARLOTTE CNTY UTILITIES
PO BOX 516000
PUNTA GORDA FL 33951-6000

000130P001-1447A-070
CHARTER COMMUNICATIONS 790261
PO BOX 790261
SAINT LOUIS MO 63179-0261

000124P001-1447A-070
CHESTERFIELD CNTY UTILITIES DEPT
PO BOX 26725
RICHMOND VA 23261-6725

012536P001-1447A-070
CHRISTY BERKS-STROSS
BLANK ROME LLP
VICTORIA GUILFOYLE
1201 N MARKET ST SUITE 800
WILMINGTON DE 19801

000128P001-1447A-070
CIMA ENERGY SOLUTIONS LLC
PO BOX 746225
ATLANTA GA 30374-6225

012435P001-1447A-070
CISIVE
MICHAEL KUCZA
5000 CORPORATE CT SUITE 203
HOLTSVILLE NY 11742

012114P001-1447A-070
CITY FIRE INC
PO BOX 3673
HOLLYWOOD FL 33083

000063P002-1447A-070
CITY OF ALTAMONTE SPRINGS
225 NEWBURYPORT AVE
ALTAMONTE SPRINGS FL 32701

000134P001-1447A-070
CITY OF BOCA UTILITIES
UTILITIES PROCESSING CENTER
PO BOX 31042
TAMPA FL 33631-3042

000135P001-1447A-070
CITY OF BOYNTON BEACH UTILITIES
PO BOX 31803
TAMPA FL 33631-3803

012187P001-1447A-070
CITY OF BRADENTON LOCAL BUSINESS TAX
LOCAL BUSINESS TAX
101 OLD MAIN ST
BRADENTON FL 34205

000136P001-1447A-070
CITY OF BRADENTON UTILITIES
CUSTOMER SVC DEPT
PO BOX 1339
BRADENTON FL 34206-1339

011794P001-1447A-070
CITY OF CORAL SPRINGS FL
DEBRA THOMAS
CITY CLERK
9500 WEST SAMPLE RD
CORAL SPRINGS FL 33065

# YouFit Health Clubs, LLC, et al.
## Exhibit Pages

03/15/2021 10:10:23 PM

000138P001-1447A-070
CITY OF DALLAS UTILITIES
CITY HALL 2D SOUTH
DALLAS TX 75277

000139P001-1447A-070
CITY OF DEERFIELD BEACH UTILITIES
150 NE 2ND AVE
DEERFIELD BEACH FL 33441

011799P001-1447A-070
CITY OF GREENACRES FL
QUINTELLA MOORER
CITY CLERK
5800  MELALEUCA LN
GREENACRES FL 33463

000142P001-1447A-070
CITY OF HIALEAH UTILITIES
3700 W 4TH AVE
HIALEAH FL 33012

000143P001-1447A-070
CITY OF HOLLYWOOD UTILITY BILL
P O BOX 229187
HOLLYWOOD FL 33022-9187

000144P001-1447A-070
CITY OF LAKE WORTH UTILITIES
PO BOX 30552
TAMPA FL 33630-3552

011806P001-1447A-070
CITY OF LAUDERDALE LAKES FL
VENICE HOWARD
4300 NW 36TH ST
LAUDERDALE LAKES FL 33319

000147P001-1447A-070
CITY OF MARGATE UTILITIES
PO BOX 30318
TAMPA FL 33630-3318

012031P003-1447A-070
CITY OF MESA
COLLECTIONS MS 1170
ALLEN H BLAU
PO BOX 1466
MESA AZ 85211-1466

000148P001-1447A-070
CITY OF MESQUITE WATER UTILITIES
PO BOX 850287
MESQUITE TX 75185-0287

000146P001-1447A-070
CITY OF NORTH LAUDERDALE
PO BOX 152546
CAPE CORAL FL 33915-2546

000150P001-1447A-070
CITY OF PEMBROKE PINES UTILITIES
PO BOX 269005
PEMBROKE PINES FL 33026

000151P001-1447A-070
CITY OF PHOENIX UTILITIES
PO BOX 29100
PHOENIX AZ 85038-9100

000152P001-1447A-070
CITY OF PINELLAS PARK UTILITIES
PO BOX  1337
PINELLAS PARK FL 33780-1337

000153P001-1447A-070
CITY OF POMPANO BEACH UTILITIES
PO BOX 908
POMPANO BEACH FL 33061-0908

000048P001-1447A-070
CITY OF RICHARDSON
ALARM PROGRAM
PO BOX 141089
IRVING TX 75014-1089

000155P001-1447A-070
CITY OF RICHARDSON UTILITIES
P O BOX 831907
RICHARDSON TX 75083

000154P001-1447A-070
CITY OF RICHMOND DEPT OF PUBLIC UTILITIES
PO BOX 26060
RICHMOND VA 23274-0001

000156P001-1447A-070
CITY OF SCOTTSDALE UTILITIES
PO BOX 52799
PHOENIX AZ 85072-2799

000158P001-1447A-070
CITY OF ST PETERSBURG 528996 73775
PO BOX 33034
ST PETERSBURG FL 33733-8034

012215P001-1447A-070
CITY OF ST PETERSBURG BUSINESS TAX DIV
P O BOX 2842
ST. PETERSBURG FL 33731

000054P001-1447A-070
CITY OF SUNRISE FINANCE
FINANCE DEPT
PO BOX 452048
SUNRISE FL 33345-9998

000159P001-1447A-070
CITY OF SUNRISE UTILITIES
PO BOX 31432
TAMPA FL 33631-3432

011821P003-1447A-070
CITY OF TALLAHASSEE FL
JIM COOKE
CITY HALL
300 S ADAMS ST
TALLAHASSEE FL 32301

000166P001-1447A-070
CITY OF WINTER PARK UTILITIES
401 PARK AVE SOUTH
WINTER PARK FL 32789

012045P001-1447A-070
CLASS ACTION ADMINSTRATION LLC
FLORA BIAN
1100 2ND AVE STE 300
SEATTLE WA 98101

006376P001-1447A-070
CLEAN AIR MANAGEMENT SVC LLC
6150 KING ARTHUR DR
DOUGLASVILLE GA 30135

000045P001-1447A-070
CLERK OF COURTS CODE ENFORCEMENT
111 NW 1ST ST
STE 1750
MIAMI FL 33128-1981

YouFit Health Clubs, LLC, et al.
Exhibit Pages

006373P001-1447A-070
CLOUD-ONSITE TECHNOLOGIES INC
18851 NE 29 AVE
STE 700-143
AVENTURA FL 33180

006336P002-1447A-070
CLOVER CORTEZ LLC
CHAD KELLER
601 N ASHLEY DR STE 700
TAMPA FL 33602

012179P001-1447A-070
COBB EMC
PO BOX 745711
ATLANTA GA 30374-5711

006657P002-1447A-070
COLONIAL ELECTRICAL SVC
GREGORY JEFFORDS
523 S ELLIS RD
JACKSONVILLE FL 32254

000160P001-1447A-070
COLUMBIA GAS OF VIRGINIA
PO BOX 742529
CINCINNATI OH 45274-2529

000168P001-1447A-070
COMCAST 530098
PO BOX 530098
ATLANTA GA 30353-0098

000161P001-1447A-070
COMCAST BUSINESS
PO BOX 2127
NORCROSS GA 30091-2127

011945P002-1447A-070
COMDATA INC
DANIEL MANN
LEGAL DEPT
5301 MARYLAND WAY
STE 100
BRENTWOOD TN 37027-5055

006611P001-1447A-070
COMMONWEALTH FITNESS SOLUTIONS
6260 FIRE LN
MECHANICSVILLE VA 23116

006897P002-1447A-070
CONLEYS DRINKING FOUNTAINS LLC
JAMIE LAKE
6783 31ST AVE NO
ST PETERSBURG FL 33710

006866P001-1447A-070
CONN ARCHITECTSS
1960-C BUFORD BOULEVARD
TALLAHASSEE FL 32308

006876P001-1447A-070
CONTACT CENTER COMPLIANCE CORP
350 E ST
SANTA ROSA CA 94949

006858P001-1447A-070
COOL BREEZE HEATING AIR CONDITIONING
REFRIGERATION INC
11408 CRONRIDGE DR STE F
OWING MILLS MD 21117

012156P001-1447A-070
COOPER-SMOLEN JOINT VENTURE
PO BOX 62045
NEWARK NJ 07101

006658P002-1447A-070
CORE HEALTH AND FITNESS LLC
SY MARES
4400 NE 77TH AVE
STE 300
VANCOUVER WA 98662

000174P001-1447A-070
CORPORATE SVC CONSULTANTS
PO BOX 1048
DANDRIDGE TN 37725

000176P001-1447A-070
COUNTY WASTE
PO BOX 8010
CLIFTON PARK NY 12065-8010

012183P001-1447A-070
COURTNEY JENNINGS
685 DARWIN RD
VENICE FL 34293

000177P001-1447A-070
COX COMMUNICATIONS PHOENIX
PO BOX 53249
PHOENIX AZ 85072

012465P001-1447A-070
CP PEMBROKE PINES LLC
RUSSELL D KAPLAN PA
RUSSELL D KAPLAN
7951 SW 6TH ST SUITE 210
PLANTATION FL 33324

012523P001-1447A-070
CROSS COUNTY OWNER LLC
MADISON PROPERTIES
NATHAN ZIEG
3611 14TH AVE STE 420
BROOKLYN NY 11218

011916P001-1447A-070
CROSSINGS SHOPPING VILLAGE ASSOCIATES LLLP
6625 MIAMI LAKES DR STE 340
MIAMI LAKES FL 33014-2705

012447P002-1447A-070
CRP II HORIZON PARK LLC
IURILLO LAW GROUP PA
CAMILLE J IURILLO
5628 CENTRAL AVE
ST. PETERSBURG FL 33707

006644P001-1447A-070
CT TRAINA, INC
4414 FLAMINGO ST
METAIRIE LA 70001

006659P003-1447A-070
DAASLY INC
PATRICIA IZQUIERDO
8004 NW 154 ST 632
MIAMI LAKES FL 33016

012196P002-1447A-070
DAB PLUMBING SVC INC
DAMIAN THAYER
PO BOX 5958
MIDLOTHIAN VA 23112

012182P002-1447A-070
DABO FIRE INSPECTION AND SVC INC
PAUL THOMAS VARGA
1363 22ND ST NORTH
STE A
ST. PETERSBURG FL 33713

012181P001-1447A-070
DALLAS FORT WORTH PEST CONTROL
10875 PLANNO RD
STE 105
DALLAS TX 75238

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

03/15/2021 10:10:23 PM

---

006339P001-1447A-070
DANIA LIVE 1748 LLC
PO BOX 62045
NEWARK NJ 07101

000090P002-1447A-070
DART ELECTRONICS INC PINELLAS PARK
P O BOX 40696
ST. PETERSBURG FL 33743

006903P001-1447A-070
DATTILE AND SONS PLUMBING
8568 NW 46TH DR
CORAL SPRINGS FL 33067

006917P001-1447A-070
DAVIS AND GREEN INC
PO BOX 35418
RICHMOND VA 23235

006661P001-1447A-070
DDS LIBERTY ROAD, LLC
MARYLAND FINANCIAL INVESTORS INC
2800 QUARRY LAKE DR #340
BALTIMORE MD 21209

006884P001-1447A-070
DEDGES LOCK AND KEY SHOP INC
4579 LENOX AVE
JACKSONVILLE FL 32205

012451P001-1447A-070
DELUXE WATERPROOFING AND CAULKING INC
BENSON MUCCI AND WEISS PL
BRADLEY R WEISS
5561 N UNIVERSITY DR SUITE 102
CORAL SPRINGS FL 33067

012169P001-1447A-070
DEPT OF ATTORNEY GENERAL
150 SOUTH MAIN ST
PROVIDENCE RI 02903

006663P001-1447A-070
DEX IMAGING LLC
PO BAX 17454
CLEAR WATER FL 33762

006664P002-1447A-070
DF LEXINGTON PROPERTIES LLC
KRISTIE HALL
650 S HWY 27 STE 5 PMB 312
SOMERSET KY 42501

012144P001-1447A-070
DIM V NV DIM VASTGOED NV
PO BOX 530628
ATLANTA GA 30353-0628

000179P001-1447A-070
DIRECTV
PO BOX 105249
ATLANTA GA 30348

012197P001-1447A-070
DIXIELAND FOREST CORP
PO BOX 502
ADITA SPRINGS LA 70420

006666P002-1447A-070
DOCS PLUMBING INC
DEBORAH CLINE
1058 NE 43RD CT
FT LAUDERDALE FL 33334

006667P001-1447A-070
DOCUGREEN CORP
1809 E BROADWAY ST # 333
OVIEDO FL 32765

000181P001-1447A-070
DOMINION VIRGINIA POWER
PO BOX 26543
RICHMOND VA 23290-0001

006668P001-1447A-070
DOWNTOWN LOCKSMITH
137 W MC DOWELL RD
PHOENIX AZ 85003

000182P001-1447A-070
DUKE ENERGY
P O BOX 1004
CHARLOTTE NC 28201-1004

000082P001-1447A-070
DUNBAR SECURITY SYSTEMS INC
235 SCHILLING CIR
STE 109
HUNT VALLEY MD 21031

006669P001-1447A-070
EAST COAST CONSTRUCTION AND
REMODELING SVC CORP
6154 NW 19TH ST
MARGATE FL 33063

006670P001-1447A-070
EBLR, LLC
700 FRONT ST
STE #2302
SAN DIEGO CA 92101

012099P001-1447A-070
EMBARQ FLORID INC SOUTH FLORIDA
DBA CENTURYLINK
CENTURYLINK COMMUNICATIONS LLC
BANKRUPTCY
1025 EL DORADO BLVD
BROOMFIELD CO 80021

012198P001-1447A-070
EMERGENCY SYSTEM INC
3027 PLYMOUTH ST
JACKSONVILLE FL 32205

004080P001-1447A-070
MARKENZIE EMILE
ADDRESS INTENTIONALLY OMITTED

012436P001-1447A-070
ENGIE RESOURCES LLC
COLLECTIONS
1360 POST OAK BLVD STE 400
HOUSTON TX 77056

012448P002-1447A-070
ENTERGY LOUISIANA LLC
L-JEF-359
GLENDA CLEVELAND
4809 JEFFERSON HWY STE A
NEW ORLEANS LA 70121-3138

012449P002-1447A-070
ENTERGY NEW ORLEANS LLC
L-JEF-359
GLENDA CLEVELAND
4809 JEFFERSON HWY STE A
NEW ORLEANS LA 70121-3138

012164P001-1447A-070
EQUITY ONE FLORIDA PORTFLIO INC
EQUITY ONE, INC
PO BOX 740462
ATLANTA GA 30374-0462

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 012228P001-1447A-070<br>EUROPA SPORTS PRODUCTS<br>PO BOX 117200<br>ATLANTA GA 30368-7200 | 006865P002-1447A-070<br>EVOLUTION RESTORATION SVC<br>RENE FERNANDEZ<br>17111 SW 115 AVE<br>MIAMI FL 33157 | 006671P001-1447A-070<br>EWI INC<br>31 SW 16TH ST<br>POMPANO BEACH FL 33060 | 006920P001-1447A-070<br>FIRE ALARM SYSTEMS AND SECURITY<br>PO BOX 744950<br>ATLANTA GA 30374 |
| 000091P001-1447A-070<br>FIRE CONTROLS INC<br>2721 NW 19TH ST<br>POMPANO BEACH FL 33069 | 012199P001-1447A-070<br>FIRE PROTECTION EQUIPMENT CO INC<br>7206 IMPALA DR<br>RICHMOND VA 23228 | 000088P001-1447A-070<br>FIRE SOLUTIONS<br>205 HALEY RD<br>ASHLAND VA 23005 | 000095P001-1447A-070<br>FIRETRONICS INC<br>1035 PINE HOLLOW PT DR<br>ALTAMINTE SPRINGS FL 32714 |
| 012229P002-1447A-070<br>FIRST FITNESS REPAIR AND SALES<br>JEFFREY WEICK<br>3828 ASHWICK CT APT 106<br>PALM HARBOR FL 34685 | 006883P003-1447A-070<br>FISH WINDOW CLEANING<br>BRIGHTEN YOUR LIFE LLC<br>MICHELLE COMBS<br>4545 MARIOTTI CT UNIT 1<br>SARASOTA FL 34233 | 006609P002-1447A-070<br>FIT MASTERS<br>BRANDON CARPENTER<br>800 OCALA RD 300 273<br>TALLAHASSEE FL 32304 | 006672P001-1447A-070<br>FIT3D, INC<br>2955 CAMPUS DR STE 110<br>SAN MATEO CA 94403 |
| 006608P002-1447A-070<br>FITNESS LOGIC<br>ROLAND ROONEY<br>380 SCARLET BLVD<br>OLDSMAR FL 34677 | 006869P001-1447A-070<br>FITNESS ON DEMAND<br>2411 GALPLIN CT<br>STE 110<br>CHANHASSEN MN 55317 | 006607P002-1447A-070<br>FITNESS SOURCE<br>DOUGLAS BLAU INC<br>2041 SW 70TH AVE D10<br>DAVIE FL 33317 | 006379P002-1447A-070<br>FITNESS SVC OF FLORIDA INC<br>RONNETTE BOLANOS<br>4220 NW 120TH AVE<br>CORAL SPRINGS FL 33065 |
| 006674P002-1447A-070<br>FITNESSMITH INC<br>JOSH WACHSMAN<br>3610 QUANTUM BLVD<br>BOYNTON BEACH FL 33426 | 006606P001-1447A-070<br>FITSERVE MORGAN INTERPRISES INC<br>102 WILLIAMS RD<br>MADISONVILLE LA 70447 | 012137P001-1447A-070<br>FIVE9 INC<br>1801 W OLYMPIC BLVD<br>FILE 2361<br>PASADENA CA 91199 | 000008P002-1447A-070<br>FL- BROWARD CNTY TAX COLLECTOR<br>RECORDS TAXES & TREASURY<br>BANKRUPTCY SECTION<br>STACY E WULFEKUHLE<br>115 S ANDREWS AVE #A100<br>FORT LAUDERDALE FL 33301-1895 |
| 006340P001-1447A-070<br>FLAGLER SC LLC<br>PO BOX 62045<br>NEWARK NJ 07101 | 000187P001-1447A-070<br>FLORIDA CITY GAS<br>P O BOX 5410<br>CAROL STREAM IL 60197-5410 | 012231P001-1447A-070<br>FLORIDA DEPT OF STATE<br>500 S BRONOUGH ST<br>TALLAHASSEE FL 32399 | 012141P001-1447A-070<br>FLORIDA FIRE SAFETY INC<br>8208 NW 14TH ST<br>DORAL FL 33126 |
| 000190P001-1447A-070<br>FLORIDA GOVERNMENTAL UTILITY AUTHORITY<br>PO BOX 150106<br>CAPE CORAL FL 33915 | 000188P001-1447A-070<br>FLORIDA NATURAL GAS<br>PO BOX 934726<br>ATLANTA GA 31193-4726 | 012051P001-1447A-070<br>FLORIDA POWER AND LIGHT<br>FPL BK RRD/LFO<br>ISABEL MORALES<br>4200 W FLAGLER ST<br>CORAL GABLES FL 33134 | 000191P001-1447A-070<br>FLORIDA PUBLIC UTILITES<br>PO BOX 2137<br>SALISBURY MD 21802-2137 |

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

03/15/2021 10:10:23 PM

| | | | |
|---|---|---|---|
| 006677P001-1447A-070<br>FLOW PLUMBING<br>2405 INTERSTATE 30<br>STE A<br>MESQUITE TX 75150 | 000192P001-1447A-070<br>FOCUS REAL ESTATE SVC LLC<br>2158 N GILBERT RD #113<br>MESA AZ 85203 | 000042P001-1447A-070<br>FORTRESS SECURITY LLC<br>PO BOX 200337<br>ARLINGTON TX 76006 | 012200P001-1447A-070<br>FRANK GAY PLUMBING<br>6206 FOREST CITY RD<br>ORLANDO FL 32810 |
| 012233P001-1447A-070<br>FREDERICK FOX<br>602 HOLLOWS CIR<br>DEERFIELD BEACH FL 33442 | 012234P001-1447A-070<br>FREEMOTION FITNESS<br>PO BOX 734122<br>CHICAGO IL 60673-4122 | 006678P001-1447A-070<br>FRITCOCOWALK OWNER, LLC<br>LOCKBOX #9320<br>PO BOX 8500<br>PHILADELPHIA PA 19178-9320 | 000195P001-1447A-070<br>FRONTIER COMMUNICATIONS<br>PO BOX 740407<br>CINCINNATI OH 45274-0407 |
| 006878P002-1447A-070<br>FRONTLINE FITNESS EQUIPMENT<br>LISA RAE<br>380 JEFFERSON BLVD UNIT F<br>WARWICK RI 02886 | 000197P001-1447A-070<br>FULTON CNTY FINANCE DEPT<br>SEWER BILLING AND COLLECTIONS<br>PO BOX 105300<br>ATLANTA GA 30348-5300 | 006341P002-1447A-070<br>FWI 16 LLC<br>STEPHEN D SOKOP<br>197 EIGHTH ST<br>STE #800<br>BOSTON MA 02129 | 000198P002-1447A-070<br>GAINESVILLE REGIONAL UTILITIES<br>KERI HANDSHU<br>301 SE 4TH AVE<br>GAINESVILLE FL 32601 |
| 006374P002-1447A-070<br>GALER TECH INC<br>GARY LERICHE<br>773 NANTUCKET CIR<br>LAKE WORTH FL 33467 | 001293P001-1447A-070<br>SEBASTIAN GARGUREVICH<br>ADDRESS INTENTIONALLY OMITTED | 000196P001-1447A-070<br>GAS SOUTH<br>PO BOX 530552<br>ATLANTA GA 30353-0552 | 012513P001-1447A-070<br>GATEWAY RETAIL CENTER LLC<br>STARK AND STARK<br>JOSEPH LEMKIN<br>993 LENOX DR<br>LAWRENCE TOWNSHIP NJ 08648 |
| 012458P001-1447A-070<br>GATOR ANTOINE PARTNERS LLLP<br>STARK AND STARK<br>JOSEPH LEMKIN<br>993 LENOX DR<br>LAWRENCE TOWNSHIP NJ 08648 | 006343P002-1447A-070<br>GATOR ARGATE GAINSVILLE LLC<br>GATOR INVESTMENTS<br>JAMES A GOLDSMITH<br>7850 NW 146TH ST<br>4TH FLOOR<br>MIAMI LAKES FL 33016 | 012459P001-1447A-070<br>GATOR FLOWER MOUND LLC<br>STARK AND STARK<br>JOSEPH H LEMKIN<br>993 LENOX DR<br>LAWRENCE TOWNSHIP NJ 08648 | 006344P002-1447A-070<br>GATOR GREEN ACRES LTD<br>GATOR INVESTMENTS<br>JAMES A GOLDSMITH<br>7850 NW 146TH ST<br>4TH FLOOR<br>MIAMI LAKES FL 33016 |
| 012460P001-1447A-070<br>GATOR SHELBY PARTNERS LTD<br>STARK AND STARK<br>JOSEPH LEMKIN<br>993 LENOX DR<br>LAWRENCE TOWNSHIP NJ 08648 | 000200P001-1447A-070<br>GEORGIA NATURAL GAS<br>PAYMENT CENTER<br>PO BOX 71245<br>CHARLOTTE NC 28272-1245 | 000203P001-1447A-070<br>GEORGIA POWER<br>96 ANNEX<br>ATLANTA GA 30396-0001 | 012490P002-1447A-070<br>GILBERT CENTER HOLDINGS LLC<br>GAMMAGE & BURNHAM PLC<br>GEORGE U WINNEY<br>40 N CENTRAL AVE 20TH FL<br>PHOENIX AZ 85004 |
| 012202P001-1447A-070<br>GISEL SOSA<br>1840 W 62ND ST<br>APT 107<br>HIALEAH FL 33012 | 012473P001-1447A-070<br>GLOBAL MUSIC RIGHTS LLC<br>GLOBAL MUSIC RIGHTS<br>1100 GLENDON AVE SUITE 2000<br>LOS ANGELES CA 90024 | 006833P001-1447A-070<br>GLOBAL NORTH BAY LLC<br>COHEN LEGAL<br>RICHARD S COHEN ESQ JASON L COHEN ESQ<br>811-A NORTH OLIVE AVE<br>WEST PALM BEACH FL 33401 | 006679P001-1447A-070<br>GLOBAL PEST CONTROL AND LAWN CARE SVC<br>12530 SW 22ND TER<br>MIAMI FL 33175 |

YouFit Health Clubs, LLC, et al.
Exhibit Pages

012437P002-1447A-070
GOOGLE LLC
WHITE AND WILLIAMS LLP AMY VULPIO
1650 MARKET ST STE 1800
PHILADELPHIA PA 19103

006375P001-1447A-070
GRAHAMS PEST CONTROL INC
400 KING GALLOWAY DR
LEWISVILLE TX 75056

012514P001-1447A-070
GRAND PLUMBING CORP
ARMINIUS LAW PLLC
GUNNAR MANDRISCH
8325 NE 2ND AVE STE 103
MIAMI FL 33138

012515P002-1447A-070
GRAND PLUMBING CORP
ARMINIUS LAW PLLC
GUNNAR MANDRISCH
8325 NE 2ND AVE STE 103
MIAMI FL 33138

000205P001-1447A-070
GRANITE TELECOMMUNICATIONS
CLIENT ID# 311
PO BOX 983119
BOSTON MA 02298-3119

012129P001-1447A-070
GRI-EQY  LLC
GRI-EQY CONCORD LLC
PO BOX 531703
ATLANTA GA 30353-1703

012516P001-1447A-070
GRI-EQY (QUAIL ROOST) LLC
FIRST WASHINGTON REALTY INC
7200 WISCONSIN AVE STE 600
BETHESDA MD 20814

012130P001-1447A-070
GRI-EQY CONCORD LLC
PO BOX 531703
ATLANTA GA 30353-1703

012052P002-1447A-070
GULF POWER CO
GULF POWER BK RRD/LFO
ISABEL MORALES
4200 W FLAGLER ST
CORAL GABLES FL 33134

012203P001-1447A-070
HARRISON AND  BATES INC
PO BOX 71150
RICHMOND VA 23255

006686P001-1447A-070
HELINGER ADVERTISING
4201 CENTRAL AVE
ST PETERSBURG FL 33713

006687P001-1447A-070
HEREDIA CARPET SVC
15486 SW 32 ST
MIAMI FL 33185

000208P001-1447A-070
HERITAGE PROPANE
P O BOX 371473
PITTSBURGH PA 15250-7473

006688P001-1447A-070
HGI TECHNOLOGIES
1000 PK CENTRE BLVD STE 128
MIAMI GARDENS FL 33169

006904P001-1447A-070
HIQ DATA CORP
8950 SW 74TH CT
STE 2201-A69
MIAMI FL 33156

006689P001-1447A-070
HIRETECH
200 WESTLAKE PK PLZ
STE 501
HOUSTON TX 77079

000065P001-1447A-070
HITECH SYSTEM WIRING SVC INC
5190 BURMA RD
CUMMING GA 30041

006382P002-1447A-070
HORIZON AIR CONDITIONING INC
LANCE STORM MCMANN
2501 WESTGATE AVE
#6
WEST PALM BEACH FL 33409

006690P001-1447A-070
HRP SINGLETON SQUARE LLC
35 JOHNSON FERRY RD
MARIETTA GA 30068

012389P002-1447A-070
HULEN POINTE RETAIL LLC
BOAZ AVNERY
4801 HARBOR DR
FLOWER MOUND TX 75022

012149P001-1447A-070
HUNTSVILLE UTILITIES
112 SPRAGINS ST
HUNTSVILLE AL 35801

012242P001-1447A-070
IAN BURLEY
1905 LENNOX DR
UNIT 74
ELDERSBURG MD 21784

006692P002-1447A-070
IGT MEDIA HOLDINGS INC
MARK MECHANIC
8395 NE 2ND AVE
MIAMI FL 33138

012442P001-1447A-070
IMAGENET CONSULTING LLC
ERIC ODOM
204 N ROBINSON AVE
OKLAHOMA CITY OK 73102

012244P001-1447A-070
IMAGENET CONSULTING OF TAMPA LLC
913 NORTH BROADWAY AVE
OKLAHOMA CITY OK 73102

006347P001-1447A-070
INNEX II LLC  INVESTMENT INC
8004 NW 154TH ST
STE #243
MIAMI LAKES FL 33016

006907P001-1447A-070
IPROMOTEU
DEPT LA 23232
PASADENA CA 91185-3232

012245P001-1447A-070
IRON GRIP BARBELL CO INC
4012 GARRY AVE
SANTA ANA CA 92704-6300

YouFit Health Clubs, LLC, et al.
Exhibit Pages

03/15/2021 10:10:23 PM

012048P004-1447A-070
IRS- DEPT OF THE TREASURY
INTERNAL REVENUE SERVICE
31 HOPKINS PLAZA RM 1150
PO BOX 538
BALTIMORE MD 21201

006348P001-1447A-070
IRT PARTNERS LP
PNC REGENCY (ATLANTA)
PO BOX 740462
ATLANTA GA 30374-0462

006695P002-1447A-070
J AND J LAWN SVC LLC
JIM LEEPER
7922 E PORTOBELLO AVE
MESA AZ 85121

006887P002-1447A-070
J AND J REFRIGERATION AND HEATING
GERALD NIZIOLEK
5120 E HEARN RD
SCOTTSDALE AZ 85254

012128P001-1447A-070
JACKI DAVISON
7881 MANOR FOREST LN
BOYNTON BEACH FL 33436

012015P002-1447A-070
JACKSON EMC
KIMBERLEY RODRIGUE
PO BOX 38
JEFFERSON GA 30549

012525P001-1447A-070
JAHCO OKLAHOMA PROPERTIES I LLC
CROWE AND DUNLEVY PC
WILLIAM H HOCH
324 N ROBINSON AVE SUITE 100
OKLAHOMA CITY OK 73102

012526P001-1447A-070
JAHCO SPRING CREEK LLC
CROWE AND DUNLEVY PC
WILLIAM H HOCH
324 N ROBINSON AVE SUITE 100
OKLAHOMA CITY OK 73102

012527P001-1447A-070
JASON BLANK INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED
EGGNATZ PASCUCCI JOSHUA EGGNATZ
7450 GRIFFIN RD STE 230
DAVIE FL 33314

000201P001-1447A-070
JEA
PO BOX 45047
JACKSONVILLE FL 32232-5047

012491P001-1447A-070
JEFFERSON PARISH DEPT OF WATER
W REED SMITH
1221 ELMWOOD PK BLVD STE 701
JEFFERSON LA 70123

000213P001-1447A-070
JEM INVESTMENTS LTD
501 N MORGAN ST
STE 202
TAMPA FL 33602

012500P001-1447A-070
JENNA ZEBROWSKI
4207 COBBLERS LN
DALLAS TX 75287

012159P001-1447A-070
JENNIFER BONTE
8430 NW 47TH P
LAUDERHILL FL 33351

012166P001-1447A-070
JLJIPC LLC
PO BOX 865246
ORLANDO FL 32886-5246

006898P001-1447A-070
JM ELECTRIC INC
700 BILLINGS ST
UNIT R
AURORA CO 80011

006698P001-1447A-070
JM IRRIGATION AND LANDSCAPE
3202 HEATHER GLEN DR
MESQUITE TX 75150

006863P002-1447A-070
JOHNSON HEALTH TECH NA INC
HEIDI FINKLER
1600 LANDMARK DR
COTTAGE GROVE WI 53527

006269P002-1447A-070
FAWN JOHNSON
PAPA AND  GIPE PA
DAVID PAPA
1724 GULF TO BAY BLVD
CLEARWATER FL 33755

006700P001-1447A-070
JONES AND JONES PLUMBING
7777 LAMBERT RD
WINSTON GA 30187

012443P002-1447A-070
JUANITA AGUILAR
IURILLO LAW GROUP PA
CAMILLE J IURILLO; KEVIN L. HING
5628 CENTRAL AVE
SAINT PETERSBURG FL 33707

012484P001-1447A-070
JULIA GONZALEZ
LAW OFFICE OF ROBERT N PELIER PA
4649 PONCE DE LEON BLVD STE 301
CORAL GABLES FL 33146

006210P003-1447A-070
JUNGLE SHORES LLC
JUNGLE SHORES HOLDINGS
JOHN ROESCH
13650 66TH ST
LARGO FL 33771

006125P002-1447A-070
KALYVAS GROUP LLC
JAMES EFTHYMIOS KALYVAS
111 SECOND AVENUE NE STE 702
ST. PETERSBURG FL 33701

011756P001-1447A-070
KATHERINE CLELLAND
THE LAW OFFICE OF SABAN AND SOLOMON
JAIMIE L QUINN
150 N UNIVERSITY DR SUITE 200
PLANTATION FL 33324

006877P001-1447A-070
KEITH MCNEIL PLUMBING CONTRACTORS INC
3505 N MONROE ST
TALLAHASSEE FL 32303

012153P001-1447A-070
KIMZAY OF FLORIDA INC
PO BOX 62045
NEWARK NJ 07101

012154P001-1447A-070
KIMZAY OF FLORIDA INC 7794
PO BOX 62045
NEWARK NJ 07101

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

006703P001-1447A-070
KINGS III EMERGENCY COMMUNICATIONS
751 CANYON DR STE 100
COPPELL TX 75019

006349P001-1447A-070
KIR BRANDON 011 LLC
PO BOX 62045
NEWARK NJ 07101

006704P001-1447A-070
KIRELAND CORAL TERRACE, LLC
18851 NE 29TH AVE
STE 303
AVENTURA FL 33180

012466P001-1447A-070
KIT CHAN
881 EAST CLIFTON AVE
GILBERT AZ 85295

012508P001-1447A-070
KLOSSCO LLC
POLSINELLI PC
JANEL M GLYNN
1 E WASHINGTON ST STE 1200
PHOENIX AZ 85004

012185P001-1447A-070
KONE INC
6082
PO BOX 7247
PHILADELPHIA PA 19170-6082

012456P001-1447A-070
L2 FUTURE CAPITAL LLC
LIN ZOU
LING CHEN
2701 CUSTER PKWY STE 706
RICHARDSON TX 75080

012038P001-1447A-070
LAFAYETTE PLACE OMV LLC
NOEL BOEKE
100 NORTH TAMPA ST
SUITE 4100
TAMPA FL 33602

012142P001-1447A-070
LAGRANGE PLAZA LLC
FOCUS RES
2158 N GILBERT RD #113
MESA AZ 85203

006840P002-1447A-070
LANCASTER PARTNERS VII LTD
WILLIAMS PARKER HARRISON DIETZ & GETZEN PLLC
TOMMY GREGORY/WILLIAMS PARKER
200 SOUTH ORANGE AVE
SARASOTA FL 34236

006351P001-1447A-070
LARISE ATLANTIS INC
103 S US HIGHWAY 1
STE F-5 #196
JUPITER FL 33477

006856P001-1447A-070
LARISE ATLANTIS LLC
103 S US HIGHWAY
STE F5
JUPITER FL 33477

006841P002-1447A-070
LAUDERHILL MALL INVESTMENT LLC
GLENN L WIDOM PA
GLENN L WIDOM
696 NE 125TH ST
NORTH MIAMI FL 33161

012204P001-1447A-070
LAURICELLA MANHATTAN LLC
PO BOX 54963
NEW ORLEANS LA 70154

006886P001-1447A-070
LAWSON AND LAWSON ELECTRICAL SVC INC
5019 METZKE LN
TALLAHASSEE FL 32303

006352P001-1447A-070
LBX ALAFAYA LLC
C O THE SHOPING CENTER GROUP LLC
300 GALLERIA PKWY 12TH FL
ATLANTA GA 30339

012462P002-1447A-070
DIANE LEONARD
739 N 59TH PL
MESA AZ 85205

006710P001-1447A-070
LES MILLS UNITED STATES TRADING INC
PO BOX 74008587
CHICAGO IL 60674-8587

012247P001-1447A-070
LETO LAW FIRM
201 SOUTH BISCAYNE BLVD
STE 2700
MIAMI FL 33131

012471P002-1447A-070
LIFE FITNESS LLC
TERESA LINSCOTT
10601 BELMONT AVE
FRANKLIN PARK IL 60131

012472P001-1447A-070
LILIANA CARDOZA
230 NW 87TH AVE
APT I-206
DORAL FL 33172

012467P001-1447A-070
LINDA DUNCAN
6530 E REGINA ST
MESA AZ 85215

006712P001-1447A-070
LISTEN360, INC
11625 RAINWATER DR STE 645
ALPHARETTA GA 30009

006713P002-1447A-070
LOCAL MANAGEMENT
SHASHI MOHAN
200 LINDELL BLVD
STE #914
DELRAY BEACH FL 33483

006714P001-1447A-070
LOCH RAVEN SHOPPING CENTER LLC
1960 GALLOWS RD
STE 300
VIENNA VA 22182

012517P001-1447A-070
LYNNWOOD PLACE STATION LLC
SAUL EWING ARNSTEIN AND LEHR LLP
MONIQUE B DISABATINO
1201 NORTH MARKET ST STE 2300
WILMINGTON DE 19801

006890P001-1447A-070
MABE FLOORING COVERING LLC
5315 C LAKE POINTE CTR DR
CUMMING GA 30041

011749P002-1447A-070
MADE VENTURE HOLDINGS LLC
NEW GROUP MANAGEMENT
1140 NE 163RD ST STE 28
N. MIAMI BEACH FL 33162

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

03/15/2021 10:10:23 PM

006718P001-1447A-070
MAJESTIC LOCKSMITH CORP
1980 WEST 60 ST
HIALEAH FL 33012

012163P002-1447A-070
MANATEE INVESTMENTS III LLC AND AGUA CALIENTE
INVESTMENTS III LLC
SACKS TIERNEY PA RANDY NUSSBAUM
4250 NORTH DRINKWATER BLVD 4TH FL
SCOTTSDALE AZ 85251

006719P001-1447A-070
MANATEE INVESTMENTS III, LLC
4835 E CACTUS RD
STE 443
SCOTTSDALE AZ 85254

000220P001-1447A-070
MARKETPLACE PLAZA LLC
BERGER REALTY
1600 SE 17TH ST STE #200
FT LAUDERDALE FL 33316

012518P001-1447A-070
MARKETPLACE PLAZA LLC
SMOLER AND ASSOCIATES PA
BRUCE J SMOLER
2611 HOLLYWOOD BLVD
HOLLYWOOD FL 33020

006723P003-1447A-070
MARKHAM AND STEIN UNLIMITED LLC
MARKHAM CRONIN
2424 S DIXIE HWY
MIAMI FL 33133

000219P001-1447A-070
MARPAN SUPPLY CO INC
PO BOX 2068
TALLAHASSEE FL 32316-2068

012249P001-1447A-070
MASTER CARD
PO BOX 100647
ATLANTA GA 30384-0647

006724P002-1447A-070
MASTER MECHANICAL SVC
JOANN PINNA
15181 NW 33RD PL
MIAMI FL 33054

012481P001-1447A-070
MBW INVESTORS LLC
RPM REALTY MANAGEMENT LLC
ELLEN HOLLOWAY
14502 N DALE MABRY HWY
SUITE 333
TAMPA FL 33618

012390P001-1447A-070
MCMAHAN GROUP LLC
STITES AND HARBISON PLLC
BRIAN R POLLOCK
400 W MARKET ST SUITE 1800
LOUISVILLE KY 40202

012135P001-1447A-070
MCNEILL SIGNS INC
1305 POINSETTIA DR
STE F4
DELRAY BEACH FL 33444

012251P001-1447A-070
MESSAGE MEDIA USA INC
PO BOX 399197
SAN FRANCISCO CA 94139-9197

012121P001-1447A-070
MF ATHLETIC
PO BOX 8090
CRANSTON RI 02920-0090

012189P001-1447A-070
MGM ELECTRIC INC
13805 GOOD LIFE RD
TAMPA FL 33618

006726P001-1447A-070
MIDFLORIDA REFRIGERATION, INC
400 COMMERCE WAY
STE 124
LONGWOOD FL 32750

012139P001-1447A-070
MIKE MOORES PLUMBING
160 B WANLEY DR
CARTERSVILLE GA 30121

012205P002-1447A-070
MILLER MECHANICAL INC
STEPHANIE MILLER
PO BOX 1429
GLEN ALLEN VA 23060

000224P001-1447A-070
MISHORIM GOLD JACKSONVILLE LP
COLLIERS INTERNATIONAL
PO BOX 13470
RICHMOND VA 23225

006729P001-1447A-070
MORE POWER ELECTRIC, LLC
17632 W BETHANY HOME RD
WADDELL AZ 85355

006730P001-1447A-070
MOSAIC OXBRIDGE OWNER LLC
2800 QUARRY LAKE DR STE 340
BALTIMORE MD 21209

011744P001-1447A-070
MOTION PICTURE LICENSING CORP
GABRIEL SEGAL
5455 S CENTINELA AVE
LOS ANGELES CA 90066

011755P003-1447A-070
MS- MISSISSIPPI DEPT OF REVENUE
BANKRUPTCY SECTION
NIKESHIA AGEE
P O BOX 22808
JACKSON MS 39225-2808

000225P001-1447A-070
NARRAGANSETT BAY COMMISSION
P O BOX 9668
DEPARTMENT 25
PROVIDENCE RI 02940-9668

000056P001-1447A-070
NATIONAL FIRE CONTROL
55 WEST HOOVER  STE #10
MESA AZ 85210

012438P001-1447A-070
NATIONAL GRID
CLERK
300 ERIE BLVD W
SYRACUSE NY 13202

006544P002-1447A-070
NATIONAL GYM SUPPLY
JONATHAN WEBSTER
5500 WEST 83RD ST
LOS ANGELES CA 90045

012252P001-1447A-070
NATURAL CLEAN SVC INC
7672 COURTYARD RUN W
BOCA RATON FL 33433

# YouFit Health Clubs, LLC, et al.
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006874P001-1447A-070<br>NESPA ELECTRIC INC<br>333 CAVALIER RD<br>PALM SPRINGS FL 33461 | 006914P001-1447A-070<br>NEW HORIZON COMMUNICATIONS<br>PO BOX 981073<br>BOSTON MA 02298-1073 | 012537P001-1447A-070<br>NEW PLAN FLORIDA HOLDINGS LLC<br>BALLARD SPAHR LLP<br>LESLIE C HEILMAN<br>919 N MARKET ST 11TH FL<br>WILMINGTON DE 19801 | 012528P002-1447A-070<br>LATISHA NEWMAN<br>MARC A WEINBERG<br>815 GREENWOOD AVE SUITE 22<br>JENKINTOWN PA 19046 |
| 000228P001-1447A-070<br>NG SHOPPES AT CRESTHAVEN LLC<br>PO BOX 865818<br>ORLANDO FL 32886-5818 | 000229P001-1447A-070<br>NITEL<br>LOCKBOX DEPT 4929<br>CAROL STREAM IL 60122-4929 | 012039P001-1447A-070<br>NORTH PORT OMV II LLC<br>NOEL BOEKE<br>HOLLAND AND KNIGHT LLP<br>100 NORTH TAMPA ST<br>SUITE 4100<br>TAMPA FL 33602 | 000232P001-1447A-070<br>NORTH PORT UTILITIES<br>4970 CITY HALL BLVD<br>NORTH PORT FL 34286 |
| 000233P001-1447A-070<br>NORTH SPRINGS IMPROVEMENT DISTRICT<br>9700 NW 52ND ST<br>CORAL SPRINGS FL 33076 | 006735P001-1447A-070<br>NOVEL SIGNS<br>8016 118TH AVE NORTH<br>LARGO FL 33773 | 012147P001-1447A-070<br>OAKWOOD PLAZA LIMITED PARTNERS<br>PO BOX 62045<br>NEWARK NJ 07101 | 006357P001-1447A-070<br>OAKWOOD PLAZA LIMITED PARTNERSHIP<br>PO BOX 62045<br>NEWARK NJ 07101 |
| 006736P001-1447A-070<br>OCTANE FITNESS<br>PO BOX 101830<br>PASADENA CA 91189-1830 | 006737P001-1447A-070<br>OFFICE DEPOT INC<br>PO BOX 633980<br>CINCINNATI OH 45263-3980 | 006738P002-1447A-070<br>ONE BEAT CPR LEARNING CENTER LLC<br>MARY DOYLE<br>CLAUDIO ISSA<br>3151 EXECUTIVE WAY<br>MIRAMAR, FL 33025 | 000230P001-1447A-070<br>ONE POINT TECHNOLOGIES INC<br>PO BOX 1849<br>WOODSTOCK GA 30188-1369 |
| 012118P001-1447A-070<br>ORACLE ELEVATOR CO<br>PO BOX 636843<br>CINCINNATI OH 45263-6843 | 006739P001-1447A-070<br>ORKIN LLC MIDLOTHIAN<br>10813 MIDLOTHIANTURNPIKE<br>NORTH CHESTERFIELD VA 23235 | 006741P001-1447A-070<br>ORKIN, LLC  TIMONIUM<br>1850 YORK RD STE F<br>TIMONIUM MD 21093 | 006742P001-1447A-070<br>ORKIN, LLC JEFFERSON<br>5700 CITRIS BLVD STE E2<br>JEFFERSON LA 70123 |
| 000234P001-1447A-070<br>ORLANDO UTILITIES COMMISSION<br>P O BOX 31329<br>TAMPA FL 33631-3329 | 006744P001-1447A-070<br>PALLADIANNORTH POINT COMMONS, LLC<br>860 JOHNSON FERRY RD NE<br>STE 140-336<br>ATLANTA GA 30342 | 012453P001-1447A-070<br>PALM BEACH COUNTY WATER UTILITIES<br>MARIE YANIQUE JASMIN<br>301 N OLIVE AVE 7TH FL<br>WEST PALM BEACH FL 33401 | 012165P001-1447A-070<br>PARTRIDGE EQUITY GROUP<br>PO BOX 12371<br>DEPT 3711<br>DALLAS TX 75312-3711 |
| 006603P001-1447A-070<br>PATRICE MILANI EXERCISE EQUIPMENT INC<br>6400 FRANKFORD AVE<br>UNIT 21<br>BALTIMORE MD 21206 | 006746P001-1447A-070<br>PEAK ACTIVITY LLC<br>1880 N CONGRESS AVE<br>STE 210<br>BOYNTON BEACH FL 33426 | 000055P001-1447A-070<br>PEMBROKE PINES FALSE ALARM REDUCTION PROGRAM<br>CLIENT ID#600093<br>PO BOX 24620<br>WEST PALM BEACH FL 33416 | 012155P001-1447A-070<br>PENN DUTCH PLAZA LLC<br>PO BOX 161845<br>ALTAMONTE SPRINGS FL 32716-1845 |

# YouFit Health Clubs, LLC, et al.
## Exhibit Pages

012477P001-1447A-070
SALVATORE PERRONE
ANDREA PERRONE
5408 AVENAL DR
LUTZ FL 33558

006747P001-1447A-070
PERSONAL TRAINING ON THE NET
32107 LINDERO CANYON RD
STE 233
WESTLAKE VILLAGE CA 91361

000238P001-1447A-070
PETINOSLLC
562 WYLIE RD SE
STE 2
MARIETTA GA 30067

000239P001-1447A-070
PHILADELPHIA GAS WORKS
PO BOX 11700
NEWARK NJ 07101-4700

000240P001-1447A-070
PINELLAS COUNTY UTILITIES
PO BOX 1780
CLEARWATER FL 33757-1780

012392P002-1447A-070
PLURIS SOUTHGATE LLC
BROOKE DUFF
1095 HWY 210
SNEADS FERRY NC 28460

012501P001-1447A-070
PMAT ALGHERS PLAZA LLC
HARTMAN SIMONS AND WOOD LLP
TODD H SURDEN
6400 POWERS FERRY RD NW #400
ATLANTA GA 30339

012509P001-1447A-070
POLYGLASS USA INC
KELLEY FULTON AND KAPLAN PL
CRAIG KELLEY
1665 PALM BEACH LAKES BLVD STE 1000
WEST PALM BEACH FL 33401

012254P001-1447A-070
POWELL AV LLC
10501 SIX MILE CYPRESS PKWY
STE 113
FORT MYERS FL 33966

006862P002-1447A-070
PRECISE AIR CONDITIONING AND
REFRIGERATION LLC
JULIO MARTINEZ
15412 SW 177TH TER
MIAMI FL 33187

006602P001-1447A-070
PRECOR INC
PO BOX 3136
CAROL STREAM IL 60132-3136

012444P002-1447A-070
PRESTONS GENUINE ENTERPRISES LLC
DBA FISH WINDOW CLEANING OF TALLAHASSEE
MICHAEL PRESTON
PO BOX 14095
TALLAHASSEE FL 32317

000092P001-1447A-070
PRIORITY SYSTEMS INC
5221 W NAPOLEON AVE
METAIRIE LA 70001

012131P001-1447A-070
PRO REVOLUTION
4471 N FEDERAL HWY #212
POMPANO BEACH FL 33064

012172P002-1447A-070
PRO TEC FIRE AND SAFETY
AKA PRO TEC FIRE PROTECTION LLC
TAMMY BAKER
2330 PROTEC WAY
LOGANVILLE GA 30052

006881P001-1447A-070
PROFESSIONAL PLUMBING AND DESIGN INC
4450 MIDDLE AVE
SARASOTA FL 34234

006358P001-1447A-070
PROMENADE PLAZA PARTNERSHIP
REDEVCO MANAGEMENT
220 FLORIDA AVE
CORAL GABLES FL 33133

012174P001-1447A-070
PROPERTY MANAGEMENT OF NEW YOR
47-05 METROPOLITAN AVE
RIDGEWOOD NY 11385

012452P002-1447A-070
PROTEGIS FIRE AND SAFETY
JACKIE CARLSON
6155 ROCKSIDE RD STE 400
INDEPENDENCE OH 44131

000243P001-1447A-070
PROVIDENCE WATER
PO BOX 1456
PROVIDENCE RI 02901-1456

011747P001-1447A-070
PUBLIC SVC CO A COLORADO CORP DBA XCEL ENERGY
BANKRUPTCY DEPARTMENT
PO BOX 9477
MINNEAPOLIS MN 55484

012186P001-1447A-070
PUFFIN MANAGEMENT INC
100 CLUB DR
STE 235
BURNSVILLE NC 28714

012255P001-1447A-070
PURCHASE POWER
PO BOX 371874
PITTSBURGH PA 15250-7874

012100P001-1447A-070
QWEST CORP DBA CENTURYLINK QC
CENTURYLINK COMMUNICATIONS LLC
BANKRUPTCY
1025 EL DORADO BLVD
BROOMFIELD CO 80021

012050P001-1447A-070
RCGSOUTHAVEN SPE LLC
ARNALL GOLDEN GREGORY LLP
SEAN KULKA
171 17TH ST NW STE 2100
ATLANTA GA 30363

012538P001-1447A-070
RCS  VISTA RIDGE HG LLC
FOLEY AND LARDNER LLP
THOMAS C SCANNELL
2021 MCKINNEY AVE STE 1600
DALLAS TX 75201

006754P001-1447A-070
REBEL EXTERMINATORS
4911 NE 9TH AVE
FT. LAUDERDALE FL 33334

006755P001-1447A-070
RED CAP PLUMBING AND AIR, INC
6605 N NEBRASKA AVE
TAMPA FL 33604

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

000097P002-1447A-070
REDWIRE
LISA ROSSOW
1136 THOMASVILLE RD
TALLAHASSEE FL 32303

012158P002-1447A-070
REIFF ELECTRICAL SVC LLC
LAURA REIFF
PO BOX 14132
TALLAHASSEE FL 32317

000051P001-1447A-070
RELYCO RESOURCES INC
PO BOX 530812
ATLANTA GA 30353-0812

000246P001-1447A-070
REPUBLIC SVC 78829
P O BOX 78829
PHOENIX AZ 85062-8829

000245P001-1447A-070
REPUBLIC SVC 9001099
P O BOX 9001099
LOUISVILLE KY 10290-1099

012207P001-1447A-070
RESTORATION DEVELOPMENTS
3206 NUTMEG IN
GARLAND TX 75044

006137P001-1447A-070
RHODES BOONE PARTNERS LP
649 PINETREE DR
DECATUR GA 30030

000078P001-1447A-070
RICHARDSON FIRE EQUIPMENT CO
PO BOX 835724
RICHARDSON TX 75083-5724

006879P001-1447A-070
RICHARDSON ISD TAX OFFICE
420 S GREENVILLE AVE
RICHARDSON TX 75081

006916P001-1447A-070
RICK WATSONS HEATING AND AIR CONDITIONING INC
PO BOX 180009
TALLAHASSEE FL 32318

003539P001-1447A-070
ALEJANDRO RICO
ADDRESS INTENTIONALLY OMITTED

012173P001-1447A-070
RIVERDALE CROSSING SHOPPING CENTER LLC
6961 PEACHTREE INDUSTRIAL BLVD
STE 101
NORCROSS GA 30092

012025P002-1447A-070
ROBERT R MCGILL AIR CONDITIONING INC
AMY MCGILL
333 S 3RD ST
LANTANA FL 33462

012256P002-1447A-070
ROBERT R MCGILL AIR CONDITIONING INC
AMY MCGILL
333 S 3RD ST
LANTANA FL 33462

006699P001-1447A-070
JOHN MARK ROESCH
13650 66TH ST N
LARGO FL 33771

012151P001-1447A-070
RPT REALTY LP
BANK OF AMERICA
PO BOX 350018
BOSTON MA 02241-0518

012257P002-1447A-070
S AND S PAINTING AND WATERPROOFING LLC
SAL DESTEFANO
2801 N POWERLINE RD
POMPANO BEACH FL 33069

006758P001-1447A-070
SADA SYSTEMS, INC
5250 LANKERSHIM BLVD #620
NORTH HOLLYWOOD CA 91601

012482P002-1447A-070
VIVIANA M SAN-MARTIN
17926 SW 154 PL
MIAMI FL 33187

006760P001-1447A-070
SANDALFOOT PLAZA BOCA, LLC
REICHEL REALTY AND INVESTMENTS
8845 N MILITARY TRL STE 100
PALM BEACH GARDEN FL 33410

006761P001-1447A-070
SANTANA LANDSCAPING
3405 EASTBROOK DR
MESQUITE TX 75150

012522P002-1447A-070
MAYRA SAULEDA
11221 SW 131ST AVE
MIAMI FL 33186

000248P001-1447A-070
SCANA ENERGY
PO BOX 100157
COLUMBIA SC 29202-3157

012140P001-1447A-070
SCC MAKET SQUARE LLC
PO BOX 931650
CLEVELAND OH 44193

012259P001-1447A-070
SCOTT LEVITT
7539 GREENLAKE WAY
APT B
BOYNTON BEACH FL 33436

012208P001-1447A-070
SCOTT-DEL ELECTRIC INC
PO BOX 29535
DALLAS TX 75229-0535

012176P001-1447A-070
SCOTTSDALE RETAIL CENTER 02 L
FOR BENEFIT OF JP MORGAN CHASE
1801 W OLYMPIC BLVD
PASADENA CA 91199-1966

006359P001-1447A-070
SCOTTSDALE RETAIL CENTER 02 LLC
FOR BENEFIT OF JP MORGAN CHASE
1801 W OLYMPIC BLVD
PASADENA CA 91199-1966

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

012209P001-1447A-070
SECRETARY OF STATE OF TEXAS
REGISTRATIONS UNIT
PO BOX 13193
AUSTIN TX 78711-3193

012488P002-1447A-070
SECURITY AND FIRE SYSTEMS INC
GEORGE ANDRES MILIAN
7451 WILES RD
SUITE 101
CORAL SPRINGS FL 33067

012485P001-1447A-070
SECURITY SYSTEMS OF SOUTH FLORIDA LLC
GREG ROSEN
1440 CORAL RIDGE DR # 497
CORAL SPRINGS FL 33071

000249P001-1447A-070
SELIG ENTERPRISES INC
PO BOX 30063
TAMPA FL 33630

006130P002-1447A-070
SELIG ENTERPRISES INC
1100 SPRING ST STE 550
ATLANTA GA 30309

006765P002-1447A-070
SEW MOBILE UPHOLSTERY LLC
VERONICA ZAMORA
4681 N ANDREWS AVE
FT LAUDERDALE FL 33309

000250P001-1447A-070
SHILOH SQUARE
PO BOX 645414
PITTSBURGH PA 15264-5414

012520P002-1447A-070
SHILOH STATION LLC
SAUL EWING ARNSTEIN AND LEHR LLP
MONIQUE B DISABATINO
1201 NORTH MARKET ST STE 2300
WILMINGTON DE 19801

006767P002-1447A-070
SHOPPERS SQUARE ASSOCIATES LTD
JAMES GETZEN
1434 LADUE LN
SARASOTA FL 34231

006768P002-1447A-070
SHUMATE MECHANICAL
JENNIFER OWEN-BOWSER
2805 PREMIERE PKWY
DULUTH GA 30097

012529P002-1447A-070
SIMON PROPERTY GROUP
AKA TOWN CENTER AT BOCA RATON
RONALD M TUCKER
225 W WASHINGTON ST
INDIANAPOLIS IN 46204

000253P001-1447A-070
SITE CENTER CORP
PO BOX 931650
CLEVELAND OH 44193

012478P001-1447A-070
CYNTHIA SMALLS
5615 N CAMAC ST
PHILADELPHIA PA 19141-4105

006770P003-1447A-070
SNELL AIR CONDITIONING INC
LANIE SNELL
1449 BANKS RD
MARGATE FL 33063

012503P001-1447A-070
SNELL PRECISION COOLING INC
LANIE SNELL
1449 BANKS RD
MARGATE FL 33063

006861P001-1447A-070
SOLID SURFACES INC
1372 NW 100TH AVE
CORAL SPRINGS FL 33071

000254P001-1447A-070
SOUTHWEST GAS CORP
PO BOX 98890
LAS VEGAS NV 89193-8890

012486P001-1447A-070
SOUTHWESTERN BELL TELEPHONE CO
AT AND T SVC INC
KAREN A CAVAGNARO
ONE AT&T WAY ROOM 3A104
BEDMINSTER NJ 07921

012454P002-1447A-070
SPECTRUM
DEBRA SHANKLIN
1600 DUBLIN RD
COLUMBUS OH 43215

012210P001-1447A-070
SPP SUNWEST PORFOLIO LLC
PO BOX 203710
DALLAS TX 75320

012510P001-1447A-070
SQUAW PEAK VENTURES LLC
LAKE AND COBB PLC
DON C FLETCHER
1095 W RIO SALADO PKWY SUITE 206
TEMPE AZ 85281

000255P001-1447A-070
SRP
PO BOX 80062
PRESCOTT AZ 86304-8062

012042P001-1447A-070
STAPLES BUSINESS ADVANTAGE
TOM RIGGLEMAN
7 TECHNOLOGY CIR
COLUMBIA SC 29203

012005P002-1447A-070
STAR2STAR COMMUNICATIONS
BRUCE H ILLES
600 TAILEVEST RD
STE 202
SARASOTA FL 34243

000096P001-1447A-070
STATE SYSTEMS INC
PO BOX 372
DEPT 90
MEMPHIS TN 38101

006773P001-1447A-070
STORAGE MART
405 SO FEDERAL HIGHWAY
POMPANO BEACH FL 33062

012265P001-1447A-070
STUMPHAUZER FOSILD SLOMAN ROSS AND KOLAYA
ONE SE 3RD AVE STE 1820
MIAMI FL 33131

006774P001-1447A-070
STYKU, LLC
5462 JILLSON ST
COMMERCE CA 90040

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

006775P003-1447A-070
SUN KITCHEN SVCS LLC
ROLANDO MARTINEZ
2511 NW 17TH LN # B7
POMPANO BEACH FL 33064

006776P001-1447A-070
SUNFOCUS TRAINING INC
5753 HWY 85 NORTH #6243
CRESTVIEW FL 32536

006777P001-1447A-070
SUNSHINE WINDOW CLEANING
1505 COBB INDUSTRIAL DR
MARIETTA GA 30066

006778P001-1447A-070
SUNSTATE AIR CONDITIONING AND HEATING, LLC
6636 35TH CT E
SARASOTA FL 34243

006762P002-1447A-070
SVC FIRST
LEAH WHEELER
1409 S BROADWA STE C
JOSHUA TX 76058

006763P001-1447A-070
SVC PROPERTIES TRUST
TWO NEWTON PL
255 WASHINGTON ST STE 300
NEWTON MA 02458

012511P001-1447A-070
SVCN 5 LLC
SHERMAN AND HOWARD LLC
PETER CAL
633 17TH ST SUITE 3000
DENVER CO 80202

012468P001-1447A-070
SWANEE YOURKOWSKI
8070 GRANITE FALLS DR
REDMOND OR 97756

012532P001-1447A-070
BARBARA J SWARTZ
1584 MONARCH DR
VENICE FL 34293

012023P001-1447A-070
T MOBILE T-MOBILE USA INC
BY AMERICAN INFOSOURCE AS AGENT
ASHLEY BOSWELL
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118

006780P001-1447A-070
TECH SVC TODAY, LLC
1903 S CONGRES AVE STE 305
BOYNTON BEACH FL 33426

000258P001-1447A-070
TECO
PO BOX 31318
TAMPA FL 33631-3017

012124P001-1447A-070
TEK FITNESS DISTRIBUTORS
PO BOX 18822
FOUNTAIN HILLS AZ 85269

012519P002-1447A-070
MARY ELLEN TERKELSON
5392 W BRYCE LN
GLENDALE AZ 85301

012439P001-1447A-070
THE GUM DOC FITNESS REPAIR LLC
WESLEY PIERRE
1460 SW 3RD ST STE B5
POMPANO BEACH FL 33069

006782P002-1447A-070
THE GYM DOC FITNESS REPAIR LLC
WESLEY PIERRE
1460 SW 3RD ST STE B5
POMPANO BEACH FL 33069

006911P001-1447A-070
THE HOME DEPOT PRO
PO BOX 404468
ATLANTA GA 30384-4468

006913P001-1447A-070
THE ULTIMATE SOFTWARE GROUP INC
PO BOX 930953
ATLANTA GA 31193-0953

006785P003-1447A-070
THOMPSON PEST CONTROL INC
TOBY WILLIAMS THOMPSON
4911 NE 9 AVE STE # C
FORT LAUDERDALE FL 33334

000259P001-1447A-070
TIME WARNER CABLE BUSINESS CLASS
PO BOX 223085
PITTSBURG PA 15251-2085

012211P001-1447A-070
TITLETOWN PLUMBING LLC
4639 NW 6TH ST
STE D
GAINESVILLE FL 32609

012524P001-1447A-070
TKG STORAGEMART PARTNERS PORTFOLIO LLC
AKA STORAGEMART II LLC
THOMAS M HARRISON
215 N STADIUM BLVD STE 207
COLUMBIA MO 65203

012016P002-1447A-070
TN- DEPT OF REVENUE
TDOR  ATTORNEY GENERAL
JORDAN HOLLIS
PO BOX 20207
NASHVILLE TN 37202

006872P001-1447A-070
TONY KELLY HEATING AND AIR CONDITIONING
3009 W THARPE ST
TALLAHASSEE FL 32303

012134P001-1447A-070
TOP DRAWER INC
5190 NW 165TH ST
MIAMI FL 33014

012171P001-1447A-070
TOTAL CONSTRUCTION SVC INC
PO BOX 72789
PROVIDENCE RI 02907

012143P001-1447A-070
TOWN OF GILBERT ALARM UNIT
DEVELOPMENT SVC DEPT
90 E CIVIC CENTER DR
GILBERT AZ 85296

006325P004-1447A-070
TRAVELERS INDEMNITY CO ET AL
TRAVELERS
ACCOUNT RESOLUTION
ONE TOWER SQ 0000 FP15
HARTFORD CT 06183

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

000081P001-1447A-070
TROPICAL FIRE AND SECURITY SYSTEMS INC
14008 NW 82 AVE
MIAMI LAKES FL 33016

012122P001-1447A-070
TRUE FITNESS TECHNOLOGY INC
PO BOX 419161
CREVE COEUR MO 63141

006892P001-1447A-070
TRULY NOLEN OF AMERICA INC
5931 HALLANDALE BEACH BLVD
WEST PARK FL 33023

006362P002-1447A-070
TSC RAMBLEWOOD LTD
THOMAS COLEMAN
333 CAMINO GARDENS BLVD STE 200
BOCA RATON FL 33432

006787P001-1447A-070
TURNER PEST CONTROL, LLC
8400 BAYMEADOWS WAY
# 12
JACKSONVILLE FL 32256

006891P001-1447A-070
UNDER PRESSURE CLEANING SOLUTIONS
570 S PK RD UNIT 6-34
HOLLYWOOD FL 33021

012133P001-1447A-070
UNDER PRESSURE CLEANING SOLUTIONS
570 S PARK ROAD UNIT 6-34
HOLLYWOOD FL 33021

006859P001-1447A-070
UNITED FIRE PROTECTION INC
12001 31ST CT N
ST PETERSBURG FL 33716

006788P001-1447A-070
UNITED STATES DEVELOPEMENT
100 MIRACLE MILE
STE 310
CORAL GABLES FL 33134

006789P001-1447A-070
UNIVERSITY SHOPPES, LLC
1421 SW 107TH AVE
# 262
MIAMI FL 33174

012115P002-1447A-070
UNLIMITED PLUMBING INC
WELLINGTON PESSOA
PO BOX 3953
BOCA RATON FL 33427

012267P001-1447A-070
US BANK EQUIPMENT FINANCE
PO BOX 790448
ST LOUIS MO 63179-0448

012125P001-1447A-070
USRPI REIT INC
ARCADIA MANAGEMENT
PO BOX 10
SCOTTSDALE AZ 85252-0010

006790P001-1447A-070
VARITECH LLC
1027 FLUSHING AVE
CLEARWATER FL 33764

012492P001-1447A-070
VERITIV OPERATING CO
MARIANNE NICHOLS
6120 SOUTH GILMORE RD
FAIRFIELD OH 45014

000263P001-1447A-070
VERIZON 15124
P O BOX 15124
ALBANY NY 15124

012521P001-1447A-070
VERSAILLES LAND GROUP LLC
DOUG MARTIN LAW OFFICE
1031 WELLINGTON WAY STE 135
LEXINGTON KY 40513

012539P001-1447A-070
VISTA RIDGE RETAIL LLC
FOLEY AND LARDNER LLP
THOMAS C SCANNELL
2021 MCKINNEY AVE STE 1600
DALLAS TX 75201

000264P001-1447A-070
WASTE MANAGEMENT 13648
PO BOX 13648
PHILADELPHIA PA 19101-3648

006918P001-1447A-070
WASTE MANAGEMENT 43350
PO BOX 43350
PHOENIX AZ 85080

000268P001-1447A-070
WASTE MANAGEMENT 660345
PO BOX 660345
DALLAS TX 75266

012126P001-1447A-070
WASTE MANAGEMENT 78251
P O BOX 78251
PHOENIX AZ 85062-8251

012212P002-1447A-070
WASTE MANAGEMENT 9001054
P O BOX 55558
BOSTON MA 02205-5558

000266P001-1447A-070
WASTE MANAGEMENT INC OF FLORIDA
PO BOX 4648
CAROL STREAM IL 60197-4648

006594P002-1447A-070
WASTE PRO USA
CAROL MONTES
3101 NW 16TH TERRACE
POMPANO BEACH FL 33064

006793P001-1447A-070
WATER PERFECT POOL, INC
4856 E BASELINE RD # 106
MESA FL 85206

006893P002-1447A-070
WATERMASTERS OF PALM BCH INC
STEPHEN SINGER
618 HERON DR
DELRAY BEACH FL 33444

012531P001-1447A-070
WCA WASTE SYSTEMS INC
THE HUDGINS LAW FIRM PC
STEVEN F HUDGINS
24 GREENWAY PLZ SUITE 2000
HOUSTON TX 77046

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

012136P001-1447A-070
WEINGARTEN REALTY INVESTORS
PO BOX 301074
DALLAS TX 75303-1074

000271P001-1447A-070
WELLINGTON UTILITES
PO BOX 31632
TAMPA FL 33631-3632

012132P002-1447A-070
WEST CENTRAL DESIGN BUILD
JASON STROSS
6505 CENTRAL AVE
ST. PETE FL 33710

006794P002-1447A-070
WEST COAST ELECTRICAL CONTRACTORS INC
NICHOLE CHEAVES
1709 38TH AVE WEST
BRADENTON FL 34205

006795P001-1447A-070
WESTVIEW SHOPPES FLA, LLC
NEW GROUP MANAGEMENT
1140 NE 163RD ST STE #28
N MIAMI BEACH FL 33162

012150P001-1447A-070
WHITE AND SON REFRIGERATION
PO BOX 251
HUN TSVILLE AZ 35804

006796P003-1447A-070
WINDSOR ELECTRIC CO INC
MARGARET KAVALSKY
10227 S DOLFIELD RD
OWINGS MILLS MD 21117-0549

000273P001-1447A-070
WINDSTREAM
P O BOX 9001950
LOUISVILLE KY 40290-1950

012213P001-1447A-070
WINSTON WATER COOLER LTD
PO BOX 734472
DALLAS TX 75373

012502P001-1447A-070
WM CORPORATE SVC INC
WASTE MANAGEMENT
JACQUOLYN MILLS
800 CAPITOL ST STE  3000
HOUSTON TX 77002

012540P001-1447A-070
WPT ARVADA VII LLC
CONNOLLY GALLAGHER LLP
KELLY M CONLAN
1201 N MARKET ST 20TH FL
WILMINGTON DE 19801

012214P001-1447A-070
WRI JT NORTHRIDGE LP
PO BOX 301607
DALLAS TX 75303-1607

006798P001-1447A-070
WW GAY MECHANICAL CONTRACTOR OF ORLANDO INC
3220 39TH SREET
ORLANDO FL 32839

006791P001-1447A-070
WW GAY MECHANICAL CONTRACTOR, INC
524 STOCKTON ST
JACKSONVILLE FL 32204

012461P001-1447A-070
WWWTURNSTILESUS INC
DAVIS AND JONES
SIMON FERNANDEZ
2521 BROWN BLVD
ARLINGTON TX 76006

012530P002-1447A-070
VERONICA J ZAMORA
4681 N ANDREWS AVE
FORT LAUDERDALE FL 33309

012145P001-1447A-070
ZANPRO LLC
ERIK LITWIN
2332 COTNER AVE
STE 301
LOS ANGELES CA 90064

012497P001-1447A-070
SCOTT ZINNER
3427 E DENNISPORT
GILBERT AZ 85295

012496P001-1447A-070
TIFFANY ZINNER
3427 E DENNISPORT AVE
GILBERT AZ 85295

Records Printed :   **551**

EXHIBIT J

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006408S001-1447A-070<br>ADAMS COUNTY TREASURER<br>PO BOX 869<br>BRIGHTON CO 80601-0869 | 011743P002-1447A-070<br>AZ- MARICOPA COUNTY TREASURER<br>PETER MUTHIG<br>225 W MADISON ST<br>PHOENIX AZ 85003 | 012499P002-1447A-070<br>BROWARD COUNTY WATER AND WASTEWATER SVCS<br>2555 W COPANS RD<br>POMPANO BEACH FL 33069 | 006643P002-1447A-070<br>BUTLER PROPERTY COMPANY LLC<br>ALEXANDRA SHADDOX<br>100 N COTTONWOOD DR<br>STE 104<br>RICHARDSON TX 75080 |
| 012475P001-1447A-070<br>CASSIDY PETERS<br>7514 NW 42ND CT<br>CORAL SPRINGS FL 33065 | 006408P002-1447A-070<br>CO- ADAMS COUNTY TREASURER<br>AND PUBLIC TRUSTEE<br>LISA L. CULPEPPER, JD<br>4430 S ADAMS COUNTY PKWY<br>STE C2436<br>BRIGHTON CO 80601 | 006659P003-1447A-070<br>DAASLY INC<br>PATRICIA IZQUIERDO<br>8004 NW 154 ST 632<br>MIAMI LAKES FL 33016 | 012476P002-1447A-070<br>MICHAEL D ELDER<br>DEBORAH KELLICHIAN<br>7514 NW 42ND CT<br>CORAL SPRINGS FL 33065 |
| 012469P001-1447A-070<br>FL- ALACHUA COUNTY TAX COLLECTOR<br>JOHN POWER TAX COLLECTOR<br>MISTY BLACKFORD<br>5830 NW 34TH BLVD<br>GAINESVILLE FL 32653 | 000008P002-1447A-070<br>FL- BROWARD CNTY TAX COLLECTOR<br>RECORDS TAXES & TREASURY<br>BANKRUPTCY SECTION<br>STACY E WULFEKUHLE<br>115 S ANDREWS AVE #A100<br>FORT LAUDERDALE FL 33301-1895 | 011849P002-1447A-070<br>FL- CHARLOTTE COUNTY TAX COLLECTOR<br>VICKIE POTTS<br>18500 MURDOCK CIR<br>PORT CHARLOTTE FL 33948 | 012470P001-1447A-070<br>FL- DORIS MALOY LEON COUNTY TAX COLLECTOR<br>POST OFFICE BOX 1835<br>TALLAHASSEE FL 32302 |
| 012440P002-1447A-070<br>FL- DUVAL COUNTY TAX COLLECTOR<br>JIM OVERTON TAX COLLECTOR<br>WENDY L MUMMAW<br>OFFICE OF GEN COUNSEL CITY OF JACKSONVILLE<br>117 W DUVAL ST 480<br>JACKSONVILLE FL 32202 | 012445P001-1447A-070<br>FL- HILLSBOROUGH COUNTY TAX COLLECTOR<br>DOUG BELDEN TAX COLLECTOR<br>MELISSA RODRIGUEZ<br>PO BOX 30012<br>TAMPA FL 33630-3012 | 012017P001-1447A-070<br>FL- MANATEE COUNTY TAX COLLECTOR<br>KEN BURTON JR<br>1001 3RD AVE W STE 240<br>BRADENTON FL 34205 | 000015P003-1447A-070<br>FL- MIAMI DADE COUNTY TAX COLLECTOR<br>PRISCILLA WINDLEY<br>200 NW 2ND AVE STE 430<br>MIAMI FL 33128 |
| 012098P002-1447A-070<br>FL- PALM BEACH COUNTY TAX COLLECTOR<br>LEGAL SERVICES<br>PO BOX 3715<br>WEST PALM BEACH FL 33402 | 012391P002-1447A-070<br>FL- PINELLAS COUNTY TAX COLLECTOR<br>GEOFF GIAQUINTO<br>POST OFFICE BOX 6340<br>CLEARWATER FL 33758-6340 | 000013P002-1447A-070<br>FL- SEMINOLE COUNTY TAX COLLECTOR<br>KELLY ROSE<br>PO BOX 630<br>SANFORD FL 32772-0630 | 012547P001-1447A-070<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 012548P001-1447A-070<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 012549P001-1447A-070<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 006862P002-1447A-070<br>PRECISE AIR CONDITIONING AND<br>REFRIGERATION LLC<br>JULIO MARTINEZ<br>15412 SW 177TH TER<br>MIAMI FL 33187 | 005965P001-1447A-070<br>LLEWELYN RAMOS<br>ADDRESS INTENTIONALLY OMITTED |
| 000016P003-1447A-070<br>RI- NORTH PROVIDENCE TOWN HALL<br>TOWN OF NORTH PROVIDENCE<br>ANN TRICOLI<br>2000 SMITH ST<br>NORTH PROVIDENCE RI 02911 | 012020P001-1447A-070<br>TX- CITY OF GARLAND<br>PERDUE BRANDON FIELDER ET AL<br>LINDA REECE<br>1919 S SHILOH RD STE 310 LB 40<br>GARLAND TX 75042 | 012024P001-1447A-070<br>TX- COUNTY OF DENTON<br>MCCREARY VESELKA BRAGG AND ALLEN PC<br>TARA LEDAY<br>PO BOX 1269<br>ROUND ROCK TX 78680-1269 | 012021P001-1447A-070<br>TX- CROWLEY INDEPENDENT SCHOOL DISTRICT<br>PERDUE BRANDON FIELDER ET AL<br>EBONEY COBB<br>500 E BORDER ST STE 640<br>ARLINGTON TX 76010 |

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

03/12/2021 04:24:20 PM

011745P003-1447A-070
TX- DALLAS COUNTY
LINEBARGER GOGGAN BLAIR AND SAMPSON LLP
ELIZABETH WELLER
2777 N STEMMONS FRWY STE 1000
DALLAS TX 75207

012019P001-1447A-070
TX- GARLAND INDEPENDENT SCHOOL DISTRICT
PERDUE BRANDON FIELDER ET AL
LINDA D REECE
1919 S SHILOH RD STE 310 LB 40
GARLAND TX 75042

012393P001-1447A-070
TX- HARRIS COUNTY ET AL
LINEBARGER GOGGAN BLAIR AND SAMPSON
JOHN P DILLMAN
PO BOX 3064
HOUSTON TX 77253-3064

011746P003-1447A-070
TX- LEWISVILLE ISD
LINEBARGER GOGGAN BLAIR AND SAMPSON LLP
ELIZABETH WELLER
2777 N STEMMONS FRWY STE 1000
DALLAS TX 75207

012043P001-1447A-070
TX- MESQUITE TAX FUND
PO BOX 850267
MESQUITE TX 75184-0264

012043S001-1447A-070
TX- MESQUITE TAX FUND
LAW OFFICE OF GARY A GRIMES PC
GARY A GRIMES
120 W MAIN STE 201
MESQUITE TX 75149

012022P001-1447A-070
TX- PLANO INDEPENDENT SCHOOL DISTRICT
PERDUE BRANDON FIELDER ET AL
LINDA REECE
1919 S SHILOH RD STE 310 LB 40
GARLAND TX 75042

012018P001-1447A-070
TX- RICHARDSON INDEPENDENT SCHOOL DISTRICT
PERDUE BRANDON FIELDER ET AL
EBONEY COBB
500 E BORDER ST STE 640
ARLINGTON TX 76010

011748P002-1447A-070
TX- TARRANT COUNTY
LINEBARGER GOGGAN BLAIR AND SAMPSON LLP
ELIZABETH WELLER
2777 N STEMMONS FRWY STE 1000
DALLAS TX 75207

006818P002-1447A-070
UNITED LEASING
WHITNEY MARTIN
3700 MORGAN AVE
EVANSVILLE IN 47715

006818S001-1447A-070
UNITED LEASING INC
MARTHA AHLERS COO
3700 MORGAN AVE
EVANSVILLE IN 47715

000041P002-1447A-070
URBAN FIRE PROTECTION
BRANDI BERNAL
222 S TOWN BLVD
MESQUITE TX 75149

012512P003-1447A-070
VA- TREASURER CHESTERFIELD COUNTY
REVENUE COLLECTION AGENT
IRIS MAYFIELD
PO BOX 70
CHESTERFIELD VA 23832

000454P001-1447A-070
YF-GEF HOLDINGS LLC
PERELLA WEINBERG PARTNERS
767 FIFTH AVE
NEW YORK NY 10153

000454S001-1447A-070
YF-GEF HOLDINGS LLC
TRENAM KEMKER
101 E KENNEDY BLVD
SUITE 2700
TAMPA FL 33601

Records Printed :  **43**

EXHIBIT K

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

03/12/2021  04:06:01 PM

| | | | |
|---|---|---|---|
| 011754P001-1447A-070<br>16 BETHANY STATION LLC<br>JAMES M SHOUGH<br>4771 N 20TH STREET SUITE B22<br>PHOENIX AZ 85016 | 011754S001-1447A-070<br>16 BETHANY STATION, LLC<br>RED MOUNTAIN GROUP INC<br>LEASE ADM<br>1234 E 17TH ST<br>SANTA ANA CA 92701 | 006154P001-1447A-070<br>2501 LLC<br>SOLAR REALTY MANAGEMENT CORP<br>PO BOX 1970-JAF STATION<br>NEW YORK NY 10116 | 006154S001-1447A-070<br>2501 LLC<br>C/O COLAR REALTY MANAGEMENT CORP.<br>36 MAPLE PLACE<br>SUITE303<br>MANHASSET NY 11030 |
| 006154S002-1447A-070<br>2501 LLC<br>JACK SPIRA, ESQ.<br>5205 BABCOCK STREET NE<br>PALM BAY FL 32905 | 011890P001-1447A-070<br>2501 LLC<br>5205 BABCOCK ST NE<br>PALM BAY FL 32905 | 011890S001-1447A-070<br>2501 LLC<br>36 MAPLE PL<br>STE 303<br>MANHASSET NY 11030 | 006214P001-1447A-070<br>79 BISCAYNE LLC<br>GLOBAL REALTY AND MANAGEMENT FL INC<br>4125 NW 88TH AVE<br>SUNRISE 33351 |
| 006214S001-1447A-070<br>79 BISCAYNE LLC<br>ALAN J MARCUS REGISTERED AGENT<br>20803 BISCAYNE BLVD<br>AVENTURA FL 33180 | 006214S002-1447A-070<br>79 BISCAYNE LLC<br>GABRIEL NAVARRO<br>9155 S DADELAND BLVD<br>STE 1216<br>MIAMI FL 33156 | 006820P001-1447A-070<br>79 BISCAYNE PLAZA LLC<br>COHEN LEGAL<br>RICHARD S COHEN ESQ JASON L COHEN ESQ<br>811-A NORTH OLIVE AVE<br>WEST PALM BEACH FL 33401 | 006800P001-1447A-070<br>8725 LLC<br>SOLAR REALTY MANAGEMENT CORP<br>PO BOX 1970 JAF STATION<br>NEW YORK NY 10116 |
| 006800S001-1447A-070<br>8725 LLC<br>C/O SOLAR REALTY MANAGEMENT CORP<br>36 MAPLE PLACE<br>SUITE 303<br>MANHASSET NY 11030 | 006800S002-1447A-070<br>8725 LLC<br>JOHN J. WILES, ESQ.<br>WILES & WILES LLP<br>800 KENNESAW AVE<br>SUITE 400<br>MARIETTA GA 30060-7946 | 011903P001-1447A-070<br>8725 LLC<br>36 MAPLE PL<br>STE 303<br>MANHASSET NY 11030 | 011903S001-1447A-070<br>8725 LLC<br>PO BOX 1970 JAF STATION<br>NEW YORK NY 10116 |
| 011903S002-1447A-070<br>8725 LLC<br>800 KENNESAW AVE<br>STE 400<br>MARIETTA GA 30060-7946 | 000064P001-1447A-070<br>AAA FIRE EQUIPTMENT CO<br>7707 BISSONNET STE 110<br>HOUSTON TX 77074 | 011876P001-1447A-070<br>ABC FINANCIAL SVC LLC<br>MICHAEL ESCOBEDO COO<br>PO BOX 6800<br>N LITTLE ROCK AR 72124 | 011977P001-1447A-070<br>ABC FINANCIAL SVC LLC<br>PO BOX 6800<br>N LITTLE ROCK AR 72124 |
| 012533P001-1447A-070<br>ABC FITNESS SOLUTIONS LLC<br>KELLY MCNULTY<br>425 W CAPITOL AVE SUITE 3800<br>LITTLE ROCK AR 72201 | 006622P001-1447A-070<br>ABC SOUTHWEST PLUMBING<br>1060 ENDEAVOR CT<br>STE #A<br>NOKOMIS FL 34275-3626 | 310427P001-1447A-070<br>ACCURATE PLUMBING SERVICES, INC<br>8525 EL PASO DR<br>LAKE WORTH FL 33467 | 000105P001-1447A-070<br>ACCURATE TRASH REMOVAL<br>25 SECOND ST<br>LANSDOWNE PA 19050 |
| 006168P001-1447A-070<br>ACQUIN PROPERTIES LP AND FLA INVESTMENTS LLC<br>MIMCO LLC<br>PROPERTY MANAGEMENT<br>6500 MONTANA AVE<br>EL PASO TX 79925 | 006168S001-1447A-070<br>ACQUIN PROPERTIES LP AND FLA INVESTMENTS LLC<br>GALLAGHER & KENNEDY PA<br>JOSEPH E COTTERMAN, ESQ.<br>2575 E CAMELBACK ROAD<br>PHOENIX AZ 85016 | 011895P001-1447A-070<br>ACQUIN PROPERTIES LP AND FLA INVESTMENTS LLC<br>6500 MONTANA AVE<br>EL PASO TX 79925 | 011895S001-1447A-070<br>ACQUIN PROPERTIES LP AND FLA INVESTMENTS LLC<br>2575 E CAMELBACK RD<br>PHOENIX AZ 85016 |

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

011939P001-1447A-070
AD VICTORIAM SOLUTIONS
6525 SHILOH RD
STE D300
ALPHARETTA GA 30005

000017P001-1447A-070
ADAMS COUNTY TREASURER
PO BOX 869
BRIGHTON CO 80601-0869

000017S001-1447A-070
ADAMS COUNTY TREASURER
4430 S. ADAMS COUNTY PKWY
SUITE C2436
BRIGHTON CO 80601

000106P001-1447A-070
ADVANCED DISPOSAL
SOLID WASTE SOUTHEAST INC W7
PO BOX 743019
ATLANTA GA 30374-3019

000106S001-1447A-070
ADVANCED DISPOSAL
90 FORT WADE RD
STE 200
PONTE VERDE FL 32081

000094P001-1447A-070
ADVANCED FIRE SPRINKLERS AND SECURITY INC
PO BOX 668370
POMPANO BEACH FL 33066-8370

011941P001-1447A-070
ADVANCED POLICY CONSULTING LLC
MR MATT MCGINLEY PRINCIPAL
2503-D NORTH HARRISON ST
STE 1210
ARLINGOTN VA 22207

310428P001-1447A-070
ADVANCED POWER TECHNOLOGIES LLC
1500 N POWERLINE RD
POMPANO BEACH FL 33069

006809P001-1447A-070
AEI PARADISE HILLS LLC
5670 WILSHIRE BLVD
STE 1250
LOS ANGELES CA 90036

006809S001-1447A-070
AEI PARADISE HILLS LLC
ARCADIA MANAGEMENT GROUP
PO BOX 10
SCOTTSDALE AZ 85252-0010

006809S002-1447A-070
AEI PARADISE HILLS LLC
BUCHALTER
RENEE SHPRECHER
16435 NORTH SCOTTSDALE ROAD
SUITE 440
SCOTTSDALE AZ 85254

011899P001-1447A-070
AEI PARADISE HILLS LLC
16435 NORTH SCOTTSDALE RD
STE 440
SCOTTSDALE AZ 85254

011899S002-1447A-070
AEI PARADISE HILLS LLC
PO BOX 10
SCOTTSDALE AZ 85252-0010

006322P001-1447A-070
AETNA
PO BOX 804735
CHICAGO IL 60680-4108

011978P001-1447A-070
AETNA HEALTH DENTAL VISION
AETNA
PO BOX 804735
CHICAGO IL 60680-4108

006365P001-1447A-070
AETNA LIFE INSURANCE CO
151 FARMINGTON AVE
HARTFORD CT 06156

011979P001-1447A-070
AETNA LIFE INSURANCE CO
P O BOX 536919
ATLANTA, GA 30353-6919

006823P001-1447A-070
AGUA CALIENTE INVESTMENTS III LLC
SACKS TIERNEY PA
MICHAEL J HARRIS ESQ RANDY NUSSBAUM ESQ
4250 NORTH DRINKWATER BLVD
4TH FL
SCOTTSDALE AZ 85251

006823S001-1447A-070
AGUA CALIENTE INVESTMENTS III LLC
SACKS TIERNEY PA
RANDY NUSSBAUM PHILIP R RUDD
4250 N DRINKWATER BLVD 4TH FLOOR
SCOTTSDALE AZ 85251

006277P001-1447A-070
JUANITA AGUILAR
MORGAN AND MORGAN
JOSEPH ANTHONY KOPACZ
201 N FRANKLIN ST
7TH FLOOR
TAMPA FL 33602

006277S001-1447A-070
JUANITA AGUILAR
IURILLO LAW GROUP PA
CAMILLE J IURILLO KEVIN L HING
5628 CENTRAL AVE
ST PETERSBURG FL 33707

006277S002-1447A-070
JUANITA AGUILAR
WOMBLE BOND DICKINSON US LLP
KEVIN J MANGAN
1313 NORTH MARKET ST STE 1200
WILMINGTON DE 19801

006211P001-1447A-070
AJ REAL ESTATE INVESTMENTS LLC
2323 CROWN RD
DALLAS TX 75229

006211S001-1447A-070
AJ REAL ESTATE INVESTMENTS LLC
3265 BROADWAY BLVD
STE 100
GARLAND TX 75043

310429P001-1447A-070
AJD ENGINEERING, LLC
2501 59TH ST S
GULFPORT FL 33707

012088P002-1447A-070
AL- MADISON COUNTY TAX COLLECTOR
LYNDA HALL
100 NORTH SIDE SQ RM 116
HUNTSVILLE AL 35801-4820

000345P001-1447A-070
ALABAMA ATTORNEY GENERAL
STEVE MARSHALL
501 WASHINGTON AVE
MONTGOMERY AL 36130

000290P001-1447A-070
ALABAMA DEPT OF
CONSERVATION AND NATURAL RESOURSES
N GUNTER GUY JR COMMISSIONER OF CONSERVATION
64 N UNION ST
MONTGOMERY AL 36130

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

000289P001-1447A-070
ALABAMA DEPT OF ENVIRONMENTAL MANAGEMENT
1400 COLISEUM BLVD
MONTGOMERY AL 36130-1463

000306P001-1447A-070
ALABAMA DEPT OF LABOR
COMMISSIONER
649 MONROE ST
MONTGOMERY AL 36131

012056P001-1447A-070
ALABAMA DEPT OF REVENUE
50 N RIPLEY
MONTGOMERY AL 36132

000018P001-1447A-070
ALABAMA DEPT OF REVENUE
PO BOX 327790
MONTGOMERY AL 36132-7790

000384P001-1447A-070
ALABAMA DEPT OF REVENUE
50 NORTH RIPLEY ST
MONTGOMERY AL 36132

000439P001-1447A-070
ALABAMA DEPT OF REVENUE
50 NORTH RIPLEY ST
MONTGOMERY AL 03613

000372P001-1447A-070
ALABAMA STATE TREASURY
UNCLAIMED PROPERTY DIVISION
RSA UNION BUILDING
100 NORTH UNION ST
STE 636
MONTGOMERY AL 36104

011760P001-1447A-070
ALACHUA COUNTY FL
SYLVIA E TORRES
COUNTY ATTORNEY
12 SE 1ST ST
GAINESVILLE FL 32601

000075P001-1447A-070
ALARMIST SECURITY SYSTEMS INC
CMS MONITORING BILLINGS SVC
2211 ROUTE 112
MEDFORD NY 11763

000066P001-1447A-070
ALECSA SVC LLC
PO BOX 793407
DALLAS TX 75379

011976P001-1447A-070
ALL PHASE SECURITY
114 FORTY NINTH ST SOUTH
ST PETERSBURG FL 33707

006317P001-1447A-070
ALLEGANY COUNTY TAX AND UTILITY OFFICE
701 KELLY RD
STE 201
CUMBERLAND MD 21502

000070P001-1447A-070
ALLIANCE FIRE AND SAFETY
PO BOX 637
VENICE FL 34284

310430P001-1447A-070
ALTERNATE ELEVATOR
1460 N GOLDENROD RD
STE 125
ORLANDO FL 32607

011940P001-1447A-070
AMAZON FULFILLMENT SVC  INC
410 TERRY AVE NORTH
SEATTLE WA 98109-5210

006824P001-1447A-070
AMERICAN INFOAGE LLC
BRICK BUSINESS LAW PA
JOHN KODA ESQ
3413 W FLETCHER AVE
TAMPA FL 33618

006824S001-1447A-070
AMERICAN INFOAGE LLC
KRISTOPHER E FERNANDEZ PA
KRISTOPHER E FERNANDEZ ESQ
114 S FREMOND AVE
TAMPA FL 33606

000107P001-1447A-070
AMERIGAS
PO BOX 371473
PITTSBURGH PA 15250-7473

000107S001-1447A-070
AMERIGAS
460 NORTH GULPH RD
STE 100
KING OF PRUSSIA PA 19406-281

007710P001-1447A-070
ANN HARRIS BENNETT TAX ASSESSOR-COLLECTOR
PO BOX 4622
HOUSTON TX 77210-4622

007710S001-1447A-070
ANN HARRIS BENNETT TAX ASSESSOR-COLLECTOR
1001 PRESTON ST
HOUSTON TX 77002

006316P001-1447A-070
ANNE ARUNDEL COUNTY
KARIN MCQUADE CONTROLLER
OFFICE OF FINANCE ANNE ARUNDEL COUNTY
PO BOX 2700
ANNAPOLIS MD 21404

310431P001-1447A-070
APOGEE SIGNS
251 FORTUNE BLVD
MIDWAY FL 32343

006286P001-1447A-070
AR FED LOAN INT ASSESSEMNT
MANAGER INDIVIDUAL INCOME TAX
PO BOX 3628
LITTLE ROCK AR 72203

000434P001-1447A-070
ARAPAHOE COUNTY GOVERNMENT
ADMINISTRATION
5334 S PRINCE ST
LITTLETON CO 80120-1136

007728P001-1447A-070
ARENA CAPITAL LLC
2150 CORAL WAY
STE 4A
CORAL GABLES FL 33145

007728S001-1447A-070
ARENA CAPITAL LLC
MELAND RUSSIN BUDWICK PA
MARK S MELAND, ESQ.
200 S BISCAYNE BLVD
SUITE 3200
MIAMI FL 33131

006223P001-1447A-070
ARENA SHOPPES LLLP
3550 BISCAYNE BLVD STE 501
STE 501
MIAMI FL 33137

# YouFit Health Clubs, LLC, et al.
## Exhibit Pages

---

0062235001-1447A-070
ARENA SHOPPES LLLP
ONYX MANAGEMENT ENTERPRISES LLC
2150 CORAL WAY STE 4A
CORAL GABLES FL 33145

012534P001-1447A-070
ARES HOLDINGS LLC DBA CMS/NEXTECH
CMS/NEXTECH
1045 S JOHN RODES BLVD
MELBOURNE FL 32904

012535P001-1447A-070
ARES HOLDINSG LLC DBA CMS/NEXTECH
CMS/NEXTECH
1045 S JOHN RODES BLVD
MELBOURNE FL 32904

000346P001-1447A-070
ARIZONA ATTORNEY GENERAL
MARK BRNOVICH
1275 WEST WASHINGTON ST
PHOENIX AZ 85007

000017P001-1447S-070
ARIZONA ATTORNEY GENERAL'S OFFICE
PO BOX 6123
MD 7611
PHOENIX AZ 85005-6123

000442P001-1447A-070
ARIZONA DEPT OF ECONOMIC SECURITY
605 S 7TH ST
GLOBE AZ 85501

000443P001-1447A-070
ARIZONA DEPT OF ECONOMIC SECURITY
P O BOX 29225
PHOENIX AZ 85038-9225

000291P001-1447A-070
ARIZONA DEPT OF ENVIRONMENTAL QUALITY
1110 W WASHINGTON ST
PHOENIX AZ 85007

012057P001-1447A-070
ARIZONA DEPT OF REVENUE
EDUCATION AND COMPLIANCE
1600 W MONROE ST
PHOENIX AZ 85007

000019P001-1447A-070
ARIZONA DEPT OF REVENUE
PO BOX 29010
PHOENIX AZ 85038-9010

000373P001-1447A-070
ARIZONA DEPT OF REVENUE
UNCLAIMED PROPERTY UNIT
PO BOX 29026
PHOENIX AZ 85038-9026

000385P001-1447A-070
ARIZONA DEPT OF REVENUE
1600 W MONROE ST
PHOENIX AZ 85007

012057S001-1447A-070
ARIZONA DEPT OF REVENUE EDUCATION
AND COMPLIANCE
ARIZONA ATTORNEY GENERALS OFFICE
PO BOX 6123
MD 7611
PHOENIX AZ 85005-6123

000369P001-1447A-070
ARIZONA DIVISION OF OCCUPATIONAL SAFETY
AND HEALTH ADOSH
800 W WASHINGTON ST
PHOENIX AZ 85007

000292P001-1447A-070
ARIZONA GAME AND FISH DEPT
5000 W CAREFREE HWY
PHOENIX AZ 85086-5000

000307P001-1447A-070
ARIZONA INDUSTRIAL COMMISSION PHOENIX
CHAIRMAN
800 WEST WASHINGTON ST
PHOENIX AZ 85007

000308P001-1447A-070
ARIZONA INDUSTRIAL COMMISSION TUCSON
CHAIRMAN
2675 E. BROADWAY BLVD
TUCSON AZ 85716

310432P001-1447A-070
ARIZONA UNCLAIMED PROPERTY SECTION
1600 WEST MONROE ST
DIVISION CODE 10
PHOENIX, AZ 85007

000440P001-1447A-070
ARKANSAS DEPT OF FINANCE AND ADMINISTRATION
700 W CAPITOL
LITTLE ROCK AR 72201

000441P001-1447A-070
ARKANSAS DIVISION OF WORKFORCE SVC
502 S SIXTH ST
ARKADELPHIA AR 71923-6011

006416P001-1447A-070
ARROW ENVIRONMENTAL SERVICES, LLC
4160 CORPORATE SQUARE BLVD
NAPLES FL 34104

006416S001-1447A-070
ARROW ENVIRONMENTAL SERVICES, LLC
PO BOX 600730
JACKSONVILLE FL 32260

011980P001-1447A-070
ASCAP
21678 NETWORK PL
CHICAGO IL 60673-1216

006270P001-1447A-070
WILFREDO ASEN
KIRSHNER GROFF AND DIAZ
ANGEL RAFAEL DIAZ
TOWN CENTER ONE
STE 1601
MIAMI FL 33156

310433P001-1447A-070
ASSEMBLY UNLIMITED, INC
1303 COLUMBIA DR
STE 205
RICHARDSON TX 75081

000115P001-1447A-070
AT AND T MOBILITY
P O BOX 536216
ATLANTA GA 30353-6216

000115S001-1447A-070
AT AND T MOBILITY
1025 Lenox Park Blvd.
Atlanta GA 30319

310434P001-1447A-070
AT HOME FLOORS INC
621 MISSIURI AVE N
LARGO FL 33770

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

03/12/2021 04:06:01 PM

| | | | |
|---|---|---|---|
| 000109P001-1447A-070<br>ATMOS ENERGY<br>PO BOX 790311<br>ST. LOUIS MO 63101 | 000109S001-1447A-070<br>ATMOS ENERGY<br>5430 LYNDON B JOHNSON FWY<br>DALLAS TX 75240 | 000363P001-1447A-070<br>ATTORNEY GENERALS OFFICE<br>CONSUMER PROTECTION DIVISION<br>PO BOX 22947<br>JACKSON MS 39225-2947 | 000116P001-1447A-070<br>AUSTELL GAS SYSTEM<br>2838 JOE JERKINS BLVD<br>AUSTELL GA 30106 |
| 006263P002-1447A-070<br>AUSTIN RENAISSANCE LIMITED<br>433 NORTH CAMDEN DR<br>STE 1177<br>BEVERLY HILLS CA 90210 | 006263S001-1447A-070<br>AUSTIN RENAISSANCE LIMITED<br>DAVIS AND SANTOS<br>JASON DAVIS<br>719 S FLORES ST<br>SAN ANTONIO TX 78204 | 006263S002-1447A-070<br>AUSTIN RENAISSANCE LIMITED<br>DAVIS AND SANTOS<br>SARAH P SANTOS<br>719 S FLORES ST<br>SAN ANTONIO TX 78204 | 006263S003-1447A-070<br>AUSTIN RENAISSANCE LIMITED<br>DAVIS AND SANTOS<br>SARAH SANTOS<br>719 S FLORES ST<br>SAN ANTONIO TX 78204 |
| 011943P001-1447A-070<br>AVANOO<br>540 HOWARD ST<br>SAN FRANCISCO CA 94105 | 006287P001-1447A-070<br>AZ FED LOAN INT ASSESSMENT<br>ARIZONA DEPT OF EDUCATION ASSESMENT SECTION<br>1535 W JEFFERSON BIN6<br>PHOENIX AZ 85007 | 012030P003-1447A-070<br>AZ- DEPT OF REVENUE<br>OFFICE OF THE ARIZONA ATTORNEY GENERAL<br>MARK STEINKE<br>CO TAX BANKRUPTCY AND COLLECTION SCT<br>2005 N CENTRAL AVE STE 100<br>PHOENIX AZ 85004 | 012030S001-1447A-070<br>AZ- DEPT OF REVENUE<br>LORRAINE AVERITT<br>1600 W. MONROE 7TH FLOOR<br>PHOENIX AZ 85007 |
| 006369P001-1447A-070<br>BACKFLOW INSPECTION AND REPAIR INC<br>1533 SW 1 WAY F-15<br>DEERFIELD BEACH FL 33441 | 006422P001-1447A-070<br>BAILEY COVE, LLC<br>CHASE COMMERCIAL REAL ESTATE SVC<br>7900 BAILEY COVE RD SE<br>HUNTSVILLE AL 35802 | 006422S001-1447A-070<br>BAILEY COVE, LLC<br>CHASE COMMERCIAL REAL ESTATE SVC<br>PO BOX 18153<br>HUNTSVILLE AL 35804 | 310421P001-1447A-070<br>BAJO CUVA COHEN AND TURKEL PA<br>100 N TAMPA ST #1900<br>TAMPA FL 33602 |
| 006274P001-1447A-070<br>FAY BALL<br>KEITH HERBERT<br>PO BOX 6465<br>MCKINNEY TX 75071 | 000071P001-1447S-070<br>BALLARD SPAHR LLP<br>LESLIE C HEILMAN;LAUREL D ROGLEN<br>919 N MARKET ST.,11TH FLOOR<br>WILMINGTON DE 19801-3034 | 000072P002-1447S-070<br>BALLARD SPAHR LLP<br>DAVID L POLLACK; LINDSEY ZIONTS<br>1735 MARKET ST.,51ST FLOOR<br>PHILADELPHIA PA 19103=7599 | 012219P001-1447A-070<br>BALLESTER-BERMUDEZ BEATRIZ<br>ADDRESS INTENTIONALLY OMITTED |
| 002995P001-1447A-070<br>BEATRIZ BALLESTER-BERMUDEZ<br>ADDRESS INTENTIONALLY OMITTED | 012220P001-1447A-070<br>MARCIA BALTHAZAR<br>3109 PEMBROOK DR<br>ORLANDO FL 32810-2240 | 006315P001-1447A-070<br>BALTIMORE COUNTY<br>KEITH DORSEY<br>DIRECTOR OF FINANCE BALTIMORE COUNTY<br>400 WASHINGTON AVE<br>TOWSON MD 21204 | 011779P001-1447A-070<br>BALTIMORE COUNTY MD<br>JOHN OLSZEWSKI JR<br>COUNTY EXECUTIVE<br>400 WASHINGTON AVE<br>ROOM 150<br>TOWSON MD 21204 |
| 000094P001-1447S-070<br>BARCLAY DAMON LLP<br>KEVIN M NEWMAN<br>BARCLAY DAMON TOWER<br>125 EAST JEFFERSON ST<br>SYRACUSE NY 13202 | 011974P001-1447A-070<br>BAY ALARM<br>5130 COMMERCIAL CIR<br>CONCORD CA 94520 | 006398P001-1447A-070<br>BEACH HOLDING INC<br>696 NE 125TH ST<br>NORTH MIAMI FL 33161 | 006398S001-1447A-070<br>BEACH HOLDING INC<br>BEACH HOLDING INC<br>PO BOX 611030<br>NORTH MIAMI FL 33261 |

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

---

011970P001-1447A-070
BEACHSIDE DISTRIBUTION INC
DBA PUREDAILY
9030 W SAHARA AVE
STE 148
LAS VEGAS NV 89117

009928P001-1447A-070
BRANDON BENHAYOUN
ADDRESS INTENTIONALLY OMITTED

006370P001-1447A-070
BENSON'S HEATING AND AIR CONDITIONING
5402 TOWER RD
TALLAHASSEE FL 02303

000076P001-1447S-070
BERGER SINGERMAN LLP
MCIHAEL J NILES, ESQ
313 NORTH MONROE ST.,STE 301
TALLAHASSEE FL 32301

003001P001-1447A-070
RICK BERKS
ADDRESS INTENTIONALLY OMITTED

003001S001-1447A-070
RICK BERKS
ADDRESS INTENTIONALLY OMITTED

003001S002-1447A-070
RICK BERKS
TRENAM KEMKER
ADDRESS INTENTIONALLY OMITTED

012418P001-1447A-070
RICK BERKS
1350 E NEWPORT CTR DR
STE 110
DEERFIELD BEACH FL 33442

012418S001-1447A-070
RICK BERKS
CHRISTY B STROSS
5405 LEJLANI DR
ST. PETE BEACH FL 33706

310435P001-1447A-070
BINARY STREAM SOFTWARE INC
8007300 EDMONDS ST
BURNABY BC V3N 0G8
CANADA

006265P002-1447A-070
BINDOR KILLIAN LLC
HORIZON PROPERTIES
18610 NW 87TH ST
STE 204
MIAMI FL 33015

006265S001-1447A-070
BINDOR KILLIAN LLC
CARLOS D. LERMAN, ESQ.
2611 HOLLYWOOD BLVD.
HOLLYWOOD FL 33020

006278P001-1447A-070
JASON BLANK
EDWARDS POTTINGER LLC
SETH LEHRMAN
425 NORTH ANDREWS AVE
STE 2
FORT LAUDERDALE FL 33301

000102S001-1447A-070
BLDG-ICS OLNEY LLC
WHARTON REALTY GROUP INC
MARK MASSRY
8 INDUSTRIAL WAY EAST 2ND FLOOR
Eatontown NJ 07724-3317

000102S002-1447A-070
BLDG-ICS OLNEY LLC
MC CAUSLAND KEEN AND BUCKMAN
259 N. RADNOR-CHESTER RD RADNOR CT STE 160
RADNOR CT STE 160
RADNOR PA 19087

000102P002-1447A-070
BLDGICS OLNEY LLC
8 INDUSTRIAL WAY EAST SECOND FLOOR
EASTONTOWN NJ 07724

012036P001-1447A-070
PETER BLOOD
ADDRESS INTENTIONALLY OMITTED

012036S001-1447A-070
PETER BLOOD
TRENMAN KEMKER
ADDRESS INTENTIONALLY OMITTED

012422P001-1447A-070
PETER BLOOD
1350 E NEWPORT CTR DR
STE 110
DEERFIELD BEACH FL 33442

012422S001-1447A-070
PETER BLOOD
CHRISTY B STROSS
4039 BAYSHORE BLVD NE
ST. PETERBURG FL 33707

011908P001-1447A-070
BLUMIN HIGHPOINT LTD
TWO LINCOLN CENTRE
5420 LBJ FREEWAY STE 1200
DALLAS TX 75248

011908S001-1447A-070
BLUMIN HIGHPOINT LTD
16990 DALLAS PKWY
STE 112
DALLAS TX 75248

011908S003-1447A-070
BLUMIN HIGHPOINT LTD
10440 N CENTRAL EXPWY
STE 800
DALLAS TX 75206

006802P001-1447A-070
BLUMIN-HIGHPOINT LTD
DAVID & GOODMAN
CLINTON J. DAVID
TWO LINCOLN CENTRE
5420 LBJ FREEWAY STE 1200
DALLAS TX 75248

006802S001-1447A-070
BLUMIN-HIGHPOINT LTD
RBI PROPERTIES INC
CRAIG A BLUMIN
16990 DALLAS PARKWAY
SUITE 112
DALLAS TX 75248

006802S002-1447A-070
BLUMIN-HIGHPOINT LTD
1700 DALLAS PARKWAY
SUITE 123
DALLAS TX 75206

006802S003-1447A-070
BLUMIN-HIGHPOINT LTD
Westerburg & Thornton, P.C.
STEVEN W. THORNTON ESQ.
10440 N CENTRAL EXPRESSWAY
SUITE 800
DALLAS TX 75206

006802S004-1447A-070
BLUMIN-HIGHPOINT LTD
HUDSON PETERS COMMERCIAL
SCOTT BARBER
4464 SIGMA RD
SUITE 100
DALLAS TX 75244

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000121P001-1447A-070<br>BOCC<br>PO BOX 342456<br>TAMPA FL 33694-2456 | 000121S001-1447A-070<br>BOCC<br>601 East Kennedy Blvd<br>Tampa FL 33602 | 006399P001-1447A-070<br>BOYNTON BEACH MALL LLC<br>180 EAST BROAD ST<br>COLUMBUS OH 43215 | 006399S001-1447A-070<br>BOYNTON BEACH MALL, LLC<br>WASHINGTON PRIME MANAGEMENT ASSOC LLC<br>WP GLIMCHER INC<br>180 EAST BROAD ST<br>COLUMBUS OH 43215 |
| 011910P001-1447A-070<br>BRE RETAIL RESIDUAL MIST<br>LAKE PLAZA OWNERS LLC<br>420 LEXINGTON AVE 7TH FLOOR<br>NEW YORK NY 10170 | 019910S001-1447A-070<br>BRE RETAIL RESIDUAL MIST<br>LAKE PLAZA OWNERS LLC<br>650 S HWY 27 STE 5<br>PMB 312<br>SOMERSET KY 42501 | 011910S002-1447A-070<br>BRE RETAIL RESIDUAL MIST<br>LAKE PLAZA OWNERS LLC<br>300 WEST VINE ST<br>STE 1200<br>LEXINGTON KY 40507 | 006207P001-1447A-070<br>BRE RETAIL RESIDUAL MIST LAKE PLAZA OWNER LLC<br>BRIXMOR PROPERTY GROUP<br>OFFICE OF GENERAL COUNSEL<br>420 LEXINGTON AVE 7TH FLOOR<br>NEW YORK NY 10170 |
| 006207S001-1447A-070<br>BRE RETAIL RESIDUAL MIST LAKE PLAZA OWNER LLC<br>DR LEXINGTON PROPERTIES LLC<br>650 S HWY 27,  SUITE 5<br>PMB 312<br>SOMERSET KY 42501 | 006207S002-1447A-070<br>BRE RETAIL RESIDUAL MIST LAKE PLAZA OWNER LLC<br>LAUREN R. NICHOLS<br>300 WEST VINE STREET<br>SUITE 1200<br>LEXINGTON KY 40507 | 007729P001-1447A-070<br>BRE THRONE BENEVA VILLAGE SHOPS LLC<br>JAIME AUSTRICH ESQ<br>SCHUMACHER LOOP<br>101 E KENENDY BLVD #2800<br>TAMPA FL 33602 | 000098P001-1447A-070<br>BRIGHT LIGHT SECURITY SVC LLC<br>3600 STATE RD 7 STE 260<br>MIRAMAR FL 33023 |
| 007730P001-1447A-070<br>BRIXMOR PARK SHORE SC LLC<br>BRIXMOR PROPERTY GROUP<br>450 LEXINGTON AVE<br>13TH FLOOR<br>NEW YORK NY 10170 | 007730S001-1447A-070<br>BRIXMOR PARK SHORE SC LLC<br>BRIXMORE PROPERTY GROUP<br>3440 PRESTON RIDGE ROAD<br>BUILDING IV SUITE 425<br>ALPHARETTA GA 30005 | 006805P002-1447A-070<br>BROADBRIDGE PLAZA LLC<br>BROADBRIDGE SHOPPING CENTER LLC<br>C/O AVISON YOUNG<br>500 W CYPRESS CREEK BLVD # 350<br>FT. LAUDERDALE FL 33309 | 006805S001-1447A-070<br>BROADBRIDGE PLAZA LLC<br>FRASCONA JOINER GOODMAN & GREENSTEIN<br>BENJAMIN J. DANIELS, ESQ.<br>4750 TABLE MESA DRVIE<br>BOULDER CO 80305 |
| 011905P001-1447A-070<br>BROADRIDGE PLAZA LLC<br>500 W CYPRESS CREEK BLVD # 350<br>FT. LAUDERDALE FL 33309 | 011905S001-1447A-070<br>BROADRIDGE PLAZA LLC<br>4750 TABLE MESA DR<br>BOULDER CO 80305 | 006825P001-1447A-070<br>BROADRIDGE SHOPPING CENTER LLC<br>FRASCONA JOINER GOODMAN AND GREENSTEIN PC<br>BENJAMIN DANIELS ESQ<br>4750 TABLE MESA DR<br>BOULDER CO 80305 | 000125P001-1447A-070<br>BROWARD CNTY WATER AND WASTE WATER SVC<br>PO BOX 669300<br>POMPANO BEACH FL 33066-9300 |
| 000125S001-1447A-070<br>BROWARD CNTY WATER AND WASTE WATER SVC<br>2555 West Copans Road<br>Pompano Beach FL 33069 | 000085P001-1447S-070<br>BROWARD COUNTY ATTORNEY<br>SCOTT ANDRON,ASSISTANT COUNTY ATTORNEY<br>GOVERNMENT CENTER STE 423<br>115 SOUTH ANDREWS AVE<br>FORT LAUDERDALE FL 33301 | 011761P001-1447A-070<br>BROWARD COUNTY FL<br>ANDREW J MEYERS<br>COUNTY ATTORNEY<br>115 S ANDREWS AVE<br>ROOM 423<br>FORT LAUDERDALE FL 33301 | 006197P001-1447A-070<br>BSF RICHMOND LP<br>BOND COMPANIES INC<br>ROBERT BOND<br>350 WEST HUBBARD ST STE 450<br>CHICAGO IL 60654 |
| 006314P001-1447A-070<br>CALVERT COUNTY<br>NOVALEA TRACY-SOPER<br>CALVERT COUNTY TREASURER<br>175 MAIN ST<br>PRINCE FREDERICK MD 20678 | 006149P001-1447A-070<br>CAPITAL GROWTH OF VENICE LLC<br>STEVEN P LIPKINS<br>15 VALLEY DRIVE<br>GREENWICH CT 06831 | 006149S001-1447A-070<br>CAPITAL GROWTH OF VENICE LLC<br>POINT GROUP ADVISORS<br>MARIA HENDERSON<br>8211 W BROWARD BLVD<br>PLANTATION FL 33324 | 006149S002-1447A-070<br>CAPITAL GROWTH OF VENICE LLC<br>1751 MOUND ST STE 206<br>SARASOTA FL 34236-7752 |

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

006149S003-1447A-070
CAPITAL GROWTH OF VENICE LLC
PO BOX 935455
ATLANTA GA 31193-5455

310436P001-1447A-070
CAPITAL PLUMBING CONTRACTORS
650 BLOUNTSTOWN ST
TALLAHASSEE FL 32304

006647P001-1447A-070
CARCO GROUP, INC
5000 CORPORATE CT
STE 203
HOLTSVILLE NY 11742

006313P001-1447A-070
CAROLINE COUNTY
CATHERINE MOORE COMPTROLLER
CAROLINE COUNTY TAX OFFICE
109 MARKET ST
ROOM 133
DENTON MD 21629

006312P001-1447A-070
CARROLL COUNTY
ROBERT BURK COMPTROLLER
DEPT OF THE COMPTROLLER CARROLL COUNTY
225 NORTH CTR ST
WESTMINSTER MD 21157

006826P001-1447A-070
CARROLLWOOD PARTNERS LLC
SHUMAN AND SHUMAN PA
MARTIN J SHUHAM
1930 HARRISON ST
STE 206
HOLLYWOOD FL 33020

012223P001-1447A-070
LILIANA CASTANO-PEREZ
JUAN ASCONAPE ESQ
7111 FAIRWAY DR
STE 105
PALM BEACH GARDENS FL 33418

310424P001-1447A-070
CBIZ INC
ROBERT CINI
2255 GLADES RD ST 321A
BOCA RATON FL 33431

006435P001-1447A-070
CBIZ MHM, LLC
2255 GLADES RD
STE 321A
BOCA RATON FL 33431

006435S001-1447A-070
CBIZ MHM, LLC
PO BOX 953152
ST LOUIS MO 63195-3152

006311P001-1447A-070
CECIL COUNTY
LISA SAXTON DIRECTOR OF FINANCE
CECIL COUNTY TREASURER
200 CHESAPEAKE BLVD
STE 1100
ELKTON MD 21921

006209P001-1447A-070
CEDAR HILLS CONSOLIDATED LLC
VICTORY REAL ESTATE INVESTMENTS LLC
LEASING DEPT
240 BROOKSTONE CENTRE PKWY
COLUMBUS GA 31904

006209S001-1447A-070
CEDAR HILLS CONSOLIDATED LLC
DAVID KENDRICK
FLOYD AND KENDRICK LLC
415 S West St
BAINBRIDGE GA 39819-3913

006437P001-1447A-070
CEDAR HILLS CONSOLIDATED LLC
240 BROKSTONS CENTRE PKWY
COLUMBUS GA 31904

006437S001-1447A-070
CEDAR HILLS CONSOLIDATED LLC
PO BOX 936566
ATLANTA GA 31193-6566

006437S003-1447A-070
CEDAR HILLS CONSOLIDATED LLC
FLOYD AND KENDRICK LLC
DAVID KENDRICK
415 S WEST ST
BAINBRIDGE GA 39819-3913

000126P001-1447A-070
CENTERPOINT ENERGY
BUSINESS PROCESS
PO BOX 2883
HOUSTON TX 77252-2883

000126S001-1447A-070
CENTERPOINT ENERGY
CENTERPOINT ENERGY TOWER
1111 LOUISIANA ST
HOUSTON TX 77002

012013P001-1447A-070
CENTRAL BANK OF ST LOUIS
7707 FORSYTH BLVD
ST. LOUIS MO 63105

000046P001-1447A-070
CENTRALSQUARE TECHNOLOGIES ON
BEHALF OF CITY OF DALLAS
DALLAS POLICE DEPT ALARM PERMIT COMP UNIT
PO BOX 840186
DALLAS TX 75284-0186

310437P001-1447A-070
CENTURY FIRE PROTECTION, LLC
2450 SATELLITE BLVD
DULUTH GA 30096-5801

000127P001-1447A-070
CENTURYLINK  91155
P O BOX 91155
SEATTLE WA 98111-9255

000127S001-1447A-070
CENTURYLINK  91155
100 CENTURY LINK DR
MONROE LA 71203

000123P001-1447A-070
CENTURYLINK 1319
PO BOX 1319
CHARLOTTE NC 28201-1319

000123S001-1447A-070
CENTURYLINK 1319
100 CENTURY LINK DR
MONROE LA 71203

011928P001-1447A-070
CH REALTY VII R ORLANDO ALTAMONTE LLC
3340 PEACHTREE RD NE
STE 2250
ATLANTA GA 30326

0119285S001-1447A-070
CH REALTY VII R ORLANDO ALTAMONTE LLC
PO BOX 848266
DALLAS TX 75284-8266

0119285S002-1447A-070
CH REALTY VII R ORLANDO ALTAMONTE LLC
ASSET MANAGER ALTAMONTE
3819 MAPLE AVE
DALLAS TX 75219

# YouFit Health Clubs, LLC, et al.
## Exhibit Pages

---

0119285003-1447A-070
CH REALTY VIIR ORLANDO ALTAMONTE, LLC
CIMINELLI REAL ESTATE SVC OF FLORIDA LLC
PROPERTY MANAGER ALTAMONTE
14499 NORTH DALE MABRY HWY
STE 200
TAMPA FL 33618

011983P001-1447A-070
CHAMPION ENERGY SVC
A CALPINE CO
02524 N GALLOWAY AVE
MESQUITE TX 75150

011983S001-1447A-070
CHAMPION ENERGY SVC
ELECTRIC GENERATION SUPPLIER
1500 RANKLIN RD
STE 200
HOUSTON TX 77073

006310P001-1447A-070
CHARLES COUNTY
ERIC JACKSON CHIEF OF TREASURY
OFFICE OF THE TREASURER CHARLES COUNTY
PO BOX 2150 GOVT BLDG
LA PLATA MD 20646

011762P001-1447A-070
CHARLOTTE  COUNTY FL
JANETTE S KNOWLTON
COUNTY ATTORNEY
18500 MURDOCK CIR
PORT CHARLOTTE FL 33948

000001P001-1447A-070
CHARLOTTE CNTY TAX COLLECTOR
18500 MURDOCK CIR
SE 203
PORT CHARLOTTE FL 33948

000044P002-1447A-070
CHESTERFIELD COUNTY TREASURER
PO BOX 124
CHESTERFIELD VA 23832-0908

011783P001-1447A-070
CHESTERFIELD COUNTY VA
JEFFREY L MINCKS
COUNTY ATTORNEY
PO BOX 40
CHESTERFIELD VA 23832

310438P001-1447A-070
CHRISS PLUMBING SERVICE, INC
PO BOX 3389
RIVERVIEW FL 33568-3389

011984P001-1447A-070
CIGNA LIFE INSURANCE
CIGNA
PO BOX 644546
PITTSBURGH PA 15264-4546

011944P001-1447A-070
CINTAS CORPORATION NO 2
6800 CINTAS BLVD
CINCINNATI OH 45262-5737

000043P001-1447A-070
CITY OF ALPHARETTA
FINANCE DEPT TAX
PO BOX 117022
ATLANTA GA 30368

011789P001-1447A-070
CITY OF ALTAMONTE SPRINGS FL
ANGIE APPERSON
CITY CLERK
225 NEWBURYPORT AVE
ALTAMONTE SPRINGS FL 32701

000129P001-1447A-070
CITY OF ATLANTA DEPT OF WATERSHED
P O BOX 105275
ATLANTA GA 30348-5275

000129S001-1447A-070
CITY OF ATLANTA DEPT OF WATERSHED
55 TRINITY AVE STE 2500
ATLANTA GA 30303

011827P001-1447A-070
CITY OF AUSTELL GA
ELIZABETH YOUNG
CITY CLERK
5000 AUSTELL POWDER SPRINGS RD
STE 137
AUSTELL GA 30106

006300P001-1447A-070
CITY OF BALTIMORE -CITY HALL
100 NHOLLIDAY ST
BALTIMORE MD 21202

011835P001-1447A-070
CITY OF BALTIMORE MD
BERNARD C YOUNG
CITY HALL
100 N HOLIDAY ST
BALTIMORE MD 21202

011790P001-1447A-070
CITY OF BOCA RATON FL
SUSAN S SAXTON
201 W PALMETTO PK RD
BOCA RATON FL 33432

011791P001-1447A-070
CITY OF BOYNTON BEACH FL
CRYSTAL GIBSON
CITY CLERK
100 E OCEAN AVE
BOYNTON BEACH FL 33435

011792P001-1447A-070
CITY OF BRADENTON FL
TERRI SANCLEMENTE
107 GULF DR N
BRANDENTON BEACH FL 34217

000137P001-1447A-070
CITY OF CHANDLER UTILITY BILLING
P O BOX 52158
PHOENIX AZ 85072-2158

000137S001-1447A-070
CITY OF CHANDLER UTILITY BILLING
CHANDLER CITY HALL
175 S ARIZONA AVE
CHANDLER AZ 85225

011839P001-1447A-070
CITY OF DALLAS TX
JOHN F WARREN
RENAISSANCE TOWER
1201 ELM ST
STE 2100
DALLAS TX 75270

011795P001-1447A-070
CITY OF DANIA BEACH FL
TOM SCHNEIDER CITY CLERK
100 W DANIA BEACH BLVD
DANIA BEACH FL 33004

011796P001-1447A-070
CITY OF DAVIE FL
EVELYN ROIG
TOWN CLERK
6591 ORANGE DR
DAVIE FL 33314

011797P001-1447A-070
CITY OF DEERFIELD BEACH FL
SAMANTHA GILLYARD
CITY CLERK
150 NE 2ND AVE
DEERFIELD BEACH FL 33441

011828P001-1447A-070
CITY OF DOUGLASVILLE GA
VICKI ACKER
CITY CLERK
PO BOX 219
DOUGLASVILLE GA 30134

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

03/12/2021 04:06:01 PM

000141P001-1447A-070
CITY OF FORT WORTH WATER DEPT
PO BOX 961003
FORT WORTH TX 76161-0003

000141S001-1447A-070
CITY OF FORT WORTH WATER DEPT
920 Fournier St.
FT WORTH TX 76102

011798P001-1447A-070
CITY OF GAINESVILLE FL
OMICHELE GAINEY
PO BOX 490 STATION 19
GAINSVILLE FL 32627-0490

007711P001-1447A-070
CITY OF GARLAND
PO BOX 462010
GARLAND TX 75046-2010

007711S001-1447A-070
CITY OF GARLAND
217 N FIFTH ST
GARLAND TX 75046

011840P001-1447A-070
CITY OF GARLAND TX
RENE DOWL
TRMC CMC
PO BOX 469002
GARLAND TX 75046

011786P001-1447A-070
CITY OF GILBERT AZ
KATIE HOBBS
1700 W WASHINGTON ST FLOOR 7
PHOENIX AZ 85007

011833P001-1447A-070
CITY OF HARVEY LA
JON A GEGENHEIMER
PO BOX 10
GRETNA LA 70054-0010

011800P001-1447A-070
CITY OF HIALEAH FL
MARBELYS FATJO ESQ
CITY CLERK CUSTODIAN OF PUBLIC RECORDS
501 PALM AVE 3RD FLOOR
HIALEAH FL 33010

011801P001-1447A-070
CITY OF HOLLYWOOD FL
PATRICIA CERNY
CITY CLERK
PO BOX 229045
HOLLYWOOD FL 33022-9045

000047P001-1447A-070
CITY OF HOUSTON - ARA ALARM ADMINISTRATION
PO BOX 203887
HOUSTON TX 77216-3887

007725P001-1447A-070
CITY OF HUNTSVILLE
DEPT OF FINANCE
308 FOUNTAIN CIR
HUNTSVILLE AL 35801

007725S001-1447A-070
CITY OF HUNTSVILLE
DEPT OF FINANCE
PO BOX 308
HUNTSVILLE AL 35804

011785P001-1447A-070
CITY OF HUNTSVILLE AL
KENNETH BENION
CITY CLERK CITY HALL
3RD FLOOR 308 FOUNTAIN CIR
HUNTSVILLE AL 35801

011802P001-1447A-070
CITY OF JACKSONVILLE FL
LAURIE SCOTT
CITY CLERK CITY HALL
FIRST FLOOR 11 NORTH THIRD ST
JACKSONVILLE BEACH FL 32250

006318P002-1447A-070
CITY OF JERSEY CITY
280 GROVE ST
RM 101
JERSEY CITY NJ 07302

011829P001-1447A-070
CITY OF KENNESAW GA
LEA ALVAREZ CITY CLERK
2529 J O STEPHENSON AVE
KENNESAW GA 30144

011803P001-1447A-070
CITY OF LAND O LAKES FL
NIKKI ALVAREZ-SOWLES  ESQ
CLERK AND COMPTROLLER
38053 LIVE OAK AVE
DADE CITY FL 33523

011804P001-1447A-070
CITY OF LANTANA FL
KATHLEEN DOMINGUEZ
TOWN CLERK
500 GREYNOLDS CIR
LANTANA FL 33462

011805P001-1447A-070
CITY OF LARGO FL
DIANE L BRUNER
CITY CLERK
201 HIGHLAND AVE NE
LARGO FL 33770

011807P001-1447A-070
CITY OF MARGATE FL
JOSEPH J KAVANAGH
CITY CLERK
5790 MARGATE BLVD
MARGATE FL 33063

000149P001-1447A-070
CITY OF MESA
PO BOX 1878
MESA AZ 85211

000149S001-1447A-070
CITY OF MESA
20 E. Main Street
Mesa AZ 85201

007712P001-1447A-070
CITY OF MESQUITE TAX OFFICE
PO BOX 850267
MESQUITE TX 75185-0267

007712S001-1447A-070
CITY OF MESQUITE TAX OFFICE
757 N GALLOWAY AVE
MESQUITE TX 75149

011841P001-1447A-070
CITY OF MESQUITE TX
SONJA LAND
PO BOX 850137
MESQUITE TX 75185-0137

011808P001-1447A-070
CITY OF MIAMI FL
TODD B HANNON
OFFICE OF THE CITY CLERK
3500 PAN AMERICAN DR
MIAMI FL 33133

000089P001-1447A-070
CITY OF MIAMI GARDENS
PO BOX 864714
ORLANDO FL 32886-4714

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

011809P001-1447A-070
CITY OF MIAMI GARDENS FL
MARIO BATAILLE
CITY CLERK
18605 NW 27TH AVE
MIAMI GARDENS FL 33056

011843P001-1447A-070
CITY OF MIDLOTHIAN VA
DAN GECKER
PO BOX 40
CHESTERFIELD VA 23832-0040

011834P001-1447A-070
CITY OF NEW ORLEANS LA
CHELSEY RICHARD NAPOLEON
1340 POYDRAS ST
4TH FLOOR
NEW ORLEANS LA 70112

011830P001-1447A-070
CITY OF NORCROSS GA
MONIQUE LANG
CITY CLERK
65 LAWRENCEVILLE ST
NORCROSS GA 30071

011810P001-1447A-070
CITY OF NORTH LAUDERDALE FL
ELIZABETH GARCIA-BECKFORD
CITY CLERK
701 SW 71ST AVE
NORTH LAUDERDALE FL 33068

011811P001-1447A-070
CITY OF NORTH PORT FL
HEATHER TAYLOR
CITY CLERK CITY HALL
SECOND FLOOR 4970 CITY HALL BLVD
NORTH PORT FL 34286

011838P001-1447A-070
CITY OF NORTH PROVIDENCE RI
MARY ANN DEANGELUS
TOWN CLERK
NORTH PROVIDENCE TOWN HALL
2000 SMITH ST
NORTH PROVIDENCE RI 02911

011812P001-1447A-070
CITY OF OAKLAND PARK FL
RENEE M SHROUT
CITY CLERK
3650 NE 12TH AVE
OAKLAND PARK FL 33334

011813P001-1447A-070
CITY OF ORLANDO FL
STEPHANIE HERDOCIA
CITY CLERK CITY HALL
400 SOUTH ORANGE AVE
ORLANDO FL 32802

011814P001-1447A-070
CITY OF PEMBROKE PINES FL
MARLENE GRAHAM CITY CLERK
601 CITY CENTER WAY 4TH FLOOR
PEMBROKE PINES FL 33025

012047P001-1447A-070
CITY OF PHILADELPHIA /
SCHOOL DISTRICT OF PHILADELPHIA
CITY OF PHILADELPHIA LAW DEPT
TAX AND REVENUE UNIT
1401 JFK BLVD 5TH FL
PHILADELPHIA PA 19102

000103P001-1447S-070
CITY OF PHILADELPHIA LAW DEPT
MEGAN N HARPER,DEPUTY CITY SOLICITOR
MUNICIPAL SERVICES BUILDING
1401 JFK BLVD 5TH FLOOR
PHILADELPHIA PA 19102-1595

011837P001-1447A-070
CITY OF PHILADELPHIA PA
ERIC FEDER
284 CITY HALL
PHILADELPHIA PA. 19107

000052P001-1447A-070
CITY OF PHOENIX
PO BOX 29115
PHOENIX AZ 85038-9115

011787P001-1447A-070
CITY OF PHOENIX AZ
DENISE ARCHIBALD
PHOENIX CITY HALL 200 W WASHINGTON ST
PHOENIX AZ 85003

011815P001-1447A-070
CITY OF PINELLAS PARK FL
DIANE CORNA CITY CLERK
5141 78TH AVE N
PINELLAS PARK FL 33781

011816P001-1447A-070
CITY OF POMPANO BEACH FL
ASCELETA HAMMOND
CITY CLERK
100 WEST ATLANTIC BLVD SECOND FLOOR
POMPANO BEACH FL 33060

000071P001-1447A-070
CITY OF POMPANO BEACH-ALARM BILLING
ALARM BILLING
PO DRAWER 1300
POMPANO BEACH FL 33061

011817P001-1447A-070
CITY OF PORT CHARLOTTE FL
ROGER D EATON
18500 MURDOCK CIR
PORT CHARLOTTE FL 33948

011836P001-1447A-070
CITY OF RANDALLSTOWN MD
JULIE L ENSOR
CLERK
401 BOSLEY AVE
2ND FLOOR
TOWSON MD 21204

011842P001-1447A-070
CITY OF RICHARDSON TX
AIMEE NEMER
PO BOX 830309
RICHARDSON TX 75083-0309

011844P001-1447A-070
CITY OF RICHMOND VA
CANDICE D REID
CITY CLERK CITY OF RICHMOND
900 E BROAD ST
STE 200
RICHMOND VA 23219

011831P001-1447A-070
CITY OF RIVERDALE GA
SYLVIA VAUGHAN
CITY CLERK
CITY HALL 7200 CHURCH ST
RIVERDALE GA 30274

011818P001-1447A-070
CITY OF SARASOTA FL
SHAYLA GRIGGS
OFFICE OF THE CITY AUDITOR AND CLERK
1565 1ST ST ROOM 110
SARASOTA FL 34236

011788P001-1447A-070
CITY OF SCOTTSDALE AZ
CAROLYN JAGGER
CITY CLERK
3939 N DRINKWATER BLVD
SCOTTSDALE AZ 85251

000157P001-1447A-070
CITY OF SOUTHAVEN UTILITY DIVISION
5813 PEPPERCHASE DR
SOUTHAVEN MS 38671

000157S001-1447A-070
CITY OF SOUTHAVEN UTILITY DIVISION
8710 NORTHWEST DR
SOUTHAVEN MS 38671

011819P001-1447A-070
CITY OF ST PETERSBURG FL
CHAN SRINIVASA
CITY CLERK
PO BOX 2842
ST PETERSBURG FL 33731

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

011820P001-1447A-070
CITY OF SUNRISE FL
FELICIA M BRAVO
CITY CLERK
10770 WEST OAKLAND PK BLVD
SUNRISE FL 33351

006871P001-1447A-070
CITY OF SUWANEE
330 TOWN CTR AVE
SUWANEE GA 30024

011832P001-1447A-070
CITY OF SUWANEE GA
CITY CLERK ELVIRA ROGERS
330 TOWN CENTER AVE
SUWANEE GA 30024

000162P001-1447A-070
CITY OF TALLAHASSEE UTILITIES
435 N MACOMB ST
RELAY BOX
TALLAHASSEE FL 32301

000162S001-1447A-070
CITY OF TALLAHASSEE UTILITIES
435 N MACOMB ST
#116
TALLAHASSEE FL 32301

011822P001-1447A-070
CITY OF TAMPA FL
SHIRLEY FOXX-KNOWLES
TAMPA MUNICIPAL OFFICE BUILDING
306 EAST JACKSON ST
TAMPA FL 33602

000163P001-1447A-070
CITY OF TAMPA UTILITIES
PO BOX 30191
TAMPA FL 33630-3191

000163S001-1447A-070
CITY OF TAMPA UTILITIES
306 E JACKSON ST
#5E
TAMPA FL 33602

011823P001-1447A-070
CITY OF VENICE FL
LORI STELZER
401 WEST VENICE AVE
VENICE FL 34285

011824P001-1447A-070
CITY OF WELLINGTON FL
CHEVELLE D ADDIE
VILLAGE CLERK
12300 FOREST HILL BLVD
WELLINGTON FL 33414

011825P001-1447A-070
CITY OF WEST PALM BEACH FL
HAZELINE CARSON
CITY CLERK
PO BOX 3366
WEST PALM BEACH FL 33402

011826P001-1447A-070
CITY OF WINTER PARK FL
RENE CRANIS
CITY CLERK
401 SOUTH PK AVE
WINTER PARK FL 32789

011777P001-1447A-070
CLAYTON COUNTY GA
DETRICK STANFORD
CLAYTON COUNTY ADMINISTRATION
112 SMITH ST
ANNEX 1
JONESBORO GA 30236

007713P001-1447A-070
CLAYTON COUNTY TAX COMMISSIONER
121 SOUTH MCDONOUGH ST
JONESBORO GA 30236

000167P001-1447A-070
CLAYTON COUNTY WATER AUTHORITY
PO BOX 117195
ATLANTA GA 30368-7195

000167S001-1447A-070
CLAYTON COUNTY WATER AUTHORITY
1600 Battle Creek Rd
Morrow GA 30260

310439P001-1447A-070
CLEARVIEW WINDOW CLEANING SERVICE, INC
2601 TRILBY AVE
NORTH PORT FL 34286

012226P001-1447A-070
KATHERINE CLELLAND
1401 SE 4TH AVE
POMPANO BEACH FL 33060-9302

006162P002-1447A-070
CLOVER CORTEZ LLC
CHAD KELLER
601 N ASHLEY DR STE 700
TAMPA FL 33602

006162S001-1447A-070
CLOVER CORTEZ LLC
COMMONWEALTH PARTNERS
CATHY STERRETT
400 NORTH ASHLEY DR
STE 1900
TAMPA FL 33602

006162S002-1447A-070
CLOVER CORTEZ LLC
COMMONWEALTH PARTNERS
4198 COX RD
STE 200
GLEN ALLEN VA 23050

012401P001-1447A-070
CLOVER CORTEZ LLC
601 N ASHLEY DR STE 700
TAMPA FL 33602

012401S001-1447A-070
CLOVER CORTEZ LLC
COMMONWEALTH COMMERCIAL PARTNERS
PO BOX 71150
RICHMOND VA 23255

007714P001-1447A-070
COBB COUNTY
736 WHITLOCK AVE
STE 100
MARIETTA GA 30064

011774P001-1447A-070
COBB COUNTY GA
DR JACKIE MCMORRIS
COUNTY MANAGER
100 CHEROKEE ST
MARIETTA GA 30090

000164P001-1447A-070
COBB EMC
PO BOX 369
MARIETTA GA 30061-0369

000164S001-1447A-070
COBB EMC
1000 EMC PKWY NE
MARIETTA GA 30060

000086P001-1447S-070
COLEMAN & DEMPSEY LLP
ARLENE L COLEMAN
TWO RAVINIA DRIVE STE 1250
ATLANTA GA 30346

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

03/12/2021 04:06:01 PM

011985P001-1447A-070
COLONIAL LIFE AND ACCIDENT INSURANCE
COLONIAL LIFE INSURANCE
PROCESSING CENTER
P O BOX 1365
COLUMBIA, SC 29202-1365

000445P001-1447A-070
COLORADO DEPT OF LABOR
633 17TH ST STE 201
DENVER CO 80201-8789

000444P001-1447A-070
COLORADO DEPT OF LABOR AND EMPLOYMENT
PO BOX 8789
DENVER CO 80201-8789

000438P001-1447A-070
COLORADO DEPT OF REVENUE
1375 SHERMAN ST
DENVER CO 80261

000169P001-1447A-070
COMCAST
PO BOX 34744
SEATTLE WA 98124-1744

000169S001-1447A-070
COMCAST
Comcast Center 1701 JFK Blvd.
Philadelphia PA 19103

012423P001-1447A-070
COMDATA
PO BOX 100647
ATLANTA GA 30384-0647

310440P001-1447A-070
COMMERCIAL CEILINGS DESIGN, INC
1520 N 69TH WAY
HOLLYWOOD FL 33024

000435P001-1447A-070
COMMONWEALTH OF MASSACHUSETTS
DEPT OF REVENUE
PO BOX 7010
BOSTON MA 02204

006188P001-1447A-070
COMPTON PROPERTIES LLLP
REAL ESTATE DEPT
POST OFFICE BOX 568367
ORLANDO FL 32856

006337P001-1447A-070
COMPTON PROPERTIES LLLP
PO BOX 568367
ORLANDO FL 32856-8367

006476P001-1447A-070
COMPTON PROPERTIES LLLP
102 W PINELOCH ST
STE 10
ORLANDO FL 32806

000398P001-1447A-070
COMPTROLLER OF MARYLAND REVENUE
REVENUE ADMINISTRATION CENTER
80 CALVERT STREET
ANNAPOLIS MD 21404

000171P001-1447A-070
CONSERVICE THE UTILITY EXPERTS
PO BOX 4718
LOGAN UT 84323-4718

000171S001-1447A-070
CONSERVICE THE UTILITY EXPERTS
MASON OZMUA
760 S GATEWAY DR
RIVER HTS UT 84321

006921P002-1447A-070
CONSOLIDATED ELECTRONICS INC
TOM STRICKLAND
PO BOX 845
ALPHARETTA GA 30009

012227P001-1447A-070
CONSUMER LAW ATTORNEYS CORP
CHRISTOPHER HIXON ESQ
2727 ULMERTON RD
STE 270
CLEARWATER FL 33762

000172P001-1447A-070
CONVERGENET
1253 SCARLET OAK CIR
VERO BEACH FL 32966

000172S001-1447A-070
CONVERGENET
925 Westchester Ave
White Plains NY 10604

000173P002-1447A-070
CONVERGNET VOICE LLC
SARAH BRYANT
1253 SCARLET OAK CIR
VERO BEACH FL 32966

000173S001-1447A-070
CONVERGNET VOICE LLC
925 Westchester Ave
White Plains NY 10604

000107P002-1447S-070
COOPER LEVENSON P.A.
STACEY MATTIA
30 FOX HUNT DRIVE
BEAR DE 19701

006203P001-1447A-070
COOPER MILTON
500 NORTH BROADWAY STE 201
PO BOX 9010
JERICHO NY 11753

006203S001-1447A-070
COOPER MILTON
MILTON COOPER
KIMCO REALTY CORP
6060 PIEDMONT ROW DR SOUTH STE 200
CHARLOTTE NC 28287

011963P001-1447A-070
COOPERMAN SEAN
9720 WYETH CT
WELLINGTON FL 33414

000175P001-1447A-070
CORAL SPRINGS IMPROV DIST
10300 NW 11TH MANOR
CORAL SPRINGS FL 33071

006183P001-1447A-070
CORAL TERRACE COMMERCIAL LLC
PAN AMERICAN GROUP
150 ALHAMBRA CIR STE 925
CORAL GABLES FL 33134

011947P001-1447A-070
CORNERSTONE ONDEMAND INC
LEGAL DEPT
1601 CLOVERFIELD BLVD
STE 600
SANTA MONICA CA 90040

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

011986P001-1447A-070
CORNERSTONE ONDEMAND INC
1601 CLOVERFIELD BLVD
STE 620 SOUTH
SANTA MONICA CA 90404

012408P001-1447A-070
CORNERSTONE ONDEMAND INC
LEGAL DEPT
1601 CLOVERFIELD BLVD
STE 620 SOUTH
SANTA MONICA CA 90404

310413P001-1447A-070
CORPORATE SVC CO
251 LITTLE FALLS DR
WILMINGTON DE 19807

012427P001-1447A-070
CORPORATE SVC CO
PO BOX 13397
PHILADELPHIA PA 19101-3397

002610P001-1447A-070
DIANE COTTRELL
ADDRESS INTENTIONALLY OMITTED

006186S001-1447A-070
CP DEERFIELD LLC
THE CORNFELD GROUP
3850 HOLLYWOOD BLVD STE 400
HOLLYWOOD FL 33021

006175P001-1447A-070
CP PEMBROKE PINES LLC
THE CORNFELD GROUP
3859 HOLLYWOOD BLVD STE 400
HOLLYWOOD FL 33021

006175S001-1447A-070
CP PEMBROKE PINES LLC
SELECT STRATEGIES BROKERAGE
5770 HOFFNER AVE STE 102
ORLANDO FL 32822

006175S003-1447A-070
CP PEMBROKE PINES LLC
3850 HOLLYWOOD BLVD
STE 400
HOLLYWOOD FL 33021

006175S004-1447A-070
CP PEMBROKE PINES LLC
PO BOX 865279
ORLANDO FL 32886-5279

001104P001-1447A-070
JOSEPH CREEGAN III
ADDRESS INTENTIONALLY OMITTED

001104S001-1447A-070
JOSEPH CREEGAN III
TRENAM KEMKER
ADDRESS INTENTIONALLY OMITTED

012421P001-1447A-070
JOSEPH J CREEGAN III
1350 E NEWPORT CTR DR
STE 110
DEERFIELD BEACH FL 33442

012421S001-1447A-070
JOSEPH J CREEGAN III
PETER BLOOD
290 SE 5TH AVE
POMPANO BEACH FL 33060

006169P001-1447A-070
CROSS COUNTY ASSOCIATES LIMITED PARTNERSHIP
3333 NEW HYDE PK RD STE 100
PO BOX 5020
NEW HYDE PARK NY 11042

006169S002-1447A-070
CROSS COUNTY ASSOCIATES LIMITED PARTNERSHIP
CROSS COUNTY OWNER, LLC
DEBBY ZIEG MAINTENANCE DEPT
3611 14TH AVE
STE 420
BROOKLYN NY 11218

011924P001-1447A-070
CROSS COUNTY OWNER LLC
3333 NEW HYDE PK RD STE 100
PO BOX 5020
NEW HYDE PARK NY 11042

011924S002-1447A-070
CROSS COUNTY OWNER LLC
DEBBY ZIEG MAINTENANCE DEPT
3611 14TH AVE
STE 420
BROOKLYN NY 11218

006169S001-1447A-070
CROSS COUNTY OWNER, LLC
LOCKBOX 865080
PO BOX 865080
ORLANDO FL 32886

006144P001-1447A-070
CROSSING SHOPPING VILLAGE ASSOCIATES LLLP
6625 MIAMI LAKES DR STE 340
MIAMI LAKES FL 33014-2705

310411P002-1447A-070
CROWE LLP
GLEN BEANLAND
401 E LAS OLAS BLVD
FORT LAUDERDALE FL 33301

012425P001-1447A-070
CROWE LLP
PO BOX 71570
CHICAGO IL 60694-1570

006827P002-1447A-070
CRP II HORIZON PARK LLC
2501 S MACDILL AVE
TAMPA FL 33629

006827S001-1447A-070
CRP II HORIZON PARK LLC
SEMBLER COMPANY
5858 CENTRAL AVENUE
ST. PETERSBURG FL 33707

006827S002-1447A-070
CRP II HORIZON PARK LLC
IURILLO LAW GROUP
CAMILLE J IURILLO, ESQ.
5628 CENTRAL AVENUE
ST PETERSBURG FL 33707

006827S003-1447A-070
CRP II HORIZON PARK LLC
WOMBLE BOND DICKINSON US LP
KEVIN J MANGAN
1313 NORTH MARKET ST STE 1200
WILMINGTON DE 19801

006260P001-1447A-070
ERIC CRUZ
MANDER LAW GROUP
BOBBI MADONNA
14217 THIRD ST
DADE CITY FL 33523-3828

007731P001-1447A-070
CSFB 2005-C6
TORCHLIGHT INVESTORS
GIANLUCA MONTALTI
230 PARK AVE
12TH FLOOR
NEW YORK NY 10169

YouFit Health Clubs, LLC, et al.
Exhibit Pages

310441P001-1447A-070
CTO TEAM, LLC
1513 LEONE LN
PORT ORANGE FL 32129

310423P001-1447A-070
CURTIS CLUB ADVISORS LLC
ART CURTIS
13519 MATANZAS PL
LAKEWOOD RANCH FL 34202

012434P001-1447A-070
CURTIS CLUB ADVISORS LLC
13519 MATANZAS PL
LAKEWOOD RANCH FL 34202

006319P001-1447A-070
CUYAHOGA COUNTY ADMINISTRATIVE HEADQUARTES
2079 EAST NINTH STREET
CLEVELAND OH 44115

011948P001-1447A-070
DAASLY INC
8004 NW 154TH ST #632
MIAMI LAKES FL 33016

310442P001-1447A-070
DABO FIRE INSPECTION AND SERVICE, INC
1363 22ND ST NORTH
STE A
ST. PETERSBURG FL 33713

007715P001-1447A-070
DALLAS COUNTY TAX OFFICE
PO BOX 139066
DALLAS TX 75313-9066

007715S001-1447A-070
DALLAS COUNTY TAX OFFICE
1201 ELM ST
STE 2600
DALLAS TX 75270

011782P001-1447A-070
DALLAS COUNTY TX
DARRYL MARTIN
COUNTY ADMINISTRATOR
411 ELM ST
2ND FLOOR
DALLAS TX 75202

006226P001-1447A-070
DANIA LIVE 1748 LLC
500 NORTH BROADWAY STE 201
PO BOX 9010
JERICHO NY 11753

006226S001-1447A-070
DANIA LIVE 1748 LLC
KIMCO REALTY CORP
6060 PIEDMONT ROW DR SOUTH STE 200
CHARLOTTE NC 28287

006226S002-1447A-070
DANIA LIVE 1748 LLC
3333 NEW HYDE PK RD
STE 100
NEW HYDE NY 11042

006226S003-1447A-070
DANIA LIVE 1748 LLC
PO BOX 62045
NEWARK NJ 07101

000086P001-1447A-070
DATACOMM SVC CORPORTATION
3717 CHERRY RD
MEMPHIS TN 38118

011949P001-1447A-070
DATASITE
733 S MARQUETTE AVE
MINNEAPOLIS MN 55402

310443P001-1447A-070
DATASITE LLC
PO BOX 74007252
CHICAGO IL 60674-7252

006280P001-1447A-070
KURT DAVIS
RUSSEL A WADE III PA
PO BOX 172
LAKE BUTLER FL 32054-0172

006220P001-1447A-070
DDS LIBERTY ROAD LLC
POST OFFICE BOX 32429
PIKESVILLE MD 21208

310444P001-1447A-070
DEFINITI
2201 TIMBERLOCH PL
STE 150
THE WOODLANDS TX 77380

000018P001-1447S-070
DELAWARE ATTORNEY GENERAL
BANKRUPTCY DEPT
CARVEL STATE OFFICE BLDG
820 N FRENCH ST 6TH FL
WILMINGTON DE 19801

000012P002-1447S-070
DELAWARE DIVISION OF REVENUE
CHRISTINA ROJAS
CARVEL STATE OFFICE BUILD 8TH FL
820 N FRENCH ST
WILMINGTON DE 19801

000010P001-1447S-070
DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
401 FEDERAL ST STE 4
DOVER DE 19901

000011P001-1447S-070
DELAWARE STATE TREASURY
BANKRUPTCY DEPT
820 SILVER LAKE BLVD
STE 100
DOVER DE 19904

000006P001-1447A-070
DENTON COUNTY TAX OFFICE
MICHELLE FRENCH
PO BOX 90223
DENTON TX 76202

000178P001-1447A-070
DENVER WATER
PO BOX 173343
DENVER CO 80217-3343

000178S001-1447A-070
DENVER WATER
1600 W 12th Ave
Denver CO 80204

000365P001-1447A-070
DEPT OF ATTORNEY
CONSUMER PROTECTION UNIT
150 SOUTH MAIN ST
PROVIDENCE RI 02903

007716P001-1447A-070
DESOTO COUNTY TAX COLLECTOR
PO BOX 729
ARCADIA FL 34265

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 007716S001-1447A-070<br>DESOTO COUNTY TAX COLLECTOR<br>201 E OAK ST<br>STE 101<br>ARCADIA FL 34266 | 006256P002-1447A-070<br>DESOTO PROPERTIES LLC<br>506 S DIXIE HIGHWAY<br>HALLANDALE FL 33009 | 007732P001-1447A-070<br>DESOTO PROPERTIES LLC<br>500 S DIXIE HWY<br>HALLANDALE FL 33009 | 007732S001-1447A-070<br>DESOTO PROPERTIES LLC<br>ISRAM REALTY<br>500 S DIXIE HWY<br>HALLANDALE FL 33009 |
| 007732S002-1447A-070<br>DESOTO PROPERTIES LLC<br>9100 CONROY WINDMERE RD<br>STE 200<br>WINDERMERE FL 34786 | 011987P001-1447A-070<br>DEX IMAGING LLC STAPLES<br>DEX IMAGING LLC<br>PO BAX 17454<br>CLEAR WATER FL 33762 | 006828P001-1447A-070<br>DIM VASTGOED LANDLORD INC<br>BRODY AND BRODY PA<br>JONATHAN E BRODY ESQ<br>2850 N ANDREWS AVE<br>FT LAUDERDALE FL 33311 | 006219P001-1447A-070<br>DIM VASTGOED NV<br>LEGAL DEPT<br>1600 NORTHEAST MIAMI GARDENS DR<br>NORTH MIAMI BEACH FL 33179 |
| 006219S001-1447A-070<br>DIM VASTGOED NV<br>EQUITY ONE REALTY AND MANAGEMENT FL INC<br>HAMMOCKS TOWN CENTER PROPERTY MANAGER<br>1550 NORTHEAST MIAMI GARDENS DR STE 500<br>NORTH MIAMI BEACH FL 33179 | 011933P002-1447A-070<br>DIM VASTGOED NV<br>ONE INDEPENDENT DR STE 114<br>JACKSONVILLE FL 32202 | 011933S001-1447A-070<br>DIM VASTGOED NV<br>DIM VASTGOED LANDLORD INC<br>BRODY AND BRODY PA<br>JONATHAN E BRODY ESQ<br>2850 N ANDREWS AVE<br>FT LAUDERDALE FL 33311 | 011933S003-1447A-070<br>DIM VASTGOED NV<br>HAMMOCKS TOWN CENTER PROPERTY MANAGER<br>1550 NORTHEAST MIAMI GARDENS DR STE 500<br>NORTH MIAMI BEACH FL 33179 |
| 000180P001-1447A-070<br>DIRECT ENERGY BUSINESS-SPRING CREEK<br>P O BOX 70220<br>PHILADELPHIA PA 19176-0220 | 000180S001-1447A-070<br>DIRECT ENERGY BUSINESS-SPRING CREEK<br>12 GREENWAY PLZ<br>HOUSTON TX 77046 | 011988P001-1447A-070<br>DIRECTTV NATIONAL ACCOUNT COMMERCIAL<br>CUSTOMER AGREEMENT<br>DIRECTV<br>PO BOX 105249<br>ATLANTA GA 30348 | 006491P001-1447A-070<br>DIRECTV<br>2230 E IMPERIAL HWY<br>EL SEGUNDO CA 90245 |
| 006491S001-1447A-070<br>DIRECTV<br>PO BOX 105249<br>ATLANTA GA 30348 | 011989P001-1447A-070<br>DIRECTV LLC<br>DIRECTV<br>PO BOX 105249<br>ATLANTA GA 30348 | 011950P001-1447A-070<br>DOCUGREEN CORP<br>401 E LAS OLAS BLVD<br>STE 1400<br>FORT LAUDERDALE, FL 33301 FL 33301 | 011972P001-1447A-070<br>DOCUSIGN INC<br>221 MAIN ST<br>STE 1000<br>SAN FRANCISCO CA 94105 |
| 012403P001-1447A-070<br>DOMO<br>772 E UTAH VALLEY DR<br>AMERICAN FORK UT 84003-9773 | 006900P001-1447A-070<br>DOMO INC<br>772 E UTAH VLY DR<br>AMERICAN FORK UT 84003-9773 | 006829P001-1447A-070<br>DONNA OSTERMILLER<br>RUTAN AND TUCKER LLP<br>611 ANTON BLVD<br>STE 1400<br>COSTA MESA CA 92626 | 006309P001-1447A-070<br>DORCHESTER COUNTY<br>MICHAEL SPEARS DIRECTOR<br>DEPT OF FINANCE<br>COUNTY OFFICE BUILDING<br>501 COURT LN<br>CAMBRIDGE MD 21613 |
| 000009P001-1447A-070<br>DORIS MALOY, TAX COLLECTOR<br>PO BOX 1835<br>TALLAHASSEE FL 32302-1835 | 000010P001-1447A-070<br>DOUG BELDEN TAX COLLECTOR<br>PO BOX 30012<br>TAMPA FL 33630-3012 | 011776P001-1447A-070<br>DOUGLAS COUNTY GA<br>MARK TEAL<br>COUNTY ADMINISTRATOR<br>8700 HOSPITAL DR<br>DOUGLASVILLE GA 30134 | 310445P001-1447A-070<br>DUNCAN CUSTOM INTERIORS<br>10980 CRICHTON CT<br>JACKSONVILLE FL 32221 |

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

000003P001-1447A-070
DUVAL COUNTY TAX COLLECTOR
MICHAEL CORRIGAN
PO BOX 44009
JACKSONVILLE FL 32231-4009

000003S001-1447A-070
DUVAL COUNTY TAX COLLECTOR
231 FORSYTH STREET
SUITE 130
JACKSONVILLE FL 322202

000080P001-1447A-070
DYNAMARK SECURITY
6954 FOREST HILL AVE
RICHMOND VA 23225

006205S002-1447A-070
EBLR, LLC
DE PRIMA LLC
EBLR LLC
700 FRONT ST
STE 2302
SAN DIEGO CA 92102

000278P001-1447A-070
EEOC ATLANTA DISTRICT OFFICE
DARRELL GRAHAM ACTING DIRECTOR
SAM NUNN ATLANTA FEDERAL CENTER
100 ALABAMA ST SW STE 4R30
ATLANTA GA 30303

000275P001-1447A-070
EEOC BIRMINGHAM DISTRICT OFFICE
BRADLEY A ANDERSON DIRECTOR
RIDGE PARK PL
1130 22ND ST SOUTH STE 2000
BIRMINGHAM AL 35202

000281P001-1447A-070
EEOC DALLAS DISTRICT OFFICE
BELINDA MCCALLISTER DIRECTOR
207 S HOUSTON ST
3RD FLOOR
DALLAS TX 75202

000282P001-1447A-070
EEOC HOUSTON DISTRICT OFFICE
RAYFORD O IRVIN DIRECTOR
MICKEY LELAND BUILDING
1919 SMITH ST 6TH FLOOR
HOUSTON TX 77002

000280P001-1447A-070
EEOC MEMPHIS DISTRICT OFFICE
DELNER FRANKLIN-THOMAS DIRECTOR
1407 UNION AVE 9TH FLOOR
MEMPHIS TN 38104

000277P001-1447A-070
EEOC MIAMI DISTRICT OFFICE
MICHAEL FERRELL DIRECTOR
MIAMI TOWER
100 SE 2ND ST STE 1500
MAMI FL 33131

000279P001-1447A-070
EEOC PHILADELPHIA DISTRICT OFFICE
JAMIE WILLIAMSON DIRECTOR
801 MARKET ST STE 1300
STE 1300
PHILADELPHIA PA 19107-3127

000276P001-1447A-070
EEOC PHOENIX DISTRICT OFFICE
ELIZABETH CADLE DIRECTOR
3300 NORTH CENTRAL AVE
STE 690
PHOENIX AZ 85012-2504

011983S002-1447A-070
ELECTRIC GENERATION SUPPLIER
1500 RANKLIN RD
STE 200
HOUSTON TX 77073

012167P003-1447A-070
ELITE LOCK AND KEY LLC
DBA ELITE LOCK SOLUTIONS
SARAH SARTIPY
9925 REISTERTOWN RD
OWINGS MILLS MD 21117

012167S001-1447A-070
ELITE LOCK AND KEY LLC
DBA ELITE LOCK SOLUTIONS
SARAH SARTIPY
8W HAMILTON ST
BALTIMORE MD 21201

000183P001-1447A-070
ENGIE RESOURCES
1990 POST OAK BLVD STE 1900
HOUSTON TX 77056-3831

310414P001-1447A-070
ENGLANDER AND FISCHER
LENNY ENGLANDER
721 FIRST AVE N
ST PETERSBURG FL 33701

012428P001-1447A-070
ENGLANDER AND FISCHER
721 FIRST AVE NORTH
ST. PETERSBURG FL 33701

000184P001-1447A-070
ENTERGY - ALGIERS
PO BOX 8108
BATON ROUGE LA 70891-8106

000184S001-1447A-070
ENTERGY - ALGIERS
639 LOYOLA AVE
NEW ORLEANS LA 70113

000186P001-1447A-070
ENTERGY - MANHATTAN
P O BOX 8108
BATON ROUGE LA 70891-8108

000186S001-1447A-070
ENTERGY - MANHATTAN
639 LOYOLA AVE
NEW ORLEANS LA 70113

000185P001-1447A-070
ENTERGY - SOUTHAVEN
PO BOX 8105
BATON ROUGE LA 70891-8105

000185S001-1447A-070
ENTERGY - SOUTHAVEN
639 LOYOLA AVE
NEW ORLEANS LA 70113

000283P001-1447A-070
ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF GENERAL COUNSEL
ARIEL RIOS BUILDING
1200 PENNSYLVANIA AVE NW MAIL CODE 2310A
WASHINGTON DC 20460

000284P001-1447A-070
ENVIRONMENTAL PROTECTION AGENCY
5 POST OFFICE SQUARE
STE 1100
BOSTON MA 02109-7341

000285P001-1447A-070
ENVIRONMENTAL PROTECTION AGENCY
1650 ARCH ST
PHILADELPHIA PA 19103-2029

000286P001-1447A-070
ENVIRONMENTAL PROTECTION AGENCY
SAM NUNN ATLANTA FEDERAL CENTER
61 FORSYTH ST SW
ATLANTA GA 30303

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

03/12/2021 04:06:02 PM

000287P001-1447A-070
ENVIRONMENTAL PROTECTION AGENCY
1201 ELM ST
STE 500
DALLAS TX 75270

000288P001-1447A-070
ENVIRONMENTAL PROTECTION AGENCY
75 HAWTHORNE ST
SAN FRANCISCO CA 94105

006830P001-1447A-070
EQUITY ONE
BRODY AND BRODY PA
JONATHAN E BRODY ESQ
2850 N ANDREWS AVE
FT LAUDERDALE FL 33311

006499P001-1447A-070
EQUITY ONE (FLORIDA PORTFOLIO) INC
EQUITY ONE INC
ONE INDEPENDENT DR
STE 114
JACKSONVILLE FL 32202

006499S001-1447A-070
EQUITY ONE (FLORIDA PORTFOLIO) INC
EQUITY ONE INC
PO BOX 740462
ATLANTA GA 30374-0462

006499S002-1447A-070
EQUITY ONE (FLORIDA PORTFOLIO) INC
LEGAL DEPT
1600 NE MIAMI GARDENS DR STE 500
NORTH MIAMI BEACH FL 33179

006499S003-1447A-070
EQUITY ONE (FLORIDA PORTFOLIO) LLC.
EQUITY ONE REALTY AND MANAGEMENT FL INC
PINE ISLAND PROPERTY MANAGER
1550 NE MIAMI GARDENS DR STE 500
NORTH MIAMI BEACH FL 33179

006150P001-1447A-070
EQUITY ONE FLORIDA PORTFOLIO INC
LEGAL DEPT
1600 NORTHEAST MIAMI GARDENS DR
NORTH MIAMI BEACH FL 33179

006150S001-1447A-070
EQUITY ONE FLORIDA PORTFOLIO INC
EQUITY ONE REALTY AND MANAGEMENT FL INC
SHOPPES OF NORTH PORT PROPERTY MANAGER
STE 500 1550 NORTHEAST MIAMI GARDENS DR
NORTH MIAMI BEACH FL 33179

006173P001-1447A-070
EQUITY ONE FLORIDA PORTFOLIO INC
LEGAL DEPT
1600 NE MIAMI GARDENS DR STE 500
NORTH MIAMI BEACH FL 33179

006173S001-1447A-070
EQUITY ONE FLORIDA PORTFOLIO INC
EQUITY ONE REALTY AND MANAGEMENT FL INC
PINE ISLAND PROPERTY MANAGER
1550 NE MIAMI GARDENS DR STE 500
NORTH MIAMI BEACH FL 33179

011925P001-1447A-070
EQUITY ONE FLORIDA PORTFOLIO LLC
EQUITY ONE INC
ONE INDEPENDENT DR
STE 114
JACKSONVILLE FL 32202

000033P003-1447A-070
EVANSTON INSURANCE CO
TEN PKWY NORTH
#100
DEERFIELD IL 60015

310446P001-1447A-070
FALSE ALARM REDUCTION UNIT
PO BOX 5489
GAINESVILLE FL 32627-5489

310447P001-1447A-070
FELCO AIR CONDITIONING, INC
11930 SW 128TH AVE
MIAMI FL 33168

011354P001-1447A-070
FIFTH THIRD BANK AS AGENT
GENERAL COUNSEL BANKRUPTCY
38 FOUNTAIN SQUARE PLZ
CINCINNATI OH 04526

011354S001-1447A-070
FIFTH THIRD BANK AS AGENT
PO BOX 5089
EVANSVILLE IN 47716

000072P001-1447A-070
FIRE ALARM SYSTEMS AND SECURITY INC
3901 SW 47TH AVE
STE 408
DAVIE FL 33314

012054P001-1447A-070
FIRESTONE FINANCIAL CORP
27 CHRISTINA ST
NEWTON MA 02461

011951P001-1447A-070
FIRMEX
110 SPADINA AVE
STE 700
TORONTO ON M5V 2K4
CANADA

011952P001-1447A-070
FIT3D
585 BROADWAY ST
REDWOOD CITY CA 94063

006673P001-1447A-070
FITNESS MACHINE TECHNICIANS
8637 WESTFORD RAOD
LUTHERVILLE MD 20193

310448P001-1447A-070
FITNESS SVC OF FLORIDA INC
4220 NW 120TH AVE
CORAL SPRINGS FL 33065

000189P001-1447A-070
FIVE9 INC
4000 Executive Parkway Suite 400
SAN RAMON CA 94583

012097P002-1447A-070
FL- BARBARA FORD-COATES
TAX COLLECTOR SARASOTA CNTY
101 S WASHINGTON BLVD
SARASOTA FL 34236-6993

006227P001-1447A-070
FLAGLER SC LLC
500 NORTH BROADWAY STE 201
PO BOX 9010
JERICHO NY 11753

006227S001-1447A-070
FLAGLER SC LLC
KIMCO REALTY CORP
6060 PIEDMONT ROW DR SOUTH STE 200
CHARLOTTE NC 28287

012395S001-1447A-070
FLAGLER SC LLC
3333 NEW HYDE PK RD
NEW HYDE NY 11753

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 012395S002-1447A-070<br>FLAGLER SC LLC<br>FLAGLER SC LLC<br>PO BOX 62045<br>NEWARK NJ 07101 | 012395S003-1447A-070<br>FLAGLER SC LLC<br>FLAGLER SC LLC<br>KIMCO REALTY CORP<br>6060 PIEDMONT ROW DR SOUTH STE 200<br>CHARLOTTE NC 28287 | 000309P001-1447A-070<br>FLORIDA AGENCY FOR WORKFORCE INNOVATION<br>DIRECTOR<br>THE CALDWELL BUILDING<br>107 EAST MADISON ST STE 100<br>TALLAHASSEE FL 32399 | 000347P001-1447A-070<br>FLORIDA ATTORNEY GENERAL<br>ASHLEY MOODY<br>OFFICE OF THE ATTORNEY GENERAL<br>THE CAPITOL<br>PL-01<br>TALLAHASSEE FL 32399-1050 |
| 000293P001-1447A-070<br>FLORIDA DEPT OF ENVIRONMENTAL PROTECTION<br>3900 COMMONWEALTH BLVD<br>MS 49<br>TALLAHASSEE FL 32399 | 310449P001-1447A-070<br>FLORIDA DEPT OF FINANCIAL SVC<br>DIVISION OF UNCLAIMED PROPERTY<br>PO BOX 6350<br>TALLAHASSEE, FL 32314 | 012058P001-1447A-070<br>FLORIDA DEPT OF REVENUE<br>MARSANNE PETTY LAKE CITY SVC CTR<br>1415 W US HWY 90 STE 115<br>LAKE CITY FL 32055 | 000020P001-1447A-070<br>FLORIDA DEPT OF REVENUE<br>5050 W TENNESSEE ST<br>TALLAHASSEE FL 32399-0120 |
| 000402P001-1447A-070<br>FLORIDA DEPT OF REVENUE<br>FLORIDA REEMPLOYMENT TAX<br>MAIL STOP 3-2000<br>5050 W TENNESSEE ST<br>TALLAHASSEE FL 32399-0112 | 000077P001-1447A-070<br>FLORIDA FIRE SAFETY INC<br>7875 NW 15 ST<br>DORAL FL 33126 | 000374P001-1447A-070<br>FLORIDA STATE<br>UNCLAIMED PROPERTY DIVISION<br>200 EAST GAINES ST<br>TALLAHASSEE FL 32399 | 000446P001-1447A-070<br>FLORIDA UNEMPLOYMENT DIVISION<br>107E MADISON ST<br>TALLAHASSEE FL 32399 |
| 012170P001-1447A-070<br>FORD PATRICIA<br>263 MOUNT PLEASANT AVE<br>NORTH PROVIDENCE RI 02908-3812 | 006508P001-1447A-070<br>FORTRESS SECURITY LLC<br>2000 E RANDOL MILL RD<br>STE 611<br>ARLINGTON TX 76011 | 006508S001-1447A-070<br>FORTRESS SECURITY LLC<br>PO BOX 200337<br>ARLINGTON TX 76006 | 011990P001-1447A-070<br>FORUM ANALYTICS LLC<br>A CBRE CO<br>CBRE 608844<br>PO BOX 848844<br>LOS ANGELES CA 90084-8844 |
| 012404P001-1447A-070<br>FORUM ANALYTICS LLC A CBRE CO<br>FORUM ANALYTICS LLC<br>CBRE 608844<br>PO BOX 848844<br>LOS ANGELES CA 90084-8844 | 000193P001-1447A-070<br>FPL<br>GENERAL MAIL FACILITY<br>MIAMI FL 33188-0001 | 000193S001-1447A-070<br>FPL<br>700 UNIVERSE BLVD<br>JUNO BEACH FL 33408 | 000194P001-1447A-070<br>FPL ENERGY SVC<br>PO BOX 25426<br>MIAMI FL 33102-5426 |
| 000194S001-1447A-070<br>FPL ENERGY SVC<br>700 Universe Blvd<br>JUNO BEACH FL 33408 | 006308P001-1447A-070<br>FREDERICK COUNTY<br>DIANA FOX TREASURER<br>OFFICE OF THE TREASURER FREDERICK COUNTY<br>30 N MARKET ST<br>FREDERICK MD 21701 | 011953P001-1447A-070<br>FRESHADDRESS LLC<br>36 CRAFTS ST<br>NEWTON MA 02458 | 012201P001-1447A-070<br>FRIT COCOWALK OWNER LLC<br>LEGON FODIMAN PA<br>JEFFREY A SUDDUTH ESQ TODD R LEGON ESQ<br>1111 BRICKELL AVE<br>STE 2150<br>MIAMI FL 33133 |
| 012201S001-1447A-070<br>FRIT COCOWALK OWNER LLC<br>BALLARD SPAHR LLP<br>DAVID L POLLACK LINDSEY ZIONTS<br>1735 MARKET ST 51ST FLOOR<br>PHILADELPHIA PA 19103-7599 | 012201S002-1447A-070<br>FRIT COCOWALK OWNER LLC<br>BALLARD SPAHR LLP<br>LESLIE C HEILMAN LAUREL D ROGLEN<br>919 N MARKET ST 11TH FLOOR<br>WILMINGTON DE 19801-3034 | 006266P003-1447A-070<br>FRIT COCOWALK OWNER LLC<br>PROPERTY ONE INC<br>4141 VETERANS BLVD<br>STE 300<br>METAIRIE LA 70002 | 006266S001-1447A-070<br>FRIT COCOWALK OWNER LLC<br>LEGON FODIMAN<br>JEFFREY A SUDDUTH; TODD FODIMAN<br>1111 BRICKELL AVE<br>STE 2150<br>MIAMI FL 33133 |

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

03/12/2021 04:06:02 PM

---

006266S002-1447A-070
FRIT COCOWALK OWNER LLC
LOCKBOX #9320
PO BOX 8500
PHILADELPHIA PA 19178-9320

006266S003-1447A-070
FRIT COCOWALK OWNER, LLC
FEDERAL REALTY INVESTMENT TRUST
LEGAL DEPT
1626 E JEFFERSON ST
ROCKVILLE MD 20852-4041

007717P001-1447A-070
FULTON COUNTY TAX COMMISSIONER
PO BOX 105052
ATLANTA GA 30348-5052

007717S001-1447A-070
FULTON COUNTY TAX COMMISSIONER
141 PRYOR ST SW
ATLANTA GA 30303

006136P001-1447A-070
FWI 16 LLC
BRUCE STRUMPF INC
2120 DREW ST
CLEARWATER FL 33765

006136S001-1447A-070
FWI 16 LLC
197 EIGHTH ST
STE #800
BOSTON MA 02129

006146S003-1447A-070
G AND I IX SOUTHGATE SHOPPING CENTER LLC
NEW PLAN FLORIDA HOLDINGS LLC
BRIXMOR PROPERTY GROUP
OFFICE OF GENERAL COUNSEL
420 LEXINGTON AVE 7TH FLOOR
NEW YORK NY 10170

006146P002-1447A-070
G&I IX SOUTHGATE SHOPPING CENTER LLC
WOOLBRIGHT DEVELOPMENT INC
LEGAL DEPT.
3200 N MILITARY TRL
4TH FLOOR
BOCA RATON FL 33431

012441P002-1447A-070
GA- FULTON COUNTY TAX COMMISSIONER
DAMIKA PITTS
141 PRYOR ST SUITE 1106
ATLANTA GA 30303

012082P003-1447A-070
GA- GWINNETT COUNTY TAX COMMISSIONER
PO BOX 372
LAWRENCEVILLE GA 30046

012082S001-1447A-070
GA- GWINNETT COUNTY TAX COMMISSIONER
ROBIN L COOK
75 LANGLEY DR
Lawrenceville GA 30046

004182P001-1447A-070
CARMEN GARCES
ADDRESS INTENTIONALLY OMITTED

007718P001-1447A-070
GARLAND INDEPENDENT SCHOOL DIST
501 S JUPITER
GARLAND TX 75042

000049P001-1447A-070
GARLAND POLICE DEPT
PO BOX 207780
DALLAS TX 75320-7780

006307P001-1447A-070
GARRETT COUNTY
CHERYL UPHOLD SUPERVISOR
GARRETT COUNTY TAX OFFICE
203 SOUTH FOURTH ST
ROOM 107A
OAKLAND MD 21550

006180P002-1447A-070
GATEWAY RETAIL CENTER LLC
GATOR INVESTMENTS
JAMES A GOLDSMITH
7850 NW 146TH ST
4TH FLOOR
MIAMI LAKES FL 33016

006180S001-1447A-070
GATEWAY RETAIL CENTER LLC
STARK & STARK
JOSEPH H. LEMKIN
993 LENOX DRIVE
LAWRENCEVILLE NJ 08648

006180S002-1447A-070
GATEWAY RETAIL CENTER LLC
7850 NW 146TH ST
MIAMI LAKES FL 33016

000103P002-1447A-070
GATOR ANTOINE PARTNERS LLLP
7850 NW 146TH STREET 4TH FLOOR
4TH FLOOR
MIAMI LAKES FL 33016

000103S002-1447A-070
GATOR ANTOINE PARTNERS LLLP
1595 NE 163RD ST
NORTH MIAMI BEACH FL 33162

000103S003-1447A-070
GATOR ANTOINE PARTNERS LLLP
2229 SAN FELIPE RD
STE 1000
HOUSTON TX 77019

000103S004-1447A-070
GATOR ANTOINE PARTNERS LLLP
STARK AND STARK PC
JOSEPH H LEMKIN ESQ
PO BOX 5315
PRINCETON NJ 08543

006831P001-1447A-070
GATOR ANTOINE PARTNERS LLLP
BUCK KEENAN
J ROBIN LINDLEY ESQ
2229 SAN FELIPE RD
STE 1000
HOUSTON TX 77019

006196P002-1447A-070
GATOR ARGATE GAINESVILLE LLC
GATOR INVESTMENTS
JAMES A. GOLDSMITH
7850 NW 146TH ST
4TH FLOOR
MIAMI LAKES FL 33016

006196S001-1447A-070
GATOR ARGATE GAINESVILLE LLC
STARK & STARK
993 LENOX DRIVE
LAWRENCEVILLE NJ 08648

006196S002-1447A-070
GATOR ARGATE GAINESVILLE LLC
7850 NW 146TH ST
MIAMI LAKES FL 33016

006832P001-1447A-070
GATOR FLOWER MOUND LLC
BUCK KEENAN LLP
J ROBIN LINDLEY ESQ
2229 SAN FELIPE RD
STE 1000
HOUSTON TX 77019

006832S001-1447A-070
GATOR FLOWER MOUND LLC
STARK AND STARK PC
JOSEPH H LEMKIN ESQ
PO BOX 5315
PRINCETON NJ 08543

# YouFit Health Clubs, LLC, et al.
## Exhibit Pages

| | | | |
|---|---|---|---|
| 006212P001-1447A-070<br>GATOR FLOWER MOUND LLC<br>1595 NE 163RD ST<br>NORTH MIAMI BEACH FL 33162 | 006212S001-1447A-070<br>GATOR FLOWER MOUND LLC<br>SHERI-GAYE K. POWELL, ESQ.<br>7850 NW 146TH STREET<br>4TH FLOOR<br>MIAMI FL 33016 | 000199P001-1447A-070<br>GATOR FLOWER MOUND LLC<br>7850 NW 146TH STREET, 4TH FLOOR<br>4TH FLOOR<br>MIAMI LAKES FL 33016 | 006176P002-1447A-070<br>GATOR GREEN ACRES LTD<br>GATOR INVESTMENTS<br>JAMES A GOLDSMITH<br>7850 NW 146TH ST<br>4TH FLOOR<br>MIAMI LAKES FL 33016 |
| 006176S001-1447A-070<br>GATOR GREEN ACRES LTD<br>7850 NW 146TH ST<br>MIAMI LAKES FL 33016 | 006176S002-1447A-070<br>GATOR GREEN ACRES LTD<br>STARK & STARK<br>JOESEPH H. LEMKIN<br>993 LENOX DRIVE<br>LAWRENCEVILLE NJ 08648 | 006808P001-1447A-070<br>GATOR SHELBY PARTNERS LTD<br>1595 NE 163RD ST<br>NORTH MIAMI BEACH FL 33162 | 006808S001-1447A-070<br>GATOR SHELBY PARTNERS LTD<br>7850 NW 146TH STREET<br>4TH FLOOR<br>MIAMI LAKES FL 33016 |
| 006808S002-1447A-070<br>GATOR SHELBY PARTNERS LTD<br>STARK AND STARK PC<br>JOSEPH H LEMKIN ESQ<br>P O BOX 5315<br>PRINCETON NJ 08543 | 000348P001-1447A-070<br>GEORGIA ATTORNEY GENERAL<br>CHRIS CARR<br>40 CAPITAL SQUARE SW<br>ATLANTA GA 30334-1300 | 000310P001-1447A-070<br>GEORGIA DEPT OF LABOR<br>COMMISSIONER<br>SUSSEX PL ROOM 600<br>148 ANDREW YOUNG INTERNATIONAL BLVD NE<br>ATLANTA GA 30303 | 007726P002-1447A-070<br>GEORGIA DEPT OF LAW<br>JACK WILLIAMS<br>COMPLIANCE INVESTIGATOR<br>CONSUMER PROTECTION DIVISION<br>2 MARTIN LUTHER KING JR DRIVE SE STE 356<br>ATLANTA GA 30334 |
| 000294P001-1447A-070<br>GEORGIA DEPT OF NATURAL RESOURSES<br>ENVIRONMENTAL PROTECTION DIVISION<br>2 MARTIN LUTHER KING JR DR SE<br>STE 1152 EAST TOWER<br>ATLANTA GA 30334 | 000295P001-1447A-070<br>GEORGIA DEPT OF NATURAL RESOURSES<br>COMMSIONERS OFFICE<br>2 MARTIN LUTHER KING JR DR SE<br>STE 1152 EAST TOWER<br>ATLANTA GA 30334 | 012059P001-1447A-070<br>GEORGIA DEPT OF REVENUE<br>PO BOX 740391<br>ATLANTA GA 30374-0391 | 000021P001-1447A-070<br>GEORGIA DEPT OF REVENUE<br>PO BOX 105408<br>ATLANTA GA 30348-5408 |
| 000375P001-1447A-070<br>GEORGIA DEPT OF REVENUE<br>UNCLAIMED PROPERTY PROGRAM<br>4245 INTERNATIONAL PARK<br>STE A<br>HAPEVILLE GA 30354 | 000386P001-1447A-070<br>GEORGIA DEPT OF REVENUE  NE<br>1800 CENTURY CENTER BLVD<br>ATLANTA GA 30345 | 000447P001-1447A-070<br>GEORGIA DEPT OF REVENUE NE<br>1800 CENTURY CTR BLVD<br>ATLANTA GA 30345 | 012188P001-1447A-070<br>GF ALT FINANCE II LLC<br>4830 W KENNEDY BLVD<br>STE 880<br>TAMPA FL 33609 |
| 012235P001-1447A-070<br>GIFT CARDS<br>VARIOUS | 006401P001-1447A-070<br>GILBERT CENTER HOLDINGS LLC<br>2701 E CAMELBACK RD<br>STE 170<br>PHOENIX AZ 85016 | 011365P001-1447A-070<br>GILBERT CENTER HOLDINGS LLC<br>SVW PARTNERS LLC<br>CAPITAL ASSET MANAGEMENT<br>3770 N 7TH ST 100<br>PHOENIX AZ 85014 | 011365S001-1447A-070<br>GILBERT CENTER HOLDINGS LLC<br>2701 E CAMELBACK RD<br>PHOENIX AZ 85016 |
| 011991P001-1447A-070<br>GLASSDOOR INC<br>DEPT 3436<br>P O BOX 123436<br>DALLAS TX 75312-3436 | 012405P001-1447A-070<br>GLASSDOOR INC<br>PO BOX 123436<br>DEPT 3436<br>DALLAS TX 75312-3436 | 000204P001-1447A-070<br>GLENWOOD REAL ESTATE SVC LLC<br>4360 E BROWN RD<br>#106<br>MESA AZ 85205 | 000204S001-1447A-070<br>GLENWOOD REAL ESTATE SVC LLC<br>700 WEST JONES STREET<br>Raleigh NC 27603 |

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

011992P001-1447A-070
GLOBAL MUSIC RIGHTS LLC
1801 W OLYMPIC BLVD
PASADENA, CA 91199-2281

006147P001-1447A-070
GLOBAL NORTH BAY LLC
GLOBAL REALTY AND MANAGEMENT FL INC
PROPERTY MANAGEMENT DEPT
4125 NW 88TH AVE
SUNRISE FL 33351

006147S001-1447A-070
GLOBAL NORTH BAY LLC
COHEN LEGAL
RICHARD S COHEN ESQ JASON L COHEN ESQ
811-A NORTH OLIVE AVE
WEST PALM BEACH FL 33401

006262P001-1447A-070
ANDRES GOMEZ
DININ LAW GROUP PA
SCOTT RICHARD DININ
4200 NW 7TH AVE
MIAMI FL 33127

006279P001-1447A-070
JULIA GONZALEZ
LAW OFFICE OF ROBERT N PELIER PA
ROBERT NELSON PELIER
4649 PONCE DE LEON BLVD
STE 301
CORAL GABLES FL 33146-2118

012236P001-1447A-070
GOOGLE INC
DEPT 33654
PO BOX 39000
SAN FRANCISCO CA 94139

000104P001-1447S-070
GRAY ROBINSON P.A.
STEVEN J SOLOMON,ESQ
333 S.E. 2ND AVE.,STE 3200
MIAMI FL 33131

000032P004-1447A-070
GREAT AMERICAN ALLIANCE INSURANCE CO
ADMINISTRATIVE OFFICES
301 E 4TH ST
CINCINNATI OH 45202

310450P001-1447A-070
GREAT AMERICAN INSURANCE CO
SPECIALTY ACCOUNTING
PO BOX 89400
CLEVELAND OH 44101-6400

011877P002-1447A-070
GREAT AMERICAN INSURANCE GROUP
ADMINISTRATIVE OFFICES
301 EAST 4TH ST
CINCINNATI OH 45202

011877S001-1447A-070
GREAT AMERICAN INSURANCE GROUP
REINIG INSURANCE SOLUTIONS
TIFFANY WHITE SALES AND MARKETING CIC CISR
2425 S YANK CIR
LAKEWOOD CO 80228

011993P001-1447A-070
GREAT AMERICAN INSURANCE MULTIPLE
SPECIALTY ACCOUNTING
PO BOX 89400
CLEVELAND OH 44101-6400

012409P001-1447A-070
GREAT AMERICAN INSURANCE MULTIPLE
GREAT AMERICAN INSURANCE CO
SPECIALTY ACCOUNTING
PO BOX 89400
CLEVELAND OH 44101-6400

000002P001-1447S-070
GREENBERG TRAURIG LLP
DENNIS A MELORO
1007 NORTH ORANGE STREET
SUITE 1200
WILMINGTON DE 19801

000003P001-1447S-070
GREENBERG TRAURIG LLP
NANCY A PETERMAN
77 WEST WACKER DRIVE
SUITE 3100
CHICAGO IL 60601

000004P002-1447S-070
GREENBERG TRAURIG LLP
ERIC HOWE
77 WEST WACKER DRIVE
SUITE 3100
CHICAGO IL 60601

000024P001-1447S-070
GREENBERG TRAURIG, LLP
NICHOLAS E BALLEN
77 WEST WACKER DRIVE
SUITE 3100
CHICAGO IL 60601

006807P001-1447A-070
GREENWAY - PARKWAY CORNERS LP
2808 FAIRMOUNT
STE 100
DALLAS TX 75201

011907P001-1447A-070
GREENWAY-PARKWAY CORNERS LP AND
L2 FUTURE CAPITAL LLC
2808 FAIRMOUNT
STE 100
DALLAS TX 75201

007719P001-1447A-070
GREGORY BAKER-DOUGLAS TAX COUNTY COMMISSIONER
6200 FAIRBURN RD
DOUGLASVILLE GA 30134

000057P001-1447S-070
GREYLION
LATHAM & WATKINS LLP
JOHAN (HANS) V. BRIGHAM
200 CLARENDON STREET
BOSTON MA 02116

000206P001-1447A-070
GREYSTONE POWER
PO BOX 6071
DOUGLASVILLE GA 30154-6071

000206S001-1447A-070
GREYSTONE POWER
11490 VETERAN'S MEMORIAL HWY
DOUGLASVILLE GA 30134

000104P002-1447A-070
GRI EQY CONCORD LLC
ONE INDEPENDENT DR SUITE 114
JACKSONVILLE FL 32202

000104S001-1447A-070
GRI EQY CONCORD LLC
1600 NE Miami Gardens Dr
Miami FL 33179-4900

000104S002-1447A-070
GRI EQY CONCORD LLC
PO BOX 531703
ATLANTA GA 30353-1703

000104S004-1447A-070
GRI EQY CONCORD LLC
PO BOX 536412
ATLANTA GA 30353-6412

000104S003-1447A-070
GRI-EQY (CONCORD) LLC
EQUITY ONE REALTY AND MANAGEMENT FL INC
CONCRD SHOPPING PLAZA PROPERTY MGR
1550 NORTHEAST MIAMI GARDENS DR
STE 500
NORTH MIAMI BEACH FL 33179

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

03/12/2021 04:06:02 PM

---

006346P001-1447A-070
GRI-EQY (QUAIL ROOST) LLC
PO BOX 664001
DALLAS TX 75266-4001

006346S001-1447A-070
GRI-EQY (QUAIL ROOST) LLC
MARIA MUNERA ASST PROPERTY MGR
JLL
PO BOX 972834
MIAMI FL 33197

006346S002-1447A-070
GRI-EQY (QUAIL ROOST) LLC
FIRST WASHINGTON REALTY INC
GENERAL COUNSEL
7200 WISCONSIN AVE
STE 600
BETHESDA MD 20814

006516P001-1447A-070
GRI-EQY (QUAIL ROOST) LLC
4350 EAST WEST HIGHWAY STE 400
BETHESDA MD 20814

006516S002-1447A-070
GRI-EQY (QUAIL ROOST) LLC
LEGAL DEPT
1600 NORTHEAST MIAMI GARDENS DR
NORTH MIAMI BEACH FL 33179

006516S003-1447A-070
GRI-EQY (QUAIL ROOST) LLC
EQUITY ONE REALTY AND MANAGEMENT FL INC
THE SHOPPES AT QUAIL ROOST PROPERTY MANAGER
1550 NORTHEAST MIAMI GARDENS DR
STE 500
NORTH MIAMI BEACH FL 33179

007733P001-1447A-070
GROVERPELT LP
DAVID GROVERMAN
1050 STREET ROAD # 1467
SOUTHAMPTON PA 18966

007734P001-1447A-070
GULF TO BAY CENTER LLC
2727 OCEAN BLVD # 906
HIGHLAND BEACH FL 33487

007734S001-1447A-070
GULF TO BAY CENTER LLC
PRLM INC.
PAULINE A PAPPAS
PO BOX 48547
ST. PETERSBURG FL 33743-8547

007734S002-1447A-070
GULF TO BAY CENTER LLC
SHUMAKER LOOP & KENDRICK LLP
240 SOUTH PINEAPPLE AVENUE
PO BOX 49948
SARASOTA FL 34230-6948

006160S001-1447A-070
GULF TO BAY CENTER LLC
PAULINE A PAPPAS AGENT FOR OWNER
PRLM INC
POST OFFICE BOX 48547
ST PETERSBURG FL 33743-8547

006922P001-1447A-070
GWINNETT CNTY TAX COMMISSIONER
PO BOX 372
LAWRENCEVILLE GA 30046

011775P001-1447A-070
GWINNETT COUNTY GA
GLENN STEPHENS
COUNTY ADMINISTRATOR
75 LANGLEY DR
LAWRENCEVILLE GA 30046

310415P002-1447A-070
HALL LAMB HALL AND LETO PA
MATTHEW LETO
2665 SOUTH BAYSHORE DR PENTHOUSE ONE
MIAMI FL 33133

012429P001-1447A-070
HALL LAMB HALL AND LETO PA
2665 SOTH BAYSHORE DR
PENTHOUSE ONE
MIAMI FL 33133

310416P002-1447A-070
HALPERIN V YOUFIT SETTLEMENT FUND
JND LEGAL ADMINISTRATION
PO BOX 11037
SEATTLE WA 98111-9037

006258P001-1447A-070
CYDNEY HALPERIN
KAUFMAN PA
AVI ROBERT KAUFMAN
31 SAMANA DR
MIAMI FL 33133

006258S001-1447A-070
CYDNEY HALPERIN
EDELSBERG LAW PA
SCOTT ADAM EDELSBERG
20900 NE 30TH AVE 417
AVENTURA FL 33180

006258S002-1447A-070
CYDNEY HALPERIN
JORDAN DAVID UTANSKI
700 71ST ST
MIAMI BEACH FL 33141

006258S003-1447A-070
CYDNEY HALPERIN
SHAMIS AND GENTILE PA
ANDREW JOHN SHAMIS
14 NE 1ST AVE
STE 1205
MIAMI FL 33132

012237P001-1447A-070
CYDNEY HALPERIN
14 NE 1ST AVE
MIAMI FL 33132

012238P001-1447A-070
CYDNEY HALPERIN
20900 NE 30TH AVE 417
AVENTURA FL 33180

012239P001-1447A-070
CYDNEY HALPERIN
31 SAMANA DR
MIAMI FL 33133

012240P001-1447A-070
CYDNEY HALPERIN
700 71ST ST
MIAMI BEACH FL 33141

001361P001-1447A-070
JILLIAN HALPERIN
ADDRESS INTENTIONALLY OMITTED

006306P001-1447A-070
HARFORD COUNTY
KATHRYN HEWITT TREASURER
OFFICE OF THE TREASURER HARFORD COUNTY
220 SOUTH MAIN ST
BEL AIR MD 21014

006145P002-1447A-070
HAYS FINANCIAL CONSULTING LLC
AS RECEIVER FOR SINGLETON SQUARE
C/O RETAIL PLANNING CORPORATION
35 JOHNSON FERRY RD
MARIETTA GA 30068

310451P001-1447A-070
HEALTH EQUITY INC
15 WEST SCENIC POINTE DR
STE 400
DRAPER UT 84020

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

---

012123P001-1447A-070
KIMBERLY HENDRIX
5818 N 12TH PL
PHOENIX AZ 85014-2329

011764P001-1447A-070
HILLSBOROUGH COUNTY FL
CHRISTINE BECK
COUNTY ATTORNEY
601 E KENNEDY BLVD 27TH FLOOR
PO BOX 1110
TAMPA FL 33601-1110

000105P001-1447S-070
HILLSBOROUGH COUNTY TAX COLLECTOR
BRIAN T FITZGERALD,ESQ
SENIOR ASST COUNTY ATTORNEY
POST OFFICE BOX 1110
TAMPA FL 33601-1110

000209P001-1447A-070
HIQ DATA CORP
1414 NW 107TH Ave Ste 204
STE 204
MIAMI FL 33172-2741

000060P001-1447S-070
HOLLAND & KNIGHT
PHILLIP W NELSON;JOSHUA M SPENCER;ANASTASIA M SOTI
150 N RIVERSIDE PLAZA STE 2700
CHICAGO IL 60606

006381P001-1447A-070
HOLLMAN INC
1825 W WALNUT HILL LN
IRVING, TX 75038

000212P001-1447A-070
HORIZON VILLAGE SC 2 LLC
JBL ASSET MANAGEMENT LLC
2028 HARRISON ST STE 202
HOLLYWOOD FL 33020

000212S001-1447A-070
HORIZON VILLAGE SC 2 LLC
251 LITTLE FALLS DRIVE, WILMINGTON
New Castle DE 19808

006834P001-1447A-070
HORIZON VILLAGE SC LLC
JBL ASSET MANAGEMENT LLC
2028 HARRISON ST
STE 202
HOLLYWOOD FL 33020

012241P001-1447A-070
DARREN HORNE
435 E CHEYENNE RD
SAN TAN VALLEY AZ 85143

006305P001-1447A-070
HOWARD COUNTY
JANET R IRVIN DIRECTOR
DEPARTMENT OF FINANCE HOWARD COUNTY
3430 COURTHOUSE DR
ELLICOTT CITY MD 21043

006835P001-1447A-070
HRP SINGLETON SQUARE LLC
RETAIL PLANNING CORP 383
EVA BASS PROPERTY MANAGER
35 JOHNSON FERRY RD
MARIETTA GA 30068

011917P001-1447A-070
HRP SINGLETON SQUARE PARTNERS LP
HAYS FINANCIAL CONSULTING LLC
AS RECEIVER FOR SINGLETON SQUARE
RETAIL PLANNING CORP
35 JOHNSON FERRY RD
MARIETTA GA 30068

006804P001-1447A-070
HSBC BANK USA NATIONAL AS TRUSTEE
FOR MORGAN STANLEY CAPITAL I INC
C/O C-III ASSET MANAGEMENT LLC
52221 N OCONNOR BLVD
STE 600
IRVING TX 75039

006804S001-1447A-070
HSBC BANK USA NATIONAL AS TRUSTEE
RCG SOUTHHAVEN SPE LLC
DAVID J MARMINS ESQ.
171 17TH STREET NW
SUITE 2100
ATLANTA GA 30363

012399P001-1447A-070
HSBC BANK USA NATIONAL ASSOCIATION
AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC
COMMERCIAL MORTGAGE PASS THROUGH ETC
CIII ASSET MANAGEMENT LLC AS SPECIAL SERVICER
5221 N OCONNOR BLVD STE 600
IRVING TX 75039

012399S001-1447A-070
HSBC BANK USA NATIONAL ASSOCIATION
RCG SOUTHAVEN SPE LLC
DAVID J MARMINS ESQ
171 17TH ST NW
ATLANTA GA 30363

007742P001-1447A-070
HULEN POINTE RETAIL
HICKS LAW GROUP LLC
REBECCA A. HICKS; KEVIN S. WILEY, JR.
325 N ST PAUL ST
STE 4400
DALLAS TX 75201

006691P002-1447A-070
HULEN POINTE RETAIL LLC
BO AVERY
917 PALOS VERDES TRL
SOUTHLAKE TX 76092

011912P001-1447A-070
HULEN POINTE RETAIL LLC
325 N ST PAUL ST
STE 4400
DALLAS TX 75201

011912S001-1447A-070
HULEN POINTE RETAIL LLC
917 PALOS VERDES TRL
SOUTHLAKE TX 76092

000100S001-1447A-070
HUNTSVILLE UTILITIES
112 SPRAGINS ST NW
HUNTSVILLE AL 35895

000100S001-1447A-070
HUNTSVILLE UTILITIES
112 SPRAGINS ST NW
HUNTSVILLE AL 35801

310452P001-1447A-070
ICE SHAKER INC
2895 MARKET LOOP
SOUTHLAKE TX 76092

011881P002-1447A-070
IGT MEDIA HOLDINGS INC
8395 NE 2ND AVE
MIAMI FL 33138

006694P003-1447A-070
IMAGENET CONSULTING LLC
CONTRACTS DEPARTMENT
913 NORTH BROADWAY AVE
OKLAHOMA CITY OK 73102

011885P001-1447A-070
IMAGENET CONSULTING LLC
CONTRACTS DEPT
913 N BROADWAY
OKLAHOMA CITY OK 73102

000210P002-1447A-070
INFINITE ENERGY
PO BOX #71247
CHARLOTTE NC 28272-1247

# YouFit Health Clubs, LLC, et al.
## Exhibit Pages

000210S001-1447A-070
INFINITE ENERGY
6400 SUGARLOAF PKWY
DULUTH GA 30097

006836P001-1447A-070
INNEX II LLC
SAX WILLINGER AND GOLD
600 S ANDREWS AVE
STE 401
FT LAUDERDALE FL 33301

006132P001-1447A-070
INNEX II LLC
8004 NW 154 ST STE 243
MIAMI LAKES FL 33016

006132S001-1447A-070
INNEX II LLC
SAX WILLINGER AND GOLD
600 S ANDREWS AVE
FT LAUDERDALE FL 33301

000005P001-1447S-070
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

000006P001-1447S-070
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016

000387P001-1447A-070
INTERNAL REVENUE SVC
1111 CONSTITUTION AVE NW
WASHINGTON DC 20224

000436P001-1447A-070
INTERNAL REVENUE SVC
2970 MARKET ST
MAIL STOP 5-Q30-133
PHILADELPHIA PA 19104-5016

011955P001-1447A-070
INTRLINKDS INC
385 THIRD AVE
NINTH FLOOR
NEW YORK NY 10017

012032S001-1447A-070
IRONSHORE INSURANCE SVC LLC
TRENAM KEMKER
101 E KENNEDY BLVD
STE 2700
TAMPA FL 33601

012032P001-1447A-070
IRONSHORE INSURANCE SVCS LLC
28 LIBERTY ST
5TH FLOOR
NEW YORK NY 10005

000388P001-1447A-070
IRS INTERNAL REVENUE SVC
10TH ST AND PENNSYLVANIA AVE NW
WASHINGTON DC 20530

006837P001-1447A-070
IRT PARTNERS LP
BRODY AND BRODY PA
JONATHAN E BRODY ESQ
2850 N ANDREWS AVE
FT LAUDERDALE FL 33311

006148P001-1447A-070
IRT PARTNERS LP
LEGAL DEPT
1600 NORTHEAST MIAMI GARDENS DR
NORTH MIAMI BEACH FL 33179

006148S001-1447A-070
IRT PARTNERS LP
EQUITY ONE REALTY AND MANAGEMENT FL INC
UNIGOLD SHOPPING CENTER PROPERTY MANAGER
1550 NORTHEAST MIAMI GARDENS DR STE 500
NORTH MIAMI BEACH FL 33179

006148S002-1447A-070
IRT PARTNERS LP
REGENCY CENTERS CORP
LEASE ADMINISTRATION
ONE INDEPENDENT DR
JACKSONVILLE FL 32202-5019

006148S003-1447A-070
IRT PARTNERS LP
PNC REGENCY ATLANTA
200 GALLERIA PKWY SE #1400
ATLANTA GA 30339

011366P001-1447A-070
IRT PARTNERS LP
REGENCY CENTERS CORP
ATTENTION: LEASE ADMINISTRATION
ONE INDEPENDENT DR
STE 114
JACKSONVILLE FL 32202-5019

011366S001-1447A-070
IRT PARTNERS LP
REGENCY CENTERS CORP
ATTENTION: LEGAL DEPT
ONE INDEPENDENT DR
STE 114
JACKSONVILLE FL 32202-5019

011366S002-1447A-070
IRT PARTNERS LP
REGENCY CENTERS CORP
ATTENTION: PROPERTY MANAGEMENT
1600 NE MIAMI GARDENS DR
NORTH MIAMI BEACH FL 33179

011366S005-1447A-070
IRT PARTNERS LP
JONATHAN E BRODY ESQ
2850 N ANDREWS AVE
FT LAUDERDALE FL 33311

000093P001-1447S-070
IURILLO LAW GROUP PA
CAMILLE J IURILLO;KEVIN L HING
5628 CENTRAL AVE
ST PETERSBURG FL 33707

006384P001-1447A-070
J AND J REFRIGERATION AND HEATING
JERRY'S
J AND J REFRIGERATION
5120 E HEARN
SCOTTSDALE AZ 85254

000211P001-1447A-070
JACKSON EMC
PO BOX 100
JEFFERSON GA 30549-0100

000211S001-1447A-070
JACKSON EMC
850 COMMERCE RD
JEFFERSON GA 30549

012055P001-1447A-070
JAHCO OKLAHOMA PROPERTIES I LLC
JAH REALTY LP
JAY HENRY
750 N ST. PAUL STREET
SUITE 900
DALLAS TX 75201

006838P002-1447A-070
JAHCO OKLAHOMA PROPERTIES I LLC
JAH REALTY LP
JEFF NORMAN
PO BOX 14586
OKLAHOMA CITY OK 73113-0586

006838S002-1447A-070
JAHCO OKLAHOMA PROPERTIES I LLC
CROWE & DUNLEVY
ADAM C HALL ESQ.
324 N ROBINSON AVENUE
SUITE 100
OKLAHOMA CITY OK 73102

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

03/12/2021 04:06:02 PM

---

011902P001-1447A-070
JAHCO OKLAHOMA PROPERTIES I LLC
750 N ST PAUL ST
STE 900
DALLAS TX 75201

011902S001-1447A-070
JAHCO OKLAHOMA PROPERTIES I LLC
324 N ROBINSON AVE
OKLAHOMA CITY OK 73102

011902S002-1447A-070
JAHCO OKLAHOMA PROPERTIES I LLC
PO BOX 14586
OKLAHOMA CITY OK 73113-0586

006839P001-1447A-070
JAHCO SPRING CREEK LLC
JAH REALTY LP
AMANDA MAHER SENIOR STAFF ACCOUNTANT
1717 MAIN ST
STE 2600
DALLAS TX 75201

006193P001-1447A-070
JAHCO SPRING CREEK VILLAGE LLC
JAH REALTY LP
JEFF NORMAN
PO BOX 14586
OKLAHOMA CITY OK 73113-0586

006193S001-1447A-070
JAHCO SPRING CREEK VILLAGE LLC
JAH REALTY LP
JAY HENRY
750 N ST PAUL ST STE 900
STE 900
DALLAS TX 75201

011929S001-1447A-070
JAHCO SPRING CREEK VILLAGE LLC
JAHCO OKLAHOMA PROPERTIES I LLC
CROWE AND DUNLEVY ADAM C HALL ESQ
324 N ROBINSON AVE
OKLAHOMA CITY OK 73102

011929S002-1447A-070
JAHCO SPRING CREEK VILLAGE LLC
JAHCO OKLAHOMA PROPERTIES I LLC
JAH REALTY LP JEFF NORMAN
PO BOX 14586
OKLAHOMA CITY OK 73113-0586

006193S002-1447A-070
JAHCO SPRING CREEK VILLAGE, LLC
JEFF NORMAN PRESIDENT
JAH REALTY LP
1008 E HEFNER RD
OKLAHOMA CITY OK 73131

000084P001-1447S-070
JASON BLANK
JOSHUA EGGNATZ;
EGGNATZ PASCUCCI
7450 GRIFFIN RD.,STE 230
DAVIE FL 33314

000002P001-1447A-070
JEFFERSON COUNTY TREASURER
100 JEFFERSON COUNTY PKWY
STE 2520
GOLDEN CO 80419-2520

011778P001-1447A-070
JEFFERSON PARISH COUNTY LA
EULA LOPEZ
COUNCIL CLERK
200 DERBIGNY ST
6TH FLOOR
GRETNA LA 70053-5850

006235P001-1447A-070
JEFFERSON PARISH DEPT OF REVENUE
JEFFERSON PARISH GENERAL GOVERNMENT BUILDING
200 DERBIGNY STREET STE 1200
GRETNA LA 70053

000202P001-1447A-070
JEFFERSON PARISH DEPT OF WATER
PO BOX 10007
JEFFERSON LA 70181-0007

000202S001-1447A-070
JEFFERSON PARISH DEPT OF WATER
1221 ELMWOOD PK BLVD STE 103
EASTBANK OFFICE (YENNI BUILDING)
JEFFERSON LA 70123

007720P001-1447A-070
JEFFERSON PARISH SHERIFF'S OFFICE
PO BOX 130
GRETNA LA 70064-0130

007720S001-1447A-070
JEFFERSON PARISH SHERIFF'S OFFICE
1233 WESTBANK EXPWY
HARVEY LA 70058

006161P001-1447A-070
JEM INVESTMENTS LTD
501 N MORGAN ST STE 502
TAMPA FL 33602

006289P001-1447A-070
JESSAMINE COUNTY TAX ADMINISTRATOR
105 COURT ROW
NICHOLASVILLE KY 40356

011923P002-1447A-070
JLJI PC LLC
PROMENADES MALL E AND A LLC
1835 HALLANDALE BEACH BLVD
STE 834
HALLANDALE BEACH FL 33009

011923S001-1447A-070
JLJI PC LLC
JLJIPC LLC
PO BOX 865246
ORLANDO FL 32886-5246

006206S002-1447A-070
JLJI PC, LLC
KATZ BARRON SQUITERO FAUTS
ELLEN ROSE
2699 SOUTH BAYSHORE DR
SEVENTH FL
MIAMI FL 33133

011923S002-1447A-070
JLJI PC, LLC PROMENADES MALL E AND A LLC
NEWMARK GRUBB KNIGHT FRANK
KELSEY PETERS
4221 W BOY SCOUT BLVD
STE 440
TAMPA FL 33607

006524P001-1447A-070
JLJIPC, LLC
1835 HALLANDALE BEACH BLVD
STE 834
HALLANDALE BEACH FL 33009

006524S001-1447A-070
JLJIPC, LLC
PO BOX 865246
ORLANDO FL 32886-5246

007721P001-1447A-070
JOHN POWER, TAX COLLECTOR ALACHUA CNTY
PO BOX 44310
JACKSONVILLE FL 32231-4310

007721S001-1447A-070
JOHN POWER, TAX COLLECTOR ALACHUA CNTY
12 SE 1ST ST
STE 109
GAINESVILLE FL 32601

011973P001-1447A-070
JOHNSON CONTROLS
14200 E EXPOSITION AVE
AURORA CO 80012

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 011994P001-1447A-070<br>JOHNSON CONTROLS<br>4700 EXCHANGE CT STE 300<br>BOCA RATON FL 33431 | 000076P001-1447A-070<br>JOHNSON CONTROLS FIRE PROTECTION<br>4700 EXCHANGE CT STE 300<br>BOCA RATON FL 33431 | 003096P001-1447A-070<br>JESSICA JOHNSON<br>ADDRESS INTENTIONALLY OMITTED | 003096S001-1447A-070<br>JESSICA JOHNSON<br>ADDRESS INTENTIONALLY OMITTED |
| 006819P001-1447A-070<br>JOSE EDUARDO CHECO<br>ON BEHALF OF HIS MINOR CHILD<br>BLEVINS AND HONG PC<br>RICHARD N BLEVINS JR ESQ<br>191 ROSWELL ST<br>MARIETTA GA 30060 | 006819S001-1447A-070<br>JOSE EDUARDO CHECO<br>ON BEHALF OF HIS MINOR CHILD<br>ALEJANDRO CHECO RODRIGUEZ AND ASSOCIATES LLC<br>RAMIRO RODRIGUEZ JR ESQ<br>332 NORTH MARIETTA PKWY<br>MARIETTA GA 30060 | 011971P001-1447A-070<br>JPMORGAN CHASE BANK NA<br>COMMERCIAL CARD LEGAL<br>10 S DEARBORN ST<br>MAIL CODE IL 1-0286<br>CHICAGO IL 60603-2300 | 003098P001-1447A-070<br>ROGER JULIANELLI<br>ADDRESS INTENTIONALLY OMITTED |
| 012034P001-1447A-070<br>ROGER JULIANELLI<br>ADDRESS INTENTIONALLY OMITTED | 012034S001-1447A-070<br>ROGER JULIANELLI<br>TRENAM KEMKER<br>ADDRESS INTENTIONALLY OMITTED | 012109P001-1447A-070<br>ROGER JULIANELLI<br>1350 E NEWPORT CTR DR<br>STE 110<br>DEERFIELD BEACH FL 33442 | 012109S001-1447A-070<br>ROGER JULIANELLI<br>JASON STROSS<br>5405 LEILANI DR<br>ST. PETE BEACH FL 33706 |
| 310453P001-1447A-070<br>JW PLUMBING CO<br>5829 RODMAN ST<br>HOLLYWOOD FL 33023 | 000075P002-1447S-070<br>KELLEY DRYE & WARREN LLP<br>ROBERT L LEHANE;MARK SCOTT<br>PHILLIP A. WEINTRAUB<br>101 PARK AVE<br>NEW YORK NY 10178 | 000001P002-1447A-070<br>KEN BURTON JR TAX COLLECTOR<br>MANATEE COUNTY TAX COLLECTOR<br>PO BOX 25300<br>BRADENTON FL 34206-5300 | 000011S001-1447A-070<br>KEN BURTON JR TAX COLLECTOR<br>MICHELLE LEESON, PARALEGAL COLLECTIONS<br>SPECIALIST<br>1001 3RD AVENUE W.<br>SUITE 240<br>BRADENTON FL 34205-7863 |
| 007722P001-1447A-070<br>KENNETH L MAUNCOLLIN COUNTY<br>1800 N GRAVES ST<br>#170<br>MCKINNEY TX 75062 | 006304P001-1447A-070<br>KENT COUNTY<br>PAT MERRITT CHIEF FINANCE OFFICER<br>OFFICE OF THE TREASURER KENT COUNTY<br>400 HIGH ST<br>CHESTERTOWN MD 21620 | 000449P001-1447A-070<br>KENTUCKY DEPT OF REVENUE<br>501 HIGH ST<br>FRANKFORT KY 40601-2103 | 000448P001-1447A-070<br>KENTUCKY OFFICE OF UNEMPLOYMENT INSURANCE<br>501 HIGH ST<br>FRANKFORT KY 40601 |
| 006292P001-1447A-070<br>KHEAA<br>PO BOX 798<br>FRANKFORT KY 40602 | 007744P001-1447A-070<br>YOUNG KIM<br>CONSUMER LAW ATTORNEYS CORP<br>CHRISTOPHER HIXON, ESQ.<br>2727 ULMERTON RD<br>STE 270<br>CLEARWATER FL 33762 | 006157P001-1447A-070<br>KIMZAY OF FLORIDA INC<br>500 NORTH BROADWAY STE 201<br>PO BOX 9010<br>JERICHO NY 11753 | 006157S001-1447A-070<br>KIMZAY OF FLORIDA INC<br>KIMCO REALTY CORP<br>6060 PIEDMONT ROW DR SOUTH STE 200<br>CHARLOTTE NC 28287 |
| 006526P001-1447A-070<br>KIMZAY OF FLORIDA, INC<br>3333 NEW HYDE PK RD<br>STE 100<br>NEW HYDE NY 11042 | 006526S001-1447A-070<br>KIMZAY OF FLORIDA, INC<br>PO BOX 62045<br>NEWARK NJ 7101 | 006171P001-1447A-070<br>KIR BRANDON 011 LLC<br>3333 NEW HYDE PARK RD STE 100<br>PO BOX 5020<br>NEW HYDE PARK NY 11042 | 006171S001-1447A-070<br>KIR BRANDON 011 LLC<br>500 NORTH BROADWAY SUITE 201<br>PO BOX 9010<br>JERICHO NY 11753 |

# YouFit Health Clubs, LLC, et al.
## Exhibit Pages

006171S002-1447A-070
KIR BRANDON 011 LLC
C/O KIMCO REALTY CORP
6060 PIEDMONT ROW DRIVE SOUTH
SUITE 200
CHARLOTTE NC 28287

006183S001-1447A-070
KIRELAND CORAL TERRACE , LLC
MELISSA MUNCHICK ESQ
18851 NE 29TH AVE
STE 303
AVENTURA FL 33180

011753P001-1447A-070
KIZMAY OF FLORIDA INC
3333 NEW HYDE PARK 100
PO BOX 5020
NEW HYDE PARK NY 11042-0020

011753S001-1447A-070
KIZMAY OF FLORIDA INC
500 North Broadway, Suite 201
PO BOX 9010
JERICHO NY 11743

011753S002-1447A-070
KIZMAY OF FLORIDA INC
c/o Kimco Realty Corp
6060 Piedmont Row Drive South
SUITE 200
CHARLOTTE NC 28287

011920P001-1447A-070
KIZMAY OF FLORIDA INC
3333 NEW HYDE PK 100
PO BOX 5020
NEW HYDE PARK NY 11042-0020

011920S001-1447A-070
KIZMAY OF FLORIDA INC
500 NORTH BROADWAY STE 201
JERICHO NY 11753

011920S002-1447A-070
KIZMAY OF FLORIDA INC
KIMCO REALTY CORP
6060 PIEDMONT ROW DR SOUTH
STE 200
CHARLOTTE NC 28287

000079P001-1447A-070
KOORSEN FIRE AND SECURITY
2719 N ARLINGTON AVE
INDIANAPOLIS IN 46218-3322

310412P001-1447A-070
KPMG LLP
ROBERT KOLAKOWSKI
150 JOHN F KENNEDY PKWY
SHORT HILLS NJ 07078

012426P001-1447A-070
KPMG LLP
DEPT 0608
PO BOX 120608
DALLAS TX 75312-0608

006247P001-1447A-070
KR INSURANCE SOLUTIONS LLC
2425 S YANK CIR
LAKEWOOD CO 80228

006250P001-1447A-070
KR INSURANCE SOLUTIONS LLC
2425 S YANK CIR
DEERFIELD BEACH FL 33442

310454P001-1447A-070
KYLE PLUMBING II, INC
5 SE 9TH ST
DEERFIELD BEACH FL 33441

006281P001-1447A-070
L2 FUTURE CAPITAL LLC
VINCENT SERAFINO
RICHARD G DAFOE
1601 ELM ST
STE 4100
DALLAS TX 75201

000024P001-1447A-070
LA JEFFERSON PARISH CITY
PO BOX 248
GRETNA LA 70054-0248

000023P001-1447A-070
LA NEW ORLEANS PARISH CITY
1450 POYDRAS ST
STE 800
NEW ORLEANS LA 70112

006402P001-1447A-070
LAFAYETTE PLACE OMV LLC
4008 N FLORIDA AVE
TAMPA FL 33603

006230P001-1447A-070
LAGRANGE PLAZA LLC
BEN LEAHY
1714 E BETHANY HOME RD
PHOENIX AZ 85253

012246P001-1447A-070
AMANDA LAMBETA
1621 TOTEM POLE WAY
LUTZ FL 33559-8681

000216P001-1447A-070
LANCASTER PARTNERS VII LTD
THE PARKWAY COLLECTION
32 S OSPREY AVE STE203
SARASOTA FL 34236

000216S001-1447A-070
LANCASTER PARTNERS VII LTD
32 S Osprey Ave, Ste 102
Sarasota FL 34236-5831

000216S002-1447A-070
LANCASTER PARTNERS VII LTD
WILLIAMS PARKER
TOMMY GREGORY ESQ
200 SOUTH ORANGE AVE
SARASOTA FL 34236

006159P002-1447A-070
LANCASTER PARTNERS VII LTD
32 SOUTH OSPREY AVE
STE 203
SARASOTA FL 34236

011892S001-1447A-070
LANCASTER PARTNERS VII LTD
200 SOUTH ORANGE AVE
SARASOTA FL 34236

006129P001-1447A-070
LARISE ATLANTIS INC
3107 STIRLING RD STE 104
FORT LAUDERDALE FL 33312

006129S001-1447A-070
LARISE ATLANTIS INC
LARISE ATLANTIS INC
103 S US HWY 1
JUPITER FL 33477

006184P001-1447A-070
LAUDERDALE MARKETPLACE INVESTMENTS
BLACK ROCK PARTNERS LTD AUTHORIZED AGENT
1600 SE 17TH ST CAUSEWAY STE 200
FORT LAUDERDALE FL 33316

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

03/12/2021 04:06:02 PM

| | | | |
|---|---|---|---|
| 006229P001-1447A-070<br>LAUDERHILL MALL INVESTMENT LLC<br>1267 NW 40TH AVENUE<br>LAUDERHILL FL 33313 | 000217P001-1447A-070<br>LAUDERHILL MALL INVESTMENT LLC<br>696 NE 125 ST<br>N MIAMI FL 33161 | 000217S001-1447A-070<br>LAUDERHILL MALL INVESTMENT LLC<br>696 NE 125TH STREET<br>North Miami FL 33161 | 011368P001-1447A-070<br>LAURICELLA MANHATTAN LLC<br>MR LOUIS LAURICELLA<br>1200 S CLEARVIEW PKWY<br>STE 1166<br>NEW ORLEANS LA 70123 |
| 011368S001-1447A-070<br>LAURICELLA MANHATTAN LLC<br>PEGGY M ISRAEL<br>5509 MATTFELDT AVE<br>BALTIMORE MD 21209 | 011368S002-1447A-070<br>LAURICELLA MANHATTAN LLC<br>2424 MANHATTAN BLVD<br>HARVEY LA 70058-3449 | 011368S003-1447A-070<br>LAURICELLA MANHATTAN LLC<br>PO BOX 54963<br>NEW ORLEANS LA 70154 | 310417P001-1447A-070<br>LAW OFFICES OF DENNIS L COOK PLLC<br>DENNIS L COOK<br>132 SAINT PETERSBURG DR W<br>OLDSMAR FL 34677-3620 |
| 006385P001-1447A-070<br>LAW OFFICES OF DENNIS L COOK PLLC<br>132 ST PETERSBURG DR W<br>OLDSMAR FL 34677 | 000080P001-1447S-070<br>LAW OFFICES OF KENNETH L BAUM LLC<br>KENNETH L BAUM.ESQ<br>167 MAIN ST<br>HACKENSACK NJ 07601 | 310418P002-1447A-070<br>LAW OFFICES OF SHAWN L BIRKEN<br>100 SE 3RD AVE SITE 1300<br>FORT LAUDERDALE FL 33301 | 012430P001-1447A-070<br>LAW OFFICES OF SHAWN L BIRKEN<br>100 S E 3RD AVE STE 1300<br>FT. LAUDERDALE FL 33394 |
| 006213P001-1447A-070<br>LBX ALAFAYA LLC<br>THE SHOPPING CENTER GROUP LLC<br>PROPERTY MANAGER<br>300 GALLERIA PKWY 12TH FLOOR<br>ATLANTA GA 30339 | 006213S001-1447A-070<br>LBX ALAFAYA LLC<br>THE SHOPING CENTER GROUP LLC<br>300 GALLERIA PKWY 12TH FL<br>ATLANTA GA 30339 | 006810S001-1447A-070<br>LEEBERS DEVELOPMENT LLC<br>J MICHAEL ANDERSON LLC<br>JOHN M ANDERSON<br>PO BOX 9<br>PARKER CO 80134 | 006810P002-1447A-070<br>LEEVERS DEVELOPMENT LLC<br>2195 HIGHWAY 83<br>UNIT A<br>FRANKTOWN CO 80116 |
| 006810S002-1447A-070<br>LEEVERS DEVELOPMENT LLC<br>PO BOX 9<br>PARKER CO 80134 | 011765P001-1447A-070<br>LEON COUNTY FL<br>CHASITY H OSTEEN<br>COUNTY ATTORNEY<br>301 S MONROE ST<br>STE 202<br>TALLAHASSEE FL 32301 | 011995P001-1447A-070<br>LES MILL UNITED STATES TRADING INC<br>PO BOX 74008587<br>CHICAGO IL 60674-8587 | 006290P001-1447A-070<br>LEXINGTON COUNTY TAX COLLECTOR<br>200 E MAIN ST<br>LEXINGTON KY 40507 |
| 006291P001-1447A-070<br>LEXINGTON COUNTY TAX COLLECTOR<br>201 E MAIN ST<br>LEXINGTON KY 40507 | 006205P001-1447A-070<br>LG PLANO BELTLINE LLC<br>LEON CAPITAL GROUP<br>ROB SOLLS<br>2311 CEDAR SPRINGS STE 100<br>DALLAS TX 75201 | 006205S001-1447A-070<br>LG PLANO BELTLINE LLC<br>WICK PHILLIPS GOULD AND MARTIN LLP<br>CHRIS FULLER<br>3131 MCKINNEY AVE STE 100<br>DALLAS TX 75204 | 006711P001-1447A-070<br>LIFE FITNESS, A DIVISION OF BRUNSWICK CORP<br>2716 NETWORK PL<br>CHICAGO IL 60673-1271 |
| 011996P001-1447A-070<br>LINA<br>PO BOX 782447<br>PHILADELPHIA, PA 19178-2447 | 310455P001-1447A-070<br>LINDNER GLASS AND MIRROR, INC<br>6301 FT SMALLWOOD RD<br>BALTIMAORE MD 21226 | 000066P001-1447S-070<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ELIZABETH WELLER<br>2777 N STEMMONS FREEWAY STE 1000<br>DALLAS TX 75207 | 000101P001-1447S-070<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN P DILLMAN<br>P O BOX 3064<br>HOUSTON TX 77253-3064 |

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

011369P001-1447A-070
LOCH RAVEN SHOPPING CENTER LLC
ALLEN AND ROCKS INC
1960 GALLOWS RD
STE 300
VIENNA VA 22128

011369S001-1447A-070
LOCH RAVEN SHOPPING CENTER LLC
ALLEN AND ROCKS INC
RANDALL COHEN GENERAL COUNSEL
1960 GALLOWS RD
STE 300
VIENNA VA 22128

011369S002-1447A-070
LOCH RAVEN SHOPPING CENTER LLC
ALLEN AND ROCKS INC
S RANDALL COHEN GENERAL COUNSEL
1960 GALLOWS RD
STE 300
VIENNA VA 22128

310456P001-1447A-070
LOCKSTAR TALLAHASSE, TALLY LOCKSMITH
PO BOX 661
TALLAHASSEE FL 32302

310457P001-1447A-070
LOCKTEC INC
9007 MEMORIAL PKWY SE
HUNTSVILLE AL 35802

006122P002-1447A-070
LORI BLUETT RECEIVER FOR
HOME CENTER MURRIETA LLC
MC RETAIL I, LLC
1020 PROSPECT ST
STE 425
LA JOLLA CA 92037

006122S001-1447A-070
LORI BLUETT RECEIVER FOR
HOME CENTER MURRIETA, LLC
RUTAN & TUCKER -LISA NEAL
611 ANTON BLVD
SUITE 1400
COSTA MESA CA 92626-1931

000349P001-1447A-070
LOUISIANA ATTORNEY GENERAL
JEFF LANDRY
PO BOX 94095
BATON ROUGE LA 70804-4095

000296P001-1447A-070
LOUISIANA DEPT OF ENVIRONMENTAL QUALITY
LEGAL AFFAIRS DIVISION
GALVEZ BUILDING
602 NORTH FIFTH ST
BATON ROUGE LA 70802

012060P001-1447A-070
LOUISIANA DEPT OF REV
900 MURRAY ST
ALEXANDRIA LA 71301

000022P001-1447A-070
LOUISIANA DEPT OF REVENUE
PO BOX 3138
BATON ROUGE LA 70821-3138

000389P001-1447A-070
LOUISIANA DEPT OF REVENUE
PO BOX 201
617 NORTH 3RD ST
BATON ROUGE LA 70821

000376P001-1447A-070
LOUISIANA DEPT OF REVENUE AND TAXATION
UNCLAIMED PROPERTY DIVISION
PO BOX 91010
BATON ROUGE LA 70821-9010

000311P001-1447A-070
LOUISIANA DEPT OF WORK FORCE COMMISSION
SECRETARY
1001 N 23RD ST
BATON ROUGE LA 70802

006715P001-1447A-070
LUIS GLASS AND WINDOWS CORP
15104 NW 90TH CT
MIAMI LAKES FL 33018

006842P001-1447A-070
LYNNWOOD PLACE E AND A LLC
PHILLIPS EDISON AND CO
LYNWOOD PLACE STATION LLC
AMANDA RIGGS SENIOR LEGAL ANALYST
PO BOX 645414
PITTSBURGH PA 15264

006185P002-1447A-070
LYNNWOOD PLACE E AND A LLC
EDENS LIMITED PARTNERSHIP
1221 MAIN ST
STE 1000
COLUMBIA SC 29201

006185S001-1447A-070
LYNNWOOD PLACE E AND A LLC
THOMPSON BURTON PLLC
RONALD G STEEN JR., ESQ.
6100 TOWER CIRCLE
SUITE 200
FRANKLIN TN 37067

011758P001-1447A-070
MADISON COUNTY AL
DALE W STRONG
100 N SIDE SQUARE
STE 700
HUNTSVILLE AL 35801

006259P001-1447A-070
ARVID MAHENDRU
SHRADER LAW PLLC
BRIAN SHRADER
612 WEST BAY ST
TAMPA FL 33606

310458P001-1447A-070
MAJOR LEAGUE SIGNS
10870 NW 138 ST
STE 1
HIALEAH GARDENS, FL 33018

006153P001-1447A-070
MALL OF GEORGIA LLC
MS MANAGEMENT ASSOCIATES INC
225 WEST WASHINGTON ST
INDIANAPOLIS IN 46204-3438

011888P001-1447A-070
MALL OF GEORGIA LLC
225 WEST WASHINGTON ST
INDIANAPOLIS IN 46204-3438

011766P001-1447A-070
MANATEE COUNTY FL
MITCHELL PALMER
COUNTY ATTORNEY
1112 MANATEE AVE WEST
BRADENTON FL 34205

000089P001-1447S-070
MANATEE COUNTY TAX COLLECTOR , KEN BURTON JR.
ATTN: MICHELLE LEESON, PARALEGAL, COLLECTIONS SPEC
1001 3RD AVE WEST
SUITE 240
BRADENTON FL 34205-7863

006843S001-1447A-070
MANATEE INVESTMENTS III LLC A
AGUA CALIENTE INVESTMENTS III LLC
PARADISE SQUARE SHOPPING CENTER
CASE HUFF AND ASSOCIATES INC
4835 E CACTUS RD STE 443
SCOTTSDALE AZ 85254

006843S002-1447A-070
MANATEE INVESTMENTS III LLC A
MANATEE INVESTMENTS III LLC
4835 E CACTUS RD
STE 443
SCOTTSDALE AZ 85254

006843P001-1447A-070
MANATEE INVESTMENTS III LLC A
SACKS TIERNEY PA
MICHAEL J HARRIS ESQ RANDY NUSSBAUM ESQ
4250 NORTH DRINKWATER BLVD
4TH FL
SCOTTSDALE AZ 85251

YouFit Health Clubs, LLC, et al.
Exhibit Pages

03/12/2021 04:06:02 PM

| | | | |
|---|---|---|---|
| 000069P001-1447S-070<br>MARICOPA COUNTY ATTORNEY'S OFFICE<br>PETER MUTHIG<br>225 W MADISON ST<br>PHOENIX AZ 85003 | 011759P001-1447A-070<br>MARICOPA COUNTY AZ<br>FRAN MCCARROLL<br>CLERK OF THE BOARD OF SUPERVISORS<br>OF MARICOPA COUNTY<br>301 W JEFFERSON 10TH FLOOR<br>PHOENIX AZ 85003 | 006912P001-1447A-070<br>MARICOPA COUNTY TREASURER<br>PO BOX 52133<br>PHOENIX AZ 85072-2133 | 006912S001-1447A-070<br>MARICOPA COUNTY TREASURER<br>MARICOPA COUNTY ATTORNEY'S OFFICE<br>PETER MUTHIG<br>225 W MADISON ST<br>PHOENIX AZ 85003 |
| 000350P001-1447A-070<br>MARYLAND ATTORNEY GENERAL<br>BRIAN FROSH<br>200 ST PAUL PL<br>BALTIMORE MD 21202-2022 | 000312P001-1447A-070<br>MARYLAND DEPT OF LABOR<br>LICENSING AND REGULATION<br>SECRETARY<br>500 N CALVERT ST STE 401<br>BALTIMORE MD 21202 | 000297P001-1447A-070<br>MARYLAND DEPT OF NATURAL RESOURCES<br>580 TAYLOR AVE<br>TAWES STATE OFFICE BUILDING<br>ANNAPOLIS MD 21401 | 012061P001-1447A-070<br>MARYLAND DEPT OF REVENUE<br>PO BOX 8888<br>ANNAPOLIS MD 21401 |
| 000025P001-1447A-070<br>MARYLAND DEPT OF REVENUE<br>301 WEST PRESTON ST<br>BALTIMORE MD 21201-2386 | 000026P001-1447A-070<br>MARYLAND DEPT OF REVENUE<br>110 CARROLL ST<br>ANNAPOLIS MD 21411-0001 | 000298P001-1447A-070<br>MARYLAND DEPT OF THE ENVIRONMENT<br>1800 WASHINTON BLVD<br>BALTIMORE MD 21230 | 000377P001-1447A-070<br>MARYLAND TREASUERES OFFICE<br>UNCLAIMED PROPERTY DIVISION<br>GOLDSTEIN TREASURY BUILDING<br>80 CALVERT ST<br>ANNAPOLIS MD 21401 |
| 310459P001-1447A-070<br>MASSACHUSETTS DEPT OF UNEMPLOYMENT ASSISTANCE<br>PO BOX 419815<br>BOSTON, MA 02241-9815 | 011875P001-1447A-070<br>DAVID A MAYER<br>ADDRESS INTENTIONALLY OMITTED | 003126P001-1447A-070<br>DAVID A MAYER<br>ADDRESS INTENTIONALLY OMITTED | 003126S001-1447A-070<br>DAVID A MAYER<br>ADDRESS INTENTIONALLY OMITTED |
| 011891P001-1447A-070<br>MBW INVESTMENTS LLC<br>1701 NORTH 20TH ST<br>STE B<br>TAMPA FL 33605 | 006268P004-1447A-070<br>MBW INVESTORS<br>ATLAS LAW<br>BRIAN C CHASE; RYAN J VATALARO<br>3902 N MARGUERITE ST<br>TAMPA FL 33603-4828 | 011887P001-1447A-070<br>MC RETAIL I LLC<br>1020 PROSPECT ST<br>STE 425<br>LA JOLLA CA 92037 | 011887S001-1447A-070<br>MC RETAIL I LLC<br>LISA N NEAL ESQ RUTAN AND TUCKER LLP<br>611 ANTON BLVD<br>COSTA MESA CA 92626 |
| 006221P001-1447A-070<br>MCJ IMPROVEMENTS LLC<br>DLC MANAGEMENT CORP<br>GENERAL COUNSEL<br>580 WHITE PLAINS RD<br>TARRYTOWN NY 10591 | 011913P001-1447A-070<br>MCJ IMPROVEMENTS LLC<br>580 WHITE PLAINS AVE<br>TARRYTOWN NY 10591 | 006902P001-1447A-070<br>MCKINSEY STEEL AND SUPPLY OF FLORIDA INC<br>817 NW 5TH AVE<br>FT. LAUDERDALE FL 33311 | 006195P001-1447A-070<br>MCMAHAN GROUP LLC<br>ROY F MCMAHAN III<br>3034 HUNSINGER LANE REAR<br>LOUISVILLE KY 40220 |
| 011906P001-1447A-070<br>MCMAHAN GROUP LLC<br>3034 HUNSINGER LN REAR<br>LOUISVILLE KY 40220 | 011906S001-1447A-070<br>MCMAHAN GROUP LLC<br>PO BOX 20206<br>LOUISVILLE KY 40250-0206 | 012014P001-1447A-070<br>MERRICK BANK<br>135 CROSSWAYS PK DR NORTH<br>WOODBURY NY 11797 | 003131P001-1447A-070<br>RONALD P MERRYMAN<br>ADDRESS INTENTIONALLY OMITTED |

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

003131S001-1447A-070
RONALD P MERRYMAN
ADDRESS INTENTIONALLY OMITTED

310460P001-1447A-070
METRO DADE FIRE AND SAFETY, INC
1918 NORTHWEST 21ST ST
MIAMI FL 33142

000222P004-1447A-070
MIAMI DADE WATER AND SEWER DEPT
COLLECTION BRANCH/BANKRUPTCY UNIT
PO BOX 149089
MIAMI FL 33114

000222S001-1447A-070
MIAMI DADE WATER AND SEWER DEPT
MARLA LLOYD
3071 SW 38TH AVE
CORAL GABLES FL 33146

011767P001-1447A-070
MIAMI-DADE COUNTY FL
ABIGAIL PRICE-WILLIAMS
COUNTY ATTORNEY
STEPHEN P CLARK CENTER
111 NW 1ST ST
MIAMI FL 33128

000014P001-1447S-070
MICHIGAN DEPT OF TREASURY, TAX POL DIV
LITIGATION LIAISON
430 WEST ALLEGAN ST
2ND FL AUSTIN BLDG
LANSING MI 48922

006190P001-1447A-070
MIDLOTHIAN CENTER LLC
CB RICHARD ELLIS
LEASE ADMINISTRATOR
6641 W BROAD ST STE 101
RICHMOND VA 23230

006190S001-1447A-070
MIDLOTHIAN CENTER LLC
DIVERSIFIED REALTY VENTURES
ASSET MANAGER
4920 ELM ST STE 325
BETHESDA MD 20814

006190S002-1447A-070
MIDLOTHIAN CENTER, LLC
DODSON PROPERTY MANAGEMENT
409 E MAIN ST
STE 301
RICHMOND VA 23219

310461P001-1447A-070
MIDLOTHIAN GLASS AND DOOR INC
13311 OAK LN
MIDLOTHIAN VA 23113

310462P001-1447A-070
MIKE'S COMMERCIAL INTERIORS
12983 COUNTY RD 550
FARMSVILLE TX 75442

006539P001-1447A-070
MILLER MECHANICAL, INC
2504 GRENOBLE RD
RICHMOND VA 23294

006539S001-1447A-070
MILLER MECHANICAL, INC
PO BOX 1429
GLEN ALLEN VA 23060

310463P001-1447A-070
MILLLER ADVERTISING AGENCY, INC
10 ROCKERFELLAR PLZ STE 1016
NEW YORK NY 10020

011931P001-1447A-070
MILTON COOPER
500 NORTH BROADWAY STE 201
PO BOX 9010
JERICHO NY 11753

011931S001-1447A-070
MILTON COOPER
COOPER MILTON
KIMCO REALTY CORP
6060 PIEDMONT ROW DR SOUTH STE 200
CHARLOTTE NC 28287

007709P001-1447A-070
MISHORIM GOLD JACKSONVILLE LP
COLLIERS INTERNATIONAL
6641 WEST BROAD ST
STE 101
RICHMOND VA 23230

011911P001-1447A-070
MISHORIM GOLD JACKSONVILLE LP
COLLIERS INTERNATIONAL
6641 W BROAD ST
RICHMOND VA 23230

000351P001-1447A-070
MISSISSIPPI ATTORNEY GENERAL
LYNN FITCH
WALTER SILLERS BUILDING
550 HIGH ST STE 1200
JACKSON MS 39201

000299P001-1447A-070
MISSISSIPPI DEPT OF ENVIRONMENTAL QUALITY
LEGAL DEPT
PO BOX 2261
JACKSON MS 39225

000027P001-1447A-070
MISSISSIPPI DEPT OF REVENUE
PO BOX 960
JACKSON MS 39205

000313P001-1447A-070
MISSISSIPPI EMPLOYMENT SECURITY COMMISSION
EXECUTIVE DIRECTOR
1235 ECHLON PKWY
PO BOX 1699
JACKSON MS 39215-1699

000378P001-1447A-070
MISSISSIPPI STATE TREASURER
UNCLAIMED PROPERTY DIVISION
PO BOX 138
JACKSON MS 39205

000399P001-1447A-070
MISSISSIPPI TAX COMMISSION
PO BOX 22808
JACKSON MS 39225-2808

310464P001-1447A-070
MOBILE UPHOLSTERY SERVICES- DO NOT USE
4220 NW 120TH AVE
CORAL SPRINGS FL 33065

006303P001-1447A-070
MONTGOMERY COUNTY
ALEXANDRE A ESPINOSA DIRECTOR
DEPARTMENT OF FINANCE MONTGOMERY COUNTY
255 ROCKVILLE PIKE
STE L-15
ROCKVILLE MD 20850

000064P001-1447S-070
MONZACK MERSKY BROWDER AND HOCHMAN PA
RACHEL B MERSKY
1201 N ORANGE ST.,STE 400
WILMINGTON DE 19801

011956P001-1447A-070
MOSAIC CONSULTING GROUP
VICKI HILL
2503 EUGENIA AVE
NASHVILLE TN 37211

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

03/12/2021 04:06:02 PM

006194P001-1447A-070
MOSAIC OXBRIDGE OWNERS LLC
MARYLAND FINANCIAL INVESTORS INC
2800 QUARRY LAKE DR STE 340
BALTIMORE MD 21209

011930P001-1447A-070
MOSAIC OXBRIDGE OWNERS LLC
2800 QUARRY LAKE DR STE 340
BALTIMORE MD 21209

011997P001-1447A-070
MOTUS CREATIVE
7304 10TH ST SE
STE A203
LAKE STEVENS WA 98258

011957P001-1447A-070
MOTUS CREATIVE LLC
7304 10TH ST SE
LAKE STEVENS WA 98258

011880P001-1447A-070
MOUNT VERNON FIRE INS CO
1190 DEVON PK DR
WAYNE PA 19087

006238P001-1447A-070
MOUNT VERNON FIRE INSURANCE CO
1190 DEVON PARK DR
WAYNE PA 19087

006731P002-1447A-070
MR HANDYMAN OF CATONSVILLE AND
WEST RANDALLSTOWN
LATEASHA ARMSTEAD
4811 LEEDS AVE STE C
HALETHORPE MD 21227

000226P001-1447A-070
NATIONAL GRID
P O BOX 11739
NEWARK NJ 07101-4739

000226S001-1447A-070
NATIONAL GRID
40 SYLVAN RD
WALTHAM MA 02451

003158P001-1447A-070
NICOLE M NEKOLOFF
ADDRESS INTENTIONALLY OMITTED

003158S001-1447A-070
NICOLE M NEKOLOFF
ADDRESS INTENTIONALLY OMITTED

000227P001-1447A-070
NEW HORIZON
PO BOX 981073
BOSTON MA 02298-1073

000227S001-1447A-070
NEW HORIZON
200 Baker Ave.
Concord MA 1742

000430P001-1447A-070
NEW JERSEY DIVISION OF TAXATION
BANKRUPTCY SECTION
PO BOX 245
TRENTON NJ 08695-0245

006222P001-1447A-070
NEW OAK HILL PLAZA LLC
GARRET BEDRIN
65 HARRISTOWN ROAD STE 301
GLEN ROCK NJ 07452

006222S001-1447A-070
NEW OAK HILL PLAZA LLC
HIRSCHLER FLEISCHER
LAURA LEE GARRETT
2100 EAST CARY STREET
RICHMOND VA 23223

006236P001-1447A-070
NEW ORLEANS PARISH DEPT OF REVENUE
DEPARTMENT OF FINANCE BUREAU OF REVENUE
1300 PERDIDO ST RM 1W15
NEW ORLEANS LA 70012

006844P001-1447A-070
NEW PLAN FLORIDA HOLDINGS LLC
SHUMAKER LOOP AND KENDRICK LLP
SETH P TRAUB ESQ
101 E KENNEDY BLVD
STE 2800
TAMPA FL 33602

006146S001-1447A-070
NEW PLAN FLORIDA HOLDINGS LLC
NEW PLAN FLORIDA HOLDINGS LLC
BRIXMOR PROPERTY GROUP
LEGAL DEPARTMENT VP
9101 INTERNATIONAL DR STE 1600
ORLANDO FL 32819

006146S002-1447A-070
NEW PLAN FLORIDA HOLDINGS LLC
SETH TRAUB
101 E KENNEDY BLVD
SUITE 2800
TAMPA FL 33602

011958P001-1447A-070
NEXTIVA
8800 E CHAPARRAL RD
STE 300
SCOTTSDALE AZ 85250

011921P001-1447A-070
NG SHOPPES AT CRESTHAVEN LLC
1430 BROADWAY #1605
NEW YORK NY 10018

011921S001-1447A-070
NG SHOPPES AT CRESTHAVEN LLC
PO BOX 865818
ORLANDO FL 32886-5818

011921S002-1447A-070
NG SHOPPES AT CRESTHAVEN, LLC
LOCKBOX 865818
11050 LAKE UNDERHILL RD
ORLANDO FL 32825

006217P001-1447A-070
NIMA PLAZA LLC
2899 W 2 AVE
HIALEAH FL 33010

006217S001-1447A-070
NIMA PLAZA LLC
6500 COWPEN RD STE 102,
MIAMI LAKES FL 33014

006217S002-1447A-070
NIMA PLAZA LLC
7600 W 20 AVE
HIALEAH FL 33016

006217S003-1447A-070
NIMA PLAZA, LLC
2087 W 76TH ST
HIALEAH FL 33016

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

006734P001-1447A-070
NORTH PORT OMV II, LLC
OM VENTURE REALTY
4008 N FLORIDA AVE
TAMPA FL 33603

006174P001-1447A-070
NPK CORDOVA LLC
BRIXMOR PROPERTY GROUP
OFFICE OF GENERAL COUNSEL
420 LEXINGTON AVE 7TH FLOOR
NEW YORK NY 10170

006174S001-1447A-070
NPK CORDOVA LLC
NPK CORDOVA LLC BRIXMOR PROPERTY GROUP
VICE PRESIDENT OF LEGAL SVC
3440 PRESTON RIDGE RD BUILDING IV STE 425
ALPHARETTA GA 30005

011900P001-1447A-070
NPK CORDOVA LLC
OFFICE OF GENERAL COUNSEL
420 LEXINGTON AVE 7TH FLOOR
NEW YORK NY 10170

011900S001-1447A-070
NPK CORDOVA LLC
VICE PRESIDENT OF LEGAL SVC
3440 PRESTON RIDGE RD
ALPHARETTA GA 30005

006243P001-1447A-070
ALLAN OAKES
628114 LAUREL OAK LN
ALTAMONTE SPRINGS FL 32701

000085P001-1447A-070
OAKLAND PARK FARP
PO BOX 919358
ORLANDO FL 32891-9358

006142P001-1447A-070
OAKWOOD PLAZA LIMITED PARTNERSHIP
500 NORTH BROADWAY STE 201 PO BOX 9010
JERICHO NY 11753

006142S001-1447A-070
OAKWOOD PLAZA LIMITED PARTNERSHIP
KIMCO REALTY CORP
6060 PIEDMONT ROW DR SOUTH STE 200
CHARLOTTE NC 28287

006142S002-1447A-070
OAKWOOD PLAZA LIMITED PARTNERSHIP
PO BOX 62045
NEWARK NJ 07101

006142S003-1447A-070
OAKWOOD PLAZA LIMITED PARTNERSHIP
3333 NEW HYDE PK RD
STE 100
NEW HYDE NY 11042

000323P001-1447A-070
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
THE CURTIS CENTER STE 740 WEST
170 S INDEPENDENCE MALL WEST
PHILADELPHIA PA 19106-3309

000324P001-1447A-070
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
SAM NUNN ATLANTA FEDERAL CENTER
61 FORSYTH ST SW ROOM 6T50
ATLANTA GA 30303

000325P001-1447A-070
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
A MACEO SMITH FEDERAL BUILDING
525 GRIFFIN ST STE 602
DALLAS TX 75202

000326P001-1447A-070
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
SAN FRANCISCO FEDERAL BUILDING
90 7TH ST STE 2650
SAN FRANCISCO CA 94103

006224P001-1447A-070
OFFICE DEPOT INC
VICE PRESIDENT REAL ESTATE
6600 NORTH MILITARY TRL
BOCA RATON FL 33496

006224S001-1447A-070
OFFICE DEPOT INC
COHEN COMMERCIAL MANAGEMENT
NANCY VIRGA
5041 OKEECHOBEE BLVD
WEST PALM BEACH FL 33417

006224S002-1447A-070
OFFICE DEPOT INC
SANDRA M FERRERA
201 ALHAMBRA CIR STE 1200
CORAL GABLES FL 33134

011935S003-1447A-070
OFFICE DEPOT INC
PO BOX 633980
CINCINNATI OH 45263-3980

000431P001-1447A-070
OFFICE OF EMPLOYEE BENEFITS
DEPT OF ADMINISTRATION
ONE CAPITOL HILL 3RD FLOOR
PROVIDENCE RI 02908

000357P001-1447A-070
OFFICE OF THE ATTORNEY GENERAL
CONSUMER PROTECTION DIVISION
501 WASHINGTON AVE
PO BOX 300152 MONTGOMERY AL 36130
MONTGOMERY AL 36104

000358P002-1447A-070
OFFICE OF THE ATTORNEY GENERAL
CONSUMER INFO AND COMPLAINTS
2005 N CENTRAL AVE
PHOENIX AZ 65004-1592

000361P001-1447A-070
OFFICE OF THE ATTORNEY GENERAL
CONSUMER PROTECTION SECTION
PO BOX 94005
BATON ROUGE LA 70804-9005

000362P001-1447A-070
OFFICE OF THE ATTORNEY GENERAL
CONSUMER PROTECTION DIVISION
200 SAINT PAUL PL
16TH FLOOR
BALTIMORE MD 21202-2021

007727P001-1447A-070
OFFICE OF THE ATTORNEY GENERAL
PETER F NERONHA
4 HOWARD AVE
CRANSTON RI 02920

000007P002-1447S-070
OFFICE OF THE US TRUSTEE
HANNAH MCCOLLUM
844 KING ST
STE 2207
WILMINGTON DE 19801

000100P001-1447S-070
OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVCIES (
DEB SECREST,AUTHORIZED AGENT
DEPT OF LABOR & INDUSTRY,COMMONWEALTH OF PENNSYLVA
COLLECTIONS SUPPORT UNIT
651 BOAS ST ,RM 925
HARRISBURG PA 17121

000437P001-1447A-070
OHIO DEPT OF TAXATION
PO BOX 530
COLUMBUS OH 43216-0530

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

310465P001-1447A-070
OLIN PLUMBING, INC
3201 E 8TH AVE
TAMPA FL 33605

310466P001-1447A-070
ONE SOURCE PLUMBING
3839 MCKINNEY AVE
STE 155-815
DALLAS TX 75204

011998P001-1447A-070
OPENSESAME
DEPT LA 24661
PASADENA CA 91185-4661

011959P001-1447A-070
OPENSESAME INC
1629 WEST SALMON ST
PORTLAND OR 97205

310467P001-1447A-070
OPTIMUM PLUMBING, LLC
5406 LAND O LAKES BLVD
LAND O LAKES, FL 34639

011938P001-1447A-070
OPTUMHEALTH CARE SOLUTIONS LLC
11000 OPIUM CIR
EDEN PRAIRIE MN 55344

011999P001-1447A-070
OPTUMHEALTH CARE SOLUTIONS LLC
11000 OPTUM CIR
EDEN PRAIRIE MN 55344

011768P001-1447A-070
ORANGE COUNTY FL
JERRY L DEMINGS
ORANGE COUNTY MAYOR
201 S ROSALIND AVE
5TH FLOOR
ORLANDO FL 32801

000014P001-1447A-070
ORANGE COUNTY TAX COLLECTOR SCOTT RANDOLPH
PO BOX 545100
ORLANDO FL 32854

310468P001-1447A-070
OUTDOOR IMAGES, INC
3175 GRISSOM PKWY
COCOA, FL 32926

012206P002-1447A-070
PACHECO JOSE
KENNEDY HODGES LLP
DON J FOTY; DAVID HODGES
4409 MONTROSE BLVD
STE 200
HOUSTON TX 77006

007743P001-1447A-070
JOSE PACHECO
KENNEDY HODGES LLP
DON J FOTY
4409 MONTROSE BLVD
STE 200
HOUSTON TX 77006

000102P001-1447S-070
PACHULSKI STANG ZIEHL & JONES LLP
BRADFORD J SANDLER;COLIN R ROBINSON
919 N MARKET ST.,17TH FLOOR
WILMINGTON DE 19801

006811S001-1447A-070
PALLADIAN NORTH POINT COMMONS LLC
860 JOHNSON FERRY RD NE
ATLANTA GA 30342

006811P001-1447A-070
PALLADIAN-NORTH POINT COMMONS LLC
4920 ROSEWELL RD
STE 45B104
ATLANTA GA 30342

000004P001-1447A-070
PALM BCH CNTY 3353
CONSTITUTIONAL TAX COLLECTOR
PO BOX 3353
WEST PALM BEACH FL 33402-3353

310469P001-1447A-070
PALM BCH CNTY SHERIFF'S OFFICE
PO BOX 24681
WEST PALM BEACH FL 33416

000235P001-1447A-070
PALM BCH CNTY WATER
9045 JOG RD
BOYNTON BEACH FL 33437

000235S001-1447A-070
PALM BCH CNTY WATER
8100 FOREST HILL BLVD
WEST PALM BEACH FL 33413

011769P001-1447A-070
PALM BEACH COUNTY FL
DENISE NIEMAN
COUNTY ATTORNEY
301 N OLIVE AVE
STE 601
WEST PALM  BEACH FL 33401

006812P001-1447A-070
PARABENS GROUP LLC
2199 PONCE DE LEON BLVD
STE 301
CORAL GABLES FL 33134

011922P002-1447A-070
PARTRIDGE EQUITY GROUP I LLC
KASSANDRA MOSCATO
SENIOR PROPERTY MANAGER
1769 NE 33RD ST
POMPANO BEACH FL 33064

011922S001-1447A-070
PARTRIDGE EQUITY GROUP I LLC
PARTRIDGE EQUITY GROUP
PO BOX 12371
DALLAS TX 75312-3711

012397P001-1447A-070
PARTRIDGE EQUITY GROUP I LLC
1769 NE 33RD ST
POMPANO BEACH FL 33064

011770P001-1447A-070
PASCO COUNTY FL
JEFFREY STEINSNYDER
COUNTY ATTORNEY
8731 CITIZENS DR
STE 340
NEW PORT RICHEY FL 34654

011857P001-1447A-070
PASCO COUNTY FL
NIKKI ALVAREZ-SOWLES  ESQ
CLERK AND COMPTROLLER
38053 LIVE OAK AVE
DADE CITY FL 33523

000005P001-1447A-070
PASCO COUNTY TAX COLLECTOR
MIKE FASANO
PO BOX 276
DADE CITY FL 33526-0276

006801P002-1447A-070
PDG AMERICA SHOPPING CENTERS LLC
ROBERT F MYERS COO
BETHANY TOWN CETNER
11501 NORTHLAKE DR
CINCINNATI OH 45249

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

03/12/2021 04:06:02 PM

| | | | |
|---|---|---|---|
| 006801S002-1447A-070<br>PDG AMERICA SHOPPING CENTERS LLC<br>BTC OWNER LLC<br>BRANDON CAMPBELL - VP MERCH. BANK DIV<br>GOLDMAN SACHS & CO LLC<br>2001 ROSS AVENUE, 32ND FLOOR<br>DALLAS TX 75201 | 006801S001-1447A-070<br>PDG MAERICA SHOPPING CENTERS LLC<br>PHILLIPS EDISON & COMPANY<br>LEASE ADMINISTRATION DEPT.<br>11501 NORTHLAKE DRIVE<br>CINCINNATI OH 45249 | 007735P001-1447A-070<br>PEACHTREE IMPROVEMENTS LLC<br>DLC MANAGEMENT CORPORATION<br>GENERAL COUNSEL<br>580 WHITE PLAINS RD<br>TARRYTOWN NY 10591 | 006554P001-1447A-070<br>PENN DUTCH PLAZA, LLC<br>3325 S UNIVERSITY DR<br>SUITE 210 DAVIE FL 33328 |
| 006554S001-1447A-070<br>PENN DUTCH PLAZA, LLC<br>PO BOX 161845<br>ALTAMONTE SPRINGS FL 32716-1845 | 006554S002-1447A-070<br>PENN DUTCH PLAZA, LLC<br>AVISON YOUNG AND ROSS REALTY INVESTMENTS<br>50 W CYPRESS CREEK RD<br>STE 350<br>FT LAUDERDALE FL 33309 | 000352P001-1447A-070<br>PENNSYLVANIA ATTORNEY GENERAL<br>JOSH SHAPIRO<br>1600 STRAWBERRY SQUARE<br>16TH FLOOR<br>HARRISBURG PA 17120 | 000364P002-1447A-070<br>PENNSYLVANIA ATTORNEY GENERAL<br>BUREAU OF CONSUMER PROTECTION<br>MICHAEL D. CARROLL<br>16 FLOOR STRAWBERRY SQUARE<br>HARRISBURG PA 17120 |
| 000301P001-1447A-070<br>PENNSYLVANIA DEPT OF CONSERVATION<br>AND NATURAL RESOURCES<br>RACHEL CARSON STATE OFFICE BLDG<br>6TH FLOOR<br>HARRISBURG PA 17105-8522 | 000300P001-1447A-070<br>PENNSYLVANIA DEPT OF ENVIRONMENTAL PROTECTION<br>RACHEL CARSON STATE OFFICE BLDG<br>400 MARKET ST<br>HARRISBURG PA 17101 | 000314P001-1447A-070<br>PENNSYLVANIA DEPT OF LABOR AND INDUSTRY<br>SECRETARY<br>651 BOAS ST<br>ROOM 1700<br>HARRISBURG PA 17121 | 012062P001-1447A-070<br>PENNSYLVANIA DEPT OF REVENUE<br>PO BOX 280504<br>HARRISBURG PA 17128-0504 |
| 000028P001-1447A-070<br>PENNSYLVANIA DEPT OF REVENUE<br>PO BOX 280905<br>HARRISBURG PA 17128-0905 | 000390P001-1447A-070<br>PENNSYLVANIA DEPT OF REVENUE<br>11 STRAWBERRY SQUARE<br>HARRISBURG PA 17128 | 000379P001-1447A-070<br>PENNSYLVANIA STATE TREASURY<br>OFFICE OF UNCLAIMED PROPERTY<br>PO BOX 1837<br>HARISBURG PA 17105-1383 | 006126P001-1447A-070<br>PETINOS LLC<br>562 WYLIE RD SE STE TWO<br>MARIETTA GA 30067 |
| 006321P001-1447A-070<br>PHILA NR<br>MUNICIPAL SVC BUILDING<br>MUNICIPAL SERVICES BUILDING<br>1401 JOHN F KENNEDY BLVD<br>PHILADELPHIA PA 19102 | 006320P001-1447A-070<br>PHILA R<br>MUNICIPAL SVC BUILDING<br>MUNICIPAL SERVICES BUILDING<br>1401 JOHN F KENNEDY BLVD<br>PHILADELPHIA PA 19102 | 310470P001-1447A-070<br>PHOENIX FIRE PROTECTION INC<br>1211 COMMERCIAL PK DR<br>TALLAHASSEE, FL 32303 | 000106P002-1447S-070<br>PHOENIX MANAGEMENT SERVICES<br>BRIAN GLEASON / MARK KARBINER / KEVIN DOYLE<br>535 FIFTH AVENUE SUITE 1006<br>NEW YORK NEW YORK 10017 |
| 011771P001-1447A-070<br>PINELLAS COUNTY FL<br>BARRY A BURTON<br>COUNTY ADMINISTRATOR<br>315 COURT ST<br>CLEARWATER FL 33756 | 000012P001-1447A-070<br>PINELLAS COUNTY TAX COLLECTOR<br>PO BOX 31149<br>TAMPA FL 33631-3149 | 006388P001-1447A-070<br>PITNEY BOWES INC<br>3001 SUMMER ST<br>STAMFORD CT 06926 | 007736P001-1447A-070<br>PLAINVIEW SHOPPES LLC<br>EXTELL DEVELOPMENT CO<br>9911 SHELBYVILLE RD<br>STE 200<br>LOUISVILLE KY 40223 |
| 000241P001-1447A-070<br>PLURIS SOUTHGATE INC<br>PO BOX 612343<br>DALLAS TX 75261-2343 | 000241S001-1447A-070<br>PLURIS SOUTHGATE INC<br>1095 NC-210<br>Sneads Ferry NC 28460 | 000242P001-1447A-070<br>PMAT ALGIERS PLAZA LLC<br>PO BOX 674397<br>DALLAS TX 75267-4397 | 000242S001-1447A-070<br>PMAT ALGIERS PLAZA LLC<br>4100 General De Gaulle Dr<br>NEW ORLEANS LA 70131 |

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

03/12/2021  04:06:02 PM

| | | | |
|---|---|---|---|
| 006845P001-1447A-070<br>PMAT ALGIERS PLAZA LLC<br>CHAFFE MCCALL<br>E. HOWELL CROSBY ESQ<br>2300 ENERGY CENTRE<br>1100 POYDRAS ST<br>NEW ORLEANS LA 70163 | 006192P001-1447A-070<br>PMAT ALGIERS PLAZA LLC<br>PROPERTY ONE INC<br>4141 VETERANS BLVD STE 300<br>METAIRIE LA 70002 | 000242S002-1447A-070<br>PMAT ALGIERS PLAZA, LLC<br>N3 REAL ESTATE<br>1240 N KIBALL AVE<br>SOUTHLAKE TX 76092 | 006218P001-1447A-070<br>PNR MANAGEMENT CORP<br>10000 SW 56 ST STE 32<br>MIAMI FL 33165 |
| 006218S001-1447A-070<br>PNR MANAGEMENT CORP<br>J.R. MAZOR & ASSOCIATES, P.A.<br>NANCY J. CHAMIDES, ESQ.<br>PRESIDENTIAL CIRCLE - SUITE 265 SOUTH<br>4000 HOLLYWOOD BLVD.<br>HOLLYWOOD FL 33021 | 012410P001-1447A-070<br>POLYGLASS<br>DEPT 2663<br>PO BOX 122663<br>DALLAS TX 75312 | 006815P001-1447A-070<br>POLYGLASS USA INC<br>DEPT 2663<br>PO BOX 122663<br>DALLAS TX 75312-1238 | 006815S001-1447A-070<br>POLYGLASS USA INC<br>THE SHOPPING CENTER GROUP<br>TIFFANY GONZALEZ, PROPERTY MANAGER<br>300 GALLERIA PARKWAY<br>12TH FLOOR<br>ATLANTA GA 30339 |
| 003179P001-1447A-070<br>JASON POTTS<br>ADDRESS INTENTIONALLY OMITTED | 003179S001-1447A-070<br>JASON POTTS<br>ADDRESS INTENTIONALLY OMITTED | 006257P001-1447A-070<br>TRACI POWELL<br>LAW OFFICES OF STEFAN COLEMAN PA<br>STEFAN LOUIS COLEMAN<br>201 S BISCAYNE BLVD<br>28TH FLOOR<br>MIAMI FL 33131 | 006257S001-1447A-070<br>TRACI POWELL<br>IJH LAW<br>IGNACIO JAVIER HIRALDO<br>1200 BRICKELL AVE<br>STE 1950<br>MIAMI FL 33131 |
| 006257S002-1447A-070<br>TRACI POWELL<br>HIRALDO PA<br>MANUEL SANTIAGO HIRALDO<br>401 E LAS OLAS BLVD<br>STE 1400<br>FT LAUDERDALE FL 33394 | 006302P001-1447A-070<br>PRINCE GEORGES COUNTY<br>STEPHEN MCGIBBON TREASURER<br>OFFICE OF FINANCE PRINCE GEORGES COUNTY<br>TREASURY DIV WAYNE K CURRY ADMIN BLDG<br>1301 MCCORMICK DR STE 1100<br>LARGO MD 20774 | 310471P001-1447A-070<br>PROCOPIO FINISH INC<br>6351 NW 201 ST<br>HIALEAH FL 33015 | 006206P001-1447A-070<br>PROMENADE PLAZA PARTNERSHIP<br>REDEVCO MANAGEMENT<br>11098 BISCAYNE BLVD STE 103<br>MIAMI FL 33161 |
| 006206S001-1447A-070<br>PROMENADE PLAZA PARTNERSHIP<br>ELLEN ROSE<br>KATZ BARRON SQUITERO FAUST<br>2699 SOUTH BAYSHORE DR 7TH FLOOR<br>MIAMI FL 33133 | 006206S003-1447A-070<br>PROMENADE PLAZA PARTNERSHIP<br>JLJI PC, LLC<br>NEWMARK GRUBB KNIGHT FRANK<br>100 NORTH TAMPA ST<br>STE 2460<br>TAMPA FL 33602 | 000084P001-1447A-070<br>PROTECH SVC<br>PO BOX 57944<br>JACKSONVILLE FL 32241 | 000060P001-1447A-070<br>PROTECTION 1 SECURITY SOLUTIONS<br>PO BOX 219044<br>KANSAS CITY MO 64121-9044 |
| 310472P001-1447A-070<br>PROVIDENCE FITNESS SVC<br>337 WARREN AVE<br>EAST PROVIDENCE RI 02914 | 011960S001-1447A-070<br>PS SUPPLIERS LLC<br>90 SW 3 ST<br>MIAMI FL 33131 | 011960S001-1447A-070<br>PS SUPPLIERS LLC<br>10760 NW 82ND<br>TER DORAL FL 33178 | 011960S002-1447A-070<br>PS SUPPLIERS LLC<br>1343 SHOTGUN RD<br>SUNRISE FL 33326 |
| 000057P001-1447A-070<br>PYE BARKER FIRE AND SAFTEY LLC<br>PO BOX 69<br>ROSWELL GA 30077 | 006299P001-1447A-070<br>QUEEN ANNE'S COUNTY GOVERNMENT<br>107 N LIBERTY ST<br>CENTERVILLE MD 21617 | 006753P001-1447A-070<br>RAZ ELECTRIC INC<br>7450 ORANON DR N<br>ST PETERSBURG FL 33702 | 012411P002-1447A-070<br>RED BOOK CONNECT LLC<br>3440 PRESTON RIDGE RD #650<br>ALPHARETTA GA 30005 |

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000099P001-1447A-070<br>RED HAWK FIRE AND SECURITY LLC<br>PO BOX 530212<br>ATLANTA GA 30353-0212 | 006248P002-1447A-070<br>REINIG INSURANCE SOLUTIONS<br>TIFFANY WHITE<br>2425 S YANK CIR<br>LAKEWOOD CO 80228 | 000244P001-1447A-070<br>RELIANT<br>P O BOX 650475<br>DALLAS TX 75265-0475 | 000244S001-1447A-070<br>RELIANT<br>1000 MAIN ST<br>HOUSTON TX 77002 |
| 006565P001-1447A-070<br>REPUBLIC SVC - 78829<br>4200 EAST 14TH ST<br>PLANO TX 75074 | 006565S001-1447A-070<br>REPUBLIC SVC - 78829<br>PO BOX 78829<br>PHOENIX AZ 85062-8829 | 006564P001-1447A-070<br>REPUBLIC SVC - 9001099<br>751 NW 31ST AVE<br>FORT LAUDERDALE FL 33311 | 006564S001-1447A-070<br>REPUBLIC SVC - 9001099<br>PO BOX 9001099<br>LOUISVILLE KY 10290-1099 |
| 000058P001-1447A-070<br>RESCUE 1 FIRE SAFETY SVC<br>PO BOX 7183<br>ST. PETERSBURG FL 33734-7183 | 012012S002-1447A-070<br>RETIREMENT CLEARINGHOUSE, LLC<br>3545 WHITEHALL PK DR<br>STE 400<br>CHARLOTTE NC 28273 | 006288P001-1447A-070<br>REVENUE/TAX DEPARTMENT/JEFFERSONTOWN KY<br>10416 WATTERSON TRL<br>JEFFERSONTOWN KY 40299 | 000353P001-1447A-070<br>RHODE ISLAND ATTORNEY GENERAL<br>PETER F NERONHA<br>150 S MAIN ST<br>PROVIDENCE RI 02903 |
| 000302P001-1447A-070<br>RHODE ISLAND DEPT OF ENVIRONMENTAL MANAGEMENT<br>235 PROMENADE ST<br>PROVIDENCE RI 02908-5767 | 000315P001-1447A-070<br>RHODE ISLAND DEPT OF LABOR AND TRAINING<br>DIRECTOR<br>1511 PONTIAC AVE<br>CRANSTON RI 02920 | 000450P001-1447A-070<br>RHODE ISLAND DEPT OF LABOR AND TRAINING<br>1511 PONTIAC AVE<br>CRANSTON RI 02920 | 000029P001-1447A-070<br>RHODE ISLAND DEPT OF REVENUE<br>ONE CAPITOL HILL<br>PROVIDENCE RI 02908-5800 |
| 000391P001-1447A-070<br>RHODE ISLAND DIVISION OF TAXATION<br>ONE CAPITOL HILL<br>1ST FLOOR<br>PROVIDENCE RI 02908 | 000380P001-1447A-070<br>RHODE ISLAND TREASURY OFFICE<br>UNCLAIMED PROPERTY DIVISION<br>STATE HOUSE<br>ROOM102<br>PROVIDENCE RI 02903 | 000067P001-1447S-070<br>RICHARDS LAYTON & FINGER PA<br>JOHN H KNIGHT;MARISA A TERRANOVA FISSEL<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801 | 000099P001-1447S-070<br>RICHARDS LAYTON & FINGER PA<br>AMANDA R STEELE;BRENDAN J SCHLAUCH;MEGAN E KENNEY<br>920 NORTH KING ST<br>WILMINGTON DE 19801 |
| 011784P001-1447A-070<br>RICHMOND COUNTY VA<br>ELIZABETH TRIBLE<br>COMMONWEALTHS ATTORNEY<br>116 WALLACE ST<br>PO BOX 1475<br>WARSAW VA 22572 | 007737P001-1447A-070<br>RIVER LANDING DEVELOPMENT LLC<br>ANDREW HELLINGER - MANAGER<br>283 CATALONIA AVE<br>STE 100<br>CORAL GABLES FL 33134 | 006757P002-1447A-070<br>RIVERDALE CROSSING SHOPPING CENTER LLC<br>RAFAT SHAIKJ<br>OWNER & MANAGING MEMBER<br>6961 PEACHTREE INDUSTRIAL BLVD<br>STE 101<br>NORCROSS GA 30092 | 310473P001-1447A-070<br>ROBERT A OLIVER<br>2921 MUMPHREY RD<br>CHALMETTE LA 70043 |
| 006276P001-1447A-070<br>ALEJANDRINA ROSARIO<br>KENNETH SAFFREN<br>815 GREENWOOD AVE<br>STE 22<br>JENKINTOWN PA 19046-2800 | 006264P001-1447A-070<br>ALONZO ROSCOE<br>LAW OFFICE OF JONATHAN W CHASE<br>JONATHAN W CHASE<br>1515 MARKET ST<br>STE 1200<br>PHILADELPHIA PA 19102 | 006264S001-1447A-070<br>ALONZO ROSCOE<br>KRAEMER MANES AND ASSOC LLC<br>MICHELLE R DEMPSKY<br>1628 JOHN F KENNEDY BLVD<br>STE 1650<br>PHILADELPHIA PA 19103 | 006246P001-1447A-070<br>RPS DENVER<br>7900 E UNION AVE<br>STE 1011<br>DENVER CO 80237 |

YouFit Health Clubs, LLC, et al.
**Exhibit Pages**

006249P001-1447A-070
RPS FT LAUDERDALE FL
2400 E COMMERCIAL BLVD
STE 728
FORT LAUDERDALE FL 33308

006846P001-1447A-070
RPT REALTY LP
FKA RAMCO GERSHENSON PROPERTIES LP
ADAMS AND REESE LLP
ERIC PARTLOW ESQ
101 E KENNEDY BLVD STE 4000
TAMPA FL 33602

006846S002-1447A-070
RPT REALTY LP
BARCLAY DAMON LLP
KEVIN M NEWMAN
BARCLAY DAMON TOWER
125 EAST JEFFERSON ST
SYRACUSE NY 13202

006846S003-1447A-070
RPT REALTY LP
BARCLAY DAMON LLP
SCOTT L FLEISCHER
1270 AVENUE OF THE AMERICAS STE 501
NEW YORK NY 10020

006567P001-1447A-070
RPT REALTY LP
BANK OF AMERICA
20750 CIVIC CTR DR
STE 310
SOUTHFIELD MI 48076

006567S001-1447A-070
RPT REALTY LP
BANK OF AMERICA
PO BOX 350018
BOSTON MA 02241-0518

011915P001-1447A-070
RPT REALTY LP FKA RAMCO
GERSHENSON PROPERTIES LP
FKA RAMCO GERSHENSON PROPERTIES LP
ADAMS AND REESE LLP ERIC PARTLOW ESQ
101 E KENNEDY BLVD STE 4000
TAMPA FL 33602

011915S001-1447A-070
RPT REALTY LP FKA RAMCO
RPT REALTY LP
BANK OF AMERICA
20750 CIVIC CTR DR
STE 310
SOUTHFIELD MI 48076

011915S002-1447A-070
RPT REALTY LP FKA RAMCO
RPT REALTY LP
BANK OF AMERICA
PO BOX 350018
BOSTON MA 02241-0518

011915S004-1447A-070
RPT REALTY LP FKA RAMCO
GERSHENSON PROPERTIES LP
RPT REALTY LP BANK OF AMERICA
PO BOX 350018
BOSTON MA 02241-0518

006846S001-1447A-070
RPT REALTY, LP FKA RAMCO
GERSHENSON PROPERTIES, LP
FKA RAMCO GERSHENSON PROPERTIES LP
20750 CIVIC CENTER DR STE 310
SOUTHFIELD MI 48076-4104

011915S003-1447A-070
RPT REALTY, LP FKA RAMCO
GERSHENSON PROPERTIES LP
FKA RAMCO GERSHENSON PROPERTIES LP
31500 NORTHWESTERN HWY
STE 300
FARMINGTON HILLS MI 48334

000087P001-1447S-070
SACKS TIERNEY PA
RANDY NUSSBAUM;PHILIP R RUDD
4250 N DRINKWATER BLVD.,4TH FLOOR
SCOTTSDALE AZ 85251

012000P001-1447A-070
SAFEGUARD
PO BOX 840180
DALLAS TX 75284-0180

012412P001-1447A-070
SAFEGUARD
SAFEGUARD SECURITY
PO BOX 840180
DALLAS TX 75284-0180

000067P001-1447A-070
SAFEGUARD SECURITY
P O BOX 840180
DALLAS TX 75284-0180

000074P001-1447A-070
SAFENET INC
13935 W CTR DR
LAKEWOOD CO 80228

012001P001-1447A-070
SALESFORCE
PO BOX 203141
DALLAS TX 75320-3141

012413P001-1447A-070
SALESFORCE
SALESFORCECOM INC
PO BOX 203141
DALLAS TX 75320-3141

011962P001-1447A-070
SALESFORCECOM INC
415 MISSION ST 3RD FL
SAN FRANCISCO CA 94105

006759P001-1447A-070
SALESFORCECOM, INC
PO BOX 203141
DALLAS TX 75320-3141

012258P001-1447A-070
GAYLE MARCY SALTZMAN
8637 NW 82ND ST
TAMARAC FL 33321-1615

000007P001-1447A-070
SARASOTA CNTY TAX COLLECTOR
BARBARA FORD COATES
101 S WASHINGTON BLVD
SARASOTA FL 34236-6993

011772P001-1447A-070
SARASOTA COUNTY FL
FREDERICK J ELBRECHT
OFFICE OF THE COUNTY ATTORNEY
1660 RINGLING BLVD
2ND FLOOR
SARASOTA FL 34236

310474P001-1447A-070
SARASOTA LOCK AND KEY
1342 N LIME AVE
SARASOTA FL 34237

000079P001-1447S-070
SAUL EWING ARNSTEIN & LEHR LLP
MELISSA A MARTINEZ, ESQ
CENTRE SQUARE WEST
1500 MARKET ST.,38TH FLOOR
PHILADELPHIA PA 19102-2186

000247P001-1447A-070
SAWNEE EMC
ID 1204
P O BOX 2252
BIRMINGHAM AL 35246-1204

000247S001-1447A-070
SAWNEE EMC
543 Atlanta Hwy
Cumming GA 30040

# YouFit Health Clubs, LLC, et al.
## Exhibit Pages

006267P001-1447A-070
FREDERICK SCALZO
RUTAN AND TUCKER LLP
611 ANTON BLVD # 1400
COSTA MESA CA 92626

011752P001-1447A-070
SCC MARKET SQUARE LLC
SITE CENTERS CORP
ATTN: EXECUTIVE VICE PRESIDENT - LEASING
3300 ENTERPRISE PKWY
BEACHWOOD OH 44122

011752S001-1447A-070
SCC MARKET SQUARE LLC
DEPT 336205 31275 77768
PO BOX 931650
CLEVELAND OH 44193

011752S002-1447A-070
SCC MARKET SQUARE LLC
SITE CENTERS CORP
GENERAL COUNSEL
3300 ENTERPRISE PARKWAY
BEACHWOOD OH 44122

000034P002-1447A-070
SCOTTSDALE INSURANCE CO
8877 NORTH GAINEY CENTER DR
SCOTTSDALE AZ 85258

006847P001-1447A-070
SCOTTSDALE RETAIL CENTER 02 LLC
LAKE AND COBB PLC
DON C FLETCHER
1095 W RIO SALADO PKWY STE 206
STE 206
TEMPE AZ 85281

006143P001-1447A-070
SCOTTSDALE RETAIL CENTER 02 LLC
ACF PROPERTY MANAGEMENT INC
12411 VENTURA BLVD
STUDIO CITY CA 91604

006143S002-1447A-070
SCOTTSDALE RETAIL CENTER 02 LLC
FOR BENEFIT OF JP MORGAN CHASE
1801 W OLYMPIC BLVD
PASADENA CA 91199-1966

006273P001-1447A-070
LARRY SCROGGINS
LONG AND JEAN PA
LYLE LONG
1937 E ATLANTIC BLVD
STE 205
POMPANO BEACH FL 33060

006848P001-1447A-070
SCVN 5 LLC
BY THE RMR GROUP LLC ITS AGENT
JAMES DRIVER DIRECTOR RETAIL OPERATIONS
255 WASHINGTON ST
STE 300
NEWTON MA 02458

006179P001-1447A-070
SE PLEASANT HILL LLC
THE ARDENT COMPANIES INC
2100 POWERS FERRY RD STE 300
ATLANTA GA 30339

000019P001-1447S-070
SECURITIES AND EXCHANGE COMMISSION
NY REG OFFICE  BANKRUPTCY DEPT
BROOKFIELD PL
200 VESEY ST STE 400
NEW YORK NY 10281-1022

000020P001-1447S-070
SECURITIES AND EXCHANGE COMMISSION
SEC OF THE TREASURY OFFICE OF GEN COUNSEL
100 F ST NE
WASHINGTON DC 20549

000021P001-1447S-070
SECURITIES AND EXCHANGE COMMISSION
PHIL OFC   BANKRUPTCY DEPT
ONE PENN CTR
1617 JFK BLVD STE 520
PHILADELPHIA PA 19103

000340P001-1447A-070
SECURITIES AND EXCHANGE COMMMISSION
HEADQUARTERS
100 F ST NE
WASHINGTON, DC 20549

000341P001-1447A-070
SECURITIES AND EXCHANGE COMMMISSION
PHILADELPHIA REGIONAL OFFICE
G JEFFREY BOUJOUKOS REGIONAL DIRECTOR
ONE PENN CENTER
1617 JFK BLVD STE 520
PHILADELPHIA PA 19103

000342P001-1447A-070
SECURITIES AND EXCHANGE COMMMISSION
MIAMI REGIONAL OFFICE
ERIC I BUSTILLO REGIONAL DIRECTOR
801 BRICKELL AVE STE 1800
MIAMI FL 33131

000343P001-1447A-070
SECURITIES AND EXCHANGE COMMMISSION
ATLANTA REGIONAL OFFICE
RICHARD BEST REGIONAL DIRECTOR
950 EAST PACES FERRY RD NE
STE 900
ATLANTA GA 30326-1382

000344P001-1447A-070
SECURITIES AND EXCHANGE COMMMISSION
FORT WORTH REGIONAL OFFICE
REGIONAL DIRECTOR
801 CHERRY ST
STE 1900 UNIT 18
FORT WORTH TX 76102

000093P001-1447A-070
SECURITY FIRE PROTECTION
PO BOX 412007
BOSTON MA 02241-2007

000069P001-1447A-070
SECURITY SYSTEMS OF SOUTH FLORIDA
1440 CORAL RIDGE DR
STE 497
CORAL SPRINGS FL 33071

011773P001-1447A-070
SEMINOLE COUNTY FL
NICOLE GUILLET
COUNTY MANAGER
1101 EAST FIRST ST
SANFORD FL 32771

006764P001-1447A-070
SESAC
PO BOX 900013
RALEIGH NC 27675-9013

012002P001-1447A-070
SESAC
PO BOX 5246
NEW YORK, NY 10008-5246

006766P001-1447A-070
SHELLY ELECTRONIC CO, INC
1126 CALLOWHILL ST
PHILADELPHIA PA 19123

310475P001-1447A-070
SHIELD LOCKSMITH AND SECURITY
5455 ARONSHIRE LN
CUMMING GA 30040

006849P001-1447A-070
SHILOH SQUARE ASSOCIATES LLC
PHILLIPS EDISON AND CO
AMANDA RIGGS SENIOR LEGAL TENANT ANALYST
11501 NORTHLAKE DR
CINCINNATI OH 45249

011919P001-1447A-070
SHILOH STATION LLC
PHILLIPS EDISON
RESINA HENDRIX AMANDA RIGGS
TENANT ACCOUNT SPECIALIST
11501 NORTHLAKE DR
CINCINNATI OH 45249

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

006803P002-1447A-070
SHOPPERS SQUARE ASSOCIATES LTD
JIM GETZEN
1434 LADUE LN
SARASOTA FL 34231

000251P001-1447A-070
SIEGEL GAS
PO BOX 371473
PITTSBURGH PA 15250-7473

000251S001-1447A-070
SIEGEL GAS
10052 NW 89th Ave
Medley FL 33178

000074P001-1447S-070
SINGER & LEVICK PC
MICHELLE E SHRIRO,ESQ
16200 ADDISON RD.,STE 140
ADDISON TX 75001

000252P001-1447A-070
SIRIUS XM RADIO INC
PO BOX 9001399
LOUISVILLE KY 40290-1399

000252S001-1447A-070
SIRIUS XM RADIO INC
1221 Avenue of the Americas
37th Floor
New York NY 10020

011874P001-1447A-070
STUART SMITH
ADDRESS INTENTIONALLY OMITTED

011874S001-1447A-070
STUART SMITH
ADDRESS INTENTIONALLY OMITTED

006297P001-1447A-070
SOMERSET COUNTY WILLIS DRYDEN JR
TREASURER OFFICE OF THE
TREASURER  SOMERSET COUNTY
30513 PRINCE WILLIAM ST PO BOX 309
PRINCESS ANNE MD 21853

000328P001-1447A-070
SOS OF ALABAMA
JOHN H MERRILL
PO BOX 5616
MONTGOMERY AL 36103-5616

000329P001-1447A-070
SOS OF ARIZONA
KATIE HOBBS
OFFICE OF THE SECRETARY OF STATE
1700 W WASHINGTON ST
F17
PHOENIX AZ 85007-2888

000330P001-1447A-070
SOS OF FLORIDA
LAUREL M LEE
RA GRAY BUILDING
500 SOUTH BRONOUGH ST
TALLAHASSEE FL 32399-0250

000331P001-1447A-070
SOS OF GEORGIA
BRAD RAFFENSPERGER
214 STATE CAPITOL
ATLANTA GA 30334

000332P001-1447A-070
SOS OF LOUISIANA
R KYLE ARDOIN
8585 ARCHIVES AVE
PO BOX 94125 BATON ROUGE LA 70804-9125
BATON ROUGE LA 70809

000333P001-1447A-070
SOS OF MARYLAND
JOHN C WOBENSMITH
FRED L WINELAND BUILDING
16 FRANCIS ST
ANNAPOLIS MD 21401

000334P001-1447A-070
SOS OF MISSISSIPPI
MICHAEL WATSON
401 MISSISSIPPI ST
JACKSON MS 39201

000335P001-1447A-070
SOS OF PENNSYLVANIA
KATHY BOOCKVAR
302 NORTH OFFICE BUILDING
HARRISBURG PA 17120

000336P001-1447A-070
SOS OF RHODE ISLAND
NELLIE M GORBEA
82 SMITH ST
STATE HOUSE ROOM 217
PROVIDENCE RI 02903

000337P001-1447A-070
SOS OF TENNESSEE
TRE HARGETT
312 ROSA L PARKS AVE
8TH FLOOR SNODGRASS TOWER
NASHVILLE TN 37243-1102

000338P001-1447A-070
SOS OF TEXAS
RUTH HUGHS
JAMES E RUDDER BUUILDING
1019 BRAZOS
AUSTIN TX 78701

000339P001-1447A-070
SOS OF VIRGINIA
KELLY THOMASSON
PO BOX 1475
RICHMOND VA 23218

011964P002-1447A-070
SPANNING
SPANNING CLOUD APPS LLC
PO BOX 392288
PITTSBURGH PA 15251-9288

011964S001-1447A-070
SPANNING
SALESFORCECOM INC
PO BOX 203141
DALLAS TX 75320-3141

012003P001-1447A-070
SPANNING CONTRACT
PO BOX 392288
PITTSBURGH PA 15251-9288

012414P001-1447A-070
SPANNING CONTRACT
SPANNING CLOUD APPS LLC
PO BOX 392288
PITTSBURGH PA 15251-9288

006850P001-1447A-070
SPECTRUM TOWN CENTER
ANH JUNG PROPERTY MANAGER
MANAGING AGENT GILBERT CENTER HOLDINGS LLC
CAPITAL ASSET MANAGEMENT
2701 E CAMELBACK RD STE 170
PHOENIX AZ 85015

006771P002-1447A-070
SPERRY PEST CONTROL LLC
17734 W MAYA WAY
SURPRISE AZ 85387-1040

006128P001-1447A-070
SPP SUNWEST PORTFOLIO LLC
PO BOX 203710
DALLAS TX 75320

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

011914P001-1447A-070
SPP SUNWEST PORTFOLIO LLC
221 PINE ST
4TH FL
SAN FRANCISCO CA 94104

011914S001-1447A-070
SPP SUNWEST PORTFOLIO LLC
SPP SUNWEST PORFOLIO LLC
PO BOX 203710
DALLAS TX 75320

006851P001-1447A-070
SQUAW PEAK VENTURES  LLC
FENNEMORE CRAIG PC
MARK A HAWKINS ESQ
300 S FOURTH ST
STE 1400
LAS VEGAS NV 89101

006127P001-1447A-070
SQUAW PEAK VENTURES  LLC
KINETIC DEVELOPMENT LLC
2390 E CAMELBACK RD STE 204
PHOENIX AZ 85016

006127S001-1447A-070
SQUAW PEAK VENTURES  LLC
COMMERCIAL PROPERTIES INC.
LEADH D MOTSINGER
8777 N GAINEY CETER DR.
SUITE 245
SCOTTSDALE AZ 85258

006127S002-1447A-070
SQUAW PEAK VENTURES  LLC
DON C FLETCHER
1095 W RIO SALADO PARKWAY
SUITE 206
TEMPE AZ 85281

000083P001-1447A-070
SS ALARM CO INC
500 W CHELTENHAM AVE #203
PHILADELPHIA PA 19126

006298P001-1447A-070
ST MARY'S COUNTY TREASURER
23150 LEONARD HALL DR
LEONARDTOWN MD 20650

000409P001-1447A-070
STAE OF RHODE ISLAND
RHODE ISLAND DIVISION OF TAXATION
ONE CAPITOL HILL STE 36
PROVIDENCE RI 29085-5829

000421P001-1447A-070
STAE OF RHODE ISLAND
DEPT OF LABOR AND TRAINING
DIVISION OF WORKERS COMPENSATION
1511 PONTIAC AVE BUILDING 71-1 1ST FLOOR
PO BOX 20190
CRANSTON RI 02920-0942

012004P001-1447A-070
STAPLES BUSINESS ADVANTAGE
500 STAPLES DR
FRAMINGHAM MA 01702

012004S001-1447A-070
STAPLES BUSINESS ADVANTAGE
1096 E NEWPORT CTR DR #300
#300
DEERFIELD BEACH FL 33442

012406P001-1447A-070
STAPLES BUSINESS ADVANTAGE
STAPLES CONTRACT AND COMMERCIAL LLC
500 STAPLES DR
FRAMINGHAM MA 01702

011965P001-1447A-070
STAPLES CONTRACT AND COMMERCIAL LLC
OPERATING AS STAPLES BUSINESS ADVANTAGE
LEGAL DEPT
500 STAPLES DR
FRAMINGHAM MA 01702

011966P001-1447A-070
STAR2STAR COMMUNICATIONS
LEGAL DEPT
1605 MAIN ST
SARASOTA FL 34236

011966S001-1447A-070
STAR2STAR COMMUNICATIONS
CMS PARTNERS
1360 PALM AVE NO 14
WEST PALM BEACH FL 33477

011966S002-1447A-070
STAR2STAR COMMUNICATIONS
TCG TELECOM CONSULTING GROUP
602 EAST MC NAB RD
POMPANO BEACH FL 33060

012415P001-1447A-070
STAR2STAR COMMUNICATIONS
STAR 2 STAR COMMUNICATIONS LLC
600 TAILEVEST RD
STE 202
SARASOTA FL 34243

012415S001-1447A-070
STAR2STAR COMMUNICATIONS
TCG TELECOM CONSULTING GROUP
602 E MCNAP RD
POMPANO BEACH FL 33060

000256P001-1447A-070
START 2 STAR
PO BOX 97231
LAS VEGAS NV 89193-731

000256S001-1447A-070
START 2 STAR
600 Tallevast Road, Suite 202
Sarasota FL 34243

000400P001-1447A-070
STATE OF ALABAMA
ALABAMA DEPT OF INDUSTRIAL RELATIONS
649 MONROE ST
MONTGOMERY AL 36131-0099

000413P001-1447A-070
STATE OF ALABAMA
DEPT OF LABOR
WORKERS COMPENSATION DIVISION
649 MONROE ST
MONTGOMERY AL 36131

000433P001-1447A-070
STATE OF ALABAMA
ALABAMA DEPT OF INDUSTRIAL RELATIONS
649 MONROE ST
ROOM 4207
MONTGOMERY AL 36131

000401P001-1447A-070
STATE OF ARIZONA
DEPT OF ECONOMIC SECURITY UNEMPLOYMENT TAX
PO BOX 52027
PHOENIX AZ 85072-2027

000414P001-1447A-070
STATE OF ARIZONA
INDUSTRIAL COMMISSION OF ARIZONA
WORKER COMPENSATION DIVISION
800 WEST WASHINGTON ST
PHOENIX AZ 85007

000415P001-1447A-070
STATE OF FLORIDA
DIVISION OF WORKERS COMPENSATION
TANNER HOLLOMAN DIVISION DIRECTOR
200 EAST GAINES ST
TALLAHASSEE FL 32399-0318

000359P001-1447A-070
STATE OF FLORIDA ATTORNEY GENERAL
CONSUMER PROTECTION DIVISION
THE CAPITOL PL-01
TALLAHASSEE FL 32399-1040

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000359S001-1447A-070<br>STATE OF FLORIDA ATTORNEY GENERAL<br>LAURALYN HUDGINS<br>OFFICE OF CITIZENS SERVICES<br>PL-01, THE CAPITAL<br>TALLAHASSEE FL 32399-1050 | 000397P001-1447A-070<br>STATE OF FLORIDA DEPT OF REVENUE<br>5050 WEST TENNESSEE ST<br>TALLAHASSE FL 32399-0100 | 000404P001-1447A-070<br>STATE OF GEORGIA<br>GEORGIA DEPT OF LABOR<br>148 ANDREW YOUNG INTER BLVD STE 800<br>ATLANTA GA 30303-1732 | 000416P001-1447A-070<br>STATE OF GEORGIA<br>STATE BOARD OF WORKERS COMPENSATION<br>270 PEACHTREE ST NW<br>ATLANTA GA 30303-1299 |
| 000432P001-1447A-070<br>STATE OF GEORGIA<br>ASSESSMENT ADMINISTRATION<br>1800 CENTURY CTR BLVD<br>ATLANTA GA 30345 | 000403P001-1447A-070<br>STATE OF GEORGIA DEPT OF REVENUE<br>GEORGIA TAX CENTER<br>PO BOX 105499<br>ATLANTA GA 30359 | 000425P001-1447A-070<br>STATE OF GEORGIA DEPT OF REVENUE<br>PO BOX 105499<br>ATLANTA GA 30359 | 000360P001-1447A-070<br>STATE OF GEORGIA GOVERNORS OFFICE<br>CONSUMER PROTECTION DIVISION<br>2 MARTIN LUTHER KING DR<br>STE 356<br>ATLANTA GA 30334-9077 |
| 000429P001-1447A-070<br>STATE OF KENTUCKY<br>DEPT OF REVENUE<br>501 HIGH ST<br>FRANKFORT KY 40601 | 000405P001-1447A-070<br>STATE OF LOUISIANA<br>LOUISIANA WORKFORCE COMMISSION<br>PO BOX 94094<br>BATON ROUGE LA 70804 | 000417P001-1447A-070<br>STATE OF LOUISIANA<br>LOUISIANA WORKFORCE COMMISSION<br>OFFICE OF WORKERS COMPENSATION<br>1001 NORTH 23RD ST<br>PO BOX 94040<br>BATON ROUGE LA 70804-9040 LA 70804-9040 | 000406P001-1447A-070<br>STATE OF MARYLAND<br>MARYLAND DEPT OF LABOR<br>LICENSING AND  REGULATION<br>1100 NORTH EUTAW ST<br>ROOM 414<br>BALTIMORE MD 21201-2201 |
| 000418P001-1447A-070<br>STATE OF MARYLAND<br>WORKERS COMPENSATION COMMISSION<br>10 EAST BALTIMORE ST 4TH FLOOR<br>BALTIMORE MD 21202 | 000407P001-1447A-070<br>STATE OF MISSISSIPPI<br>MISSISSIPPI DEPT OF EMPLOYMENT SECURITY<br>PO BOX 1699<br>JACKSON MS 39215-1699 | 000419P001-1447A-070<br>STATE OF MISSISSIPPI<br>WORKERS COMPENSATION COMMISSION<br>1428 LAKELAND DRIVE<br>PO BOX 5300<br>JACKSON MS 39296-5300 | 000428P001-1447A-070<br>STATE OF MISSISSIPPI<br>MISSISSIPPI DEPT OF EMPLOYMENT SECURITY<br>1235 ECHELON PKWY<br>JACKSON MS 39213 |
| 000427P001-1447A-070<br>STATE OF OHIO<br>OHIO DEPT OF JOB AND FAMILY SVC<br>PO BOX 182404<br>COLUMBUS OH 43218-2404 | 000408P001-1447A-070<br>STATE OF PENNSYLVANIA<br>PENNSYLVANIA DEPT OF LABOR AND INDUSTRY<br>7TH AND FORSTER ST ROOM 915<br>HARRISBURG PA 17121-0001 | 000420P001-1447A-070<br>STATE OF PENNSYLVANIA<br>BUREAU OF WORKERS COMPENSATION<br>DEPT OF LABOR AND INDUSTRY<br>1171 S CAMERON ST RM 324<br>HARRISBURG PA 17104-2501 | 000451P001-1447A-070<br>STATE OF RHODE ISLAND REEMPLOYMENT OFFICE<br>1511 PONTIAC AVE<br>CRANSTON RI 02920 |
| 000410P001-1447A-070<br>STATE OF TENNESSEE<br>TENNESSEE DEPT OF LABOR AND<br>WORKFORCE DEVELOPMENT<br>220 FRENCH LANDING DR<br>NASHVILLE TN 37243 | 000422P001-1447A-070<br>STATE OF TENNESSEE<br>DEPT OF LABOR AND WORKFORCE DEVELOPMENT<br>DIVISION OF WORKERS COMPENSATION<br>220 FRENCH LANDING DR<br>NASHVILLE TN 37243-1002 | 000423P001-1447A-070<br>STATE OF TEXAS<br>DEPT OF INSURANCE<br>WORKERS COMPENSATION<br>7551 METRO CENTER DR STE 100<br>AUSTIN TX 78744-1609 | 000412P001-1447A-070<br>STATE OF VIRGINIA<br>VIRGINIA EMPLOYMENT COMMISSION<br>PO BOX 1358<br>RICHMOND VA 23218-1358 |
| 000424P001-1447A-070<br>STATE OF VIRGINIA<br>WORKERS COMPENSATION COMMISSION<br>333 E. FRANKLIN ST<br>RICHMOND, VA 23219 VA 23219 | 310476P001-1447A-070<br>STEVENS AND STEVENS BRM, INC<br>PO BOX 388<br>PINELLAS PARK FL 33780 | 012264P001-1447A-070<br>MURI STEVENSON<br>MARK A ENGER<br>1531 NW 13TH CT<br>MIAMI FL 33125 | 006275P001-1447A-070<br>MURI STEVENSON<br>MARK A ENGER<br>1531 NW 13TH CT<br>MIAMI FL FL 33125 |

# YouFit Health Clubs, LLC, et al.
## Exhibit Pages

006119P002-1447A-070
CHRISTY STROSS
ADDRESS INTENTIONALLY OMITTED

006119S001-1447A-070
CHRISTY STROSS
TRENAM KEMKER
ADDRESS INTENTIONALLY OMITTED

012037P001-1447A-070
CHRISTY B STROSS
ADDRESS INTENTIONALLY OMITTED

012419P001-1447A-070
CHRISTY B STROSS
1350 E NEWPORT CTR DR
STE 110
DEERFIELD BEACH FL 33442

012419S001-1447A-070
CHRISTY B STROSS
ROGER JULIANELLI
21440 ST ANDREWS GRAND
BOCA RATON FL 33486

012419S002-1447A-070
CHRISTY B STROSS
CHRISTY B STROSS
4039 BAYSHORE BLVD NE
ST. PETERBURG FL 33707

012419S003-1447A-070
CHRISTY B STROSS
TRENAM KEMKER
101 E KENNEDY BLVD
STE 2700
TAMPA FL 33601

012035P001-1447A-070
JASON STROSS
ADDRESS INTENTIONALLY OMITTED

012035S001-1447A-070
JASON STROSS
TRENAM KEMKER
ADDRESS INTENTIONALLY OMITTED

012420P001-1447A-070
JASON STROSS
1350 E NEWPORT CTR DR
STE 110
DEERFIELD BEACH FL 33442

012420S001-1447A-070
JASON STROSS
JOSEPH J CREEGAN III
19928 DINNER KEY DR
BOCA RATON FL 33498

012402P001-1447A-070
JOHN STROSS
STROSS FAMILY INVESTMENT PARTNERSHIP LTD
175 FIRST ST SOUTH UNIT #3102
ST PETERSBURG FL 33710

012402S001-1447A-070
JOHN STROSS
JASON STROSS
3010 82ND WAY NORTH
ST PETERSBURG FL 33710

006272P001-1447A-070
JACKLYN STUMP
MALLARD LAW FIRM PA
DAMIAN DAVID MALLARD
889 N WASHINGTON BLVD
SARASOTA FL 34236-4207

310422P002-1447A-070
STUMPHAUZER FOSLID SLOMAN ROSS AND KOLAYA
2 S BISCAYNE BLVD SITE 1600
MIAMI FL 33131

012433P001-1447A-070
STUMPHAUZER FOSLID SLOMAN ROSS AND KOLAYA
ONE SE 3RD AVE STE 1820
MIAMI FL 33131

310477P001-1447A-070
SUPER STITCH, LLC
11201 N TATUM BLVD
STE 300 ECM#84074
PHOENIX AZ 85028-6039

006231P001-1447A-070
SVCN 5 LLC
SVC PROPERTIES TRUST
THE RMR GROUP LLC JENNIFER B CLARK
255 WASHINGTON ST STE 300
NEWTON MA 02458

006721P001-1447A-070
MARK TABER
8806 NW 75TH CT
TAMARAC FL 33321

007738P001-1447A-070
TABLE MOUND PARK CORP
UMC REAL ESTATE SERVICES
JACQUE CHILTON
4343 E CAMELBACK RD
STE 215
PHOENIX AZ 85018

007738S001-1447A-070
TABLE MOUND PARK CORP
PAUL M WEISER, ESQ.
16435 NORTH SCOTTSDALE RD
SUITE 440
SCOTTSDALE AZ 85254

006296P001-1447A-070
TALBOT COUNTY ANGELA LANE
DIRECTOR DEPT OF FINANCE TALBOT COUNTY
COURTHOUSE 11 N WASHINGTON ST
STE 9
EASTON MD 21601

007724P001-1447A-070
TARRANT CNTY TAX ASSESSOR-COLLECTOR
100 E WEATHERFORD
FT. WORTH TX 76196

310478P001-1447A-070
TASC
2302 INTERNATIONAL LN
MADISON WI 53704

006245P001-1447A-070
TCC ASSOCIATES INC
PO BOX 11975
FT LAUDERDALE FL 33339

011966S003-1447A-070
TCG TELECOM CONSULTING GROUP
602 E MCNAP RD
POMPANO BEACH FL 33060

000354P001-1447A-070
TENNESSEE ATTORNEY GENERAL
HERBERT H SLATERY III
PO BOX 20207
NASHVILLE TN 37202-0207

000366P001-1447A-070
TENNESSEE ATTORNEY GENERAL
CONSUMER PROTECTION
500 JAMES ROBERTSON PKWY
5TH FLOOR
NASHVILLE TN 37243-0600

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

000303P001-1447A-070
TENNESSEE DEPT OF ENVIRONMENT
AND CONSERVATION
BOB MARTINEAU
312 ROSA L PARKS AVE
NASHVILLE TN 37243

000316P001-1447A-070
TENNESSEE DEPT OF LABOR
COMMISSIONER
220 FRENCH LANDING DR
NASHVILLE TN 37243

000392P001-1447A-070
TENNESSEE DEPT OF REVENUE
ANDREW JACKSON BUILDING
500 DEADRICK ST
NASHVILLE TN 37242

000381P001-1447A-070
TENNESSEE DEPT OF TREASURY
UNCLAIMED PROPERTY DIVISION
502 DEADERICK ST
NASHVILLE TN 37243-0203

000370P001-1447A-070
TENNESSEE OCCUPATIONAL AND SAFETY AND
HEALTH ADMINISTRATION TOSHA
220 FRENCH LANDING DR
NASHVILLE TN 37243-1002

000355P001-1447A-070
TEXAS ATTORNEY GENERAL
KEN PAXTON
300 W 15TH ST
AUSTIN TX 78701

000367P001-1447A-070
TEXAS ATTORNEY GENERAL
CONSUMER PROTECTION
300 W 15TH ST
9TH FLOOR
AUSTIN TX 78711-2548

000304P001-1447A-070
TEXAS COMMISSION OF ENVIRONMENTAL QUALITY
PO BOX 13087
MAIL CODE TCEQ
AUSTIN TX 78711-3087

000382P001-1447A-070
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
UNCLAIMED PROPERTY CLAIMS SECTION
PO BOX 12046
AUSTIN TX 78711-2046

000393P001-1447A-070
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 13528 CAPITOL STATION
AUSTIN TX 78711-3528

012063P001-1447A-070
TEXAS DEPT OF REVENUE
PO BOX 13528
AUSTIN TX 78711-3528

000030P001-1447A-070
TEXAS DEPT OF REVENUE
PO BOX 13528
CAPITOL STATION
AUSTIN TX 78711-3528

000317P001-1447A-070
TEXAS WORKFORCE COMMISSION
EXECUTIVE DIRECTOR
101 EAST 15TH ST
ROOM 651
AUSTIN TX 78778-0001

000411P001-1447A-070
TEXAS WORKFORCE COMMISSION
PO BOX 149037
AUSTIN TX 78714-9037

000426P001-1447A-070
TEXAS WORKFORCE COMMISSION
101 E 15TH ST RM 370
AUSTIN TX 78778

012424P001-1447A-070
THE ELLIOT GROUP
505 WHITE PLAINS RD
STE 228
TARRYTOWN NY 10591

006783P001-1447A-070
THE HANDYMAN CO
5314 N FALKENBURG RD
TAMPA FL 33610

012407P001-1447A-070
THE PENSION STUDIO
TPS ANCILLARY SVC LLC
1226 OMAR RD
WEST PALM BEACH FL 33405

012407S001-1447A-070
THE PENSION STUDIO
RETIREMENT CLEARINGHOUSE, LLC
3545 WHITEHALL PK DR
STE 400
CHARLOTTE NC 28273

006784P001-1447A-070
THE PENSION STUDIO LLC
1226 OMAR RD
WEST PALM BEACH FL 33405

006139P001-1447A-070
THE TOWN CENTER AT BOCA RATON TRUST
MS MANAGEMENT ASSOCIATES INC
225 WEST WASHINGTON ST
INDIANAPOLIS IN 46204-3428

006139S001-1447A-070
THE TOWN CENTER AT BOCA RATON TRUST
PO BOX 772846
CHICAGO IL 60677-2846

006139S002-1447A-070
THE TOWN CENTER AT BOCA RATON TRUST
5355 TOWN CTR RD
STE 802
BOCA RATON FL 33486

006139S003-1447A-070
THE TOWN CENTER AT BOCA RATON TRUST
PO BOX 35470
NEWARK POST OFFICE
NEWARK NJ 07193-5470

011967P001-1447A-070
THE ULTIMATE SOFTWARE GROUP INC
GENERAL COUNSEL
2000 ULTIMATE WAY
WESTON FL 33326

310479P001-1447A-070
THE WELDING SHOP
1100149TH ST N
CLEARWATER FL 33762

012431P001-1447A-070
THORNTON ACOUSTICS AND VIBRATIONS
521 CLAY RUN RD
MILL RUN, PA 15464

006155P002-1447A-070
THORNTON ASSOCIATES PLAZA LLC
DRAKE ASSET MANAGEMENT
PERRY RADIC
7800 E UNION AVE
STE 410
DENVER CO 80237

Case 20-12841-MFW  Doc 829  Filed 03/18/21  Page 188 of 193

YouFit Health Clubs, LLC, et al.
Exhibit Pages

Page # : 46 of 51                                                                03/12/2021 04:06:02 PM

310480P001-1447A-070
THYSSENKRUPP ELEVATOR
PO BOX 3796
CAROL STREAM IL 60132

012006P001-1447A-070
TIVITY HEALTH SVC LLC
SLIVER SNEAKERS
701 COOL SPRINGS BLVD
FRANKLIN TN 37067

006156P001-1447A-070
TJ HEALTH AND FITNESS INC
3501 N OCEAN DR #7G
HOLLYWOOD FL 33019

006156S001-1447A-070
TJ HEALTH AND FITNESS INC
100 CLUB DR
STE #235
BURNSVILLE NC 28714

006133P001-1447A-070
TKG-STORAGE MART PARTNERS PORTFOLIO LLC
AS SUCCESSOR TO STORAGEMART II LLC
CRIS BURNAM
2407 RANGELINE ST
COLUMBIA MS 65205

006133S001-1447A-070
TKG-STORAGE MART PARTNERS PORTFOLIO LLC
VAN MATRE HARRISON AND VOLKERT PC
1103 EAST BROADWAY STE 101
PO BOX 1017
COLUMBIA MS 65205

006133S003-1447A-070
TKG-STORAGE MART PARTNERS PORTFOLIO LLC
ANGEL MORALES REGIONAL MANAGER
2021 GRIFFIN RD
FT LAUDERDALE FL 33312

006133S002-1447A-070
TKGSTORAGE MART PARTNERS PORTFOLIO, LLC
CRIS BURNAM
PO BOX U
COLUMBIA MO 65205

006301P001-1447A-070
TN JOB SKILLS FEE
4240 HICKORY HILL RD
MEMPHIS TN 38141

012416P001-1447A-070
TOKIO MARINE
HCC DAND O POLICY AND RUN OFF POLICY
TOKIO MARINE HHC D AND O GROUP
8 FOREST PK DR
FARMINGTON CT 06032

012416S001-1447A-070
TOKIO MARINE
TOKIO MARINE HCC NJ
111 TOWN SQ PL
STE 1405
JERSEY CITY NJ 07310

012007P001-1447A-070
TOKIO MARINE HCC
D AND O POLICY AND RUN OFF POLICY
D AND O GROUP
8 FOREST PK DR
FARMINGTON CT 06032

012007S001-1447A-070
TOKIO MARINE HCC
TOKIO MARINE HCC NJ
111 TOWN SQ PL
STE 1405
JERSEY CITY NJ 07310

012007S003-1447A-070
TOKIO MARINE HCC
TOKIO MARINE HHC - TEXAS
7500 SAN FELIPE
STE 600
HOUSTON TX 77063

011878S001-1447A-070
TOKIO MARINE HCC - NJ
111 TOWN SQ PL
STE 1405
JERSEY CITY NJ 07310

006261P001-1447A-070
REGINA TOLLIVER
WEISBERG CONSUMER LAW GROUP PA
ALEX D WEISBERG
5846 S GLAMINGO RD
STE 290
COOPER CITY FL 33330

006261S001-1447A-070
REGINA TOLLIVER
THOMPSON CONSUMER LAW GROUP PLLC
AMORETTE RINKLEIB
5235 E SOUTHERN AVE
STE D106-618
MESA AZ 85206

000059P001-1447A-070
TOWN OF DAVIE FALSE ALARM REDUCTION PROGRAM
PO BOX 142766
IRVING TX 75014

000260P001-1447A-070
TOWN OF GILBERT UTILITIES
PO BOX 52653
PHOENIX AZ 85072-2653

000260S001-1447A-070
TOWN OF GILBERT UTILITIES
50 E Civic Center Dr
Gilbert AZ 85296

000087P001-1447A-070
TOWN OF GILBERT-ALARM UNIT
DEVELOPMENT SVC DEPT
90 E CIVIC CTR DR
GILBERT AZ 85296

006172P001-1447A-070
TOWNE CROSSING STATION LIMITED PARTNERSHIP
ROBERT F MYERS COO
11501 NORTHLAKE DR
CINCINNATI OH 45249

006172S001-1447A-070
TOWNE CROSSING STATION LIMITED PARTNERSHIP
1785 PAYSPHERE CIRCLE
CHICAGO IL 60674

011898P001-1447A-070
TOWNE CROSSING STATION LIMITEDI PARTNERSHIP
ROBERT F MYERS COO
11501 NORTHLAKE DR
CINCINNATI OH 45249

011898S001-1447A-070
TOWNE CROSSING STATION LIMITEDI PARTNERSHIP
1785 PAYSPHERE CIR
CHICAGO IL 60674

007739P001-1447A-070
TPP 22 PHOENIX LLC
KEITH SCHNEIDER
1601 ELM ST
STE 350
DALLAS TX 75201

007739S001-1447A-070
TPP 22 PHOENIX LLC
JAH REALTY
JEFF NORMAN
1008 E HEFNER ROAD
PO BOX 14586
OKLAHOMA CITY OK 73113-0586

007739S002-1447A-070
TPP 22 PHOENIX LLC
DON C FLETCHER, ESQ.
1095 W RIO SALADO PARKWAY
SUITE 206
TEMPE AZ 85281

YouFit Health Clubs, LLC, et al.
Exhibit Pages

007740P001-1447A-070
TPP 29 LINDSAY LLC
KEITH SCHNEIDER
1601 ELM ST
STE 350
DALLAS TX 75201

007740S001-1447A-070
TPP 29 LINDSAY LLC
PO BOX 844060
LOS ANGELES CA 90084-4060

007740S002-1447A-070
TPP 29 LINDSAY LLC
DTZ
2375 E CAMELBACK RD
SUITE 300
PHOENIX AZ 85016

007740S003-1447A-070
TPP 29 LINDSAY LLC
JAH REALTY LP
JEFF NORMAN
1008 E HEFNER ROAD
PO BOX 14586
OKLAHOMA CITY OK 73131-0586

012012P002-1447A-070
TPS ANCILLARY SVCS LLC
YOU FIT LLC 401K PROFIT SHARING PLAN
AND TRUST
1226 OMAR RD
WEST PALM BEACH FL 33405

000036P002-1447A-070
TRAVELERS CHARTER OAK INS CO
ONE TOWER SQUARE
HARTFORD CT 06183

012008P001-1447A-070
TRAVELERS WORKERS COMP
PO BOX 660317
DALLAS TX 75266-0317

012417P001-1447A-070
TRAVELERS WORKERS COMP
TRAVELERS
PO BOX 660317
DALLAS TX 75266-0317

006293P001-1447A-070
TREASURY/CITY OF WORCESTER MA
455 MAIN ST
WORCESTER MA 01608

006131P001-1447A-070
TSC RAMBLEWOOD LTD
333 W CAMINO GARDENS BLVD STE 200
BOCA RATON FL 33432

000261P001-1447A-070
TXU ENERGY
PO BOX 650638
DALLAS TX 75265-0638

000261S001-1447A-070
TXU ENERGY
6555 SIERRA DR
ROOM 1S-26-C
IRVING TX 75039

012010P001-1447A-070
ULTIMATE SOFTWARE GROUP INC
PO BOX 930953
ATLANTA GA 31193-0953

011961P001-1447A-070
UNIRUSH LLC
DBA RAPID PAYCARD
4701 CREEK RD
STE 200
CINCINNATI OH 45242

310481P001-1447A-070
UNITED FIRE PROTECTION CORP
2900 SHADER RD
ORLANDO FL 32808

006216P001-1447A-070
UNITED STATES DEVELOPMENT LTD
815 NW 57TH AVE
STE 202
MIAMI FL 33126

011932P001-1447A-070
UNITED STATES DEVELOPMENT LTD
100 MIRACLE MILE
STE 310
CORAL GABLES FL 33134

000035P002-1447A-070
UNITED STATES LIABILITY INSURANCE CO
1190 DEVON PK DR
WAYNE PA 19087

006239P001-1447A-070
UNITED STATES LIABILITY INSURANCE COMPANY
2425 S YANK CIR
LAKEWOOD CO 33308

310482P001-1447A-070
UNIVERSAL FIRE EQUIPMENT, INC
2232 W 80TH ST
BAY 1
HIALEAH FL 33016

006586P001-1447A-070
UNLIMITED PLUMBING INC
21700 HAMMOCK PT DR
BOCA RATON FL 33433

006586S001-1447A-070
UNLIMITED PLUMBING INC
PO BOX 3953
BOCA RATON FL 33427

000009P001-1447S-070
US ATTORNEY FOR DELAWARE
CHARLES OBERLY  ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801

012398P001-1447A-070
US BANK
1310 MADRID ST
STE 101
MARSHALL MN 56258

012398S001-1447A-070
US BANK
HGI TECHNOLOGIES
1000 PARK CENTRE BLVD #128
MIAMI GARDENS FL 33169

012009P001-1447A-070
US BANK EQUIPMENT FINANCE RICOH
PO BOX 790448
ST LOUIS MO 63179-0448

012394P001-1447A-070
US BANK EQUIPMENT FINANCE RICOH
US BANK EQUIPMENT FINANCE
PO BOX 790448
ST LOUIS MO 63179-0448

000318P001-1447A-070
US DEPT OF LABOR
200 CONSTITUTION AVE NW
WASHINGTON DC 20210

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

03/12/2021 04:06:02 PM

| | | | |
|---|---|---|---|
| 000327P001-1447A-070<br>US DEPT OF LABOR<br>OCCUPATIONAL SAFETY AND HEALTH ADMIN OSHA<br>OFFICE OF CHIEF COUNSEL<br>200 CONSTITUTION AVE NW<br>WASHINGTON DC 20210 | 000319P001-1447A-070<br>US DEPT OF LABOR OSHA<br>OSHA REGION 3<br>THE CURTIS CENTER STE 740 WEST<br>170 S INDEPENDENCE MALL WEST<br>PHILADELPHIA PA 19106 | 000320P001-1447A-070<br>US DEPT OF LABOR OSHA<br>OSHA REGION 4<br>61 FORSYTH ST SW<br>RM 6T50<br>ATLANTA GA 30303 | 000321P001-1447A-070<br>US DEPT OF LABOR OSHA<br>OSHA REGION 6<br>525 GRIFFIN ST STE 602<br>DALLAS TX 75202 |
| 000395P001-1447A-070<br>US DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>OGDEN UT 84201-0005 | 000396P001-1447A-070<br>US DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>PO BOX 806532<br>CINCINNATI OH 45280-6532 | 006237P001-1447A-070<br>US SPECIALTY INSURANCE CO<br>TOKIO MARINE HCC<br>8 FOREST PARK DR<br>FARMINGTON CT 06032 | 011878P001-1447A-070<br>US SPECIALTY INSURANCE CO<br>TOKIO MARINE HCC<br>D AND O GROUP<br>8 FOREST PK DR<br>FARMINGTON CT 06032 |
| 011878S002-1447A-070<br>US SPECIALTY INSURANCE CO<br>TOKIO MARINE HHC - TEXAS<br>7500 SAN FELIPE<br>STE 600<br>HOUSTON TX 77063 | 310419P001-1447A-070<br>VARITECH LLC<br>PEGGY CUNNINGHAM<br>1027 FLUSHING AVE<br>CLEARWATER FL 33764 | 011968P001-1447A-070<br>VENGO INC<br>45 50 30TH ST<br>STE 11<br>LONG ISLAND NY 11101 | 011969P001-1447A-070<br>VERATIV OPERATING CO<br>9 CRYSTAL POND RD<br>SOUTHBOROUGH MA 01772 |
| 006588P001-1447A-070<br>VERITIV OPERATING CO<br>7016 A C SKINNER PKWY<br>JACKSONVILLE FL 32256 | 006588S001-1447A-070<br>VERITIV OPERATING CO<br>PO BOX 849089<br>DALLAS TX 75284-9089 | 006588S002-1447A-070<br>VERITIV OPERATING CO<br>GENERAL COUNSEL<br>1000 ALBERNATHY RD NE<br>BLDG 400 AND STE 1700<br>ATLANTA GA 30328 | 012011P001-1447A-070<br>VERITIV OPERATING CO<br>9 CRYSTAL POND RD<br>SOUTHBOROUGH MA 01772 |
| 012011S001-1447A-070<br>VERITIV OPERATING CO<br>GENERAL COUNSEL<br>1000 ALBERNATHY RD NE<br>BUILDING 400 AND STE 1700<br>ATLANTA GA 30328 | 006189P001-1447A-070<br>VERSAILLES LAND GROUP LLC<br>1055 DOVE RUN RD STE 216<br>LEXINGTON KY 40502 | 006189S001-1447A-070<br>VERSAILLES LAND GROUP LLC<br>R. DOUGLAS MARTIN, ESQ.<br>WELLINGTON PLACE OFFICE PARK<br>1031 WELLINGTON WAY, SUITE 135<br>LEXINGTON KY 40513 | 006189S002-1447A-070<br>VERSAILLES LAND GROUP LLC<br>ELIAS O MASHNI<br>811 CORPORATE DRVIE<br>SUITE 205<br>LEXINGTON KY 40503 |
| 006189S003-1447A-070<br>VERSAILLES LAND GROUP LLC<br>BILLY BLAIR<br>102 FURLONG TRAIL<br>NICHOLASVILLE KY 40356 | 000031P001-1447A-070<br>VIRGINIA DEPT OF REVENUE<br>PO BOX 1115<br>RICHMOND VA 23218-1115 | 000356P001-1447A-070<br>VIRGINIA ATTORNEY GENERAL<br>MARK R HERRING<br>202 NORTH NINTH ST<br>RICHMOND VA 23219 | 000368P001-1447A-070<br>VIRGINIA DEPT OF AGRICULTURE<br>AND CONSUMER SERVICES<br>DIVISION OF CONSUMER PROTECTION<br>102 GOVERNOR ST<br>RICHMOND VA 23219 |
| 000305P001-1447A-070<br>VIRGINIA DEPT OF ENVIRONMENTAL QUALITY<br>629 EAST MAIN ST<br>PO BOX 1105<br>RICHMOND VA 23218 | 000322P001-1447A-070<br>VIRGINIA DEPT OF LABOR AND INDUSTRY<br>COMMISSIONER<br>13 SOUTH THIRTEENTH ST<br>RICHMOND VA 23219 | 012064P001-1447A-070<br>VIRGINIA DEPT OF REVENUE<br>1957 WESTMORELAND ST<br>RICHMOND VA 23230 | 000394P001-1447A-070<br>VIRGINIA DEPT OF TAXATION<br>OFFICE OF CUSTOMER SVC<br>PO BOX 1115<br>RICHMOND VA 23218-1115 |

YouFit Health Clubs, LLC, et al.
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000383P001-1447A-070<br>VIRGINIA DEPT OF TREASURY<br>UNCLAIMED PROPERTY DIVISION<br>101 NORTH 14TH ST<br>RICHMOND VA 23219 | 000371P001-1447A-070<br>VIRGINIA OCCUPATIONAL SAFETY AND HEALTH VOSH<br>HEADQUARTERS MAIN STREET CENTRE<br>600 EAST MAIN ST STE 207<br>RICHMOND VA 23219 | 006814P001-1447A-070<br>VISTA RIDGE RETAIL LLC<br>LAMAR COMPANIES<br>695 US ROUTE 46<br>STE 210<br>FAIRFIELD NJ 07004 | 006814S001-1447A-070<br>VISTA RIDGE RETAIL LLC<br>NICHOLAS R SMITH<br>440 NORTH CENTER<br>ARLINGTON TX 76011 |
| 006271P001-1447A-070<br>VISTA RIDGE RETAIL LLC ET AL<br>NICHOLAS R SMITH<br>301 N. LAS VEGAS TRL<br>#150964<br>FORT WORTH TX 76108 | 011909P001-1447A-070<br>VITA RIDGE RETAIL LLC<br>LAMAR COMPANIES<br>695 US ROUTE 46<br>STE 210<br>FAIRFIELD NJ 07004 | 011909S001-1447A-070<br>VITA RIDGE RETAIL LLC<br>NICHOLAS R SMITH<br>440 NORTH CTR<br>ARLINGTON TX 76011 | 006208P003-1447A-070<br>W-PT ARVADA VII LLC<br>PINE TREE COMMERCIAL REALTY LLC<br>PROPERTY MANAGEMENT AND GENERAL COUNSEL<br>40 SKOKIE BLVD STE 610<br>NORTHBROOK IL 60062 |
| 006208S001-1447A-070<br>W-PT ARVADA VII LLC<br>WALTON STREET CAPITAL LLC<br>DOUG WELKER ANGELA LANG AND JOSH ZEMON<br>900 N MICHIGAN AVE STE 1990<br>CHICAGO IL 60611 | 006208S002-1447A-070<br>W-PT ARVADA VII LLC<br>TAL DIAMANT<br>410 SEVENTEENTH STREET<br>SUITE 2200<br>DENVER CO 80202-4432 | 006295P001-1447A-070<br>WASHINGTON COUNTY TODD HERSHEY<br>TREASURERTREASURY AND<br>TAX COLLECTION WASHINGTON COUNTY<br>COUNTY OFFICE BUILDING 35 WASHINGTON ST<br>HAGERSTOWN MD 21740 | 000267P003-1447A-070<br>WASTE MANAGEMENT 78251<br>PO BOX 7400<br>PASADENA CA 91109-7400 |
| 000267S001-1447A-070<br>WASTE MANAGEMENT 78251<br>1001 FANNIN ST STE 4000<br>HOUSTON TX 77002 | 000265P003-1447A-070<br>WASTE MANAGEMENT 9001054<br>P O BOX 55558<br>BOSTON MA 02205-5558 | 000265S001-1447A-070<br>WASTE MANAGEMENT 9001054<br>1001 FANNIN ST STE 4000<br>HOUSTON TX 77002 | 310483P001-1447A-070<br>WASTE MANAGEMENT 9001054<br>PO BOX 9001054<br>LOUISVILLE KY 40290-1054 |
| 000269P001-1447A-070<br>WASTE PRO<br>P O BOX 865228<br>ORLANDO FL 32886-5228 | 000269S001-1447A-070<br>WASTE PRO<br>1001 FANNIN STSUITE 4000<br>HOUSTON TX 77002 | 000270P001-1447A-070<br>WCA WASTE CORP<br>PO BOX 4524<br>HUSTON, TX 77210-4524 | 000270S001-1447A-070<br>WCA WASTE CORP<br>2101 WEST STATE RD 434<br>STE 305<br>LONGWOOD FL 32779-5053 |
| 006186P002-1447A-070<br>WEINGARTEN REALTY INVESTORS<br>PO BOX 301074<br>DALLAS TX 75303-1074 | 003314P001-1447A-070<br>RICHARD S WESSON<br>ADDRESS INTENTIONALLY OMITTED | 003314S001-1447A-070<br>RICHARD S WESSON<br>ADDRESS INTENTIONALLY OMITTED | 012400P001-1447A-070<br>WEST COBB FITNESS LLC<br>DBA GOLDS GYM<br>PO BOX 7259<br>DOUGLASVILLE GA 30154 |
| 012400S001-1447A-070<br>WEST COBB FITNESS LLC<br>GORDON E. JOHNSON IV<br>DOUGLASVILLE HEALTH AND ATHLETIC CLUB LLLP<br>4564 POLO LN SE<br>ATLANTA GA 30339 | 012400S002-1447A-070<br>WEST COBB FITNESS LLC<br>GORDON E  JOHNSON ILL<br>DOUGLASVILLE HEALTH AND ATHLETIC CLUB LLLP<br>4564 POLO LANE SE<br>ATLANTA GA 30339 | 012400S003-1447A-070<br>WEST COBB FITNESS LLC<br>SCOTT C JOHNSON<br>DOUGLASVILLE HEALTH AND ATHLETIC CLUB LLLP<br>4564 POLO LN SE<br>ATLANTA GA 30339 | 006182P001-1447A-070<br>WESTERN BEEF RETAIL INC<br>47-05 METROPOLITAN AVE<br>RIDGEWOOD NY 11385 |

**YouFit Health Clubs, LLC, et al.**
**Exhibit Pages**

006182S001-1447A-070
WESTERN BEEF RETAIL INC
THE DEIORIO LAW FIRM LLP
800 WESTCHESTER AVE STE S-608
RYE BROOK NY 10573

011926P001-1447A-070
WESTERN BEEF RETAIL INC
CACTUS HOLDINGS INC
SANDALFOOT PLAZA BOCA LLC
47-05 METROPOLITAN AVE
RIDGEWOOD NY 11385

006182S002-1447A-070
WESTERN BEEF RETAIL, INC
SANDALFOOT PLAZA BOCA LLC
8845 N MILITARY TRL
STE 100
PALM BEACH GARDENS FL 33410

000077P001-1447S-070
WESTERNBURG & THORNTON PC
STEVEN THORNTON
10440 N CENTRAL EXPRESSWAY STE 800
DALLAS TX 75231

000083P001-1447S-070
WESTWOOD PLAZA LLC
STEVEN LEONI
2020 WEST PENSACOLA ST.,STE 285
TALLAHASSEE FL 32304

006202P001-1447A-070
WESTWOOD PLAZA LLC
STUDENT HOUSING SOLUTIONS LLC
COMMERCIAL PROPERTY MANAGER
2020 WEST PENSACOLA ST STE #300
TALLAHASSEE FL 32304

006202S001-1447A-070
WESTWOOD PLAZA LLC
ROGERS TOWERS PA
CHRISTINE ADAMS ESQ
818 A1A NORTH STE 208
PONTE VEDRA BEACH FL 32082

007741P001-1447A-070
WHITESTONE PROMENADE LLC
20789 N PIMA RD # 210
SCOTTSDALE AZ 85255

007741S001-1447A-070
WHITESTONE PROMENADE LLC
JEFFREY J. GOULDER
MICHAEL VINCENT
1850 NORTH CENTRAL AVENUE
SUITE 2100
PHOENIX AZ 85004-4584

006294P001-1447A-070
WICOMICO COUNTY DAWN MITCHELLS PARKS
PARKS DIRECTOR OF FINANCE
DEPT OF FINANCE WICOMICO COUNTY
125
125 N DIVISION ST PO BOX 870
SALISBURY MD 21803

006241P001-1447A-070
CLEDARNARD WIGHTGIMPS
339 NW 5TH AVE
DELRAY BEACH FL 33444

000070P001-1447S-070
WILES & WILES LLP
VICTOR W NEWMARK,ESQ
800 KENNESAW AVE.,STE 400
MARIETTA GA 30060-7946

310420P001-1447A-070
WIMBERLY LAWSON STECKEL SCHNEIDER AND STINE
3400 PEACHTREE RD STE 400 LENOX TOWERS
ATLANTA GA 30326

012432P001-1447A-070
WIMBERLY LAWSON STECKEL SCHNEIDER AND STINE
3400 PEACHTREE RD NE
STE 400
ATLANTA GA 30326-1107

000098P001-1447S-070
WINSTEAD PC
JASON A ENRIGHT
500 WINSTEAD BUILDING
2728 N HARWIID ST
DALLAS TX 75201

000023P001-1447S-070
WINSTON & STRAWN
GREGORY M GARTLAND
200 PARK AVENUE
NEW YORK NY 10166

000022P001-1447S-070
WINSTON & STRAWN LLP
CAREY D SCHREIBER
200 PARK AVENUE
NEW YORK NY 10166

000059P001-1447S-070
WINSTON & STRAWN LLP
MICHAEL T LEARY
333 SOUTH GRAND AVE.,38TH FLOOR
LOS ANGELES CA 90071

006204P001-1447A-070
WRI JT NORTHRIDGE LP
PO BOX 924133
HOUSTON TX 77292

006598P001-1447A-070
WRI JT NORTHRIDGE, LP
5355 TOWN CTR RD
STE 802
BOCA RATON FL 33486

006598S001-1447A-070
WRI JT NORTHRIDGE, LP
PO BOX 301607
DALLAS TX 75303-1607

000274P001-1447A-070
XCEL ENERGY
PO BOX 9477
MPLS MN 55484-9477

000274S001-1447A-070
XCEL ENERGY
414 NICOLLET MALL
MINNEAPOLIS MN 55401

012269P001-1447A-070
YF ARIZONA LLC
1350 E NEWPORT CTR DR
STE 110
DEERFIELD BEACH FL 33442

006852P001-1447A-070
YF CACTUS VILLAGE INC
DBA YOU FIT HEALTH CLUBS
GALLAGHER AND KENNEDY PA
JOSEPH E COTTERMAN ESQ
2575 EAST CAMELBACK RD
PHOENIX AZ 85016

006852S001-1447A-070
YF CACTUS VILLAGE INC
DBA YOU FIT HEALTH CLUBS
MIMCO LLC PROPERTY MANAGEMENT
6500 MONTANA AVE
EL PASO TX 79925

012297P001-1447A-070
YF GROUP A LLC
1350 E NEWPORT CTR DR
STE 110
DEERFIELD BEACH FL 33442

012033P001-1447A-070
YF LIME LLC
6475 1ST AVE SOUTH
ST PETERSBURG FL 33707

# YouFit Health Clubs, LLC, et al.
## Exhibit Pages

03/12/2021 04:06:02 PM

012033S001-1447A-070
YF LIME LLC
TRENAM KEMKER
101 E KENNEDY BLVD
SUITE 2700
TAMPA FL 33601

012033S002-1447A-070
YF LIME LLC
RICK BERKS
1201 SW 19TH AVE
BOCA RATON FL 33486

012326P001-1447A-070
YF NORTH POINT LLC
1350 E NEWPORT CTR DR
STE 110
DEERFIELD BEACH FL 33442

012345P001-1447A-070
YF SE FLA LLC
1350 E NEWPORT CTR DR
STE 110
DEERFIELD BEACH FL 33442

006123P001-1447A-070
YOU FIT LLC
1350 E NEWPORT CENTER DR STE 110
DEERFIELD BEACH FL 33442

006123S001-1447A-070
YOU FIT LLC
CHRISTY B STROSS ESQ
111 2ND AVE NE STE 1402
ST. PETERSBURG FL 33701

012012S001-1447A-070
YOU FIT LLC 401 K PROFIT SHARING PLAN AND
RETIREMENT CLEARINGHOUSE LLC
3545 WHITEHALL PK DR
STE 400
CHARLOTTE NC 28273

012117P001-1447A-070
YOUFIT HEALTH CLUBS LLC
1350 E NEWPORT CTR DR
STE 110
DEERFIELD BEACH FL 33442

000058P001-1447S-070
YOUNG CONAWAY STARGATT & TAYLOR LLP
JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH
1000 NORTH KING ST
WILMINGTON DE 19801

006853P001-1447A-070
ZANPRO LLC
GAMMAGE AND BURNHAM LLC
GEORGE U WINNEY ESQ
40 NORTH CENTRAL AVE
20TH FL
PHOENIX AZ 85004

006140P001-1447A-070
ZANPRO LLC
3550 GLENRIDE DR
SHERMAN OAKS CA 91423

006140S001-1447A-070
ZANPRO LLC
ERIK LITWIN
2332 COTNER AVE
SUITE 301
LOS ANGELES CA 90064

Records Printed :  **1412**