**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: YouFit Health Clubs, LLC, *et al.*

**Case No. 20-12841 (MFW)**
**Reporting Period: February 2021**

**MONTHLY OPERATING REPORT**
**File with Court and submit copy to United States Trustee within 20 days after end of month.**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | [MOR 1.1] | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | | |
| Schedule of Professional Fees Paid | MOR-1b | | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____          _____
Signature of Debtor                                                       Date


_____          _____
Signature of Joint Debtor                                                 Date


_/s/ Brian Gleason_____          __3/31/2021_____
Signature of Authorized Individual*                               Date


_____          _____
Printed Name of Authorized Individual                         Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

**In re: YouFit Health Clubs, LLC,** *et al.*
    Debtor

**Case No. 20-12841 (MFW)**
**Reporting Period: February 2021**

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | | | | | | | | | | | CURRENT MONTH | CUMULATIVE FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BOA #7085 | BOA #7098 | BOA #7030 | BOA #7946 | BOA #7959 | BOA #8084 | BOA #3460 | BOA #3473 | BOA #4652 | BOA #6225 | BOA #2675 | WF #7573 | JPMC #7975 | JPMC #6528 | ACTUAL | ACTUAL |
| **CASH BEGINNING BALANCE** | 8,333,503 | 0 | 0 | 0 | 50,111 | 0 | 122,211 | 0 | 304,465 | 20,956 | 24 | 15,282 | 4,771 | 15,989 | 8,867,311 | 3,742,982 |
| | | | | | | | | | | | | | | | | |
| **RECEIPTS** | | | | | | | | | | | | | | | | |
| CASH SALES | 4,313,487 | | 3,035 | | 44,973 | | 126,188 | | | 79,212 | 1,644 | 1,590 | | 2,388 | 4,572,517 | 21,889,252 |
| ACCOUNTS RECEIVABLE | | | | | | | | | | | | | | | 0 | 0 |
| DIP FUNDING | 1,598,506 | | | | | | | | | | | | | | 1,598,506 | 10,598,506 |
| SALE OF ASSETS | 25,000 | | | | | | | | | | | | | | 25,000 | 25,000 |
| OTHER (ATTACH LIST) | | | | | | | | | | | | | | | 0 | 0 |
| INTERCOMPANY TRANSFERS - OUT | (9,409,207) | (1,431,000) | (4,057) | | (30,764) | | (88,235) | | | (135,348) | (1,668) | (16,860) | | (18,375) | (11,135,515) | (34,721,533) |
| INTERCOMPANY TRANSFERS - IN | 139,405 | 7,977,771 | 2,836,362 | 30,764 | | 26,073 | 1,668 | 88,235 | | 35,235 | | | | | 11,135,515 | 34,721,532 |
| TRANSFERS FROM YF FC OPERATIONS, LLC | | | | | | | | | | | | | | | 0 | 0 |
| TRANSFERS TO YF FC OPERATIONS, LLC | | (1,021,437) | | | | | | | | | | | | | (1,021,437) | (1,021,437) |
|     **TOTAL RECEIPTS** | **(3,332,809)** | **5,525,334** | **2,835,340** | **30,764** | **14,209** | **26,073** | **39,621** | **88,235** | **0** | **(20,901)** | **(24)** | **(15,270)** | **0** | **(15,987)** | **5,174,585** | **31,491,321** |
| | | | | | | | | | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | | | | | | | | | |
| PAYROLL | | | 2,803,101 | | | | | | | | | | | | 2,803,101 | 10,166,646 |
| EMPLOYEE BENEFITS | | 165,039 | | | | | | | | | | | | | 165,039 | 511,838 |
| ADVERTISING / MARKETING | | 442,839 | | | | | 64 | | | | | | | | 442,904 | 2,039,166 |
| INSURANCE | | 95,539 | | | | | | | | | | | | | 95,539 | 595,583 |
| EQUIPMENT LEASE | | 1,034 | | | | | | | | | | | | | 1,034 | 11,097 |
| EQUIPMENT REPAIR | | 4,276 | | | | | | | | | | | | | 4,276 | 24,863 |
| LICENSES & FEES | | 5,850 | | | | | | | | | | | | | 5,850 | 37,287 |
| OFFICE & COMPUTER SUPPLIES | | 31,628 | | | | | | | | | | | | | 31,628 | 96,920 |
| OUTSIDE SERVICES | | 235,824 | | 2,553 | | | 2,104 | | | | | | | | 240,480 | 603,381 |
| LEGAL/PROFESSIONAL FEES (NON-BK) | | 55,541 | | | | | | | | | | | | | 55,541 | 278,779 |

**In re: YouFit Health Clubs, LLC,** *et al.*
Debtor

**Case No. 20-12841 (MFW)**
**Reporting Period: February 2021**

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | | | | | | | | | | | CURRENT MONTH | CUMULATIVE FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BOA #7085 | BOA #7098 | BOA #7030 | BOA #7946 | BOA #7959 | BOA #8084 | BOA #3460 | BOA #3473 | BOA #4652 | BOA #6225 | BOA #2675 | WF #7573 | JPMC #7975 | JPMC #6528 | ACTUAL | ACTUAL |
| PROPERTY TAX | | 3,153 | | | | | | | | | | | | | 3,153 | 6,694 |
| PURCHASES (RETAIL) | | 57,358 | | 684 | | | | 2,217 | | | | | | | 60,259 | 201,385 |
| RENT | | 2,364,312 | | 20,833 | | 26,073 | | 75,492 | | | | | | | 2,486,711 | 7,682,268 |
| SALES TAX | | 302,254 | | 98 | | | | 143 | | | | | | | 302,495 | 1,169,901 |
| TRAVEL & ENTERTAINMENT | | 3,901 | | | | | | | | | | | | | 3,901 | 10,291 |
| UTILITIES | | 488,162 | | 6,317 | | | | 6,353 | | | | | | | 500,832 | 1,266,793 |
| CREDIT CARD / BANK FEES | 15,935 | 80,316 | | 278 | | | | 1,409 | | 55 | | 25 | | 12 | 98,030 | 392,970 |
| MISCELLANEOUS EXPENSES | | 10,712 | | | | | | 454 | | | | | | | 11,166 | 62,272 |
| CLEANING /COVID-RELATED EXPENSES | | | | | | | | | | | | | | | 0 | 95,099 |
| CAPEX FITNESS EQUIP. | | 3,208 | | | | | | | | | | | | | 3,208 | 8,436 |
| CAPEX FURNITURE | | 7,951 | | | | | | | | | | | | | 7,951 | 29,754 |
| CAPEX LEASEHOLD IMPROVEMENTS | | 29,155 | | | | | | | | | | | | | 29,155 | 98,728 |
| PROFESSIONAL FEES - BANKRUPTCY | | 972,834 | | | | | | | | | | | | | 972,834 | 4,127,343 |
| UTILITY DEPOSITS | | | | | | | | | | | | | | | 0 | 0 |
| SURETY BONDS | | | | | | | | | | | | | | | 0 | 0 |
| U.S. TRUSTEE QUARTERLY FEES | | 164,447 | | | | | | | | | | | | | 164,447 | 164,447 |
| **TOTAL DISBURSEMENTS** | 15,935 | 5,525,334 | 2,803,101 | 30,764 | 0 | 26,073 | 0 | 88,235 | 0 | 55 | 0 | 25 | 0 | 12 | 8,489,535 | 29,681,941 |
| | | | | | | | | | | | | | | | | |
| **NET CASH FLOW** | (3,348,744) | 0 | 32,239 | 0 | 14,209 | 0 | 39,621 | 0 | 0 | (20,956) | (24) | (15,295) | 0 | (15,999) | (3,314,950) | 1,809,379 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| **CASH - END OF MONTH** | 4,984,759 | 0 | 32,239 | 0 | 64,320 | 0 | 161,831 | 0 | 304,465 | 0 | 0 | (14) | 4,771 | (10) | 5,552,361 | 5,552,361 |

