

RECEIVED
2021 APR -5 PM 6:12
DONLIN RECANO & CO. INC.

March 30, 2021

Donlin, Recano & Company, Inc.
Re: YouFit Health Clubs, LLC, et al.
P. O. Box 199043
Blythebourne Station
Brooklyn, NY  11219

Subject:    YouFit Health Clubs
            d/b/a:  You Fit LLC of Florida
            Bankruptcy Case Number:  20-12841
            Account Number:  1420295-001
            Claim Number:  462
            Claim Amount:  Undetermined

Gentlemen:

The Louisiana Department of Revenue respectfully requests that the referenced proof of claim filed by this department be withdrawn.

Thank you for your attention and cooperation in this matter.

Sincerely,

*Danice Sims*

Danice Sims
Revenue Tax Specialist
Bankruptcy Section
Collection Division
Phone: (225) 219-2213

*617 North Third Street*
*P. O. Box66658*
*Baton Rouge, Louisiana 70896*
*225-219-2255 • 225-219-2206 Fax*
*TDD# 225-219-2114 • www.revenue.louisiana.gov*



RECEIVED
2021 APR -5 PM 6: 12
DONLIN RECANO & CO. INC.

March 30, 2021

Donlin, Recano & Company, Inc.
Re: YouFit Health Clubs, LLC, et al.
P. O. Box 199043
Blythebourne Station
Brooklyn, NY 11219

Subject:   YouFit Health Clubs
d/b/a: You Fit LLC of Florida
Bankruptcy Case Number: 20-12841
Account Number: 1420295-002
Claim Number: 463
Claim Amount: Undetermined

Gentlemen:

The Louisiana Department of Revenue respectfully requests that the referenced proof of claim filed by this department be withdrawn.

Thank you for your attention and cooperation in this matter.

Sincerely,

*Danice Sims*

Danice Sims
Revenue Tax Specialist
Bankruptcy Section
Collection Division
Phone: (225) 219-2213

*617 North Third Street*
*P. O. Box 66658*
*Baton Rouge, Louisiana 70896*
*225-219-2255 • 225-219-2206 Fax*
*TDD# 225-219-2114 • www.revenue.louisiana.gov*

# State of Louisiana
## Department of Revenue



**JOHN BEL EDWARDS**
Governor

**KIMBERLY LEWIS ROBINSON**
Secretary

March 30, 2021

Donlin, Recano & Company, Inc.
Re: YouFit Health Clubs, LLC, et al.
P.O. Box 199043
Blythebourne Station
Brooklyn, NY   11219

Subject:   YouFit Health Clubs, LLC, et al.
           Chapter 11 Bankruptcy
           Bankruptcy Case Number:  20-12841

Gentlemen:

Enclosed are two (2) Notices of Withdrawal to be filed in the YouFit Health Clubs, LLC and/or other jointly administered cases. Also enclosed are copies of the each notice, which should be returned to this department acknowledging receipt. Enclosed are return envelopes for your convenience.

If I can be of further assistance, please contact me.

Sincerely,

*Danice Sims*

Danice Sims
Revenue Tax Specialist
Bankruptcy Section
Collection Division
Phone: (225) 219-2213

Enclosure

*617 North Third Street*
*P. O. Box 66658*
*Baton Rouge, Louisiana 70821-0201*
*225-219-2255 • 225-219-2250 Fax*
*TDD# 225-219-2114 • www.revenue.louisiana.gov*