## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 830 |

**CERTIFICATE OF NO OBJECTION TO FOURTH MONTHLY APPLICATION OF DONLIN, RECANO & COMPANY, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ADMINISTRATIVE AGENT TO THE DEBTORS FOR THE PERIOD FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "**Debtors**") hereby certifies that:

1. On December 3, 2020, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Administrative Order Establishing Procedures for Monthly, Interim, and Final Compensation and Reimbursement of Expenses of Professionals Retained in These Chapter 11 Cases* [Docket No. 202] (the "**Interim Compensation Order**").

2. In accordance with the Interim Compensation Order, on March 22, 2021, Donlin, Recano & Company, Inc. ("**DRC**") filed and served the *Fourth Monthly Application of Donlin, Recano & Company, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Administrative Agent to the Debtors for the Period February 1, 2021 Through February 28, 2021* [Docket No. 830] (the "**Application**").

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

ACTIVE 56434390v1

3.  Pursuant to the *Notice of Fee Application* [Docket No. 830-3], objections were due by 4:00 p.m. (Eastern Prevailing Time) on April 5, 2021. As of the date hereof, personnel at Greenberg Traurig, LLP have not received any responses or objections to the Application.

4.  Accordingly, pursuant to the Interim Compensation Order and the Application, the Debtors are authorized to pay DRC 80% of the fees requested in the Application, or $859.20, and 100% of the expenses requested in the Application, or $0.00, for a total payment of $859.20, on an interim basis without further Court order.

Dated: April 6, 2021

GREENBERG TRAURIG, LLP

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7395
Facsimile: (302) 661-7165
Email: melorod@gtlaw.com

- and -

Nancy A. Peterman (admitted *pro hac vice*)
Eric Howe (admitted *pro hac vice*)
Nicholas E. Ballen (admitted *pro hac vice*)
77 West Wacker Dr., Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: petermann@gtlaw.com
　　　　howee@gtlaw.com
　　　　ballenn@gtlaw.com

*Counsel to the Debtors and Debtors in Possession*