IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, et al.,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

## NOTICE OF CONFIRMATION HEARING

**PLEASE TAKE NOTICE** that on March 4, 2021, the Court entered the *Order (A) Approving the Disclosure Statement on an Interim Basis, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, (C) Approving the Form of Ballot and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time, and Place for the Hearing on Final Approval of the Disclosure Statement and Confirmation of the Plan and the Deadline for Filing Objections Thereto, (F) Approving Related Notice Procedures and Deadlines; and (G) Fixing a Deadline for Initial Administrative Expense Claims* [Docket No. 801].

**PLEASE TAKE FURTHER NOTICE** that on April 21, 2021, the Court entered the *Supplemental Order Regarding the Date, Time and Place for the Hearing on Final Approval of the Disclosure Statement and Confirmation of the Plan, and Related Notice Procedures* [Docket No. 866].

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Hearing[2] originally scheduled for April 22, 2021 at 10:30 a.m. has been adjourned to **May 25, 2021 at 2:00 p.m.**

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

[2] Capitalized terms shall have the meanings ascribed to such terms in the Order located at Docket No. 801.

**(prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's April 20, 2021 Supplemental Order, the deadline for the Committee, the Prepetition Secured Parties (including the Prepetition Agent and the Prepetition Lender Representative), the DIP Agent, the DIP Lenders, and the Buyer, FRIT Cocowalk Owner, LLC and New Plan Florida Holdings, LLC, and Weingarten Realty Investors and WRI JT Northridge, LLC to object to confirmation of the plan has been extended to May 17, 2021 at 4:00 p.m..

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's April 20, 2021 Supplemental Order, the deadline for the Debtors to file the (i) Balloting Report, (ii) consolidated reply to objections, and (iii) proposed form of confirmation order, is hereby extended to May 20, 2021 at 4:00 p.m. (prevailing Eastern Time).

Dated: April 21, 2021

GREENBERG TRAURIG, LLP

| | | |
|---|---|---|
| /s/ Dennis A. Meloro<br>Dennis A. Meloro (DE Bar No. 4435)<br>1007 North Orange Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 661-7000<br>Facsimile: (302) 661-7360<br>Email:  melorod@gtlaw.com | - and - | Nancy A. Peterman (admitted *pro hac vice*)<br>Eric Howe (admitted *pro hac vice*)<br>Nicholas E. Ballen (admitted *pro hac vice*)<br>77 West Wacker Dr., Suite 3100<br>Chicago, Illinois 60601<br>Telephone: (312) 456-8400<br>Facsimile: (312) 456-8435<br>Email:  petermann@gtlaw.com<br>            howee@gtlaw.com<br>            ballenn@gtlaw.com |

*Counsel for the Debtors and Debtors in Possession*