IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (the "**Debtors**") have delivered to the Chambers of the Honorable Mary F. Walrath, copies of all proofs of claim required to be submitted pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1, which are the subject of the *First Omnibus (Non-Substantive) Objection to Claims and Initial Administrative Expense Claims* [Docket No. 874] and the *Second Omnibus (Substantive) Objection of the Debtors to Claims and Initial Administrative Expense Claims* [Docket No. 875] (together, the "**Omnibus Objections**"). A hearing on the Omnibus Objections is scheduled for May 25, 2021 at 2:00 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that copies of the claims may be obtained from the undersigned Debtors' counsel.

[*Signature Page Follows*]

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

<table>
<tr><td>Dated: May 12, 2021<br>Wilmington, Delaware</td><td>Respectfully submitted,<br><br>**GREENBERG TRAURIG, LLP**<br><br>*/s/ Dennis A. Meloro*<br>Dennis A. Meloro (DE Bar No. 4435)<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 661-7000<br>Facsimile: (302) 661-7360<br>Email: melorod@gtlaw.com<br><br>- and -<br><br>Nancy A. Peterman (admitted *pro hac vice*)<br>Eric Howe (admitted *pro hac vice*)<br>Nicholas E. Ballen (admitted *pro hac vice*)<br>77 West Wacker Dr., Suite 3100<br>Chicago, Illinois 60601<br>Telephone: (312) 456-8400<br>Facsimile: (312) 456-8435<br>Email: petermann@gtlaw.com<br>      howee@gtlaw.com<br>      ballenn@gtlaw.com<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession*</td></tr>
</table>