**EXHIBIT A TO ORDER**

| PROFESSIONAL/ ROLE | FEE APPLICATION/ PERIOD | FEES REQUESTED | EXPENSES REQUESTED | TOTAL REQUESTED | APPROVED FEES | APPROVED EXPENSES | TOTAL APPROVED |
|---|---|---|---|---|---|---|---|
| Berger Singerman LLP, Counsel to the Official Committee of Unsecured Creditors | First Interim / November 19, 2020 to February 28, 2021; D.I. 858, Filed April 14, 2021 | $151,744.50 | $7,880.39 | $159,624.89 | $151,744.50 | $7,880.39 | $159,624.89 |
| Red Banyan Group, LLC, Public Relations Consultant for the Debtors | First Interim / November 9, 2020 to February 28, 2021; D.I. 872, Filed April 23, 2021 | $70,110.00 | $1,680.00 | $71,790.00 | $70,110.00 | $1,680.00 | $71,790.00 |
| Greenberg Traurig, LLP, Counsel to the Debtors | First Interim / November 9, 2020 to February 28, 2021; D.I. 873, Filed April 23, 2021 | $1,871,442.50 | $14,892.96 | $1,886,335.46 | $1,871,442.50 | $14,892.96 | $1,886,335.46 |
| Donlin, Recano & Company, Inc., Administrative Agent for the Debtors | First Interim / November 9, 2020 to February 28, 2021; D.I. 877, Filed April 26, 2021 | $34,546.00 | $0.00 | $34,546.00 | $34,546.00 | $0.00 | $34,546.00 |
| TOTALS FOR INTERIM PERIOD: | | $2,093,297.00 | $24,453.35 | $2,117,750.35 | $2,093,297.00 | $24,453.35 | $2,117,750.35 |