**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss: |
| COUNTY OF KINGS | ) |

I, Roderick Wong, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 21st day of May, 2021, DRC, acting under my supervision, caused to be served a true and accurate copy of the *Notice of Agenda for Matters Scheduled for Telephonic Hearing on May 25, 2021 at 2:00 P.M.* (Docket No. 918), via electronic mail upon the parties as set forth on Exhibit 1; via Federal Express Priority Overnight delivery upon the parties as set forth on Exhibit 2; and via USPS Express Mail Overnight upon the parties as set forth on Exhibit 3, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 25th day of May, 2021, Brooklyn, New York.

By _Roderick Wong_
Roderick Wong

Sworn before me this
25th day of May, 2021

_Sung Jae Kim_
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, for which joint administration has been requested, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the proposed claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

# EXHIBIT 1

**YouFit Health Clubs, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000097P001-1447S-093<br>ASHBY & GEDDES PA<br>STACY L NEWMAN,ESQ<br>500 DELAWARE  AVE, 8TH FLOOR<br>P O BOX 1150<br>WILMINGTON DE 19899-1150<br>SNEWMAN@ASHBYGEDDES.COM | 000071P001-1447S-093<br>BALLARD SPAHR LLP<br>LESLIE C HEILMAN;LAUREL D ROGLEN<br>919 N MARKET ST.,11TH FLOOR<br>WILMINGTON DE 19801-3034<br>HEILMANL@BALLARDSPAHR.COM | 000071P001-1447S-093<br>BALLARD SPAHR LLP<br>LESLIE C HEILMAN;LAUREL D ROGLEN<br>919 N MARKET ST.,11TH FLOOR<br>WILMINGTON DE 19801-3034<br>ROGLENL@BALLARDSPAHR.COM | 000072P001-1447S-093<br>BALLARD SPAHR LLP<br>DAVID L POLLACK; LINDSEY ZIONTS<br>1735 MARKET ST.,51ST FLOOR<br>PHILADELPHIA PA 19103=7599<br>POLLACK@BALLARDSPAHR.COM |
| 000072P002-1447S-093<br>BALLARD SPAHR LLP<br>DAVID L POLLACK; LINDSEY ZIONTS<br>1735 MARKET ST.,51ST FLOOR<br>PHILADELPHIA PA 19103=7599<br>ZIONTSL@BALLARDSPAHR.COM | 000094P001-1447S-093<br>BARCLAY DAMON LLP<br>KEVIN M NEWMAN<br>BARCLAY DAMON TOWER<br>125 EAST JEFFERSON ST<br>SYRACUSE NY 13202<br>KNEWMAN@BARCLAYDAMON.COM | 000095P001-1447S-093<br>BARCLAY DAMON LLP<br>SCOTT L FLEISCHER<br>1270 AVENUE OF THE AMERICAS STE 501<br>NEW YORK NY 10020<br>SFLEISCHER@BARCLAYDAMON.COM | 000073P001-1447S-093<br>BERGER SINGERMAN LLP<br>BRIAN G RICH,ESQ<br>313 NORTH MONROE ST.,STE 301<br>TALLAHASSEE FL 32301<br>BRICH@BERGERSINGERMAN.COM |
| 000076P001-1447S-093<br>BERGER SINGERMAN LLP<br>MCHAEL J NILES, ESQ<br>313 NORTH MONROE ST.,STE 301<br>TALLAHASSEE FL 32301<br>MNILES@BERGERSINGERMAN.COM | 000088P001-1447S-093<br>BIELLI & KLAUDER LLC<br>DAVID M KLAUDER,ESQ<br>1204 N KING ST<br>WILMINGTON DE 19801<br>DKLAUDER@BK-LEGAL.COM | 000085P001-1447S-093<br>BROWARD COUNTY ATTORNEY<br>SCOTT ANDRON,ASSISTANT COUNTY ATTORNEY<br>GOVERNMENT CENTER STE 423<br>115 SOUTH ANDREWS AVE<br>FORT LAUDERDALE FL 33301<br>SANDRON@BROWARD.ORG | 000103P001-1447S-093<br>CITY OF PHILADELPHIA LAW DEPT<br>MEGAN N HARPER,DEPUTY CITY SOLICITOR<br>MUNICIPAL SERVICES BUILDING<br>1401 JFK BLVD 5TH FLOOR<br>PHILADELPHIA PA 19102-1595<br>MEGAN.HARPER@PHILA.GOV |
| 000086P001-1447S-093<br>COLEMAN & DEMPSEY LLP<br>ARLENE L COLEMAN<br>TWO RAVINIA DRIVE STE 1250<br>ATLANTA GA 30346<br>ACOLEMAN@COLEMAN-DEMPSEY.COM | 000107P002-1447S-093<br>COOPER LEVENSON P.A.<br>STACEY MATTIA<br>30 FOX HUNT DRIVE<br>BEAR DE 19701<br>SMATTIA@COOPERLEVENSON.COM | 000018P001-1447S-093<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000012P002-1447S-093<br>DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FL<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>CHRISTINA.ROJAS@DELAWARE.GOV |
| 000008P001-1447S-093<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 000091P001-1447S-093<br>FERRY JOSEPH P.A.<br>RICK S MILLER,ESQ<br>824 MARKET ST.,STE 1000<br>P O BOX 1351<br>WILMINGTON DE 19899-1351<br>RMILLER@FERRYJOSEPH.COM | 000061P001-1447S-093<br>FROST BROWN TODD LLC<br>RONALD E GOLD;ERIN P SEVERINI;KENDAL HARDISON<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH ST<br>CINCINNATI OH 45202<br>RGOLD@FBTLAW.COM | 000061P001-1447S-093<br>FROST BROWN TODD LLC<br>RONALD E GOLD;ERIN P SEVERINI;KENDAL HARDISON<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH ST<br>CINCINNATI OH 45202<br>ESEVERINI@FBTLAW.COM |
| 000061P001-1447S-093<br>FROST BROWN TODD LLC<br>RONALD E GOLD;ERIN P SEVERINI;KENDAL HARDISON<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH ST<br>CINCINNATI OH 45202<br>KHARDISON@FBTLAW.COM | 000081P001-1447S-093<br>GATOR FLOWER MOUND LLC<br>MARK SHANDLER<br>7850 NW 146TH ST.,4TH FLOOR<br>MIAMI LAKES FL 33016<br>MSHANDLER@GATORINV.COM | 000104P001-1447S-093<br>GRAY ROBINSON P.A.<br>STEVEN J SOLOMON,ESQ<br>333 S.E. 2ND AVE.,STE 3200<br>MIAMI FL 33131<br>STEVEN.SOLOMON@GRAY-ROBINSON.COM | 000056P001-1447S-093<br>GREYLION<br>PERELLA WEINBERG PARTNERS LP<br>ELLEN ROSENBERG<br>767 FIFTH AVENUE<br>NEW YORK NY 10153<br>ellen@greylioncapital.com |

