IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 924** |

# CERTIFICATE OF SERVICE

I, Marisa A. Terranova Fissel, do hereby certify that on May 25, 2021, I caused a copy of the foregoing *Motion of Partridge Equity Group to Deem Late-Filed Claim as Timely Filed* [Docket No. 924] to be served as indicated on the attached list:

*/s/ Marisa A. Terranova Fissel*
Marisa A. Terranova Fissel (No. 5396)

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, for which joint administration has been requested, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the proposed claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

RLF1 25363710V.1

Core/2002

**YouFit Health Clubs, LLC, et al.**

| Name1 | Name2 | Name3 | Address1 | Address2 | City | State | Zip | Email | Service |
|---|---|---|---|---|---|---|---|---|---|
| ARIZONA ATTORNEY GENERAL'S OFFICE | | | PO BOX 6123 | MD 7611 | PHOENIX | AZ | 85005-6123 | | FCM |
| ASHBY & GEDDES PA | STACY L NEWMAN,ESQ | | 500 DELAWARE AVE, 8TH FLOOR | P O BOX 1150 | WILMINGTON | DE | 19899-1150 | SNEWMAN@ASHBYGEDDES.COM | CM/ECF & Courtesy E-mail |
| BALLARD SPAHR LLP | LESLIE C HEILMAN | | 919 N MARKET ST.,11TH FLOOR | | WILMINGTON | DE | 19801-3034 | HEILMANL@BALLARDSPAHR.COM | |
| | LAUREL D ROGLEN | | | | | | | ROGLENL@BALLARDSPAHR.COM | CM/ECF & Courtesy E-mail |
| BALLARD SPAHR LLP | DAVID L POLLACK | | 1735 MARKET ST.,51ST FLOOR | | PHILADELPHIA | PA | 19103=7599 | POLLACK@BALLARDSPAHR.COM | |
| | LINDSEY ZIONTS | | | | | | | ZIONTSL@BALLARDSPAHR.COM | CM/ECF & Courtesy E-mail |
| BARCLAY DAMON LLP | KEVIN M NEWMAN | | BARCLAY DAMON TOWER | 125 EAST JEFFERSON ST | SYRACUSE | NY | 13202 | KNEWMAN@BARCLAYDAMON.COM | CM/ECF & Courtesy E-mail |
| BARCLAY DAMON LLP | SCOTT L FLEISCHER | | 1270 AVENUE OF THE AMERICAS STE 501 | | NEW YORK | NY | 10020 | SFLEISCHER@BARCLAYDAMON.COM | CM/ECF & Courtesy E-mail |
| BERGER SINGERMAN LLP | BRIAN G RICH,ESQ | | 313 NORTH MONROE ST.,STE 301 | | TALLAHASSEE | FL | 32301 | BRICH@BERGERSINGERMAN.COM | CM/ECF & Courtesy E-mail |
| BERGER SINGERMAN LLP | MCIHAEL J NILES, ESQ | | 313 NORTH MONROE ST.,STE 301 | | TALLAHASSEE | FL | 32301 | MNILES@BERGERSINGERMAN.COM | CM/ECF & Courtesy E-mail |
| BIELLI & KLAUDER LLC | DAVID M KLAUDER,ESQ | | 1204 N KING ST | | WILMINGTON | DE | 19801 | DKLAUDER@BK-LEGAL.COM | CM/ECF & Courtesy E-mail |
