January 8, 2021

From: Alexis L. Rone
14841 SW 157th Terrace
Miami, FL 33187
(305) 968-9401
Member#7348121717

To: United States Bankruptcy Court
District of Delaware
824 North Market Street, 3rd floor
Wilmington, Delaware 19801

REGARDING: CASE No. 20-12841

I, Alexis L. Rone, a member of YouFit Health Clubs, LLC of Kendall, FL 33186, object to my membership being transferred to YF FC Acquisition, LLC.

I no longer wish to continue to be a member of said club and deny the right of the club to deduct monies for dues from my bank account. I have notified my bank that these rights have been revoked.

I have already paid monies throughout the pandemic inclusive of this month, while the club was closed, and I am now advised that gyms are a prime place to contract COVID-19.

Consider this a formal objection to the sale of my membership Assets to the Buyer, and a formal notification / denial of rights to debit monies from my bank account as of this date, January 8, 2021.

Thank you,

*[signature]*

Alexis L. Rone



**Shipment Receipt: Page #1 of 1**
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
MON 11 JAN 2021

SHIPMENT INFORMATION:
UPS NEXT DAY AIR RES
0 lb 0.2 oz actual wt
LTR Billed Weight
CARRIER LETTER

EXPECTED DELIVERY DATE:
TUES 12 JAN 2021 10:30 AM

SHIP FROM:
ALEXIS L RONE
14841 SW 157 TER
MIAMI FL 33187
(305) 968-9401

TRACKING NUMBER: 1Z8R94A60135674228
SHIPMENT ID: MMESPN7V5Z9WR
SHIP REF 1: - -
SHIP REF 2: - -

SHIP TO:
UNITED STATES BANKRUPTCY
CASE NO 2012841
824 NORTH MARKET DELAWARE
3RD FLOOR
WILMINGTON DE 19801
RESIDENTIAL

DESCRIPTION OF GOODS:
DOCUMENTS

SHIPMENT CHARGES:
NEXT DAY AIR RES         45.53
SERVICE OPTIONS           0.00
FUEL SURCHARGE            2.28
CMS PROCESSING FEE        0.22

SHIPPED THROUGH:
THE UPS STORE #6523
MIAMI,FL 33177-1164
(305) 405-7626

TOTAL                   $48.03

COMPLETE ONLINE TRACKING: ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK:
HTTP://THEUPSSTORE.COM (SELECT TRACKING. ENTER SHIPMENT ID #) SHIPMENT
QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.

Take 15% Off Online Printing
With $10 minimum order. Use code C15G

PARTICIPATING LOCATIONS ONLY



SHIPMENTID: MMESPN7V5Z9WR          The UPS Store®

Powered by iShip(r)
01/11/2021 12:04 PM Pacific Time F



SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.



# Tracking Details

1Z8R94A60135674228

**Updated:** 01/13/2021 1:36 P.M. EST

## Delivered

### Delivered On
### Tuesday
### 01/12/2021

Delivery Time
### at 10:16 A.M.

Send Updates

We care about the security of your package. Log in () to get more details about your delivery.

**Delivered To**
WILMINGTON, DE, US

**Left At:** Receiver

**Received By:** FD

Proof of Delivery

---

**This website uses cookies**
We do this to better understand how visitors use our site and to offer you a more personal experience. Please see our Privacy Notice (https://www.ups.com/us/en/help-center/legal-terms-conditions/privacy-notice.page) for more information. You can manage your preferences by selecting Cookie Settings.

Ask UPS

 Gmail                                    Alexis Rone <alexis.rone2010@gmail.com>

**Important Notification for Youfit Members**
7 messages

**Youfit Health Clubs** <Youfit@e.youfit.com>                        Tue, Dec 29, 2020 at 5:00 PM
Reply-To: Youfit Health Clubs <reply-feca15727d66057a-12632_HTML-143052605-100011996-0@e.youfit.com>
To: alexis.rone2010@gmail.com

Can't see this? View in browser.

