**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YOUFIT HEALTH CLUBS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12841 (MFW)<br><br>(Jointly Administered)<br><br>**Hearing Date: June 23, 2021 at 10:30 a.m. (EDT)**<br>**Objection Deadline: June 8, 2021 at 4:00 p.m. (EDT)**<br><br>Re: Docket No. 924 |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on May 25, 2021, the Partridge Equity Group (the "Claimant"), filed the *Motion of Partridge Equity Group to Deem Late-Filed Claim as Timely Filed* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). **You were previously served with a copy of the Motion**.

PLEASE TAKE FURTHER NOTICE that, any responses or objections to the Motion must be in writing and filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Claimant on or before **June 8, 2021 at 4:00 p.m. (Eastern Daylight Time)**. **The Objection Deadline for the Motion has not changed**.[2]

PLEASE TAKE FURTHER NOTICE that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before The Honorable

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, for which joint administration has been requested, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the proposed claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

[2] The Claimant, however, has extended the Objection Deadline for the Debtors.

RLF1 25426901v.1

Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on **June 23, 2021 at 10:30 a.m. (Eastern Daylight Time)**.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: June 9, 2021<br>Wilmington, Delaware | Respectfully submitted,<br><br>**RICHARDS, LAYTON & FINGER, P.A.**<br><br>*/s/ Marisa A. Terranova Fissel*<br>John H. Knight (No. 3848)<br>Marisa A. Terranova Fissel (No. 5396)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: knight@rlf.com<br>         terranovafissel@rlf.com<br><br>*Counsel to the Claimant* |