

**United States Bankruptcy Court
For The District of Delaware**

**The Honorable Mary F. Walrath**

In re:                                                                                           Case No. 20-12841 (MFW)

YOUFIT HEALTH CLUBS, LLC, et al.,                                                Chapter 11

YOUFIT HEALTH CLUBS, LLC has filed a motion [Docket No. 929] (the "Dismissal Motion") seeking relief from debt. Preston's Genuine Enterprises LLC, DBA Fish Window Cleaning of Tallahassee wishes to file a "Timely Objection" to the "Dismissal Motion" granting YOUFIT HEALTH CLUBS, LLC relief from any and all debt. Proof of Claim No. ECN-151 was filed with the United States Bankruptcy Court – District of Delaware on February 8th 2021. The claim was filed in good faith asking for payment for prior services (window cleaning services) rendered to YOUFIT HEALTH CLUBS, LLC. Preston's Genuine Enterprises LLC, DBA Fish Window Cleaning of Tallahassee is a small family owned business employing many persons who would be challenged to find other employment locally. Preston's Genuine Enterprises LLC, DBA Fish Window Cleaning of Tallahassee will suffer undue financial hardship if the Bankruptcy Courts of the United States allow YOU FIT HEALTH CLUBS, LLC the "Dismissal Motion" and relief from their acquired debt.

Heather Shaffer-Sather
*Heather Shaffer-Sather*
Office Manager

Fish Window Cleaning of Tallahassee

:Attached Copies of Unpaid Invoices



# INVOICE - OFFICE COPY

INVOICE NUMBER: 3039 - 40852

DATE: 11-6-2020

**Fish Window Cleaning**

Commercial / Residential * Fully Insured * Free Estimates
Independently Owned and Operated
Since 1978

P.O. Box 14095    P: (850) 329-7325
Tallahassee, FL 32317    F: (850) 329-7433

**(850) 329-7325**

visit us on the web at www.fishwindowcleaning.com

Vendor Number:
Store Number: YouFit Tallahassee- Monroe - Tallahassee

2432 North Monroe
Tallahassee    FL    32303

Office: (850) 241-7777    Home:    Cell: (561) 254-9023

Amount Due $ 35.48

**One of the Boxes Below Must Be Checked**
- [ ] Paid Cash / Check at Time of Service
- [ ] Credit Card  For security purposes, please contact our office with your Credit Card information.
- [x] Please Remit Payment Within 10 days

Svc Rep: _[signature]_    Inspected/Approved By (Sign): _[signature]_    (Print): James Grack    Contact: Zack

Window Cleaning Ground - $33.00

EQUIPMENT: See Below - Clean windows inside and outside  clean sills and frames.
clean after 11:00

Billed 1 X 4    Route: 170    Rain Route: N   Week: 1045

Subtotal      33.00
Sales Tax      2.48
Total         35.48

JLC: 20200929
LLC: 20200929

PLEASE PAY FROM THIS INVOICE



INVOICE - OFFICE COPY

INVOICE NUMBER: 3039 - 40348

DATE 9/29/20

Vendor Number: _____
Store Number: _____

YouFit Tallahassee - Monroe - Tallahassee

2432 North Monroe
Tallahassee        FL      32303

Office: (850) 241-7777    Home: _____    Cell: (561) 254-9023

Amount Due $ 35.48

**One of the Boxes Below Must Be Checked**

☐ Paid Cash / Check at Time of Service
☐ Credit Card  For security purposes, please contact our office with your Credit Card information.
☑ Please Remit Payment Within 10 days

(Print): Sophie Miller

Contact: Zack

Rain Route: N    Week: 1041

Subtotal        33.00
Sales Tax        2.48
Total          35.48

JLC: 20200902
LLC: 20200902

Commercial / Residential * Fully Insured * Free Estimates
Independently Owned and Operated
Since 1978

P.O. Box 14095        P: (850) 329-7325
Tallahassee, FL 32317    F: (850) 329-7433

**(850) 329-7325**

visit us on the web at www.fishwindowcleaning.com

Svc Rep: Justin    Inspected/Approved By (Sign): _____

Window Cleaning Ground - $33.00

EQUIPMENT: See Below - Clean windows inside and outside, clean sills and frames.
clean after 11:00

Billed 1 X 4    Route: 170

    

PLEASE PAY FROM THIS INVOICE

Fish Window Cleaning
P.O. Box 14095
Tallahassee, FL 32317-4095

United States Bankruptcy Court
District of Delaware

824 Market Street North
3rd Floor
Wilmington, DE 19801