IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, et al.,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR
TELEPHONIC HEARING ON JUNE 23, 2021 AT 10:30 A.M.

**THE HEARING WILL BE HELD REMOTELY VIA ZOOM.**

**TO PARTICIPATE IN THE HEARING, PARTIES MUST REGISTER THEIR APPEARANCE USING THE FOLLOWING ZOOMGOV HEARING REGISTRATION LINK:**

https://debuscourts.zoomgov.com/meeting/register/vJIscOuurDwvEqc9DqRs5sD09UU3icLYj54

**PARTIES ARE ENCOURAGED TO REGISTER AT LEAST 24 HOURS IN ADVANCE OF THE SCHEDULED HEARING TIME. AFTER REGISTERING FOR THE HEARING USING THE LINK PROVIDED ABOVE, PARTIES WILL RECEIVE A CONFIRMATION EMAIL THAT WILL INCLUDE A SEPARATE ZOOMGOV HEARING LINK AND PASSWORD THAT ARE UNIQUE TO EACH REGISTRANT TO CONNECT TO THE HEARING.**

**PLEASE NOTE: UNLESS ADDRESSING THE COURT, AUDIO SHOULD BE MUTED IN ZOOM ONCE CONNECTED.**

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

RESOLVED MATTER:

1.      Motion to Limit Notice [Docket No. 930, Filed May 27, 2021]

      Response Deadline:  June 16, 2021 at 4:00 p.m.

      Response(s) Received:  None.

      Related Documents:

          A.    Order Authorizing Debtors to Limit Notice [Docket No. 933, Entered June 3, 2021]

      Status:  The order has been entered.  No hearing is necessary.

RESOLVED MATTER UNDER COC:

2.      Motion of Partridge Equity Group to Deem Late-Filed Claim as Timely Filed [Docket No. 924, Filed May 25, 2021]

      Response Deadline:  June 8, 2021 at 4:00 p.m.

      Response(s) Received:  Informal discussions between the Debtors and the movant.

      Related Documents:

          A.    Certification of Counsel Regarding Order Approving Stipulation Resolving Motion of Partridge Equity Group [Docket No. 948, Filed June 21, 2021]

      Status:  A certification of counsel regarding an agreed order approving a stipulation resolving the motion has been filed.  No hearing is necessary unless the Court has questions.

MATTER GOING FORWARD:

3.      Motion of the Debtors for Entry of an Order (A) Dismissing the Chapter 11 Cases, and (B) Granting Related Relief [Docket No. 929, Filed May 27, 2021]

      Response Deadline:  June 16, 2021 at 4:00 p.m.

      Response(s) Received:

          A.    Maricopa County Treasurer's Response and Objection to Motion of the Debtors for Entry of an Order (A) Dismissing the Chapter 11 Cases, and (B) Granting Related Relief [Docket No. 940, Filed June 8, 2021]

    B.    Objection of Fish Window Cleaning of Tallahassee to Motion of the Debtors for Entry of an Order (A) Dismissing the Chapter 11 Cases, and (B) Granting Related Relief [Docket No. 945, Filed June 17, 2021]

Related Documents:

    A.    Debtors' Omnibus Response in Support of Motion to Dismiss [Docket No. 947, Filed June 18, 2021

<u>Status</u>:   This matter is going forward.

Dated: June 21, 2021

GREENBERG TRAURIG, LLP

<u>/s/ Dennis A. Meloro</u>
Dennis A. Meloro (DE Bar No. 4435)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email:  melorod@gtlaw.com

- and -

Nancy A. Peterman (admitted *pro hac vice*)
Eric Howe (admitted *pro hac vice*)
Nicholas E. Ballen (admitted *pro hac vice*)
77 West Wacker Dr., Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile:  (312) 456-8435
Email:  petermann@gtlaw.com
        howee@gtlaw.com
        ballenn@gtlaw.com

*Counsel for the Debtors and Debtors in Possession*