**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 929** |

**ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 305(a), 349, 363, 554, AND 1112(b)
AND FED. R. BANKR. P. 1017(a) AND 6007: (A) DISMISSING THE
CHAPTER 11 CASES AND (B) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order, pursuant to sections 105(a), 305(a), 349, 363, 554, and 1112(b) of the Bankruptcy Code and Bankruptcy Rules 1017(a) and 6007: (a) dismissing the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and (b) granting related relief, including, without limitation, (i) authorizing, but not directing, the Debtors to abandon any remaining Excluded Assets other than Excluded Cash, (ii) approving procedures for filing and approving final fee applications and providing for payment of approved fees, and (iii) authorizing, but not directing, the dissolution and winddown of the Debtors, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012, and this Court having found that this

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in the Chapter 11 Cases, for which joint administration has been requested, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the proposed claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of the Chapter 11 Cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and in accordance with the Bankruptcy Rules and Local Rules and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is **GRANTED** as set forth herein.

2. As soon as practicable after entry of this Order, the Debtors shall transfer all remaining cash to the Buyer, other than the Professional Fee Carve Out and the Winddown Reserve.

3. A final omnibus fee hearing will be held on August 3, 2021 at 10:30 a.m. (prevailing Eastern Time) (the "**Final Fee Hearing**"). Not later than twenty-eight (28) days prior to the Final Fee Hearing, all Professionals retained in the Chapter 11 Cases shall file final requests for allowance and payment of all fees and expenses incurred during the Chapter 11 Cases (the "**Final Fee Applications**") in accordance with the Bankruptcy Code, the Bankruptcy Rules, the *Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware*, and the *Administrative Order Establishing Procedures for Monthly, Interim,*

*and Final Compensation and Reimbursement of Expenses of Professionals Retained in The Chapter 11 Cases* [Docket No. 202] so as to be heard at the Final Fee Hearing.  Any objections to the Final Fee Applications shall be filed and served on counsel for the Debtors, counsel to the prepetition and postpetition lenders and administrative and collateral agent, counsel to the Committee, the U.S. Trustee, and the Professional whose fees are being objected to by 4:00 p.m. (prevailing Eastern Time) on July 13, 2021.

4. As soon as is practicable after the Final Fee Hearing, and after the Debtors have completed any tasks necessary to conclude the Chapter 11 Cases, including reaching agreement as to the quarterly fees of the U.S. Trustee the Debtors shall file a certification of counsel (a "**Certification**"), substantially in the form attached hereto as **Exhibit 1**, that, among other things, certifies that (i) the Debtors have paid all quarterly fees of the U.S. Trustee in full, (ii) each of the Professionals have been paid the allowed amounts under the Final Fee Applications for their respective allowed fees and expenses to the extent of available funds in the Professional Fee Carve Out and Winddown Reserve, and (iii) the Debtors shall have transferred all remaining Cash to the Buyer, net of any outstanding checks, wires, or other debits.

5. The Certification and this Order may be served on the general service list established in the Chapter 11 Cases in accordance with Bankruptcy Rule 2002, including, without limitation, the U.S. Trustee; *provided, however*, that the Debtors need not serve the Certification and this Order upon the entire matrix of creditors or all parties-in-interest in the Chapter 11 Cases, as such parties received reasonable notice of the proposed dismissal through notice of the hearing on the Motion.

6. Notwithstanding section 349 of the Bankruptcy Code, all agreements, stipulations, settlements, rulings, orders, and judgments approved by or entered by this Court in the Chapter 11

Cases on or before the filing of the Certification and the dismissal of the Chapter 11 Cases, including, but not limited to, the Sale Order, shall remain in full force and effect, including, without limitation, any releases, injunctions and successor liability provisions provided for in the Sale Order, and shall survive the dismissal of the Chapter 11 Cases.

7. Pursuant to sections 105(a) and 554 of the Bankruptcy Code and Bankruptcy Rule 6007, the Debtors are authorized, but not directed, to abandon any remaining Excluded Assets but, for the avoidance of doubt, shall not abandon any Acquired Assets which shall be turned over to the Buyer no later than dismissal of the Chapter 11 Cases.

8. Prior to the filing of the Certification, the Debtors are authorized and directed (i) one week prior to filing the Certification (as defined below) to provide the Buyer with a reconciliation of all funds expended to date under the Approved DIP Budget, including any amounts estimated to be paid through the date of dismissal (the "**Reconciliation**") and (ii) to remit all remaining funds to the Buyer, including all Cash and Excluded Cash including any remaining amounts in the Professional Fee Carve Out or Winddown Reserve, net of any outstanding checks, wires or other pending debits.

9. Effective immediately upon the filing of the Certification and the dismissal of the Chapter 11 Cases, without the need for further action on the part of this Court, and without the need for further corporate action or action of the boards of directors, managers, stockholders, or members, as applicable, of the Debtors, (i) Pamela Corrie shall be deemed to have resigned as Independent Manager (or such similar title as is applicable) of each of the Debtors and Brian Gleason shall be deemed to have resigned as Chief Restructuring Officer of each of the Debtors and (ii) the Debtors, to the extent not previously dissolved, shall be authorized, but not directed, to dissolve pursuant to applicable state law.

