**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. |

**ORDER APPROVING SECOND INTERIM APPLICATION AND FINAL
APPLICATION OF GREENBERG TRAURIG, LLP, COUNSEL TO THE DEBTORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
NOVEMBER 9, 2020 THROUGH JUNE 30, 2021**

Upon consideration of the *Combined Second Interim Application and Final Application of Greenberg Traurig, LLP, Counsel to the Debtors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from November 9, 2020 Through June 30, 2021* (the "Application"); and this Court having determined that proper and adequate notice has been given and that no other or further notice is necessary; and any objections to the Application having been overruled or resolved; and after a hearing being held; and after due deliberation  thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is GRANTED.

2.      Greenberg Traurig, LLP's ("Greenberg Traurig") fees of $481,469.00 and $1,037.58 as reimbursement of expenses for the second interim period of March 1, 2021 through

---

[1]      The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

June 30, 2021, are allowed on an interim basis.

3.      Greenberg Traurig's fees of $2,352,911.50 and $15,930.54 as reimbursement of expenses for the final application period of November 9, 2020 through June 30, 2021, are allowed on a final basis.

4.      The Debtors are authorized and directed to disburse to Greenberg Traurig any unpaid portion of such allowed fees and expenses.

5.      Greenberg Traurig is hereby granted an administrative expense claim for all allowed amounts set forth herein and the Application.