IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YOUFIT HEALTH CLUBS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12841 (MFW)<br><br>(Jointly Administered)<br><br>**Objection Deadline: July 13, 2021 at 4:00 p.m. (ET)**<br>**Hearing Date: August 3, 2021 at 10:30 a.m. (ET)** |

## NOTICE OF FINAL FEE APPLICATION

PLEASE TAKE NOTICE that Greenberg Traurig, LLP (the "Applicant") filed the *Combined Second Interim Application and Final Application of Greenberg Traurig, LLP, Counsel to the Debtors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from November 9, 2020 through June 30, 2021* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Wilmington, Delaware 19801. The Applicant is requesting allowance of fees in the amount of $2,352,911.50 and expenses in the amount of $15,930.54 for the period from November 9, 2020 through June 30, 2021.

PLEASE TAKE FURTHER NOTICE that if you intend to respond or object to the relief requested in the Application, you must file a copy of the response or objection to the Application with the Court on, or prior to, **July 13, 2021 at 4:00 p.m. (prevailing Eastern Time)** and serve such response or objection upon counsel for the above-captioned debtors and debtors in possession, counsel to the prepetition and postpetition lenders and administrative and collateral

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

agent, counsel to the Committee, the U.S. Trustee, and the Professional whose fees are being objected to by 4:00 p.m. (prevailing Eastern Time) on July 13, 2021.

PLEASE TAKE FURTHER NOTICE THAT A HEARING WILL BE HELD ON THE APPLICATION ON **AUGUST 3, 2021 AT 10:30 A.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE MARY F. WALRATH OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE.

Dated: July 6, 2021
Wilmington, Delaware

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Email: melorod@gtlaw.com

- and –

Nancy A. Peterman (admitted *pro hac vice*)
Eric Howe (admitted *pro hac vice*)
Nicholas E. Ballen (admitted *pro hac vice*)
77 West Wacker Dr., Suite 3100
Chicago, Illinois 60601
Telephone:  (312) 456-8400
Facsimile:   (312) 456-8435
Email:  petermann@gtlaw.com
          howee@gtlaw.com
          ballenn@gtlaw.com

*Counsel for the Debtors and Debtors in Possession*

ACTIVE 58355704v5