**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
                                    ) ss:
COUNTY OF KINGS      )

I, Sung Jae Kim, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 22nd day of July, 2021, DRC, under my supervision, caused to be served a true and accurate copy of the "Eighth Monthly Fee Statement of Phoenix Executive Services, LLC, Providing a Chief Restructuring Officer and Certain Additional Personnel to the Debtors, and for Compensation for Services Rendered and Reimbursement of Expenses Incurred from the Period of June 1, 2021 Through June 30, 2021" (Docket No. 999), upon the parties as set forth on Exhibit 1, attached hereto, via electronic mail.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 26th day of July, 2021, Brooklyn, New York.

By /s/ Sung Jae Kim
Sung Jae Kim

Sworn before me this
26th day of July, 2021

/s/ John Burlacu
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

**EXHIBIT 1**

Page # : 1 of 1                                                                                                                07/22/2021 10:19:28 PM

000073P001-1447S-103  
BERGER SINGERMAN LLP  
BRIAN G RICH,ESQ  
313 NORTH MONROE ST.,STE 301  
TALLAHASSEE FL 32301  
BRICH@BERGERSINGERMAN.COM  

000076P001-1447S-103  
BERGER SINGERMAN LLP  
MCIHAEL J NILES, ESQ  
313 NORTH MONROE ST.,STE 301  
TALLAHASSEE FL 32301  
MNILES@BERGERSINGERMAN.COM  

000007P002-1447S-103  
OFFICE OF THE US TRUSTEE  
HANNAH MCCOLLUM  
844 KING ST  
STE 2207  
WILMINGTON DE 19801  
HANNAH.MCCOLLUM@USDOJ.GOV  

000102P001-1447S-103  
PACHULSKI STANG ZIEHL & JONES LLP  
BRADFORD J SANDLER;COLIN R ROBINSON  
919 N MARKET ST.,17TH FLOOR  
WILMINGTON DE 19801  
BSANDLER@PSZJLAW.COM  

000102P001-1447S-103  
PACHULSKI STANG ZIEHL & JONES LLP  
BRADFORD J SANDLER;COLIN R ROBINSON  
919 N MARKET ST.,17TH FLOOR  
WILMINGTON DE 19801  
CROBINSON@PSZJLAW.COM  

Records Printed :  5