# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 992 |

**CERTIFICATE OF NO OBJECTION TO FIRST AND FINAL FEE APPLICATION OF HILCO REAL ESTATE, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS REAL ESTATE ADVISOR TO THE DEBTORS FOR THE PERIOD FROM NOVEMBER 9, 2020 THROUGH MAY 14, 2021**

The undersigned counsel to the above-captioned debtors and debtors in possession hereby certifies that:

1. On December 3, 2020, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Administrative Order Establishing Procedures for Monthly, Interim, and Final Compensation and Reimbursement of Expenses of Professionals Retained in These Chapter 11 Cases* [Docket No. 202] (the "Interim Compensation Order").

2. On June 24, 2021, the Court entered the *Order Pursuant to 11 U.S.C. §§ 105(a), 305(a), 349, 363, 554, and 1112(b) and Fed. R. Bankr. P. 1017(a) and 6007; (A) Dismissing the Chapter 11 Cases and (B) Granting Related Relief* [Docket No. 966] (the "Dismissal Order").

3. In accordance with the Interim Compensation Order and the Dismissal Order, on July 6, 2021, Hilco Real Estate, LLC filed and served the *First and Final Fee Application of Hilco Real Estate, LLC for Allowance of Compensation for Services Rendered as Real Estate Advisor to the Debtors for the Period from November 9, 2020 Through May 14, 2021* [Docket

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

ACTIVE 59102007v1

No. 992] (the "Application").

4. Pursuant to the *Notice of Fee Application* [Docket No. 992-4], objections were due by July 13, 2021 at 4:00 p.m. (prevailing Eastern Time). As of the date hereof, personnel at Greenberg Traurig, LLP have not received any responses or objections to the Application.

Dated: July 30, 2021

GREENBERG TRAURIG, LLP

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7395
Facsimile: (302) 661-7165
Email: melorod@gtlaw.com

- and -

Nancy A. Peterman (admitted *pro hac vice*)
Eric Howe (admitted *pro hac vice*)
Nicholas E. Ballen (admitted *pro hac vice*)
77 West Wacker Dr., Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: petermann@gtlaw.com
howee@gtlaw.com
ballenn@gtlaw.com

*Counsel to the Debtors and Debtors in Possession*