IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YOUFIT HEALTH CLUBS, LLC, *et al.*,[1] | Case No. 20-12841 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 995** |

**CERTIFICATE OF NO OBJECTION TO COMBINED SECOND INTERIM APPLICATION AND FINAL APPLICATION OF GREENBERG TRAURIG, LLP, COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 9, 2020 THROUGH JUNE 30, 2021**

The undersigned counsel to the above-captioned debtors and debtors in possession hereby certifies that:

1. On December 3, 2020, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Administrative Order Establishing Procedures for Monthly, Interim, and Final Compensation and Reimbursement of Expenses of Professionals Retained in These Chapter 11 Cases* [Docket No. 202] (the "Interim Compensation Order").

2. On June 24, 2021, the Court entered the *Order Pursuant to 11 U.S.C. §§ 105(a), 305(a), 349, 363, 554, and 1112(b) and Fed. R. Bankr. P. 1017(a) and 6007; (A) Dismissing the Chapter 11 Cases and (B) Granting Related Relief* [Docket No. 966] (the "Dismissal Order").

3. In accordance with the Interim Compensation Order and the Dismissal Order, on July 6, 2021, Greenberg Traurig, LLP ("Greenberg") filed and served the *Combined Second Interim Application and Final Application of Greenberg Traurig, LLP, Counsel to the Debtors,*

---

[1] The last four digits of YouFit Health Clubs, LLC's tax identification number are 6607. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at www.donlinrecano.com/yfhc. The mailing address for the debtor entities for purposes of these chapter 11 cases is: 1350 E. Newport Center Dr., Suite 110, Deerfield Beach, FL 33442.

ACTIVE 59101918v1

*for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from November 9, 2020 through June 30, 2021* [Docket No. 995] (the "Application").

4. Pursuant to the *Notice of Fee Application* [Docket No. 995-3], objections were due by July 13, 2021 at 4:00 p.m. (prevailing Eastern Time). As of the date hereof, personnel at Greenberg have not received any responses or objections to the Application.

Dated: July 30, 2021

GREENBERG TRAURIG, LLP

/s/ Dennis A. Meloro
Dennis A. Meloro (DE Bar No. 4435)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7395
Facsimile: (302) 661-7165
Email: melorod@gtlaw.com

- and -

Nancy A. Peterman (admitted *pro hac vice*)
Eric Howe (admitted *pro hac vice*)
Nicholas E. Ballen (admitted *pro hac vice*)
77 West Wacker Dr., Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: petermann@gtlaw.com
howee@gtlaw.com
ballenn@gtlaw.com

*Counsel to the Debtors and Debtors in Possession*