Exhibit 1 to Order

| Professional/Role | Fee Application/Period | Fees Requested | Expenses Requested | Total Requested | Approved Fees | Approved Expenses | Total Approved |
|---|---|---|---|---|---|---|---|
| Berger Singerman LLP, Counsel to the Official Committee of Unsecured Creditors | Final; November 19, 2020 Through August 3, 2021; Docket No. 989, Filed July 6, 2021 | $211,215.00 | $7,968.99 | $219,183.99 | $211,215.00 | $7,968.99 | $219,183.99 |
| Dundon Advisers LLC, Financial Advisor to the Official Committee of Unsecured Creditors | Final; November 20, 2020 Through August 3, 2021; Docket No. 990, Filed July 6, 2021 | $114,540.00 | $348.75 | $114,888.75 | $114,540.00 | $348.75 | $114,888.75 |
| Pachulski Stang Ziehl & Jones LLP, Co-counsel to the Official Committee of Unsecured Creditors | Final; November 19, 2020 Through June 23, 2021; Docket No. 991, Filed July 6, 2021 | $188,285.50 | $5,150.24 | $193,435.74 | $188,285.50 | $5,150.24 | $193,435.74 |
| Hilco Real Estate, LLC, Real Estate Advisor to the Debtors | Final; November 9, 2020 Through May 14, 2021; Docket No. 992, Filed July 6, 2021 | $1,019,169.00 | $0.00 | $1,019,169.00 | $1,019,169.00 | $0.00 | $1,019,169.00 |
| Red Banyan Group, LLC, Public Relations Consultant to the Debtors | Final; November 9, 2020 Through February 28, 2021; Docket No. 993, Filed July 6, 2021 | $70,110.00 | $1,680.00 | $71,790.00 | $70,110.00 | $1,680.00 | $71,790.00 |
| Donlin, Recano & Company, Inc., Administrative Agent to the Debtors | Final; November 9, 2020 Through June 24, 2021; Docket No. 994, Filed July 6, 2021 | $48,649.60 | $0.00 | $48,649.60 | $48,649.60 | $0.00 | $48,649.60 |
| Greenberg Traurig, LLP, Counsel to the Debtors | Interim and Final; November 9, 2020 Through June 30, 2021; Docket No. 995, Filed July 6, 2021 | $2,388,230.50 | $16,119.89 | $2,404,350.39 | $2,388,230.50 | $16,119.89 | $2,404,350.39 |
| Totals for Final Period: | | $4,040,199.60 | $31,267.87 | $4,071,467.47 | $4,040,199.60 | $31,267.87 | $4,071,467.47 |

ACTIVE 59124077v4