# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
YouFit Health Clubs, LLC
1350 E Newport Center Dr.
Suite 110
Deerfield Beach, FL 33442
 **EIN:** 46−5176607

**Chapter:** 11

**Case No.:** 20−12841−MFW

## ORDER SETTING STATUS CONFERENCE

IT IS ORDERED that a Status Conference will be held on 11/10/21, at 03:00 PM in the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, DE 19801. All parties are directed to attend either in person or telephonically.

  Debtor's Counsel is required to attend the hearing.
  Trustee and/or Trustee's Counsel is required to attend the hearing.

Date: 9/13/21

Mary F. Walrath
Bankruptcy Judge

(VAN−460)

United States Bankruptcy Court

District of Delaware

| | |
|---|---|
| In re: | Case No. 20-12841-MFW |
| YouFit Health Clubs, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 12 |
| Date Rcvd: Sep 13, 2021 | Form ID: van460 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | YouFit Health Clubs, LLC, 1350 E Newport Center Dr., Suite 110, Deerfield Beach, FL 33442-7712 |
| aty | + | Eric J. Howe, Greenberg Traurig, 90 South Seventh Street, Suite 3500, Minneapolis, MN 55402-4106 |
| aty | + | Joshua H Eggnatz, Eggnatz Pascucci P.A., 7450 Griffin Road, Suite 230, Davie, FL 33314-4104 |
| aty | + | Nancy A. Peterman, Greenberg Traurig, LLP, 77 West Wacker Drive, Suite 3100, Chicago, IL 60601-4904 |
| aty | + | Nicholas E Ballen, Greenberg Traurig, 77 West Wacker Drive, Suite 3100, Chicago, IL 60601-4904 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 15, 2021 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amanda R. Steele | |
| | on behalf of Interested Party CH Realty VII/R Orlando Altamonte L.L.C. steele@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Arlene L Coleman | |
| | on behalf of Creditor Rhodes-Boone Partners LP acoleman@coleman-dempsey.com |
| Bradford J. Sandler | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors bsandler@pszjlaw.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 2 of 12 |
| Date Rcvd: Sep 13, 2021 | Form ID: van460 | Total Noticed: 5 |

| | |
|---|---|
| Brendan Joseph Schlauch | on behalf of Interested Party CH Realty VII/R Orlando Altamonte L.L.C. schlauch@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Brian Rich | on behalf of Creditor Westwood Plaza LLC brich@bergersingerman.com, rperez@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Brian Rich | on behalf of Creditor Committee Official Committee of Unsecured Creditors brich@bergersingerman.com rperez@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Brian T. FitzGerald | on behalf of Creditor Hillsborough County Tax Collector fitzgeraldb@hillsboroughcounty.org connorsa@hillsboroughcounty.org;stroupj@hillsboroughcounty.org |
| Camille J. Iurillo | on behalf of Creditor Juanita Aguilar ciurillo@iurillolaw.com abogert@iurillolaw.com;cwetherington@iurillolaw.com |
| Camille J. Iurillo | on behalf of Creditor CRP II-Horizon Park LLC ciurillo@iurillolaw.com, abogert@iurillolaw.com;cwetherington@iurillolaw.com |
| Carey D. Schreiber | on behalf of Interested Party BGC Lender Rep LLC cschreiber@winston.com |
| Colin R. Robinson | on behalf of Attorney Berger Singerman LLP crobinson@pszjlaw.com |
| Colin R. Robinson | on behalf of Creditor Committee Official Committee of Unsecured Creditors crobinson@pszjlaw.com |
| Craig I. Kelley | on behalf of Creditor Polyglass U.S.A. Inc. bankruptcy@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;tina@kelleylawoffice.com;kristina@kelleylawoffice.com |
| Dana Quick | on behalf of Creditor Kireland Coral Terrace LLC dquick@bastamron.com, jdepina@bastamron.com;kjones@bastamron.com |
| Daniel N. Brogan | on behalf of Creditor Westwood Plaza LLC dbrogan@bayardlaw.com, kmccloskey@bayardlaw.com |
| David M. Klauder | on behalf of Interested Party JEM Investments Ltd. dklauder@bk-legal.com |
| Dennis A. Meloro | on behalf of Debtor YF Arizona LLC melorod@gtlaw.com bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Hancock LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Sandalfoot LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor Three B-Fit LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Olney LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Riverdale LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Gateway LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Shelby LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Gilbert LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Dania Pointe LLC melorod@gtlaw.com |