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | 8,489,535 |
| LESS: Per TSA Agreement, Debtor Paying Payroll with YF FC Operations, LLC's Property, on behalf of YF FC Operations, LLC | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 8,489,535 |

In re: YouFit Health Clubs, LLC, *et al.*
    Debtor

Case No. 20-12841 (MFW)
Reporting Period: February 2021

**Continuation Sheet for MOR-1**
A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | BOA #7085 | BOA #7098 | BOA #7030 | BOA #7946 | BOA #7959 | BOA #8084 | BOA #3460 | BOA #3473 | BOA #4652 | BOA #6225 | BOA #2675 | WF #7573 | JPMC #7975 | Aurora #6528 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | 4,984,759 | (58,621) | 32,238 | (640) | 64,320 | 0 | 161,831 | (5,462) | 304,465 | 0 | 0 | (14) | 4,771 | (10) |
| | | | | | | | | | | | | | | |
| BANK BALANCE | 4,984,759 | 0 | 32,239 | 0 | 64,320 | 0 | 161,831 | 0 | 304,465 | 0 | 0 | (14) | 4,771 | (10) |
| (+) DEPOSITS IN TRANSIT | | | | | | | | | | | | | | |
| (-) OUTSTANDING CHECKS | | (26,398) | (1) | (360) | | | | (4,479) | | | | | | |
| BANK BALANCE PER RECONCILIATION | 4,984,759 | (26,398) | 32,238 | (360) | 64,320 | 0 | 161,831 | (4,479) | 304,465 | 0 | 0 | (14) | 4,771 | (10) |
| (+) ADDITIONAL DEPOSITS IN TRANSIT | | | | | | | | | | | | | | |
| (-) ADDITIONAL OUTSTANDING CHECKS | | (32,223) | | (280) | | | | (983) | | | | | | |
| **ADJUSTED BANK BALANCE \*** | 4,984,759 | (58,620) | 32,238 | (640) | 64,320 | 0 | 161,831 | (5,462) | 304,465 | 0 | 0 | (14) | 4,771 | (10) |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |

**In re: YouFit Health Clubs, LLC,** *et al.*
Debtor

**Case No. 20-12841 (MFW)**
**Reporting Period: February 2021**

(Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| | Month | Cumulative Filing to Date |
|---|---|---|
| **REVENUES** | | |
| Membership | 1,734,786 | 12,727,682 |
| Membership -Secondary Membership | 1,249 | 388,795 |
| Initiation Fees | 36,597 | 169,968 |
| First Month Dues | 121,772 | 260,517 |
| PIF Membership | 14,988 | 75,664 |
| Annual Dues | 427,921 | 3,219,371 |
| Group Classes | 445 | 1,517 |
| Cancellation Fee | 41,387 | 279,106 |
| Late Fee | 56,931 | 357,705 |
| Deferred Revenue Adjustments | 0 | (64,701) |
| Initiation Fee GAAP Adjustment | 0 | 19,439 |
| PIF GAAP Adjustment | 0 | 74,210 |
| Annual Dues GAAP Adjustment | 0 | (158,350) |
| Total Membership | 2,436,076 | 17,415,625 |
| Personal Training | 466,890 | 2,897,673 |
| Retail Sales | | |
| Retail Product sales | 35,128 | 192,045 |
| Health Product sales | 28,779 | 141,913 |
| Over/Short Revenue | (161) | 1,620 |
| Tanning | 626 | 3,572 |
| Sublease / Commission Revenue | 5,007 | 23,927 |
| Other | 0 | 0 |
| Total Retail Sales | 69,378 | 363,077 |
| **TOTAL REVENUES** | **2,972,344** | **20,676,374** |
| **DIRECT EXPENSES** | | |
| **Billing** | 130,891 | 647,617 |
| Billing Fees | 81,418 | 493,108 |
| Credit Card Charges | 33,515 | 122,002 |
| Bank Service Fees | 15,959 | 32,507 |
| **Equipment Expenses** | 46,679 | 318,652 |
| Equip Repair and Maintenance | 14,975 | 108,894 |
| Facilities Repair | 31,705 | 209,715 |
| Misc Equip (Under 200) | 0 | 43 |
| **Personnel Expenses** | 1,415,926 | 8,004,752 |
| Club Operation Personnel | 0 | (79,174) |
| Child Care | 0 | 0 |
| Front Desk | 372,654 | 2,109,383 |
| Maintenance | 113,066 | 632,248 |
| Marketing Club Level | 2,423 | 15,294 |
| Management Club Level | 340,677 | 2,159,755 |
| Management Regional | 117,336 | 771,820 |
| Collections Membership | 20,445 | 123,142 |
| Club Level Sales | 0 | 0 |
| Personal Training Personnel | 0 | 9 |
| Personal Training Sales | 181,438 | 791,820 |
| Personal Training Service | 158,656 | 865,250 |
| Personal Training Regional | 42,459 | 272,039 |
| Collections Personal Training | 0 | 0 |
| Ops Support Personnel | 7,288 | 47,817 |
| Group X Service | 23,724 | 126,767 |
| Group X Mangement | 8,132 | 54,695 |
| Workers Compensation Insurance | 25,114 | 102,627 |
| Uniform Expense | 2,277 | 9,999 |
| Training expense | 237 | 1,262 |
| Relocation Expenses | 0 | 0 |
| **Rent** | 2,165,315 | 7,701,459 |
| Rent-Base | 1,495,070 | 5,623,777 |
| Rent-Cam | 597,305 | 2,224,100 |
| Rent-Cam Adjustments | 0 | 49,322 |
| Rent-Sales Tax | 72,940 | 284,510 |
| Rent-GAAP Adjustment Lease incentive | 0 | (480,250) |
| **Utilities** | (155,003) | 803,371 |
| Electrical/Gas | (136,126) | 451,602 |
| Water/Sewage | (73,894) | 52,642 |
| Alarm/ Security System | 4,128 | 23,511 |
| Trash | 23,636 | 105,720 |
| TV/Satellite service | 1,432 | 55,965 |
| Telephone service | 25,821 | 113,931 |
| **Outside Services** | 193,369 | 791,677 |
| Cleaning Services | 0 | 560 |
| Cleaning Supplies | 91,528 | 288,593 |
| Air Conditioning Service | (7,673) | 56,242 |
| DSL/WI FI | 101,358 | 415,709 |
| Lighting | 3,411 | 4,466 |
| Pest Control | 1,635 | 12,674 |
| Inspection Services | 1,756 | 7,838 |
| Other services | 325 | 1,922 |
| Misc Expense | 1,028 | 3,672 |
| **Office and Computer Supplies** | 6,856 | 43,461 |
| Office Supplies | 5,214 | 39,358 |
| Computer Supplies | 79 | 980 |
| Postage & Shipping | 1,562 | 3,123 |
| **Travel and Entertainment** | 10,018 | 29,180 |
| Airline Travel | 1,589 | 4,371 |
| Car rental | 1,684 | 6,322 |
| Lodging | 4,878 | 11,088 |
| Meals & Entertainment | 662 | 3,509 |