**YouFit Health Clubs, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**

---

000057P001-1447S-093
GREYLION
LATHAM & WATKINS LLP
JOHAN (HANS) V. BRIGHAM
200 CLARENDON STREET
BOSTON MA 02116
JOHAN.BRIGHAM@LW.COM

000105P001-1447S-093
HILLSBOROUGH COUNTY TAX COLLECTOR
BRIAN T FITZGERALD,ESQ
SENIOR ASST COUNTY ATTORNEY
POST OFFICE BOX 1110
TAMPA FL 33601-1110
FITZGERALDB@HILLSBOROUGHCOUNTY.ORG

000065P001-1447S-093
HOGAN LOVELLS US LLP
ATTN: DAVID P. SIMONDS AND CHRISTOPHER R. BRYANT
1999 AVENUE OF THE STARS
SUITE 1400
LOS ANGELES CA 90067
DAVID.SIMONDS@HOGANLOVELLS.COM

000065P001-1447S-093
HOGAN LOVELLS US LLP
ATTN: DAVID P. SIMONDS AND CHRISTOPHER R. BRYANT
1999 AVENUE OF THE STARS
SUITE 1400
LOS ANGELES CA 90067
CHRIS.BRYANT@HOGANLOVELLS.COM

000060P001-1447S-093
HOLLAND & KNIGHT
PHILLIP W NELSON;JOSHUA M SPENCER;ANASTASIA M SOTI
150 N RIVERSIDE PLAZA STE 2700
CHICAGO IL 60606
PHILLIP.NELSON@HKLAW.COM

000060P001-1447S-093
HOLLAND & KNIGHT
PHILLIP W NELSON;JOSHUA M SPENCER;ANASTASIA M SOTI
150 N RIVERSIDE PLAZA STE 2700
CHICAGO IL 60606
JOSHUA.SPENCER@HKLAW.COM