| BROWARD COUNTY ATTORNEY | SCOTT ANDRON,ASSISTANT COUNTY ATTORNEY | | GOVERNMENT CENTER STE 423 | 115 SOUTH ANDREWS AVE | FORT LAUDERDALE | FL | 33301 | SANDRON@BROWARD.ORG | CM/ECF & Courtesy E-mail |
| CITY OF PHILADELPHIA LAW DEPT | MEGAN N HARPER,DEPUTY CITY SOLICITOR | | MUNICIPAL SERVICES BUILDING | 1401 JFK BLVD 5TH FLOOR | PHILADELPHIA | PA | 19102-1595 | MEGAN.HARPER@PHILA.GOV | CM/ECF & Courtesy E-mail |
| COLEMAN & DEMPSEY LLP | ARLENE L COLEMAN | | TWO RAVINIA DRIVE STE 1250 | | ATLANTA | GA | 30346 | ACOLEMAN@COLEMAN-DEMPSEY.COM | CM/ECF & Courtesy E-mail |
| COOPER LEVENSON P.A. | STACEY MATTIA | | 30 FOX HUNT DRIVE | | BEAR | DE | 19701 | SMATTIA@COOPERLEVENSON.COM | CM/ECF & Courtesy E-mail |
| DELAWARE ATTORNEY GENERAL | BANKRUPTCY DEPT | | CARVEL STATE OFFICE BLDG | 820 N FRENCH ST 6TH FL | WILMINGTON | DE | 19801 | ATTORNEY.GENERAL@STATE.DE.US | CM/ECF & Courtesy E-mail |
| DELAWARE DIVISION OF REVENUE | CHRISTINA ROJAS | | CARVEL STATE OFFICE BUILD 8TH FL | 820 N FRENCH ST | WILMINGTON | DE | 19801 | CHRISTINA.ROJAS@DELAWARE.GOV | CM/ECF & Courtesy E-mail |
| DELAWARE SECRETARY OF STATE | DIV OF CORPORATIONS FRANCHISE TAX | | PO BOX 898 | | DOVER | DE | 19903 | DOSDOC_FTAX@STATE.DE.US | CM/ECF & Courtesy E-mail |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS | | 401 FEDERAL ST STE 4 | | DOVER | DE | 19901 | | FCM |
| DELAWARE STATE TREASURY | BANKRUPTCY DEPT | | 820 SILVER LAKE BLVD | STE 100 | DOVER | DE | 19904 | | FCM |
| FERRY JOSEPH P.A. | RICK S MILLER,ESQ | | 824 MARKET ST.,STE 1000 | P O BOX 1351 | WILMINGTON | DE | 19899-1351 | RMILLER@FERRYJOSEPH.COM | CM/ECF & Courtesy E-mail |
| FRANCHISE TAX BOARD | BANKRUPTCY SECTION MSA340 | | PO BOX 2952 | | SACRAMENTO | CA | 95812-2952 | | FCM |
| FROST BROWN TODD LLC | RONALD E GOLD | | 3300 GREAT AMERICAN TOWER | 301 EAST FOURTH ST | CINCINNATI | OH | 45202 | RGOLD@FBTLAW.COM | |
| | ERIN P SEVERINI | | | | | | | ESEVERINI@FBTLAW.COM | |
| | KENDAL HARDISON | | | | | | | KHARDISON@FBTLAW.COM | CM/ECF & Courtesy E-mail |
| GATOR FLOWER MOUND LLC | MARK SHANDLER | | 7850 NW 146TH ST.,4TH FLOOR | | MIAMI LAKES | FL | 33016 | MSHANDLER@GATORINV.COM | CM/ECF & Courtesy E-mail |
| GRAY ROBINSON P.A. | STEVEN J SOLOMON,ESQ | | 333 S.E. 2ND AVE.,STE 3200 | | MIAMI | FL | 33131 | STEVEN.SOLOMON@GRAY-ROBINSON.COM | CM/ECF & Courtesy E-mail |
| GREENBERG TRAURIG LLP | DENNIS A MELORO | | 1007 NORTH ORANGE STREET | SUITE 1200 | WILMINGTON | DE | 19801 | MELOROD@GTLAW.COM | CM/ECF & Courtesy E-mail |