        LOCATIONS | CLASSES | TRAINING | MEMBER LOGIN

December 29, 2020

Dear Youfit Members,

As you know, our mission has always been to change what going to the gym means. Our health clubs are a place where you can get a great workout in a welcoming environment, and where you will get the support and services you need to make the most of your fitness journey.

As we navigate these unprecedented times together, we wanted to inform you of some exciting news which we think would allow Youfit to strengthen our continuing commitment to you and your healthy and active lifestyle going forward, at the same high standards you have come to expect from us. We recently notified you about our choice to strengthen our business by restructuring and filing for chapter 11 relief on November 9, 2020, and the positive milestones we have reached towards that goal, including an agreement to sell the business.

Today, we are happy to give you an update on the restructuring process, what it means for you, and notify you of certain rights you have. On December 28, 2020, the bankruptcy court approved the sale of Youfit's business to the buyer, YF FC Acquisition LLC, a group of well-funded and sophisticated investors. The court order approving that sale is available at https://www.donlinrecano.com/Clients/ViewDocument?dataDir=yfhc&casen=20-12841&docketn=564. The purchase agreement between Youfit and the buyer is available at https://www.donlinrecano.com/Clients/yfhc/ViewAttachment?casen=20-12841&docketn=84&partn=2, and the first amendment to the purchase agreement is available at https://www.donlinrecano.com/Clients/yfhc/ViewAttachment?casen=20-12841&docketn=235&partn=2. **As part of that sale, we have agreed to transfer all of our rights related to our members, including customer accounts, customer purchases, customer lists, or membership or personal training agreements (the "Membership Assets") to the buyer free and clear of any and all claims and liens. We believe that closing this sale transaction provides the best opportunity for us to continue our business as a going concern and to support you with what matters most, your health and your well-being.**

**If you have an objection to the sale, including the transfer of the Membership Assets,**

you must file your objection in writing with the court by or before **January 12, 2021, at 4:00 p.m. eastern time.** Instructions on how to file an objection are available at https://www.donlinrecano.com/Clients/yfhc/Static/ObjectionsToSale. **If you do not timely file an objection, the sale, including the transfer of the Membership Assets, will apply to you.**

If you need more information or would like to learn more about our restructuring efforts, you may do so by visiting our claims and noticing agent's website at https://www.donlinrecano.com/Clients/yfhc/Index.

As always, thank you for your continued membership at Youfit. We love seeing you at the gym and being a part of your journey to live a healthier, more fit life.

Sincerely,

The Youfit Executive Team



Visit our blog for workout tips, healthy recipes, and much more!

  

DOWNLOAD THE YOUFIT APP

 

Please do not reply to this email. If you need to contact Youfit, please call 888-Youfit-1.
Unsubscribe from Youfit Marketing emails. View Profile Center

**Youfit Health Clubs**      © 2020 Youfit Health Clubs, All Rights Reserved
1350 E Newport Center Dr, Suite 110, Deerfield Beach, FL 33442

---

**Alexis Rone** <alexis.rone2010@gmail.com>     Wed, Jan 13, 2021 at 11:58 AM
To: Youfit Health Clubs <reply-feca15727d66057a-12632_HTML-143052605-100011996-0@e.youfit.com>

Hello,

My objection letter of the sale and transfer of my membership of YouFit Health Clubs, LLC of Kendall, FL 33186 to YF FC Acquisition, LLC was received by the United States Bankruptcy Court of Delaware on January 12, 2021 at 10:16am (Tracking#1Z8R94A60135674228) and I do not see it on the Court Dockets.

Please, confirm and advise.