10. Each officer, director, manager, member, or other authorized representative, as applicable, of each such Debtor is authorized to do and perform all such acts and things, to execute, deliver and file (or cause the filing of) such documents and certificates, including, without limitation, a certificate of dissolution, a certificate of cancellation, and/or a certificate of termination, as applicable, and to take such other steps as may be necessary, convenient, or desirable to carry out the dissolution of each such Debtor.

11. Effective immediately upon the filing of the Certification and the dismissal of the Chapter 11 Cases, the Debtors' retention of the Professionals employed by the estates shall be terminated without the need for further action on the part of this Court, the Debtors, or any such Professional.

12. Effective immediately upon the filing of the Certification and the dismissal of the Chapter 11 Cases the Buyer is appointed as each Seller's irrevocable attorney-in-fact and the Buyer shall have the unconditional right (i) to endorse, cash and deposit any monies, checks or negotiable instruments received by the Buyer after the Closing Date with respect to Accounts Receivable that are Acquired Assets or accounts receivable relating to work performed by the Buyer after the Closing, as the case may be, made payable or endorsed to such Seller or such Seller's order, for the Buyer's own account in the name of the Debtors or on the Debtors' behalf as if same were retained by the Debtors, (ii) to withdraw all remaining funds from the Debtors' accounts not earlier than six (6) months from the date of dismissal of the Chapter 11 Cases in the name of the Debtors or on the Debtors' behalf as if same were retained by the Debtors, (iii) to collect any deposits, including any utility deposits, or surety bond, including surety bond cash collateral for the Texas and Rhode Island clubs, and letter of credit collateral for the Philadelphia club for the Buyer's own account in the name of the Debtors or on the Debtors' behalf as if same

were retained by the Debtors and (iv) to file, prosecute, settle, and/or collect the Committee Avoidance Actions in the name of the Debtors or on the Debtors' behalf as if such Committee Avoidance Actions, were retained by the Debtors.

13. The Debtors are authorized to take any and all steps necessary and appropriate to effectuate the terms of and the relief granted in this Order, in accordance with the Motion.

14. To the extent applicable, Bankruptcy Rules 6004(h) and 6006(d) are waived and this Order shall be effective and enforceable immediately upon entry.

15. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: June 24th, 2021  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
District of Delaware

In re:  Case No. 20-12841-MFW
YouFit Health Clubs, LLC  Chapter 11
L2 Future Capital, LLC
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0311-1     User: admin     Page 1 of 14
Date Rcvd: Jun 24, 2021     Form ID: pdfodc     Total Noticed: 58