| | |
|---|---|
| | bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor Five B-Fit  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Huntsville  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Cactus Village  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor You Fit Four  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Scottsdale  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Wellington  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Palm Bay  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor You Fit Five  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Deerfield  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF University Village  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Quail Roost  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor You Fit Seven  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YouFit  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor You Fit Spa  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF New Port Richey  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Tamarac LLC melorod@gtlaw.com bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor South Florida Health and Fitness  Inc. melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Lauderdale Lakes  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor Seven B-Fit  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YouFit Health Clubs  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor Lime Time  LLC melorod@gtlaw.com, |

bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
on behalf of Debtor YF Flagler LLC melorod@gtlaw.com
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
on behalf of Debtor YF Randallstown  LLC melorod@gtlaw.com,
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
on behalf of Debtor YF Thornton Plaza  LLC melorod@gtlaw.com,
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
on behalf of Debtor YF Lantana  LLC melorod@gtlaw.com,
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
on behalf of Debtor YF Shiloh  LLC melorod@gtlaw.com,
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
on behalf of Debtor YF Fulton Ranch  LLC melorod@gtlaw.com,
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
on behalf of Debtor YF Rockwell  LLC melorod@gtlaw.com,
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
on behalf of Debtor YF North Lauderdale  LLC melorod@gtlaw.com,
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
on behalf of Debtor YF Lauderhill  LLC melorod@gtlaw.com,
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
on behalf of Debtor YF Margate  LLC melorod@gtlaw.com,
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
on behalf of Debtor YF Mesa  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
on behalf of Debtor You Fit Pinellas Park  LLC melorod@gtlaw.com,
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
on behalf of Debtor YF Largo Plaza LLC melorod@gtlaw.com
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
on behalf of Debtor YF Singleton  LLC melorod@gtlaw.com,
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
on behalf of Debtor YF Hialeah  LLC melorod@gtlaw.com,
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
on behalf of Debtor YF Kendall  LLC melorod@gtlaw.com,
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
on behalf of Debtor YF Venice  LLC melorod@gtlaw.com,
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
on behalf of Debtor YF Hialeah-Okeechobee Rd.  LLC melorod@gtlaw.com,
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
on behalf of Debtor YF Aurora  LLC melorod@gtlaw.com,
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
on behalf of Debtor YF Racetrack  LLC melorod@gtlaw.com,
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
on behalf of Debtor YF North Port  LLC melorod@gtlaw.com,

District/off: 0311-1                            User: admin                                   Page 5 of 12
Date Rcvd: Sep 13, 2021                         Form ID: van460                               Total Noticed: 5

| | |
|---|---|
| | bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Mount Clare  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Suwanee  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Boynton Mall  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Loch Raven LLC melorod@gtlaw.com bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Mesquite  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Chandler South  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor Six B-Fit  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor You Fit Enterprises  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Coral Way  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Gilbert South  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Hammock LLC melorod@gtlaw.com bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Lago Mar  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Oak Hill  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Bethany Towne Center  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Southaven  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Buford  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Glendale  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor Four B-Fit  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Spring Creek  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Hollywood  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | on behalf of Debtor YF Carrollwood  LLC melorod@gtlaw.com, |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 6 of 12 |
| Date Rcvd: Sep 13, 2021 | Form ID: van460 | Total Noticed: 5 |

        bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
        on behalf of Debtor YF North Point LLC melorod@gtlaw.com,
        bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
        on behalf of Debtor YF Pompano LLC melorod@gtlaw.com,
        bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
        on behalf of Debtor YF Rhode Island LLC melorod@gtlaw.com,
        bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
        on behalf of Debtor YF Murrieta LLC melorod@gtlaw.com,
        bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
        on behalf of Debtor YF Noles LLC melorod@gtlaw.com,
        bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
        on behalf of Debtor YF Shea LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
        on behalf of Debtor YF Douglasville LLC melorod@gtlaw.com,
        bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
        on behalf of Debtor YF Lafayette Place LLC melorod@gtlaw.com,
        bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
        on behalf of Debtor YF Port Charlotte LLC melorod@gtlaw.com,
        bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
        on behalf of Debtor YF West Valley LLC melorod@gtlaw.com,
        bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
        on behalf of Debtor YF Pine Island LLC melorod@gtlaw.com,
        bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
        on behalf of Debtor YF Bethanny LLC melorod@gtlaw.com,
        bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
        on behalf of Debtor YF Dunwoody LLC melorod@gtlaw.com,
        bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
        on behalf of Debtor YF Duluth LLC melorod@gtlaw.com,
        bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
        on behalf of Debtor YF SE FLA LLC melorod@gtlaw.com,
        bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
        on behalf of Debtor YF Town Center LLC melorod@gtlaw.com,
        bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
        on behalf of Debtor YF Miami Gardens LLC melorod@gtlaw.com,
        bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
        on behalf of Debtor YF Parkland LLC melorod@gtlaw.com,
        bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
        on behalf of Debtor YF Coral Way II LLC melorod@gtlaw.com,
        bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
        on behalf of Debtor YF Killian LLC melorod@gtlaw.com,
        bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Dennis A. Meloro
        on behalf of Debtor YF West Brandon LLC melorod@gtlaw.com,

Case 20-12841-MFW    Doc 1020    Filed 09/15/21    Page 8 of 13

| District/off: 0311-1 | User: admin | Page 7 of 12 |
|---|---|---|
| Date Rcvd: Sep 13, 2021 | Form ID: van460 | Total Noticed: 5 |

| | |
|---|---|
| | bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor You Fit Cryoskin  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor YF East Fowler  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor YF Miami 110th LLC melorod@gtlaw.com bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor YF Greenacres  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor YF Paradise Square LLC melorod@gtlaw.com bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor YF Okeechobee  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor You Fit-Two  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor YF Concord  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor You Fit-One  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor You Fit Nine  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor YF Horizon  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor YF Germantown  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor YF Land O Lakes  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor YF Ethan  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor YF Gilbert North  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor YF Weston  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor YF Group A  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor You Fit Six  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor YF Unigold  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor YF West Cobb  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |

| | |
|---|---|
| | on behalf of Debtor You Fit Eight LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor You Fit-Three LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor YF Admin LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor YF Lynnwood LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor YF Pines Boulevard LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Dennis A. Meloro | |
| | on behalf of Debtor B-Fit Health Club LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com |
| Donlin, Recano & Company, Inc. | |
| | ljordan@donlinrecano.com |
| Eboney Cobb | |
| | on behalf of Creditor Plano ISD ecobb@pbfcm.com rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com |
| Eboney Cobb | |
| | on behalf of Creditor Richardson ISD ecobb@pbfcm.com rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com |
| Eboney Cobb | |
| | on behalf of Creditor Crowley ISD ecobb@pbfcm.com rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com |
| Eboney Cobb | |
| | on behalf of Creditor Garland ISD ecobb@pbfcm.com rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com |
| Eboney Cobb | |
| | on behalf of Creditor City of Garland ecobb@pbfcm.com rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com |
| Elihu Ezekiel Allinson, III | |
| | on behalf of Creditor Selig Enterprises Inc. ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com |
| Elisabeth Michaelle Bruce | |
| | on behalf of Creditor United States/USAO elisabeth.m.bruce@usdoj.gov eastern.taxcivil@usdoj.gov |
| Ellen Slights | |
| | on behalf of Creditor United States/USAO usade.ecfbankruptcy@usdoj.gov |
| Eric J. Monzo | |
| | on behalf of Interested Party Members of Youfit Health Clubs LLC emonzo@morrisjames.com, wweller@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com |
| Erin K. Brignola | |
| | on behalf of Interested Party Star2Star Communications LLC smattia@cooperlevenson.com, bclerk@cooperlevenson.com |
| Erin Powers Severini | |
| | on behalf of Creditor Washington Prime Group Inc. eseverini@fbtlaw.com |
| Gregory W. Hauswirth | |
| | on behalf of Creditor Puffin Management Inc. ghauswirth@leechtishman.com, dtomko@leechtishman.com;bankruptcy@leechtishman.com;challer@leechtishman.com |
| Hannah Mufson McCollum | |
| | on behalf of U.S. Trustee U.S. Trustee hannah.mccollum@usdoj.gov |
| Helen Elizabeth Weller | |
| | on behalf of Creditor Harris County et al. dallas.bankruptcy@lgbs.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com |
| Helen Elizabeth Weller | |
| | on behalf of Creditor Tarrant County dallas.bankruptcy@lgbs.com Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com |
| Helen Elizabeth Weller | |
| | on behalf of Creditor Dallas County dallas.bankruptcy@lgbs.com Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com |
| Jason S. Levin | |
| | on behalf of Interested Party Members of Youfit Health Clubs LLC jlevin@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com |
| Jeffrey C. Wisler | |
| | on behalf of Creditor Life Insurance Company of North America jwisler@connollygallagher.com |