**In re: YouFit Health Clubs, LLC,** *et al.*
Debtor

**Case No. 20-12841 (MFW)**
**Reporting Period: February 2021**

(Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| | Month | Cumulative Filing to Date |
|---|---:|---:|
| *Gifts* | *0* | *0* |
| *Mileage expense* | *0* | *0* |
| *Auto Expenses* | *57* | *80* |
| *Parking and Tolls* | *787* | *2,984* |
| *Fuel* | *361* | *825* |
| **Advertising and Marketing** | *9,658* | *16,817* |
| *Advertising* | *9,658* | *16,817* |
| *Adv-Direct Mail/Print* | *0* | *0* |
| *Adv Public Relations* | *11,856* | *11,856* |
| *Adv-Promo/T-Shirt* | *(2,198)* | *4,960* |
| *Convention Expenses* | *0* | *0* |
| *Donations* | *0* | *0* |
| **Professional Services** | *9,605* | *59,227* |
| *Consulting* | *0* | *900* |
| *Membership and subscriptions* | *5,855* | *45,404* |
| *Payroll Services* | *3,750* | *12,923* |
| **License and taxes** | *64,002* | *197,029* |
| *License and permits* | *6,933* | *25,140* |
| *Use / Sales / Excise Tax* | *19* | *471* |
| *Property Tax* | *57,050* | *171,418* |
| **Insurance** | *72,887* | *300,796* |
| *General Liability insurance* | *63,008* | *259,333* |
| *Umbrella insurance* | *9,880* | *40,663* |
| *Surety Bonds* | *0* | *800* |
| **Cost of Retail Product Sales** | *45,108* | *256,027* |
| *Cost of Beverages* | *23,308* | *124,569* |
| *Cost of Supplement* | *16,555* | *95,926* |
| *Other product costs* | *2,435* | *17,731* |
| *Cost of Tanning Product* | *33* | *145* |
| *Cost of Freight on Inventory* | *0* | *0* |
| *Inventory Adjustment* | *2,777* | *17,657* |
| **TOTAL DIRECT EXPENSES** | **4,015,312** | **19,170,066** |
| **Contribution Margin** | **-1,042,967** | **1,506,309** |
| **Contribution Margin Percent** | **-35.1%** | **7.3%** |
| | | |
| **INDIRECT EXPENSES** | | |
| **Personnel Expenses** | *7,942* | *65,548* |
| *Advertising Personnel* | *7,942* | *65,548* |
| **Office and Computer Supplies** | *0* | *0* |
| *Office Supplies* | *0* | *0* |
| *Postage & Shipping* | *0* | *0* |
| **Advertising and Marketing** | *295,293* | *1,856,336* |
| **Advertising** | *295,293* | *1,856,336* |
| *Adv-TV* | *0* | *0* |
| *Adv-Direct Mail/Print* | *0* | *0* |
| *Adv-Internet Marketing* | *292,969* | *1,659,039* |
| *Adv Public Relations* | *(1,635)* | *189,874* |
| *Adv Outdoor Media* | *0* | *24* |
| *Adv-Promo/T-Shirt* | *3,960* | *7,400* |
| *Convention Expenses* | *0* | *0* |
| **Professional Services** | *1,266* | *14,136* |
| *Consulting* | *0* | *0* |
| *Membership and subscriptions* | *1,266* | *14,136* |
| **Insurance** | *0* | *0* |
| *Auto Insurance* | *0* | *0* |
| **Billing** | *2,380* | *49,824* |
| *Collection Fees* | *2,297* | *11,778* |
| *Com Data Commission* | *0* | *0* |
| *Bank Service Fees* | *83* | *38,047* |
| **Equipment Expenses** | *217* | *2,461* |
| *Facilities Repair* | *0* | *1,994* |
| *Equip Rental* | *217* | *466* |
| *Equip Lease* | *0* | *0* |
| **Personnel Expenses** | *212,447* | *1,466,757* |
| *Admin Personnel* | *15,270* | *210,613* |
| *Legal Personnel* | *3,104* | *20,294* |
| *Accounting Personnel* | *54,977* | *362,888* |
| *HR Personnel* | *52,429* | *333,707* |
| *Executive Personnel* | *33,174* | *169,377* |
| *IT Personnel* | *40,023* | *272,250* |
| *401K Employer Martch, Corp, Admin* | *13,470* | *97,771* |
| *Workers Compensation Insurance* | *0* | *(141)* |
| *Training expense* | *0* | *0* |
| **Rent** | *25,874* | *94,929* |
| *Rent-Base* | *24,209* | *93,015* |
| *Rent-Sales Tax* | *1,665* | *6,289* |
| *Rent-GAAP Adjustment* | *0* | *(4,375)* |
| **Utilities** | *672* | *9,900* |
| *Electrical/Gas* | *590* | *2,181* |
| *Alarm/ Security System* | *0* | *0* |
| *Telephone service* | *81* | *7,720* |
| **Outside Services** | *2,734* | *12,035* |
| *Cleaning Services* | *2,247* | *7,865* |
| *Air Conditioning Service* | *(299)* | *470* |
| *DSL/WI FI* | *722* | *3,444* |
| *Pest Control* | *64* | *257* |
| **Office and Computer Supplies** | *41,393* | *169,063* |
| *Office Supplies* | *821* | *3,161* |