000060P001-1447S-093
HOLLAND & KNIGHT
PHILLIP W NELSON;JOSHUA M SPENCER;ANASTASIA M SOTI
150 N RIVERSIDE PLAZA STE 2700
CHICAGO IL 60606
ANASTASIA.SOTIROPOULOS@HKLAW.COM

000082P001-1447S-093
HULEN POINTE RETAIL LLC
BO AVERY
4801 HARBOR DRIVE
FLOWER MOUND TX 75022
BO@TRIMARSH.COM

000093P001-1447S-093
IURILLO LAW GROUP PA
CAMILLE J IURILLO;KEVIN L HING
5628 CENTRAL AVE
ST PETERSBURG FL 33707
CIURILLO@IURILLOLAW.COM

000093P001-1447S-093
IURILLO LAW GROUP PA
CAMILLE J IURILLO;KEVIN L HING
5628 CENTRAL AVE
ST PETERSBURG FL 33707
KHING@IURILLOLAW.COM

000084P001-1447S-093
JASON BLANK
JOSHUA EGGNATZ;
EGGNATZ PASCUCCI
7450 GRIFFIN RD.,STE 230
DAVIE FL 33314
JEGGNATZ@JUSTICEEARNED.COM

000075P002-1447S-093
KELLEY DRYE & WARREN LLP
ROBERT L LEHANE;MARK SCOTT
PHILLIP A. WEINTRAUB
101 PARK AVE
NEW YORK NY 10178
RLEHANE@KELLEYDRYE.COM

000075P002-1447S-093
KELLEY DRYE & WARREN LLP
ROBERT L LEHANE;MARK SCOTT
PHILLIP A. WEINTRAUB
101 PARK AVE
NEW YORK NY 10178
MASCOTT@KELLEYDRYE.COM

000075P002-1447S-093
KELLEY DRYE & WARREN LLP
ROBERT L LEHANE;MARK SCOTT
PHILLIP A. WEINTRAUB
101 PARK AVE
NEW YORK NY 10178
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM

000075P002-1447S-093
KELLEY DRYE & WARREN LLP
ROBERT L LEHANE;MARK SCOTT
PHILLIP A. WEINTRAUB
101 PARK AVE
NEW YORK NY 10178
PWEINTRAUB@KELLEYDRYE.COM

006281P001-1447A-093
L2 FUTURE CAPITAL LLC
VINCENT SERAFINO
RICHARD G DAFOE
1601 ELM ST
STE 4100
DALLAS TX 75201
RDAFOE@VINLAW.COM

006281S001-1447A-093
L2 FUTURE CAPITAL LLC
Waddell Serafino Geary Rechner Jenevein PC
Richard G Dafoe
1717 North Street Suite 2500
Dallas TX 75201
rdafoe@wslawpc.com

000080P001-1447S-093
LAW OFFICES OF KENNETH L BAUM LLC
KENNETH L BAUM,ESQ
167 MAIN ST
HACKENSACK NJ 07601
KBAUM@KENBAUMDEBTSOLUTIONS.COM

000066P001-1447S-093
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ELIZABETH WELLER
2777 N STEMMONS FREEWAY STE 1000
DALLAS TX 75207
DALLAS.BANKRUPTCY@PUBLICANS.COM

000066P001-1447S-093
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ELIZABETH WELLER
2777 N STEMMONS FREEWAY STE 1000
DALLAS TX 75207
BETHW@PUBLICANS.COM

000101P001-1447S-093
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
JOHN P DILLMAN
P O BOX 3064
HOUSTON TX 77253-3064
HOUSTON_BANKRUPTCY@PUBLICANS.COM

000089P001-1447S-093
MANATEE COUNTY TAX COLLECTOR , KEN BURTON JR.
ATTN: MICHELLE LEESON, PARALEGAL, COLLECTIONS SPEC
1001 3RD AVE WEST
SUITE 240
BRADENTON FL 34205-7863
LEGAL@TAXCOLLECTOR.COM

000069P001-1447S-093
MARICOPA COUNTY ATTORNEY'S OFFICE
PETER MUTHIG
225 W MADISON ST
PHOENIX AZ 85003
MUTHIGK@MCAO.MARICOPA.GOV

000090P001-1447S-093
MCCREARY VESELKA BRAGG & ALLEN PC
TARA LEDAY,ESQ
P O BOX 1269
ROUND ROCK TX 78680
TLEDAY@MVBALAW.COM