| GREENBERG TRAURIG LLP | NANCY A PETERMAN | | 77 WEST WACKER DRIVE | SUITE 3100 | CHICAGO | IL | 60601 | PETERMANN@GTLAW.COM | CM/ECF & Courtesy E-mail |
| GREENBERG TRAURIG LLP | ERIC HOWE | | 77 WEST WACKER DRIVE | SUITE 3100 | CHICAGO | IL | 60601 | HOWEE@GTLAW.COM | CM/ECF & Courtesy E-mail |
| GREENBERG TRAURIG, LLP | NICHOLAS E BALLEN | | 77 WEST WACKER DRIVE | SUITE 3100 | CHICAGO | IL | 60601 | BALLENN@GTLAW.COM | CM/ECF & Courtesy E-mail |
| GREYLION | PERELLA WEINBERG PARTNERS | ATTN: GENERAL COUNSEL | 767 FIFTH AVENUE | | NEW YORK | NY | 10153 | | FCM |
| GREYLION | PERELLA WEINBERG PARTNERS LP | ELLEN ROSENBERG | 767 FIFTH AVENUE | | NEW YORK | NY | 10153 | ellen@greylioncapital.com | CM/ECF & Courtesy E-mail |
| GREYLION | LATHAM & WATKINS LLP | JOHAN (HANS) V. BRIGHAM | 200 CLARENDON STREET | | BOSTON | MA | 02116 | JOHAN.BRIGHAM@LW.COM | CM/ECF & Courtesy E-mail |
| HILLSBOROUGH COUNTY TAX COLLECTOR | BRIAN T FITZGERALD,ESQ | SENIOR ASST COUNTY ATTORNEY | POST OFFICE BOX 1110 | | TAMPA | FL | 33601-1110 | FITZGERALDB@HILLSBOROUGHCOUNTY.ORG | CM/ECF & Courtesy E-mail |
| HOGAN LOVELLS US LLP | ATTN: DAVID P. SIMONDS AND | | 1999 AVENUE OF THE STARS | SUITE 1400 | LOS ANGELES | CA | 90067 | DAVID.SIMONDS@HOGANLOVELLS.COM | |
| | CHRISTOPHER R. BRYANT | | | | | | | CHRIS.BRYANT@HOGANLOVELLS.COM | CM/ECF & Courtesy E-mail |
| HOLLAND & KNIGHT | PHILLIP W NELSON | | 150 N RIVERSIDE PLAZA STE 2700 | | CHICAGO | IL | 60606 | PHILLIP.NELSON@HKLAW.COM | |
| | JOSHUA M SPENCER | | | | | | | JOSHUA.SPENCER@HKLAW.COM | |
| | ANASTASIA M SOTIROPOULOS | | | | | | | ANASTASIA.SOTIROPOULOS@HKLAW.COM | CM/ECF & Courtesy E-mail |
| HULEN POINTE RETAIL LLC | BO AVERY | | 4801 HARBOR DRIVE | | FLOWER MOUND | TX | 75022 | BO@TRIMARSH.COM | CM/ECF & Courtesy E-mail |
| INTERNAL REVENUE SVC | CENTRALIZED INSOLVENCY OPERATION | | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | | FCM |
| INTERNAL REVENUE SVC | CENTRALIZED INSOLVENCY OPERATION | | 2970 MARKET ST | MAIL STOP 5 Q30 133 | PHILADELPHIA | PA | 19104-5016 | | FCM |
| IURILLO LAW GROUP PA | CAMILLE J IURILLO | | 5628 CENTRAL AVE | | ST PETERSBURG | FL | 33707 | CIURILLO@IURILLOLAW.COM | |
| | KEVIN L HING | | | | | | | KHING@IURILLOLAW.COM | CM/ECF & Courtesy E-mail |