Thank you,
Alexis L Rone
305-968-9401
Member#7348121717
[Quoted text hidden]

---

**Alexis Rone** <alexis.rone2010@gmail.com>     Tue, Jun 1, 2021 at 1:23 PM
To: helpdeskde@deb.us.court.gov

To whom it may concern:

Regarding Case No: 20-12841 (Member#7348121717)

The below email is the original letter from YouFit Health Clubs about the bankruptcy and my reply to them on my objection letter of the sale and membership transfer that I sent to the Delaware Bankruptcy Court, which YouFit never responded to. I have also attached a copy of the letter I sent to the court that was received on 1-12-2021 at 10:16 am under tracking#1Z8R94A60135674228.

I am now being contacted by an attorney trying to collect a debt of $101.20 that I am not responsible for. Furthermore, while the club was closed due to Covid-19, I was being charged a monthly fee, which I paid. The attorney group Aldous & Associates is saying that they do not have such a letter that I sent to the court.

I need someone to contact me as soon as possible to get this resolved.

Thanking you in advance for your assistance in this matter.

Alexis L. Rone
mobile# 305-968-9401
email: alexis.rone2010@gmail.com
[Quoted text hidden]


**YouFit cancellation letter.docx**
13K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>　　　　　Tue, Jun 1, 2021 at 1:23 PM
To: alexis.rone2010@gmail.com



## Address not found

Your message wasn't delivered to **helpdeskde@deb.us.court.gov** because the domain deb.us.court.gov couldn't be found. Check for typos or unnecessary spaces and try again.

The response was:

```
DNS Error: 14768940 DNS type 'mx' lookup of deb.us.court.gov responded with code NXDOMAIN Domain
name not found: deb.us.court.gov
```

Final-Recipient: rfc822; helpdeskde@deb.us.court.gov
Action: failed
Status: 4.0.0
Diagnostic-Code: smtp; DNS Error: 14768940 DNS type 'mx' lookup of deb.us.court.gov responded with code NXDOMAIN
 Domain name not found: deb.us.court.gov
Last-Attempt-Date: Tue, 01 Jun 2021 10:23:15 -0700 (PDT)

---------- Forwarded message ---------
From: Alexis Rone <alexis.rone2010@gmail.com>
To: helpdeskde@deb.us.court.gov
Cc:
Bcc:
Date: Tue, 1 Jun 2021 13:23:04 -0400
Subject: Fwd: Important Notification for Youfit Members
----- Message truncated -----

---

**Alexis Rone** <alexis.rone2010@gmail.com>  Tue, Jun 1, 2021 at 1:30 PM
To: helpdeskde@deb.us.courts.gov

---------- Forwarded message ---------
From: **Youfit Health Clubs** <Youfit@e.youfit.com>
Date: Tue, Dec 29, 2020 at 5:01 PM
Subject: Important Notification for Youfit Members
To: <alexis.rone2010@gmail.com>

[Quoted text hidden]

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>  Tue, Jun 1, 2021 at 1:31 PM
To: alexis.rone2010@gmail.com



## Address not found

Your message wasn't delivered to **helpdeskde@deb.us.courts.gov** because the domain deb.us.courts.gov couldn't be found. Check for typos or unnecessary spaces and try again.

The response was:

```
DNS Error: 147238 DNS type 'mx' lookup of deb.us.courts.gov responded with code NXDOMAIN Domain
name not found: deb.us.courts.gov
```

Final-Recipient: rfc822; helpdeskde@deb.us.courts.gov
Action: failed
Status: 4.0.0
Diagnostic-Code: smtp; DNS Error: 147238 DNS type 'mx' lookup of deb.us.courts.gov responded with code NXDOMAIN
 Domain name not found: deb.us.courts.gov
Last-Attempt-Date: Tue, 01 Jun 2021 10:31:08 -0700 (PDT)

---------- Forwarded message ---------

From: Alexis Rone <alexis.rone2010@gmail.com>
To: helpdeskde@deb.us.courts.gov
Cc:
Bcc:
Date: Tue, 1 Jun 2021 13:30:56 -0400
Subject: Fwd: Important Notification for Youfit Members
----- Message truncated -----