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | YouFit Health Clubs, LLC, 1350 E Newport Center Dr., Suite 110, Deerfield Beach, FL 33442-7712 |
| aty | + | A. J. Webb, Frost Brown Todd LLC, 3300 Great American Tower, 301 East Fourth Street, Cincinnati, OH 45202-4257 |
| aty | + | Anastasia M. Sotiropoulos, Hooland & Knight, 150 N. Riverside Plaza, Chicago, IL 60606-1598 |
| aty | + | David L. Pollack, Ballard Spahr LLP, 1735 Market Street, 51st Floor, Philadelphia, PA 19103-7599 |
| aty | + | Eric J. Howe, Greenberg Traurig, 90 South Seventh Street, Suite 3500, Minneapolis, MN 55402-4106 |
| aty | + | Gregory M Gartland, Winston & Strawn LLP, 200 Park Avenue, New York, NY 10166-4002 |
| aty | + | Ivan M. Gold, Allen Matkins Leck Gamble Mallory & Nats, Three Embarcadero Center, 12th Floor, San Francisco, CA 94111-4003 |
| aty | + | Ivan M. Gold, Allen Matkins Leck Gamble Mallory Natsis, Three Embarcadero Center, 12th Floor, San Francisco, CA 94111-4003 |
| aty | + | Janice B Grubin, Barclay Damon LLP, 1270 Avenue of the Americas, Suite 501, New York, NY 10020-1702 |
| aty | + | Jason A. Enright, Winstead PC, 500 Winstead Building, 2728 N. Harwood Street, Dallas, TX 75201-1743 |
| aty | + | Joshua H Eggnatz, Eggnatz Pascucci P.A., 7450 Griffin Road, Suite 230, Davie, FL 33314-4104 |
| aty | + | Joshua M. Spencer, Holland & Knight, 150 N. Riverside Plaza, Chicago, IL 60606-1598 |
| aty | + | Kelly Roberts, Roberts Law PLLC, 2075 Main Street, Suite 23, Sarasota, FL 34237 US 34237-6031 |
| aty | + | Kendal Hardison, Frost Brown Todd LLC, 3300 Great American Tower, 301 East Fourth Street, Cincinnati, OH 45202-4257 |
| aty | + | Mark J Scott, Kelley Drye & Warren LLP, 333 West Wacker Drive, 26th Floor, Chicago, IL 60606-2208 |
| aty | + | Michael T. Leary, Winston & Strawn LLP, 333 South Grand Avenue, 38th Fl, Los Angeles, CA 90071-1543 |
| aty | + | Nancy A. Peterman, Greenberg Traurig, LLP, 77 West Wacker Drive, Suite 3100, Chicago, IL 60601-4904 |
| aty | + | Nicholas E Ballen, Greenberg Traurig, 77 West Wacker Drive, Suite 3100, Chicago, IL 60601-4904 |
| aty | #+ | Philip A Weintraub, Kelley Drye & Warren LLP, 101 Park Avenue, New York, NY 10178-3099 |
| aty | + | Philip R Rudd, Sacks Tierney P.A., 4250 N. Drinkwater Blvd, 4th Floor, Scottsdale, AZ 85251-3693 |
| aty | + | Phillip W. Nelson, HOLLAND & KNIGHT LLP, 150 N. Riverside Plaza, Suite 2700, Chicago, IL 60606-1571 |
| aty | + | Randy Nussbaum, Sacks Tierney P.A., 4250 N. Drinkwater Blvd., 4th Floor, Scottsdale, AZ 85251-3693 |
| aty | + | Russell R. Johnson, III, Law Firm of Russell R. Johnson III, PLC, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103-2168 |
| cr | + | Agua Caliente Investments III, LLC, c/o Sacks Tierney P.A., Randy Nussbaum, 4250 N. Drinkwater Blvd., 4th Floor Scottsdale, AZ 85251-3987 |
| intp | + | Alexis Rone, 14841 SW 157th Terrace, Miami, FL 33187-5580 |
| cr | + | Arena Shoppes, LLLP, Steven J. Solomon, 333 S.E. 2nd Avenue, Suite 3200, Miami, FL 33131 UNITED STATES 33131-2191 |
| cr | + | Blumin-Highpoint, Ltd, 16990 Dallas Parkway, Suite 112, Dallas, TX 75248, UNITED STATES 75248-1903 |
| cr | + | City of Garland, C/O PERDUE, BRANDON, FIELDER, ET AL, 1919 S Shiloh Rd, Suite 310, LB 40, Garland, TX, TX 75042-8234 |
| cr | | City of Philadelphia/School District of Philadelph, City of Philadelphia, Law Department - Tax & Revenue Unit, 1401 J.F.K. Blvd., Rm 580 Philadelphia, PA 19102 |
| intp | + | Commonwealth Of Pennsylvania, Department Of Labor, Atten: Deb Secrest, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |
| cr | + | Crowley ISD, c/o Perdue Brandon Fielder et al, 500 East Border Street, Suite 640, Arlington, TX 76010-7457 |
| cr | + | Dallas County, Linebarger Goggan Blair & Sampson,LLP, c/o Elizabeth Weller, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | | Denton County, Texas, c/o Tara LeDay, P.O. Box 1269, Round Rock, TX 78680-1269 |
| cr | + | Dwight Peterson, 4236 E.Millbrae Ln, Gilbert, AZ 85234-0136 |
| intp | + | Emily Shirley, 2626 E Park Avenue, Apt. 7107, Tallahassee, FL 32301-0806 |
| intp | | Gail Davis, 1500 Palisade Avenue, Apt 9C, Fort Lee, NJ 07024-5318 |
| cr | + | Garland ISD, c/o Perdue Brandon Fielder et al, 1919 S Shiloh Rd, Ste 310, LB 40, Garland, TX 75042-8234 |
| cr | + | Gator Investments, c/o Joseph Lemkin, Esq., Stark & Stark, P.C., P.O. Box 5315, Princeton, NJ 08543-5315 |
| intp | + | George W. Bailey, 2630 E. Beryl Ave., Phoenix, AZ 85028-3736 |
| intp | + | Helene Zebrowski, 8043 Montserrat Place, Wellington, FL 33414-3447 |
| cr | + | Hillsborough County Tax Collector, PO Box 1110, Tampa, FL 33601-1110 |
| intp | + | James Van Heemst, 14624 N. 49th Pl., Scottsdale, AZ 85254-2208 |

| District/off: 0311-1 | User: admin | Page 2 of 14 |
|---|---|---|
| Date Rcvd: Jun 24, 2021 | Form ID: pdfodc | Total Noticed: 58 |