| | |
|---|---|
| John H. Knight | on behalf of Interested Party Partridge Equity Group RBGroup@rlf.com |
| John P. Dillman | on behalf of Creditor Harris County et al. houston_bankruptcy@publicans.com |
| John R. Weaver, Jr. | on behalf of Interested Party Gator Argate Gainesville  LLC jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;DMisener@stark-stark.com |
| John R. Weaver, Jr. | on behalf of Interested Party Gator Shelby Partners jrweaverlaw@verizon.net DCrivaro@stark-stark.com;DMisener@stark-stark.com |
| John R. Weaver, Jr. | on behalf of Interested Party Gateway Retail Center jrweaverlaw@verizon.net DCrivaro@stark-stark.com;DMisener@stark-stark.com |
| John R. Weaver, Jr. | on behalf of Interested Party Gator Flower Mound jrweaverlaw@verizon.net DCrivaro@stark-stark.com;DMisener@stark-stark.com |
| John R. Weaver, Jr. | on behalf of Interested Party Gator Green Acres jrweaverlaw@verizon.net DCrivaro@stark-stark.com;DMisener@stark-stark.com |
| John R. Weaver, Jr. | on behalf of Creditor Gator Investments jrweaverlaw@verizon.net  DCrivaro@stark-stark.com;DMisener@stark-stark.com |
| John R. Weaver, Jr. | on behalf of Interested Party Gator Antione Partners jrweaverlaw@verizon.net DCrivaro@stark-stark.com;DMisener@stark-stark.com |
| Joseph H Lemkin | on behalf of Interested Party Gator Argate Gainesville  LLC jlemkin@stark-stark.com |
| Joseph H Lemkin | on behalf of Creditor Gator Investments jlemkin@stark-stark.com |
| Joseph H Lemkin | on behalf of Interested Party Gator Shelby Partners jlemkin@stark-stark.com |
| Joseph H Lemkin | on behalf of Interested Party Gator Antione Partners jlemkin@stark-stark.com |
| Joseph H Lemkin | on behalf of Interested Party Gateway Retail Center jlemkin@stark-stark.com |
| Joseph H Lemkin | on behalf of Interested Party Gator Flower Mound jlemkin@stark-stark.com |
| Joseph H Lemkin | on behalf of Interested Party Gator Green Acres jlemkin@stark-stark.com |
| Joseph M Mulvihill | on behalf of Interested Party YF FC Acquisition LLC bankfilings@ycst.com |
| Joseph M Mulvihill | on behalf of Interested Party BGC Lender Rep  LLC bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Interested Party Cortland Capital Market Services LLC bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Interested Party Alter Domus (US) LLC bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Interested Party BGC Lender Rep  LLC bankfilings@ycst.com |
| Kenneth L. Baum | on behalf of Creditor BLDG-ICS OLNEY  LLC kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com |
| Kevin J. Mangan | on behalf of Creditor Juanita Aguilar kevin.mangan@wbd-us.com Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com |
| Kevin J. Mangan | on behalf of Creditor CRP II-Horizon Park  LLC kevin.mangan@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com |
| Kevin J. Mangan | on behalf of Creditor Mosaic Oxbridge Owners  LLC kevin.mangan@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com |

| District/off: 0311-1 | User: admin | Page 10 of 12 |
|---|---|---|
| Date Rcvd: Sep 13, 2021 | Form ID: van460 | Total Noticed: 5 |