**In re: YouFit Health Clubs, LLC,** *et al.*
Debtor

**Case No. 20-12841 (MFW)**
**Reporting Period: February 2021**

(Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is
realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| | Month | Cumulative Filing to Date |
|---|---|---|
| Computer Supplies | 4,927 | 11,138 |
| Computer Repairs | 34,355 | 138,278 |
| Postage & Shipping | 1,290 | 16,487 |
| **Travel and Entertainment** | 4,094 | 11,639 |
| Airline Travel | 0 | 0 |
| Car rental | 0 | 0 |
| Lodging | 0 | 0 |
| Meals & Entertainment | 1,400 | 3,097 |
| Gifts | 0 | 30 |
| Mileage expense | 0 | 81 |
| Auto Expenses | 0 | 0 |
| Auto Lease/purchase | 2,210 | 6,641 |
| Parking and Tolls | 342 | 1,030 |
| Fuel | 141 | 760 |
| **Professional Services** | 707,803 | 1,059,121 |
| Legal | 613,890 | 638,826 |
| Accounting | 6,170 | 24,680 |
| Consulting | 25,006 | 133,531 |
| Membership and subscriptions | 14,218 | 46,732 |
| Payroll Services | 38,518 | 175,352 |
| Tax Services | 10,000 | 40,000 |
| **License and taxes** | 741 | 18,395 |
| License and permits | 741 | 18,375 |
| Property Tax | 0 | 21 |
| **Insurance** | 5,326 | 21,306 |
| General Liability insurance | 818 | 3,273 |
| Umbrella insurance | 128 | 513 |
| Auto Insurance | 0 | 0 |
| D&O Insurance | 4,380 | 17,519 |
| **TOTAL INDIRECT EXPENSES** | **1,308,181** | **4,851,451** |
| | | |
| **Other Income (Expenses)** | 5,708 | 14,090 |
| Other Income | 5,708 | 14,090 |
| Royalty Income | 0 | 0 |
| | | |
| **EBITDA** | **-2,345,441** | **-3,331,053** |
| **EBITDA Percent** | **-78.9%** | **-16.1%** |
| | | |
| **Depreciation and Amortization** | 2,206 | 2,668,052 |
| Depreciation | 0 | 2,552,870 |
| Capital lease Amortization | 0 | 105,691 |
| Goodwill Amortization | 1,873 | 7,491 |
| Non-Compete Amortization | 333 | 2,000 |
| | | |
| **Interest expense, net of Interest Income** | (733) | (3,046,189) |
| Interest Income | 0 | 37 |
| Interest Expense | (733) | (1,530) |
| Interest Expense-GE | 0 | (3,044,696) |
| Loan Cost Amortization | 0 | 0 |
| | | |
| **Non-Recurring Income (Expense)** | (2,254,782) | (6,155,356) |
| Legal Settlements | 0 | 0 |
| Other Expenses | (3) | (9) |
| (Gain )/Loss of sale of FA | 25,000 | 25,000 |
| Non-recurring expenses | (1,323,209) | (3,911,745) |
| Severance | 0 | (3,567) |
| Professional Fee | (65,796) | (787,588) |
| Pre-opening Expenses | 0 | 0 |
| Other Expenses ( Impairment) | (80,786) | (80,786) |
| Restructuring Charges | (809,987) | (1,396,660) |
| | | |
| **Non-Cash Income (Expense)** | 0 | 102,379 |
| Bad Debt | 0 | 102,379 |
| | | |
| **Income Taxes** | 0 | 537 |
| State Income Tax | 0 | 537 |
| | | |
| **Gain on Sale Transaction** | 70,383,385 | 70,383,385 |
| | | |
| **NET INCOME (LOSS)** | **65,780,224** | **55,284,577** |
| **NET INCOME (LOSS) PERCENT** | **2213.1%** | **267.4%** |

**In re: YouFit Health Clubs, LLC,** *et al.*
Debtor

**Case No. 20-12841 (MFW)**
**Reporting Period: February 2021**

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH [1] | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Cash and cash equivalents | 5,546,240 | 3,764,717 |
| Accounts receivable, net | 0 | 696,803 |
| Merchandise inventories | 0 | 272,888 |
| Other current assets | 0 | 2,549,602 |
| *TOTAL CURRENT ASSETS* | 5,546,240 | 7,284,009 |
| **NON-CURRENT ASSETS** | | |
| Property Plant & Equipment, net | 0 | 40,826,348 |
| Property Held Under Capital Leases, net | 0 | 201,352 |
| Other Assets | 397,477 | 718,097 |
| *Security Deposits* | *27,156* | *243,331* |
| *Utility Deposits* | *370,321* | *241,171* |
| *Due from/Due to* | | |
| *Organizational Cost* | | |
| *Accum Amort. Organizational cost-Corp-Admin* | | |
| *Non-compete  Agreement* | *0* | *494,305* |
| *Amortization Non-compete* | *0* | *(462,971)* |
| *Goodwill* | *0* | *224,736* |
| *Amortization Goodwill* | *0* | *(22,474)* |
| *Other Assets* | *0* | *(1)* |
| *TOTAL NON-CURRENT ASSETS* | 397,477 | 41,745,797 |
| **OTHER ASSETS** | | |
| **TOTAL ASSETS** | **5,943,717** | **49,029,806** |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH [1] | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *CURRENT LIABILITIES* | | |
| Accounts Payable and Accrued Expense | 11,056,534 | 15,236,416 |
| *Accounts Payable - Pre Petition* | *10,422,781* | *11,328,525* |
| *Accounts Payable - Post Petition* | *387,903* | *0* |
| *Accrued Expenses - Pre Petition* | *0* | *5,161,382* |
| *Accrued Expenses - Post Petition* | *97,000* | *0* |
| *Due to YFFC Ops LLC Liability* | *148,850* | *0* |
| *Restructuring Liability* | *0* | *(1,253,492)* |
| Line of Credit | | |
| Deferred Membership and Renewal Fees | 0 | 3,710,426 |
| Accrued Rent, Current Portion | 402,278 | 1,934,201 |
| Lease Incentives, Current Portion | | 1,777,182 |
| Term Loan, Current Portion | 0 | 750,000 |
| Long-Term Debt, Current Portion | 11,113,042 | |
| Obligations Under Capital Leases, Current Portion | | 5,590 |
| *TOTAL CURRENT LIABILITIES* | 22,571,853 | 23,413,814 |
| *LONG TERM LIABILITIES* | | |
| Accrued Rent, Net of Current Portion | 1,612,568 | 10,072,461 |
| Lease Incentives, Net of Current Portion | 206,270 | 6,465,171 |
| PPP Loan | 10,000,000 | 10,000,000 |
| Term Loan, Net of Current Portion | 3,591,540 | 85,311,380 |
| Long-Term Debt, Net of Current Portion | | |
| Obligations Under Capital Leases, Net of Current Portion | | |
| *TOTAL LONG TERM LIABILITIES* | 15,410,378 | 111,849,012 |
| | | |
| *TOTAL LIABILITIES* | 37,982,231 | 135,262,826 |
| *STOCKHOLDERS' EQUITY* | | |
| Stockholders' Equity | (93,790,600) | (46,488,611) |
| Net Income from Operations | (8,631,299) | (39,744,408) |
| Gain on Sale Transaction | 70,383,385 | 0 |
| *TOTAL STOCKHOLDERS' EQUITY* | (32,038,515) | (86,233,020) |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY** | **5,943,717** | **49,029,806** |

**[1]. Subject to adjustments based on post-Sale reconciliations as the Debtors obtain further or other accounting information.**

**In re: YouFit Health Clubs, LLC,** *et al.*

Debtor

**Case No. 20-12841 (MFW)**

**Reporting Period: February 2021**

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 0 | 184,052 | 184,052 | 02/05, 02/12, 02/1 | ACH debit from account ending 7030, ref # 003702 | 0 |
| FICA-Employee | 0 | 185,619 | 185,619 | 02/05, 02/12, 02/1 | ACH debit from account ending 7030, ref # 003702 | 0 |
| FICA-Employer | 0 | 185,613 | 185,613 | 02/05, 02/12, 02/1 | ACH debit from account ending 7030, ref # 003702 | 0 |
| Unemployment | 0 | 10,981 | 10,981 | 02/05, 02/12, 02/1 | ACH debit from account ending 7030, ref # 003702 | 0 |
| Income | | | | | | |
| Other:_____ | | | | | | 0 |
| Total Federal Taxes | **0** | **566,264** | **566,264** | | | **0** |
| **State and Local** | | | | | | |
| Withholding - EE | | | | | | 0 |
| Sales | 289,555 | 157,646 | 448,131 | | | -930 |
| Excise | | | | | | |
| Unemployment - ER | | | | | | |
| Real Property | 32,102 | | | | | 32,102 |
| Personal Property | 202,550 | | | | | 202,550 |
| Other:_____ | | | | | | |
| Total State and Local | 524,208 | 157,646 | 448,131 | | | 233,722 |
| **Total Taxes** | **524,208** | **723,910** | **1,014,396** | | | **233,722** |

### SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 31-60 | 61-90 | 90-120 | 120+ | Total |
| Accounts Payable | 110,537 | 0 | 6,701 | 0 | 0 | **117,238** |
| Rent/Leases-Building *(Included in Accounts Payable)* | 30,715 | 30,715 | 30,715 | 0 | 0 | **92,144** |
| Sales Tax *(Included in Accounts Payable)* | 142,578 | 0 | 0 | 0 | 0 | **142,578** |
| Amounts Due to Insiders *(Included in Accounts Payable)* | 0 | 0 | 0 | 0 | 0 | **0** |
| Professional Fees *(Included in Accounts Payable)* | 0 | 35,943 | 0 | 0 | 0 | **35,943** |
| **Total Accounts Payable** | **283,830** | **66,657** | **37,416** | **0** | **0** | **387,903** |
| Accrued Expenses | 97,000 | 0 | 0 | 0 | 0 | **97,000** |
| Wages Payable | 0 | 0 | 0 | 0 | 0 | **0** |
| Taxes Payable | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Other:_____ | | | | | | |
| Other:_____ | | | | | | |
| **Total Postpetition Debts** | **380,830** | **66,657** | **37,416** | **0** | **0** | **484,903** |

**In re: YouFit Health Clubs, LLC,** *et al.*
        Debtor

**Case No. 20-12841 (MFW)**
**Reporting Period: February 2021**

### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 2,079,636 |
| + Amounts billed during the period | 3,526,025 |
| - Amounts collected during the period | (4,572,517) |
| Total Accounts Receivable at the end of the reporting period | 1,033,144 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 539,829 |
| 31 - 60 days old | 275,007 |
| 61 - 90 days old | 91,669 |
| 91+ days old | 126,639 |
| **Total Accounts Receivable** | **1,033,144** |
| Amount considered uncollectible (Bad Debt) | (435,594) |
| **Accounts Receivable (Net)** | **597,550** |
| Private Sale of Debtor's Assets | (597,550) |
| **Debtor's Net AR Balance** | **0** |

### DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below.<br>Yes, please see docket nos. 564 and 735. | X | |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

**MOR 1 - Disbursement Detail**
Disbursements by Debtor

| Case No. | Debtor | ADV | Bank Fees / CC Charges | BK Prof Fees | CAPX FITEQ | CAPX FURN | CAPX LHI | EMP BENEF | Equip Lease | EQUIP REP | INSURANCE | LEGAL | LIC & FEES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20-12841 | YouFit Health Clubs, LLC | 442,904 | 98,030 | 972,834 | 3,208 | 7,951 | | 165,039 | 1,034 | 4,276 | 95,539 | 9,969 | 5,850 |
| 20-12842 | YouFit, LLC | | | | | | | | | | | | |
| 20-12843 | Three B-Fit, LLC | | | | | | | | | | | | |
| 20-12844 | YF Arizona LLC | | | | | | | | | | | | |
| 20-12845 | YF Concord, LLC | | | | | | | | | | | | |
| 20-12846 | YF Gateway, LLC | | | | | | | | | | | | |
| 20-12847 | YF Greenacres, LLC | | | | | | 1,169 | | | | | | |
| 20-12848 | YF Hammock LLC | | | | | | 650 | | | | | | |
| 20-12849 | YF Lago Mar, LLC | | | | | | | | | | | | |
| 20-12850 | YF Land O Lakes, LLC | | | | | | | | | | | | |
| 20-12851 | YF Pine Island, LLC | | | | | | | | | | | | |
| 20-12852 | YF Randallstown, LLC | | | | | | | | | | | | |
| 20-12853 | YF Unigold, LLC | | | | | | | | | | | | |
| 20-12854 | You Fit Nine, LLC | | | | | | | | | | | | |
| 20-12855 | You Fit Seven, LLC | | | | | | | | | | | | |
| 20-12856 | B-Fit Health Club, LLC | | | | | | | | | | | | |
| 20-12857 | Five B-Fit, LLC | | | | | | | | | | | | |
| 20-12858 | Four B-Fit, LLC | | | | | | 1,186 | | | | | | |
| 20-12859 | Six B-Fit, LLC | | | | | | | | | | | | |
| 20-12860 | South Florida Health and Fitness, Inc. | | | | | | | | | | | | |
| 20-12861 | YF Bethanny, LLC | | | | | | | | | | | | |
| 20-12862 | YF Boynton Mall, LLC | | | | | | | | | | | | |
| 20-12863 | YF Carrollwood, LLC | | | | | | 300 | | | | | | |
| 20-12864 | YF Coral Way II, LLC | | | | | | | | | | | | |
| 20-12865 | YF Coral Way, LLC | | | | | | | | | | | | |
| 20-12866 | YF Dania Pointe LLC | | | | | | | | | | | | |
| 20-12867 | YF Deerfield, LLC | | | | | | | | | | | | |
| 20-12868 | YF Douglasville, LLC | | | | | | | | | | | | |
| 20-12869 | YF Flagler LLC | | | | | | | | | | | | |
| 20-12870 | YF Gilbert North, LLC | | | | | | | | | | | | |
| 20-12871 | YF Hialeah, LLC | | | | | | | | | | | | |
| 20-12872 | YF Hollywood, LLC | | | | | | | | | | | | |
| 20-12873 | YF Huntsville, LLC | | | | | | | | | | | | |
| 20-12874 | YF Kendall, LLC | | | | | | | | | | | | |
| 20-12875 | YF Lafayette Place, LLC | | | | | | | | | | | | |
| 20-12876 | YF Lantana, LLC | | | | | | | | | | | | |