Case 20-12841-MFW    Doc 927    Filed 05/26/21    Page 5 of 10

**YouFit Health Clubs, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 3 of 4

05/21/2021 04:44:00 PM

000064P001-1447S-093
MONZACK MERSKY BROWDER AND HOCHMAN PA
RACHEL B MERSKY
1201 N ORANGE ST.,STE 400
WILMINGTON DE 19801
RMERSKY@MONLAW.COM

000007P002-1447S-093
OFFICE OF THE US TRUSTEE
HANNAH MCCOLLUM
844 KING ST
STE 2207
WILMINGTON DE 19801
HANNAH.MCCOLLUM@USDOJ.GOV

000100P001-1447S-093
OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVCIES (
DEB SECREST,AUTHORIZED AGENT
DEPT OF LABOR & INDUSTRY,COMMONWEALTH OF PENNSYLVA
COLLECTIONS SUPPORT UNIT
651 BOAS ST.,RM 925
HARRISBURG PA 17121
RA-LI-UCTS-BANKRUPT@STATE.PA.US

000102P001-1447S-093
PACHULSKI STANG ZIEHL & JONES LLP
BRADFORD J SANDLER;COLIN R ROBINSON
919 N MARKET ST.,17TH FLOOR
WILMINGTON DE 19801
BSANDLER@PSZJLAW.COM

000102P001-1447S-093
PACHULSKI STANG ZIEHL & JONES LLP
BRADFORD J SANDLER;COLIN R ROBINSON
919 N MARKET ST.,17TH FLOOR
WILMINGTON DE 19801
CROBINSON@PSZJLAW.COM

000109P001-1447S-093
PARDO JACKSON GAINSBURG PL
LINDA WORTON JACKSON;LINSEY M LOVELL
200 S.E. FIRST ST.,STE 700
MIAMI FL 33131
LJACKSON@PARDOJACKSON.COM

000109P001-1447S-093
PARDO JACKSON GAINSBURG PL
LINDA WORTON JACKSON;LINSEY M LOVELL
200 S.E. FIRST ST.,STE 700
MIAMI FL 33131
LLOVELL@PARDOJACKSON.COM

000063P001-1447S-093
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
EBONEY COBB
500 E BORDER ST.,STE 640
ARLINGTON TX 76010
ECOBB@PBFCM.COM

000067P001-1447S-093
RICHARDS LAYTON & FINGER PA
JOHN H KNIGHT;MARISA A TERRANOVA FISSEL
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
KNIGHT@RLF.COM

000067P001-1447S-093
RICHARDS LAYTON & FINGER PA
JOHN H KNIGHT;MARISA A TERRANOVA FISSEL
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
TERRANOVAFISSEL@RLF.COM

000099P001-1447S-093
RICHARDS LAYTON & FINGER PA
AMANDA R STEELE;BRENDAN J SCHLAUCH;MEGAN E KENNEY
920 NORTH KING ST
WILMINGTON DE 19801
STEELE@RLF.COM

000099P001-1447S-093
RICHARDS LAYTON & FINGER PA
AMANDA R STEELE;BRENDAN J SCHLAUCH;MEGAN E KENNEY
920 NORTH KING ST
WILMINGTON DE 19801
SCHLAUCH@RLF.COM

000099P001-1447S-093
RICHARDS LAYTON & FINGER PA
AMANDA R STEELE;BRENDAN J SCHLAUCH;MEGAN E KENNEY
920 NORTH KING ST
WILMINGTON DE 19801
KENNEY@RLF.COM

000108P001-1447S-093
ROBERTS LAW PLLC
KELLY ROBERTS,ESQ
2075 MAIN ST.,STE 23
SARASOTA FL 34237
KELLY@KELLYROBERTSLAW.COM

000087P001-1447S-093
SACKS TIERNEY PA
RANDY NUSSBAUM;PHILIP R RUDD
4250 N DRINKWATER BLVD.,4TH FLOOR
SCOTTSDALE AZ 85251
RANDY.NUSSBAUM@SACKSTIERNEY.COM

000087P001-1447S-093
SACKS TIERNEY PA
RANDY NUSSBAUM;PHILIP R RUDD
4250 N DRINKWATER BLVD.,4TH FLOOR
SCOTTSDALE AZ 85251
PHILIP.RUDD@SACKSTIERNEY.COM

000078P001-1447S-093
SAUL EWING ARNSTEIN & LEHR LLP
MONIQUE B DISABATINO,ESQ
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
MONIQUE.DISABATINO@SAUL.COM