| JASON BLANK | JOSHUA EGGNATZ | EGGNATZ PASCUCCI | 7450 GRIFFIN RD.,STE 230 | | DAVIE | FL | 33314 | JEGGNATZ@JUSTICEEARNED.COM | CM/ECF & Courtesy E-mail |
| KELLEY DRYE & WARREN LLP | ROBERT L LEHANE | PHILLIP A. WEINTRAUB | 101 PARK AVE | | NEW YORK | NY | 10178 | RLEHANE@KELLEYDRYE.COM | |
| | MARK SCOTT | | | | | | | MASCOTT@KELLEYDRYE.COM | |
| | | | | | | | | KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM | |
| | | | | | | | | PWEINTRAUB@KELLEYDRYE.COM | CM/ECF & Courtesy E-mail |
| LAW OFFICES OF KENNETH L BAUM LLC | KENNETH L BAUM.ESQ | | 167 MAIN ST | | HACKENSACK | NJ | 07601 | KBAUM@KENBAUMDEBTSOLUTIONS.COM | CM/ECF & Courtesy E-mail |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ELIZABETH WELLER | | 2777 N STEMMONS FREEWAY STE 1000 | | DALLAS | TX | 75207 | DALLAS.BANKRUPTCY@PUBLICANS.COM | |
| | | | | | | | | BETHW@PUBLICANS.COM | CM/ECF & Courtesy E-mail |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | JOHN P DILLMAN | | P O BOX 3064 | | HOUSTON | TX | 77253-3064 | HOUSTON_BANKRUPTCY@PUBLICANS.COM | CM/ECF & Courtesy E-mail |
| MANATEE COUNTY TAX COLLECTOR , KEN BURTON JR. | ATTN: MICHELLE LEESON, PARALEGAL, COLLECTIONS SPECIALIST | | 1001 3RD AVE WEST | SUITE 240 | BRADENTON | FL | 34205-7863 | LEGAL@TAXCOLLECTOR.COM | CM/ECF & Courtesy E-mail |
| MARICOPA COUNTY ATTORNEY'S OFFICE | PETER MUTHIG | | 225 W MADISON ST | | PHOENIX | AZ | 85003 | MUTHIGK@MCAO.MARICOPA.GOV | CM/ECF & Courtesy E-mail |
| MCCREARY VESELKA BRAGG & ALLEN PC | TARA LEDAY,ESQ | | P O BOX 1269 | | ROUND ROCK | TX | 78680 | TLEDAY@MVBALAW.COM | CM/ECF & Courtesy E-mail |
| MICHIGAN DEPT OF TREASURY, TAX POL DIV | LITIGATION LIAISON | | 430 WEST ALLEGAN ST | 2ND FL AUSTIN BLDG | LANSING | MI | 48922 | | FCM |
| MONZACK MERSKY BROWDER AND HOCHMAN PA | RACHEL B MERSKY | | 1201 N ORANGE ST.,STE 400 | | WILMINGTON | DE | 19801 | RMERSKY@MONLAW.COM | CM/ECF & Courtesy E-mail |
| OFFICE OF THE US TRUSTEE | HANNAH MCCOLLUM | | 844 KING ST | STE 2207 | WILMINGTON | DE | 19801 | HANNAH.MCCOLLUM@USDOJ.GOV | CM/ECF & Courtesy E-mail |
| OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVCIES (UCTS) | DEB SECREST,AUTHORIZED AGENT | DEPT OF LABOR & INDUSTRY,COMMONWEALTH OF PENNSYLVANIA | COLLECTIONS SUPPORT UNIT | 651 BOAS ST.,RM 925 | HARRISBURG | PA | 17121 | RA-LI-UCTS-BANKRUPT@STATE.PA.US | CM/ECF & Courtesy E-mail |
| PACHULSKI STANG ZIEHL & JONES LLP | BRADFORD J SANDLER | | 919 N MARKET ST.,17TH FLOOR | | WILMINGTON | DE | 19801 | BSANDLER@PSZJLAW.COM | |