---

**Alexis Rone** <alexis.rone2010@gmail.com>      Tue, Jun 1, 2021 at 1:33 PM
To: helpdeskd@deb.uscourts.gov

---------- Forwarded message ---------
From: **Youfit Health Clubs** <Youfit@e.youfit.com>
Date: Tue, Dec 29, 2020 at 5:01 PM
Subject: Important Notification for Youfit Members
To: <alexis.rone2010@gmail.com>

[Quoted text hidden]

 Gmail     Alexis Rone <alexis.rone2010@gmail.com>

## Youfit Member Notice
3 messages

**Youfit Health Clubs** <Youfit@e.youfit.com>     Mon, Jan 25, 2021 at 8:00 PM
Reply-To: Youfit Health Clubs <reply-fed415737560077d-12632_HTML-143052605-100011996-0@e.youfit.com>
To: alexis.rone2010@gmail.com

Can't see this? View in browser.

     LOCATIONS | CLASSES | TRAINING | MEMBER LOGIN

January 25, 2021

### FORM OF NOTICE TO MEMBERS RE BAR DATE PACKAGE

Dear YouFit Members,

As you know, YouFit is a place where you can get a great workout in a safe and welcoming environment, and where you will get the support and services you need to make the most of your fitness journey.

As we navigate these unprecedented times together, we wanted to inform you of some exciting news that will allow YouFit to strengthen our continuing commitment to you. We recently notified you about our choice to solidify our business by restructuring and filing for chapter 11 relief on November 9, 2020, and the positive milestones we have reached towards that goal, including court approval of an agreement to sell the business.

Today, we are happy to give you a further update on the restructuring process, what it means for you, and notify you of certain rights you have. On January 20, 2021, the bankruptcy court set **February 22, 2021 at 4:00 p.m.** (prevailing Eastern Time) as the general deadline for non-governmental creditors of YouFit to file proofs of claim in the bankruptcy case on account of claims arising before November 9, 2020. **The notice approved by the bankruptcy court explaining this deadline and the accompanying proof of claim form and instructions are available at https://youfit.com/blog/youfit-member-notice and https://www.donlinrecano.com/Clients/yfhc/Static/BDPOC . As is more fully set forth in the linked notice, if you have a claim against YouFit that arose before November 9, 2020, you must file a proof of claim on or before the February 22, 2021 deadline to be able to vote on any chapter 11 plan proposed by YouFit or to share in distributions from the YouFit bankruptcy estates.**

Please note that YouFit is sending this message, the linked notice and the proof of claim form and instructions to many people and businesses that have had some relationship with YouFit in the past. As such, the fact that you have received this message, and the linked notice and proof of claim form and instructions, does not necessarily mean that you have a claim against YouFit, that YouFit believes that you have a claim or that you should file a proof of claim. **If you do not have a claim against YouFit that arose before November 9, 2020, you should not file a proof of claim in the YouFit bankruptcy cases.**

All proofs of claim must be filed so as to be actually received before the deadline by one of three methods, described more fully in the linked notice: (1) mailing the proof of claim form by United States Postal Service to the address specified in the linked notice; (2) sending the proof of claim form by hand or overnight delivery to the address specified in the linked notice; or (3) submitting the proof of claim form online at the URL specified in the linked notice. **Proofs of claim sent by any other method, including, but not limited to, replies to this email, will *not* be accepted.**

**A holder of a possible claim against YouFit should consult an attorney if the holder has any questions regarding this message, the linked notice or proof of claim forms and instructions, including, for example, whether the holder should file a proof of claim.**

If you need more information or would like to learn more about our restructuring efforts, you may do so by visiting our claims and noticing agent's website at https://www.donlinrecano.com/Clients/yfhc/Index.

As always, thank you for your continued membership at YouFit. We love seeing you at the gym and being a part of your commitment to live a healthier, more fit life.

Sincerely,

The YouFit Executive Team

Dated: January 25, 2021



Visit our blog for workout tips, healthy recipes, and much more!