| | | |
|---|---|---|
| intp | + | Jennette Toranzo, 1384 Holly Glen Run, Apopka, FL 32703-6863 |
| cr | + | Jose Pacheco, c/o Reger Rizzo & Darnall LLP, 1521 Concord Pike Suite 305, Brandywine Plaza West, Wilmington, DE 19803-3644 |
| intp | + | Joseph S. Ruiz, 2201 Beverly Dr., Phoenix, AZ 85022-2912 |
| cr | + | Manatee Investments III, LLC, c/o Sacks Tierney P.A., Randy Nussbaum, 4250 N. Drinkwater Blvd., 4th Floor Scottsdale, AZ 85251-3987 |
| cr | + | Maricopa County Treasurer, c/o Maricopa County Attorney's Office, 225 W. Madison, Phoenix, AZ 85003-2141 |
| intp | + | Michelle Howson, 1000 N.W. 49th Street, Deerfield Beach, FL 33064-1031 |
| cr | + | Plano ISD, c/o Perdue Brandon Fielder et al, 1919 S. Shiloh Road, Suite 310, LB 40, Garland, TX 75042-8234 |
| cr | + | Richardson ISD, c/o Perdue Brandon Fielder et al, 500 E Border Street, Suite 640, Arlington, TX 76010-7457 |
| cr | + | SITE Centers Corp., c/o Barclay Damon LLP, Attn: Kevin M. Newman, Barclay Damon Tower, 125 East Jefferson Street Syracuse, NY 13202-2515 |
| cr | + | Simon Property Group, Inc., Attn: Ronald Tucker, Esquire, 225 West Washington Street, Indianapolis, IN 46204-3438 |
| cr | + | Tarrant County, Linebarger Goggan Blair & Sampson, LLP, c/o Elizabeth Weller, 2777 N Stemmons Frwy Ste 1000, Dallas, Tx 75207-2328 |
| cr | + | United States/USAO, U.S. Attorney's Office, 1007 N. Orange Street, Suite 700, Wilmington, DE 19801-1265 |
| cr | + | Washington Prime Group Inc., c/o Ronald E. Gold, Esq., Frost Brown Todd LLC, 3300 Great American Tower, 301 East Fourth Street Cincinnati, OH 45202-4257 |
| cr | + | Westwood Plaza, LLC, c/o Brian G. Rich, Esq., Berger Singerman LLP, 313 North Monroe Street, Suite 301 Tallahassee, FL 32301-7643 |

TOTAL: 56

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: swulfekuhle@broward.org | Jun 24 2021 20:26:00 | Broward County, c/o Records, Taxes & Treasurey, Attn: Bankruptcy Section, 115 S. Andrews Ave # A-100, Ft. Lauderdale, FL 33301-1888 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Jun 24 2021 20:27:00 | Harris County, et al., Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, P.O. Box 3064, Houston, TX 77253-3064 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Pachulski Stang Ziehl & Jones LLP |
| intp | | Carrie Crump |
| intp | | Catherine Crenshaw |
| intp | | Catherine L Martin |
| intp | | Charisse S Solomon |
| intp | | Charles and Diane Rowland |
| intp | | Cindy Rigg |
| intp | | Debra Jacobson |
| intp | | Destiny Woods |
| fa | | Dundon Advisers LLC |
| intp | | Fish Window Cleaning of Tallahassee |
| intp | | Gaston Artois |
| intp | | Jack Bartkovsky |
| cr | | Joanne S. Bailey |
| intp | | Leaner Singleton |
| intp | | Lon Ohlfest |
| intp | | Manatee County Tax Collector |
| intp | | Michael Lolley |
| intp | | Milagros Vega |
| intp | | Norma A. King |
| intp | | Qiana Danner |
| intp | | Rosaline Elliott |
| intp | | Rosita Porras |
| intp | | Sam and Jean Pate |
| intp | | Samantha Smith |
| intp | | Sandra P Clark |

Case 20-12841-MFW   Doc 984   Filed 06/26/21   Page 9 of 20

| District/off: 0311-1 | User: admin | Page 3 of 14 |
| --- | --- | --- |
| Date Rcvd: Jun 24, 2021 | Form ID: pdfodc | Total Noticed: 58 |

| | | |
| --- | --- | --- |
| intp | Sandra Tuell | |
| intp | Steve Tyrrell | |

TOTAL: 28 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2021              Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Amanda R. Steele | on behalf of Interested Party CH Realty VII/R Orlando Altamonte  L.L.C. steele@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Arlene L Coleman | on behalf of Creditor Rhodes-Boone Partners LP acoleman@coleman-dempsey.com |
| Bradford J. Sandler | on behalf of Creditor Committee Official Committee of Unsecured Creditors bsandler@pszjlaw.com |
| Brendan Joseph Schlauch | on behalf of Interested Party CH Realty VII/R Orlando Altamonte  L.L.C. schlauch@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Brian Rich | on behalf of Creditor Westwood Plaza  LLC brich@bergersingerman.com, rperez@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Brian Rich | on behalf of Creditor Committee Official Committee of Unsecured Creditors brich@bergersingerman.com rperez@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Brian T. FitzGerald | on behalf of Creditor Hillsborough County Tax Collector fitzgeraldb@hillsboroughcounty.org connorsa@hillsboroughcounty.org;stroupj@hillsboroughcounty.org |
| Camille J. Iurillo | on behalf of Creditor CRP II-Horizon Park  LLC ciurillo@iurillolaw.com, abogert@iurillolaw.com;cwetherington@iurillolaw.com |
| Camille J. Iurillo | on behalf of Creditor Juanita Aguilar ciurillo@iurillolaw.com  abogert@iurillolaw.com;cwetherington@iurillolaw.com |
| Carey D. Schreiber | on behalf of Interested Party BGC Lender Rep  LLC cschreiber@winston.com |
| Colin R. Robinson | on behalf of Attorney Berger Singerman LLP crobinson@pszjlaw.com |
| Colin R. Robinson | on behalf of Creditor Committee Official Committee of Unsecured Creditors crobinson@pszjlaw.com |
| Craig I. Kelley | on behalf of Creditor Polyglass U.S.A.  Inc. bankruptcy@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;tina@kelleylawoffice.com;kristina@kelleylawoffice.com |
| Dana Quick | on behalf of Creditor Kireland Coral Terrace  LLC dquick@bastamron.com, jdepina@bastamron.com;kjones@bastamron.com |