Kevin M. Newman
    on behalf of Creditor SITE Centers Corp. knewman@barclaydamon.com kmnbk@barclaydamon.com

Kevin M. Newman
    on behalf of Creditor RPT Realty L.P. knewman@barclaydamon.com, kmnbk@barclaydamon.com

Klaus Peter Muthig, I
    on behalf of Creditor Maricopa County Treasurer muthigk@mcao.maricopa.gov

Laurel D. Roglen
    on behalf of Creditor RPT Realty L.P. roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor WRI JT Northridge LP roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor FRIT Cocowalk Owners LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor SCC Market Square LLC roglenl@ballardspahr.com carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor FRIT Cocowalk Owner LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor Weingarten Realty Investors roglenl@ballardspahr.com carbonej@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor WRI JT Northridge LP heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor SCC Market Square LLC heilmanl@ballardspahr.com carbonej@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor FRIT Cocowalk Owner LLC heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Weingarten Realty Investors heilmanl@ballardspahr.com carbonej@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor RPT Realty L.P. heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Linda Jackson
    on behalf of Creditor Bindor Killian LLC ljackson@pardojackson.com, catheryne@pardojackson.com;llovell@pardojackson.com

Louis J. Rizzo, Jr.
    on behalf of Creditor Jose Pacheco lrizzo@regerlaw.com mhalter@regerlaw.com

Marc Stephen Casarino
    on behalf of Attorney Google LLC casarinom@whiteandwilliams.com debankruptcy@whiteandwilliams.com

Maria Aprile Sawczuk
    on behalf of Creditor Polyglass U.S.A. Inc. marias@goldmclaw.com, marias@ecf.courtdrive.com

Marisa A. Terranova
    on behalf of Interested Party Partridge Equity Group terranova@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Megan Kenney
    on behalf of Interested Party CH Realty VII/R Orlando Altamonte L.L.C. kenney@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Megan N. Harper
    on behalf of Creditor City of Philadelphia/School District of Philadelphia megan.harper@phila.gov karena.blaylock@phila.gov

Melissa A. Martinez
    on behalf of Creditor PDG America Shopping Centers LLC melissa.martinez@saul.com

Melissa A. Martinez
    on behalf of Creditor Phillips Edison & Company melissa.martinez@saul.com

Melissa A. Martinez
    on behalf of Creditor Lynnwood Place Station LLC melissa.martinez@saul.com

Melissa A. Martinez
    on behalf of Creditor Shiloh Station LLC melissa.martinez@saul.com

Michael G. Busenkell
    on behalf of Creditor Katherine Clelland mbusenkell@gsbblaw.com