**MOR 1 - Disbursement Detail**
Disbursements by Debtor

| Case No. | Debtor | ADV | Bank Fees / CC Charges | BK Prof Fees | CAPX FITEQ | CAPX FURN | CAPX LHI | EMP BENEF | Equip Lease | EQUIP REP | INSURANCE | LEGAL | LIC & FEES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20-12877 | YF Largo Plaza LLC | | | | | | | | | | | | |
| 20-12878 | YF Lauderdale Lakes, LLC | | | | | | | | | | | | |
| 20-12879 | YF Loch Raven LLC | | | | | | | | | | | | |
| 20-12880 | YF Margate, LLC | | | | | | | | | | | | |
| 20-12881 | YF Miami 110th LLC | | | | | | | | | | | | |
| 20-12882 | YF Miami Gardens, LLC | | | | | | | | | | | | |
| 20-12883 | YF Noles, LLC | | | | | | | | | | | | |
| 20-12884 | YF North Lauderdale, LLC | | | | | | | | | | | | |
| 20-12885 | YF North Port, LLC | | | | | | | | | | | | |
| 20-12886 | YF Okeechobee, LLC | | | | | | | | | | | | |
| 20-12887 | YF Olney, LLC | | | | | | | | | | | | |
| 20-12888 | YF Parkland, LLC | | | | | | | | | | | | |
| 20-12889 | YF Pines Boulevard, LLC | | | | | | 25,850 | | | | | | |
| 20-12890 | YF Pompano, LLC | | | | | | | | | | | | |
| 20-12891 | YF Port Charlotte, LLC | | | | | | | | | | | | |
| 20-12892 | YF Quail Roost, LLC | | | | | | | | | | | | |
| 20-12893 | YF Racetrack, LLC | | | | | | | | | | | | |
| 20-12894 | YF Rhode Island, LLC | | | | | | | | | | | | |
| 20-12895 | YF Riverdale, LLC | | | | | | | | | | | | |
| 20-12896 | YF Sandalfoot, LLC | | | | | | | | | | | | |
| 20-12897 | YF Scottsdale, LLC | | | | | | | | | | | | |
| 20-12898 | YF Shiloh, LLC | | | | | | | | | | | | |
| 20-12899 | YF Singleton, LLC | | | | | | | | | | | | |
| 20-12900 | YF Spring Creek, LLC | | | | | | | | | | | | |
| 20-12901 | YF Suwanee, LLC | | | | | | | | | | | | |
| 20-12902 | YF Town Center, LLC | | | | | | | | | | | | |
| 20-12903 | YF University Village, LLC | | | | | | | | | | | | |
| 20-12904 | YF Venice, LLC | | | | | | | | | | | | |
| 20-12905 | YF Wellington, LLC | | | | | | | | | | | | |
| 20-12906 | YF West Cobb, LLC | | | | | | | | | | | | |
| 20-12907 | YF Weston, LLC | | | | | | | | | | | | |
| 20-12908 | You Fit Eight, LLC | | | | | | | | | | | | |
| 20-12909 | You Fit Pinellas Park, LLC | | | | | | | | | | | | |
| 20-12910 | You Fit-One, LLC | | | | | | | | | | | | |
| 20-12911 | Lime Time, LLC | | | | | | | | | | | | |
| 20-12912 | Seven B-Fit, LLC | | | | | | | | | | | | |
| 20-12913 | YF Admin, LLC | | | | | | | | | | | | |
| 20-12914 | YF Aurora, LLC | | | | | | | | | | | | |
| 20-12915 | YF Bethany Towne Center, LLC | | | | | | | | | | | | |
| 20-12916 | YF Buford, LLC | | | | | | | | | | | | |
| 20-12917 | YF Cactus Village, LLC | | | | | | | | | | | | |

**MOR 1 - Disbursement Detail**
Disbursements by Debtor

| Case No. | Debtor | ADV | Bank Fees / CC Charges | BK Prof Fees | CAPX FITEQ | CAPX FURN | CAPX LHI | EMP BENEF | Equip Lease | EQUIP REP | INSURANCE | LEGAL | LIC & FEES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20-12918 | YF Chandler South, LLC | | | | | | | | | | | | |
| 20-12919 | YF Duluth, LLC | | | | | | | | | | | | |
| 20-12920 | YF Dunwoody, LLC | | | | | | | | | | | | |
| 20-12921 | YF East Fowler, LLC | | | | | | | | | | | | |
| 20-12922 | YF Ethan, LLC | | | | | | | | | | | | |
| 20-12923 | YF Fulton Ranch, LLC | | | | | | | | | | | | |
| 20-12924 | YF Germantown, LLC | | | | | | | | | | | | |
| 20-12925 | YF Gilbert South, LLC | | | | | | | | | | | | |
| 20-12926 | YF Gilbert, LLC | | | | | | | | | | | | |
| 20-12927 | YF Glendale, LLC | | | | | | | | | | | | |
| 20-12928 | YF Group A, LLC | | | | | | | | | | | | |
| 20-12929 | YF Hancock, LLC | | | | | | | | | | | | |
| 20-12930 | YF Hialeah-Okeechobee Rd., LLC | | | | | | | | | | | | |
| 20-12931 | YF Horizon, LLC | | | | | | | | | | | | |
| 20-12932 | YF Killian, LLC | | | | | | | | | | | | |
| 20-12933 | YF Lauderhill, LLC | | | | | | | | | | | | |
| 20-12934 | YF Lynnwood, LLC | | | | | | | | | | | | |
| 20-12935 | YF Mesa, LLC | | | | | | | | | | | | |
| 20-12936 | YF Mesquite, LLC | | | | | | | | | | | | |
| 20-12937 | YF Mount Clare, LLC | | | | | | | | | | | | |
| 20-12938 | YF Murrieta, LLC | | | | | | | | | | | | |
| 20-12939 | YF New Port Richey, LLC | | | | | | | | | | | | |
| 20-12940 | YF North Point, LLC | | | | | | | | | | | | |
| 20-12941 | YF Oak Hill, LLC | | | | | | | | | | | | |
| 20-12942 | YF Palm Bay, LLC | | | | | | | | | | | | |
| 20-12943 | YF Paradise Square LLC | | | | | | | | | | | | |
| 20-12944 | YF Rockwell, LLC | | | | | | | | | | | | |
| 20-12945 | YF SE FLA, LLC | | | | | | | | | | | | |
| 20-12946 | YF Shea, LLC | | | | | | | | | | | | |
| 20-12947 | YF Shelby, LLC | | | | | | | | | | | | |
| 20-12948 | YF Southaven, LLC | | | | | | | | | | | | |
| 20-12949 | YF Tamarac LLC | | | | | | | | | | | | |
| 20-12950 | YF Thornton Plaza, LLC | | | | | | | | | | | | |
| 20-12951 | YF West Brandon, LLC | | | | | | | | | | | | |
| 20-12952 | YF West Valley, LLC | | | | | | | | | | | | |
| 20-12953 | You Fit Cryoskin, LLC | | | | | | | | | | | | |
| 20-12954 | You Fit Enterprises, LLC | | | | | | | | | | | | |
| 20-12955 | You Fit Five, LLC | | | | | | | | | | | | |
| 20-12956 | You Fit Four, LLC | | | | | | | | | | | | |
| 20-12957 | You Fit Six, LLC | | | | | | | | | | | | |
| 20-12958 | You Fit Spa, LLC | | | | | | | | | | | | |
| 20-12959 | You Fit-Three, LLC | | | | | | | | | | | | |
| 20-12960 | You Fit-Two, LLC | | | | | | | | | | | | |
| **Grand Total** | | 442,904 | 98,030 | 972,834 | 3,208 | 7,951 | 29,155 | 165,039 | 1,034 | 4,276 | 95,539 | 9,969 | 5,850 |