000079P001-1447S-093
SAUL EWING ARNSTEIN & LEHR LLP
MELISSA A MARTINEZ, ESQ
CENTRE SQUARE WEST
1500 MARKET ST.,38TH FLOOR
PHILADELPHIA PA 19102-2186
MELISSA.MARTINEZ@SAUL.COM

000020P001-1447S-093
SECURITIES AND EXCHANGE COMMISSION
SEC OF THE TREASURY OFFICE OF GEN COUNSEL
100 F ST NE
WASHINGTON DC 20549
SECBANKRUPTCY@SEC.GOV

000021P001-1447S-093
SECURITIES AND EXCHANGE COMMISSION
PHIL OFC   BANKRUPTCY DEPT
ONE PENN CTR
1617 JFK BLVD STE 520
PHILADELPHIA PA 19103
SECBANKRUPTCY@SEC.GOV

000062P001-1447S-093
SIMON PROPERTY GROUP INC
RONALD M TUCKER,ESQ
225 WEST WASHINGTON ST
INDIANAPOLIS IN 46204
RTUCKER@SIMON.COM

000074P001-1447S-093
SINGER & LEVICK PC
MICHELLE E SHRIRO,ESQ
16200 ADDISON RD.,STE 140
ADDISON TX 75001
MSHRIRO@SINGERLEVICK.COM

000096P001-1447S-093
SPOTTS FAIN PC
NEIL MCCULLAGH;KARL A MOSES JR
411 EAST FRANKLIN ST.,STE 600
RICHMOND VA 23219
NMCCULLAGH@SPOTTSFAIN.COM

000096P001-1447S-093
SPOTTS FAIN PC
NEIL MCCULLAGH;KARL A MOSES JR
411 EAST FRANKLIN ST.,STE 600
RICHMOND VA 23219
KMOSES@SPOTTSFAIN.COM

**YouFit Health Clubs, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**

000068P001-1447S-093
STARK & STARK PC
JOSEPH H LEMKIN,ESQ
P O BOX 5315
PRINCETON NJ 08543
JLEMKIN@STARK-STARK.COM

000110P001-1447S-093
U.S. DEPARTMENT OF JUSTICE
ELISABETH M BRUCE, TRIAL ATTORNEY
TAX DIVISION
P O BOX 227
WASHINGTON DC 20044
ELISABETH.M.BRUCE@USDOJ.GOV

000009P001-1447S-093
US ATTORNEY FOR DELAWARE
CHARLES OBERLY  ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

000077P001-1447S-093
WESTERNBURG & THORNTON PC
STEVEN THORNTON
10440 N CENTRAL EXPRESSWAY STE 800
DALLAS TX 75231
STEVE@MWTLAW.COM

000070P001-1447S-093
WILES & WILES LLP
VICTOR W NEWMARK,ESQ
800 KENNESAW AVE.,STE 400
MARIETTA GA 30060-7946
BANKRUPTCY@EVICT.NET

000098P001-1447S-093
WINSTEAD PC
JASON A ENRIGHT
500 WINSTEAD BUILDING
2728 N HARWIID ST
DALLAS TX 75201
JENRIGHT@WINSTEAD.COM

000023P001-1447S-093
WINSTON & STRAWN
GREGORY M GARTLAND
200 PARK AVENUE
NEW YORK NY 10166
GGARTLAND@WINSTON.COM

000022P001-1447S-093
WINSTON & STRAWN LLP
CAREY D SCHREIBER
200 PARK AVENUE
NEW YORK NY 10166
CSCHREIBER@WINSTON.COM

000059P001-1447S-093
WINSTON & STRAWN LLP
MICHAEL T LEARY
333 SOUTH GRAND AVE.,38TH FLOOR
LOS ANGELES CA 90071
MTLEARY@WINSTON.COM

000092P001-1447S-093
WOMBLE BOND DICKINSON (US)LLP
KEVIN J MANGAN
1313 NORTH MARKET ST.,STE 1200
WILMINGTON DE 19801
KEVIN.MANGAN@WBD-US.COM

000058P001-1447S-093
YOUNG CONAWAY STARGATT & TAYLOR LLP
JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH
1000 NORTH KING ST
WILMINGTON DE 19801
JBARRY@YCST.COM

000058P001-1447S-093
YOUNG CONAWAY STARGATT & TAYLOR LLP
JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH
1000 NORTH KING ST
WILMINGTON DE 19801
AMAGAZINER@YCST.COM

000058P001-1447S-093
YOUNG CONAWAY STARGATT & TAYLOR LLP
JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH
1000 NORTH KING ST
WILMINGTON DE 19801
JMULVIHILL@YCST.COM