| | COLIN R ROBINSON | | | | | | | CROBINSON@PSZJLAW.COM | CM/ECF & Courtesy E-mail |
| PARDO JACKSON GAINSBURG PL | LINDA WORTON JACKSON | | 200 S.E. FIRST ST.,STE 700 | | MIAMI | FL | 33131 | LJACKSON@PARDOJACKSON.COM | |
| | LINSEY M LOVELL | | | | | | | LLOVELL@PARDOJACKSON.COM | CM/ECF & Courtesy E-mail |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | EBONEY COBB | | 500 E BORDER ST.,STE 640 | | ARLINGTON | TX | 76010 | ECOBB@PBFCM.COM | CM/ECF & Courtesy E-mail |
| PHOENIX MANAGEMENT SERVICES | BRIAN GLEASON | | 535 FIFTH AVENUE SUITE 1006 | | NEW YORK | NY | 10017 | BGLEASON@PHOENIXMANAGEMENT.COM | CM/ECF & Courtesy E-mail |
| ROBERTS LAW PLLC | KELLY ROBERTS,ESQ | | 2075 MAIN ST.,STE 23 | | SARASOTA | FL | 34237 | KELLY@KELLYROBERTSLAW.COM | CM/ECF & Courtesy E-mail |
| SACKS TIERNEY PA | RANDY NUSSBAUM | | 4250 N DRINKWATER BLVD.,4TH FLOOR | | SCOTTSDALE | AZ | 85251 | RANDY.NUSSBAUM@SACKSTIERNEY.COM | |
| | PHILIP R RUDD | | | | | | | PHILIP.RUDD@SACKSTIERNEY.COM | CM/ECF & Courtesy E-mail |
| SAUL EWING ARNSTEIN & LEHR LLP | MONIQUE B DISABATINO,ESQ | | 1201 NORTH MARKET ST.,STE 2300 | P O BOX 1266 | WILMINGTON | DE | 19899 | MONIQUE.DISABATINO@SAUL.COM | CM/ECF & Courtesy E-mail |
| SAUL EWING ARNSTEIN & LEHR LLP | MELISSA A MARTINEZ, ESQ | | CENTRE SQUARE WEST | 1500 MARKET ST.,38TH FLOOR | PHILADELPHIA | PA | 19102-2186 | MELISSA.MARTINEZ@SAUL.COM | CM/ECF & Courtesy E-mail |
| SECURITIES AND EXCHANGE COMMISSION | NY REG OFFICE BANKRUPTCY DEPT | | BROOKFIELD PL | 200 VESEY ST STE 400 | NEW YORK | NY | 10281-1022 | | FCM |

Core/2002

| Name | Attn | Contact | Address 1 | Address 2 | City | State | Zip | Email | Method |
|---|---|---|---|---|---|---|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | SEC OF THE TREASURY OFFICE OF GEN COUNSEL | | 100 F ST NE | | WASHINGTON | DC | 20549 | SECBANKRUPTCY@SEC.GOV | CM/ECF & Courtesy E-mail |
| SECURITIES AND EXCHANGE COMMISSION | PHIL OFC   BANKRUPTCY DEPT | | ONE PENN CTR | 1617 JFK BLVD STE 520 | PHILADELPHIA | PA | 19103 | SECBANKRUPTCY@SEC.GOV | CM/ECF & Courtesy E-mail |
| SIMON PROPERTY GROUP INC | RONALD M TUCKER,ESQ | | 225 WEST WASHINGTON ST | | INDIANAPOLIS | IN | 46204 | RTUCKER@SIMON.COM | CM/ECF & Courtesy E-mail |
| SINGER & LEVICK PC | MICHELLE E SHRIRO,ESQ | | 16200 ADDISON RD.,STE 140 | | ADDISON | TX | 75001 | MSHRIRO@SINGERLEVICK.COM | CM/ECF & Courtesy E-mail |