   

DOWNLOAD THE YOUFIT APP

 

Please do not reply to this email. If you need to contact Youfit, please call 888-Youfit-1.
Unsubscribe from Youfit Marketing emails. View Profile Center

**Youfit Health Clubs**
1350 E Newport Center Dr, Suite 110, Deerfield Beach, FL 33442

© 2021 Youfit Health Clubs, All Rights Reserved

---

**Alexis Rone** <alexis.rone2010@gmail.com>   Wed, Feb 10, 2021 at 9:50 PM
To: Youfit Health Clubs <reply-fed415737560077d-12632_HTML-143052605-100011996-0@e.youfit.com>

Hello,

I sent a signed letter to the District of Delaware Bankruptcy Court objecting my membership being transferred and cancelling my membership. This letter was received on 1/12/2021 at 10:16 am, tracking#1Z8R94A60135674228.

My bank account has been charged $16.05 for the month of February, which I will need credited back to my account. I did not authorize this transaction!

Furthermore, ALL the months that the gym was closed should not have been charged and should be credited.

Thanking you in advance for your prompt attention to this matter.

Sincerely,
Alexis Rone
[Quoted text hidden]

---

**Alexis Rone** <alexis.rone2010@gmail.com>  Tue, Jun 1, 2021 at 1:45 PM
To: helpdeskd@deb.uscourts.gov

Hello again,

Regarding Case No: 20-12841 (Member#7348121717)

Below is another email that I sent to YouFit on 2-10-2021, which I also did not receive a reply from.

Thank you,
Alexis L Rone
mobile: 305-968-9401
email: alexis.rone2010@gmail.com
[Quoted text hidden]



Peter A. Klc - of Counsel**  
Jeffrey N. Aldous *

**ALDOUS**  
— & ASSOCIATES —  
*Attorneys at Law*  
P.O. Box 171374 • Holladay, UT 84117-1374  
Phone: (385) 388-8005

Office Hours  
Mon - Thu 8:00AM to 7:00PM (MST)  
Fri 8:00AM to 6:00PM (MST)

*[handwritten: Rec'd on 5/6/21]*

ALEXIS RONE  
14841 SW 157th Ter  
Miami FL 33187-5580

*[handwritten: Bill Mark 5/6/21 / Bob 6/1/21 Advised that the court was investigating]*

Date: April 28, 2021  
YOUR ACCOUNT NUMBER: 2137306  
Agreement with: Youfit Health Clubs

**TOTAL DUE TODAY:       $101.20**

Dear ALEXIS RONE:

This law firm has been retained by Youfit Health Clubs to collect the total amount due as a result of your defaulted contract with the Company. Formal demand is hereby made upon you for immediate debt resolution upon your receipt of this letter. Youfit Health Clubs is the creditor of this debt.

If you continue to ignore your financial obligations, the creditor may choose to report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

It is extremely important that you make this payment promptly or call us to make alternative payment arrangements. You can contact us at (385) 388-8005.

Mailed checks are to be paid to the order of: Aldous & Associates, P.L.L.C. Please post your account number on the draft. Your prompt attention to prevent further collection action is greatly appreciated.

Sincerely,  
Aldous & Associates, P.L.L.C. - *Collection Agency*

**THIS IS AN ATTEMPT TO COLLECT A DEBT: ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

**At this time, no attorney with this firm has personally reviewed the particular circumstances of your account.**

**Unless you notify this office within thirty days after receiving this notice that you dispute the validity of this debt or any portion hereof, this office will assume this debt is valid. If you notify this office in writing within thirty (30) days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within thirty (30) days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.**

VISIT WWW.ALDOUSLEGAL.COM FOR MORE INFORMATION. SE HABLA ESPANOL

Our request for immediate payment does not eliminate your right to dispute the debt within (30) thirty days of receipt of this notice.

*If you request in writing proof of the debt or the name and address of the original creditor within the thirty (30) day period which begins with your receipt of this letter, this office will suspend efforts to collect the debt until we mail the requested information to you.

For California Residents: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.