| District/off: 0311-1 | User: admin | Page 4 of 14 |
|---|---|---|
| Date Rcvd: Jun 24, 2021 | Form ID: pdfodc | Total Noticed: 58 |

Daniel N. Brogan
    on behalf of Creditor Westwood Plaza LLC dbrogan@bayardlaw.com, kmccloskey@bayardlaw.com

David M. Klauder
    on behalf of Interested Party JEM Investments Ltd. dklauder@bk-legal.com

Dennis A. Meloro
    on behalf of Debtor YF Chandler South LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor YF Lago Mar LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor Four B-Fit LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor YF Noles LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor YF West Valley LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor YF Pine Island LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor YF Bethanny LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor YF Dunwoody LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor YF Duluth LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor YF SE FLA LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor YF Town Center LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor YF Miami Gardens LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor YF Parkland LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor YF Coral Way II LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor YF Killian LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor YF West Brandon LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor You Fit Cryoskin LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor YF East Fowler LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor YF Miami 110th LLC melorod@gtlaw.com bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 5 of 14 |
| Date Rcvd: Jun 24, 2021 | Form ID: pdfodc | Total Noticed: 58 |

| | |
|---|---|
| | on behalf of Debtor YF Greenacres LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor YF Paradise Square LLC melorod@gtlaw.com bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor YF Okeechobee LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor You Fit-Two LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor YF Concord LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor You Fit-One LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor You Fit Nine LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor YF Horizon LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor YF Germantown LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor YF Land O Lakes LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor YF Ethan LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor YF Gilbert North LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor YF Weston LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor YF Group A LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor You Fit Six LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor YF Unigold LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor YF West Cobb LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor You Fit Eight LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor You Fit-Three LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor YF Admin LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.adm;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor YF Lynnwood LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |

District/off: 0311-1 　　　　　　　　　　　　　User: admin 　　　　　　　　　　　　　Page 6 of 14
Date Rcvd: Jun 24, 2021 　　　　　　　　　　　Form ID: pdfodc 　　　　　　　　　　　Total Noticed: 58

| | |
|---|---|
| Dennis A. Meloro | on behalf of Debtor YF Pines Boulevard LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor B-Fit Health Club LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Arizona LLC melorod@gtlaw.com bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Hancock LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Sandalfoot LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Olney LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Riverdale LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Gateway LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Shelby LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Gilbert LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Dania Pointe LLC melorod@gtlaw.com bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor Five B-Fit LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Huntsville LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Cactus Village LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor You Fit Four LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Scottsdale LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Wellington LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Palm Bay LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor You Fit Five LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Deerfield LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF University Village LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |

District/off: 0311-1   User: admin   Page 7 of 14
Date Rcvd: Jun 24, 2021   Form ID: pdfodc   Total Noticed: 58

Dennis A. Meloro
    on behalf of Debtor YF Quail Roost  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor You Fit Seven  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor You Fit Spa  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor YF New Port Richey  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor YF Tamarac LLC melorod@gtlaw.com bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor South Florida Health and Fitness  Inc. melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor YF Lauderdale Lakes  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor Seven B-Fit  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor YouFit Health Clubs  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor Lime Time  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor YF Flagler LLC melorod@gtlaw.com bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor YF Randallstown  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor YF Thornton Plaza  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor YF Shiloh  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor YF Fulton Ranch  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor YF Rockwell  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor YF North Lauderdale  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor YF Margate  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor YF Mesa  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor You Fit Pinellas Park  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.aom;dellitdock@gtlaw.com

Dennis A. Meloro
    on behalf of Debtor YF Largo Plaza LLC melorod@gtlaw.com bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

District/off: 0311-1　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　Page 8 of 14
Date Rcvd: Jun 24, 2021　　　　　　　　　　　　Form ID: pdfodc　　　　　　　　　　　　Total Noticed: 58

| | |
|---|---|
| Dennis A. Meloro | on behalf of Debtor YF Singleton  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Hialeah  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Kendall  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Venice  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Hialeah-Okeechobee Rd.  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Aurora  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Racetrack  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF North Port  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Mount Clare  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Suwanee  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Boynton Mall  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Loch Raven LLC melorod@gtlaw.com bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Mesquite  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor Six B-Fit  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor You Fit Enterprises  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Coral Way  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Gilbert South  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Hammock LLC melorod@gtlaw.com bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Oak Hill  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Bethany Towne Center  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.aom;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Southaven  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |

District/off: 0311-1                                      User: admin                                      Page 9 of 14
Date Rcvd: Jun 24, 2021                                   Form ID: pdfodc                                 Total Noticed: 58

| | |
|---|---|
| Dennis A. Meloro | on behalf of Debtor YF Buford LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Glendale LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Spring Creek LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Hollywood LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Carrollwood LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF North Point LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Pompano LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Rhode Island LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Murrieta LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Shea LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Douglasville LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Lafayette Place LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Port Charlotte LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor Three B-Fit LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YouFit LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Lantana LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Lauderhill LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Donlin, Recano & Company, Inc. | ljordan@donlinrecano.com |
| Eboney Cobb | on behalf of Creditor Garland ISD ecobb@pbfcm.com rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com |
| Eboney Cobb | on behalf of Creditor City of Garland ecobb@pbfcm.com rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com |
| Eboney Cobb | on behalf of Creditor Plano ISD ecobb@pbfcm.com rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com |
| Eboney Cobb | on behalf of Creditor Richardson ISD ecobb@pbfcm.com rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com |
| Eboney Cobb | on behalf of Creditor Crowley ISD ecobb@pbfcm.com rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 10 of 14 |
| Date Rcvd: Jun 24, 2021 | Form ID: pdfodc | Total Noticed: 58 |

Elihu Ezekiel Allinson, III
    on behalf of Creditor Selig Enterprises Inc. ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elisabeth Michaelle Bruce
    on behalf of Creditor United States/USAO elisabeth.m.bruce@usdoj.gov eastern.taxcivil@usdoj.gov

Ellen Slights
    on behalf of Creditor United States/USAO usade.ecfbankruptcy@usdoj.gov

Eric J. Monzo
    on behalf of Interested Party Members of Youfit Health Clubs LLC emonzo@morrisjames.com, wweller@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Erin K. Brignola
    on behalf of Interested Party Star2Star Communications LLC smattia@cooperlevenson.com, bclerk@cooperlevenson.com

Erin Powers Severini
    on behalf of Creditor Washington Prime Group Inc. eseverini@fbtlaw.com

Gregory W. Hauswirth
    on behalf of Creditor Puffin Management Inc. ghauswirth@leechtishman.com, dtomko@leechtishman.com;bankruptcy@leechtishman.com;challer@leechtishman.com

Hannah Mufson McCollum
    on behalf of U.S. Trustee U.S. Trustee hannah.mccollum@usdoj.gov

Helen Elizabeth Weller
    on behalf of Creditor Harris County et al. dallas.bankruptcy@lgbs.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller
    on behalf of Creditor Tarrant County dallas.bankruptcy@lgbs.com Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Helen Elizabeth Weller
    on behalf of Creditor Dallas County dallas.bankruptcy@lgbs.com Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Jason S. Levin
    on behalf of Interested Party Members of Youfit Health Clubs LLC jlevin@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey C. Wisler
    on behalf of Creditor Life Insurance Company of North America jwisler@connollygallagher.com

John H. Knight
    on behalf of Interested Party Partridge Equity Group RBGroup@rlf.com

John P. Dillman
    on behalf of Creditor Harris County et al. houston_bankruptcy@publicans.com

John R. Weaver, Jr.
    on behalf of Creditor Gator Investments jrweaverlaw@verizon.net DCrivaro@stark-stark.com;DMisener@stark-stark.com

John R. Weaver, Jr.
    on behalf of Interested Party Gator Antione Partners jrweaverlaw@verizon.net DCrivaro@stark-stark.com;DMisener@stark-stark.com

John R. Weaver, Jr.
    on behalf of Interested Party Gator Argate Gainesville LLC jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;DMisener@stark-stark.com

John R. Weaver, Jr.
    on behalf of Interested Party Gator Shelby Partners jrweaverlaw@verizon.net DCrivaro@stark-stark.com;DMisener@stark-stark.com

John R. Weaver, Jr.
    on behalf of Interested Party Gateway Retail Center jrweaverlaw@verizon.net DCrivaro@stark-stark.com;DMisener@stark-stark.com

John R. Weaver, Jr.
    on behalf of Interested Party Gator Flower Mound jrweaverlaw@verizon.net DCrivaro@stark-stark.com;DMisener@stark-stark.com

John R. Weaver, Jr.
    on behalf of Interested Party Gator Green Acres jrweaverlaw@verizon.net DCrivaro@stark-stark.com;DMisener@stark-stark.com

Joseph H Lemkin
    on behalf of Interested Party Gateway Retail Center jlemkin@stark-stark.com

Joseph H Lemkin
    on behalf of Interested Party Gator Flower Mound jlemkin@stark-stark.com