Michael G. Busenkell
    on behalf of Creditor Fay Ball mbusenkell@gsbblaw.com

| | |
|---|---|
| Michael J. Niles | on behalf of Creditor Committee Official Committee of Unsecured Creditors mniles@bergersingerman.com efile@bergersingerman.com;rperez@bergersingerman.com;efile@ecf.inforuptcy.com |
| Michael J. Niles | on behalf of Creditor Westwood Plaza LLC mniles@bergersingerman.com, efile@bergersingerman.com;rperez@bergersingerman.com;efile@ecf.inforuptcy.com |
| Michelle E. Shriro | on behalf of Creditor 16 Bethany Station LLC mshriro@singerlevick.com, scotton@singerlevick.com |
| Monique Bair DiSabatino | on behalf of Creditor PDG America Shopping Centers LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Phillips Edison & Company monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Shiloh Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Lynnwood Place Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Interested Party L2 Future Capital LLC monique.disabatino@saul.com, robyn.warren@saul.com |
| Neil E. McCullagh | on behalf of Interested Party Midlo Properties LLC nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;kmoses@spottsfain.com |
| Peter Klaus Muthig | on behalf of Creditor Maricopa County Treasurer muthigk@mcao.maricopa.gov geiserr@mcao.maricopa.gov |
| Rachel B. Mersky | on behalf of Creditor Petinos LLC rmersky@monlaw.com |
| Rachel B. Mersky | on behalf of Creditor Kimco Realty Corporation rmersky@monlaw.com |
| Rachel B. Mersky | on behalf of Creditor Waste Management rmersky@monlaw.com |
| Reliable Companies | gmatthews@reliable-co.com |
| Rick S. Miller | on behalf of Creditor EBLR LLC rmiller@ferryjoseph.com, mstucky@ferryjoseph.com |
| Robert L. LeHane | on behalf of Creditor Regency Centers L.P. KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com |
| Ronald E Gold | on behalf of Creditor Washington Prime Group Inc. rgold@fbtlaw.com awebb@fbtlaw.com;eseverini@fbtlaw.com;bparker@fbtlaw.com |
| Ronald Mark Tucker | on behalf of Creditor Simon Property Group Inc. rtucker@simon.com, bankruptcy@simon.com |
| Scott Andron | on behalf of Creditor Broward County sandron@broward.org swulfekuhle@broward.org |
| Scott D. Cousins | on behalf of Creditor Carrollwood Partners LLC scott.cousins@cousins-law.com |
| Scott L. Fleischer | on behalf of Creditor RPT Realty L.P. sfleischer@barclaydamon.com |
| Scott L. Fleischer | on behalf of Creditor SCC Market Square LLC sfleischer@barclaydamon.com |
| Stacy L. Newman | on behalf of Interested Party Midlo Properties LLC snewman@ashby-geddes.com, ahrycak@ashbygeddes.com |
| Steven Thornton | on behalf of Creditor Blumin-Highpoint Ltd steve@mwtlaw.com |
| Steven J. Solomon | on behalf of Creditor Arena Shoppes LLLP steven.solomon@gray-robinson.com, ana.marmanillo@gray-robinson.com;Amador.ruiz-baliu@gray-robinson.com |
| Susan E. Kaufman | on behalf of Creditor Washington Prime Group Inc. skaufman@skaufmanlaw.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 12 of 12 |
| Date Rcvd: Sep 13, 2021 | Form ID: van460 | Total Noticed: 5 |

Susan E. Kaufman
    on behalf of Creditor Simon Property Group Inc. skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Creditor Kireland Coral Terrace LLC skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Creditor Regency Centers L.P. skaufman@skaufmanlaw.com

Tara LeDay
    on behalf of Creditor Denton County Texas bankruptcy@mvbalaw.com,tleday@ecf.courtdrive.com,alocklin@mvbalaw.com

Thomas Onder
    on behalf of Creditor Gator Investments tonder@stark-stark.com ereid@stark-stark.com

U.S. Trustee
    USTPRegion03.WL.ECF@USDOJ.GOV

Victor W. Newmark
    on behalf of Creditor Petinos LLC vnewmark@evict.net

Victor W. Newmark
    on behalf of Creditor 8725 LLC vnewmark@evict.net

Victoria A. Guilfoyle
    on behalf of Creditor Jason Stross guilfoyle@blankrome.com

Victoria A. Guilfoyle
    on behalf of Creditor Christy Berks-Stross guilfoyle@blankrome.com

Victoria A. Guilfoyle
    on behalf of Creditor Rick Berks guilfoyle@blankrome.com

William D. Sullivan
    on behalf of Creditor The Promenade Plaza Partnership wdsecfnotices@sha-llc.com

William F. Taylor, Jr.
    on behalf of Creditor Florida Power & Light Company bankruptcydel@mccarter.com bankruptcydel@mccarter.com

William F. Taylor, Jr.
    on behalf of Creditor TECO Peoples Gas System bankruptcydel@mccarter.com bankruptcydel@mccarter.com

William F. Taylor, Jr.
    on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia bankruptcydel@mccarter.com bankruptcydel@mccarter.com

William F. Taylor, Jr.
    on behalf of Creditor Baltimore Gas And Electric Company bankruptcydel@mccarter.com bankruptcydel@mccarter.com

William F. Taylor, Jr.
    on behalf of Creditor Salt River Project bankruptcydel@mccarter.com bankruptcydel@mccarter.com

William F. Taylor, Jr.
    on behalf of Creditor Georgia Power Company bankruptcydel@mccarter.com bankruptcydel@mccarter.com

William F. Taylor, Jr.
    on behalf of Creditor Tampa Electric Company bankruptcydel@mccarter.com bankruptcydel@mccarter.com

TOTAL: 252