**MOR 1 - Disbursement Detail**
Disbursements by Debtor

| Case No. | Debtor | Misc | OFC & COMP | OUTSIDESVC | Payroll | PROF FEES | PROP TAX | PURCHASES | Rent | SALES TAX | T&E | US TRUSTEE | UTILITIES | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20-12841 | YouFit Health Clubs, LLC | 2,239 | 31,628 | 139,355 | | 45,572 | 3,153 | 60,259 | 27,284 | 308 | 3,901 | 164,447 | 293,942 | 2,578,722 |
| 20-12842 | YouFit, LLC | 5,135 | | 20,153 | 2,803,101 | | | | 474,686 | 67,865 | | | 41,683 | 3,412,624 |
| 20-12843 | Three B-Fit, LLC | | | | | | | | 18,813 | 3,071 | | | 1,492 | 23,376 |
| 20-12844 | YF Arizona LLC | | | | | | | | | | | | | - |
| 20-12845 | YF Concord, LLC | | | 4,673 | | | | | 24,643 | 5,191 | | | 2,200 | 36,708 |
| 20-12846 | YF Gateway, LLC | | | 56 | | | | | 21,965 | 1,798 | | | 3,144 | 26,963 |
| 20-12847 | YF Greenacres, LLC | 200 | | | | | | | 28,396 | 4,647 | | | 4,470 | 38,882 |
| 20-12848 | YF Hammock LLC | | | 1,285 | | | | | 28,566 | 5,698 | | | 2,804 | 39,003 |
| 20-12849 | YF Lago Mar, LLC | | | 4,383 | | | | | 25,643 | 5,281 | | | | 35,308 |
| 20-12850 | YF Land O Lakes, LLC | 280 | | 280 | | | | | 19,703 | 3,141 | | | 1,103 | 24,226 |
| 20-12851 | YF Pine Island, LLC | | | 1,926 | | | | | 27,415 | 5,442 | | | 1,017 | 35,800 |
| 20-12852 | YF Randallstown, LLC | 120 | | 209 | | | | | 18,488 | 87 | | | 4,379 | 23,283 |
| 20-12853 | YF Unigold, LLC | | | 1,091 | | | | | 18,965 | 2,260 | | | 2,920 | 25,236 |
| 20-12854 | You Fit Nine, LLC | | | | | | | | 20,662 | 2,875 | | | 2,113 | 25,649 |
| 20-12855 | You Fit Seven, LLC | | | 1,243 | | | | | 188 | 2,867 | | | 3,589 | 7,887 |
| 20-12856 | B-Fit Health Club, LLC | | | 1,124 | | | | | 36,279 | 6,404 | | | 2,338 | 46,145 |
| 20-12857 | Five B-Fit, LLC | | | 907 | | | | | 20,754 | 2,957 | | | 2,442 | 27,060 |
| 20-12858 | Four B-Fit, LLC | | | | | | | | 27,585 | 3,934 | | | 1,494 | 34,199 |
| 20-12859 | Six B-Fit, LLC | | | 1,486 | | | | | 23,889 | 5,213 | | | 58 | 30,645 |
| 20-12860 | South Florida Health and Fitness, Inc. | | | | | | | | | | | | | - |
| 20-12861 | YF Bethanny, LLC | | | 1,623 | | | | | 38,757 | 83 | | | 7,308 | 47,771 |
| 20-12862 | YF Boynton Mall, LLC | | | | | | | | 18,811 | 3,941 | | | 209 | 22,961 |
| 20-12863 | YF Carrollwood, LLC | 1,159 | | 5,201 | | | | | 43,957 | 5,475 | | | 584 | 56,676 |
| 20-12864 | YF Coral Way II, LLC | 342 | | 683 | | | | | 28,960 | 5,902 | | | 3,074 | 38,962 |
| 20-12865 | YF Coral Way, LLC | | | 6,732 | | | | | 42,524 | 6,527 | | | 3,000 | 58,783 |
| 20-12866 | YF Dania Pointe LLC | 120 | | 9,488 | | | | | 93,141 | 6,836 | | | 2,560 | 112,144 |
| 20-12867 | YF Deerfield, LLC | | | | | | | | 46,444 | 5,089 | | | 3,281 | 54,813 |
| 20-12868 | YF Douglasville, LLC | | | 1,139 | | | | | 13,949 | | | | 2,825 | 17,912 |
| 20-12869 | YF Flagler LLC | | | 1,257 | | | | | 54,703 | 4,829 | | | 1,995 | 62,784 |
| 20-12870 | YF Gilbert North, LLC | | | | | | | | | | | | 1,991 | 1,991 |
| 20-12871 | YF Hialeah, LLC | | | 43 | | | | | 29,638 | 5,921 | | | 947 | 36,549 |
| 20-12872 | YF Hollywood, LLC | | | 268 | | | | | 42,294 | 7,254 | | | 3,595 | 53,411 |
| 20-12873 | YF Huntsville, LLC | | | 755 | | | | | 14,379 | 54 | | | 2,005 | 17,192 |
| 20-12874 | YF Kendall, LLC | | | | | | | | 27,215 | 5,426 | | | 1,553 | 34,194 |
| 20-12875 | YF Lafayette Place, LLC | | | 4,074 | | | | | 34,219 | 3,945 | | | 424 | 42,663 |
| 20-12876 | YF Lantana, LLC | | | 1,125 | | | | | 14,314 | 2,914 | | | 2,423 | 20,775 |