000058P001-1447S-093
YOUNG CONAWAY STARGATT & TAYLOR LLP
JOSEPH M BARRY; ANDREW L MAGAZINER;JOSEPH M MULVIH
1000 NORTH KING ST
WILMINGTON DE 19801
BANKFILINGS@YCST.COM

Records Printed :  86

**EXHIBIT 2**

**YouFit Health Clubs, LLC, et al.**

**Federal Express**

**Exhibit Page**

Page # : 1 of 1                                                                                         05/21/2021 04:49:42 PM

| | | | |
|---|---|---|---|
| 000018P001-1447S-093<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801 | 000012P002-1447S-093<br>DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FL<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | 000010P001-1447S-093<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000011P001-1447S-093<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 |
| 000055P001-1447S-093<br>GREYLION<br>PERELLA WEINBERG PARTNERS<br>ATTN:  GENERAL COUNSEL<br>GENERAL COUNSEL<br>767 FIFTH AVENUE<br>NEW YORK NY 10153 | 000056P001-1447S-093<br>GREYLION<br>PERELLA WEINBERG PARTNERS LP<br>ELLEN ROSENBERG<br>ELLEN ROSENBERG<br>767 FIFTH AVENUE<br>NEW YORK NY 10153 | 000057P001-1447S-093<br>GREYLION<br>LATHAM & WATKINS LLP<br>JOHAN (HANS) V. BRIGHAM<br>JOHAN (HANS) V. BRIGHAM<br>200 CLARENDON STREET<br>BOSTON MA 02116 | 000006P001-1447S-093<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 |
| 006281P001-1447A-093<br>L2 FUTURE CAPITAL LLC<br>VINCENT SERAFINO<br>RICHARD G DAFOE<br>1601 ELM ST<br>STE 4100<br>DALLAS TX 75201 | 006281S001-1447A-093<br>L2 FUTURE CAPITAL LLC<br>Waddell Serafino Geary Rechner Jenevein PC<br>Richard G Dafoe<br>1717 North Street Suite 2500<br>Dallas TX 75201 | 000014P001-1447S-093<br>MICHIGAN DEPT OF TREASURY, TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FL AUSTIN BLDG<br>LANSING MI 48922 | 000007P002-1447S-093<br>OFFICE OF THE US TRUSTEE<br>HANNAH MCCOLLUM<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801 |
| 000019P001-1447S-093<br>SECURITIES AND EXCHANGE COMMISSION<br>NY REG OFFICE  BANKRUPTCY DEPT<br>BROOKFIELD PL<br>200 VESEY ST STE 400<br>NEW YORK NY 10281-1022 | 000020P001-1447S-093<br>SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549 | 000021P001-1447S-093<br>SECURITIES AND EXCHANGE COMMISSION<br>PHIL OFC   BANKRUPTCY DEPT<br>ONE PENN CTR<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103 | 000016P001-1447S-093<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL REGION 3<br>300 SPRING GDN ST<br>PHILADELPHIA PA 19123 |
| 000009P001-1447S-093<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY  ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801 | 000015P001-1447S-093<br>US EPA REG 3<br>OFFICE OF REG COUNSEL<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 | 000083P001-1447S-093<br>WESTWOOD PLAZA LLC<br>STEVEN LEONI<br>2020 WEST PENSACOLA ST.,STE 285<br>TALLAHASSEE FL 32304 | |

Records Printed :  **19**

**EXHIBIT 3**

**YouFit Health Clubs, LLC, et al.**

**USPS Express Mail**

**Exhibit Page**

Page # : 1 of 1                                                                                                05/21/2021 04:51:45 PM

| 000017P001-1447S-093 | 000008P001-1447S-093 | 000013P001-1447S-093 | 000005P001-1447S-093 |
|---|---|---|---|
| ARIZONA ATTORNEY GENERAL'S OFFICE | DELAWARE SECRETARY OF STATE | FRANCHISE TAX BOARD | INTERNAL REVENUE SVC |
| PO BOX 6123 | DIV OF CORPORATIONS FRANCHISE TAX | BANKRUPTCY SECTION MSA340 | CENTRALIZED INSOLVENCY OPERATION |
| MD 7611 | PO BOX 898 | PO BOX 2952 | PO BOX 7346 |
| PHOENIX AZ 85005-6123 | DOVER DE 19903 | SACRAMENTO CA 95812-2952 | PHILADELPHIA PA 19101-7346 |

Records Printed : **4**