| SOCIAL SECURITY ADMINISTRATION | OFFICE OF THE GEN COUNSEL REGION 3 | | 300 SPRING GDN ST | | PHILADELPHIA | PA | 19123 | | FCM |
| SPOTTS FAIN PC | NEIL MCCULLAGH<br>KARL A MOSES JR | | 411 EAST FRANKLIN ST.,STE 600 | | RICHMOND | VA | 23219 | NMCCULLAGH@SPOTTSFAIN.COM<br>KMOSES@SPOTTSFAIN.COM | CM/ECF & Courtesy E-mail |
| STARK & STARK PC | JOSEPH H LEMKIN,ESQ | | P O BOX 5315 | | PRINCETON | NJ | 08543 | JLEMKIN@STARK-STARK.COM | CM/ECF & Courtesy E-mail |
| US ATTORNEY FOR DELAWARE | CHARLES OBERLY  ELLEN SLIGHTS | | 1313 NORTH MARKET ST | | WILMINGTON | DE | 19801 | USADE.ECFBANKRUPTCY@USDOJ.GOV | CM/ECF & Courtesy E-mail |
| US EPA REG 3 | OFFICE OF REG COUNSEL | | 1650 ARCH ST | | PHILADELPHIA | PA | 19103 | | FCM |
| WESTERNBURG & THORNTON PC | STEVEN THORNTON | | 10440 N CENTRAL EXPRESSWAY STE 800 | | DALLAS | TX | 75231 | STEVE@MWTLAW.COM | CM/ECF & Courtesy E-mail |
| WESTWOOD PLAZA LLC | STEVEN LEONI | | 2020 WEST PENSACOLA ST.,STE 285 | | TALLAHASSEE | FL | 32304 | | FCM |
| WILES & WILES LLP | VICTOR W NEWMARK,ESQ | | 800 KENNESAW AVE.,STE 400 | | MARIETTA | GA | 30060-7946 | BANKRUPTCY@EVICT.NET | CM/ECF & Courtesy E-mail |
| WINSTEAD PC | JASON A ENRIGHT | | 500 WINSTEAD BUILDING | 2728 N HARWIID ST | DALLAS | TX | 75201 | JENRIGHT@WINSTEAD.COM | CM/ECF & Courtesy E-mail |
| WINSTON & STRAWN | GREGORY M GARTLAND | | 200 PARK AVENUE | | NEW YORK | NY | 10166 | GGARTLAND@WINSTON.COM | CM/ECF & Courtesy E-mail |
| WINSTON & STRAWN LLP | CAREY D SCHREIBER | | 200 PARK AVENUE | | NEW YORK | NY | 10166 | CSCHREIBER@WINSTON.COM | CM/ECF & Courtesy E-mail |
| WINSTON & STRAWN LLP | MICHAEL T LEARY | | 333 SOUTH GRAND AVE.,38TH FLOOR | | LOS ANGELES | CA | 90071 | MTLEARY@WINSTON.COM | CM/ECF & Courtesy E-mail |
| WOMBLE BOND DICKINSON (US)LLP | KEVIN J MANGAN | | 1313 NORTH MARKET ST.,STE 1200 | | WILMINGTON | DE | 19801 | KEVIN.MANGAN@WBD-US.COM | CM/ECF & Courtesy E-mail |
| YOUFIT HEALTH CLUBS, LLC | ATTN:  PRESIDENT/CEO | DAVID MAYER | 1350 E NEWPORT CENTER DR | SUITE 110 | DEERFIELD BEACH | FL | 33442 | dmayer@youfit.com | CM/ECF & Courtesy E-mail |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | JOSEPH M BARRY<br> ANDREW L MAGAZINER<br>JOSEPH M MULVIHILL | | 1000 NORTH KING ST | | WILMINGTON | DE | 19801 | JBARRY@YCST.COM<br>AMAGAZINER@YCST.COM<br>JMULVIHILL@YCST.COM<br>BANKFILINGS@YCST.COM | CM/ECF & Courtesy E-mail |