Joseph H Lemkin
    on behalf of Interested Party Gator Green Acres jlemkin@stark-stark.com

Case 20-12841-MFW    Doc 984    Filed 06/26/21    Page 17 of 20

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 11 of 14 |
| Date Rcvd: Jun 24, 2021 | Form ID: pdfodc | Total Noticed: 58 |

Joseph H Lemkin
on behalf of Interested Party Gator Argate Gainesville LLC jlemkin@stark-stark.com

Joseph H Lemkin
on behalf of Creditor Gator Investments jlemkin@stark-stark.com

Joseph H Lemkin
on behalf of Interested Party Gator Shelby Partners jlemkin@stark-stark.com

Joseph H Lemkin
on behalf of Interested Party Gator Antione Partners jlemkin@stark-stark.com

Joseph M Mulvihill
on behalf of Interested Party YF FC Acquisition LLC bankfilings@ycst.com

Joseph M Mulvihill
on behalf of Interested Party BGC Lender Rep LLC bankfilings@ycst.com

Joseph M. Barry
on behalf of Interested Party Alter Domus (US) LLC bankfilings@ycst.com

Joseph M. Barry
on behalf of Interested Party BGC Lender Rep LLC bankfilings@ycst.com

Joseph M. Barry
on behalf of Interested Party Cortland Capital Market Services LLC bankfilings@ycst.com

Kenneth L. Baum
on behalf of Creditor BLDG-ICS OLNEY LLC kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kevin J. Mangan
on behalf of Creditor Juanita Aguilar kevin.mangan@wbd-us.com
Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com

Kevin J. Mangan
on behalf of Creditor CRP II-Horizon Park LLC kevin.mangan@wbd-us.com,
Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com

Kevin J. Mangan
on behalf of Creditor Mosaic Oxbridge Owners LLC kevin.mangan@wbd-us.com,
Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com

Kevin M. Newman
on behalf of Creditor SITE Centers Corp. knewman@barclaydamon.com kmnbk@barclaydamon.com

Kevin M. Newman
on behalf of Creditor RPT Realty L.P. knewman@barclaydamon.com, kmnbk@barclaydamon.com

Klaus Peter Muthig, I
on behalf of Creditor Maricopa County Treasurer muthigk@mcao.maricopa.gov

Laurel D. Roglen
on behalf of Creditor FRIT Cocowalk Owners LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor SCC Market Square LLC roglenl@ballardspahr.com carbonej@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor FRIT Cocowalk Owner LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor Weingarten Realty Investors roglenl@ballardspahr.com carbonej@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor RPT Realty L.P. roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor WRI JT Northridge LP roglenl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor Weingarten Realty Investors heilmanl@ballardspahr.com carbonej@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor RPT Realty L.P. heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor WRI JT Northridge LP heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor SCC Market Square LLC heilmanl@ballardspahr.com carbonej@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor FRIT Cocowalk Owner LLC heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Linda Jackson
                    on behalf of Creditor Bindor Killian  LLC ljackson@pardojackson.com, catheryne@pardojackson.com;llovell@pardojackson.com

Louis J. Rizzo, Jr.
                    on behalf of Creditor Jose Pacheco lrizzo@regerlaw.com  mhalter@regerlaw.com

Marc Stephen Casarino
                    on behalf of Attorney Google LLC casarinom@whiteandwilliams.com  debankruptcy@whiteandwilliams.com

Maria Aprile Sawczuk
                    on behalf of Creditor Polyglass U.S.A.  Inc. marias@goldmclaw.com, marias@ecf.courtdrive.com

Marisa A. Terranova
                    on behalf of Interested Party Partridge Equity Group terranova@rlf.com
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Megan Kenney
                    on behalf of Interested Party CH Realty VII/R Orlando Altamonte  L.L.C. kenney@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Megan N. Harper
                    on behalf of Creditor City of Philadelphia/School District of Philadelphia megan.harper@phila.gov  karena.blaylock@phila.gov

Melissa A. Martinez
                    on behalf of Creditor PDG America Shopping Centers LLC melissa.martinez@saul.com

Melissa A. Martinez
                    on behalf of Creditor Phillips Edison & Company melissa.martinez@saul.com

Melissa A. Martinez
                    on behalf of Creditor Lynnwood Place Station LLC melissa.martinez@saul.com

Melissa A. Martinez
                    on behalf of Creditor Shiloh Station LLC melissa.martinez@saul.com

Michael G. Busenkell
                    on behalf of Creditor Katherine Clelland mbusenkell@gsbblaw.com

Michael G. Busenkell
                    on behalf of Creditor Fay Ball mbusenkell@gsbblaw.com

Michael J. Niles
                    on behalf of Creditor Committee Official Committee of Unsecured Creditors mniles@bergersingerman.com
                    efile@bergersingerman.com;rperez@bergersingerman.com;efile@ecf.inforuptcy.com

Michael J. Niles
                    on behalf of Creditor Westwood Plaza  LLC mniles@bergersingerman.com,
                    efile@bergersingerman.com;rperez@bergersingerman.com;efile@ecf.inforuptcy.com