**MOR 1 - Disbursement Detail**
Disbursements by Debtor

| Case No. | Debtor | Misc | OFC & COMP | OUTSIDESVC | Payroll | PROF FEES | PROP TAX | PURCHASES | Rent | SALES TAX | T&E | US TRUSTEE | UTILITIES | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20-12877 | YF Largo Plaza LLC | | | 951 | | | | | 51,874 | | | | 8,606 | 61,431 |
| 20-12878 | YF Lauderdale Lakes, LLC | | | | | | | | 32,665 | 3,418 | | | 1,236 | 37,319 |
| 20-12879 | YF Loch Raven LLC | 169 | | 187 | | | | | 27,366 | 134 | | | 6,866 | 34,722 |
| 20-12880 | YF Margate, LLC | | | 321 | | | | | 25,347 | 6,954 | | | 2,298 | 34,920 |
| 20-12881 | YF Miami 110th LLC | | | | | | | | 66,003 | | | | 2,727 | 68,731 |
| 20-12882 | YF Miami Gardens, LLC | | | 290 | | | | | 38,961 | 4,862 | | | 3,448 | 47,561 |
| 20-12883 | YF Noles, LLC | | | 1,834 | | | | | 30,884 | 5,621 | | | 153 | 38,491 |
| 20-12884 | YF North Lauderdale, LLC | | | | | | | | 40,392 | 5,432 | | | 859 | 46,684 |
| 20-12885 | YF North Port, LLC | | | 402 | | | | | 11,697 | 3,574 | | | 3,645 | 19,319 |
| 20-12886 | YF Okeechobee, LLC | 205 | | | | | | | 67,019 | 5,189 | | | 6,111 | 78,524 |
| 20-12887 | YF Olney, LLC | | | 414 | | | | | 46,448 | | | | 321 | 47,183 |
| 20-12888 | YF Parkland, LLC | | | 1,270 | | | | | 45,377 | 4,678 | | | 3,395 | 54,720 |
| 20-12889 | YF Pines Boulevard, LLC | | | 4,864 | | | | | 53,895 | 7,651 | | | 495 | 92,755 |
| 20-12890 | YF Pompano, LLC | | | | | | | | 18,689 | 4,766 | | | 2,521 | 25,976 |
| 20-12891 | YF Port Charlotte, LLC | | | 4,113 | | | | | 42,364 | 2,306 | | | 1,409 | 50,193 |
| 20-12892 | YF Quail Roost, LLC | | | | | | | | 20,269 | 4,841 | | | 1,705 | 26,814 |
| 20-12893 | YF Racetrack, LLC | | | 71 | | | | | 30,529 | 4,939 | | | 4,276 | 39,815 |
| 20-12894 | YF Rhode Island, LLC | 225 | | 2,553 | | | | | 20,833 | | | | 6,597 | 30,209 |
| 20-12895 | YF Riverdale, LLC | 54 | | | | | | | 11,136 | | | | 156 | 11,346 |
| 20-12896 | YF Sandalfoot, LLC | | | 25 | | | | | 18,604 | 2,830 | | | 3,472 | 24,932 |
| 20-12897 | YF Scottsdale, LLC | 99 | | 481 | | | | | 36,735 | 60 | | | 2,850 | 40,225 |
| 20-12898 | YF Shiloh, LLC | | | | | | | | 17,827 | | | | 1,070 | 18,896 |
| 20-12899 | YF Singleton, LLC | | | 2,896 | | | | | 24,128 | | | | 1,474 | 28,498 |
| 20-12900 | YF Spring Creek, LLC | | | | | | | | 23,217 | 10,021 | | | 3,109 | 36,348 |
| 20-12901 | YF Suwanee, LLC | | | 50 | | | | | 15,938 | | | | 1,871 | 17,858 |
| 20-12902 | YF Town Center, LLC | | | 107 | | | | | 27,829 | 3,389 | | | 257 | 31,582 |
| 20-12903 | YF University Village, LLC | | | 217 | | | | | 38,425 | 2,881 | | | | 41,523 |
| 20-12904 | YF Venice, LLC | | | 330 | | | | | 17,289 | 2,369 | | | 1,631 | 21,619 |
| 20-12905 | YF Wellington, LLC | | | 2,085 | | | | | 16,228 | 3,876 | | | 1,638 | 23,826 |
| 20-12906 | YF West Cobb, LLC | 445 | | | | | | | 30,802 | 55 | | | 10,170 | 41,472 |
| 20-12907 | YF Weston, LLC | | | 669 | | | | | 27,321 | 7,066 | | | 1,449 | 36,505 |
| 20-12908 | You Fit Eight, LLC | | | | | | | | 23,965 | 2,426 | | | 400 | 26,791 |
| 20-12909 | You Fit Pinellas Park, LLC | | | 289 | | | | | 26,317 | 2,160 | | | 3,684 | 32,450 |
| 20-12910 | You Fit-One, LLC | | | 4,772 | | | | | 27,032 | 4,126 | | | 124 | 36,054 |
| 20-12911 | Lime Time, LLC | | | | | | | | | | | | | - |
| 20-12912 | Seven B-Fit, LLC | | | 733 | | | | | 26,073 | 3,537 | | | 1,289 | 31,633 |
| 20-12913 | YF Admin, LLC | | | | | | | | | | | | | - |
| 20-12914 | YF Aurora, LLC | | | | | | | | | | | | | - |
| 20-12915 | YF Bethany Towne Center, LLC | | | | | | | | | | | | 62 | 62 |
| 20-12916 | YF Buford, LLC | | | | | | | | | | | | | - |
| 20-12917 | YF Cactus Village, LLC | | | | | | | | | | | | | - |

**MOR 1 - Disbursement Detail**
Disbursements by Debtor

| Case No. | Debtor | Misc | OFC & COMP | OUTSIDESVC | Payroll | PROF FEES | PROP TAX | PURCHASES | Rent | SALES TAX | T&E | US TRUSTEE | UTILITIES | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20-12918 | YF Chandler South, LLC | | | | | | | | | | | | | - |
| 20-12919 | YF Duluth, LLC | | | | | | | | | 98 | | | | 98 |
| 20-12920 | YF Dunwoody, LLC | | | | | | | | | | | | | - |
| 20-12921 | YF East Fowler, LLC | | | | | | | | | | | | | - |
| 20-12922 | YF Ethan, LLC | | | | | | | | | | | | | - |
| 20-12923 | YF Fulton Ranch, LLC | | | | | | | | | | | | | - |
| 20-12924 | YF Germantown, LLC | | | | | | | | | | | | | - |
| 20-12925 | YF Gilbert South, LLC | 355 | | | | | | | | | | | | 355 |
| 20-12926 | YF Gilbert, LLC | | | | | | | | | | | | | - |
| 20-12927 | YF Glendale, LLC | | | | | | | | | | | | | - |
| 20-12928 | YF Group A, LLC | | | | | | | | | | | | | - |
| 20-12929 | YF Hancock, LLC | | | | | | | | | | | | | - |
| 20-12930 | YF Hialeah-Okeechobee Rd., LLC | | | | | | | | | | | | | - |
| 20-12931 | YF Horizon, LLC | | | | | | | | | | | | | - |
| 20-12932 | YF Killian, LLC | | | | | | | | | | | | | - |
| 20-12933 | YF Lauderhill, LLC | | | | | | | | | | | | | - |
| 20-12934 | YF Lynnwood, LLC | | | | | | | | | | | | | - |
| 20-12935 | YF Mesa, LLC | | | | | | | | | | | | | - |
| 20-12936 | YF Mesquite, LLC | | | | | | | | | | | | | - |
| 20-12937 | YF Mount Clare, LLC | | | | | | | | | | | | | - |
| 20-12938 | YF Murrieta, LLC | | | | | | | | | | | | | - |
| 20-12939 | YF New Port Richey, LLC | | | | | | | | | | | | | - |
| 20-12940 | YF North Point, LLC | | | | | | | | | | | | | - |
| 20-12941 | YF Oak Hill, LLC | | | | | | | | | | | | | - |
| 20-12942 | YF Palm Bay, LLC | | | | | | | | | | | | | - |
| 20-12943 | YF Paradise Square LLC | 300 | | | | | | | | | | | | 300 |
| 20-12944 | YF Rockwell, LLC | | | | | | | | | | | | | - |
| 20-12945 | YF SE FLA, LLC | | | | | | | | | | | | | - |
| 20-12946 | YF Shea, LLC | | | | | | | | | | | | | - |
| 20-12947 | YF Shelby, LLC | | | | | | | | | | | | | - |
| 20-12948 | YF Southaven, LLC | | | | | | | | | | | | 125 | 125 |
| 20-12949 | YF Tamarac LLC | | | | | | | | | | | | | - |
| 20-12950 | YF Thornton Plaza, LLC | | | | | | | | | | | | | - |
| 20-12951 | YF West Brandon, LLC | | | | | | | | | | | | 141 | 141 |
| 20-12952 | YF West Valley, LLC | | | | | | | | | | | | | - |
| 20-12953 | You Fit Cryoskin, LLC | | | | | | | | | | | | | - |
| 20-12954 | You Fit Enterprises, LLC | | | | | | | | | | | | | - |
| 20-12955 | You Fit Five, LLC | | | | | | | | | | | | | - |
| 20-12956 | You Fit Four, LLC | | | | | | | | | | | | 233 | 233 |
| 20-12957 | You Fit Six, LLC | | | | | | | | | | | | | - |
| 20-12958 | You Fit Spa, LLC | | | | | | | | | | | | | - |
| 20-12959 | You Fit-Three, LLC | | | | | | | | | | | | | - |
| 20-12960 | You Fit-Two, LLC | | | | | | | | | | | | | - |
| **Grand Total** | | 11,166 | 31,628 | 240,480 | 2,803,101 | 45,572 | 3,153 | 60,259 | 2,486,711 | 302,495 | 3,901 | 164,447 | 500,832 | 8,489,535 |