Michelle E. Shriro
                    on behalf of Creditor 16 Bethany Station  LLC mshriro@singerlevick.com, scotton@singerlevick.com

Monique Bair DiSabatino
                    on behalf of Creditor Shiloh Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
                    on behalf of Creditor Lynnwood Place Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
                    on behalf of Plaintiff L2 Future Capital  LLC monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino
                    on behalf of Creditor Phillips Edison & Company monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
                    on behalf of Creditor PDG America Shopping Centers LLC monique.disabatino@saul.com  robyn.warren@saul.com

Neil E. McCullagh
                    on behalf of Interested Party Midlo Properties  LLC nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;kmoses@spottsfain.com

Peter Klaus Muthig
                    on behalf of Creditor Maricopa County Treasurer muthigk@mcao.maricopa.gov  geiserr@mcao.maricopa.gov

Rachel B. Mersky
                    on behalf of Creditor Waste Management rmersky@monlaw.com

Rachel B. Mersky
                    on behalf of Creditor Petinos  LLC rmersky@monlaw.com

Rachel B. Mersky
                    on behalf of Creditor Kimco Realty Corporation rmersky@monlaw.com

Case 20-12841-MFW    Doc 984    Filed 06/26/21    Page 19 of 20

| District/off: 0311-1 | User: admin | Page 13 of 14 |
|---|---|---|
| Date Rcvd: Jun 24, 2021 | Form ID: pdfodc | Total Noticed: 58 |

| | |
|---|---|
| Reliable Companies | gmatthews@reliable-co.com |
| Rick S. Miller | on behalf of Creditor EBLR LLC rmiller@ferryjoseph.com, mstucky@ferryjoseph.com |
| Robert L. LeHane | on behalf of Creditor Regency Centers L.P. KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com |
| Ronald E Gold | on behalf of Creditor Washington Prime Group Inc. rgold@fbtlaw.com awebb@fbtlaw.com;eseverini@fbtlaw.com;bparker@fbtlaw.com |
| Ronald Mark Tucker | on behalf of Creditor Simon Property Group Inc. rtucker@simon.com, bankruptcy@simon.com |
| Scott Andron | on behalf of Creditor Broward County sandron@broward.org swulfekuhle@broward.org |
| Scott D. Cousins | on behalf of Creditor Carrollwood Partners LLC scott.cousins@cousins-law.com |
| Scott L. Fleischer | on behalf of Creditor RPT Realty L.P. sfleischer@barclaydamon.com |
| Scott L. Fleischer | on behalf of Creditor SCC Market Square LLC sfleischer@barclaydamon.com |
| Stacy L. Newman | on behalf of Interested Party Midlo Properties LLC snewman@ashby-geddes.com, ahrycak@ashbygeddes.com |
| Steven Thornton | on behalf of Creditor Blumin-Highpoint Ltd steve@mwtlaw.com |
| Steven J. Solomon | on behalf of Creditor Arena Shoppes LLLP steven.solomon@gray-robinson.com, ana.marmanillo@gray-robinson.com;Amador.ruiz-baliu@gray-robinson.com |
| Susan E. Kaufman | on behalf of Creditor Kireland Coral Terrace LLC skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Creditor Regency Centers L.P. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Creditor Washington Prime Group Inc. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Creditor Simon Property Group Inc. skaufman@skaufmanlaw.com |
| Tara LeDay | on behalf of Creditor Denton County Texas bankruptcy@mvbalaw.com,tleday@ecf.courtdrive.com,alocklin@mvbalaw.com |
| Thomas Onder | on behalf of Creditor Gator Investments tonder@stark-stark.com ereid@stark-stark.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| Victor W. Newmark | on behalf of Creditor 8725 LLC vnewmark@evict.net |
| Victor W. Newmark | on behalf of Creditor Petinos LLC vnewmark@evict.net |
| Victoria A. Guilfoyle | on behalf of Creditor Jason Stross guilfoyle@blankrome.com |
| Victoria A. Guilfoyle | on behalf of Creditor Rick Berks guilfoyle@blankrome.com |
| Victoria A. Guilfoyle | on behalf of Creditor Christy Berks-Stross guilfoyle@blankrome.com |
| William D. Sullivan | on behalf of Creditor The Promenade Plaza Partnership wdsecfnotices@sha-llc.com |
| William F. Taylor, Jr. | on behalf of Creditor Tampa Electric Company bankruptcydel@mccarter.com bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Florida Power & Light Company bankruptcydel@mccarter.com bankruptcydel@mccarter.com |

District/off: 0311-1　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　Page 14 of 14
Date Rcvd: Jun 24, 2021　　　　　　　　　　　　Form ID: pdfodc　　　　　　　　　　　　Total Noticed: 58

| | |
|---|---|
| William F. Taylor, Jr. | on behalf of Creditor TECO Peoples Gas System bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Baltimore Gas And Electric Company bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Salt River Project bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Georgia Power Company bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |

TOTAL: 252